# EXHIBIT B

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                                                SUPERIOR COURT

JOHN DOE,
       Plaintiff,

v.                                                                                      C.A. No. 16-1720G

MUTUAL OF OMAHA INSURANCE
COMPANY,
       Defendant.

### NOTICE OF FILING NOTICE OF REMOVAL

Please note that on this 1st day of July, 2016, Defendant Mutual of Omaha filed the attached Notice of Removal in the United States District Court for the District of Massachusetts.

Respectfully Submitted,

Date: July 1, 2016

_____
Brooks R. Magratten, Esq.  BBO#650393
Mark A. Pogue, Esq.  BBO#550807
Katharine E. Kohm, Esq.  BBO#675362
PIERCE ATWOOD LLP
72 Pine Street, 5th Floor
Providence, RI  02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
mpogue@pierceatwood.com
kkohm@pierceatwood.com

*Attorneys for Defendant Mutual of Omaha Insurance Company*

{W5605701.1}

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2016 I served by email and first-class mail a true copy of the within document to:

Bennett H. Klein, BBO# 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

John P. Ward, BBO# 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

_____

{W5605701.1}

2