UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>    *Plaintiff*,<br><br>v.<br><br>MUTUAL OF OMAHA<br>INSURANCE COMPANY<br>    *Defendant*. | )<br>)<br>)<br>)<br>)   C.A. No. 16-11381<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

    Brooks R. Magratten, Esq., Mark A. Pogue and Katharine E. Kohm, Esq., enter their appearances for the Defendant Mutual of Omaha Insurance Company in this matter.

Date:  July 1, 2016

*/s/ Brooks R. Magratten*
Brooks R. Magratten, Esq.
*/s/ Mark A. Pogue*
Mark A. Pogue, Esq.
*/s/ Katharine E. Kohm*
Katharine E. Kohm, Esq.
Pierce Atwood LLP
72 Pine Street
Providence, RI  02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
mpogue@pierceatwood.com
kkohm@pierceatwood.com

*Attorneys for Defendant*
*Mutual of Omaha Insurance Company*

{W5618162.1}

## **CERTIFICATE OF SERVICE**

      I certify that the within document was electronically filed with the clerk of the court on July 1, 2016, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

                                    */s/ Brooks R. Magratten*