UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>    *Plaintiff*,<br><br>v.<br><br>MUTUAL OF OMAHA<br>INSURANCE COMPANY<br>    *Defendant*. | )<br>)<br>)<br>)<br>)   C.A. No. 16-11381<br>)<br>)<br>) |

## DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to F.R.C.P. 7.1 the Defendant Mutual of Omaha Insurance Company states: Mutual of Omaha Insurance Company is a mutual insurance company and thus has no shareholders.  Accordingly, Mutual of Omaha Insurance Company does not have any parent corporation and there is no publicly traded corporation which owns 10% or more of Mutual of Omaha Insurance Company's stock.

Date:  July 1, 2016
                            */s/ Brooks R. Magratten*
                            Brooks R. Magratten, Esq.
                            Mark A. Pogue, Esq.
                            Katharine E. Kohm, Esq.
                            Pierce Atwood LLP
                            72 Pine Street
                            Providence, RI  02903
                            (401) 490-3422
                            (401) 588-5166 (fax)
                            bmagratten@pierceatwood.com
                            mpogue@pierceatwood.com
                            kkohm@pierceatwood.com

                            *Attorneys for Defendant*
                            *Mutual of Omaha Insurance Company*

## **CERTIFICATE OF SERVICE**

      I certify that the within document was electronically filed with the clerk of the court on July 1, 2016, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

                                                  */s/ Brooks R. Magratten*