UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>       Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY,<br>       Defendant. | C.A. No. 16-11381 |

**JOINT MOTION FOR RELIEF FROM THE REQUIREMENTS
OF 28 U.S.C. § 1446(a) and L.R. 5.4(F)**

Plaintiff John Doe and Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") jointly move for relief from 28 U.S.C. § 1446(a) and L.R. 5.4(F), requiring that Mutual of Omaha file the entire state court record with its removal of this action. Plaintiff assents to and joins in this motion. In support of its motion, the parties state:

Plaintiff commenced this action in the Massachusetts Superior Court for Suffolk County on or about June 1, 2016. Plaintiff alleges Mutual of Omaha discriminated against him in violation of M.G.L. c. 272, § 98, when it denied his application for long-term care insurance based on his taking a prescription drug—Truvada— for the purpose of preventing HIV infection.

Mutual of Omaha, concurrently with this motion, files its Notice of Removal to remove this action to this Court. The federal removal statute and the local rules require a defendant to provide the <u>entire</u> state court record with or soon after filing a notice of removal. 28 U.S.C. § 1446(a) provides in pertinent part:

> A defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of

> Civil Procedure and containing a short and plain statement of the grounds for removal, <u>together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action</u>.

(emphasis added). Likewise, Local Rule 5.4(F) requires:

> "[w]ithin twenty eight days after filing a notice of removal in a civil action, a party removing an action under 28 U.S.C. §§ 1441-52 must <u>file certified or attested copies of all docket entries, records, and proceedings in the state court in paper format</u>. Unless exempt or otherwise ordered by the court, the removing party <u>must also file a disk with the clerk's office containing the state court record in PDF format</u>."

(emphasis added).

Plaintiff initially filed his Complaint in state court under his real name. On that same date he simultaneously moved for leave to proceed using the pseudonym "John Doe" and to impound documents filed under his real name. The state court granted Plaintiff's motion. The Court's allowance of the motion directed the Clerk to impound copies of the complaint and motion using Doe's real name and to substitute in the public case file identical copies of those same pleadings using the pseudonym. However, because Plaintiff initially filed and served pleadings in the state court under his real name, those documents are part of the state court record, albeit impounded and therefore not available for public access.

A key fact in this case is the Plaintiff's use of Truvada, which was prescribed by his physician as a preventative for HIV in HIV-negative individuals. Because of the social stigma Plaintiff claims is associated with an HIV-related treatment that is also associated with gay male sexuality, he has avoided using his real name in publicly filed documents in this action. Mutual of Omaha has no objection to Plaintiff proceeding as "John Doe" in this action.

The parties now respectfully request leave to file only a subset of the state court record in this Court, specifically only those documents filed under the John Doe pseudonym including the Complaint, summons and motion to proceed under the pseudonym. If this motion is granted,

{W5617469.1}

2

Mutual of Omaha can substantially comply with 28 U.S.C. § 1446(a) and the local rules, by providing a copy of the "process, pleadings, and orders" with Plaintiff's pseudonym only.  The parties agree that the documents filed in state court under the pseudonym will provide this Court with an adequate record of state court proceedings upon which to adjudicate the claims raised in this action.  Should this Court deny this motion, then Mutual of Omaha requests an additional 30 days to retrieve and certify from the state court the documents filed under Plaintiff's true name, which have been impounded.

WHEREFORE, the parties respectfully request leave for relief from 28 U.S.C. § 1446(a) and L.R. 5.4(F), so that Mutual of Omaha may file with its Motion of Removal only those state court record documents filed under Plaintiff's pseudonym.

## LOCAL RULE 7.1 CERTIFICATE

Mutual of Omaha, through its counsel, hereby certifies pursuant to Local Rule 7.1 that counsel for Mutual of Omaha conferred with Plaintiff's counsel, and Plaintiffs' counsel consented to and joins in this motion.

Respectfully Submitted,

Date:   July 1, 2016

*/s/ Brooks R. Magratten*
Brooks R. Magratten, Esq.  BBO#650393
Mark A. Pogue, Esq.  BBO#550807
Katharine E. Kohm, Esq.  BBO#675362
PIERCE ATWOOD LLP
72 Pine Street, 5th Floor
Providence, RI  02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
mpogue@pierceatwood.com
kkohm@pierceatwood.com

*Attorneys for Defendant Mutual of Omaha Insurance Company*

{W5617469.1}

/s/ Bennett H. Klein
Bennett H. Klein, BBO#550702
GLBTQ Legal Advocates & Defenders
   (GLAD)
30 Winter Street, STE 800
Boston, MA 02108
(617) 426-1350
(617) 426-3594 (fax)
bklein@glad.org

/s/ John P. Ward
John P. Ward, BBO # 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
johnpward@gmail.com

*Attorneys for Plaintiff John Doe*

**CERTIFICATE OF SERVICE**

     I certify that the within document was electronically filed with the clerk of the court on July 1, 2016, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Bennett H. Klein, BBO# 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

John P. Ward, BBO# 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

/s/ Brooks R. Magratten

{W5617469.1}

4