UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>  Plaintiff<br><br>v.<br><br>MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br>  Defendant | )<br>)<br>)<br>)<br>) No. 1:16-cv-11381-GAO<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO REMAND THE CASE TO STATE COURT**

Pursuant to 28 U.S.C. § 1447 (c), Plaintiff John Doe moves to remand this case to state court on the basis that this Court lacks subject matter jurisdiction because the $75,000 amount in controversy requirement of diversity jurisdiction in 28 U.S.C. § 1332 (a) is not satisfied here. In support of this motion, John Doe submits Plaintiff's Memorandum In Support of Motion to Remand the Case to State Court.

             Respectfully submitted,

             JOHN DOE
             By his attorneys,


             /s/ Bennett H. Klein
             Bennett H. Klein
             BBO # 550702
             GLBTQ Legal Advocates & Defenders
             30 Winter St. Suite 800
             Boston, MA 02108
             617-426-1350
             bklein@glad.org

/s/ John P. Ward
John P. Ward
BBO # 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 941
johnpward@gmail.com

**CERTIFICATE OF SERVICE**

I certify that the within document was electronically filed with the clerk of the court on August 10, 2016, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.


Brooks R. Magratten, BBO# 650393
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
bmagratten@pierceatwood.com

Mark A. Pogue, BBO# 550807
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
mpogue@pierceatwood.com

Katharine E. Kohn, BBO# 675362
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
kkohm@pierceatwood.com

/s/ Bennett H. Klein
Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org