**Truvada**
emtricitabine・tenofovir disoproxil fumarate
(/hcp)

Full Prescribing Information (http://services.gileadhiv.com/truvadaprep/pdf/pi)   Medica
.gileadhiv.com/truvadaprep/pdf/med-guide)   Important Safety Information(/hcp/important-safety-informati
Prophylaxis Therapy(/hcp/pre-exposure-prophylaxis)   Clinical Data(/hcp/iprex-study)   Starting Support(/hcp/truvad
Individuals(/hcp/confirm-negative-hiv1-status)   patient-resources-h

OPEN

## Information for healthcare providers

# TRUVADA for a Pre-Exposure Prophylaxis (PrEP) Indication

TRUVADA is indicated in combination with safer sex practices for pre-exposure prophylaxis (PrEP) to ==reduce the risk of sexually acquired HIV-1 in adults at high risk==. This indication is based on clinical trials in men who have sex with men (MSM) at high risk for HIV-1 infection and in heterosexual serodiscordant couples.

**Factors that place an uninfected adult at high risk >**
**Factors to consider before prescribing TRUVADA for PrEP >**

Please report adverse events, including suspected or confirmed HIV seroconversions, to Gilead by calling 1-800-GILEAD-5.

**Launch prescriber > educational slideshow**
(http://truvadapreprems.com/online-training)

**Assess your PrEP knowledge >**

**HIV Testing**
(https://www.truvadapreprems.com/truvadaprep-review-questions/true)
Offer HIV testing at no cost to eligible individuals >
(https://preregister.truvadakabsurvey.com/)

**Medication Assistance**
Help eligible uninfected individuals save on their TRUVADA for PrEP prescription >

**Participate in a survey on TRUVADA for PrEP>**
(/hcp/truvadaprep-copay) (/hcp/truvadaprep-resources)

**REMS Materials**
Download or order important REMS materials for healthcare providers >

## IMPORTANT SAFETY INFORMATION

**BOXED WARNING: LACTIC ACIDOSIS/SEVERE HEPATOMEGALY WITH STEATOSIS, POST-TREATMENT ACUTE EXACERBATION OF HEPATITIS B, and RISK OF DRUG RESISTANCE WITH USE OF TRUVADA FOR PRE-EXPOSURE PROPHYLAXIS (PrEP) IN UNDIAGNOSED EARLY HIV-1 INFECTION**

Lactic acidosis and severe hepatomegaly with steatosis, including fatal cases, have been reported with the use of nucleoside analogs, including tenofovir DF, a component of TRUVADA, in combination with other antiretrovirals.

TRUVADA is not approved for the treatment of chronic hepatitis B virus (HBV) infection and the safety and efficacy of TRUVADA have not been established in patients infected with HBV. Severe acute exacerbations of hepatitis B have been reported in patients coinfected with HBV and HIV-1 who have discontinued TRUVADA. Therefore, hepatic function should be monitored closely with both clinical and laboratory follow-up for at least several months in patients who are infected with HBV and discontinue TRUVADA. If appropriate, initiation of anti-hepatitis B therapy may be warranted.

TRUVADA for PrEP must only be ==prescribed to individuals confirmed to be HIV-negative== immediately prior to initiating and periodically (at least every 3 months) during use. Drug-resistant HIV-1 variants have been identified with use of TRUVADA for PrEP following undetected acute HIV-1 infection. Do not initiate TRUVADA for PrEP if signs or symptoms of acute HIV-1 infection are present unless negative infection status is confirmed.

### Contraindications:

Do not use TRUVADA for PrEP in individuals with unknown or positive HIV status.

### Warnings and Precautions:

**New onset or worsening renal impairment:** Cases of acute renal impairment and Fanconi syndrome have been reported with the use

individuals with HIV-1 infected partner(s)

individuals who engage in sexual activity in a high prevalence area or social network **and** have one or more of the following: inconsistent or no condom use, diagnosis of sexually transmitted infections (STIs), exchange of sex for commodities (money, food, shelter, drugs), use of illicit drugs or alcohol dependence, incarceration, and/or sexual partners of unknown HIV status with any of the above risk factors.

**Prescribing considerations before initiating TRUVADA for PrEP:**

TRUVADA for PrEP must only be prescribed as part of a comprehensive prevention strategy because ==TRUVADA is not always effective in preventing the acquisition of HIV-1 infection==.

Uninfected individuals must ==strictly adhere to their dosing schedule because the effectiveness of TRUVADA in reducing the risk of acquiring HIV-1 is strongly correlated with adherence==.

HIV-1 negative status must be confirmed prior to initiating TRUVADA for PrEP and at least every 3 months thereafter.

If clinical symptoms of acute HIV-1 infection are present and recent exposures (<1 month) are suspected, delay initiating TRUVADA for PrEP for at least 1 month until negative HIV-1 status is reconfirmed.

Alternatively, negative HIV-1 status can be confirmed with a test approved by the FDA to aid diagnosis of acute or primary HIV-1 infection.

**Please report adverse events to Gilead by calling 1-800-GILEAD-5. Adverse events can also be reported to the FDA through www.fda.gov/medwatch(https://www.accessdata.fda.gov/scripts/medwatch/medwatch-online.htm) or by calling 1-800-FDA-1088.**



**Gilead Corporate Web Site(http://www.gilead.com/)   |   Terms of Use(http://www.gilead.com/terms_of_use)   |   Privacy Policy(http://www.gilead.com/privacy)   |   Contact Us(http://www.gilead.com/contact_us)   |   Site Map(/hcp/sitemap)**

The information on this site is intended for audiences 18 years of age or older in the United States only. The content on this site may not apply to non-US audiences as regulatory control, legal requirements and/or medical practices may vary in other countries.

TRUVADA, the TRUVADA Logo, COMPLERA, EMTRIVA, GILEAD, the GILEAD Logo, GSI, HEPSERA, STRIBILD, and VIREAD are trademarks of Gilead Sciences, Inc., or its related companies. ATRIPLA is a trademark of Bristol-Myers Squibb & Gilead Sciences, LLC. All other marks referenced herein are the property of their respective owners.

© 2014 Gilead Sciences, Inc. All rights reserved. TVDP0018 11/14