## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,                ) | |
|      Plaintiff       ) | |
|                   ) | |
| v.                   ) | |
|                   ) | No. 1:16-cv-11381-GAO |
| MUTUAL OF OMAHA   ) | |
| INSURANCE COMPANY,  ) | |
|      Defendant    ) | |
|                   ) | |

## JOINT STATEMENT PURSUANT TO FED. R. CIV. P. 26(f) AND LR. 16.1

Pursuant to Fed. R. Civ. P. 26(f) and LR. 16.1, Plaintiff John Doe ("Plaintiff") and

Defendant Mutual of Omaha Insurance Company ("Defendant") hereby submit this Joint

Statement regarding an agenda for the Court's scheduling conference on September 12, 2016 and

a proposed discovery and pretrial schedule.

## I.    PENDING MOTIONS

Plaintiff's Motion to Remand the Case

Joint Motion For Relief From Requirements of 28 U.S.C. §1446(a)

## II.    OBLIGATIONS PURSUANT TO LR. 16.1

### A.    LR. 16.1(b) Obligation of Counsel to Confer

Pursuant to LR. 16.1(b) counsel conferred on August 18, 2016 and discussed an agenda, a

proposed pretrial schedule including a plan for discovery and whether they will consent to a trial

by magistrate judge.  The result of these discussions is set forth below.

### B.    LR. 16.1(c) Settlement Proposals

On August 22, 2016, as required by this Court's prior order, Plaintiff tendered a written

settlement offer to Defendant.

### C.    LR. 16.1(d)(3) ADR and Trial by Magistrate Judge

The parties have conferred with their clients and considered the resolution of the litigation through the use of alternative dispute resolution (ADR) programs in accordance with Local Rules 16.1(d)(3) and 16.4(c).  Certifications signed by counsel and an authorized representative of each party affirming same pursuant to LR. 16.1(d)(3) will be submitted separately by the parties.

Defendant does not consent to trial by Magistrate Judge at this time, while Plaintiff would consent to trial by a Magistrate Judge at this time.

### D.    LR. 16.1(d)(3) Budget for Costs and Expenses

The parties have conferred with their clients and considered establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation in accordance with LR. 16.1(d)(3) and LR. 16.4(c).  Certifications signed by counsel and an authorized representative of each party affirming same pursuant to LR. 16.1(d)(3) will be submitted separately by the parties.

## III.    PROPOSED PRETRIAL SCHEDULE AND AGENDA ITEMS

The parties have conferred in an effort to reach an agreement on both the proposed pretrial schedule and discovery plan, and agree as follows:

### A.    LR. 26.2(a) Automatic Disclosures

Pursuant to LR. 26.2(a), the parties have agreed to provide their initial disclosures under Fed. R. Civ. P. 26(a)(1) 30 days after any denial of Plaintiff's motion to remand the case to state court.

### B.    Other Deadlines and Issues

The parties do not recommend conducting phased discovery. The parties propose the following pretrial schedule and discovery deadlines.

| **Event** | **Proposed Date** |
|---|---|
| Mandatory initial disclosures provided | 30 days after resolution of motion to remand |
| Commencement of discovery | 40 days after resolution of motion to remand |
| Motions to amend pleadings | On or before April 15, 2017 |
| All written discovery served | On or before April 15, 2017 |
| Plaintiff's expert disclosures and reports | On or before May 1, 2017 |
| Defendant's expert disclosures and reports | On or before June 15, 2017 |
| Discovery complete | On or before October 30, 2017 |
| Motion(s) for summary judgment | On or before December 15, 2017 |

Dated: August 30, 2016

Respectfully submitted,

Counsel for Plaintiff John Doe,

Counsel for Defendant Mutual of Omaha Insurance Company,

/s/ Bernnett H. Klein
Bennett H. Klein
BBO #550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq. BBO# 650393
Mark A. Pogue, Esq. BBO# 550807
Katharine E. Kohm, Esq. BBO# 675362
PIERCE ATWOOD LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
mpogue@pierceatwood.com
kkohm@pierceatwood.com

/s/ John P. Ward
John P. Ward
BBO # 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
johnpward@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the within document was electronically filed with the clerk of the court on August 30, 2016, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.


Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org