UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
JOHN DOE,                          )
      Plaintiff                    )
                                   )
v.                                 )
                                   )   No. 1:16-cv-11381-GAO
MUTUAL OF OMAHA                    )
INSURANCE COMPANY,                 )
      Defendant                    )
_____)
```

## LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to LR. 16.1(d)(3), the undersigned herby certify that Plaintiff John Doe has conferred with his counsel (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses--of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR. 16.4.

Respectfully submitted,

**JOHN DOE**
By his attorneys,

/s/ Bernnett H. Klein
Bennett H. Klein
BBO #550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

/s/ John P. Ward
John P. Ward
BBO # 515860
Law Offices of John P. Ward

>584 Castro St., No. 802
>San Francisco, CA 94114
>johnpward@gmail.com

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on August 30, 2016, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

>/s/ Bennett H. Klein
>Bennett H. Klein
>BBO # 550702
>GLBTQ Legal Advocates & Defenders
>30 Winter St. Suite 800
>Boston, MA 02108
>617-426-1350
>bklein@glad.org