UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN DOE,
       Plaintiff,

v.

MUTUAL OF OMAHA INSURANCE COMPANY,
       Defendant.

C.A. No. 1:16-cv-11381-GAO

## LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to LR. 16.1(d)(3), the undersigned hereby certify that Defendant Mutual of Omaha has conferred with its counsel (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses--of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR. 16.4

*/s/ Susan Lewis*
Susan Lewis, Esq.
Associate General Counsel
Mutual of Omaha Insurance Co.
Mutual of Omaha Plaza
Omaha, NE  68175

*/s/ Brooks R. Magratten*
Brooks R. Magratten, Esq.  BBO#650393
Mark A. Pogue, Esq.  BBO#550807
Katharine E. Kohm, Esq.  BBO#675362
PIERCE ATWOOD LLP
72 Pine Street, 5th Floor
Providence, RI  02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
mpogue@pierceatwood.com
kkohm@pierceatwood.com

Date:  September 1, 2016

{W5725557.1}

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on September 1, 2016, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Bennett H. Klein, BBO# 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

John P. Ward, BBO# 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

                                      */s/ Brooks R. Magratten*