# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASACHUSETTS

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-cv-11381-GAO |
| ) | |
| MUTUAL OF OMAHA INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING STATE COURT RECORD

Defendant Mutual of Omaha Insurance Company files herewith a certified copy of that portion of the State Court record identifying "John Doe" as the Plaintiff. Per the Court's Order, paragraphs 33 and 35 of the Complaint and page two of the State Court docket have been redacted to protect the Plaintiff's identity.

    MUTUAL OF OMAHA INSURANCE COMPANY

    By its Attorneys,

    */s/ Brooks R. Magratten*
    Brooks R. Magratten (BBO#650393)
    Mark A. Pogue (BBO#550807)
    Katharine E. Kohm (BBO#675362)
    PIERCE ATWOOD LLP
    72 Pine Street, 5th Floor
    Providence, RI  02903
    (401) 490-3422
    (401) 588-5166 (fax)
    bmagratten@pierceatwood.com
    mpogue@pierceatwood.com
    kkohm@pierceatwood.com

Date:  October 6, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was electronically filed with the clerk of the court on October 6, 2016, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

*/s/ Brooks R. Magratten*

{W5801382.1}   2