UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASACHUSETTS

| | |
|---|---|
| _____ )<br>JOHN DOE, )<br>       )<br>     Plaintiff, )<br>       )<br>  v.   )<br>       )<br>MUTUAL OF OMAHA INSURANCE )<br>COMPANY, )<br>       )<br>     Defendant. )<br>_____) | No. 1:16-cv-11381-GAO |

### JOINT MOTION FOR ENTRY OF PRETRIAL SCHEDULING ORDER

At a December 21, 2016, hearing in this matter, the parties advised the Court that they would confer and submit a stipulated pretrial order.

The parties have since conferred and now move jointly for the entry of the proposed Pretrial Order appended as Exhibit A.

| PLAINTIFF JOHN DOE | MUTUAL OF OMAHA INSURANCE COMPANY |
|---|---|
| By his Attorneys, | By its Attorneys, |
| */s/ Bennett H. Klein* | */s/ Brooks R. Magratten* |
| Bennett H. Klein (BBO #550702)<br>GLBTQ Legal Advocates & Defenders<br>30 Winter Street, Suite 800<br>Boston, MA  02108<br>(617) 426-1350<br>bklein@glad.org | Brooks R. Magratten (BBO #650393)<br>Mark A. Pogue (BBO #550807)<br>Katharine E. Kohm (BBO #675362)<br>PIERCE ATWOOD LLP<br>72 Pine Street, 5th Floor<br>Providence, RI  02903<br>(401) 490-3422<br>(401) 588-5166 (fax)<br>bmagratten@pierceatwood.com<br>mpogue@pierceatwood.com<br>kkohm@pierceatwood.com |
| */s/ John P. Ward*<br>John P. Ward (BBO #515860)<br>LAW OFFICES OF JOHN P. WARD<br>584 Castro Street, No. 802<br>San Francisco, CA  94114<br>johnpward@gmail.com | |

{W5935133.1}

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document was electronically filed with the clerk of the court on December 29, 2016, and that it is available for viewing and downloading from the Court's ECF system.  Service by electronic means has been effectuated on all counsel of record.

                                                      */s/ Brooks R. Magratten*