# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASACHUSETTS

| | |
|---|---|
| _____ | ) |
| JOHN DOE, | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
|   v. | )    No. 1:16-cv-11381-GAO |
| | ) |
| MUTUAL OF OMAHA INSURANCE | ) |
| COMPANY, | ) |
| | ) |
|      Defendant. | ) |
| _____ | ) |

### [PROPOSED] PRETRIAL ORDER

By agreement of the parties, the following pretrial deadlines apply unless otherwise

ordered:

- Rule 26(a)(1) disclosures due by 1/30/17

- Motions to amend pleadings due by 5/15/17

- All written discovery served by 5/30/17

- Plaintiff's expert disclosures and reports due by 6/30/17

- Defendant's expert disclosures and reports due by 8/15/17

- Discovery completed by 11/30/17

- Dispositive motions due by 1/30/18

**SO ORDERED**

_____

**ENTER:**

_____
O'Toole, J.

{W5935392.1}

**By Agreement of the Parties:**

PLAINTIFF JOHN DOE

By his Attorneys,

/s/ Bennett H. Klein
Bennett H. Klein (BBO #550702)
GLBTQ Legal Advocates & Defenders
30 Winter Street, Suite 800
Boston, MA  02108
(617) 426-1350
bklein@glad.org

/s/ John P. Ward
John P. Ward (BBO #515860)
LAW OFFICES OF JOHN P. WARD
584 Castro Street, No. 802
San Francisco, CA  94114
johnpward@gmail.com

MUTUAL OF OMAHA INSURANCE
COMPANY

By its Attorneys,

/s/ Brooks R. Magratten
Brooks R. Magratten (BBO #650393)
Mark A. Pogue (BBO #550807)
Katharine E. Kohm (BBO #675362)
PIERCE ATWOOD LLP
72 Pine Street, 5th Floor
Providence, RI  02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
mpogue@pierceatwood.com
kkohm@pierceatwood.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was electronically filed with the clerk of the court on December 29, 2016, and that it is available for viewing and downloading from the Court's ECF system.  Service by electronic means has been effectuated on all counsel of record.

/s/ Brooks R. Magratten