UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:16-cv-11381-GAO |
| ) | |
| MUTUAL OF OMAHA INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

Plaintiff and Defendant now move pursuant to Fed. R. Civ. P. 26(c) for entry of the Confidentiality Order appended hereto as Exhibit A.

The parties file herewith a supporting memorandum of law.

| PLAINTIFF JOHN DOE | MUTUAL OF OMAHA INSURANCE COMPANY |
|---|---|
| By his Attorneys, | By its Attorneys, |
| /s/ Bennett H. Klein | /s/ Brooks R. Magratten |
| Bennett H. Klein (BBO #550702) | Brooks R. Magratten (BBO #650393) |
| GLBTQ Legal Advocates & Defenders | Mark A. Pogue (BBO #550807) |
| 30 Winter Street, Suite 800 | Katharine E. Kohm (BBO #675362) |
| Boston, MA  02108 | PIERCE ATWOOD LLP |
| (617) 426-1350 | 72 Pine Street |
| bklein@glad.org | Providence, RI  02903 |
|  | (401) 490-3422 |
|  | (401) 588-5166 (fax) |
| /s/ John P. Ward | bmagratten@pierceatwood.com |
| John P. Ward (BBO #515860) | mpogue@pierceatwood.com |
| Law Offices of John P. Ward | kkohm@pierceatwood.com |
| 584 Castro Street, No. 802 |  |
| San Francisco, CA  94114 |  |
| (415) 255-4996 |  |
| johnpward@gmail.com |  |

Date:  January 27, 2017

{W5948353.1}

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was electronically filed with the clerk of the court on January 27, 2017, and that is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

                                            */s/ Brooks R. Magratten*