UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
JOHN DOE,                           )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 1:16-cv-11381-GAO
                                    )
MUTUAL OF OMAHA INSURANCE           )
COMPANY,                            )
                                    )
        Defendant.                  )
_____ )

**MEMORANDUM OF LAW IN SUPPORT OF**
**JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER**

    Plaintiff and Defendant now move pursuant to Fed. R. Civ. P. 26(c) for entry of the Confidentiality Order appended to this motion as Exhibit A.

    Plaintiff brings this action claiming that Defendant discriminated against him in providing access to a place of public accommodation, under M.G.L. Ch. 272, § 98, by denying his application for a long-term care ("LTC") insurance policy.  Defendant denied Plaintiff's application because he was taking a medication – Truvada – prescribed to reduce the risk of HIV infection.

    Discovery in the case will involve the personal medical records and information of the Plaintiff and a third-party who applied for LTC coverage with the Plaintiff.  Discovery may also involve underwriting criteria and other commercially sensitive information of the Defendant.  The parties agree that there is no reason to publicize such information.  Use of all such confidential information should be limited to only what is necessary to prosecute and defend the claims in this action.

The proposed Confidentiality Order allows the parties to designate information "Confidential" and provides a means of protecting such information from public disclosure. Entry of the proposed Confidentiality Order will help the parties respond to discovery and litigate this case on the merits.

For the above reasons, the parties now jointly request the Court to enter the proposed Confidentiality Order.

| PLAINTIFF JOHN DOE | MUTUAL OF OMAHA INSURANCE COMPANY |
|---|---|
| By his Attorneys, | By its Attorneys, |
| /s/ Bennett H. Klein<br>Bennett H. Klein (BBO #550702)<br>GLBTQ Legal Advocates & Defenders<br>30 Winter Street, Suite 800<br>Boston, MA  02108<br>(617) 426-1350<br>bklein@glad.org | /s/ Brooks R. Magratten<br>Brooks R. Magratten (BBO #650393)<br>Mark A. Pogue (BBO #550807)<br>Katharine E. Kohm (BBO #675362)<br>PIERCE ATWOOD LLP<br>72 Pine Street<br>Providence, RI  02903<br>(401) 490-3422<br>(401) 588-5166 (fax)<br>bmagratten@pierceatwood.com<br>mpogue@pierceatwood.com<br>kkohm@pierceatwood.com |
| /s/ John P. Ward<br>John P. Ward (BBO #515860)<br>Law Offices of John P. Ward<br>584 Castro Street, No. 802<br>San Francisco, CA  94114<br>(415) 255-4996<br>johnpward@gmail.com | |

Date:  January 27, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was electronically filed with the clerk of the court on January 27, 2017, and that is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

*/s/ Brooks R. Magratten*