UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:16-cv-11381-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF JOHN DOE'S MOTION TO QUASH SUBPOENA TO RONALD KATZ, M.D. AND FOR PROTECTIVE ORDER AS TO SCOPE OF DISCOVERY INTO DOE'S MEDICAL AND HEALTH INFORMATION**

Plaintiff John Doe moves pursuant to Fed. R. Civ. P. 26(b)(2)(C)(iii) and 45(d)(3)(A) that the Court quash the subpoena issued by Defendant Mutual of Omaha Insurance Company ("Mutual") to Ronald Katz, M.D. for the production of Doe's medical records from December 28, 2009 to present. The subpoena for June 9, 2017 is attached as Exhibit A to the accompanying Memorandum in Support of Motion to Quash Subpoena to Ronald Katz, M.D. and for Protective Order as to Scope of Discovery into Doe's Medical and Health Information.

Additionally, Doe moves for a protective order pursuant to Fed. R. Civ. P. 26(b)(2)(c)(iii) and 26(c)(1)(D) as follows:

(1) Prohibiting inquiry at Doe's deposition, and in discovery generally, into any matters related to medical and health-related information beyond the records and materials that Mutual obtained, and that it relied upon, in evaluating Doe's application and denying long-term care insurance coverage to him on February 9, 2015, including information about any aspects of

1

Doe's health or medical condition *after* the date of Mutual's denial of long-term care insurance. Mutual has served Doe's counsel with a notice of his deposition for June 27, 2017.

(2) Prohibiting inquiry at Doe's deposition, and in discovery generally, into the following specific subjects set forth in Mutual's First Set of Interrogatories dated April 11, 2017: (a) the identity of all physicians with whom Doe treated or consulted from December 2009 to present; (b) all health insurance coverage from December 2009 to present; (c) all dates Doe has been tested for HIV from 2009 to present and the test results; and (d) the reasons that Doe began taking Truvada.

In support of this motion, Doe has separately filed Plaintiff John Doe's Memorandum in Support of Motion to Quash Subpoena to Ronald Katz, M.D. and for Protective Order as to Scope of Discovery into Doe's Medical and Health Information.

Respectfully submitted,

JOHN DOE
By his attorneys,


/s/ Bennett H. Klein
Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

/s/ John P. Ward
John P. Ward
BBO # 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
johnpward@gmail.com

## CERTIFICATION OF COMPLIANCE WITH RULE 7.1 AND 37.1

I, Bennett Klein, certify that I have conferred pursuant to Local Rule 7.1 with Brooks Magratten, counsel for defendant Mutual of Omaha Insurance Company, in a good faith effort to resolve or narrow the issues that are the subject of this motion and further that I have complied with the provisions of Local Rule 37.1.

/s/ Bennett H. Klein
Bennett H. Klein

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on May 26, 2017, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.


Brooks R. Magratten, BBO# 650393
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
bmagratten@pierceatwood.com

Mark A. Pogue, BBO# 550807
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
mpogue@pierceatwood.com

Katharine E. Kohn, BBO# 675362
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
kkohm@pierceatwood.com

<u>/s/ Bennett H. Klein</u>
Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org
