## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOHN DOE,

       Plaintiff,

     v.

MUTUAL OF OMAHA INSURANCE
COMPANY,

       Defendant.

C.A. No. 16-11381-GAO

## DEFENDANT'S MOTION TO COMPEL
## COMPLIANCE WITH SUBPOENA

Defendant Mutual of Omaha Insurance Company now moves pursuant to F.R.C.P. 45(g)

to direct Ronald Katz, M.D., to comply with a subpoena <u>duces</u> <u>tecum</u> served on him on May 15,

2017.  Mutual of Omaha files a supporting memorandum herewith.

                  Respectfully Submitted,

Date:  May 31, 2017

*/s/ Brooks R. Magratten*
Brooks R. Magratten, Esq.  BBO#650393
Katharine E. Kohm, Esq.  BBO#675362
PIERCE ATWOOD LLP
72 Pine Street, 5th Floor
Providence, RI  02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
kkohm@pierceatwood.com

*Attorneys for Defendant Mutual of Omaha*
*Insurance Company*

{W6186654.1}

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on May 31, 2017, and that it is available for viewing and downloading from the Court's ECF system.  Service by electronic means has been effectuated on all counsel of record.


Bennett H. Klein, Esq.
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108

John P. Ward, Esq.
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114

Service by first class mail, postage prepaid, has been made on:

Ronald Katz, M.D.
25 Boylston Street
Chestnut Hill, MA 02467

*/s/ Brooks R. Magratten*

{W6186654.1}

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JOHN DOE,
        Plaintiff,

    v.

C.A. No. 16-11381-GAO

MUTUAL OF OMAHA INSURANCE
COMPANY,
        Defendant.

**MEMORANDUM IN SUPPORT OF**
**MOTION TO COMPEL COMPLIANCE**
**WITH SUBPOENA DUCES TECUM**

Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") moves pursuant to F.R.C.P. 45(g) for an order directing Ronald Katz, M.D., to comply fully with Defendant's subpoena duces tecum.

In this action Plaintiff John Doe complains the Mutual of Omaha wrongfully discriminated against him when it denied his application for long-term care ("LTC") coverage because of a medication he is taking. Mutual of Omaha on May 15, 2017, served a subpoena duces tecum on Dr. Katz for the production of Plaintiff's medical records. A true copy of the subpoena and Dr. Katz's response is appended hereto as Exhibit A.[1]

Dr. Katz has objected to producing the requested records only because he wants "a signed release from the patient or a subpoena from a court stamped by a judge." Dr. Katz's objection lacks merit.

Plaintiff's history of medical treatment is relevant to the issues in this case. Dr. Katz has failed to articulate any sound reason to refuse compliance with the subpoena. Accordingly, Mutual of Omaha now moves for entry of the order appended hereto as Exhibit B.

---

[1] Plaintiff's true name and other personal identifying information have been redacted.

{W6186697.1}

Respectfully Submitted,

Date:   May 31, 2017

*/s/ Brooks R. Magratten*
Brooks R. Magratten, Esq.  BBO#650393
Katharine E. Kohm, Esq.  BBO#675362
PIERCE ATWOOD LLP
72 Pine Street, 5th Floor
Providence, RI  02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
kkohm@pierceatwood.com

*Attorneys for Defendant Mutual of Omaha Insurance Company*

**CERTIFICATE OF SERVICE**

I certify that the within document was electronically filed with the clerk of the court on May 31, 2017, and that it is available for viewing and downloading from the Court's ECF system.  Service by electronic means has been effectuated on all counsel of record.

Bennett H. Klein, Esq.
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108

John P. Ward, Esq.
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114

Service by first class mail, postage prepaid, has been made on:

Ronald Katz, M.D.
25 Boylston Street
Chestnut Hill, MA 02467

*/s/ Brooks R. Magratten*

{W6186697.1}

2