# B

{W4394992.1}

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY,<br><br>        Defendant. | No. 1:16-cv-11381-GAO |

## ORDER

The Defendant Mutual of Omaha Insurance Company, having moved on May 31, 2017, to compel compliance with a subpoena _duces tecum_, and in consideration of the same, it is now ORDERED:

Ronald Katz, M.D., is ordered to produce all documents in his possession that are responsive to the Defendant's subpoena within fourteen days of the entry of this order.

**SO ORDERED**

_____

**ENTER:**

_____
O'Toole, J.

{W6186855.1}

Presented by: Brooks R. Magratten

MUTUAL OF OMAHA INSURANCE COMPANY

By its Attorneys,

*/s/ Brooks R. Magratten*
Brooks R. Magratten (BBO #650393)
Katharine E. Kohm (BBO #675362)
PIERCE ATWOOD LLP
72 Pine Street, 5th Floor
Providence, RI  02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
kkohm@pierceatwood.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was electronically filed with the clerk of the court on May 31, 2017 and that it is available for viewing and downloading from the Court's ECF system.  Service by electronic means has been effectuated on all counsel of record.

Bennett H. Klein, Esq.
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108

John P. Ward, Esq.
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114

Service by first class mail, postage prepaid, has been made on:

Ronald Katz, M.D.
25 Boylston Street
Chestnut Hill, MA 02467

*/s/ Brooks R. Magratten*