UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) No. 1:16-cv-11381-GAO |
| MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br>    Defendant | )<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated May 30, 2017, Plaintiff John Doe ("Doe") and Defendant Mutual of Omaha Insurance Company ("Mutual") submit this Joint Status Report to: (1) apprise the Court of discovery completed to date, pending discovery motions and anticipated discovery; and (2) request that the Court modify the sequence of scheduling deadlines in the case to move the deadlines for expert disclosures and reports until after the completion of fact discovery.

    **I.**    **STATUS OF DISCOVERY.**

    **a.** The parties completed Rule 26(a)(1) disclosures on January 30, 2017. The parties have completed written discovery pursuant to the May 30, 2017 deadline in the Scheduling Order. The parties are attempting to resolve a dispute regarding Doe's assertion that Mutual has not responded to interrogatories asking for it to state the "duties, responsibility and authority with respect to underwriting" for the personnel Mutual identified as having responsibility for its long-term care insurance underwriting practices. The parties have begun scheduling depositions and expect them to occur over the summer and early fall. Doe, however, cannot make final decisions about whom to depose until he receives responses to the above-referenced interrogatories.

**b.** The parties have a dispute regarding the scope of permissible discovery in this case that requires resolution by the Court. It is set forth in Plaintiff John Doe's Motion to Quash Subpoena to Ronald Katz, M.D. and for Protective Order as to Scope of Discovery Into Doe's Medical and Health Information, filed with the Court on May 26, 2017.

**c.** Mutual of Omaha on May 31st moved to compel Plaintiff's physician, Dr. Katz, to comply with a subpoena duces tecum. Mutual of Omaha anticipates filing by June 9, 2017, motions to compel further responses to interrogatories and further production of documents by Plaintiff if the parties' disputes cannot be resolved before then.

**II.    REQUEST FOR REVISED SCHEDULING DEADLINES.**

This Court on January 12, 2017 adopted the parties' proposed schedule through fact discovery. That schedule provided for written discovery to be completed by May 30, 2017; plaintiff's expert disclosures and reports by June 30, 2017; defendant's expert disclosures and reports due by August 15, 2017; and completion of discovery by November 30, 2017.

The parties have conferred and have agreed that expert reports should be exchanged after the completion of the bulk of fact discovery and then proceed to expert depositions. The parties request that the Court reorder the discovery schedule as follows:

1) Fact depositions completed by September 29, 2017.

2) Plaintiff's expert disclosures and reports by September 29, 2017.

3) Defendant's expert reports and disclosures by October 30, 2017.

4) Expert depositions completed by December 15, 2017.

The parties also request that the court set a January 30, 2018 deadline for summary judgment motions. The parties agree that summary judgment motion(s) are likely in this matter.

Respectfully submitted,

| PLAINTIFF JOHN DOE | MUTUAL OF OMAHA INSURANCE COMPANY |
|---|---|
| By his Attorneys, | By its Attorneys, |

/s/ Bennett H. Klein                    /s/ Brooks R. Magratten
Bennett H. Klein (BBO #550702)          Brooks R. Magratten (BBO #650393)
GLBTQ Legal Advocates & Defenders       Mark A. Pogue (BBO #550807)
30 Winter Street, Suite 800             Katharine E. Kohm (BBO #675362)
Boston, MA  02108                       PIERCE ATWOOD LLP
(617) 426-1350                          72 Pine Street
bklein@glad.org                         Providence, RI  02903
                                        (401) 490-3422
                                        (401) 588-5166 (fax)
/s/ John P. Ward                        bmagratten@pierceatwood.com
John P. Ward (BBO #515860)              mpogue@pierceatwood.com
Law Offices of John P. Ward             kkohm@pierceatwood.com
584 Castro Street, No. 802
San Francisco, CA  94114
(415) 255-4996
johnpward@gmail.com

Date: June 1, 2017