UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:16-cv-11381-GAO |
| ) | |
| MUTUAL OF OMAHA INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF JOHN DOE'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

Plaintiff John Doe files this opposition to Defendant Mutual of Omaha's Motion to Compel Compliance with Subpoena dated May 31, 2017 requesting that the Court enforce Mutual's subpoena to Ronald Katz, M.D.

"A Rule 45 subpoena must fall within the scope of proper discovery under Fed. R. Civ. P. 26(b)(1)." *In re Pro-Sys Consultants*, 2016 U.S. Dist. LEXIS 104185, at *14 (D. Mass. 2016). The party seeking discovery, here Mutual, has the burden to show its relevance. *See Murphy v. Harmatz*, 2016 U.S. Dist. LEXIS 167569, at *9 (D. Mass. 2016). Mutual has not met that burden. It puts forward little argument about the relevance of Dr. Katz's medical records about Doe other than the conclusory statement that "[p]laintiff's history of medical treatment is relevant to this case." Mutual Motion to Compel at 1.

Doe has previously moved to quash the subpoena of Dr. Katz. *See* Plaintiff John Doe's Motion to Quash Subpoena to Ronald Katz, M.D. and For Protective Order as to Scope of Discovery into Doe's Medical and Mental Health Information. Doc. No. 29. He has set forth the argument that the subpoena to Dr. Katz seeks information that is not within the scope of

1

permissible discovery in Plaintiff John Doe's Memorandum in Support of Motion to Quash Subpoena to Ronald Katz, M.D. and For Protective Order as to Scope of Discovery into Doe's Medical and Health Information. Doc. No. 30. Doe refers the Court to the arguments in that memorandum in support of his opposition to Mutual's motion to compel rather than repeat them verbatim here.

        Respectfully submitted,
        JOHN DOE
        By his attorneys,

        /s/ Bennett H. Klein
        Bennett H. Klein
        BBO # 550702
        GLBTQ Legal Advocates & Defenders
        30 Winter St. Suite 800
        Boston, MA 02108
        617-426-1350
        bklein@glad.org

        /s/ John P. Ward
        John P. Ward
        BBO # 515860
        Law Offices of John P. Ward
        584 Castro St., No. 802
        San Francisco, CA 94114
        johnpward@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that the within document was electronically filed with the clerk of the court on June 8, 2017, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Brooks R. Magratten, BBO# 650393
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
bmagratten@pierceatwood.com

Mark A. Pogue, BBO# 550807
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
mpogue@pierceatwood.com

Katharine E. Kohn, BBO# 675362
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
kkohm@pierceatwood.com

/s/ Bennett H. Klein
Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org