UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
JOHN DOE,                                )
    Plaintiff                          )
                                         )
v.                                       )
                                         )   No. 1:16-cv-11381-GAO
MUTUAL OF OMAHA                          )
INSURANCE COMPANY,                       )
    Defendant                          )
_____)

### DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S
### MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Rules 7.1 and 37.1 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") respectfully moves for this Court to issue an order compelling Plaintiff John Doe ("Plaintiff") to withdraw certain objections, produce responsive documents, and further respond to Mutual of Omaha's Requests for Production within 20 days of this Court's ruling. In support of this motion, Mutual of Omaha relies upon the accompanying memorandum of law.

                                      Respectfully submitted,
                                      MUTUAL OF OMAHA
                                      INSURANCE COMPANY,
                                      By Its Attorneys,

June 9, 2017                        */s/ Brooks R. Magratten*
                                      Brooks R. Magratten, Esq. BBO#650393
                                      Katharine Kohm, Esq. BBO#675362
                                      PIERCE ATWOOD LLP
                                      72 Pine Street, 5th Floor
                                      Providence, RI 02903
                                      (401) 490-3422
                                      (401) 588-5166 (fax)
                                      bmagratten@pierceatwood.com
                                      kkohm@pierceatwood.com

## CERTIFICATION OF ATTORNEY

I, Brooks Magratten (BBO #650393), hereby certify that pursuant to Rules 7.1 and 37.1 of the Local Rules of the United States District Court for the District of Massachusetts, I made a good faith effort to confer with Bennett H. Klein, Plaintiff's counsel, to resolve or narrow the discovery impasse at issue in this motion.

                                                    */s/ Brooks R. Magratten*

                                                    Brooks R. Magratten, Esq. BBO#650393

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on June 9, 2017, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Bennett H. Klein, BBO# 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

John P. Ward, BBO# 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

                                                  /s/   *Brooks R. Magratten*