# Exhibit B

**The New York Times**

MONEY & POLICY | NEWS ANALYSIS

# Taking Truvada to Prevent H.I.V. Also Comes With Risks

By DENISE GRADY    MAY 14, 2012

A panel of advisers to the Food and Drug Administration took a historic step last week when they recommended that the agency for the first time approve a drug that healthy people can take once a day to prevent H.I.V. infection.

Such a pill has long been a goal of research, something that might help stem a global epidemic that is still causing two million new worldwide cases each year, including 50,000 in the United States.

But the panel members worried about how to make sure doctors and patients would use the drug correctly. Otherwise, they said, the potential harm could be huge — not just to those taking the pill, but also to their sexual partners.

Approval of the first H.I.V. preventive has tangled experts in complicated scientific and psychological issues and brought sometimes furious debate. One side says people are so unlikely to use the drug properly that it is irresponsible and dangerous to let them have it. The other side calls that argument paternalistic and

9 ARTICLES REMAINING    One subscription. Endless discovery. Save 30% on one year of The Times.

says people who are motivated to protect themselves should be given the tools to do so.

The drug is Truvada, which contains two antivirals and is already approved and widely used in combination with other drugs to treat H.I.V. infection. In the last few years, studies have shown that taking Truvada alone every day can prevent infection.

If approved, the drug would be recommended for H.I.V.-negative people at high risk of becoming infected, like gay men who have multiple partners and do not use condoms consistently, prostitutes and people in relationships with someone who is H.I.V.-positive.

Already, though, there are reports that the drug is being prescribed to men who may not fit these criteria. Little is known about how consistently they are taking it. And that raises a big worry: viral resistance.

Although Truvada alone can prevent an H.I.V. infection, it cannot control one that has already taken hold. If an H.I.V.-positive patient were to take Truvada alone, or if a user were to become infected while taking it, the H.I.V. strains they carry could become drug-resistant. The infection would be hard to treat, and it could spread to other people.

To prevent drug resistance, people who want to use Truvada for prevention first would have to make sure they were H.I.V.-negative and then be retested regularly, every few months, because it is possible, though unlikely, to become infected while taking the drug. But experts testifying before the panel on Thursday acknowledged that there is no way to ensure that people taking the drug receive frequent H.I.V. tests.

Then there is the question of adherence. Skipping doses or using Truvada on occasion, as if it were a party drug, would invite both infection and the emergence of drug-resistant strains. But research shows that people are not good at sticking to the required daily regimen. In one major study, only 10 percent of the participants took Truvada as directed.

9
ARTICLES REMAINING        **One subscription. Endless discovery.** Save 30% on one year of The Times.

Side effects may be one reason: The drug can cause stomach upset in the first weeks it is taken. Patients must also be monitored for kidney problems and bone thinning, rare but potentially serious complications.

Perhaps the most serious concern is that some who take the drug will assume they no longer need condoms. But condoms are still necessary, because Truvada is not 100 percent effective. If people take the drug inconsistently and also skip condoms, they may wind up at even greater risk than they were before Truvada came along.

At the committee meeting on Thursday, one young man said he and his friends would not abandon condoms, because they still had concerns about syphilis, gonorrhea and other sexually transmitted infections.

But people slip up once in a while, he added, and for those lapses, Truvada might be a safety net.

The F.D.A. has yet to decide whether to approve Truvada for prevention, but the agency usually follows its experts' advice. On Thursday, one of the panel members who voted for approval also said it would be important to watch what happens once Truvada gains greater use, especially in terms of drug resistance, and to make changes if something goes wrong. It was a troubling possibility.

A version of this news analysis appears in print on May 15, 2012, on Page D5 of the New York edition with the headline: Prevention In a Pill Has Risks Of Its Own.

© 2017 The New York Times Company

9
ARTICLES REMAINING

**One subscription. Endless discovery.** Save 30% on one year of The Times.