UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
JOHN DOE,                    )
    Plaintiff              )
                             )
v.                           )
                             )  No. 1:16-cv-11381-GAO
MUTUAL OF OMAHA              )
INSURANCE COMPANY,           )
    Defendant              )
_____)

**DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S
MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO
<u>MOTION TO COMPEL COMPLIANCE WITH SUBPOENA</u>**

Pursuant to Rule 7.1(b)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") respectfully moves for leave to file a short reply to respond to Plaintiff Doe's Opposition to Mutual of Omaha's Motion To Compel Compliance with a Subpoena (Doc. #34). In support of this motion, Mutual of Omaha relies upon the accompanying memorandum of law.

          Respectfully submitted,
          MUTUAL OF OMAHA
          INSURANCE COMPANY,
          By Its Attorneys,

June 15, 2017           */s/ Brooks Magratten*
          Brooks R. Magratten, Esq. BBO#650393
          Katharine Kohm, Esq. BBO#675362
          PIERCE ATWOOD LLP
          72 Pine Street, 5th Floor
          Providence, RI 02903
          (401) 490-3422
          (401) 588-5166 (fax)
          bmagratten@pierceatwood.com
          kkohm@pierceatwood.com

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on June 15, 2017, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Bennett H. Klein, BBO# 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

John P. Ward, BBO# 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

                                                 /s/     *Brooks Magratten*