UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
JOHN DOE,                              )
    Plaintiff                          )
                                       )
v.                                     )
                                       )   No. 1:16-cv-11381-GAO
MUTUAL OF OMAHA                        )
INSURANCE COMPANY,                     )
    Defendant                          )
_____)

**MEMORANDUM IN SUPPORT OF
DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S
MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO
MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

    Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") respectfully moves for leave to file a short reply pursuant Rule 7.1(b)(3) of the Local Rules of the United States District Court for the District of Massachusetts.

    There is good cause for this Court to allow this additional filing as Mutual of Omaha will provide this Court with a narrowly tailored response to address Plaintiff Doe's arguments in his opposition (Doc. #34). Mutual of Omaha will explain, in contravention to Plaintiff's assertions, that Dr. Ronald Katz, M.D. possesses discoverable information, there are already safeguards in place to prevent publicized disclosure of Plaintiff's alleged confidential information, and therefore Dr. Katz must be compelled to submit to the subpoena duces tecum properly served upon him on May 15, 2017. In sum, the reply that Mutual of Omaha requests leave to submit will assist this Court in deciding the underlying motion (Doc. #32), which is now scheduled to be heard by this Court on July 19, 2017 (Doc. # 44), several weeks from this filing. Accordingly this Court may have an opportunity to consider Mutual of Omaha's reply in advance of the hearing. Attached hereto at Exhibit A is the proposed reply memorandum.

WHEREFORE Mutual of Omaha respectfully requests this Court grant its motion for leave to file a reply memorandum.

Respectfully submitted,

MUTUAL OF OMAHA
INSURANCE COMPANY,
By Its Attorneys,

June 15, 2017

    /s/    Brooks R. Magratten
Brooks R. Magratten, Esq. BBO#650393
Katharine Kohm, Esq. BBO#675362
PIERCE ATWOOD LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
kkohm@pierceatwood.com

**CERTIFICATE OF SERVICE**

I certify that the within document was electronically filed with the clerk of the court on June 15, 2017, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Bennett H. Klein, BBO# 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

John P. Ward, BBO# 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

    /s/    Brooks R. Magratten