UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>MUTUAL OF OMAHA INSURANCE  )<br>COMPANY,  )<br>  )<br>        Defendant.  )<br>  ) | C.A. No. 1:16-cv-11381-GAO |

**JOINT MOTION TO RESCHEDULE HEARING
ON DISCOVERY MOTIONS**

Plaintiff and Defendant now jointly move to reschedule the hearing on various discovery motions (see Dkt. # 29, 32, 38 and 40), presently scheduled before Magistrate Judge Boal on July 19th.  The parties join in this request because counsel for plaintiff and defendant are presently scheduled to appear for depositions in this matter in Omaha, Nebraska the week of July17th.

Counsel for both parties are both available to appear for a hearing on these motions on July 25, August 1, 3-4 and 7-9.  Attached as Exhibit A, is a July 14, 2017, letter requesting the extension.

For the above reasons, the parties respectfully request that the hearing on discovery motions be rescheduled to one of the dates provided above.

{W6215211.1}

| PLAINTIFF JOHN DOE | MUTUAL OF OMAHA INSURANCE COMPANY |
|---|---|
| By his Attorneys, | By its Attorneys, |
| */s/ Bennett H. Klein* <br> Bennett H. Klein (BBO #550702) <br> GLBTQ Legal Advocates & Defenders <br> 30 Winter Street, Suite 800 <br> Boston, MA  02108 <br> (617) 426-1350 <br> bklein@glad.org | */s/ Brooks R. Magratten* <br> Brooks R. Magratten (BBO #650393) <br> PIERCE ATWOOD LLP <br> 72 Pine Street <br> Providence, RI  02903 <br> (401) 490-3422 <br> (401) 588-5166 (fax) <br> bmagratten@pierceatwood.com |

Date:  June 19, 2017

## CERTIFICATE OF SERVICE

I hereby certify that this document was electronically filed with the clerk of the court on June 19, 2017, and that is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

*/s/ Brooks R. Magratten*