

# PIERCE ATWOOD LLP

**BROOKS R. MAGRATTEN**

72 Pine Street
Providence, RI 02903

P 401.588.5113
F 401.588.5166
C 401.965.2506
bmagratten@pierceatwood.com
pierceatwood.com

Admitted in: CT, MA, RI

June 14, 2017

Hon. Jennifer C. Boal
U.S. Magistrate Judge
U.S. District Court
One Courthouse Way
Boston, MA 02210

Re:   John Doe
      <u>v. Mutual of Omaha Ins. Co.</u>
      No. 16-cv-11381-GAO

Dear Magistrate Judge Boal:

I represent the Defendant Mutual of Omaha Insurance Company in this matter.

The Court recently scheduled hearings on several discovery motions for July 19th at 11:30 a.m. This is to report that the parties previously planned depositions in this case to take place in Omaha, Nebraska the week of July 17th.

The parties respectfully request that the hearing on these discovery motions be rescheduled to any of the following dates on which both parties are available: July 25, August 1, 3-4 and 7-9.

Thank you for your attention to this request.

Very truly yours,

Brooks R. Magratten

BRM:bab
cc: Bennett Klein, Esq.