**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

_____

| | |
|---|---|
| JOHN DOE, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | )    No. 1:16-cv-11381-GAO |
| MUTUAL OF OMAHA | ) |
| INSURANCE COMPANY, | ) |
|     Defendant | ) |
| | ) |

_____

**DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S
MOTION FOR LEAVE TO FILE REPLY TO
PLAINTIFF'S CONSOLIDATED OPPOSITION [DOC. #52]**

Pursuant to Rule 7.1(b)(3) of the Local Rules of the United States District Court for the

District of Massachusetts, Defendant Mutual of Omaha Insurance Company ("Mutual of

Omaha") respectfully moves for leave to file a short reply to respond to Plaintiff Doe's

Consolidated Opposition concerning Mutual of Omaha's motions to compel discovery (Doc.

#52).  In support of this motion, Mutual of Omaha relies upon the accompanying memorandum

of law.

Respectfully submitted,
MUTUAL OF OMAHA
INSURANCE COMPANY,
By Its Attorneys,

July 6, 2017

   _/s/ Brooks Magratten_
Brooks R. Magratten, Esq. BBO#650393
Katharine Kohm, Esq. BBO#675362
PIERCE ATWOOD LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
kkohm@pierceatwood.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that the within document was electronically filed with the clerk of the court on July 6, 2017, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Bennett H. Klein, BBO# 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

John P. Ward, BBO# 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

/s/ *Brooks Magratten*