UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
JOHN DOE,                      )
      Plaintiff                )
                               )
v.                             )
                               )   No. 1:16-cv-11381-GAO
MUTUAL OF OMAHA                )
INSURANCE COMPANY,             )
      Defendant                )
_____)
```

**MEMORANDUM IN SUPPORT OF
DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S
MOTION FOR LEAVE TO FILE REPLY TO
PLAINTIFF'S CONSOLIDATED OPPOSITION [DOC. #52]**

Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") respectfully moves for leave to file a short reply pursuant Local Rule 7.1(b)(3).

There is good cause to allow this additional filing as Mutual of Omaha will provide this Court with a narrowly tailored response to address Plaintiff's arguments that Mutual of Omaha's positions are "red herrings" (Doc. #52). In particular, Mutual of Omaha will explain that, in contravention to Plaintiff's assertions in Doc. #52, he was not forthcoming about his Truvada use in his LTC application. Mutual of Omaha should be able to explore the inconsistency between Doe's health information presented in his application and his actual medical history. Mutual of Omaha's reply also explains why Plaintiff's contentions regarding judicial estoppel and contention interrogatories lack merit.

Mutual of Omaha's proposed reply will assist this Court in deciding the underlying discovery motions (Doc. #38, 40), which are now scheduled to be heard on August 9, 2017 (Doc. # 44). This Court will have ample opportunity to consider Mutual of Omaha's reply in advance of the hearing. Attached as Exhibit A is the proposed reply memorandum.

WHEREFORE Mutual of Omaha respectfully requests this Court grant its motion for leave to file this reply memorandum.

Respectfully submitted,

MUTUAL OF OMAHA
INSURANCE COMPANY,
By Its Attorneys,

July 6, 2017

 /s/ Brooks Magratten
Brooks R. Magratten, Esq. BBO#650393
Katharine Kohm, Esq. BBO#675362
PIERCE ATWOOD LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
kkohm@pierceatwood.com

**CERTIFICATE OF SERVICE**

I certify that the within document was electronically filed with the clerk of the court on July 6, 2017, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Bennett H. Klein, BBO# 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

John P. Ward, BBO# 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

 /s/ Brooks Magratten