UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> MUTUAL OF OMAHA INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 1:16-cv-11381-GAO <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF JOHN DOE'S MOTION FOR LEAVE TO SUBMIT PAGES OF DEPOSITION TRANSCRIPTS RELEVANT TO COURT'S CONSIDERATION OF <u>DISCOVERY MOTIONS TO BE HEARD ON AUGUST 9, 2017</u>**

Pursuant to Local Rule 7.1 (b)(3), Plaintiff John Doe moves for leave to submit to the Court pages of the deposition of the defendant Mutual of Omaha Insurance Company ("Mutual") taken pursuant to Fed. R. Civ. P. 30(b)(6) on July 19, 2017. Doe has good cause for leave to file this submission because: (1) the few transcript pages attached to Doe's submission contain testimony made on behalf of the defendant corporation that contradicts statements it has made in its submissions to the Court, and therefore the submission will assist the Court in resolving the discovery dispute before it; and (2) the parties received the transcript of the deposition on Friday August 4, 2017 and Doe moved expeditiously for leave to file this submission prior to hearing on the motions scheduled for August 9, 2017. The proposed submission is attached as <u>Exhibit A</u>.

Respectfully submitted,

JOHN DOE
By his attorneys,


/s/ Bennett H. Klein
Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

/s/ John P. Ward
John P. Ward
BBO # 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
johnpward@gmail.com

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on August 4, 2017 and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.


Brooks R. Magratten, BBO# 650393
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
bmagratten@pierceatwood.com

Mark A. Pogue, BBO# 550807
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
mpogue@pierceatwood.com

Katharine E. Kohn, BBO# 675362
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
kkohm@pierceatwood.com

/s/ Bennett H. Klein
Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org