

August 10, 2017

The Honorable Jennifer C. Boal
Chief Magistrate Judge
United States District Court for the
District of Massachusetts

Re: Doe v. Mutual of Omaha Insurance Company
    C.A. No. 1:16-cv-11381-GAO

Dear Judge Boal:

Pursuant to the Court's request at oral argument on August 9th, 2017, I attach the following on behalf of both counsel:

1. The February 9, 2015 denial letter from Mutual of Omaha to plaintiff; and

2. The April 22, 2015 denial of the plaintiff's appeal.

In addition, defendant Mutual of Omaha, without objection from plaintiff, wishes to submit the page of the long-term care insurance application referenced during argument (attached).

Finally, plaintiff John Doe, without objection from defendant, wishes to submit page 193 of the Lisa Ging deposition in which at lines 6-8 she indicates that Mutual of Omaha requested three years of records from Dr. Katz as part of its underwriting process (attached).

Sincerely,

Bennett H. Klein
Counsel for Plaintiff

Cc: Brooks Magratten, Esq.