Q YXYEP SjSQ ELE MRWY VERGI GSQ TER]
P.O. Box 64901
St. Paul, MN 55164-0901



Mutual of Omaha

February 9, 2015



RE: Your Application for the Mutual of Omaha Insurance Company Long-Term Care Policy/Certificate
Application Number ▉▉▉▉▉

Dear ▉▉▉▉▉:

Thank you for considering Mutual of Omaha Insurance Company Long-Term Care Policy/Certificate for your long-term care coverage. We have completed our underwriting review and regret that we were not able to approve your application.

We could not offer the coverage you applied for due to your disclosure in your interview of taking Truvada and confirmed in your medical records from Dr. Katz. We do not offer coverage if you are taking this medication regardless of reason as it is on our uninsurable list of medications.

If you or your physician has additional information that you feel may have a bearing on our decision, you may appeal our decision. To do so, please submit the information to us within 60 days of the date of this letter and include your name and Application Number. We will then notify you in writing of our decision, or the need for additional information, within 60 days of the date we receive your written request for an appeal.

You have the right, upon written request to have sent to you the specific information that prompted our decision. A summary of rights, regarding this and other personal information, is attached.

If any premium has been submitted, we have enclosed a refund. If you have any questions about the appeal process, please call our Customer Service Representatives at 1-877-894-2478. They are available to answer your questions Monday through Friday 7:00 a.m. to 5:00 p.m. Central Time or email us at mutualofomahaltc@ltcg.com.

Sincerely,

John Blair
Underwriting Consultant
Mutual of Omaha Insurance Company

Enclosure(s)

uw027b.doc/2338/moojblair
2/9/15 10:34:56 17360945 2338

WF-DOE-000067

# SUMMARY OF RIGHTS

## ACCESS, CORRECTION, AMENDMENT OR DELETION

## OF PERSONAL INFORMATION

You have a right of access to personal information about you in our file, which you reasonably described. You may request correction, amendment or deletion of any information you believe to be incorrect.

Upon request, we'll send you a summary of the information or copies of the records. We'll also tell you to whom we've disclosed items of recorded personal information within the last two years.

If you believe any of the information is incorrect, you may request, in writing, changes to the personal information. We'll tell you if, we followed your request. If we don't agree with you, we'll give you our reasons, and the opportunity to file a statement of dispute. In the future your statement of dispute will be sent with any disclosure of the information which we make. In addition, if we don't agree with you, you may request a review by the commissioner of insurance.

Whether we agree or not, we'll notify any insurance-support organization that furnished us the information. We'll also notify any person you designate, who may have received such information and any person who according to our records received such information within the preceding two years of the dispute.

This right of access doesn't extend to information obtained in connection with or in anticipation of a claim or civil or criminal proceeding. Under certain conditions medical record information will be disclosed only through a health professional named by you.

Rights Summary MA