Q YXY E P sjS Q ELE MRWY VERGI GSQ TER ]
P.O. Box 64901
St. Paul, MN 55164-0901



April 22, 2015

RE: Your Application for the Mutual of Omaha Insurance Company Long-Term Care Policy/Certificate
Application Number

Dear

We received and reviewed the additional information you submitted in support of your appeal. After careful consideration of all the information provided, we are not able to change our decision.

I'm afraid your letter of March 30, 2015, along with the March 26, 2015 letter from Ronald Katz MD, do not alter our decision. We do not offer coverage to anyone who takes the medication Truvada, regardless of whether it is prescribed to treat an HIV infection, or is used for pre-exposure prophylaxis. This is in accordance with our underwriting guidelines.

As per our letter of February 9, 2015, we would consider additional information received within 60 days of the letter date. We regret that we will be unable to consider any additional information related to this application.

You have the right, upon written request to have sent to you the specific information that prompted our decision. A summary of rights, regarding this and other personal information, is attached.

We regret that we are unable to give you a more favorable decision.

Sincerely,

Lisa Ging RN
Chief Underwriter
Mutual of Omaha Insurance Company

Enclosure(s)



uw011b.doc/2306/moolfox
4/22/15 11:09:43  2306 17414799

WF-DOE-000008