## Section G — ADDITIONAL HEALTH QUESTIONS

**1** Have you ever received any advice, treatment, consultation or diagnosis from a physician or health care provider for any of the following conditions?

The following conditions require a stability period ranging from 3 months to 5 years to be eligible for coverage. Refer to our Underwriting Guidelines to insure the stability period has been met.

| | Applicant A Yes | Applicant A No | Applicant B Yes | Applicant B No |
|---|---|---|---|---|
| (a) Vision Disorder | | ✓ | | ✓ |
| (b) Dizziness/Vertigo or Fainting | | ✓ | | ✓ |
| (c) Head Injury, Nerve Damage or other Neurological Disease/Disorder | | ✓ | | ✓ |
| (d) Fibromyalgia, Weakness or Fatigue | | ✓ | | ✓ |
| (e) Stroke, Transient Ischemic Attack, Aneurysm, Carotid or Circulatory Disease/Disorder | | ✓ | | ✓ |
| (f) Seizure, Epilepsy or Tremors | | ✓ | | ✓ |
| (g) Depression, Anxiety or other Mental Disorder | | ✓ | | ✓ |
| (h) Lung Disease/Disorder | | ✓ | | ✓ |
| (i) Heart Rhythm, Heart Valve, Coronary Artery or Heart Disease/Disorder | | ✓ | | ✓ |
| (j) High Blood Pressure | | ✓ | | ✓ |
| (k) Anemia, Blood Clotting or Blood Disease/Disorder | | ✓ | | ✓ |
| (l) Arthritis, Broken Bone, Back, Spinal Stenosis, Scoliosis, Bone or Joint Disorder | | ✓ | | ✓ |
| (m) Chronic Pain, Amputation or Polymyalgia Rheumatica | | ✓ | | ✓ |
| (n) Osteoporosis or Osteopenia | | ✓ | | ✓ |
| (o) Balance Disorder, Difficulty Walking or Falls | | ✓ | | ✓ |
| (p) Cancer, Leukemia or Lymphoma | | ✓ | | ✓ |
| (q) Diabetes | | ✓ | | ✓ |
| (r) Immune System Disease/Disorder | | ✓ | | ✓ |
| (s) Kidney Disease/Disorder | | ✓ | | ✓ |
| (t) Hepatitis or Liver Disease/Disorder | | ✓ | | ✓ |
| (u) Shingles | | ✓ | | ✓ |
| (v) Incontinence or other Bowel or Bladder Disease/Disorder | | ✓ | | ✓ |
| **2** In the past 5 years have you been diagnosed with, treated for, had testing for, or consulted with a medical professional for conditions or symptoms not listed above? | ✓ | | ✓ | |
| **3** Do you have, for your use, a handicap parking sticker or handicap license plate? | | ✓ | | ✓ |
| **4** In the past 3 years has a medical professional referred you to a specialist for additional consultation, testing, or surgery? | | ✓ | ✓ | |
| **5** Are you scheduled for a visit with a medical professional within the next 6 months? | ✓ | | | ✓ |
| **6** Have you been seen by your physician, health care provider or any specialist more than three times in the past 12 months? | ✓ | | | ✓ |
| **7** Have you received inpatient or outpatient treatment at a hospital, surgical center, or rehabilitation facility in the past 12 months? | | ✓ | ✓ | |

**8** What is your height? — Applicant A: 6 ' 3 "   Applicant B: 5 ' 7 "

**9** What is your weight? — Applicant A: 240 lbs   Applicant B: 155 lbs

| **10** Have you had an unplanned weight change in the past 12 months? | | ✓ | | ✓ |