# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MUTUAL OF OMAHA INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>) | C.A. No. 1:16-cv-11381-GAO |

## NOTICE OF APPEARANCE OF NICOLE KINSLEY

To the Clerk of this Court and all Parties of Record:

Please enter my appearance as Counsel for the spouse of plaintiff John Doe ("Doe's Spouse"), a third-party witness in the above-captioned case.

        /s/ Nicole Kinsley
        Nicole Kinsley, BBO # 682528
        nkinsley@foleyhoag.com
        FOLEY HOAG LLP
        Seaport World Trade Center West
        155 Seaport Boulevard
        Boston, MA  02210-2600
        Telephone: (617) 832-1000
        Fax: (617) 832-7000

        Attorney for Doe's Spouse

DATED:  September 8, 2017

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 8, 2017.

                                             /s/ Nicole Kinsley
                                               Nicole Kinsley

B4736518.1