UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> MUTUAL OF OMAHA INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:16-cv-11381-GAO <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION OF PLAINTIFF JOHN DOE AND DOE'S SPOUSE TO QUASH DEPOSITION SUBPOENA, OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER AS TO SCOPE**

Pursuant to Fed. R. Civ. P. 45(d)(3) and 26(c)(1), John Doe and Doe's spouse as third-party witness ("Doe's Spouse") request that the Court quash the deposition subpoena to Doe's Spouse or, in the alternative, enter a protective order limiting the scope of the deposition to the logistics of the long-term care application at issue in this case and, consistent with that limitation, specifically prohibit Defendant Mutual of Omaha Insurance company from questioning Doe's Spouse about any aspect of Doe's use of the medication Truvada, the couple's relationship, or Doe's health. The subpoena is attached as Exhibit A to the separately filed Memorandum of Plaintiff John Doe, and Doe's Spouse, in Support of Joint Motion to Quash Deposition Subpoena, or, in the Alternative, for Protective Order as to Scope.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| DOE'S SPOUSE<br>By his attorney, | JOHN DOE<br>By his attorneys, |
| /s/ Nicole Kinsely<br>Nicole Kinsely<br>BBO # 682528<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>617-832-1185<br>nkinsley@foleyhoag.com | /s/ Bennett H. Klein<br>Bennett H. Klein<br>BBO # 550702<br>GLBTQ Legal Advocates & Defenders<br>30 Winter St. Suite 800<br>Boston, MA 02108<br>617-426-1350<br>bklein@glad.org<br><br>/s/ John P. Ward<br>John P. Ward<br>BBO # 515860<br>Law Offices of John P. Ward<br>584 Castro St., No. 802<br>San Francisco, CA 94114<br>johnpward@gmail.com |

## CERTIFICATION OF COMPLIANCE WITH RULE 7.1 AND 37.1

I, Bennett Klein, certify that I have conferred pursuant to Local Rule 7.1 with Brooks Magratten, counsel for defendant Mutual of Omaha Insurance Company, in a good faith effort to resolve or narrow the issues that are the subject of this motion and further that I have complied with the provisions of Local Rule 37.1 as set forth in note 3 of the accompanying memorandum.

/s/ Bennett H. Klein
Bennett H. Klein

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on September 8, 2017, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Brooks R. Magratten, BBO# 650393
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
bmagratten@pierceatwood.com

Mark A. Pogue, BBO# 550807
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
mpogue@pierceatwood.com

Katharine E. Kohn, BBO# 675362
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
kkohm@pierceatwood.com

/s/ Bennett H. Klein
Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org