UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff<br><br>v.<br><br>MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br>    Defendant | No. 1:16-cv-11381-GAO |

### JOINT STATUS REPORT

Pursuant to this Court's Order dated June 9, 2017 (Docket No. 35), Plaintiff John Doe ("Doe") and Defendant Mutual of Omaha Insurance Company ("Mutual") submit this Joint Status Report to apprise the Court of the status of discovery and propose further scheduling deadlines.

**I.  STATUS OF DISCOVERY.**

    a.  The parties have exchanged written discovery and initial responses.

    b.  The parties have completed the depositions of the plaintiff, the financial planner with whom the plaintiff worked to obtain the long-term care insurance at issue in this case, an independent insurance broker, and a Rule 30(b)(6) deposition of the defendant consisting of three witnesses.

On August 22, Magistrate Judge Boal entered an Order on various discovery motions (Docket No. 61) quashing a subpoena for the records of Doe's primary care physician, establishing the scope of inquiry into Doe's personal health, including the reasons he started taking the medication Truvada in November 2014, and ordering plaintiff to answer certain

interrogatories. The parties have agreed that the additional interrogatory answers will be due on September 13, 2017.

    c.  The parties have a dispute regarding the relevance and scope of the deposition of Doe's spouse in light of Magistrate Judge Boal's Order on the scope of discovery. Plaintiff and Doe's spouse have filed a motion to quash the subpoena to Doe's spouse and alternatively for a protective order. Doe's spouse is represented by separate counsel.

    d.  Plaintiff on September 6th noticed the depositions of two additional witnesses in Nebraska.

## II.    REQUEST FOR REVISED SCHEDULING DEADLINES.

This Court on June 9, 2017 granted the parties' request to reorder the sequencing of scheduling deadlines through fact discovery which was to be completed by September 29, 2017. The parties need some additional time to complete fact discovery. The parties request that the Court set the following scheduling deadlines:

1) Fact depositions completed by November 30, 2017.

2) Plaintiff's expert disclosures and reports by November 30, 2017.

3) Defendant's expert reports and disclosures by January 31, 2018.

4) Deposition of Plaintiff's experts completed by February 14, 2018.

5) Deposition of Defendant's experts completed by March 9, 2018.

6) Dispositive Motions filed by April 13, 2018.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF JOHN DOE | MUTUAL OF OMAHA INSURANCE COMPANY |
| By his Attorneys, | By its Attorneys, |
| */s/ Bennett H. Klein* | */s/ Brooks R. Magratten* |
| Bennett H. Klein (BBO #550702) | Brooks R. Magratten (BBO #650393) |
| GLBTQ Legal Advocates & Defenders | Mark A. Pogue (BBO #550807) |
| 30 Winter Street, Suite 800 | Katharine E. Kohm (BBO #675362) |
| Boston, MA  02108 | PIERCE ATWOOD LLP |
| (617) 426-1350 | 72 Pine Street |
| bklein@glad.org | Providence, RI  02903 |
| | (401) 490-3422 |
| | (401) 588-5166 (fax) |
| */s/ John P. Ward* | bmagratten@pierceatwood.com |
| John P. Ward (BBO #515860) | mpogue@pierceatwood.com |
| Law Offices of John P. Ward | kkohm@pierceatwood.com |
| 584 Castro Street, No. 802 | |
| San Francisco, CA  94114 | |
| (415) 255-4996 | |
| johnpward@gmail.com | |

Date: September 11, 2017