UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MUTUAL OF OMAHA INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>) | C.A. No. 1:16-cv-11381-GAO |

**PLAINTIFF JOHN DOE'S MOTION TO COMPEL DEPOSITION OF DEFENDANT'S MEDICDAL DIRECTOR, BRUCE HENRICKS, M.D., WITHOUT BEING PRECLUDED <u>FROM FUTURE EXPERT DEPOSITION</u>**

Pursuant to Fed. R. Civ. P. 37(a)(1), Plaintiff John Doe moves that the Court compel the fact deposition of Bruce Henricks, M.D. and further order that plaintiff not be precluded from taking Dr. Henricks's deposition as an expert after he serves his expert report in accordance with the Court's Scheduling Order.

In support of this motion, Doe has separately filed Plaintiff John Doe's Memorandum in Support of Motion to Compel Deposition of Defendant's Medical Director, Bruce Henricks, M.D., Without Being Precluded From Future Expert Deposition.

1

Respectfully submitted,

JOHN DOE
By his attorneys,


/s/ Bennett H. Klein
Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

/s/ John P. Ward
John P. Ward
BBO # 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
johnpward@gmail.com


## CERTIFICATION OF COMPLIANCE WITH RULE 7.1 AND 37.1

I, Bennett Klein, certify that I have conferred pursuant to Local Rule 7.1 with Brooks Magratten, counsel for defendant Mutual of Omaha Insurance Company, in a good faith effort to resolve or narrow the issues that are the subject of this motion and further that I have complied with the provisions of Local Rule 37.1.

/s/ Bennett H. Klein
Bennett H. Klein

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on September 26, 2017, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.


Brooks R. Magratten, BBO# 650393
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
bmagratten@pierceatwood.com

Mark A. Pogue, BBO# 550807
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
mpogue@pierceatwood.com

Katharine E. Kohn, BBO# 675362
Pierce Atwood LLP
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-3422
kkohm@pierceatwood.com

/s/ Bennett H. Klein
Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org