UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
JOHN DOE,                           )
      Plaintiff,                    )
                                    )
v.                                  )
                                    )   No. 1:16-cv-11381-GAO
MUTUAL OF OMAHA                     )
INSURANCE COMPANY,                  )
      Defendant.                    )
_____)

**DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S
MOTION TO COMPEL PLAINTIFF'S COMPLIANCE WITH
<u>DISCOVERY ORDER REGARDING INTERROGATORY ANSWERS</u>**

Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") hereby moves pursuant to Fed. R. Civ. Pro. 37(a) and 37(b) and Local Rules 7.1 and 37.1 for an order compelling Plaintiff's compliance with this Court's discovery order regarding interrogatory answers [Doc. #61] within 10 days of this Court's ruling. In support of its motion, Mutual of Omaha relies upon the accompanying memorandum of law.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MUTUAL OF OMAHA |
|  | INSURANCE COMPANY, |
|  | By Its Attorneys, |
| September 27, 2017 | <u>/s/ Brooks R. Magratten</u> |
|  | Brooks R. Magratten, Esq. BBO#650393 |
|  | Katharine Kohm, Esq. BBO#675362 |
|  | PIERCE ATWOOD LLP |
|  | 72 Pine Street, 5th Floor |
|  | Providence, RI 02903 |
|  | (401) 490-3422 |
|  | (401) 588-5166 (fax) |
|  | bmagratten@pierceatwood.com |
|  | kkohm@pierceatwood.com |

## CERTIFICATION OF ATTORNEY

I, Brooks Magratten (BBO #650393), hereby certify that pursuant to Rules 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, I made a good faith effort to confer with Bennett H. Klein, Plaintiff's counsel, to resolve or narrow the discovery impasse at issue in this motion, but was unable to do so.

                                                           */s/ Brooks R. Magratten*

                                                           Brooks R. Magratten, Esq. BBO#650393

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on September 27, 2017 and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

| *Counsel for Plaintiff* | *Counsel for Kurt Weidman* |
|---|---|
| Bennett H. Klein, BBO# 550702 | |
| GLBTQ Legal Advocates & Defenders | Nicole Kinsley |
| 30 Winter St. Suite 800 | Foley Hoag LLP |
| Boston, MA 02108 | 155 Seaport Blvd. |
| 617-426-1350 | Boston, MA 02210-2600 |
| bklein@glad.org | 617-832-1185 |
| | nkinsley@foleyhoag.com |
| John P. Ward, BBO# 515860 | |
| Law Offices of John P. Ward | |
| 584 Castro St., No. 802 | |
| San Francisco, CA 94114 | |
| 415-255-4996 | |
| johnpward@gmail.com | |

                                                         /s/ *Brooks R. Magratten*