UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
JOHN DOE,                              )
    Plaintiff                          )
                                       )
v.                                     )
                                       )   No. 1:16-cv-11381-GAO
MUTUAL OF OMAHA                        )
INSURANCE COMPANY,                     )
    Defendant                          )
_____)

**DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S
MOTION FOR PROTECTIVE ORDER TO
<u>QUASH THE DEPOSITION OF ALLEN GREGOIRE</u>**

Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") hereby moves pursuant to Fed. R. Civ. Pro. 26(c)(1) for a protective order quashing the deposition noticed by Plaintiff to Allen Gregoire, Mutual of Omaha's director of underwriting. In support of its motion, Mutual of Omaha relies upon the accompanying memorandum of law.

                                                                Respectfully submitted,
                                                                MUTUAL OF OMAHA
                                                                INSURANCE COMPANY,
                                                                By Its Attorneys,

September 27, 2017                              /s/     *Brooks R. Magratten*
                                                                Brooks R. Magratten, Esq. BBO#650393
                                                                Katharine Kohm, Esq. BBO#675362
                                                                PIERCE ATWOOD LLP
                                                               72 Pine Street, 5th Floor
                                                               Providence, RI 02903
                                                               (401) 490-3422
                                                               (401) 588-5166 (fax)
                                                               bmagratten@pierceatwood.com

## **CERTIFICATION OF ATTORNEY**

I, Brooks Magratten (BBO #650393), hereby certify that pursuant to Rules 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, I made a good faith effort to confer with Bennett H. Klein, Plaintiff's counsel, to resolve or narrow the discovery impasse at issue in this motion, but was unable to do so.

                                                      /s/      Brooks R. Magratten

                                               Brooks R. Magratten, Esq. BBO#650393

## **CERTIFICATE OF SERVICE**

I certify that the within document was electronically filed with the clerk of the court on September 27, 2017, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

| *Counsel for Plaintiff* | *Counsel for Kurt Weidman* |
|---|---|
| Bennett H. Klein, BBO# 550702 | |
| GLBTQ Legal Advocates & Defenders | Nicole Kinsley |
| 30 Winter St. Suite 800 | Foley Hoag LLP |
| Boston, MA 02108 | 155 Seaport Blvd. |
| 617-426-1350 | Boston, MA 02210-2600 |
| bklein@glad.org | 617-832-1185 |
| | nkinsley@foleyhoag.com |
| John P. Ward, BBO# 515860 | |
| Law Offices of John P. Ward | |
| 584 Castro St., No. 802 | |
| San Francisco, CA 94114 | |
| 415-255-4996 | |
| johnpward@gmail.com | |

                                                 /s/      Brooks R. Magratten