# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE,<br>    Plaintiff<br><br>v.<br><br>MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br>    Defendant | No. 1:16-cv-11381-GAO |

## DEFENDANT MUTUAL OF OMAHA'S
## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

The Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") moves for leave, pursuant to L.R. 7.1(b)(3), to file the reply memorandum appended hereto as Exhibit A

                                          Respectfully submitted,
                                          MUTUAL OF OMAHA
                                          INSURANCE COMPANY,
                                          By Its Attorneys,

October 26, 2017                    */s/ Brooks Magratten*
                                          Brooks R. Magratten, Esq. BBO#650393
                                          Katharine Kohm, Esq. BBO#675362
                                          PIERCE ATWOOD LLP
                                          72 Pine Street, 5th Floor
                                          Providence, RI 02903
                                          (401) 490-3422
                                          (401) 588-5166 (fax)
                                          bmagratten@pierceatwood.com
                                          kkohm@pierceatwood.com

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on October 26, 2017, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Bennett H. Klein, BBO# 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

Nicole Kinsely, BBO #682528
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1185
nkinsely@foleyhoag.com

John P. Ward, BBO# 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

                                    /s/    *Brooks Magratten*