UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
JOHN DOE,                              )
    Plaintiff                       )
                                       )
v.                                     )
                                       )   No. 1:16-cv-11381-GAO
MUTUAL OF OMAHA                        )
INSURANCE COMPANY,                     )
    Defendant                       )
_____)

**MEMORANDUM IN SUPPORT OF
DEFENDANT'S MOTION FOR LEAVE
TO FILE REPLY  MEMORANDUM**

    The Defendant Mutual of Omaha Insurance Company moves for leave, pursuant to L.R. 7.1(b)(3), to file the four page reply memorandum appended to this motion as Exhibit A.  The reply memorandum responds to Plaintiff's Objection to Defendant's Motion to Compel Deposition Testimony [Dkt #84].

    The reply memorandum is necessary to address legal contentions Plaintiff has raised in his objection.  No hearing has yet been scheduled on this pending motion.

|  |  |
|---|---|
|  | Respectfully submitted,<br>MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br>By Its Attorneys, |
| October 26, 2017 | */s/  Brooks Magratten*<br>Brooks R. Magratten, Esq. BBO#650393<br>Katharine Kohm, Esq. BBO#675362<br>PIERCE ATWOOD LLP<br>72 Pine Street, 5th Floor<br>Providence, RI 02903<br>(401) 490-3422<br>(401) 588-5166 (fax)<br>bmagratten@pierceatwood.com<br>kkohm@pierceatwood.com |

2

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on October 26, 2017, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

| | |
|---|---|
| Bennett H. Klein, BBO# 550702<br>GLBTQ Legal Advocates & Defenders<br>30 Winter St. Suite 800<br>Boston, MA 02108<br>617-426-1350<br>bklein@glad.org | Nicole Kinsely, BBO #682528<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1185<br>nkinsely@foleyhoag.com |

John P. Ward, BBO# 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

                                                               /s/    *Brooks Magratten*