**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>      v.<br><br>MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br><br>      Defendant. | No. 1:16-cv-11381-GAO |

**NOTICE OF CHANGE OF ADDRESS**

Please note that effective November 20, 2017, the address for counsel for the Defendant is:

Pierce Atwood, LLP
One Financial Plaza
26th Floor
Providence, RI 02903
(401) 588-5113
Fax: (401) 588-5166

                                                  Respectfully submitted,
                                                  MUTUAL OF OMAHA
                                                  INSURANCE COMPANY,
                                                  By Its Attorneys,

January 8, 2018                    */s/ Brooks R. Magratten* _____
                                                  Brooks R. Magratten, Esq. BBO#650393
                                                  Katharine Kohm, Esq. BBO#675362
                                                  PIERCE ATWOOD LLP
                                                  1 Financial Plaza, 26th Floor
                                                  Providence, RI 02903
                                                  (401) 490-3422
                                                  (401) 588-5166 (fax)
                                                  bmagratten@pierceatwood.com
                                                  kkohm@pierceatwood.com

{W6417860.1}

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on January 8, 2018 and that it is available for viewing and downloading from the Court's CM/ECF system. Service by electronic means has been effectuated on all counsel of record.

| | |
|---|---|
| Bennett H. Klein, BBO# 550702<br>GLBTQ Legal Advocates & Defenders<br>30 Winter St. Suite 800<br>Boston, MA 02108<br>617-426-1350<br>bklein@glad.org | Nicole Kinsely, BBO #682528<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1185<br>nkinsely@foleyhoag.com |

John P. Ward, BBO# 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

                                                   /s/ *Brooks R. Magratten*