UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>MUTUAL OF OMAHA )<br>INSURANCE COMPANY, )<br>    Defendant )<br>) | No. 1:16-cv-11381-GAO |

**JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINE FOR
DISPOSITIVE MOTIONS**

Plaintiff John Doe and Defendant Mutual of Omaha Insurance Company jointly move to change the current deadline for dispositive motions in this case from April 13, 2018 (see Order at Docket No. 66) to May 24, 2018. As reason for this motion, the parties state that this new deadline will accommodate the timeframe for the remaining depositions in this case of both fact and expert witnesses, as well as the move of Plaintiff's counsel's office on April 1, 2018 which is anticipated to cause some disruption both before and after that date.

**CONCLUSION**

For the foregoing reasons, the parties request that the Court set May 24, 2018 as the deadline for dispositive motions in this case.

Respectfully submitted,

| MUTUAL OF OMAHA INSURANCE COMPANY | PLAINTIFF JOHN DOE |
|---|---|
| By its Attorneys, | By his Attorneys, |
| */s/ Brooks R. Magratten* <br> Brooks R. Magratten (BBO #650393) <br> Mark A. Pogue (BBO #550807) <br> Katharine E. Kohm (BBO #675362) <br> PIERCE ATWOOD LLP <br> One Financial Plaza, 26th Floor <br> Providence, RI  02903 <br> (401) 588-5113 <br> (401) 588-5166 (fax) <br> bmagratten@pierceatwood.com <br> mpogue@pierceatwood.com <br> kkohm@pierceatwood.com | */s/ Bennett H. Klein* <br> Bennett H. Klein (BBO #550702) <br> GLBTQ Legal Advocates & Defenders <br> 30 Winter Street, Suite 800 <br> Boston, MA  02108 <br> (617) 426-1350 <br> bklein@glad.org <br><br> */s/ John P. Ward* <br> John P. Ward (BBO #515860) <br> Law Offices of John P. Ward <br> 584 Castro Street, No. 802 <br> San Francisco, CA  94114 <br> (415) 255-4996 <br> johnpward@gmail.com |

Date: January 19, 2018

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on January 19, 2018, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Brooks R. Magratten, BBO# 650393
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 588-5113
bmagratten@pierceatwood.com

Mark A. Pogue, BBO# 550807
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
mpogue@pierceatwood.com

Katharine E. Kohm, BBO# 675362
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
kkohm@pierceatwood.com

Nicole Kinsely, BBO # 682528
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1185
nkinsley@foleyhoag.com

/s/ Bennett H. Klein
Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org