UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff<br><br>v.<br><br>MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br>    Defendant | No. 1:16-cv-11381-GAO |

**PLAINTIFF JOHN DOE'S UNOPPOSED MOTION FOR BRIEF EXTENSION OF**
**<u>SUMMARY JUDGMENT DEADLINE</u>**

Plaintiff John Doe moves that the Court extend the deadline for the filing of summary judgment motions in this case from May 24, 2018 (*see* Docket No. 100) to June 15, 2018. The Defendant does not object to this request.

As reason for this motion, Doe states:

(1)  Under the current scheduling order, the deposition of Plaintiff's expert was to be completed by February 14, 2018 and the depositions of Defendant's experts were to be completed by March 9, 2018. *See* Docket No. 66.

(2) The deposition of Plaintiff's expert occurred on January 29, 2018, but due to scheduling issues and by agreement of the parties the depositions of Defendant's two experts will be completed on April 24, 2018.

(3) This short extension of the deadline for dispositive motions is reasonable based on the unanticipated differences in scheduling and warranted in order to permit Plaintiff sufficient time to discuss the depositions with his expert and incorporate his views into the summary judgment

1

proceedings. The Defendant does not object and this very brief extension will not unduly delay the disposition of the case.

## CONCLUSION

For the foregoing reasons, Plaintiff John Doe requests that the Court set the deadline for dispositive motions in this case at June 15, 2018.

Dated: April 23, 2018                    Respectfully submitted,
                                         JOHN DOE
                                         By his attorneys,

                                         /s/ Bennett H. Klein
                                         Bennett H. Klein
                                         BBO # 550702
                                         GLBTQ Legal Advocates & Defenders
                                         18 Tremont St., Suite 950
                                         Boston, MA 02108
                                         617-426-1350
                                         bklein@glad.org

                                         /s/ John P. Ward
                                         John P. Ward
                                         BBO # 515860
                                         Law Offices of John P. Ward
                                         584 Castro St., No. 802
                                         San Francisco, CA 94114
                                         johnpward@gmail.com

## CERTIFICATION OF COMPLIANCE WITH RULE 7.1

I, Bennett Klein, certify that I conferred pursuant to Local Rule 7.1 with Brooks Magratten, counsel for defendant Mutual of Omaha Insurance Company, on April 20 in a good faith effort to resolve or narrow the issues that are the subject of this motion, and defendant does not oppose this motion.

                                         /s/ Bennett H. Klein
                                         Bennett H. Klein

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on April 23, 2018, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Brooks R. Magratten, BBO# 650393  
Pierce Atwood LLP  
One Financial Plaza, 26th Floor  
Providence, RI 02903  
(401) 588-5113  
bmagratten@pierceatwood.com

Mark A. Pogue, BBO# 550807  
Pierce Atwood LLP  
One Financial Plaza, 26th Floor  
Providence, RI 02903  
(401) 490-3422  
mpogue@pierceatwood.com

Katharine E. Kohm, BBO# 675362  
Pierce Atwood LLP  
One Financial Plaza, 26th Floor  
Providence, RI 02903  
(401) 490-3422  
kkohm@pierceatwood.com

Nicole Kinsely, BBO # 682528  
Foley Hoag LLP  
Seaport World Trade Center West  
155 Seaport Boulevard  
Boston, Massachusetts 02210  
(617) 832-1185  
nkinsley@foleyhoag.com

/s/ Bennett H. Klein  
Bennett H. Klein  
BBO # 550702  
GLBTQ Legal Advocates & Defenders  
18 Tremont St., Suite 950  
Boston, MA 02108  
617-426-1350  
bklein@glad.org