UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
JOHN DOE,                                          )
    Plaintiff                                       )
                                                             )
v.                                                            )
                                                             )   No. 1:16-cv-11381-GAO
MUTUAL OF OMAHA                         )
INSURANCE COMPANY,                  )
    Defendant                                    )
_____)

**DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S
MOTION IN LIMINE TO STRIKE
DR. KENNETH MAYER'S REPORT AND OPINIONS IN PART**

    Defendant Mutual of Omaha Insurance Company ("Mutual") moves for this Court to strike paragraphs 11, 12, 14, 15 (in part), 16, 19, 24 (in part), 27, 28, 29, 30, 31, 32, 33, 36, 37, and 39 from Kenneth Mayer, M.D.'s ("Dr. Mayer") expert report.  Dr. Mayer relies on information that came into existence after February 9, 2015.  This Court already has determined that all post-February 9, 2015 information is not relevant to Plaintiff's claims in this matter. [Doc. #61].  Accordingly, these paragraphs and the opinions therein must be stricken and excluded from consideration in dispositive motions and at trial.  In support of its motion, Mutual relies upon the accompanying memorandum of law.

<div style="margin-left: 40%;">
Respectfully submitted,
MUTUAL OF OMAHA
INSURANCE COMPANY,
By its Attorneys,
</div>

May 17, 2018                          */s/    Brooks R. Magratten*
                                            Brooks R. Magratten, Esq. BBO#650393
                                            Katharine E. Kohm, Esq. BBO#675362
                                            PIERCE ATWOOD LLP
                                            One Financial Plaza, 26th Floor
                                            Providence, RI 02903
                                            (401) 490-3422
                                            bmagratten@pierceatwood.com

## CERTIFICATION OF ATTORNEY

I, Brooks Magratten (BBO #650393), hereby certify that pursuant to Rules 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, I made a good faith effort to confer with Bennett H. Klein, Plaintiff's counsel, to resolve or narrow the issues in this motion, but was unable to do so.

                                                                */s/*     *Brooks R. Magratten*

                                                          Brooks R. Magratten, Esq. BBO#650393

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on May 17, 2018, and that it is available for viewing and downloading from the Court's ECF System. Service by electronic means has been effectuated on all counsel of record.

| *Counsel for Plaintiff* | *Counsel for Kurt Weidman* |
|---|---|
| Bennett H. Klein, BBO# 550702 | |
| GLBTQ Legal Advocates & Defenders | Nicole Kinsley |
| 30 Winter St. Suite 800 | Foley Hoag LLP |
| Boston, MA 02108 | 155 Seaport Blvd. |
| 617-426-1350 | Boston, MA 02210-2600 |
| bklein@glad.org | 617-832-1185 |
| | nkinsley@foleyhoag.com |

John P. Ward, BBO# 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

                                                         /s/     *Katharine E. Kohm*