# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE,<br>　　　Plaintiff | ) ) ) | |
| v. | ) ) | No. 1:16-cv-11381-GAO |
| MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br>　　　Defendant | ) ) ) ) | |

### EXPERT REPORT OF KENNETH MAYER, M.D.

#### Expert Qualifications

1. I am a Professor of Medicine at Harvard Medical School (2013-present) and prior to that was a Professor of Medicine and Community Health at Brown University's Alpert School of Medicine (1993-2011). I am currently an Attending Physician in the Infectious Disease Division at Beth Israel Deaconess Medical Center in Boston where I am the Director of HIV Prevention Research. From 1987 to 2011 I was the Director of the Brown University AIDS Program. I am the Medical Research Director of Fenway Health, and am co-Director of The Fenway Institute (since 2000).

2. My clinical research career has focused on the natural history and transmission of HIV disease. I have treated patients with HIV and conducted research into HIV since the beginning of the epidemic. Since 1994 I have been the Principal Investigator of the only National Institute of Health (NIH)-funded HIV Prevention Research Clinical Trials Unit in New England focusing on biobehavioral prevention and chemoprophylaxis, as well as more than 20 other active research studies focusing on innovative approaches to HIV prevention. I was the Co-Chair of a National Institutes of Allergy and Infectious Diseases (NIAID)-funded protocol evaluating a community-

1

based prevention intervention for African-American Men who have Sex with Men (MSM) in six

U.S. cities. Between 2006 and 2011, I was the Chair of the Scientific Review Committee of the

HIV Prevention Trials Network Executive Committee. I subsequently have been the Chair of the

MSM Working Group for the Executive Committee of the HIV Prevention Trials Network since

2011.

3. I am the co-author of more than 700 peer-reviewed scientific publications and have co-
edited five academic texts, including "The Social Ecology of Infectious Diseases" and "HIV

Prevention: A Comprehensive Approach." I have served as Editor and on the Editorial Board of

authoritative medical journals and am currently an Editor-in-Chief of the Journal of the

International AIDS Society, and on the editorial boards of the Journal of Acquired

Immunodeficiency Syndromes and AIDS Patient Care and STDs. I formerly was an editor of

Clinical Infectious Diseases. I have also been a reviewer for many of the world's leading medical

journals, including the Journal of the American Medical Association, the New England Journal

of Medicine, and the Lancet.

4. My work studying the use of antiretrovirals for HIV prevention extends back almost

twenty years. Through the HPTN, I led the first study of topical tenofovir vaginal gel in women,

which was subsequently evaluated in several large efficacy trials in Africa. I was the site

principal investigator for the CDC's first in humans oral safety study of oral tenofovir-
emtricitabine (TDF/FTC) for pre-exposure prophylaxis (PrEP) (Grohskopf, JAIDS, 2011), and

was site principal investigator for the iPREX study, which was the first trial to demonstrate the

efficacy of TDF/FTC as PrEP (Grant, NEJM, 2010). I have also led 3 investigator-initiated trials

of the use of antiretrovirals for post-exposure prophylaxis. I have been involved in studies of use

2

of oral PrEP to protect adolescents against HIV, and have studied new preventive technologies, including intravaginal rings containing medication and injectable PrEP.

5. A detailed description of my professional background and experience, including all publications authored by me, is detailed in my curriculum vitae which is provided as Exhibit A.

6. My opinions are based on the medical and research literature about HIV, its transmission and prevention, and in particular HIV preexposure prophylaxis; my education, training, experience treating patients, and clinical and community research experience; and my communications and interactions with other clinicians and leading experts on HIV disease since the beginning of the epidemic.

7. I have not previously testified as an expert at trial or by deposition in any case.

8. I am being compensated at an hourly rate of $300.

**Background on HIV Disease**

9. HIV, the human immunodeficiency virus, is a retrovirus that is spread through certain bodily fluids, such as blood, semen, rectal and vaginal fluids, and breast milk. It is the causative agent of Acquired Immune Deficiency Syndrome (AIDS) which is the advanced stage of HIV disease.

10. HIV, like many infectious diseases throughout history, has been the subject of much fear, misunderstanding, and stigma. The factors resulting in the fear and stigma associated with HIV include social disapproval of the groups that have been disproportionately impacted by the HIV epidemic, as well as the lack of an accurate understanding of the risk of HIV transmission.

11.



12.

13. The use of oral ARV medications that treat HIV has also transformed the ability to prevent the transmission of HIV. This is particularly important in light of studies that have reported low rates of consistent condom use among sexually active adults. Centers for Disease Control and Prevention. Preexposure Prophylaxis for the Prevention of HIV Infection in the United States – 2014 Clinical Practice Guideline, at 28. https://www.cdc.gov/hiv/pdf/prepguidelines2014.pdf. Updated 2014. Accessed November 1, 2017.

14. ███████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████████████████████
████████████████████████████████████
████████████████████.

15. Studies looking at whether people with HIV become non-infectious if they are on highly active ARV have examined sero-discordant couples (i.e., couples in which one partner is HIV-positive and the other partner is HIV-negative) who report condomless sex. The first efficacy trial to demonstrate that early initiation of highly active ARV decreased HIV transmission, known as HPTN 052, found a 96% reduction in HIV transmission from HIV-infected persons to their partners. Cohen MS, Chen YQ, McCauley M, et al. Prevention of HIV-1 Infection with Early Antiretroviral Therapy. *N Engl J Med*. 2011;365:493-505. Subsequently, initial results of the PARTNER study, which included greater numbers of gay couples than HPTN 052, were presented at the Conference on Retroviruses and Opportunistic Infections in 2014 and reported in NAM AIDSMAP in March 2014. Those results showed no transmission

within couples from a partner with an undetectable viral load in an estimated 16,400 occasions of

sex in same-sex couples and 28,000 in heterosexual couples. Cairns G. No-one with an

undetectable viral load, gay or heterosexual, transmits HIV in first two years of PARTNER

study. *NAM AIDSMAP*. March 4, 2014. http://www.aidsmap.com/No-one-with-an-undetectable-

viral-load-gay-or-heterosexual-transmits-HIV-in-first-two-years-of-PARTNER-

study/page/2832748/.

16

**HIV Pre-exposure Prophylaxis (PrEP)**

17. Pre-exposure prophylaxis, or PrEP, is another extraordinary advance in HIV prevention using an ARV medication. PrEP is currently administered as a once-daily dose of the ARV medication Truvada™ (tenofovir co-formulated with emtricitabine) in HIV-negative individuals at risk for HIV in order to prevent the transmission of HIV.

18. Truvada is a tablet that contains two ARV medications, tenofovir disoproxil fumarate and emtricitabine. It was approved by the FDA in 2004 for use in combination with other medications to treat HIV infection. The FDA approved Truvada as use for PrEP in at risk HIV-uninfected persons on July 16, 2012.

19. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

20. The initial series of PrEP research studies were double blind placebo controlled studies in which neither investigators nor the study participants knew who was getting the study drug and who was getting a placebo. A double blind placebo controlled study is considered the "gold standard" in research design when it is unknown whether a therapy works. These studies are designed to determine whether there is evidence demonstrating that a therapy works to reduce the spread of disease on a population-based level.

21. In any placebo-based study it is expected that there will be nonadherence among participants and that nonadherent study participants will be evenly distributed between the two study groups. Nonadherence occurs because a number of factors work to reduce the motivation of study participants to take the pill. For example, study participants are told that it is unknown

whether the therapy works. They are also told that there could be side effects. In addition, participants understand that there is a 50% chance they are not receiving the study drug. Some participants join a study simply to get free medical care or other benefits, such as HIV testing and other medical monitoring in the PrEP studies, and others may be motivated by modest incentives that are paid to cover participant time in getting to the study site and participating in the study procedures (e.g. filling out questionnaires and having blood drawn).

22. Double blind placebo controlled studies show the effectiveness of a therapy on an "intention to treat" basis, meaning the inclusion of every participant who received the study drug, including those who were nonadherent or never took a single dose of the study drug, or who dropped out of the study. That is distinct from examining the impact of a study drug on an "as treated" basis which refers only to those participants who adhered to the study drug as directed. Intent-to-treat analyses are important when it is not established that a new intervention is efficacious, since the blinding and assessment of all study participants minimizes possible confounding. However, once it is established that a new medication works if taken appropriately, then measurement of how well adherent individuals do can best be assessed through as treated analyses.

23. The use of antiretrovirals to prevent HIV transmission has long had biological plausibility, i.e. the concept made scientific sense. Almost two decades of animal studies demonstrated that different species could be protected against challenges with retroviruses similar to HIV when antiretrovirals were administered prior to exposure or immediately after exposure. In the late 1990's, studies demonstrated that infants whose HIV-infected mothers used the first antiretroviral, azidothymidine (AZT), at the time of delivery were much less likely to transmit HIV to their offspring.

8

24. Placebo based trials demonstrated the effectiveness of PrEP to reduce HIV incidence on a population-based intention to treat basis. The Iniciativa Profilaxis Pre-Exposición (iPrEX) study published in 2010 was a large randomized study of 2,499 men and transgender women who had sex with men in the United States, Peru, Ecuador, Brazil, Thailand, and South Africa followed for 3,324 person years (a person-year is a measure of aggregate exposure obtained by multiplying the number of people in a trial by the duration of follow-up. In the case of iPrEX, the number of 3,324 person years for a trial that enrolled 2,499 participants, means that the average follow-up per participant was more than 1 year and 4 months. A large number of person years of follow-up is helpful when looking for the occurrence of uncommon adverse events). The study found a relative reduction of HIV incidence on an "intention to treat basis" of 44%. Grant RM, Lama JR, Anderson PL, et al. Preexposure Chemoprophylaxis for HIV Prevention in Men Who Have Sex with Men. *N Engl J Med*. 2010;363:2587-99. The 44% decrease in HIV incidence was statistically significant (i.e. there was no likelihood that the finding was accidental) and demonstrated that PrEP could have a population level impact in reducing HIV, especially when men who have sex with men account for approximately 70% of all new HIV infections in the United States. The Partners PrEP trial was another large randomized trial of 4,758 HIV serodiscordant heterosexual couples that showed Truvada reduced the risk of becoming infected by 75% on an intention to treat basis. Baeten JM, Donnell D, Ndase P, et al. Antiretroviral Prophylaxis for HIV Prevention in Heterosexual Men and Women. *N Engl J Med*. 2012;367:399-410. These two studies formed the basis for the FDA's approval of PrEP in July 2012. Subsequent studies continued to demonstrate the effectiveness of PrEP on an "intention to treat" basis. ███████████████████████████████████████

████████████████████████████████████████████



25. Subsequent to the iPrEX placebo based trial, researchers conducted a post hoc analysis and analyzed blood levels of study participants to determine levels of protection at various drug concentrations associated with the number of doses per week. The results, published in 2012, determined that there was a 76% HIV risk reduction associated with 2 doses per week, a 96% reduction associated with 4 doses per week, and a 99% HIV reduction associated with 7 doses per week. There were no HIV infections among HIV-negative gay men who took Truvada at least four times per week. Anderson PL, Glidden DV, Liu A, et al. Emtricitabine-tenofovir exposure and pre-exposure prophylaxis efficacy in men who have sex with men. Sci Transl Med. 2012 Sep 12;4(151):151ra15.

26. In addition, the iPrEX open label study consisted of a follow-up which enrolled 1603 HIV-negative people who knew they were receiving PrEP in a study intended to replicate the conditions of a clinical setting. There were no HIV infections among those participants who took PrEP at least seven times a week. Grant RM, Anderson PL, McMahan V, et al. Uptake of pre-exposure prophylaxis, sexual practices, and HIV incidence in men and transgender women who have sex with men: a cohort study. *Lancet Infect Dis*. 2014;14:820-29.

27. 

28.

29.



30.

31.

32.



34. PrEP is as safe or safer than many other medications that are currently in common use and are not excluded by Mutual of Omaha. Lithium, for example, is a medication used to treat manic depression and bipolar disorder. It can cause permanent kidney damage. Patients using Lithium must be regularly monitored for kidney function. Dilantin and other medications for epilepsy can cause decreases in bone mineral density and osteoporosis. In addition, hormonal contraception, which like PrEP protects against the unwanted consequences of sexual activity, carries some risk of hypertension and venous thromboembolism, and does not protect against HIV.

13

35. There is no scientific or medical basis to conclude that the current information about the nature and management of the side effects of PrEP will change in the future. Truvada has been licensed by the FDA since 2004. There is no scientific or medical basis to exclude PrEP users from long-term care insurance based on an assertion that there is not long-term data on PrEP use. The FDA approves many new medications each year for a wide range of health conditions (e.g., diabetes, high blood pressure) based on an assessment that they are sufficiently safe for use. Based on Mutual of Omaha's underwriting guidelines, it does not appear that all new FDA medications are listed as uninsurable medications simply due to a lack of long-term data.

36.

37.

14



38. Mutual of Omaha's categorical exclusion of PrEP users from long-term care insurance is irrational and based on a gross misunderstanding of the nature of HIV transmission. Assume that Mutual of Omaha has two identical applicants who have the same risk for HIV and are otherwise eligible for insurance. One applicant uses PrEP and the other applicant does not use PrEP. Mutual of Omaha's policy means that it will insure the applicant with the higher risk

for HIV (since he is not using PrEP) and reject the applicant with the lower risk for HIV, who is trying to protect himself with PrEP.



40. Mutual of Omaha's PrEP policy is also dangerous to individuals at risk for HIV and contrary to public health efforts to end the HIV epidemic. I understand that Mutual of Omaha will offer insurance to individuals who have not used PrEP for six months. This provision is based on a false belief about HIV risk and transmission as it appears to assume that an individual who discontinues PrEP for that duration is no longer at risk for HIV. Mutual of Omaha's policy creates an incentive for individuals either to delay PrEP until after the insurance underwriting process is completed, or to stop PrEP in order to obtain insurance. Such a policy increases both individual risk for HIV as well as the prevalence of HIV in Mutual's insured pool.

41. Mutual of Omaha's underwriting guide indicates that it offers long-term care insurance to people with a variety of serious health conditions or risk factors for future morbidity (e.g., tobacco use of unlimited amount and duration, diabetes, and coronary artery disease). It is not rational or medically sound for Mutual to insure individuals with significant risk for morbidity, while denying insurance to people who take a highly effective preventative with modest, monitorable and reversible toxicities and who are at lower risk for HIV than people that Mutual insures.

### Sources

In addition to my general medical knowledge, I have considered the following publications in forming the opinions set forth in this report:

1. Centers for Disease Control and Prevention. HIV Risk Behaviors: Estimated Per-Act Probability of Acquiring HIV from an Infected Source, by Exposure Act. http://www.cdc.gov/hiv/risk/estimates/riskbehaviors.html. Updated December 4, 2015. Accessed November 1, 2017

2. Centers for Disease Control and Prevention. About HIV/AIDS: Is there a cure for HIV? https://www.cdc.gov/hiv/basics/whatishiv.html. Updated May 30, 2017. Accessed November 1, 2017

3. Centers for Disease Control and Prevention. Preexposure Prophylaxis for the Prevention of HIV Infection in the United States – 2014 Clinical Practice Guideline. https://www.cdc.gov/hiv/pdf/prepguidelines2014.pdf. Updated 2014. Accessed November 1, 2017

4. Cohen MS, Chen YQ, McCauley M, et al. Prevention of HIV-1 Infection with Early Antiretroviral Therapy. *N Engl J Med*. 2011;365:493-505

5. Cairns G. No-one with an undetectable viral load, gay or heterosexual, transmits HIV in first two years of PARTNER study. *NAM AIDSMAP*. March 4, 2014. http://www.aidsmap.com/No-one-with-an-undetectable-viral-load-gay-or-heterosexual-transmits-HIV-in-first-two-years-of-PARTNER-study/page/2832748/. Accessed November 1, 2017

6. Rodger AJ, Cambiano V, Bruun T, et al. Sexual Activity Without Condoms and Risk of HIV Transmission in Serodiscordant Couples When the HIV-Positive Partner is Using Suppressive Antiretroviral Therapy. *JAMA*. 2016;316(2):171-181

7. McCray E, Mermin JH. Dear Colleague: September 27, 2017. Centers for Disease Control and Prevention, Division of HIV/AIDS Prevention. https://www.cdc.gov/hiv/library/dcl/dcl/092717.html. Published September 27, 2017. Accessed November 2, 2017

8. Grant RM, Lama JR, Anderson PL, et al. Preexposure Chemoprophylaxis for HIV Prevention in Men Who Have Sex with Men. *N Engl J Med*. 2010;363:2587-99

9. Baeten JM, Donnell D, Ndase P, et al. Antiretroviral Prophylaxis for HIV Prevention in Heterosexual Men and Women. *N Engl J Med*. 2012;367:399-410

10. McCormack S, Dunn D. *Pragmatic Open-Label Randomised Trial of Preexposure Prophylaxis: The PROUD Study*. Conference on Retroviruses and Opportunistic Infections, Seattle, abstract 22LB, 2015

11. McCormack S, Dunn DT, Desai M, et al. Pre-exposure prophylaxis to prevent the acquisition of HIV-1 infection (PROUD): effectiveness results from the pilot phase of a pragmatic open-label randomised trial. *Lancet* 2016;387:53-60

18

12. Mayer KH, Ramjee G. The current status of the use of oral medication to prevent HIV transmission. *Curr Opin HIV AIDS* 2015;10:226-232

13. Anderson PL, Glidden DV, Liu A, et al. Emtricitabine-tenofovir exposure and pre-exposure prophylaxis efficacy in men who have sex with men. *Sci Transl Med*. 2012 Sep 12;4(151):151ra15

14. Grant RM, Anderson PL, McMahan V, et al. Uptake of pre-exposure prophylaxis, sexual practices, and HIV incidence in men and transgender women who have sex with men: a cohort study. *Lancet Infect Dis*. 2014;14:820-29

15. Molina JM, Capitant C, Spire B, et al. On-Demand Preexposure Prophylaxis in Men at High Risk for HIV-1 Infection. *N Engl J Med*. 2015; 373:2237-2246

16. Marcus JL, Hurley LB, Bradley Hare C, et al. Preexposure Prophylaxis for HIV Prevention in a Large Integrated Health Care System: Adherence, Renal Safety, and Discontinuation. *J Acquir Immune Defic Syndr*. 2016;73:540-546

17. Volk JE, Marcus JL, Phengrasamy T, et al. No new HIV infections with increasing use of HIV preexposure prophylaxis in a clinical practice setting. *Clin Infect Dis*. 2015;61:1601-03

18. Centers for Disease Control and Prevention. Vital Signs: Estimated Percentages and Numbers of Adults with Indications for Preexposure Prophylaxis to Prevent HIV Acquisition--United States, 2015. *MMWR Morb Mortal Wkly Rep*. 2015;64(46);1291-1295

19. Mera R, Magnuson D, Trevor H, et al. *Changes in Truvada for HIV pre-exposure prophylaxis utilization in the USA: 2012-2016. 9th International AIDS Society Conference on HIV Science.* Slide: "Men and Women Starting FTC/TDF for PrEP in US,

2012 to 3rd Quarter 2016." International AIDS Society Conference on HIV Science (IAS 2017), Paris, abstract WEPEC0919, 2017

20. Liu AY, Hessol NA, Vittinghoff E, et al. Medication adherence among men who have sex with men at risk for HIV infection in the United States: implications for pre-exposure prophylaxis implementation. *AIDS Patient Care STDs*. 2014;12:622-27

21. Liu AY, Cohen SE, Vittinghoff E, et al. Preexposure Prophylaxis for HIV Infection Integrated With Municipal- and Community-Based Sexual Health Services. *JAMA Intern Med*. 2016;176(1):75-84

12/4/17
_____
Date

_____
Kenneth Mayer, M.D.

20