## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>  Plaintiff<br><br>v.<br><br>MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br>  Defendant | )<br>)<br>)<br>)<br>) No. 1:16-cv-11381-GAO<br>)<br>)<br>)<br>) |

## DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S
## MOTION IN SUPPORT OF SUMMARY JUDGMENT

Defendant Mutual of Omaha Insurance Company ("Mutual") moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Rule 56.1 of the Local Rules of the United States District Court for the District of Massachusetts, for summary judgment and dismissal of Plaintiff John Doe's Amended Complaint.  In support of this motion, Mutual files the accompanying Memorandum of Law, Statement of Undisputed Material Facts with exhibits appended thereto, and the Affidavit of Lisa Ging, RN.

                   Respectfully submitted,
                   MUTUAL OF OMAHA
                   INSURANCE COMPANY,
                   By Its Attorneys,

May 18, 2018            */s/  Brooks R. Magratten*
                   Brooks R. Magratten, Esq. BBO#650393
                   Katharine Kohm, Esq. BBO#675362
                   PIERCE ATWOOD LLP
                   1 Financial Plaza, 26th Floor
                   Providence, RI 02903
                   (401) 490-3422
                   (401) 588-5166 (fax)
                   bmagratten@pierceatwood.com

{W6462996.2}

## CERTIFICATE OF SERVICE

      I certify that the within document was electronically filed with the clerk of the court on May 18, 2018, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

| | |
|---|---|
| Bennett H. Klein, BBO# 550702<br>GLBTQ Legal Advocates & Defenders<br>30 Winter St. Suite 800<br>Boston, MA 02108<br>617-426-1350<br>bklein@glad.org | Nicole Kinsely, BBO #682528<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1185<br>nkinsely@foleyhoag.com |

John P. Ward, BBO# 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

                                                          /s/ *Katharine E. Kohm*

{W6462996.2}