# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br><br>      Defendant. | No. 1:16-cv-11381-GAO |

### AFFIDAVIT OF LISA GING

STATE OF NEBRASKA     )
                                 ) ss:
COUNTY OF DOUGLAS    )

Lisa Ging, being duly sworn, says:

1. I am an Underwriting Consultant of the Defendant Mutual of Omaha Insurance Company.

2. I am over 18 years of age.

3. My responsibilities include making risk determinations on applications for Long Term Care insurance.

4. Mutual of Omaha is a mutual insurance company organized under the laws of Nebraska with its principal place of business in Omaha, Nebraska.

5. I am personally familiar with the Plaintiff's claims in this action.

6. Mutual of Omaha has at all relevant times sold long term care ("LTC") insurance policies as well as other insurance products.

7. Mutual of Omaha first received Plaintiff's application for LTC coverage in January 2015.

8. Mutual of Omaha denied Plaintiff's application by letter dated February 9, 2015, because he was taking Truvada. A true copy of Mutual of Omaha's February 9, 2015, letter is appended hereto as Tab 1.

9. The February 9, 2015, letter was drafted by Underwriting Consultant John Blair. Mr. Blair was working out of a California office at the time.

10. Plaintiff appealed the underwriting decision by letter dated March 30, 2015. A true copy of Plaintiff's March 30, 2015, letter is appended hereto as Tab 2.

11. Mutual of Omaha affirmed its decision to decline Plaintiff's application by letter dated April 22, 2015. A true copy of Mutual of Omaha's April 22, 2015, letter is appended hereto as Tab 3.

12. I drafted the April 22, 2015, letter. I was working from Mutual of Omaha's Omaha, Nebraska headquarters at the time.

_____
Lisa Ging

Subscribed and sworn to before me
this  17  day of May, 2018.

_____
Eve Gilbert
Notary Public
My Commission Expires: 11-7-2021

GENERAL NOTARY - State of Nebraska
EVE GILBERT
My Comm. Exp. November 7, 2021

{W6641759.1}                              2

# Exhibit A
# Tab -1

Mutual of Omaha Insurance Company
P.O. Box 64901
St. Paul, MN 55164-0901



February 9, 2015

   Doe's Partner's Boston address

BOSTON  MA  02111

RE: Your Application for the Mutual of Omaha Insurance Company Long-Term Care Policy/Certificate
    Application Number 33-321325

Dear  :   Plaintiff Doe

Thank you for considering Mutual of Omaha Insurance Company Long-Term Care Policy/Certificate for your long-term care coverage. We have completed our underwriting review and regret that we were not able to approve your application.

We could not offer the coverage you applied for due to your disclosure in your interview of taking Truvada and confirmed in your medical records from Dr. Katz. We do not offer coverage if you are taking this medication regardless of reason as it is on our uninsurable list of medications.

If you or your physician has additional information that you feel may have a bearing on our decision, you may appeal our decision. To do so, please submit the information to us within 60 days of the date of this letter and include your name and Application Number. We will then notify you in writing of our decision, or the need for additional information, within 60 days of the date we receive your written request for an appeal.

You have the right, upon written request to have sent to you the specific information that prompted our decision. A summary of rights, regarding this and other personal information, is attached.

If any premium has been submitted, we have enclosed a refund. If you have any questions about the appeal process, please call our Customer Service Representatives at 1-877-894-2478. They are available to answer your questions Monday through Friday 7:00 a.m. to 5:00 p.m. Central Time or email us at mutualofomahaltc@ltcg.com.

Sincerely,

John Blair
Underwriting Consultant
Mutual of Omaha Insurance Company

Enclosure(s)

# Exhibit A
# Tab -2



BOSTON, MASSACHUSETTS 02111
EMAIL: ███████@AOL.COM

Doe's Partner's Boston address

March 30, 2015

John Blair
Underwriting Consultant
Mutual of Omaha Insurance Company
P.O. Box 64901
St. Paul, MN 55164-0901

**CONFIDENTIAL**

Re:  Applicant: ███████ Plaintiff Doe
     Application Number 33-321325

Dear Mr. Blair:

    I am in receipt of your letter dated February 9, 2015 denying my application for Long Term Care Insurance. This letter shall serve as an Appeal of your decision in accordance with the terms of the above referenced letter from you with attachments contained therein.

    In your denial letter you state: "We could not offer coverage you applied for due your disclosure in your interview of taking Truvada and confirmed in your medical records from Dr. Katz. We do not offer coverage if you are taking this medication regardless of reason as it is on our uninsurable list of medications." Your denial appears to be based on the conclusion that someone who takes Truvada has HIV disease and is therefore uninsurable. In fact, a person who does not currently have HIV disease and takes Truvada as a preventative measure is significantly less likely to be diagnosed with HIV in the future than a person who does not currently have HIV disease and does not take Truvada. Therefore, your decision is not based on sound or reasonable actuarial principles.

    Your decision appears to be based on the faulty assumption that my use of Truvada indicates that I have HIV disease. This does not reflect current medical information about the FDA approved uses of Truvada. To the contrary, Truvada is the first drug approved to reduce the risk of HIV infection in uninfected individuals who may engage in sexual activity with HIV-infected partners. Truvada, taken daily, is to be used for pre-exposure prophylaxis (PrEP) in combination with safer sex practices to reduce the risk of sexually-acquired HIV infection in adults at high risk. The most common side effects reported with Truvada included diarrhea, nausea, abdominal pain, headache, and weight loss.



BOSTON, MASSACHUSETTS 02111   Doe's Partner's Boston address
EMAIL: ▇▇▇@AOL.COM

On March 15, 2004 the manufacturer Gilead applied for approval of the drug Truvada, which is a co-formulation of the drugs Viread and Emtriva for the treatment of AIDS. On May 17, 2004, the FDA fast tracked the review of this drug. On August 2, 2004, the FDA approved the use of Truvada for the treatment of AIDS. On July 16, 2012, the FDA approved the use of Truvada for reducing the risk of sexually acquired HIV infection.

Reference is made to a booklet entitled Long-Term Care Insurance Underwriting Guide Long-Term Care I, Long-Term Care II. (Copy attached as Exhibit "A") According to the online document properties listed in the booklet, this booklet was last modified on February 10, 2009. On page 20 of this document, the Truvada is listed as associated with HIV in the portion entitled "Some Medications Associated With Uninsurable Health Conditions". Further, it is stated that "an application should not be submitted if a client is taking any of the following medications."

It is the contention of this appeal that this instruction concerning Truvada is incorrect and outdated. Truvada (PrEP) is a precedent shattering medication. This medication can now be used to assist in the prevention of AIDS. Since the last modification of the booklet in 2009, the purpose of medicating with Truvada has changed drastically for non-HIV infected people. It is no longer a use strictly associated with HIV+ people. It is a pre-exposure prophylaxis (PrEP). It prevents people from getting HIV. Obviously, this is in the best interest of the insuring entity and the insured. The New England Journal of Medicine has stated, after testing, that Oral FTC-TDF (Truvada) "provided protection against the acquisition of HIV infection among the subjects. Detectable blood levels strongly correlated with the prophylactic effect." (Summary Enclosed as ("Exhibit B")

Dr. Anthony Fauci, head of the NIA stated that "highly effacious, in my mind easily over 90 percent if you rigidly adhere to it" (NY Times Article Enclosed as "Exhibit C") Elsewhere in the article, it is stated that when used daily the effective rate is estimated at 99%.

Medical treatment with respect to HIV protection has changed drastically in the past five years. Prior to 2012, Truvada was used as a treatment for sick person who had contracted HIV. Today there are tens of thousands of users, who as conscientious individuals, take Truvada to stop the rampant spread of this horrible disease. HIV can be prevented. To penalize an individual by not approving an Application for Long Term Care Insurance is counterproductive and against responsible public policy. Without addressing legal issues for an applicant under Massachusetts law, the denial of Insurance is simply wrong utilizing reasonable insurance protocols.


Case 1:16-cv-11381-GAO   Document 111-1   Filed 05/18/18   Page 9 of 11

BOSTON, MASSACHUSETTS 02111   Doe's Partner's Boston address
EMAIL: ▮▮▮▮@AOL.COM

For the reasons set forth above, the undersigned requests that the Insurer grant this Appeal and issue the requested Long Term Care Insurance policy.

Very truly yours,

Plaintiff Doe

cc:   Janson Wu, Esq. Executive Director of Gays and Lesbian Advocated and Defenders
Bennett Klein, Esq. AIDS Law Project / Gays and Lesbian Advocated and Defenders

*Admitted in Massachusetts and New York*

123

# Exhibit A
# Tab -3

MUTUAL of OMAHA INSURANCE COMPANY
P.O. Box 64901
St. Paul, MN 55164-0901



April 22, 2015

CONFIDENTIAL

[redacted] — Doe's Partner's Boston address
BOSTON MA 02111

RE: Your Application for the Mutual of Omaha Insurance Company Long-Term Care Policy/Certificate
Application Number 33-321325

Dear [redacted] — Plaintiff Doe

We received and reviewed the additional information you submitted in support of your appeal. After careful consideration of all the information provided, we are not able to change our decision.

I'm afraid your letter of March 30, 2015, along with the March 26, 2015 letter from Ronald Katz MD, do not alter our decision. We do not offer coverage to anyone who takes the medication Truvada, regardless of whether it is prescribed to treat an HIV infection, or is used for pre-exposure prophylaxis. This is in accordance with our underwriting guidelines.

As per our letter of February 9, 2015, we would consider additional information received within 60 days of the letter date. We regret that we will be unable to consider any additional information related to this application.

You have the right, upon written request to have sent to you the specific information that prompted our decision. A summary of rights, regarding this and other personal information, is attached.

We regret that we are unable to give you a more favorable decision.

Sincerely,

Lisa Ging RN
Chief Underwriter
Mutual of Omaha Insurance Company

Enclosure(s)

uw011b.doc/2306/moolfax

Scanned by CamScanner