# Exhibit B

| | | | |
|---|---|---|---|
| **Location** | ▮▮▮▮▮ *Plaintiff Doe's Rhode Island home address* | **Plat and Lot (M...** | ▮▮▮▮▮ |
| **Owner** | ▮▮▮▮▮ *Plaintiff Doe* | **Assessment** | $322,600 |
| **Appraisal** | $322,600 | **PID** | ▮▮▮ |
| **Building Count** | 1 | | |

## Current Value

| Appraisal | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2017 | $188,000 | $134,600 | $322,600 |
| **Assessment** | | | |
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2017 | $188,000 | $134,600 | $322,600 |

## Owner of Record

| | | | |
|---|---|---|---|
| **Owner** | ▮▮▮ *Plaintiff Doe* | **Sale Price** | $252,000 |
| **Co-Owner** | | **Certificate** | |
| **Address** | ▮▮▮▮▮ *Doe's Partner's Boston Address* <br> BOSTON, MA 02111 | **Book & Page** | ▮▮▮ |
| | | **Sale Date** | 06/24/1998 |
| | | **Instrument** | 00 |

## Ownership History

| Ownership History | | | | | |
|---|---|---|---|---|---|
| **Owner** | **Sale Price** | **Certificate** | **Book & Page** | **Instrument** | **Sale Date** |
| ▮▮▮ *Plaintiff Doe* | $252,000 | | ▮▮▮ | 00 | 06/24/1998 |
| ▮▮▮ | $240,000 | | | 00 | 12/16/1993 |
| ▮▮▮ | $190,000 | | | 00 | 06/25/1982 |
| ▮▮▮ | $0 | | | 99 | 11/30/1959 |
| ▮▮▮ | $0 | | | 99 | 01/14/1933 |

## Building Information

### Building 1 : Section 1

| | |
|---|---|
| **Year Built:** | 1913 |
| **Living Area:** | 2,323 |

| Building Attributes |
|---|

| Field | Description |
|---|---|
| Style | Conventional |
| Model | Residential |
| Grade: | Average + |
| Stories: | 1 1/2 Stories |
| Occupancy | 1 |
| Exterior Wall | Wood Shingle |
| Exterior Wall | |
| Roof Structure: | Gable/Hip |
| Roof Cover | Asph/F Gls/Cmp |
| Interior Wall | Drywall/Plaste |
| Interior Wall | |
| Interior Flr | Hardwood |
| Interior Flr | |
| Heat Fuel | Gas |
| Heat Type: | H/W BB/Radiato |
| AC Type: | None |
| Total Bedrooms: | 2 Bedrooms |
| Total Bthrms: | 2 |
| Total Half Baths: | 0 |
| Total Xtra Fixtrs: | |
| Total Rooms: | 6 Rooms |
| Basement Rec | |
| Basement Fin | |
| Basement Gar | |
| Chimney Mason | 1 |
| ExtraFPLOpen | |
| Chimney Metal | |
| Gas Fireplace | |

**Building Photo**



**Building Layout**



| Building Sub-Areas (sq ft) | | | Legend |
|---|---|---|---|
| Code | Description | Gross Area | Living Area |
| BAS | First Floor | 1,730 | 1,730 |
| FHS | Half Story, Finished | 988 | 593 |
| FEP | Porch, Enclosed | 91 | 0 |
| FOP | Frame Open Porch | 291 | 0 |
| UBM | Basement, Unfinished | 1,244 | 0 |
| | | 4,344 | 2,323 |

## Extra Features

| Extra Features | Legend |
|---|---|
| No Data for Extra Features | |

## Land

### Land Use

### Land Line Valuation

| | |                          | | |
|---|---|---|---|---|
| **Use Code** | 1010 | | **Size (Acres)** | 7.77 |
| **Description** | SINGLE FAM | | **Depth** | 0 |
| **Zone** | RR | | **Assessed Value** | $134,600 |
| **Alt Land Appr** | No | | **Appraised Value** | $134,600 |
| **Category** | | | | |

## Outbuildings

| Outbuildings | | | | | | Legend |
|---|---|---|---|---|---|---|
| Code | Description | Sub Code | Sub Description | Size | Value | Bldg # |
| PAT2 | PATIO-GOOD | | | 288 S.F. | $700 | 1 |
| PLT3 | PLTRY HSE 3 ST | | | 1200 S.F. | $14,400 | 1 |
| BRN1 | BARN 1 STORY | | | 1300 S.F. | $6,500 | 1 |
| SHD1 | SHED FRAME | | | 90 S.F. | $200 | 1 |
| FGR4 | W/LOFT-AVG | | | 520 S.F | $5,200 | 1 |

## Valuation History

| Appraisal | | | |
|---|---|---|---|
| Valuation Year | Improvements | Land | Total |
| 2017 | $188,000 | $134,600 | $322,600 |
| 2016 | $188,000 | $134,600 | $322,600 |
| 2015 | $164,400 | $134,600 | $299,000 |

| Assessment | | | |
|---|---|---|---|
| Valuation Year | Improvements | Land | Total |
| 2017 | $188,000 | $134,600 | $322,600 |
| 2016 | $188,000 | $134,600 | $322,600 |
| 2015 | $164,400 | $134,600 | $299,000 |

(c) 2016 Vision Government Solutions, Inc. All rights reserved.