# Exhibit D

State of Rhode Island and Providence Plantations
**2014 Form RI-1040**
Resident Individual Income Tax Return



| Your name | | Deceased? | Your social security number |
|---|---|---|---|
| Plaintiff Doe | | Yes ☐ | |
| Spouse's name | | Deceased? | Spouse's social security number |
| | | Yes ☐ | |
| Address | | New address? | Daytime phone number |
| Plaintiff Doe's Rhode Island home address | | Yes ☐ | |
| City, town or post office | State | ZIP code | City or town of legal residence |
| SAUNDERSTOWN | RI | 02874 | NORTH KINGSTOWN |



476001
12-30-14   **CCH**

RETURN MUST BE SIGNED - SIGNATURE IS LOCATED ON PAGE 2
Mailing address: RI Division of Taxation, One Capitol Hill, Providence, RI 02908-5806

State of Rhode Island and Providence Plantations
**2015 Form RI-1040**
Resident Individual Income Tax Return

| | | | | |
|---|---|---|---|---|
| Your first name | MI Last name | Suffix | Deceased? Yes | Your social security number |
| Plaintiff Doe | | | | |
| Spouse's first name | MI Last name | Suffix | Deceased? Yes | Spouse's social security number |
| Address | | | New address? Yes | Daytime phone number |
| | Plaintiff Doe's Rhode Island home address | | | |
| City, town or post office | | State | ZIP code | City or town of legal residence |
| SAUNDERSTOWN | | RI | 02874 | NORTH KINGSTOWN |

576001
12-31-15

RETURN MUST BE SIGNED - SIGNATURE IS LOCATED ON PAGE 2
Mailing address: RI Division of Taxation, One Capitol Hill, Providence, RI 02908-5806