# Exhibit E



| Form **1040** | U.S. Individual Income Tax Return | (99) | **2014** | OMB No. 1545-0074 | IRS Use Only - Do not write or staple in this space. |

For the year Jan. 1-Dec. 31, 2014, or other tax year beginning , 2014, ending , 20  See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| ▨ Plaintiff Doe | ▨ | ▨ |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions. Apt. no.
▨ Plaintiff Doe's Rhode Island home address

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below.
SAUNDERSTOWN, RI   02874

| Foreign country name | Foreign province/state/county | Foreign postal code |

Presidential Election Campaign
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You   ☐ Spouse

**Filing Status**
Check only one box.

**Exemptions**

If more than four dependents, see instructions and check here ▶

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

**Adjusted Gross Income**

410001
12-31-14

LHA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2014)

Scanned by CamScanner