Exhibit G

JOHN (JD) LODEN
6/30/2017

## Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN DOE,

        Plaintiff,

vs.               Civil Action No.:
                 1:16-cv-11381

MUTUAL OF OMAHA INS. CO.,

        Defendant.
_____ x

| | |
|---|---|
| DEPOSITION OF: | JOHN DAVID (JD) LODEN |
| DATE TAKEN: | Friday, June 30, 2017 |
| START TIME: | 2:19 p.m. |
| LOCATION: | 5660 Strand Court |
| | Naples, Florida 34110 |
| COURT REPORTER: | Dianne N. Sarkisian, CSR, RPR, |
| | Notary Public – State of Florida. |

## Page 2

```
 1  APPEARANCES:
 2
 3      BENNETT H. KLEIN, ESQUIRE
        GLBTQ Legal Advocates & Defenders
 4      30 Winter Street
        Suite 800
 5      Boston, Massachusetts 02108
        (617) 426-1350
 6
            Appearing on behalf of the Plaintiff
 7          (via telephone.)
 8
 9
        BROOKS MAGRATTEN, ESQUIRE
10      Pierce Atwood LLP
        72 Pine Street
11      Suite 500
        Providence, Rhode Island  02903
12      (401) 490-3422
13          Appearing on behalf of the Defendant
            (via telephone.)
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1                    INDEX
 2  Witness                              Page
    John David (JD) Loden
 3
 4  DIRECT EXAMINATION
    BY MR. MAGRATTEN:                      4
 5
    CROSS EXAMINATION
 6  BY MR. KLEIN:                         30
 7  REDIRECT EXAMINATION
    BY MR. MAGRATTEN:                     41
 8
 9                   EXHIBITS
10
    Exhibit                              Page
11
    (Exhibits attached to transcript
12  electronically only.)
13  DEFENDANT'S EXHIBIT A, SUBPOENA TO    14
    PRODUCE DOCUMENTS, INFORMATION OR
14  OBJECTS OR TO PERMIT INSPECTION OF
    PREMISES IN A CIVIL ACTION
15
    DEFENDANT'S EXHIBITS B, C, D,         14
16  MUTUALCARE SECURE SOLUTION, LONG TERM
    CARE INSURANCE POLICY
17
    DEFENDANT'S EXHIBIT E, SEPTEMBER 17,  17
18  2014 LETTER
19  DEFENDANT'S EXHIBIT F, MUTUAL CARE    18
    SOLUTIONS APPLICATION
20
    DEFENDANT'S EXHIBIT G, 12/17/14 EMAIL 19
21
    DEFENDANT'S EXHIBIT H, EMAIL CHAIN    21
22
    DEFENDANT'S EXHIBIT I, APPLICATION    24
23  FOR LONG TERM CARE COVERAGE
24  DEFENDANT'S EXHIBIT J, NOTES/HISTORY  28
25
```

## Page 4

```
 1  Naples, Florida
 2  Friday, June 30, 2017
 3  2:19 p.m.
 4            JOHN DAVID (JD) LODEN,
 5  was thereupon called as a witness herein, and after
 6  having first been duly sworn to testify to the truth,
 7  was examined and testified as follows:
 8            DIRECT EXAMINATION
 9  BY MR. MAGRATTEN:
10  Q.  All right, Mr. Loden.  Again, I'm Brooks Magratten,
11      representing Mutual of Omaha Insurance Company.
12      Thanks for coming in this afternoon.
13          I'm going to be asking you a series of
14      questions.  If at any time you don't clearly hear or
15      understand a question that I have asked, please let me
16      know and I will rephrase or repeat the question.  It's
17      important as we go through that you only respond to
18      those questions that you clearly heard and understood.
19      Is that agreeable?
20  A.  Yes.
21  Q.  And if at any time you need a break or need something
22      to drink, just let us know.  We can stop the process
23      for a while.
24          Have you ever been at a deposition before?
25  A.  Once.
```

1 (Pages 1 to 4)

JOHN (JD) LODEN
6/30/2017

### Page 5

1  Q.  Okay.  Well, I'm just going to be asking you a series
2      of questions, mostly pertaining to ███ ████, who's a
3      plaintiff in the case, and I will be referring to some
4      of the exhibits that we shipped to your office
5      previously.  Mr. Klein also has a set of the exhibits.
6            And it's important, JD, when you're done
7      with this deposition, to leave these exhibits with
8      Dianne.  She will take custody of the exhibits and
9      keep them with the transcript.
10           Can you tell us please your occupation, JD?
11 A.  I'm a licensed financial advisor.
12 Q.  How long have you been a licensed financial advisor?
13 A.  31 years.
14 Q.  Who's your employer?
15 A.  I'm self-employed.
16 Q.  Is there a business name you operate under?
17 A.  JD Loden Wealth Management.
18 Q.  And how long has that business been in existence?
19 A.  1998.
20 Q.  So continuously since 1998?
21 A.  Yes.
22 Q.  Do you live in Florida?
23 A.  Yes.
24 Q.  Are you a full-time Florida resident?
25 A.  Yes.

### Page 6

1  Q.  Do you have any professional licenses?
2  A.  Yes, several.
3  Q.  What are they?
4  A.  Series 7, Series 65.  I have State of Florida
5      insurance licenses for life, health, variable annuity.
6      And the Series 65, I'm a registered representative
7      investment advisor.
8  Q.  Anything else?
9  A.  No.
10 Q.  Tell me, what is your relationship with Mutual of
11     Omaha Insurance Company?
12 A.  I've used their contracts for various client needs.
13     I'm an independent contractor, so occasionally we use
14     their Medicare Supplements or long term care.  On
15     occasion their life insurance, when appropriate, for
16     clients.
17 Q.  So you've sold Medicare Supplement, life insurance,
18     and long term care policies for Mutual of Omaha?
19 A.  Yes.
20 Q.  Have you sold long term care policies written by other
21     insurance companies?
22 A.  Yes.
23 Q.  Can you name a few?
24 A.  Originally, Travelers, CNA, Unum.
25 Q.  Okay.  What is the Ash, A-s-h, Brokerage?

### Page 7

1  A.  They're an independent marketing organization.  Many
2      advisors around the country --- we call them "IMOs,"
3      independent marketing organizations, I believe, and
4      they have --- they act as like a general agency,
5      representing lots of insurance companies.  So
6      independent advisors like us around the country use
7      them as a resource to obtain quotes for our clients
8      and we typically spreadsheet quotes to clients 'cause
9      our obligation is to provide the best thing for our
10     clients and not sell products.
11 Q.  So if you're selling a client a Mutual of Omaha long
12     term care policy, would you go through Ash Brokerage
13     typically?
14 A.  Well, I used Ash in this occasion to see if I could
15     find something that would provide a spousal discount
16     for a gay couple.
17 Q.  Okay.
18 A.  So Mutual of Omaha offered a contract for, uh, you get
19     a discount when you have two members of a family
20     applying.
21 Q.  Did you solicit long term care coverage from any other
22     insurance companies for ███ ███ and his partner?
23 A.  Well, that's what Ash did.  I believe we had quotes
24     from other carriers.  Off the top of my head, it could
25     have been John Hancock maybe, I don't recall, but, you

### Page 8

1      know, we...  We did certainly get quotes from other
2      carriers and found that Mutual of Omaha was a carrier
3      that gave them a discount.
4  Q.  I see.  Provided them a discount as a committed
5      couple?
6  A.  Yes.
7  Q.  I see.
8  A.  In addition, since we...  I have an obligation to make
9      sure that the coverage is suitable, that the company
10     has substantial financial resources and high ratings,
11     and that's one of the reasons why we chose them.
12 Q.  Okay.  And other insurance companies are out there.
13     Was it the case that they would not provide a discount
14     in the case of ███ ███ and his partner?
15 A.  That's what I was told.
16 Q.  By the Ash Brokerage?
17 A.  Yes.
18 Q.  And did you have a primary contact at Ash Brokerage?
19 A.  Yeah.  I think I put it in the notes and all the
20     emails I supplied Teresa.  I can't pronounce her last
21     name.  It's in the notes and all the emails.
22 Q.  C-u-r-r-e-r-i?
23 A.  Yes.
24 Q.  Curreri?
25 A.  Yeah.

2  (Pages 5 to 8)

JOHN (JD) LODEN
6/30/2017

Page 9

1    Q.   And where is Ash Brokerage located?
2    A.   They have several offices, but primarily Fort Wayne,
3         Indiana.  I think they're in Fort Wayne, Tampa.  They
4         may have an office in Arizona, also.
5    Q.   All right.  And what is Cetera Advisors, C-e-t-e-r-a?
6    A.   That's my broker-dealer where I park my securities
7         license.
8    Q.   And, I'm sorry, I'm not in your industry very much,
9         but can you explain to me in English how that works?
10   A.   Yeah.  Similar to a realtor.  You have to park your
11        license at a broker.
12   Q.   Okay.
13   A.   So I'm an independent advisor.  I work for my clients,
14        but I have to have my license with a broker-dealer.
15        That helps me satisfy all the compliance of regulatory
16        and continuing education that's required.
17   Q.   All right.  How long have you been affiliated with
18        Cetera?
19   A.   Well, they are part of a large organization that was
20        part of a merger.  I was with Investors Capital, which
21        got bought by the parent company, which was part of
22        Cetera, so I don't...  I officially, maybe October of
23        last year became Cetera, but we were part of the same
24        organization.
25   Q.   All right.  And where is your office?

Page 10

1    A.   Naples.
2    Q.   And how long have you maintained a Naples office?
3    A.   My own business, since '98.
4    Q.   Have you ever had an office in Massachusetts?
5    A.   No.
6    Q.   Okay.
7    A.   My broker-dealer, Investors Capital, was based in
8         Boston.
9    Q.   Okay.  But you, yourself never maintained an office in
10        Massachusetts?
11   A.   No.
12   Q.   Have you been licensed to sell any insurance products
13        in Massachusetts?
14   A.   Well, I have to be licensed wherever I'm soliciting or
15        writing a contract.  So I'm licensed in probably 15 or
16        16 states for my securities license.  And I couldn't
17        tell you, off the top of my head, how many states I'm
18        licensed for insurance.
19   Q.   All right.
20   A.   But it's the law that you can't write a contract
21        unless you have a state license, it's called a non-
22        resident license, and of course I pay a fee for that.
23   Q.   Understood.
24            How did you meet ███████ and ████████████?
25   A.   ████████████, uh, his parents were clients of mine for

Page 11

1         many, many years.
2    Q.   Are they in Naples?
3    A.   They're deceased.
4    Q.   I see.  But when they were alive and clients of yours,
5         were they living in Naples?
6    A.   Yes.
7    Q.   And did they introduce you to their son, ████?
8    A.   Yes.  And he is a client.
9    Q.   When did that happen that they introduced you to ████?
10   A.   It's got to be 10 years ago.
11   Q.   And when you met ████, was that in Florida?
12   A.   Yes.
13   Q.   And was that a face-to-face meeting?
14   A.   Yes.
15   Q.   From the time you met ████ up to his application for
16        long term care insurance, did you have any business
17        interactions with ████████████?
18   A.   Yes.
19   Q.   And can you tell me generally what they were?
20   A.   I manage his IRA, a rollover IRA, and I now manage an
21        investment account for him that he inherited from his
22        parents.
23   Q.   And when did you first meet ████ ████?
24   A.   Never met him personally.  Only talked to him on the
25        phone.

Page 12

1    Q.   All right.  When was the first time you spoke to ████
2         on the phone?
3    A.   I couldn't be certain.
4    Q.   How did the topic of long term care coverage come up
5         in the course of your interactions with ████████ and
6         ████████?
7    A.   So as I said, the ████████, ████ and ████, ████████,
8         parents, were clients of mine.  They came to a seminar
9         for long term care that I did way back in probably the
10        late to mid '80s.  They became clients.  We had long
11        term care coverage on them.  They subsequently needed
12        the care and the contract paid out some very, very
13        nice benefits for them, and ████ really appreciated
14        how much it meant and how much it did for his parents.
15   Q.   So did ████ ask you for an application for long term
16        care coverage?  Doe's Partner
17   A.   Yes, because they saw what it did for their parents.
18   Q.   I see.  And were you and he both in Florida when that
19        happened?
20   A.   Well, I mean, we talked over the years about, you
21        know, 'cause I helped...  I helped their family quite
22        a bit.  They were very nice people and I visited them
23        at their facilities often.  I even had the parents
24        over for dinner at my house.
25   Q.   Understood.

BRICKELL KEY COURT REPORTING, LLC
305.407.9993

JOHN (JD) LODEN
6/30/2017

Page 13

1   A.   So the conversation of long term care was very
2        prominent because it was an ongoing situation because
3        his parents were older and needing care.
4   Q.   I understand.  Can you walk me through the process
5        that you followed to obtain long term care coverage
6        for ▮▮▮▮▮ and ▮▮▮▮▮?
7   A.   Well, how we...  A long term care policy has basically
8        three components:  A daily benefit, a pot of money,
9        how long --- how many years, some inflation options.
10       And so what we do is it's our obligation to provide
11       them a spreadsheet of quotes.  They have different
12       waiting periods.  The contracts are pretty...  They're
13       a bit complicated and the definitions vary from one
14       company to another.
15  Q.   All right.  I'm going to take a detour for one moment.
16            In the documents that you have with you,
17       there is a document with the letter A in the upper
18       right-hand corner?
19  A.   Yeah.
20  Q.   Which, uh, is that the subpoena that was served on you
21       in this matter?
22  A.   Yes.
23  Q.   And in response to the subpoena, did you search for
24       records pertaining to ▮▮?
25  A.   Yeah.  I emailed documents to you.  And I actually, as

Page 14

1        soon as I got this, because we're in such a heightened
2        regulatory environment, I contacted the Compliance
3        Department at my broker-dealer, Cetera, to let them
4        know of this, and I corresponded with their office and
5        provided everything I could find regarding emails and
6        notes and quotes and so forth.
7   Q.   All right.  And thank you for doing that.
8            And you're here today for this deposition
9        pursuant to a subpoena as well, correct?
10  A.   Can you state that again?  I'm not sure what you
11       meant.
12            (DEFENDANT'S EXHIBIT A, SUBPOENA TO PRODUCE
13            DOCUMENTS, INFORMATION OR OBJECTS OR TO
14            PERMIT INSPECTION OF PREMISES IN A CIVIL
15            ACTION WAS MARKED FOR IDENTIFICATION.)
16  BY MR. MAGRATTEN:
17  Q.   Yeah.  You received one subpoena for production of
18       documents, correct, what we just looked at, Exhibit A?
19  A.   Yes.
20  Q.   And then you got a second subpoena to ask you to show
21       up for this deposition?
22  A.   Yes, that's correct.
23            (DEFENDANT'S EXHIBITS B, C, D, MUTUALCARE
24            SECURE SOLUTION, LONG TERM CARE INSURANCE
25            POLICY WAS MARKED FOR IDENTIFICATION.)

Page 15

1   BY MR. MAGRATTEN:
2   Q.   All right.  There are three similar documents that
3        have been marked Exhibits B, C and D.  What are these
4        documents?
5   A.   These are quotes for long term care.
6   Q.   Quotes from Mutual of Omaha?
7   A.   Yeah, supplied by Ash Brokerage.
8   Q.   That was my next question.  Where did you get these
9        documents?
10  A.   From Ash Brokerage.
11  Q.   Okay.
12  A.   I don't have the software to generate the quotes.
13  Q.   Okay.  And what's the difference between Exhibit B, C
14       and D; is it just sort of the terms of the benefits?
15  A.   Yeah, exactly.  If you look at A, it's, uh...  Let me
16       just skim this real quick.
17            You can see the daily, the maximum monthly
18       amount varies.
19  Q.   Okay.
20  A.   So document B is quoting $6,000 a month with various
21       options throughout the pages, and those options are
22       waiting periods, inflation options, and so forth.
23            And option C is a $3,000 versus $6,000.
24            And then D is...
25            And I believe we had to...  We also had to,

Page 16

1        during the process they took a long time to review
2        this.  If you see in the notes from the original
3        quotes back in May, by the time we did an application,
4        one of their ages had changed and the premium changed
5        because the age changed, so we had to get some new
6        quotes and an application updated.
7   Q.   I see.  So when you got Exhibits B, C and D, did you
8        forward them to ▮▮ or ▮▮?
9   A.   Yeah, via email.
10  Q.   Okay.  And did they select one of these options?
11  A.   Yes.
12  Q.   Do you remember which one?
13  A.   Well, it's designated by the application.
14  Q.   Okay.  Please walk me through, you know, once...  Once
15       ▮▮ and ▮▮ ▮▮▮▮ selected the parameters of a long
16       term care policy they were interested in, what was the
17       next step?
18  A.   Well, I emailed them the application to complete.  And
19       if you look at the application, it's electronically
20       completed.
21  Q.   And what does that mean?
22  A.   Well, it wasn't handwritten, meaning, it was done with
23       a, you know, computer, you know, checking boxes.  You
24       know, a fillable PDF, I suppose.
25  Q.   So you sent a PDF file of the application to ▮▮?

BRICKELL KEY COURT REPORTING, LLC
305.407.9993

JOHN (JD) LODEN
6/30/2017

Page 17

1  A.  Yeah.
2  Q.  And you did this from your Naples office?
3  A.  Yes.      .
4  Q.  And then you wait for them to complete the PDF and
5      return it to you?
6  A.  Right.  Well, of course.  We give them instructions
7      and all the different -- and plus, Ash Brokerage has
8      some underwriting requirements and disclosures.
9      There's several different disclosures and also
10     requiring a binder premium, a refundable binder
11     premium.
12 Q.  I was going to direct your attention -- I'm sorry --
13     go ahead.
14 A.  There's a cover letter on September 17th, you know,
15     attached is the application and so forth.
16             (DEFENDANT'S EXHIBIT E, SEPTEMBER 17, 2014
17             LETTER WAS MARKED FOR IDENTIFICATION.)
18 BY MR. MAGRATTEN:
19 Q.  That's my next question.  I was going to ask you about
20     Exhibit E.  Exhibit E appears to be your letter of
21     September 17, 2014?
22 A.  Right.
23 Q.  And tell me what's going on here.  You sent the PDF
24     file to ____ to complete.  Presumably, he sent it back
25     to you.  And what are you doing?

Page 18

1  A.  Well, we printed it off.  I think they call it a
2      telephone application.  You know, it's been a long
3      time, but...  So we sent the... 'Cause they had to
4      have a hand, you know, a signature, and there were
5      some, you know, the Ash Brokerage authorization and
6      instructions of what premiums to return.
7  Q.  Okay.
8  A.  So you can see the application has a wet signature.
9      Let's turn to the next exhibit, which is F.
10 A.  Uh-huh.
11     And is this the application that you sent up to ____
12     with your letter of September 17?
13 A.  Right.
14 Q.  So this is what they had to sign and return to you?
15 A.  Right.
16 Q.  With two checks, right?
17 A.  And if you notice the date, it's dated November.  I
18     think that's why later on we had to get an updated
19     signature or application.  It was awhile ago, but they
20     had to execute a new document.
21     When you sent the letter of September 17, 2014, this
22     is coming from your Naples office?
23 A.  Yes.
24             (DEFENDANT'S EXHIBIT F, MUTUALCARE
25             SOLUTIONS APPLICATION WAS MARKED FOR

Page 19

1              IDENTIFICATION.)
2  BY MR. MAGRATTEN:
3  Q.  Okay.  Now, Exhibit F, which this is...  Is this the
4      application for long term care coverage that ____
5      and ____ signed in November 2014?
6  A.  Yes.
7  Q.  And this is what they mailed back to you?
8  A.  Yes.
9  Q.  Okay.  What happened after you got that application?
10 A.  Well, I submit it to Ash Brokerage.
11 Q.  Okay.  And what happened after that?
12 A.  Well, Ash Brokerage submits it to Mutual of Omaha for
13     underwriting, and I don't know if it's Mutual of Omaha
14     that obtains the attending physician statements or,
15     you know, if Mutual of Omaha reaches out to get that.
16     There was a long delay in getting some records from,
17     uh, some of ____ physicians because they had changed
18     locations and so forth.
19             (DEFENDANT'S EXHIBIT G, 12/17/14 EMAIL
20             WAS MARKED FOR IDENTIFICATION.)
21 BY MR. MAGRATTEN:
22 Q.  Can you turn to Exhibit G?
23 A.  Yeah.
24 Q.  Tell us, what is Exhibit G?
25 A.  This is just a cover letter or an email actually.

Page 20

1  Q.  And this is from you to Ash Brokerage?
2  A.  Correct.
3  Q.  Can you just tell me from the email what was going on
4      in this process?
5  A.  Yeah.  I mean, the completed documents were forwarded
6      to Teresa.
7  Q.  This is the second time you forwarded the application
8      documents to Ash?
9  A.  I'm not sure.
10 Q.  Okay.  This Exhibit G is dated December 17, 2014?
11 A.  Right.
12 Q.  Okay.
13 A.  I don't have the timeline of notes, but it's possible
14     that this could be the revised one.  I couldn't tell
15     you, off the top of my head.
16     That's right.  You testified earlier that there had to
17     be a revision because of a change in age by ____ ____
18     and ____?
19 A.  Right.
20 Q.  Okay.  And looking near the bottom of Exhibit G, there
21     is an address there for 6 Kimball Lane, Lynnfield,
22     Massachusetts.  Do you see that?
23 A.  Yes.
24 Q.  Was that the address for Investors Capital
25     Corporation?

BRICKELL KEY COURT REPORTING, LLC
305.407.9993

JOHN (JD) LODEN
6/30/2017

Page 21

1  A.  Exactly.
2  Q.  Okay.
3  A.  It's a disclosure requirement for all our documents.
4  Q.  All right.  This is not your office in Lynnfield,
5      Mass?
6  A.  No.
7  Q.  Okay.
8  A.  And that's because it's email, and that's a FINRA
9      requirement.
10         (DEFENDANT'S EXHIBIT H, EMAIL CHAIN
11         WAS MARKED FOR IDENTIFICATION.)
12  BY MR. MAGRATTEN:
13  Q.  Understood.  Thank you.
14         So turning to Exhibit H, and I'd like to
15      start on the second page of Exhibit H.
16         Is Exhibit H an email string between you
17      and ████?
18  A.  Um-hum.
19  Q.  Okay.  On the second page at the top it reads,
20      "Unfortunately, the application and checks were sent
21      back to me because more than 30 days had expired
22      between the date you and ████ signed the applications
23      and the date the company received the applications."
24         And it goes on to say, "In addition, you
25      both had a birthday since we originally quoted the

Page 22

1      plans.  Therefore, there is a modest monthly premium
2      difference for each ($7.10 ████ and $3.38 ████).  To
3      complete the applications, please sign and date the
4      attached signature pages and return them with new
5      checks, payable to Mutual of Omaha."
6         Do you see where I was reading?
7  A.  Yeah.
8  Q.  Can you explain to me in laymen's terms what's going
9      on there?
10  A.  Yeah.  Again, the applications were forwarded to them.
11      They took a long time to complete the applications.
12      You know --- and it's been some while.  It's very
13      possible --- and I've seen clients, you know, get
14      paperwork, sign a document, but then not return it
15      with whatever response, you know, other forms or
16      premium deposits are required.
17         And so the applications were returned
18      because it didn't comply with the underwriting rules.
19  Q.  Meaning, in terms of the date of the signature and the
20      date the company received the application?
21  A.  Exactly.
22  Q.  Okay.
23  A.  Because, you know, people's health conditions can
24      change from th date they fill out an application to
25      the time the company gets the application.

Page 23

1  Q.  Okay.  And then on the bottom of page 1 of Exhibit H,
2      there's a note.  It appears to be from ████.  It says,
3      "Hi JD, thank you for the update.  I apologize for any
4      additional work entailed on your behalf as a result of
5      our lapse in not getting back to you sooner.  I will
6      return the application to you this week."
7         That's the email that ████ wrote you on
8      December 22?
9  A.  Yeah.
10  Q.  And then you responded on December 23, saying, "What
11      do you want me to do with the checks," correct?
12  A.  Yeah, the other checks.  I didn't know if they wanted
13      me to return them or destroy them.
14  Q.  I see, okay.  And then the top email on page 1 of
15      Exhibit H, this apparently is ████ emailing to you
16      again, saying, "I have sent the completed applications
17      to you via FedEx.  I have included two checks for the
18      new premium amounts.  Please destroy the original
19      checks."
20  A.  Yeah.
21  Q.  Did I read that correctly?
22  A.  Yeah.
23  Q.  So when you sent the new applications up to ████ for
24      signatures, he completed them and sent them back to
25      you?

Page 24

1  A.  Yeah.
2  Q.  And that would be in your Naples, Florida, office?
3  A.  Correct.
4         (DEFENDANT'S EXHIBIT I, APPLICATION FOR
5         LONG TERM CARE COVERAGE WAS MARKED FOR
6         IDENTIFICATION.)
7  BY MR. MAGRATTEN:
8  Q.  Can we turn to Exhibit I?
9  A.  Sure.
10  Q.  And what is Exhibit I?
11  A.  It's a binder premium.
12  Q.  Is this an application for long term care coverage?
13  A.  Yes.
14  Q.  And turning to page 16, it looks like there are
15      signatures for ████ and for ████.
16      The date is not quite clear, but it looks, December
17      2014, correct?
18  A.  Yeah.
19  Q.  So is this the application that ████ sent you
20      that's referred to in the email that's marked Exhibit
21      H?
22  A.  I believe so.
23  Q.  Okay.  What happened?  Excuse me, what did you do with
24      Exhibit I, once you got it?
25  A.  Well, that was forwarded to Ash Brokerage.  I believe

JOHN (JD) LODEN
6/30/2017

## Page 25

1  you have a cover letter.
2  Q. And is that sent to Ash Brokerage in Indiana?
3  A. Yes, correct.
4  Q. What happened next?
5  A. From there, that's when Ash Brokerage works the...
6     They're the IMO and they work with Mutual of Omaha to
7     obtain whatever underwriting requirements are required
8     to issue the contract.
9  Q. Okay.
10 A. And that's, you know, they get attending physician
11    statements, medical records.
12 Q. All right. And what happened next?
13 A. Well, at some point the carrier declined coverage for
14    ▓▓▓.
15 Q. Okay. And why did they do that?
16 A. Based on records they found.
17 Q. Are you aware of any more specific reason?
18 A. I think it was a prescription, but they don't give us
19    those details. I mean, that HIPAA stuff is pretty
20    private.
21 Q. Okay.
22 A. I think even the disclosure stuff I'm allowed to find
23    out, but they didn't tell me specifically. It's just
24    something, some prescription that he was taking, if I
25    recall. I think it was a prescription of some sort.

## Page 26

1  Q. After you sent Exhibit I to Ash Brokerage, did you
2     have any more involvement with this application for
3     long term care coverage?
4  A. Yeah. I was quite involved with helping ▓▓▓ try to
5     get some records because we were having a heck of a
6     time tracking down his physicians. They had
7     changed... There were some ownership changes and some
8     address changes and we had to really work on trying to
9     get some records.
10 Q. Okay.
11 A. But nothing, never had to help ▓▓▓ with anything, if
12    I recall.
13 Q. Okay.
14 A. It was just ▓▓▓. We had to work on getting some
15    records for him.
16 Q. And were you ultimately successful in obtaining
17    records for ▓▓▓?
18 A. Yes.
19 Q. And after you went through this process of helping
20    ▓▓▓ get records, did you have any more involvement
21    with this application for long term care coverage?
22 A. I'm not sure what you mean.
23    I mean, at some point we notified them that
24    ▓▓▓ was declined and ▓▓▓ never proceeded with his
25    own contract.

## Page 27

1  Q. Okay.
2  A. I have had conversations with ▓▓▓ and he is still
3     interested in getting some coverage.
4  Q. All right, that was my next question.
5     After the application with Mutual of Omaha
6     was declined, did ▓▓▓ or ▓▓▓ ask you to
7     procure coverage with another insurance company?
8  A. No.
9  Q. Do you recall anything else about the application that
10    was submitted to Mutual of Omaha for ▓▓▓ and for
11    ▓▓▓ that you haven't testified about so far in
12    this deposition?
13 A. No. I mean, it's a fairly simple process.
14 Q. I'm just wondering if there's any other details that
15    come to mind that we haven't talked about.
16 A. I did have a couple of conversations with ▓▓▓ after
17    he was declined, but I don't, you know, I don't recall
18    ever getting any sort of letter from Mutual of Omaha.
19    The reason for the decline, I think they deal directly
20    with the insured for the purpose or why he was
21    declined, but I don't have any documents that say why
22    he was declined.
23 Q. And what did you discuss with ▓▓▓ about the
24    application?
25 A. Just regarding the declination?

## Page 28

1  Q. Yeah. I think you testified a moment ago you had a
2     few conversations with ▓▓▓ about the application
3     and the fact that it was declined.
4  A. Yeah. Well, he asked for copies of the applications
5     and things like that. So I, you know, sent him, you
6     know, stuff that I had.
7  Q. Anything else?
8  A. I don't recall.
9        (DEFENDANT'S EXHIBIT J, NOTES/HISTORY
10       WAS MARKED FOR IDENTIFICATION.)
11 BY MR. MAGRATTEN:
12 Q. Okay. Last document in the packet I gave you is
13    marked Exhibit J, which is labeled Notes/History.
14    What is this document?
15 A. That's all the emails and attachments, correspondence
16    between ▓▓▓ and I.
17 Q. Okay. I see occasional references in here to ▓▓▓
18    ▓▓▓. Is that ▓▓▓ mother?
19 A. Yeah.
20 Q. Understood. And from this document marked notes and
21    history, were you able to retrieve and produce to us
22    all the emails and attachments that are referenced
23    in this document?
24 A. Yeah. I sent several different... I had to save them
25    as separate PDFs by date and keep the size small. I

BRICKELL KEY COURT REPORTING, LLC
305.407.9993

JOHN (JD) LODEN
6/30/2017

## Page 29

1     think it was your office that had difficulty because
2     of the size of the documents.
3  Q.  I'm not surprised.  All right.  But in any event...
4     So what you produced to us, the emails you produced to
5     us is everything you were able to retrieve from your
6     computer that was on this Exhibit J?
7  A.  Right.
8  Q.  Okay.
9  A.  Well, let me step back.  I didn't provide you
10    documents regarding anything to do with Mrs. ████████.
11    These were only strictly documents associated with the
12    underwriting of ██████ and ██████ long term care
13    policy.
14 Q.  Understood.
15 A.  The other documents or correspondence that I had with
16    ██████ regarding his mother would not be included.
17 Q.  Understood.  That's fine.
18    So if I am correct then, you never met ██████
19    ██████ face to face, correct?
20 A.  No.
21 Q.  And your correspondence and your emailing with ██████
22    and ██████ about the long term care application was
23    all done from your Naples, Florida, home and office?
24 A.  Yeah.  I may have talked to ████, you know, in person
25    a few times if he was visiting his mom.

## Page 30

1  Q.  And that would be in Florida?
2  A.  Yeah, yeah.
3  Q.  Understood.
4         MR. MAGRATTEN:  And I think that's all the
5     questions I have.
6         MR. KLEIN:  Okay.  Mr. Loden, my name is
7     Ben Klein, as I indicated at the beginning of this
8     deposition.  I have a few more questions, nothing too
9     long, so hopefully we can get you on your way pretty
10    soon, but I'd like to start with just understanding a
11    little bit better the chronology of the application
12    process.
13         CROSS EXAMINATION
14 BY MR. KLEIN:
15 Q.  Did you happen to bring with you the documents that
16    you provided to Mr. Magratten in response to the
17    subpoena?
18 A.  I have the documents that were forwarded to me via
19    FedEx.
20 Q.  And did you bring with you the documents that you
21    provided to Mr. Magratten?
22 A.  No.
23 Q.  Do you recall when ██████ and ████ first approached you
24    with an interest in pursuing long term care insurance?
25 A.  I can't give you a specific date, but it was over a

## Page 31

1     period of time while I was taking care of his parents.
2  Q.  Okay.  Do you have a ballpark sense in the...  It was
3     clearly in 2014.  Do you have a ballpark sense of what
4     month or time of year it might have been?
5         MR. MAGRATTEN:  Objection, but you can
6     answer.
7  A.  I would have no idea.  In fact, you know, the date of
8     the application or the quotes being in 2014, I'm sure
9     that we had conversations a year before that just
10    because I was taking care of his parents under a long
11    term care for many years, so I'm sure the conversation
12    came up well before they finally got around to an
13    application.
14 BY MR. KLEIN:
15 Q.  One of the documents you provided to Mr. Magratten is
16    an email from Teresa Curreri to you dated May 15th,
17    2014, and it says:  Amy Ash asked that I forward you a
18    Care Solution for your Mass clients, ████ and ██████,
19    I've attached a MutualCare Secure Solution proposal
20    for your review.
21         Would that have been the beginning of the
22    application process with Mutual of Omaha?
23 A.  That's not the underwriting.  That's the process of
24    getting quotes.
25 Q.  Okay.

## Page 32

1  A.  That wasn't...  That wasn't...  As I said earlier, I
2     have no bias towards an insurance company.  We reach
3     out to Ash to provide us quotes to give us a solution
4     for our clients.
5  Q.  And so the quotes from Mutual were obtained in May of
6     2014?
7  A.  I think so.
8  Q.  Okay.  And at that time, let me just ask you a couple
9     of questions about your business.
10        Did you, in order to...  Well, can you
11    describe to me what it is you do with respect to long
12    term care insurance for a client?
13 A.  Well...  So I held a securities license and we take a
14    comprehensive view of our client's financial
15    situation.  Not everybody needs long term care.  Some
16    of our clients are quite wealthy, so it's not
17    appropriate.  Some clients are adverse to risk and
18    sometimes insurance solutions are a good option for
19    them.  Not everybody needs long term care.
20        And so when we have that conversation with
21    a client to protect assets, we spreadsheet quotes.  We
22    have no bias, as I said, towards an insurance company.
23    We try to get alternatives and provide the clients an
24    unbiased view of what's available.
25 Q.  So is it correct that one aspect of your role for

8 (Pages 29 to 32)



**MUTUAL OF OMAHA INSURANCE COMPANY**

# MutualCare® Solutions

## Application for Long-Term Care Insurance
# MASSACHUSETTS

Application Package Contains:

| Required Forms to be Submitted | |
|---|---|
| Long-Term Care Personal Worksheet | Must complete, sign and submit with application. This worksheet helps determine whether a Long-Term Care policy is suitable. |
| Application | 1. Sections A-H must be answered in full. Notes: Any changes must be initialed. Check height/weight build chart to ensure client eligibility. If the applicant wishes to provide an alternate mailing address other than the legal residence address shown on the application, please contact the service office at 1-877-894-2478.<br><br>2. Choose to complete either Section I or J.<br><br>3. Section K - Enter the amount of premium and billing mode. Notes: At least two months premium must be submitted with monthly mode. If another mode is selected, submit applicable premium for that mode. There is no policy fee.<br><br>4. Sections L-M must be answered in full. |

| Authorization to Disclose Personal Information (HIPAA) | Producer Statement | Conditional Receipt *(applicable if initial payment provided with app)* | Replacement Notice *(if applicable)* | Authorization for Release of Information to My Insurance Agent and/or Agency *(if applicable)* |
|---|---|---|---|---|

| Required Forms to be Left with Applicant(s) | | |
|---|---|---|
| Conditional Receipt *(applicable if initial payment provided with app)* | Replacement Notice *(if applicable)* | MIB Inc. Pre-Notice, Company Notice of Information Practices |
| Things You Should Know Before You Buy Long-Term Care Insurance | Long-Term Care Insurance Potential Rate Increase Disclosure Form | Disclosure Regarding Suitability Standards |

| MA LTC Policy Illustration Form | MA LTC MassHealth Exemptions Notice | Authorization for Release of Information to My Insurance Agent and/or Agency *(if applicable)* | Outline of Coverage |
|---|---|---|---|

Not Contained within this Application Package:

| Required Forms to be Left with Applicant(s) that are Not Included within this Package | |
|---|---|
| LTC Shopper's Guide *(Not included within this package. Please provide in addition.)* | Guide to Medicare for People Age 65 and Older *(Not included within this package. If applicable, please provide in addition.)* |

MAP622_MA

*Inform your client(s)* that we will conduct a telephone interview or face to face interview. Provide them a copy of *"Preparing for the Personal Health Interview"* included as last page of this package.

*After completing the application*, you, the producer, should call 1-866-544-1617 to initiate the Personal Health Interview.

---

*Unanswered questions* on the application or missing or incomplete forms will result in underwriting delays as we attempt to secure the information.

If a *question does not apply* to your client, answer it as "No" or "None" rather than "N/A."

If the applicant answers "Yes" to any question in *Section D*, he/she is ineligible for coverage.

*If after review of our application and underwriting guide* you are unable to determine how underwriting will handle a case, you may obtain additional guidance by calling 1-800-551-2059 or by sending an e-mail to ltcunderwriting@mutualofomaha.com. Please do not call or e-mail until you have reviewed both the application and our underwriting guide to learn how we will handle the specific condition(s). To discuss a potential client the underwriter will need to know the client's age, height and weight, tobacco status for the past two years, all medications, all health conditions, and whether or not the client has previously been declined for coverage, and if so, why.

May be beneficial to send include a copy of illustration with the application.

---

**Submit the fully completed application, and applicable completed forms to:**

| **For regular mail submission:** | | **For overnight submission:** |
|---|---|---|
| Long-Term Care Service Office | I | Long-Term Care Service Office |
| P.O. Box 64901 | I | 7805 Hudson Rd., Ste. 180 |
| St. Paul, MN 55164-0901 | I | Woodbury, MN 55125-1591 |

**For Fax submission, you, the producer, must:**

- Use the **maximum resolution** to ensure the readability of the application/forms;

- Fax to **1-888-539-4672** and verify that the correct fax number is dialed to protect the privacy of the information contained in the application/forms;

- Send a **copy of the initial premium check** as the last page of the fax;

- **Retain the initial premium check** collected with the application until a policy number has been assigned. A policy number is usually assigned within three workdays and can be found on Sales Professional Access status reports. Then write the policy number on the check and mail the check to: Mutual of Omaha, P.O. Box 30154, Omaha, NE 68103-1254; and

- **Retain the original application/forms** in a secured location for at least 90 days to ensure we get through the underwriting process and avoid any legibility issues. Do not also send a paper copy of a faxed application/forms.

**MUTUAL OF OMAHA INSURANCE COMPANY**
Mutual of Omaha Plaza, Omaha, NE 68175

# LONG-TERM CARE INSURANCE
# PERSONAL WORKSHEET

People buy long-term care insurance for many reasons. Some don't want to use their own assets to pay for long-term care. Some buy insurance to make sure they can choose the type of care they get. Others don't want their family to have to pay for care or don't want to go on Medicaid. But long-term care insurance may be expensive, and may not be right for everyone.

By state law, the insurance company must fill out part of the information on this worksheet and ask you to fill out the rest to help you and the company decide if you should buy this policy.

## Premium Information

Policy Form Number(s) <u>ICC13-LTC13</u>
Type of Policy: Guaranteed Renewable

| Applicant A | Applicant B |
|---|---|
| The premium for the coverage you are considering will be $_____ per month, or $ <u>2413.86</u> per year. | The premium for the coverage you are considering will be $_____ per month, or $ <u>2207.93</u> per year. |

## The Company's Right to Increase Premiums

The company has a right to increase premiums on this policy form in the future, provided it raises rates for all policies in the same class in this state. Once your policy is paid up, the company cannot raise your rates.

## Rate Increase History

The company has sold long-term care insurance since 1987 and has sold this policy form since 2013. The company has not raised its premium rates on this policy form, but has on similar policy forms in the last 10 years. The following is a summary of the rate increases for comprehensive coverage that the company has sold.

| Policy Form* | Years Available for Purchase | Rate History |
|---|---|---|
| NH23/NH24 | 1987 - 1993 | No Rate Increase |
| LTC1/LTM1 | 1992 - 1997 | No Rate Increase |
| NHA/LTA/HCA | 1998 - 2004 | 28% overall rate increase 2003-2007 |
| LT50/NH50/NHA/LTA/HCA | 1997 - 2004 | 24% overall rate increase 2011 |
| LT50/NH50/NHA/LTA/HCA | 1997 - 2004 | 7% overall rate increase 2012 |
| LTC04I | 2004 - Present | 19% overall rate increase 2013 |
| LTC04G | 2004 - Present | 22% overall rate increase 2013 (for issues prior to 8/1/2007) |
| LTC04I7 | 2006 - 2009 | No Rate Increase |
| LTC09M | 2009 - Present | No Rate Increase |
| ICC13-LTC13 | 2013 - Present | No Rate Increase |

The rate increases listed above represent the overall comprehensive rate increases filed nationally. The availability, rate increase amounts, and dates of approvals vary by state.

*Or state equivalent.

**SUBMIT TO LTC SERVICE OFFICE**

## Questions Related to Your Income

**Applicant A**

1. How will you pay each year's premium?
   - ☑ From my Income
   - ☐ From my Savings/Investments
   - ☐ My Family will Pay

2. Have you considered whether you could afford to keep this policy if the premiums went up, for example, by 20%?
   - ☑ Yes
   - ☐ No - *If you have not considered this possibility, please do not proceed with the application until doing so.*

3. What is your annual income? (Check one)
   - ☐ Under $10,000
   - ☐ $10,000-$20,000
   - ☐ $20,001-$30,000
   - ☐ $30,001-$50,000
   - ☑ Over $50,000

4. How do you expect your income to change over the next 10 years? (Check one)
   - ☐ No Change
   - ☑ Increase
   - ☐ Decrease

*If you will be paying premiums with money received only from your own income, a rule of thumb is that you may not be able to afford this policy if the premiums will be more than 7% of your income.*

5. Will you buy inflation protection? (Check one)
   - ☑ Yes  ☐ No

   If not, have you considered how you will pay for the difference between future costs and your daily benefit amount?
   - ☐ From my Income
   - ☐ From my Savings/Investments
   - ☐ My Family will Pay

*The national average annual cost of nursing home care in 2012 was $90,054, but this figure varies across the country. In ten years the national average annual cost would be about $146,700 if costs increase 5% annually.*

6. What elimination period are you considering?

   Number of days  90_____

   Approximate cost $_____ for that period of care.

*Multiply the number of days by the approximate daily cost of care.*

7. How are you planning to pay for your care during the elimination period? (Check one)
   - ☑ From my Income
   - ☐ From my Savings/Investments
   - ☐ My Family will Pay

**Applicant B**

1. How will you pay each year's premium?
   - ☑ From my Income
   - ☐ From my Savings/Investments
   - ☐ My Family will Pay

2. Have you considered whether you could afford to keep this policy if the premiums went up, for example, by 20%?
   - ☑ Yes
   - ☐ No - *If you have not considered this possibility, please do not proceed with the application until doing so.*

3. What is your annual income? (Check one)
   - ☐ Under $10,000
   - ☐ $10,000-$20,000
   - ☐ $20,001-$30,000
   - ☐ $30,001-$50,000
   - ☑ Over $50,000

4. How do you expect your income to change over the next 10 years? (Check one)
   - ☐ No Change
   - ☑ Increase
   - ☐ Decrease

5. Will you buy inflation protection? (Check one)
   - ☑ Yes  ☐ No

   If not, have you considered how you will pay for the difference between future costs and your daily benefit amount?
   - ☐ From my Income
   - ☐ From my Savings/Investments
   - ☐ My Family will Pay

6. What elimination period are you considering?

   Number of days  90_____

   Approximate cost $_____ for that period of care.

7. How are you planning to pay for your care during the elimination period? (Check one)
   - ☑ From my Income
   - ☐ From my Savings/Investments
   - ☐ My Family will Pay

## Questions Related to Your Savings and Investments

**Applicant A**

1. Not counting your home, about how much are all your assets (your savings and investments) worth? (Check one)
   - ☐ Under $20,000
   - ☐ $20,000-$30,000
   - ☐ $30,001-$50,000
   - ☑ Over $50,000

2. How do you expect your assets to change over the next 10 years? (Check one)
   - ☐ Stay about the same
   - ☑ Increase
   - ☐ Decrease

**Applicant B**

1. Not counting your home, about how much are all your assets (your savings and investments) worth? (Check one)
   - ☐ Under $20,000
   - ☐ $20,000-$30,000
   - ☐ $30,001-$50,000
   - ☑ Over $50,000

2. How do you expect your assets to change over the next 10 years? (Check one)
   - ☐ Stay about the same
   - ☑ Increase
   - ☐ Decrease

*If you are buying this policy to protect your assets and your assets, not counting your home, are less than $50,000, you may wish to consider other options for financing your long-term care.*

ICC13-M28366                    **SUBMIT TO LTC SERVICE OFFICE**

**Disclosure Statement**

| Applicant A | Applicant B |
|---|---|
| (must check one) | (must check one) |

**Applicant A**
(must check one)

☑ The answers to the questions on this Personal Worksheet describe my financial situation.

OR

☐ I choose not to complete this information. You may be contacted by a company representative to confirm your decision.

**Applicant B**
(must check one)

☑ The answers to the questions on this Personal Worksheet describe my financial situation.

OR

☐ I choose not to complete this information. You may be contacted by a company representative to confirm your decision.

**Applicant A**

☑ ◄ THIS BOX MUST BE CHECKED
I acknowledge that the carrier and/or its producer (below) has reviewed this form with me including the premium, premium rate increase history and potential for premium increases in the future. I understand the above disclosures. **I understand that the rates for this policy may increase in the future.**

X ▮▮▮▮▮▮▮▮  11/1/14
Signature of Applicant A    Date
Plaintiff Doe

**Applicant B**

☑ ◄ THIS BOX MUST BE CHECKED
I acknowledge that the carrier and/or its producer (below) has reviewed this form with me including the premium, premium rate increase history and potential for premium increases in the future. I understand the above disclosures. **I understand that the rates for this policy may increase in the future.**

X ▮▮▮▮▮▮▮▮  11/1/14
Signature of Applicant B    Date

---

I explained to the applicant(s) the importance of completing this information.

John Loden
Printed Name of Producer

➡ X _JD Loden_    12/15/14
Signature of Producer    Date

---

**Authorization to Proceed when Income less than $20,000 and Assets less than $50,000**

**Applicant A**
My producer has advised me that this policy does not seem to be suitable for me. However, I still want the company to consider my application.

X _____
Signature of Applicant A    Date

**Applicant B**
My producer has advised me that this policy does not seem to be suitable for me. However, I still want the company to consider my application.

X _____
Signature of Applicant B    Date

*The company may contact you to verify your answers.*

ICC13-M28366    **SUBMIT TO LTC SERVICE OFFICE**

This Page Left Blank Intentionally.

INDIVIDUAL LONG-TERM CARE INSURANCE APPLICATION

# MUTUAL OF OMAHA INSURANCE COMPANY

Mutual of Omaha Plaza, Omaha, NE 68175



**Submit Application To:** Long-Term Care Service Office, P.O. Box 64901, St. Paul, MN 55164-0901
**Overnight Submission:** Long-Term Care Service Office, 7805 Hudson Rd., Ste. 180, Woodbury, MN 55125-1591

☑ **New Business**          ☐ **Sponsored/Association Group**
☐ **Reinstatement**        ☐ **Common Employer**
                            ☐ **Producer**

Each Applicant acknowledges and agrees that if there is more than one Applicant on this application, all information provided may be reviewed or shared with the other Applicant. A completed and signed application will become part of each applicant's policy.

| Section A | GENERAL INFORMATION |
|---|---|

**Applicant A**

**1 Name:**  *Plaintiff Doe*

_____ H
Last Name                    Middle Initial

First Name

**2 Legal Residence Address:**  *Doe's Partner's Boston address*

Number, Street, Apartment Number

Boston MA  02111
City, State, ZIP Code

**3 Contact Information:**

_____ )  –
Daytime Phone Number      Evening Phone Number

10:00  a.m.        12:00  p.m.
Best Time to Call Within a 2-Hour Window (i.e., if 5p.m. is indicated, contact window is from 5:00-7:00 p.m.)

_____@aol.com
Email Address

**4 Social Security Number:**

**5 Birth Date, Age and Sex:**

| | | | 6 | 0 |
Month    Day    Year              Age

☑ Male   ☐ Female

**6 Occupation and Duties:**

President ___ Gym Rhode Island
Occupation

run 2 fitness companies
Occupational Duties

---

**Applicant B**

**1 Name:**  *Doe's Partner*

_____
Last Name                    Middle Initial

First Name

**2 Legal Residence Address (If Different than Applicant A):**   *Doe's Partner's Boston address*

Number, Street, Apartment Number

Boston MA  02111
City, State, ZIP Code

**3 Contact Information (If Different than Applicant A):**

( )  –
Daytime Phone Number      Evening Phone Number

9:00  a.m.        11:00  p.m.
Best Time to Call Within a 2-Hour Window (i.e., if 5p.m. is indicated, contact window is from 5:00-7:00 p.m.)

_____@outlook.com
Email Address

**4 Social Security Number:**

**5 Birth Date, Age and Sex:**

| | | | 5 | 7 |
                                  Age

☑ Male   ☐ Female

**6 Occupation and Duties:**

Architect
Occupation

Plan and design construction of bldgs
Occupational Duties

| Section A (continued) | GENERAL INFORMATION |
|---|---|
| **Applicant A** | **Applicant B** |

**7** Citizenship Status (check one):

Applicant A:
- ☑ U.S. Citizen, or
- ☐ Permanent Resident (Form I-551) Cardholder who has resided in the U.S. at least 3 consecutive years. If checked, please complete Foreign Travel Questionnaire.
- ☐ Neither, you are not eligible for this coverage.

**7** Citizenship Status (check one):

Applicant B:
- ☑ U.S. Citizen, or
- ☐ Permanent Resident (Form I-551) Cardholder who has resided in the U.S. at least 3 consecutive years. If checked, please complete Foreign Travel Questionnaire.
- ☐ Neither, you are not eligible for this coverage.

**8** Beneficiary:

First Name, Middle Initial, Last Name

Number, Street, Apartment Number

City, State, ZIP Code

Relationship to You

**8** Beneficiary: *(If Different than Applicant A):*

First Name, Middle Initial, Last Name

Number, Street, Apartment Number

City, State, ZIP Code

Relationship to You

| Section B | ALLOWANCES |  |  |  |  |
|---|---|---|---|---|---|

You may be eligible for allowances based on your answers to the following questions in this Section B.

| | Applicant A Yes | Applicant A No | Applicant B Yes | Applicant B No |
|---|---|---|---|---|
| **1** Do you have a Partner?* | ☑ | ☐ | ☑ | ☐ |
| If "Yes," complete (a) and (b): | | | | |
| (a) Is he/she also applying for this coverage? | ☑ | ☐ | ☑ | ☐ |
| If "Yes," provide full name only if not applying on this application | | | | |
| (b) Does he/she have an existing Mutual of Omaha Insurance Company Long-Term Care policy/certificate? | ☐ | ☑ | ☐ | ☑ |
| If "Yes," provide existing long-term care policy/certificate number(s) | | | | |
| **2** Are you or your Partner* a member of a Sponsored/Association Group endorsing this long-term care product? | ☐ | ☑ | ☐ | ☑ |

If "Yes," provide:

Group Number  0 ☐ ☐ ☐ ☐

Full Name of Organization _____

Name and Relationship to Member _____

Membership Number _____

Membership Effective Date ☐ ☐ / ☐ ☐ ☐ ☐
                          Month      Year

| **3** Are you eligible for an employer allowance? | ☐ | ☑ | ☐ | ☑ |
|---|---|---|---|---|

If "Yes," provide:

Group Number  0 ☐ ☐ ☐ ☐

Group Name _____

Employment Date _____

*Partner means the one person who is: (a) your spouse to whom you are legally married; (b) your registered domestic partner or civil union partner; or (c) an adult person who: 1. shares a serious and committed personal relationship with you that is intended to be lifelong; 2. has shared a common permanent residence with you on a continuous basis for the most recent three years; 3. is not married, a domestic partner, a civil union partner, or in a committed personal relationship to anyone else; and 4. is not related to you in any way that would bar marriage in the state where you and he or she reside.

| Section C | REPLACEMENT COVERAGE | | | | |
|---|---|---|---|---|---|

**Provide replacement coverage information.**

| | | Applicant A | | Applicant B | |
|---|---|---|---|---|---|
| | | Yes | No | Yes | No |
| **1** | Do you currently have another long-term care insurance policy/certificate in force (including health care service contracts or health maintenance organization contracts)? ............................. | ☐ | ☑ | ☐ | ☑ |
| **2** | Did you have another long-term care insurance policy/certificate in force during the last 12 months? | ☐ | ☑ | ☐ | ☑ |
| **3** | Do you intend to replace other long-term care coverage or any of your medical or health insurance coverage with this policy? ............................................................................................ If "Yes," please read and sign the Notice to Applicant Regarding Replacement form included with this application. | ☐ | ☑ | ☐ | ☑ |
| **4** | Question to be answered by the Producer: Have you, the <u>Producer</u>, sold any health insurance, including long-term care policies, to Applicant A or Applicant B which: are still in force; or were sold in the last five years but are no longer in force? | ☐ | ☑ | ☐ | ☑ |

**If any question 1-4 was answered "Yes," in the above Section C, please provide details in C5 below.
(Attach additional signed page(s) if more space is needed.)**

| **5** Applicant | Company Name/Address | Policy/ Certificate # | Plan Type* | Daily or Monthly Benefit | Status of Policy/Certificate | Annual Premium | To be Replaced by this Coverage | Sold by this Producer |
|---|---|---|---|---|---|---|---|---|
| ☐ A ☐ B | | | | $ | ☐ Pending ☐ In Force ☐ Terminated ☐ Lapsed Ending Date __/__/__ | $ | ☐ Yes ☐ No | ☐ Yes ☐ No |
| ☐ A ☐ B | | | | $ | ☐ Pending ☐ In Force ☐ Terminated ☐ Lapsed Ending Date __/__/__ | $ | ☐ Yes ☐ No | ☐ Yes ☐ No |
| ☐ A ☐ B | | | | $ | ☐ Pending ☐ In Force ☐ Terminated ☐ Lapsed Ending Date __/__/__ | $ | ☐ Yes ☐ No | ☐ Yes ☐ No |

*Provide Plan Type abbreviation key: LTC=Long-Term Care, MS=Medicare Supplement, MM=Major Medical, OH=Other Health

| | | Applicant A | | Applicant B | |
|---|---|---|---|---|---|
| | | Yes | No | Yes | No |
| **6** | Have you ever been declined, rated, or denied reinstatement for long-term care insurance?........ If "Yes," provide details below. (Attach additional signed page(s) if more space is needed.) | ☐ | ☑ | ☐ | ☑ |

| Applicant | Company Name(s) | When | Why |
|---|---|---|---|
| ☐ A ☐ B | | | |
| ☐ A ☐ B | | | |

| Section D | HEALTH INSURABILITY QUESTIONS | | | | |
|---|---|---|---|---|---|

If you answer "Yes" to any of the questions in this Section D, we are unable to accept this application or offer you Long-Term Care Insurance. Do not continue.

| | | Applicant A | | Applicant B | |
|---|---|---|---|---|---|
| | | Yes | No | Yes | No |
| **1** | Are you age 65 or older and has it been more than 2 years since you have had a doctor's visit which included a head to toe physical examination with blood work (basic metabolic chemistry panel)? .................................................................................. | ☐ | ☑ | ☐ | ☑ |
| **2** | Do you currently use any of the following?..................................................... | ☐ | ☑ | ☐ | ☑ |

- quad cane     • walker     • wheelchair     • electric scooter     • stairlift
- hospital bed     • respirator     • nebulizer     • oxygen (including supplemental CPAP use)

| | | Applicant A | | Applicant B | |
|---|---|---|---|---|---|
| **3** | Within the past 6 months have you been confined to, used, or been advised to have, any of the following?.................................................................................... | ☐ | ☑ | ☐ | ☑ |

- residential care, assisted living or adult day care facility services
- nursing home or home health care services

| | | | | | |
|---|---|---|---|---|---|
| **4** | Do you require the assistance or supervision of another person or a device of any kind for any of the following?.................................................................................. | ☐ | ☑ | ☐ | ☑ |

- bathing     • tolleting     • dressing     • eating     • medication management
- getting in and out of a chair or bed     • your inability to control your bowel or bladder

| | | | | | |
|---|---|---|---|---|---|
| **5** | Have you ever had, been diagnosed as having, or received medical advice or medical care from a physician or health care provider for any of the following?.......................... | ☐ | ☑ | ☐ | ☑ |

- Alzheimer's Disease     • Huntington's Chorea     • Parkinson's Disease
- Dementia     • Chronic Hepatitis     • Systemic Lupus
- Memory Loss     • Cirrhosis     • Multiple Sclerosis (MS)
- Mild Cognitive Impairment     • Hydrocephalus     • Muscular Dystrophy
- Organic Brain Syndrome     • Multiple Myeloma     • Myasthenia Gravis
- Schizophrenia     • Psychosis     • Scleroderma
- Mental Retardation     • Organ Transplant     • Paralysis
- Connective Tissue Disease     • Amyotrophic Lateral Sclerosis (ALS, Lou Gehrig's Disease)
- Kidney Failure or received Dialysis
- Ministroke or Transient Ischemic Attack (TIA) in the past year, single episode stroke in the past 2 years, 2 or more strokes or TIAs, or you have not fully recovered or continue to have weakness, decreased sensation or loss of function from a stroke or TIA
- Diabetes and currently taking more than 50 units of insulin daily, or with peripheral neuropathy, numbness, tingling or decreased sensation in your feet, retinopathy or history of a stroke, ministroke or a TIA
- Cancer (except basal or squamous cell skin cancers, or stage I/A bladder, thyroid, breast or prostate cancers) in the past 2 years
- Chronic Obstructive Pulmonary Disease (COPD), Emphysema or Chronic Bronchitis and have used tobacco in the past year

| | | | | | |
|---|---|---|---|---|---|
| **6** | Have you been diagnosed or treated by a member of the medical profession as having Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC) or Human Immunodeficiency Virus (HIV) Infection (symptomatic or asymptomatic)? ................................... | ☐ | ☑ | ☐ | ☑ |
| **7** | Do you currently qualify for payment or are you receiving payment benefits under Medicaid (not Medicare), disability income plan, workers' compensation, Social Security disability or any federal or state disability plan? ................................................... | ☐ | ☑ | ☐ | ☑ |

| Section E | PRIMARY PHYSICIAN INFORMATION AND MEDICATION |
|---|---|

| **Applicant A** | **Applicant B** |
|---|---|
| **1** Provide the name, address and phone number of your primary physician if you have consulted within the last 10 years: | **1** Provide the name, address and phone number of your primary physician if you have consulted within the last 10 years *(if Different than Applicant A)*: |
| Dr Ronald Katz <br> Primary Name | Dr Jeffrey Greenburg <br> Primary Name |
| 25 Boylston St <br> Address | 301 S Huntington Ave <br> Address |
| Chestnut Hills MA  02467 <br> City, State, ZIP Code | Jamaica Plain MA  02130 <br> City, State, ZIP Code |
| (617) 307-3200 <br> Phone Number | (857) 307-3300 <br> Phone Number |

**2** Date of Last Visit:

Applicant A:  5 / 2 0 1 4
Month / Year

Applicant B:  7 / 2 0 1 4
Month / Year

**3** Why did you last see this physician?

Applicant A: Routine

Applicant B: Annual

**4** Date of last complete physical exam and blood work (basic metabolic chemistry panel) in the last 2 years:

Applicant A:  5 / 2 0 1 4
Month / Year

Applicant B:  7 / 2 0 1 4
Month / Year

**5** Medication:

Applicant A: Are you taking or have you taken any prescription medication(s) within the past 12 months, or are you currently taking any over-the-counter medication(s) on a weekly basis or more frequently?
☑ Yes, details provided on next page.
☐ No

Applicant B: Are you taking or have you taken any prescription medication(s) within the past 12 months, or are you currently taking any over-the-counter medication(s) on a weekly basis or more frequently?
☐ Yes, details provided on next page.
☑ No

If "Yes," to question 5, please list on the next page all the medication name(s) using pharmacy label, dosage, how often you take, how long have you taken, prescribed by, why you take, when and why for any dosage increase or decrease. (Attach additional signed page(s) if more space is needed.)

**Section F** — **MEDICATION INFORMATION**

Please list all over-the-counter or prescription medications you have taken in the past 12 months in the table below.

**Applicant A**

| Medication Name (copy off pharmacy label) | Dosage | How often do you take? | How long have you taken? | Prescribed by Primary Physician? If no, provide below. | Why do you take this medication? (Diagnosis/Condition) |
|---|---|---|---|---|---|
| Ambien | .5 mg | nightly | 4 years | ☑ Yes ☐ No | trouble falling asleep |
| Lorazepan | .5 mg | nightly | 2 years | ☑ Yes ☐ No | trouble falling asleep |
| Atorvastatin | 10 mg | daily | 5 years | ☑ Yes ☐ No | cholestrol |
| Testoterone | 1 ml | 1 x weekly | 2 years | ☑ Yes ☐ No | low level |
| | | | | ☐ Yes ☐ No | |

Explain when and why if your dosage was increased or decreased in the past 12 months on any medications you listed above. Also provide medication name and prescribing physician name, address and phone number if other than your primary physician.

Ambien was decreased because it was not needed as much

**Applicant B**

| Medication Name (copy off pharmacy label) | Dosage | How often do you take? | How long have you taken? | Prescribed by Primary Physician? If no, provide below. | Why do you take this medication? (Diagnosis/Condition) |
|---|---|---|---|---|---|
| | | | | ☐ Yes ☐ No | |
| | | | | ☐ Yes ☐ No | |
| | | | | ☐ Yes ☐ No | |
| | | | | ☐ Yes ☐ No | |
| | | | | ☐ Yes ☐ No | |

Explain when and why if your dosage was increased or decreased in the past 12 months on any medications you listed above. Also provide medication name and prescribing physician name, address and phone number if other than your primary physician.

| Section G | ADDITIONAL HEALTH QUESTIONS | | | | |
|---|---|---|---|---|---|
| | | Applicant A | | Applicant B | |
| | | Yes | No | Yes | No |

**1** Have you ever received any advice, treatment, consultation or diagnosis from a physician or health care provider for any of the following conditions?

The following conditions require a stability period ranging from 3 months to 5 years to be eligible for coverage. Refer to our Underwriting Guidelines to insure the stability period has been met.

| | Applicant A Yes | Applicant A No | Applicant B Yes | Applicant B No |
|---|---|---|---|---|
| (a)  Vision Disorder.......................................... | ☐ | ☑ | ☐ | ☑ |
| (b)  Dizziness/Vertigo or Fainting ..................... | ☐ | ☑ | ☐ | ☑ |
| (c)  Head Injury, Nerve Damage or other Neurological Disease/Disorder.................... | ☐ | ☑ | ☐ | ☑ |
| (d)  Fibromyalgia, Weakness or Fatigue ............ | ☐ | ☑ | ☐ | ☑ |
| (e)  Stroke, Transient Ischemic Attack, Aneurysm, Carotid or Circulatory Disease/Disorder......... | ☐ | ☑ | ☐ | ☑ |
| (f)  Seizure, Epilepsy or Tremors ..................... | ☐ | ☑ | ☐ | ☑ |
| (g)  Depression, Anxiety or other Mental Disorder............ | ☐ | ☑ | ☐ | ☑ |
| (h)  Lung Disease/Disorder ............................... | ☐ | ☑ | ☐ | ☑ |
| (i)  Heart Rhythm, Heart Valve, Coronary Artery or Heart Disease/Disorder ............ | ☐ | ☑ | ☐ | ☑ |
| (j)  High Blood Pressure ................................... | ☐ | ☑ | ☐ | ☑ |
| (k)  Anemia, Blood Clotting or Blood Disease/Disorder ............ | ☐ | ☑ | ☐ | ☑ |
| (l)  Arthritis, Broken Bone, Back, Spinal Stenosis, Scoliosis, Bone or Joint Disorder ............ | ☐ | ☑ | ☐ | ☑ |
| (m)  Chronic Pain, Amputation or Polymyalgia Rheumatica............ | ☐ | ☑ | ☐ | ☑ |
| (n)  Osteoporosis or Osteopenia ...................... | ☐ | ☑ | ☐ | ☑ |
| (o)  Balance Disorder, Difficulty Walking or Falls ............ | ☐ | ☑ | ☐ | ☑ |
| (p)  Cancer, Leukemia or Lymphoma............... | ☐ | ☑ | ☐ | ☑ |
| (q)  Diabetes....................................................... | ☐ | ☑ | ☐ | ☑ |
| (r)  Immune System Disease/Disorder .............. | ☐ | ☑ | ☐ | ☑ |
| (s)  Kidney Disease/Disorder ............................. | ☐ | ☑ | ☐ | ☑ |
| (t)  Hepatitis or Liver Disease/Disorder............. | ☐ | ☑ | ☐ | ☑ |
| (u)  Shingles ...................................................... | ☐ | ☑ | ☐ | ☑ |
| (v)  Incontinence or other Bowel or Bladder Disease/Disorder.......... | ☐ | ☑ | ☐ | ☑ |

| | Applicant A Yes | Applicant A No | Applicant B Yes | Applicant B No |
|---|---|---|---|---|
| **2** In the past 5 years have you been diagnosed with, treated for, had testing for, or consulted with a medical professional for conditions or symptoms not listed above? ............ | ☑ | ☐ | ☑ | ☐ |
| **3** Do you have, for your use, a handicap parking sticker or handicap license plate? ............ | ☐ | ☑ | ☐ | ☑ |
| **4** In the past 3 years has a medical professional referred you to a specialist for additional consultation, testing, or surgery? ............ | ☐ | ☑ | ☑ | ☐ |
| **5** Are you scheduled for a visit with a medical professional within the next 6 months?.................. | ☑ | ☐ | ☐ | ☑ |
| **6** Have you been seen by your physician, health care provider or any specialist more than three times in the past 12 months?............ | ☑ | ☐ | ☐ | ☑ |
| **7** Have you received inpatient or outpatient treatment at a hospital, surgical center, or rehabilitation facility in the past 12 months?............ | ☐ | ☑ | ☑ | ☐ |
| **8** What is your height? ............ | 6 ' 3 " | | 5 ' 7 " | |
| **9** What is your weight? ............ | 240 lbs | | 155 lbs | |
| **10** Have you had an unplanned weight change in the past 12 months? ............ | ☐ | ☑ | ☐ | ☑ |

**Section G (continued)**          **ADDITIONAL HEALTH QUESTIONS**

If "Yes," to any additional health questions in Section G, please provide the following details for each "Yes" answer below. (Attach additional signed page(s) if more space is needed.)

Applicant A

| | Health Condition/Details | Month/Year Diagnosed | Month/Year for Last Visit | Reason for Last Visit | Month/Year for Next Visit | Reason for Next Visit | Physician or Facility Name, Address and Phone Number |
|---|---|---|---|---|---|---|---|
| QUES # 2 | Lyme- cured no problems | 7-2011 | 8-2011 | | | | Dr Ronald Katz 25 Boykston St Chestnut Hills MA 02467 617-307-3200 |
| QUES # 5 | routine visit schedule | | | | | | |
| QUES # 6 | chiropractor- routine adjustments need spinal adjustments | | | | | | |
| QUES # ___ | | | | | | | |

Applicant B

| | Health Condition/Details | Month/Year Diagnosed | Month/Year for Last Visit | Reason for Last Visit | Month/Year for Next Visit | Reason for Next Visit | Physician or Facility Name, Address and Phone Number |
|---|---|---|---|---|---|---|---|
| QUES # 2 | Squamus Cell precancer blemish- no current issues | 9-2013 | 7-2014 | annual | | | Dr Steven Saltz 1101 Beacon St Brookline MA 024416 978-475-9230 |
| QUES # 4 | Squamus Cell precancer blemish no current issues | 9-2013 | 7-2014 | annual | | | Dr Alan Rockoff 1101 Beacon St Brookline MA 024416 978-475-9230 |
| QUES # 7 | Squamus Cell precancer blemish no current issues | 9-2013 | 7-2014 | annual | | | Dr Alan Rocoff 1101 Beacon St Boston MA 024416 978-475-9230 |
| QUES # ___ | | | | | | | |

| Section H          MEDICAL HEALTH HISTORY | Applicant A Yes  No | Applicant B Yes  No |
|---|---|---|
| **1** To the best of your knowledge has your biological mother, father, or sibling been diagnosed with Alzheimer's Disease or other form of dementia?........ | ☐ ☑ | ☐ ☑ |
| **2** Have you been hospitalized or had surgery in the past 3 years? ................. | ☐ ☑ | ☐ ☑ |
| If "Yes," | | |
| Why? .................................................................................................... | | |
| When? .................................................................................................. | | |
| **3** Have you been advised by a member of the medical profession in the last 5 years to have surgery which has not yet been completed? ........................... | ☐ ☑ | ☐ ☑ |
| If "Yes," | | |
| Why? .................................................................................................... | | |
| When? .................................................................................................. | | |
| **4** Have you received physical, occupational or speech therapy in the past 6 months? ................................................................................................. | ☐ ☑ | ☐ ☑ |
| If "Yes," | | |
| Why? .................................................................................................... | | |
| Date of last therapy? ............................................................................ | | |
| Has a member of the medical profession advised that additional therapy will be needed? | ☐ ☐ | ☐ ☐ |
| **5** Have you ever been diagnosed, treated, tested positive for, or been given medical advice by a member of the medical profession for sleep apnea? .... | ☐ ☑ | ☐ ☑ |
| If "Yes," do you use CPAP, BIPAP, or a dental device? ............................. | ☐ ☐ | ☐ ☐ |
| If "Yes," how often do you use it?......................................................... | | |
| **6** Have you used insulin in the past 6 months? ............................................ | ☐ ☑ | ☐ ☑ |
| If "Yes," | | |
| Units used each day?............................................................................ | | |
| Year insulin was first prescribed? ......................................................... | | |
| **7** Have you ever used tobacco? ................................................................. | ☐ ☑ | ☐ ☑ |
| If "Yes," date last used? ........................................................................ | | |
| **8** During the last 10 years, have you ever used unlawful drugs, or used prescription medications other than as prescribed by your doctor? ............. | ☐ ☑ | ☐ ☑ |
| If "Yes," Substance?............................................................................... | | |
| Date last used?..................................................................................... | | |
| **9** Have you ever received medical treatment, counseling or been hospitalized for drug use?............................................................................................ | ☐ ☑ | ☐ ☑ |
| If "Yes," date last treatment, consultation or hospitalization?.............. | | |
| **10** Do you regularly consume 4 or more alcoholic beverages per day, or do you drink 5 or more drinks per day, 1 or more days per week? ................... | ☐ ☑ | ☐ ☑ |
| **11** Have you ever received medical treatment, counseling or been hospitalized for alcohol use? ....................................................................................... | ☐ ☑ | ☐ ☑ |
| If "Yes," Month and year of treatment, consultation or hospitalization? ....... | | |
| Month and year you last consumed alcohol?................................ | | |

**INSTRUCTIONS:** Complete Section I for MUTUALCARE SECURE SOLUTION – OR – Section J for MUTUALCARE CUSTOM SOLUTION.

Benefit abbreviation key: NH=Nursing Home, ALF=Assisted Living Facility, HHC=Home Health Care, MMB=Maximum Monthly Benefit

| Section I | MUTUALCARE SECURE SOLUTION |
|---|---|

| **Applicant A** | **Applicant B** (If selecting Shared Care Benefit, benefits must be identical to Applicant A) |
|---|---|
| ☑ **MutualCare Secure Solution** | ☑ **MutualCare Secure Solution** |

**Standard MutualCare Secure Solution Benefits:**
- NH, ALF and HHC Benefits are each up to 100% of the MMB
- Cash Benefit is 30% of HHC Benefit up to a maximum of $2,400
- 90-Day Elimination Period

| **1** Maximum Monthly Benefit (MMB) (must enter): | **1** Maximum Monthly Benefit (MMB) (must enter): |
|---|---|
| $ [ ] 6 , 0 0 0 per month | $ [ ] 6 , 0 0 0 per month |
| ($1,500-$10,000 in $1 increments) | ($1,500-$10,000 in $1 increments) |

**State MassHealth (Medicaid) Exemptions: I understand that I have the option to elect long-term care coverage that satisfies Massachusetts' requirements for asset and liability exemptions under the Massachusetts MassHealth (Medicaid) Program. This option requires election of at least a $125 Daily or $3,750 Monthly Nursing Home/Assisted Living Facility Maximum Benefit.**

| **2** Policy Limit = number of months selected (must check one) multiplied by the MMB: | **2** Policy Limit = number of months selected (must check one) multiplied by the MMB: |
|---|---|
| ☐ 24 months (2 Year) | ☐ 24 months (2 Year) |
| ☐ 36 months (3 Year) | ☐ 36 months (3 Year) |
| ☐ 48 months (4 Year) | ☐ 48 months (4 Year) |
| ☑ 60 months (5 Year) | ☑ 60 months (5 Year) |

| **3** Compound Inflation Protection Benefit: | **3** Compound Inflation Protection Benefit: |
|---|---|
| 5% Compound Lifetime Benefit (must check "YES" or "NO") If "**NO**," signature required: | 5% Compound Lifetime Benefit (must check "YES" or "NO") If "**NO**," signature required: |
| ☐ YES, I am selecting the 5% Compound Inflation Protection Lifetime Benefit | ☐ YES, I am selecting the 5% Compound Inflation Protection Lifetime Benefit |
| ☑ NO, 5% Compound Inflation Protection Lifetime Benefit is NOT desired: I have reviewed the Outline of Coverage and the graphs that compare the benefits and premiums of this policy with and without the 5% Compound Inflation Protection Lifetime Benefit option. Specifically, I have reviewed the option for Compound Inflation increases, and I reject the 5% Compound Inflation Protection Lifetime Benefit option. | ☑ NO, 5% Compound Inflation Protection Lifetime Benefit is NOT desired: I have reviewed the Outline of Coverage and the graphs that compare the benefits and premiums of this policy with and without the 5% Compound Inflation Protection Lifetime Benefit option. Specifically, I have reviewed the option for Compound Inflation increases, and I reject the 5% Compound Inflation Protection Lifetime Benefit option. |
| ✍ _____ | ✍ _____ |
| Signature of Applicant A | Signature of Applicant B |
| If you selected "NO" to the 5% Compound Lifetime Benefit, check one Inflation Option below: | If you selected "NO" to the 5% Compound Lifetime Benefit, check one Inflation Option below: |
| ☐ No Inflation Protection | ☐ No Inflation Protection |
| ☑ 3% Lifetime Benefit | ☑ 3% Lifetime Benefit |
| ☐ 4% Lifetime Benefit | ☐ 4% Lifetime Benefit |
| ☐ 3% Limited Period Benefit - 20 Year | ☐ 3% Limited Period Benefit - 20 Year |
| ☐ 5% Limited Period Benefit - 20 Year | ☐ 5% Limited Period Benefit - 20 Year |

| **4** Nonforfeiture Benefit – Shortened Benefit Period (must check "YES" or "NO"): | **4** Nonforfeiture Benefit – Shortened Benefit Period (must check "YES" or "NO"): |
|---|---|
| ☐ YES | ☐ YES |
| ☑ NO, Nonforfeiture Benefit – Shortened Benefit Period option is NOT desired: I have reviewed the Outline of Coverage and compared the benefits and premiums of this policy with and without the Nonforfeiture Option(s) that have been made available and I reject the Nonforfeiture Benefit – Shortened Benefit Period option that is available. | ☑ NO, Nonforfeiture Benefit – Shortened Benefit Period option is NOT desired: I have reviewed the Outline of Coverage and compared the benefits and premiums of this policy with and without the Nonforfeiture Option(s) that have been made available and I reject the Nonforfeiture Benefit – Shortened Benefit Period option that is available. |

Complete Section I Optional Benefits for MUTUALCARE SECURE SOLUTION to change or add benefits.

Benefit abbreviation key: NH=Nursing Home, ALF=Assisted Living Facility, HHC=Home Health Care, MMB=Maximum Monthly Benefit

| Section I (continued) | OPTIONAL BENEFITS FOR MUTUALCARE SECURE SOLUTION |
|---|---|

| **Applicant A** | **Applicant B** |
|---|---|
| **5** ALF Benefit Reduced from 100% of MMB to: | **5** ALF Benefit Reduced from 100% of MMB to: |
| ☐ 75% | ☐ 75% |
| ☐ 50% | ☐ 50% |
| **6** HHC Benefit Reduced from 100% of MMB to: | **6** HHC Benefit Reduced from 100% of MMB to: |
| ☐ 75% | ☐ 75% |
| ☐ 50% | ☐ 50% |
| Reducing the HHC Benefit will reduce the Cash Benefit. | Reducing the HHC Benefit will reduce the Cash Benefit. |
| **7** Calendar Day Elimination Period: (90-Day Elimination Period is default if no option selected) | **7** Calendar Day Elimination Period: (90-Day Elimination Period is default if no option selected) |
| ☐ 180 Day | ☐ 180 Day |
| ☐ 365 Day | ☐ 365 Day |
| **8** ☐ Waiver of Elimination Period for HHC Benefit | **8** ☐ Waiver of Elimination Period for HHC Benefit |
| **9** ☐ Shared Care Benefit<br>Only available when both Partners apply at the same time and both policies are issued with identical benefits. | **9** |
| **10** ☐ Security Benefit<br>Not available for issue ages 70 and older, with Shared Care Benefit or if Partner is applying for this coverage.<br><br>Partner's Name | **10** |
| **11** Return of Premium at Death Benefit:<br>☐ 3 x MMB Return of Premium at Death (Minus Claims Paid) | **11** Return of Premium at Death Benefit:<br>☐ 3 x MMB Return of Premium at Death (Minus Claims Paid) |

If you completed Section I for MUTUALCARE SECURE SOLUTION – SKIP Section J and continue to Section K.

Complete Section J for MUTUALCARE CUSTOM SOLUTION if Section I for MUTUALCARE SECURE SOLUTION was not selected.
Benefit abbreviation key: NH=Nursing Home, ALF=Assisted Living Facility, HHC=Home Health Care, MMB=Maximum Monthly Benefit

| Section J | MUTUALCARE CUSTOM SOLUTION |
|---|---|

**Applicant A**

**Applicant B** (If selecting Shared Care Benefit, benefits must be identical to Applicant A)

☐ **MutualCare Custom Solution**  ☐ **MutualCare Custom Solution**

### Standard MutualCare Custom Solution Benefits:
- NH, ALF and HHC Benefits are each up to 100% of the MMB
- Cash Benefit is 40% of HHC Benefit up to a maximum of $2,400
- 90-Day Elimination Period

**1** Maximum Monthly Benefit (MMB) (must enter):

$ [ ][ ][ ] , [ ][ ][ 0 ] per month
($1,500-$10,000 in $50 increments)

**1** Maximum Monthly Benefit (MMB) (must enter):

$ [ ][ ][ ] , [ ][ ][ 0 ] per month
($1,500-$10,000 in $50 increments)

State MassHealth (Medicaid) Exemptions: I understand that I have the option to elect long-term care coverage that satisfies Massachusetts' requirements for asset and liability exemptions under the Massachusetts MassHealth (Medicaid) Program. This option requires election of at least a $125 Daily or $3,750 Monthly Nursing Home/Assisted Living Facility Maximum Benefit.

**2** Policy Limit (must enter):

$ [ ][ ][ ] , [ ][ 0 ][ 0 ]
($50,000-$500,000 in $500 increments)

**2** Policy Limit (must enter):

$ [ ][ ][ ] , [ ][ 0 ][ 0 ]
($50,000-$500,000 in $500 increments)

**3** Compound Inflation Protection Benefit:

5% Compound Lifetime Benefit
(must check "YES" or "NO") If "NO," signature required:

☐ YES, I am selecting the 5% Compound Inflation Protection Lifetime Benefit

☐ NO, 5% Compound Inflation Protection Lifetime Benefit is NOT desired: I have reviewed the Outline of Coverage and the graphs that compare the benefits and premiums of this policy with and without the 5% Compound Inflation Protection Lifetime Benefit option. Specifically, I have reviewed the option for Compound Inflation increases, and I reject the 5% Compound Inflation Protection Lifetime Benefit option.

✍ _____
Signature of Applicant A

If you selected "NO" to the 5% Compound Lifetime Benefit, check either No Inflation Option, OR select an alternate Inflation Option below:

☐ No Inflation Protection

OR

Select one of the following inflation percentage options:

| | | | |
|---|---|---|---|
| ☐ 1% | ☐ 1.25% | ☐ 1.50% | ☐ 1.75% |
| ☐ 2% | ☐ 2.25% | ☐ 2.50% | ☐ 2.75% |
| ☐ 3% | ☐ 3.25% | ☐ 3.50% | ☐ 3.75% |
| ☐ 4% | ☐ 4.25% | ☐ 4.50% | ☐ 4.75% |
| ☐ 5% | | | |

(Compound Lifetime with Buy-Up is default
if no optional Limited Period Benefit selected below.)
☐ 10 Year with Buy-Up
☐ 15 Year with Buy-Up
☐ 20 Year with Buy-Up

**3** Compound Inflation Protection Benefit:

5% Compound Lifetime Benefit
(must check "YES" or "NO") If "NO," signature required:

☐ YES, I am selecting the 5% Compound Inflation Protection Lifetime Benefit

☐ NO, 5% Compound Inflation Protection Lifetime Benefit is NOT desired: I have reviewed the Outline of Coverage and the graphs that compare the benefits and premiums of this policy with and without the 5% Compound Inflation Protection Lifetime Benefit option. Specifically, I have reviewed the option for Compound Inflation increases, and I reject the 5% Compound Inflation Protection Lifetime Benefit option.

✍ _____
Signature of Applicant B

If you selected "NO" to the 5% Compound Lifetime Benefit, check either No Inflation Option, OR select an alternate Inflation Option below:

☐ No Inflation Protection

OR

Select one of the following inflation percentage options:

| | | | |
|---|---|---|---|
| ☐ 1% | ☐ 1.25% | ☐ 1.50% | ☐ 1.75% |
| ☐ 2% | ☐ 2.25% | ☐ 2.50% | ☐ 2.75% |
| ☐ 3% | ☐ 3.25% | ☐ 3.50% | ☐ 3.75% |
| ☐ 4% | ☐ 4.25% | ☐ 4.50% | ☐ 4.75% |
| ☐ 5% | | | |

(Compound Lifetime with Buy-Up is default
if no optional Limited Period Benefit selected below.)
☐ 10 Year with Buy-Up
☐ 15 Year with Buy-Up
☐ 20 Year with Buy-Up

**4** Nonforfeiture Benefit -- Shortened Benefit Period
(must check "YES" or "NO"):

☐ YES

☐ NO, Nonforfeiture Benefit -- Shortened Benefit Period option is NOT desired: I have reviewed the Outline of Coverage and compared the benefits and premiums of this policy with and without the Nonforfeiture Option(s) that have been made available and I reject the Nonforfeiture Benefit -- Shortened Benefit Period option that is available.

**4** Nonforfeiture Benefit -- Shortened Benefit Period
(must check "YES" or "NO"):

☐ YES

☐ NO, Nonforfeiture Benefit -- Shortened Benefit Period option is NOT desired: I have reviewed the Outline of Coverage and compared the benefits and premiums of this policy with and without the Nonforfeiture Option(s) that have been made available and I reject the Nonforfeiture Benefit -- Shortened Benefit Period option that is available.

Complete Section J Optional Benefits for MUTUALCARE CUSTOM SOLUTION to change or add benefits.

Benefit abbreviation key: NH=Nursing Home, ALF=Assisted Living Facility, HHC=Home Health Care, MMB=Maximum Monthly Benefit

**Section J (continued)      OPTIONAL BENEFITS FOR MUTUALCARE CUSTOM SOLUTION**

| Applicant A | Applicant B |
|---|---|
| **5** ALF Benefit Reduced from 100% of MMB to: | **5** ALF Benefit Reduced from 100% of MMB to: |
| ☐ 75% | ☐ 75% |
| ☐ 50% | ☐ 50% |
| **6** HHC Benefit Reduced from 100% of MMB to: | **6** HHC Benefit Reduced from 100% of MMB to: |
| ☐ 75% | ☐ 75% |
| ☐ 50% | ☐ 50% |
| Reducing the HHC Benefit will reduce the **Cash Benefit**. | Reducing the HHC Benefit will reduce the **Cash Benefit**. |
| **7** Calendar Day Elimination Period: (90-Day Elimination Period is default if no option selected) | **7** Calendar Day Elimination Period: (90-Day Elimination Period is default if no option selected) |
| ☐ 0 Day | ☐ 0 Day |
| ☐ 30 Day | ☐ 30 Day |
| ☐ 60 Day | ☐ 60 Day |
| ☐ 180 Day | ☐ 180 Day |
| ☐ 365 Day | ☐ 365 Day |
| **8** ☐ Waiver of Elimination Period for HHC Benefit | **8** ☐ Waiver of Elimination Period for HHC Benefit |
| **9** ☐ Professional HHC Benefit | **9** ☐ Professional HHC Benefit |
| **10** Partner Benefits: The **Joint Waiver of Premium, Survivorship Benefit** and **Shared Care Benefit** are only available when both Partners apply at the same time and both policies are issued. | **10** |
| ☐ **Joint Waiver of Premium** | |
| ☐ **Survivorship Benefit** | |
| ☐ **Shared Care Benefit** The **Shared Care Benefit** is only available when both policies are issued with identical benefits. | |
| **11** ☐ **Security Benefit** Not available for issue ages 70 and older, with other Partner Benefits or if Partner is applying for this coverage. | **11** |
| _____ Partner's Name | |
| **12** Return of Premium at Death Benefit: | **12** Return of Premium at Death Benefit: |
| ☐ 3 x MMB Return of Premium at Death (Minus Claims Paid) OR | ☐ 3 x MMB Return of Premium at Death (Minus Claims Paid) OR |
| ☐ Return of Premium (Minus Claims Paid) If Death Occurs Before Age 65 OR | ☐ Return of Premium (Minus Claims Paid) If Death Occurs Before Age 65 OR |
| ☐ Return of Premium at Death (Minus Claims Paid) | ☐ Return of Premium at Death (Minus Claims Paid) |

Continue to Section K.

| Section K | PREMIUM INFORMATION |
| --- | --- |

| **Applicant A** | **Applicant B** |
| --- | --- |
| **1** Premium Option: | **1** Premium Option: |
| ☑ Lifetime | ☑ Lifetime |
| **2** Select Effective Date: | **2** Select Effective Date: |
| ☐ Date of Application (Initial Premium Required) | ☐ Date of Application (Initial Premium Required) |
| ☑ Date Policy is Issued | ☑ Date Policy is Issued |
| ☐ For Replacements Only, Requested Effective Date of Coverage _____ (up to 60 days from application date) | ☐ For Replacements Only, Requested Effective Date of Coverage _____ (up to 60 days from application date) |
| **3** Initial Premium Payment: 217.25 ¢² | **3** Initial Premium Payment: 198.72 ²² |
| Initial Premium Collected: $ 434.50 — Two Months Minimum | Initial Premium Collected: $ 397.44 — Two Months Minimum |
| **4** Recurring Premium Payment: (Annual Direct Bill Mode is default if no option selected) | **4** Recurring Premium Payment: (Annual Direct Bill Mode is default if no option selected) |
| Modal Premium: $ _____ | Modal Premium: $ _____ |
| ☐ Annual Direct Bill | ☐ Annual Direct Bill |
| ☐ Semiannual Direct Bill | ☐ Semiannual Direct Bill |
| ☐ Quarterly Direct Bill | ☐ Quarterly Direct Bill |
| ☐ Monthly Automated Bank Account Withdrawal Note: Complete and Sign Payment Authorization below. | ☐ Monthly Automated Bank Account Withdrawal Note: Complete and Sign Payment Authorization below. |

**Payment Authorization** *Optional*
(Complete and Sign if Monthly Automatic Bank Account Withdrawal Selected.)

| Specify the date premiums will be withdrawn (1st through the 28th of the month): _____ | Specify the date premiums will be withdrawn (1st through the 28th of the month): _____ |
| --- | --- |
| Bank Name: _____ | Bank Name: _____ |
| Complete information below or attach a voided check. | Complete information below or attach a voided check. |
| Bank Routing Number: _____ | Bank Routing Number: _____ |
| Bank Account Number: _____ (Do not use Debit/Credit Card numbers) | Bank Account Number: _____ (Do not use Debit/Credit Card numbers) |

When choosing automatic bank account withdrawal, MONEY MAY BE WITHDRAWN FROM YOUR ACCOUNT IMMEDIATELY UPON RECEIPT OF YOUR APPLICATION, BUT IN NO EVENT LATER THAN AT POLICY ISSUE. The first withdrawal date or charge date may be different from the monthly date selected for ongoing premiums. Depending on the amount of time elapsed between the policy date and the date the policy is issued, the amount of the withdrawal or charge may exceed one modal premium and may occur on a date other than the policy date. We **CANNOT** establish electronic payments from foreign banks.

I authorize Mutual of Omaha Insurance Company ("Mutual of Omaha") to withdraw funds from my account for the initial and/or monthly renewal premiums as indicated above and understand that the amounts may differ. Premium shortages may result from a variety of causes, including underwriting adjustments. I authorize my financial institution to pay from my account to Mutual of Omaha any preauthorized bank account withdrawals. I agree that my financial institution shall be fully protected in honoring any such payment and that its rights and responsibilities regarding the payment shall be the same as if the payment were signed personally by me. I agree to notify the business in writing of any changes in my account information. This authorization will be effective until I give you at least three business days' notice to cancel. If notice is given verbally, Mutual of Omaha may require written confirmation from me within 14 days after my verbal notice.

| ✎ X _____ | ✎ X _____ |
| --- | --- |
| Authorized Signature as Shown on Account      Date | Authorized Signature as Shown on Account      Date |

| Section M | AGREEMENTS AND ACKNOWLEDGEMENTS |
|---|---|

1. The undersigned applicant agrees that (a) all answers in this application are true and complete and Mutual of Omaha Insurance Company will rely on these answers to determine insurability, and (b) incorrect or misleading answers may void this application and any policy issued from its effective date.

2. Applicant acknowledges that Mutual of Omaha Insurance Company may require: an Attending Physician's Statement, medical records, an underwriting assessment, a medical examination, or other information for underwriting purposes.

3. Applicant agrees that Mutual of Omaha Insurance Company will not issue a policy as a result of this application unless (a) the insurance applicant completes all medical examinations and tests required by Mutual of Omaha Insurance Company, (b) Mutual of Omaha Insurance Company receives additional information requested for underwriting (such as Personal Worksheet, Personal Health Interview, or Attending Physician's Statement), and (c) the insurance applicant is, as of the policy application date, determined to be eligible for the exact insurance coverage applied for, or the insurance applicant has subsequently accepted an offer by Mutual of Omaha Insurance Company for coverage other than as applied for, according to the underwriting standards of Mutual of Omaha Insurance Company then in force.

4. Applicant agrees that this application does not provide temporary or interim insurance prior to policy issuance. If the applicant has made an advance premium payment, applicant agrees to the terms and conditions under any temporary insurance agreement or conditional receipt. Applicant agrees that completing this application or making an advance premium payment is not a guarantee that this application will be approved. If approved, the issued policy will indicate its effective date. Applicant acknowledges that if his or her application is declined, the long-term care coverage applied for will not become effective and any advance premium payment submitted with the application will be refunded to applicant, without interest. No insurance coverage will be in effect until Mutual of Omaha Insurance Company (a) issues a policy and (b) receives payment of the full initial premium according to the mode of payment specified in the application.

5. A completed and signed application will become part of each applicant's policy.

6. Applicant acknowledges that no Producer can (a) waive or change any receipt or policy provision, or (b) agree to issue a policy.

7. Applicant acknowledges receipt of an Outline of Coverage, *Your Options for Financing Long-Term Care: A Massachusetts Guide*, Long-Term Care Insurance Personal Worksheet, Things You Should Know Before You Buy Long-Term Care Insurance, Potential Rate Increase Disclosure Form and, if applicable, *Guide to Health Insurance for People with Medicare*.

**Fraud Warning:** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**Caution: If your answers on this application are incorrect or untrue, Mutual of Omaha Insurance Company has the right to deny benefits or rescind your policy.**

**I have read and understand this Agreements and Acknowledgements Section, including the Fraud Warning and I approve all my answers as recorded in this application.**

Signed at _Boston_    City    _MA_  State

✍ X [redacted]  Signature of Applicant A    _11/1/14_  Date

Signed at _Bistnw_    City    _MA_  State

✍ XR [redacted]  Signature of Applicant B    _11/1/14_  Date

Plaintiff Doe

---

I/We, the Producer(s) certify that each question was asked exactly as written and I/we have recorded the answers provided by the Applicant(s) completely and accurately. I/We also agree that my/our answers in this application are true and complete.

☑ Yes ☐ No (If "No," please explain) _____

➡ X _[signature]_  Signature of Licensed Producer

➡ X _____  Signature of Other Licensed Producer, If applicable

# MUTUAL OF OMAHA INSURANCE COMPANY
Mutual of Omaha Plaza, Omaha, NE 68175

| Appendix 1 | AUTHORIZATION TO DISCLOSE PERSONAL INFORMATION |
| --- | --- |

This authorization specifically includes the release and disclosure of my "Personal Information," which includes my entire medical record and any other health information concerning me (excluding psychotherapy notes) and my insurance policies and claims, including, but not limited to those containing diagnoses, treatments, prescription drug information, alcohol or drug abuse treatment information or information regarding communicable or infectious conditions, such as Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS), other matters such as hazardous activities, character and general reputation, finances, occupation, information collected by a consumer reporting agency about my credit history, credit worthiness, credit standing and credit capacity, avocation(s), motor vehicle driving record(s), and personal traits.

I authorize all hospitals, medical facilities and clinics, physicians, dentists, other medical or dental practitioners, pharmacies, pharmacists, pharmacy benefit managers, insurance companies, third party administrators, health plans, health maintenance organizations, MIB, Inc., state departments of motor vehicles, other entities possessing motor vehicle records and consumer reporting agencies that have records or knowledge of me to release Personal Information about me to Mutual of Omaha Insurance Company, its affiliated companies (Mutual) or its reinsurers.

The Personal Information will be used to determine my eligibility for insurance or to resolve or contest any issues of incomplete, incorrect or misrepresented information on this application that may arise during the processing of my application or in connection with a claim.

I also authorize Mutual, or its reinsurers, to disclose my Personal Information to MIB, Inc. I understand that my Personal Information received by MIB, Inc. may be disclosed, upon request, to another member company with whom I apply for life or health insurance or to whom I may submit a claim for benefits.

I understand that if the person or entity to whom Personal Information is disclosed is not a health care provider or health plan subject to federal privacy regulations, the Personal Information may be redisclosed without the protection of the federal privacy regulations.

I understand that I may refuse to sign this authorization. I understand if I refuse to sign, the insurance for which I am applying will not be issued.

This authorization will expire 24 months after the date signed. I may revoke this authorization at any time by written notice to ATTN: Individual Underwriting, Mutual of Omaha Insurance Company, Mutual of Omaha Plaza, Omaha, NE 68175. A revocation is limited to the extent that Mutual has taken action in reliance on the authorization or the law allows Mutual to contest the issuance of the policy or a claim under the policy.

I understand that I will receive a copy of this authorization and that a copy is as valid as the original.

Each Applicant acknowledges and agrees that if there is more than one Applicant on this application, all information provided may be reviewed or shared with the other Applicant. A completed and signed application will become part of each applicant's policy.

Name(s) used for medical records (if different than the name(s) below): _____



| Printed Name of Applicant A | Birth Date | RI | Printed Name of Applicant B | Birth Date | MA |
| --- | --- | --- | --- | --- | --- |
| | | Birth State | | | Birth State |
| X | 11/1/14 | | X | 11/1/14 | |
| Signature of Applicant A | Date | | Signature of Applicant B | Date | |

**THIS AUTHORIZATION COMPLIES WITH HIPAA AND OTHER FEDERAL AND STATE LAWS.**

ICC13-M28367

| Appendix 2 | PRODUCER STATEMENT | | |
|---|---|---|---|

|  |  | Yes | No |
|---|---|---|---|
| 1. | I/We certify that each question was asked exactly as written and that I/we recorded the answers completely and accurately................................................................................................................................ | ☑ | ☐ |
| 2. | I/We certify that the application was completed in the physical presence of the Applicant(s) ...................... (If "No," explain) _tele App_ | ☐ | ☑ |
| 3. | This coverage is written on myself (the Producer) and/or my Partner.................................................................. Partner's name_____ | ☐ | ☑ |

|  |  | Applicant A | Applicant B |
|---|---|---|---|
| 4. | Please indicate the Underwriting Risk classification quoted........................................ **Your quote will be noted, however, Underwriting will determine the final risk classification. We suggest quoting Select unless our Underwriting Guide indicates the health condition(s) warrants a substandard rating. Class II cases should be discussed with an underwriter prior to application submission.** | ☐ Preferred ☐ Select ☐ Class I ☐ Class II | ☐ Preferred ☐ Select ☐ Class I ☐ Class II |
| 5. | To the best of my knowledge, replacement of other Insurance (check box) Involved in this transaction ................................................................................ **If replacement is involved, I/we shall comply with all state and/or company replacement requirements, including completing the applicable state required replacement forms and submitting copies of these forms with the application.** | ☐ Is ☑ Is not | ☐ Is ☑ Is not |

By signing below, I understand I am required to have valid LTCI training completed at time of application. I further understand that if the appropriate LTCI training required by the state in which this application is signed is not valid, this application will not be processed and a new application will be required in order to continue the underwriting process.

| ➡ | X _John Loden_ | _12-15-2014_ |
|---|---|---|
|  | Signature of Producer        (Agent of Record) | Date |
| ➡ | X | |
|  | Signature of Other Producer, If applicable | Date |

**Producer Information** (please print clearly)

For Mutual of Omaha Career Producers Only:   **01**
_____
Manager Stamp

For Brokerage Only: Commission Code [  ][  ]   **951300**   (Examples: [ 8 ][ 8 ].[ A ][ 2 ], etc.)
(Commission Code available from your marketing organization)

Producer's Name  **John Loden**
_____
(Agent of Record)

Comm. % Share **100**

Identification Number  pending MA _1961955_

Social Security Number _____████

Phone Number ( _834_ ) _430-0104_

Email Address _jloden@investorscapital.com_

Other Producer's Name _____
(If applicable, for Commission Split)

Comm. % Share _____

Identification Number _____

Social Security Number _____

Phone Number ( _____ ) _____

Email Address _____

Whom should we contact with questions regarding this application if different than Producer listed above:
(please print clearly)

Name _____

Name of Office/Corporation _____

Phone Number ( _____ ) _____

Email Address _____

**SUBMIT TO LTC SERVICE OFFICE**

| Appendix 3 | CONDITIONAL RECEIPT |
|---|---|

This receipt is given and accepted with the understanding that the insurance applied for by each applicant will become effective on the date of the completed application (unless a later date is selected by the applicant, in which case coverage will become effective on the date selected by the applicant) if all of the following conditions have been fully satisfied:

**CONDITIONS**

1. The insurance applicant completes all medical examinations and tests required by Mutual of Omaha Insurance Company,

2. Mutual of Omaha Insurance Company receives any additional information requested for underwriting (such as Personal Worksheet, Personal Health Interview, or Attending Physician's Statement),

3. The insurance applicant is, as of the policy application date, determined to be eligible for the exact insurance coverage applied for, according to the underwriting standards of Mutual of Omaha Insurance Company then in force, and the policy is issued, and

4. The minimum premium of at least two month's is received on the date of the application via check and is honored on its first presentation for payment.

---

**Applicant A**

Payment has been received for **Applicant A** for the amount of $ _____434.50_____ as the initial premium with the attached Long-Term Care Insurance application to Mutual of Omaha Insurance Company.

**Applicant B**

Payment has been received for **Applicant B** for the amount of $ _____397.44_____ as the initial premium with the attached Long-Term Care Insurance application to Mutual of Omaha Insurance Company.

| Total Premium |
|---|
| $  831.94 |

Payment Method: ☑ Check

**(ALL CHECKS FOR PREMIUMS MUST BE MADE PAYABLE TO MUTUAL OF OMAHA INSURANCE COMPANY ("MUTUAL OF OMAHA"). ONE CHECK IS ACCEPTABLE FOR JOINT APPLICANTS. DO NOT MAKE CHECKS PAYABLE TO THE PRODUCER OR LEAVE THE PAYEE BLANK.)**

Mutual of Omaha Insurance Company reserves the right to disapprove the application by offering to issue coverage other than as applied for or by declining to issue coverage. If applicable, Mutual of Omaha Insurance Company will return monies received with the application if (a) the coverage, other than applied for, is offered but not accepted, or (b) if the coverage is declined. Any delay in completion of the underwriting process or refunding of monies shall not be construed as approval of the application for coverage.

This is not a temporary insurance agreement and does not create any temporary or interim insurance. I/We understand that the Producer has no authority to change the terms of this Receipt.

**SIGNATURES**

Plaintiff Doe

X ▓▓▓▓▓▓▓▓▓▓    11/1/14
Signature of Applicant A        Date

X ▓▓▓▓▓▓▓▓▓▓    11/1/14
Signature of Applicant B        Date

I/We agree that I/we am/are not authorized to change or waive the terms of this Receipt and represent that I/we have not attempted to do so. I/We have read and explained the terms of this Receipt and have left a copy with the Applicant(s).

➡ X _____    12.15.2014
Signature of Licensed Producer        Date

➡ X _____    _____
Signature of Other Licensed Producer, if applicable        Date

ICC13-LTC13CR

**SUBMIT TO LTC SERVICE OFFICE**

19

**MUTUAL OF OMAHA INSURANCE COMPANY**
Mutual of Omaha Plaza, Omaha, NE 68175

# LONG-TERM CARE INSURANCE

## *Notice to Applicant Regarding Replacement of Individual Accident and Sickness or Long-Term Care Insurance*

**SAVE THIS NOTICE! IT MAY BE IMPORTANT TO YOU IN THE FUTURE.**

According to your application, you intend to lapse or otherwise terminate existing accident and sickness or long-term care insurance and replace it with an individual long-term care policy to be issued by Mutual of Omaha Insurance Company. Your new policy provides thirty (30) days within which you may decide, without cost, whether you desire to keep the policy. For your own information and protection, you should be aware of and seriously consider certain factors which may affect the insurance protection available to you under the new policy.

You should review this new coverage carefully, comparing it with all accident and sickness or long-term care insurance coverage you now have, and terminate your present policy only if, after due consideration, you find that purchase of this long-term care coverage is a wise decision.

## STATEMENT TO APPLICANT BY PRODUCER

I have reviewed your current medical or health insurance coverage. I believe the replacement of insurance involved in this transaction materially improves your position. My conclusion has taken into account the following considerations, which I call to your attention.

1.  Health conditions that you may presently have (preexisting conditions) may not be immediately or fully covered under the new policy. This could result in denial or delay in payment of benefits under the new policy, whereas a similar claim might have been payable under your present policy.

2.  State law provides that your replacement policy or certificate may not contain new preexisting conditions or probationary periods. The insurer will waive any time periods applicable to preexisting conditions or probationary periods in the new policy (or coverage) for similar benefits to the extent such time was spent (depleted) under the original policy.

3.  If you are replacing existing long-term care insurance coverage, you may wish to secure the advice of your present insurer or its producer regarding the proposed replacement of your present policy. This is not only your right, but it is also in your best interest to make sure you understand all the relevant factors involved in replacing your present coverage.

4.  If, after due consideration, you still wish to terminate your present policy and replace it with new coverage, be certain to truthfully and completely answer all questions on the application concerning your medical health history. Failure to include all material medical information on an application may provide a basis for the company to deny any future claims and to refund your premium as though your policy had never been in force. After the application has been completed and before you sign it, reread it carefully to be certain that all information has been properly recorded.



X _____
Signature of Producer
John Loden 10300 Alliance Rd Ste 100 Blue Ash OH 45242
Printed Name and Address of Producer

The above Notice to Applicant was delivered to me on:

X _____   11/1/14
Signature of Applicant A                        Date

X _____   11/1/14
Signature of Applicant B                        Date

ICC13-M28368                    **SUBMIT TO LTC SERVICE OFFICE**

**MUTUAL OF OMAHA INSURANCE COMPANY**
**UNITED OF OMAHA LIFE INSURANCE COMPANY**
Mutual of Omaha Plaza, Omaha, NE 68175

# AUTHORIZATION FOR RELEASE OF INFORMATION TO MY INSURANCE AGENT AND/OR AGENCY

I authorize Mutual of Omaha Insurance Company and their affiliated companies (Mutual) to disclose personal and medical information about me to my insurance agent and/or agency.

Information that Mutual may disclose includes medical information and other personal information as it relates to actions Mutual may have taken based on this information, such as charging me a higher premium for my insurance, changing benefits to something other than I applied for or declining my application for insurance.

The information will be used to help me with the insurance application process or to find other insurance coverage options.

I understand that if the person or entity that receives the above information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed by such person or entity and will likely no longer be protected by the federal privacy regulations.

I understand that I may refuse to sign this authorization. If I refuse to sign it will not affect the issuance of the insurance for which I am applying.

Unless revoked earlier, this authorization will remain in effect for 24 months from the date I sign it. I understand that I may revoke this authorization at any time, by written notice to: Mutual of Omaha, ATTN: Individual Underwriting, Mutual of Omaha Plaza, Omaha, NE 68175.

I realize that my right to revoke this authorization is limited to the extent that Mutual has taken action in reliance on the authorization.

I understand that I will receive a copy of the authorization.



X _____  11/1/14
Signature of Applicant A            Date

X _____  11/1/14
Signature of Applicant B            Date

Plaintiff Doe

**SUBMIT TO LTC SERVICE OFFICE**                    M28704

Page 1 of 1



**J.D. Loden**

| | |
|---|---|
| **From:** | JD Loden |
| **Sent:** | 12/17/2014 5:53 PM |
| **To:** | Teresa Curreri (Teresa.Curreri@ashbrokerage.com) |
| **Subject:** | ████████████████████ |



Believe it or not, they FINALLY returned the Mutual of Omaha application and Binder Checks. Attached are the Scanned documents. I will mail the originals for processing.

Thank you for your assistance.

J.D. Loden

*"Always do right- this will gratify some and astonish the rest"*    MARK TWAIN

Invesiment results and past performance do not guarantee future results

**JD LODEN WEALTH MANAGEMENT, INC.**
**Privileged and Trusted to Manage Our Clients Wealth**
Securities offered through Investors Capital Corporation
Member FINRA/SIPC
6 Kimball Lane, Lynnfield MA  01940  800-949-1422

500 5TH Ave South, Suite 528
Naples, FL 34102
239-430-0104  FAX 239-430-0105
WEBSITE www.jdlodenwealth.com



Voted
2013 Broker/Dealer
of the Year!

6/21/2017

Page 1 of 3

**J.D. Loden**

| | |
|---|---|
| **From:** | ███████████  Doe's Partner |
| **Sent:** | 12/31/2014 10:37 AM |
| **To:** | JD Loden |
| **Subject:** | RE: LTC Application |

Hello JD,

I have sent the completed applications to you via FedEx.
I have included (2) checks for the new premium amounts.
Please destroy the original checks.

Thank you again, and Best Wishes for a Happy New Year,

███████  Doe's Partner



> From: jloden@investorscapital.com
> To: ████████████
> Date: Tue, 23 Dec 2014 13:43:34 -0500
> Subject: RE: LTC Application
>
> What do you want me to do with the checks?
>
> -----Original Message-----
> From: ████████████  Doe's Partner
> Sent: Monday, December 22, 2014 6:30 PM
> To: JD Loden
> Subject: Re: LTC Application
>
> Hi JD,
> Thank you for the update. I apologize for any additional work entailed on your behalf as a result of
our lapse in not getting back to you sooner.
> I will return the application to you this week.
>
> Best ,
███████  Doe's Partner
>
> Sent from my iPhone
>
> > On Dec 22, 2014, at 3:19 PM, "JD Loden" <jloden@investorscapital.com> wrote:
> >
> >
> >

> > [cid:image001.jpg@01D01DFA.8F302130]
> >
> > Unfortunately the application and checks were sent back to be because more than thirty (30) days had expired between the date you and ████ signed the applications, and the date the company received the applications.
> >
> > In addition, you both had a birthday since we originally quoted the plans. Therefore, there is a modest monthly premium difference for each ($7.10 ████ and $3.38 ████. To complete the applications, please sign and date the attached signature pages, and return them with new checks payable to Mutual of Omaha:
> >
> >
> > *████ $224.35 x 2 months= $434.50
> >
> > *████ $202.10 x 2 months= $404.20
> >
> > Do you want me to return the checks or simply destroy them? Call me if you have any questions. Thank you again for your business and trust.
> >
> > J.D. Loden
> >
> > "Always do right- this will gratify some and astonish the rest" MARK TWAIN
> >
> > Investment results and past performance do not guarantee future
> > results
> >
> > JD LODEN WEALTH MANAGEMENT, INC.
> > Privileged and Trusted to Manage Our Clients Wealth Securities offered
> > through Investors Capital Corporation Member FINRA/SIPC
> > 6 Kimball Lane, Lynnfield MA 01940 800-949-1422
> >
> > 500 5TH Ave South, Suite 528
> > Naples, FL 34102
> > 239-430-0104 FAX 239-430-0105
> > WEBSITE www.jdlodenwealth.com<http://www.jdlodenwealth.com/>
> >
> > [cid:image002.jpg@01D01DFA.8F302130]<http://www.investorscapital.com/c
> > ompany/BDotY.aspx>
> >
> >
> > _____
> > Securities offered through Investors Capital Corporation, Member FINRA/SIPC. Advisory Services, if applicable, offered through Investors Capital Advisory Services. 6 Kimball Lane, Lynnfield, MA 01940, (800) 949-1422.
> >
> > This email, including attachments, may include confidential and/or proprietary information, and

may be used only by the person or entity to which it is addressed. If the reader of this email is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this email is prohibited. If you have received this email in error, please notify the sender by replying to this message and delete this email immediately. Please keep in mind that trade orders will not be accepted by email. Please contact your Representative directly or contact the Investors Capital Trade Desk by calling (800) 337-8723.

\> \>

\> \> Email communications with Investors Capital Corporation, its personnel, and its independent registered representatives must be delivered from and to an Investors Capital Corporation approved email address. Please address any correspondence to the email address from which you were communicated.

\> \> <image001.jpg>

\> \> <image002.jpg>

\> \> <JDL ███ and ███ Signature pages.pdf>

\>

\> Securities offered through Investors Capital Corporation, Member FINRA/SIPC. Advisory Services, if applicable, offered through Investors Capital Advisory Services. 6 Kimball Lane, Lynnfield, MA 01940, (800) 949-1422.

\>

\> This email, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this email is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this email is prohibited. If you have received this email in error, please notify the sender by replying to this message and delete this email immediately. Please keep in mind that trade orders will not be accepted by email. Please contact your Representative directly or contact the Investors Capital Trade Desk by calling (800) 337-8723.

\>

\> Email communications with Investors Capital Corporation, its personnel, and its independent registered representatives must be delivered from and to an Investors Capital Corporation approved email address. Please address any correspondence to the email address from which you were communicated.

PERIOD 00 EST

I
LODEN 30-1

743

SAUNDERSTOWN, RI 02874
*Plaintiff Doe's check*
*Plaintiff Doe's RI home address*

57-168/115
109

Date 12/30/14

Pay to the
Order of MUTUR OF OMAHA— $ 448.78

Four Hundred Forty Eight and 78/00— Dollars

**BANK RI**
BANK RHODE ISLAND

For _____

WF-DOE-000132



Doe's Partner's check

BOSTON, MA 02111

S-7515/110                    6355

DATE 12.28.14

PAY TO THE
ORDER OF  MUTUAL OF OMAHA          $ 404.20

FOUR HUNDRED FOUR $ 20/100        DOLLARS

**Sovereign Bank**
PART OF THE SANTANDER GROUP

MEMO (2) MD. @ 202.10

WF-DOE-000133



**DISCIPLINED | FOCUSED | PRINCIPLED**

January 5, 2015

ASH Brokerage
7609 West Jefferson Blvd
Fort Wayne, IN 46809

Re: LTC Application

To Whom It May Concern:

Enclosed are the revised and recently signed application with new binder checks for
███████████████████. Teresa Curreri assisted me with this case.

Thank you for your assistance.

Sincerely,

JD Loden

500 FIFTH AVENUE SOUTH • SUITE 528 • NAPLES, FL 34102 • 239.430.0104 • FAX: 239.430.0105

Securities offered through Investors Capital Corporation Member FINRA/SIPC Advisory Services offered through Investors Capital Advisory
6 Kimball Lane, Lynnfield, MA • 01940 • 800.949.1422

WF-DOE-000134

INDIVIDUAL LONG-TERM CARE INSURANCE APPLICATION

# MUTUAL OF OMAHA INSURANCE COMPANY
Mutual of Omaha Plaza, Omaha, NE 68175



**Submit Application To:** Long-Term Care Service Office, P.O. Box 64901, St. Paul, MN 55164-0901
**Overnight Submission:** Long-Term Care Service Office, 7805 Hudson Rd., Ste. 180, Woodbury, MN 55125-1591

- [✓] New Business
- [ ] Reinstatement
- [ ] Sponsored/Association Group
- [ ] Common Employer
- [ ] Producer

Each Applicant acknowledges and agrees that if there is more than one Applicant on this application, all information provided may be reviewed or shared with the other Applicant. A completed and signed application will become part of each applicant's policy.

| Section A | GENERAL INFORMATION |
|---|---|

**Applicant A** | **Applicant B**

**1 Name:**  Plaintiff Doe

**1 Name:**  Doe's Partner

Last Name

Last Name

First Name          H  Middle Initial

First Name          Middle Initial

**2 Legal Residence Address:**  Doe's Partner's Boston address

**2 Legal Residence Address (If Different than Applicant A):**  Doe's Partner's Boston address

Number, Street, Apartment Number

Number, Street, Apartment Number

Boston MA  02111

Boston MA  02111

City, State, ZIP Code

City, State, ZIP Code

**3 Contact Information:**

**3 Contact Information (If Different than Applicant A):**

Daytime Phone Number    ( )    Evening Phone Number

Daytime Phone Number    ( )    Evening Phone Number

10:00 a.m.    12:00 p.m.

9:00 a.m.    11:00 p.m.

Best Time to Call Within a 2-Hour Window (i.e., if 5p.m. is indicated, contact window is from 5:00-7:00 p.m.).

Best Time to Call Within a 2-Hour Window (i.e., if 5p.m. is indicated, contact window is from 5:00-7:00 p.m.).

@aol.com

@outlook.com

Email Address

Email Address

**4 Social Security Number:**

**4 Social Security Number:**

**5 Birth Date, Age and Sex:**

**5 Birth Date, Age and Sex:**

Month  Day  Year    Age 6 0

Month  Day  Year    Age 5 7

[✓] Male  [ ] Female

[✓] Male  [ ] Female

**6 Occupation and Duties:**

**6 Occupation and Duties:**

President          Gym Rhode Island

Architect

Occupation

Occupation

run 2 fitness companies

Plan and design construction of bldgs

Occupational Duties

Occupational Duties

ICC13-MA6012

MA

WF-DOE-000135

**Section A (continued)** — **GENERAL INFORMATION**

| Applicant A | Applicant B |
|---|---|
| ☑ **Citizenship Status** (check one): | ☑ **Citizenship Status** (check one): |
| ☑ U.S. Citizen, or | ☑ U.S. Citizen, or |
| ☐ Permanent Resident (Form I-551) Cardholder who has resided in the U.S. at least 3 consecutive years. If checked, please complete Foreign Travel Questionnaire. | ☐ Permanent Resident (Form I-551) Cardholder who has resided in the U.S. at least 3 consecutive years. If checked, please complete Foreign Travel Questionnaire. |
| ☐ Neither, you are not eligible for this coverage. | ☐ Neither, you are not eligible for this coverage. |
| ☐ **Beneficiary:** | ☐ **Beneficiary** (If Different than Applicant A): |
| First Name, Middle Initial, Last Name | First Name, Middle Initial, Last Name |
| Number, Street, Apartment Number | Number, Street, Apartment Number |
| City, State, ZIP Code | City, State, ZIP Code |
| Relationship to You | Relationship to You |

**Section B** — **ALLOWANCES**

You may be eligible for allowances based on your answers to the following questions in this Section B.

| | Applicant A Yes | No | Applicant B Yes | No |
|---|---|---|---|---|
| **1.** Do you have a Partner?* | ☑ | ☐ | ☑ | ☐ |
| If "Yes," complete (a) and (b): | | | | |
| (a) Is he/she also applying for this coverage? | ☑ | ☐ | ☑ | ☐ |
| If "Yes," provide full name only if not applying on this application | | | | |
| (b) Does he/she have an existing Mutual of Omaha Insurance Company Long-Term Care policy/certificate? | ☐ | ☑ | ☐ | ☑ |
| If "Yes," provide existing long-term care policy/certificate number(s). | | | | |
| **2.** Are you or your Partner* a member of a Sponsored/Association Group endorsing this long-term care product? | ☐ | ☑ | ☐ | ☑ |
| If "Yes," provide: | | | | |

Group Number: | 0 |

Full Name of Organization:
Name and Relationship to Member:
Membership Number:
Membership Effective Date:  Month / Year

| | | | | |
|---|---|---|---|---|
| **3.** Are you eligible for an employer allowance? | ☐ | ☑ | ☐ | ☑ |
| If "Yes," provide: | | | | |

Group Number: | 0 |

Group Name:
Employment Date:

*Partner means the one person who is (a) your spouse to whom you are legally married; (b) your registered domestic partner or civil union partner; or (c) an adult person who: 1. shares a serious and committed personal relationship with you that is intended to be lifelong; 2. has shared a common permanent residence with you on a continuous basis for the most recent three years; 3. is not married, a domestic partner, a civil union partner, or in a committed personal relationship to anyone else; and 4. is not related to you in any way that would bar marriage in the state where you and he or she reside.

ICC13-MA6012

| Section C | REPLACEMENT COVERAGE | | | | |
|---|---|---|---|---|---|

Provide replacement coverage information.

| | Applicant A Yes / No | Applicant B Yes / No |
|---|---|---|
| 1. Do you currently have another long-term care insurance policy/certificate in force (including health care service contracts or health maintenance organization contracts)? | ☐ ☑ | ☐ ☑ |
| 2. Did you have another long-term care insurance policy/certificate in force during the last 12 months? | ☐ ☑ | ☐ ☑ |
| 3. Do you intend to replace other long-term care coverage or any of your medical or health insurance coverage with this policy? | ☐ ☑ | ☐ ☑ |
|   If "Yes," please read and sign the Notice to Applicant Regarding Replacement form included with this application. | | |
| 4. Question to be answered by the Producer: Have you, the Producer, sold any health insurance, including long-term care policies, to Applicant A or Applicant B which are still in force, or were sold in the last five years but are no longer in force? | ☐ ☑ | ☐ ☑ |

If any question 1-4 was answered "Yes" in the above Section C, please provide details in C5 below.
(Attach additional signed page(s) if more space is needed.)

| 5. Applicant | Company Name/Address | Policy/ Certificate # | Plan Type* | Daily or Monthly Benefit | Status of Policy/Certificate | Annual Premium | To be Replaced by this Coverage | Sold by this Producer |
|---|---|---|---|---|---|---|---|---|
| ☐ A ☐ B | | | | $ | ☐ Pending ☐ In Force ☐ Terminated ☐ Lapsed Ending Date | $ | ☐ Yes ☐ No | ☐ Yes ☐ No |
| ☐ A ☐ B | | | | $ | ☐ Pending ☐ In Force ☐ Terminated ☐ Lapsed Ending Date | $ | ☐ Yes ☐ No | ☐ Yes ☐ No |
| ☐ A ☐ B | | | | $ | ☐ Pending ☐ In Force ☐ Terminated ☐ Lapsed Ending Date | $ | ☐ Yes ☐ No | ☐ Yes ☐ No |

*Provide Plan Type abbreviation key: LTC=Long-Term Care, MS=Medicare Supplement, MM=Major Medical, OH=Other Health

| | Applicant A Yes / No | Applicant B Yes / No |
|---|---|---|
| 6. Have you ever been declined, rated, or denied reinstatement for long-term care insurance? If "Yes," provide details below. (Attach additional signed page(s) if more space is needed.) | ☐ ☑ | ☐ ☑ |

| Applicant | Company Name(s) | When | Why |
|---|---|---|---|
| ☐ A ☐ B | | | |
| ☐ A ☐ B | | | |

## Section D — HEALTH INSURABILITY QUESTIONS

If you answer "Yes" to any of the questions in this Section D, we are unable to accept this application or offer you Long-Term Care Insurance. Do not continue.

| | Applicant A | | Applicant B | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 1. Are you age 65 or older and has it been more than 2 years since you have had a doctor's visit which included a head to toe physical examination with blood work (basic metabolic chemistry panel)? | ☐ | ☑ | ☐ | ☑ |
| 2. Do you currently use any of the following? <br> • quad cane • walker • wheelchair • electric scooter • stairlift <br> • hospital bed • respirator • nebulizer • oxygen (including supplemental CPAP use) | ☐ | ☑ | ☐ | ☑ |
| 3. Within the past 6 months have you been confined to, used, or been advised to have, any of the following? <br> • residential care, assisted living or adult day care facility services <br> • nursing home or home health care services | ☐ | ☑ | ☐ | ☑ |
| 4. Do you require the assistance or supervision of another person or a device of any kind for any of the following? <br> • bathing • toileting • dressing • eating • medication management <br> • getting in and out of a chair or bed • your inability to control your bowel or bladder | ☐ | ☑ | ☐ | ☑ |
| 5. Have you ever had, been diagnosed as having, or received medical advice or medical care from a physician or health care provider for any of the following? | ☐ | ☑ | ☐ | ☑ |

For question 5:

- Alzheimer's Disease
- Dementia
- Memory Loss
- Mild Cognitive Impairment
- Organic Brain Syndrome
- Schizophrenia
- Mental Retardation
- Connective Tissue Disease
- Kidney Failure or received Dialysis

- Huntington's Chorea
- Chronic Hepatitis
- Cirrhosis
- Hydrocephalus
- Multiple Myeloma
- Psychosis
- Organ Transplant
- Amyotrophic Lateral Sclerosis (ALS, Lou Gehrig's Disease)

- Parkinson's Disease
- Systemic Lupus
- Multiple Sclerosis (MS)
- Muscular Dystrophy
- Myasthenia Gravis
- Scleroderma
- Paralysis

- Ministroke or Transient Ischemic Attack (TIA) in the past year, single episode stroke in the past 2 years, 2 or more strokes or TIAs, or you have not fully recovered or continue to have weakness, decreased sensation or loss of function from a stroke or TIA
- Diabetes and currently taking more than 50 units of insulin daily, or with peripheral neuropathy, numbness, tingling or decreased sensation in your feet, retinopathy or history of a stroke, ministroke or a TIA
- Cancer (except basal or squamous cell skin cancers, or stage I/A bladder, thyroid, breast or prostate cancers) in the past 2 years
- Chronic Obstructive Pulmonary Disease (COPD), Emphysema or Chronic Bronchitis and have used tobacco in the past year

| | Applicant A | | Applicant B | |
|---|---|---|---|---|
| 6. Have you been diagnosed or treated by a member of the medical profession as having Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC) or Human Immunodeficiency Virus (HIV) infection (symptomatic or asymptomatic)? | ☐ | ☑ | ☐ | ☑ |
| 7. Do you currently qualify for payment or are you receiving payment benefits under Medicaid (not Medicare), disability income plan, workers' compensation, Social Security disability or any federal or state disability plan? | ☐ | ☑ | ☐ | ☑ |

## Section 1: PRIMARY PHYSICIAN INFORMATION AND MEDICATION

| Applicant A | Applicant B |
|---|---|
| **1** Provide the name, address and phone number of your primary physician if you have consulted within the last 10 years: | **1** Provide the name, address and phone number of your primary physician if you have consulted within the last 10 years: (If Different than Applicant A) |

**Applicant A**

Dr Ronald Katz
Primary Name

25 Boylston St
Address

Chestnut Hills MA  02467
City, State, ZIP Code

(617) 307-3200
Phone Number

**2** Date of Last Visit:

| | 5 | / | 2 | 0 | 1 | 4 |
|---|---|---|---|---|---|---|
Month / Year

**3** Why did you last see this physician?

Routine

**4** Date of last complete physical exam and blood work (basic metabolic chemistry panel) in the last 2 years:

| | 5 | / | 2 | 0 | 1 | 4 |
|---|---|---|---|---|---|---|
Month / Year

**5** Medication:

Are you taking or have you taken any prescription medication(s) within the past 12 months, or are you currently taking any over-the-counter medication(s) on a weekly basis or more frequently?

☑ Yes, details provided on next page.
☐ No

---

**Applicant B**

Dr Jeffrey Greenburg
Primary Name

301 S Huntington Ave
Address

Jamaica Plain MA  02130
City, State, ZIP Code

(857) 307-3300
Phone Number

**2** Date of Last Visit:

| | 7 | / | 2 | 0 | 1 | 4 |
|---|---|---|---|---|---|---|
Month / Year

**3** Why did you last see this physician?

Annual

**4** Date of last complete physical exam and blood work (basic metabolic chemistry panel) in the last 2 years:

| | 7 | / | 2 | 0 | 1 | 4 |
|---|---|---|---|---|---|---|
Month / Year

**5** Medication:

Are you taking or have you taken any prescription medication(s) within the past 12 months, or are you currently taking any over-the-counter medication(s) on a weekly basis or more frequently?

☐ Yes, details provided on next page.
☑ No

---

If "Yes," to question 5, please list on the next page all the medication name(s) using pharmacy label, dosage, how often you take, how long have you taken, prescribed by, why you take, when and why for any dosage increase or decrease. (Attach additional signed page(s) if more space is needed.)

## Section F                    MEDICATION INFORMATION

Please list all over-the-counter or prescription medications you have taken in the past 12 months in the table below.

**Applicant A**

| Medication Name (copy off pharmacy label) | Dosage | How often do you take? | How long have you taken? | Prescribed by Primary Physician? If no, provide below. | Why do you take this medication? (Diagnosis/Condition) |
|---|---|---|---|---|---|
| Ambien | .5 mg | nightly | 4 years | ☑ Yes ☐ No | trouble falling asleep |
| Lorazepan | .5 mg | nightly | 2 years | ☑ Yes ☐ No | trouble falling asleep |
| Atorvastatin | 10 mg | daily | 5 years | ☑ Yes ☐ No | cholestrol |
| Testoterone | 1 ml | 1 x weekly | 2 years | ☑ Yes ☐ No | low level |
|  |  |  |  | ☐ Yes ☐ No |  |

Explain when and why if your dosage was increased or decreased in the past 12 months on any medications you listed above. Also provide medication name and prescribing physician name, address and phone number if other than your primary physician.

Ambien was decreased because it was not needed as much

**Applicant B**

| Medication Name (copy off pharmacy label) | Dosage | How often do you take? | How long have you taken? | Prescribed by Primary Physician? If no, provide below. | Why do you take this medication? (Diagnosis/Condition) |
|---|---|---|---|---|---|
|  |  |  |  | ☐ Yes ☐ No |  |
|  |  |  |  | ☐ Yes ☐ No |  |
|  |  |  |  | ☐ Yes ☐ No |  |
|  |  |  |  | ☐ Yes ☐ No |  |
|  |  |  |  | ☐ Yes ☐ No |  |

Explain when and why if your dosage was increased or decreased in the past 12 months on any medications you listed above. Also provide medication name and prescribing physician name, address and phone number if other than your primary physician.

| Section G | ADDITIONAL HEALTH QUESTIONS | | | | |
|---|---|---|---|---|---|

**Have you ever received any advice, treatment, consultation or diagnosis from a physician or health care provider for any of the following conditions?**

The following conditions require a stability period ranging from 3 months to 5 years to be eligible for coverage. Refer to our Underwriting Guidelines to insure the stability period has been met.

| | | Applicant A Yes | No | Applicant B Yes | No |
|---|---|---|---|---|---|
| (a) | Vision Disorder | ☐ | ☑ | ☐ | ☑ |
| (b) | Dizziness/Vertigo or Fainting | ☐ | ☑ | ☐ | ☑ |
| (c) | Head Injury, Nerve Damage or other Neurological Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (d) | Fibromyalgia, Weakness or Fatigue | ☐ | ☑ | ☐ | ☑ |
| (e) | Stroke, Transient Ischemic Attack, Aneurysm, Carotid or Circulatory Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (f) | Seizure, Epilepsy or Tremors | ☐ | ☑ | ☐ | ☑ |
| (g) | Depression, Anxiety or other Mental Disorder | ☐ | ☑ | ☐ | ☑ |
| (h) | Lung Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (i) | Heart Rhythm, Heart Valve, Coronary Artery or Heart Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (j) | High Blood Pressure | ☐ | ☑ | ☐ | ☑ |
| (k) | Anemia, Blood Clotting or Blood Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (l) | Arthritis, Broken Bone, Back, Spinal Stenosis, Scoliosis, Bone or Joint Disorder | ☐ | ☑ | ☐ | ☑ |
| (m) | Chronic Pain, Amputation or Polymyalgia Rheumatica | ☐ | ☑ | ☐ | ☑ |
| (n) | Osteoporosis or Osteopenia | ☐ | ☑ | ☐ | ☑ |
| (o) | Balance Disorder, Difficulty Walking or Falls | ☐ | ☑ | ☐ | ☑ |
| (p) | Cancer, Leukemia or Lymphoma | ☐ | ☑ | ☐ | ☑ |
| (q) | Diabetes | ☐ | ☑ | ☐ | ☑ |
| (r) | Immune System Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (s) | Kidney Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (t) | Hepatitis or Liver Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (u) | Shingles | ☐ | ☑ | ☐ | ☑ |
| (v) | Incontinence or other Bowel or Bladder Disease/Disorder | ☐ | ☑ | ☐ | ☑ |

| | Applicant A Yes | No | Applicant B Yes | No |
|---|---|---|---|---|
| In the past 5 years have you been diagnosed with, treated for, had testing for, or consulted with a medical professional for conditions or symptoms not listed above? | ☑ | ☐ | ☑ | ☐ |
| Do you have, for your use, a handicap parking sticker or handicap license plate? | ☐ | ☑ | ☐ | ☑ |
| In the past 3 years has a medical professional referred you to a specialist for additional consultation, testing, or surgery? | ☐ | ☑ | ☑ | ☐ |
| Are you scheduled for a visit with a medical professional within the next 6 months? | ☑ | ☐ | ☑ | ☐ |
| Have you been seen by your physician, health care provider or any specialist more than three times in the past 12 months? | ☑ | ☐ | ☑ | ☐ |
| Have you received inpatient or outpatient treatment at a hospital, surgical center, or rehabilitation facility in the past 12 months? | ☑ | ☐ | ☑ | ☐ |
| What is your height? | 6 ' 3 " | | 5 ' 7 " | |
| What is your weight? | 240 lbs | | 155 lbs | |
| Have you had an unplanned weight change in the past 12 months? | ☐ | ☑ | ☐ | ☑ |

## Section G (continued)    ADDITIONAL HEALTH QUESTIONS

If "Yes," to any additional health questions in Section G, please provide the following details for each "Yes" answer below.
(Attach additional signed page(s) if more space is needed.)

**Applicant A**

| | Health Condition/Details | Month/Year Diagnosed | Month/Year for Last Visit | Reason for Last Visit | Month/Year for Next Visit | Reason for Next Visit | Physician or Facility Name, Address and Phone Number |
|---|---|---|---|---|---|---|---|
| QUES # 2 | Lyme- cured no problems | 7-2011 | 8-2011 | | | | Dr Ronald Katz 25 Boykston St Chestnut Hills MA 02467 617-307-3200 |
| QUES # 5 | routine visit schedule | | | | | | |
| QUES # 6 | chiropractor- routine adjustments need spinal adjustments | | | | | | |
| QUES # | | | | | | | |

**Applicant B**

| | Health Condition/Details | Month/Year Diagnosed | Month/Year for Last Visit | Reason for Last Visit | Month/Year for Next Visit | Reason for Next Visit | Physician or Facility Name, Address and Phone Number |
|---|---|---|---|---|---|---|---|
| QUES # 2 | Squamus Cell precancer blemish- no current issues | 9-2013 | 7-2014 | annual | | | Dr Steven Saltz 1101 Beacon St Brookline MA 024416 978-475-9230 |
| QUES # 4 | Squamus Cell precancer blemish no current issues | 9-2013 | 7-2014 | annual | | | Dr Alan Rockoff 1101 Beacon St Brookline MA 024416 978-475-9230 |
| QUES # 7 | Squamus Cell precancer blemish no current issues | 9-2013 | 7-2014 | annual | | | Dr Alan Rocoff 1101 Beacon St Boston MA 024416 978-475-9230 |
| QUES # | | | | | | | |

WF-DOE-000142

| Section II    MEDICAL HEALTH HISTORY | Applicant A Yes / No | Applicant B Yes / No |
|---|---|---|
| 1. To the best of your knowledge has your biological mother, father, or sibling been diagnosed with Alzheimer's Disease or other form of dementia? ...... | ☐ ☑ | ☐ ☑ |
| 2. Have you been hospitalized or had surgery in the past 3 years? ............... | ☐ ☑ | ☐ ☑ |
| If "Yes," | | |
| Why? ..................................................................................... | | |
| When? .................................................................................. | | |
| 3. Have you been advised by a member of the medical profession in the last 5 years to have surgery which has not yet been completed? ................... | ☐ ☑ | ☐ ☑ |
| If "Yes," | | |
| Why? ..................................................................................... | | |
| When? .................................................................................. | | |
| 4. Have you received physical, occupational or speech therapy in the past 6 months? ................................................................................. | ☐ ☑ | ☐ ☑ |
| If "Yes," | | |
| Why? ..................................................................................... | | |
| Date of last therapy? ............................................................ | | |
| Has a member of the medical profession advised that additional therapy will be needed? | ☐ ☐ | ☐ ☐ |
| 5. Have you ever been diagnosed, treated, tested positive for, or been given medical advice by a member of the medical profession for sleep apnea? ... | ☐ ☑ | ☐ ☑ |
| If "Yes," do you use CPAP, BiPAP, or a dental device? ..................... | ☐ | ☐ |
| If "Yes," how often do you use it? | | |
| 6. Have you used insulin in the past 6 months? ................................... | ☐ ☑ | ☐ ☑ |
| If "Yes," | | |
| Units used each day? ............................................................. | | |
| Year insulin was first prescribed? ........................................... | | |
| 7. Have you ever used tobacco? .................................................... | ☐ ☑ | ☐ ☑ |
| If "Yes," date last used? .......................................................... | | |
| 8. During the last 10 years, have you ever used unlawful drugs, or used prescription medications other than as prescribed by your doctor? ......... | ☐ ☑ | ☐ ☑ |
| If "Yes," | | |
| Substance? ............................................................................ | | |
| Date last used? ..................................................................... | | |
| 9. Have you ever received medical treatment, counseling or been hospitalized for drug use? ........................................................................... | ☐ ☑ | ☐ ☑ |
| If "Yes," date last treatment, consultation or hospitalization? ............ | | |
| 10. Do you regularly consume 4 or more alcoholic beverages per day, or do you drink 5 or more drinks per day, 1 or more days per week? ............... | ☐ ☑ | ☐ ☑ |
| 11. Have you ever received medical treatment, counseling or been hospitalized for alcohol use? ...................................................................... | ☐ ☑ | ☐ ☑ |
| If "Yes," | | |
| Month and year of treatment, consultation or hospitalization? ......... | | |
| Month and year you last consumed alcohol? .............................. | | |

**INSTRUCTIONS:** Complete Section I for MUTUALCARE SECURE SOLUTION --OR-- Section I for MUTUALCARE CUSTOM SOLUTION.

Benefit abbreviation key: NH=Nursing Home, ALF=Assisted Living Facility, HHC=Home Health Care, MMB=Maximum Monthly Benefit

## MUTUALCARE SECURE SOLUTION

| Applicant A | Applicant B (if selecting Shared Care Benefit, benefits must be identical to Applicant A) |
|---|---|
| ☑ MutualCare Secure Solution | ☑ MutualCare Secure Solution |

### Standard MutualCare Secure Solution Benefits:
- NH, ALF and HHC Benefits are each up to 100% of the MMB.
- Cash Benefit is 30% of HHC Benefit up to a maximum of $2,400.
- 90-Day Elimination Period

| Maximum Monthly Benefit (MMB) (must enter): | Maximum Monthly Benefit (MMB) (must enter): |
|---|---|
| $ [6,000] per month ($1,500-$10,000 in $1 increments) | $ [6,000] per month ($1,500-$10,000 in $1 increments) |

**State MassHealth (Medicaid) Exemptions:** I understand that I have the option to elect long-term care coverage that satisfies Massachusetts' requirements for Asset and facility exemptions under the Massachusetts MassHealth (Medicaid) Program. This option requires election of at least a $125 Daily or $3,750 Monthly Nursing Home/Assisted Living Facility Maximum Benefit.

| Policy Limit-- number of months selected (must check one) multiplied by the MMB: | Policy Limit-- number of months selected (must check one) multiplied by the MMB: |
|---|---|
| ☐ 24 months (2 Year) | ☐ 24 months (2 Year) |
| ☐ 36 months (3 Year) | ☐ 36 months (3 Year) |
| ☐ 48 months (4 Year) | ☐ 48 months (4 Year) |
| ☑ 60 months (5 Year) | ☑ 60 months (5 Year) |

### Compound Inflation Protection Benefit:

| | |
|---|---|
| **5% Compound Lifetime Benefit** (must check "YES" or "NO") if "NO," signature required: | **5% Compound Lifetime Benefit** (must check "YES" or "NO") if "NO," signature required: |
| ☐ YES, I am selecting the 5% Compound Inflation Protection Lifetime Benefit | ☐ YES, I am selecting the 5% Compound Inflation Protection Lifetime Benefit |
| ☑ NO, 5% Compound Inflation Protection Lifetime Benefit is NOT desired. I have reviewed the Outline of Coverage and the graphs that compare the benefits and premiums of this policy with and without the 5% Compound Inflation Protection Lifetime Benefit option. Specifically, I have reviewed the option for Compound Inflation Increase, and I reject the 5% Compound Inflation Protection Lifetime Benefit option. | ☑ NO, 5% Compound Inflation Protection Lifetime Benefit is NOT desired. I have reviewed the Outline of Coverage and the graphs that compare the benefits and premiums of this policy with and without the 5% Compound Inflation Protection Lifetime Benefit option. Specifically, I have reviewed the option for Compound Inflation Increase, and I reject the 5% Compound Inflation Protection Lifetime Benefit option. |
| ✗ _____ Signature of Applicant A [redacted] | _____ Signature of Applicant B [redacted] |
| If you selected "NO" to the 5% Compound Lifetime Benefit, check one Inflation Option below: | If you selected "NO" to the 5% Compound Lifetime Benefit, check one Inflation Option below: |
| ☐ No Inflation Protection | ☐ No Inflation Protection |
| ☑ 3% Lifetime Benefit | ☑ 3% Lifetime Benefit |
| ☐ 4% Lifetime Benefit | ☐ 4% Lifetime Benefit |
| ☐ 3% Limited Period Benefit - 20 Year | ☐ 3% Limited Period Benefit - 20 Year |
| ☐ 5% Limited Period Benefit - 20 Year | ☐ 5% Limited Period Benefit - 20 Year |

### Nonforfeiture Benefit -- Shortened Benefit Period (must check "YES" or "NO"):

| | |
|---|---|
| ☐ YES | ☐ YES |
| ☑ NO, Nonforfeiture Benefit -- Shortened Benefit Period option is NOT desired. I have reviewed the Outline of Coverage and compared the benefits and premiums of this policy with and without the Nonforfeiture Option(s) that have been made available and I reject the Nonforfeiture Benefit -- Shortened Benefit Period option that is available. | ☑ NO, Nonforfeiture Benefit -- Shortened Benefit Period option is NOT desired. I have reviewed the Outline of Coverage and compared the benefits and premiums of this policy with and without the Nonforfeiture Option(s) that have been made available and I reject the Nonforfeiture Benefit -- Shortened Benefit Period option that is available. |

ICC13-MA6012                 SUBMIT TO LTC SERVICE OFFICE                 MA
10.

WF-DOE-000144

**Complete Section I Optional Benefits for MUTUALCARE SECURE SOLUTION to change or add benefits.**

Benefit abbreviation key: NH=Nursing Home, ALF=Assisted Living Facility, HHC=Home Health Care, MMB=Maximum Monthly Benefit

| Section I (continued) | OPTIONAL BENEFITS FOR MUTUALCARE SECURE SOLUTION |
| --- | --- |

| Applicant A | Applicant B |
| --- | --- |
| **4** ALF Benefit Reduced from 100% of MMB to:<br>☐ 75%<br>☐ 50% | **4** ALF Benefit Reduced from 100% of MMB to:<br>☐ 75%<br>☐ 50% |
| **5** HHC Benefit Reduced from 100% of MMB to:<br>☐ 75%<br>☐ 50%<br>Reducing the HHC Benefit will reduce the Cash Benefit. | **5** HHC Benefit Reduced from 100% of MMB to:<br>☐ 75%<br>☐ 50%<br>Reducing the HHC Benefit will reduce the Cash Benefit. |
| **6** Calendar Day Elimination Period:<br>(90-Day Elimination Period is default if no option selected)<br>☐ 180 Day<br>☐ 365 Day | **6** Calendar Day Elimination Period:<br>(90-Day Elimination Period is default if no option selected)<br>☐ 180 Day<br>☐ 365 Day |
| **8** ☐ Waiver of Elimination Period for HHC Benefit | **8** ☐ Waiver of Elimination Period for HHC Benefit |
| **9** ☐ Shared Care Benefit<br>Only available when both Partners apply at the same time and both policies are issued with identical benefits. | **9** |
| **10** ☐ Security Benefit<br>Not available for issue ages 70 and older, with Shared Care Benefit or if Partner is applying for this coverage.<br><br>Partner's Name | **10** |
| **11** Return of Premium at Death Benefit:<br>☐ 3 x MMB Return of Premium at Death (Minus Claims Paid) | **11** Return of Premium at Death Benefit:<br>☐ 3 x MMB Return of Premium at Death (Minus Claims Paid) |

**If you completed Section I for MUTUALCARE SECURE SOLUTION – SKIP Section J and continue to Section K.**

| Section K | PREMIUM INFORMATION |
|---|---|

**Applicant A** | **Applicant B**

**1 Premium Option:**
- [x] Lifetime

**1 Premium Option:**
- [x] Lifetime

**2 Select Effective Date:**
- [ ] Date of Application (Initial Premium Required).
- [x] Date Policy is Issued
- [ ] For Replacements Only, Requested Effective Date of Coverage _____
  (up to 60 days from application date)

**2 Select Effective Date:**
- [ ] Date of Application (Initial Premium Required).
- [x] Date Policy is Issued
- [ ] For Replacements Only, Requested Effective Date of Coverage _____
  (up to 60 days from application date)

**3 Initial Premium Payment:** $ 17.25 c.a

Initial Premium Collected: $ 434.50
Two Months Minimum

**3 Initial Premium Payment:** 196.72

Initial Premium Collected: $ 392.44
Two Months Minimum

**4 Recurring Premium Payment:**
(Annual Direct Bill Mode is default if no option selected)

Modal Premium: $ _____
- [ ] Annual Direct Bill
- [ ] Semiannual Direct Bill
- [ ] Quarterly Direct Bill
- [ ] Monthly Automated Bank Account Withdrawal
  Note: Complete and Sign Payment Authorization below.

**4 Recurring Premium Payment:**
(Annual Direct Bill Mode is default if no option selected)

Modal Premium: $ _____
- [ ] Annual Direct Bill
- [ ] Semiannual Direct Bill
- [ ] Quarterly Direct Bill
- [ ] Monthly Automated Bank Account Withdrawal
  Note: Complete and Sign Payment Authorization below.

**Payment Authorization**
(Complete and Sign if Monthly Automatic Bank Account Withdrawal Selected.)    *Optional*

Specify the date premiums will be withdrawn
(1st through the 28th of the month): _____

Bank Name: _____

Complete information below or attach a voided check.

Bank Routing Number: _____

Bank Account Number: _____
(Do not use Debit/Credit Card numbers)

Specify the date premiums will be withdrawn
(1st through the 28th of the month): _____

Bank Name: _____

Complete information below or attach a voided check.

Bank Routing Number: _____

Bank Account Number: _____
(Do not use Debit/Credit Card numbers)

When choosing automatic bank account withdrawal, MONEY MAY BE WITHDRAWN FROM YOUR ACCOUNT IMMEDIATELY UPON RECEIPT OF YOUR APPLICATION, BUT IN NO EVENT LATER THAN AT POLICY ISSUE. The first withdrawal date or charge date may be different from the monthly date selected for ongoing premiums. Depending on the amount of time elapsed between the policy date and the date the policy is issued, the amount of the withdrawal or charge may exceed one modal premium and may occur on a date other than the policy date. We CANNOT establish electronic payments from foreign banks.

I authorize Mutual of Omaha Insurance Company ("Mutual of Omaha") to withdraw funds from my account for the initial and/or monthly renewal premiums as indicated above and understand that the amounts may differ. Premium shortages may result from a variety of causes, including underwriting adjustments. I authorize my financial institution to pay from my account to Mutual of Omaha any preauthorized bank account withdrawals. I agree that my financial institution shall be fully protected in honoring any such payment and that its rights and responsibilities regarding the payment shall be the same as if the payment were signed personally by me. I agree to notify the business in writing of any changes in my account information. This authorization will be effective until I give you at least three business days' notice to cancel. If notice is given verbally, Mutual of Omaha may require written confirmation from me within 14 days after my verbal notice.

✍ X _____ _____
Authorized Signature as Shown on Account    Date

✍ X _____ _____
Authorized Signature as Shown on Account    Date

## Section L — PROTECTION AGAINST UNINTENTIONAL LAPSE

**Must check the applicable box. Complete the requested information if you designate an additional person. You may want to consider designating someone other than your Partner. The designee cannot be the producer unless related to the applicant.**

I understand that I have the right to designate at least one person other than myself to receive notice of lapse or termination of this long-term care insurance policy for nonpayment of premium. I understand that notice will not be given until thirty (30) days after a premium is due and unpaid.

**Applicant A**

☐ I elect NOT to designate any person to receive such notice.

**OR**

☑ I designate the following person to receive notice of lapse or termination of the policy due to nonpayment of premium:

Plaintiff Doe

Name (Print full name of other person to receive notice of lapse or termination)    Doe's Partner's Boston address

Street Address, Apartment Number

**Boston MA  02111**

City, State, ZIP Code

**Applicant B**

☐ I elect NOT to designate any person to receive such notice.

**OR**

☑ I designate the following person to receive notice of lapse or termination of the policy due to nonpayment of premium:

*(If Different than Applicant A)*

Name (Print full name of other person to receive notice of lapse or termination)    Doe's Partner's Boston address

Street Address, Apartment Number

**Boston MA  02111**

City, State, ZIP Code

**SECTION M.     AGREEMENTS AND ACKNOWLEDGEMENTS**

1.  The undersigned applicant agrees that (a) all answers in this application are true and complete and Mutual of Omaha Insurance Company will rely on those answers to determine insurability, and (b) incorrect or misleading answers may void this application and any policy issued from its effective date.

2.  Applicant acknowledges that Mutual of Omaha Insurance Company may require an Attending Physician's Statement, medical records, an underwriting assessment, a medical examination, or other information for underwriting purposes.

3.  Applicant agrees that Mutual of Omaha Insurance Company will not issue a policy as a result of this application unless (a) the insurance applicant completes all medical examinations and tests required by Mutual of Omaha Insurance Company, (b) Mutual of Omaha Insurance Company receives additional information requested for underwriting (such as Personal Worksheet, Personal Health Interview, or Attending Physician's Statement); and (c) the insurance applicant is, as of the policy application date, determined to be eligible for the exact insurance coverage applied for, or the insurance applicant has subsequently accepted an offer by Mutual of Omaha Insurance Company for coverage other than as applied for, according to the underwriting standards of Mutual of Omaha Insurance Company then in force.

4.  Applicant agrees that this application does not provide temporary or interim insurance prior to policy issuance. If the applicant has made an advance premium payment, applicant agrees to the terms and conditions under any temporary insurance agreement or conditional receipt. Applicant agrees that completing this application or making an advance premium payment is not a guarantee that this application will be approved. If approved, the issued policy will indicate its effective date. Applicant acknowledges that if his or her application is declined, the long-term care coverage applied for will not become effective and any advance premium payment submitted with the application will be refunded to applicant, without interest. No insurance coverage will be in effect until Mutual of Omaha Insurance Company (a) issues a policy and (b) receives payment of the full initial premium according to the mode of payment specified in the application.

5.  A completed and signed application will become part of each applicant's policy.

6.  Applicant acknowledges that no Producer can (a) waive or change any receipt or policy provision, or (b) agree to issue a policy.

7.  Applicant acknowledges receipt of an Outline of Coverage, *Your Options for Financing Long-Term Care; A Massachusetts Guide, Long-Term Care Insurance Personal Worksheet, Things You Should Know Before You Buy Long-Term Care Insurance, Potential Rate Increase Disclosure Form and, if applicable, Guide to Health Insurance for People with Medicare.*

**Fraud Warning:** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**Caution:** If your answers on this application are incorrect or untrue; Mutual of Omaha Insurance Company has the right to deny benefits or rescind your policy.

I have read and understand this Agreements and Acknowledgements Section, including the Fraud Warning and I approve all my answers as recorded in this application.

Signed at ___Boston___     ___MA___          Signed at ___BOSTON___     ___MA___
           City              State                       City              State

X _____  _____       X _____  __12/20/14__
   Signature of Applicant A     Date            Signature of Applicant B     Date

Plaintiff Doe

I/We, the Producer(s) certify that each question was asked exactly as written and I/we have recorded the answers provided by the Applicant(s) completely and accurately. I/We also agree that my/our answers in this application are true and complete.

[X] Yes   [ ] No (if "No," please explain)

X _____
   Signature of Licensed Producer

X _____
   Signature of Other Licensed Producer, if applicable

ICC13-MA6012                          SUBMIT TO LTC SERVICE OFFICE.                          MA
                                               16

WF-DOE-000148

## MUTUAL OF OMAHA INSURANCE COMPANY
Mutual of Omaha Plaza, Omaha, NE 68175

**AUTHORIZATION TO DISCLOSE PERSONAL INFORMATION**

This authorization specifically includes the release and disclosure of my "Personal Information," which includes my entire medical record and any other health information concerning me (excluding psychotherapy notes) and my insurance policies and claims, including, but not limited to those containing diagnoses, treatments, prescription drug information, alcohol or drug abuse treatment information or information regarding communicable or infectious conditions, such as Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS), other matters such as hazardous activities, character and general reputation, finances, occupation, information collected by a consumer reporting agency about my credit history, credit worthiness, credit standing and credit capacity, avocation(s), motor vehicle driving record(s), and personal traits.

I authorize all hospitals, medical facilities and clinics, physicians, dentists, other medical or dental practitioners, pharmacies, pharmacists, pharmacy benefit managers, insurance companies, third party administrators, health plans, health maintenance organizations, MIB, Inc., state departments of motor vehicles, other entities possessing motor vehicle records and consumer reporting agencies that have records or knowledge of me to release Personal Information about me to Mutual of Omaha Insurance Company, its affiliated companies (Mutual) or its reinsurers.

The Personal Information will be used to determine my eligibility for insurance or to resolve or contest any issues of incomplete, incorrect or misrepresented information on this application that may arise during the processing of my application or in connection with a claim.

I also authorize Mutual, or its reinsurers, to disclose my Personal Information to MIB, Inc. I understand that my Personal Information received by MIB, Inc. may be disclosed, upon request, to another member company with whom I apply for life or health insurance or to whom I may submit a claim for benefits.

I understand that if the person or entity to whom Personal Information is disclosed is not a health care provider or health plan subject to federal privacy regulations, the Personal Information may be redisclosed without the protection of the federal privacy regulations.

I understand that I may refuse to sign this authorization. I understand if I refuse to sign, the insurance for which I am applying will not be issued.

This authorization will expire 24 months after the date signed. I may revoke this authorization at any time by written notice to ATTN: Individual Underwriting, Mutual of Omaha Insurance Company, Mutual of Omaha Plaza, Omaha, NE 68175. A revocation is limited to the extent that Mutual has taken action in reliance on the authorization or the law allows Mutual to contest the issuance of the policy or a claim under the policy.

I understand that I will receive a copy of this authorization and that a copy is as valid as the original.

Each Applicant acknowledges and agrees that if there is more than one Applicant on this application, all information provided may be reviewed and shared with the other Applicant. A completed and signed application will become that of each applicant's policy.

Name(s) used for medical records (if different than the name(s) below):



| Printed Name of Applicant A | Birth Date | Birth State | Printed Name of Applicant B | Birth Date | Birth State |
|---|---|---|---|---|---|
| | | RI | | | MA |
| Signature of Applicant A | Date | | Signature of Applicant B | | Date 12/28/14 |

THIS AUTHORIZATION COMPLIES WITH HIPAA AND OTHER FEDERAL AND STATE LAWS.

ICC13-M20367

WF-DOE-000149

**Appendix 2** — **PRODUCER STATEMENT**

|  | Yes | No |
|---|---|---|
| 1. I/We certify that each question was asked exactly as written and that I/we recorded the answers completely and accurately. | ☑ | ☐ |
| 2. I/We certify that the application was completed in the physical presence of the Applicant(s) (If "No," explain) _tele app_ | ☐ | ☑ |
| 3. This coverage is written on myself (the Producer) and/or my Partner. Partner's name: | ☐ | ☑ |

|  | Applicant A | Applicant B |
|---|---|---|
| 4. Please indicate the Underwriting Risk classification quoted. Your quote will be noted, however, Underwriting will determine the final risk classification. We suggest quoting Select unless our Underwriting Guide indicates the health condition(s) warrants a substandard rating. Class II cases should be discussed with an underwriter prior to application submission. | ☐ Preferred<br>☑ Select<br>☐ Class I<br>☐ Class II | ☐ Preferred<br>☑ Select<br>☐ Class I<br>☐ Class II |
| 5. To the best of my knowledge, replacement of other insurance (check box) involved in this transaction. If replacement is involved, I/we shall comply with all state and/or company replacement requirements, including completing the applicable state required replacement forms and submitting copies of these forms with the application. | ☐ Is<br>☑ Is not | ☐ Is<br>☑ Is not |

By signing below, I understand I am required to have valid LTCi training completed at time of application. I further understand that if the appropriate LTCi training required by the state in which this application is signed is not valid, this application will not be processed and a new application will be required in order to continue the underwriting process.

X _(signature)_    Date _12-15-2014_
Signature of Producer (Agent of Record)

X
Signature of Other Producer, if applicable    Date

**Producer Information (please print clearly)**

| For Mutual of Omaha Career Producers Only: | 01. |
|---|---|
|  | Manager Stamp |

For Brokerage Only: Commission Code [9] [4] 951300 (Example: [8] [8] , [A] [2] , etc.)
(Commission Code available from your marketing organization)

Producer's Name _John Loden_
(Agent of Record)
Comm. % Share _100_
Identification Number _pending MA 196:1955_

Social Security Number ▇▇▇▇▇▇
Phone Number (234) 430-0104
Email Address _jloden @ investorscapital.com_

Other Producer's Name _____ (if applicable, for Commission Split)
Comm. % Share _____
Identification Number _____

Social Security Number _____
Phone Number ( )
Email Address _____

**Whom should we contact with questions regarding this application if different than Producer listed above:**
(please print clearly)
Name _Megan Diehm_
Name of Office/Corporation _Ash Brokerage_
Phone Number _(260) 478-0176_
Email Address
_megan.diehm@ashbrokerage.com_

SUBMIT TO LTC SERVICE OFFICE

**CONDITIONAL RECEIPT**

This receipt is given and accepted with the understanding that the insurance applied for by each applicant will become effective on the date of the completed application (unless a later date is selected by the applicant, in which case coverage will become effective on the date selected by the applicant) if all of the following conditions have been fully satisfied:

<table>
<tr><td rowspan="7">CONDITIONS</td></tr>
<tr><td>1.</td><td>The insurance applicant completes all medical examinations and tests required by Mutual of Omaha Insurance Company,</td></tr>
<tr><td>2.</td><td>Mutual of Omaha Insurance Company receives any additional information requested for underwriting (such as Personal Worksheet, Personal Health Interview, or Attending Physician's Statement),</td></tr>
<tr><td>3.</td><td>The insurance applicant is, as of the policy application date, determined to be eligible for the exact insurance coverage applied for, according to the underwriting standards of Mutual of Omaha Insurance Company then in force, and the policy is issued, and</td></tr>
<tr><td>4.</td><td>The minimum premium of at least two month's is received on the date of the application via check and is honored on its first presentation for payment.</td></tr>
</table>

**Applicant A**

Payment has been received for Applicant A for the amount of $ ____448.70____ as the initial premium with the attached Long-Term Care Insurance application to Mutual of Omaha Insurance Company.

**Applicant B**

Payment has been received for Applicant B for the amount of $ ____404.20____ as the initial premium with the attached Long-Term Care Insurance application to Mutual of Omaha Insurance Company.

Total Premium
$ ____852.90____

Payment Method: ☑ Check

(ALL CHECKS FOR PREMIUMS MUST BE MADE PAYABLE TO MUTUAL OF OMAHA INSURANCE COMPANY ("MUTUAL OF OMAHA"). ONE CHECK IS ACCEPTABLE FOR JOINT APPLICANTS. DO NOT MAKE CHECKS PAYABLE TO THE PRODUCER OR LEAVE THE PAYEE BLANK.)

Mutual of Omaha Insurance Company reserves the right to disapprove the application by offering to issue coverage other than as applied for or by declining to issue coverage. If applicable, Mutual of Omaha Insurance Company will return monies received with the application if (a) the coverage, other than applied for, is offered but not accepted, or (b) if the coverage is declined. Any delay in completion of the underwriting process or refunding of monies shall not be construed as approval of the application for coverage.

This is not a temporary insurance agreement and does not create any temporary or interim insurance. I/We understand that the Producer has no authority to change the terms of this Receipt.

<table>
<tr><td rowspan="2">SIGNATURES</td><td>X [signature redacted]</td><td>X [signature redacted]</td><td>X [signature redacted]</td><td>12/20/14</td></tr>
<tr><td>Signature of Applicant A        Date</td><td>Signature of Applicant B</td><td></td><td>Date</td></tr>
</table>

I/We agree that I/we am/are not authorized to change or waive the terms of this Receipt and represent that I/we have not attempted to do so. I/We have read and explained the terms of this Receipt and have left a copy with the Applicant(s).

Req'd  X [signature] _____   12-15-2014
Signature of Licensed Producer                     Date

Req'd  X _____   _____
Signature of Other Licensed Producer, if applicable   Date

ICC13-LTC13CR          SUBMIT TO LTC SERVICE OFFICE
                              19

WF-DOE-000151

**MUTUAL OF OMAHA INSURANCE COMPANY**
Mutual of Omaha Plaza, Omaha, NE 68175

# LONG-TERM CARE INSURANCE

*Notice to Applicant Regarding Replacement of Individual
Accident and Sickness or Long-Term Care Insurance*

**SAVE THIS NOTICE! IT MAY BE IMPORTANT
TO YOU IN THE FUTURE.**

According to your application, you intend to
lapse or otherwise terminate existing accident
and sickness or long-term care policy and
replace it with an individual long-term
care policy to be issued by Mutual of Omaha
Insurance Company. Your new policy provides
thirty (30) days within which you may decide,
without cost, whether you desire to keep the
policy. For your own information and protection,
you should be aware of and seriously consider
certain factors which may affect the insurance
protection available to you under the new policy.

You should review this new coverage carefully,
comparing it with all accident and sickness or
long-term care insurance coverage you now
have, and terminate your present policy only if,
after due consideration, you find that purchase
of this long-term care coverage is a wise decision.

**STATEMENT TO APPLICANT BY PRODUCER**

I have reviewed your current medical or health
insurance coverage. I believe the replacement of
insurance involved in this transaction materially
improves your position. My conclusion has
taken into account the following considerations,
which I call to your attention.

1. Health conditions that you may presently
   have (preexisting conditions) may not be
   immediately or fully covered under the new
   policy. This could result in denial or delay in
   payment of benefits under the new policy,
   whereas a similar claim might have been
   payable under your present policy.

2. State law provides that your replacement
   policy or certificate may not contain new
   preexisting conditions or probationary
   periods. The insurer will waive any time
   periods applicable to preexisting conditions
   or probationary periods in the new policy
   (or coverage) for similar benefits to the
   extent such time was spent (depleted) under
   the original policy.

3. If you are replacing existing long-term
   care insurance coverage, you may wish to
   secure the advice of your present insurer
   or its producer regarding the proposed
   replacement of your present policy. This is
   not only your right, but it is also in your
   best interest to make sure you understand
   all the relevant factors involved in replacing
   your present coverage.

4. If, after due consideration, you still wish to
   terminate your present policy and replace it
   with new coverage, be certain to truthfully
   and completely answer all questions on
   the application concerning your medical
   health history. Failure to include all material
   medical information on an application
   may provide a basis for the company to
   deny any future claims and to refund your
   premium as though your policy had never
   been in force. After the application has been
   completed and before you sign it, reread it
   carefully to be certain that all information
   has been properly recorded.



Signature of Producer
John Leden  16650 NE 6th St  [illegible] MD OH 44342
**Printed Name and Address of Producer**

The above Noti[illegible] delivered to me on



X _____    X 12/29/14
Signature of Applicant A        Date

X _____    12/29/14
Signature of Applicant B        Date

**MUTUAL OF OMAHA INSURANCE COMPANY**
**UNITED OF OMAHA LIFE INSURANCE COMPANY**
Mutual of Omaha Plaza, Omaha, NE 68175

# AUTHORIZATION FOR RELEASE OF INFORMATION
# TO MY INSURANCE AGENT AND/OR AGENCY

I authorize Mutual of Omaha Insurance Company and their affiliated companies (Mutual) to disclose personal and medical information about me to my insurance agent and/or agency.

Information that Mutual may disclose includes medical information and other personal information as it relates to actions Mutual may have taken based on this information, such as charging me a higher premium for my insurance, changing benefits to something other than I applied for or declining my application for insurance.

The information will be used to help me with the insurance application process or to find other insurance coverage options.

I understand that if the person or entity that receives the above information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed by such person or entity and will likely no longer be protected by the federal privacy regulations.

I understand that I may refuse to sign this authorization. If I refuse to sign it will not affect the issuance of the insurance for which I am applying.

Unless revoked earlier, this authorization will remain in effect for 24 months from the date I sign it. I understand that I may revoke this authorization at any time, by written notice described above may to: Mutual of Omaha, ATTN: Individual Underwriting, Mutual of Omaha Plaza, Omaha, NE 68175.

I realize that my right to revoke this authorization is limited to the extent that Mutual has taken action in reliance on the authorization.

I understand that I will receive a copy of the authorization.

| (Ed) X ███████████ | 12/20/14 | (Ed) X ███████████ | 12/20/14 |
|---|---|---|---|
| Signature of Applicant A | Date | Signature of Applicant B | Date |

WF-DOE-000153