# Exhibit J



DISCIPLINED | FOCUSED | PRINCIPLED

December 17, 2014

ASH Brokerage
7609 West Jefferson Blvd
Fort Wayne, IN 46809

RE: LTC Application

To Whom It May Concern:

Enclosed are a Mutual Omaha LTC application and binder checks for ███████ and
██████████. Teresa Curreri assisted me with the case.

In the meantime, thank you for your assistance.

Sincerely,

JD Loden

Securities offered Through Investors Capital Corporation Member FINRA/SIPC Advisory Services offered through Investors Capital Advisory
6 Kimball Lane, Lynnfield, MA • 01940 • 800.949.1422

ASH 0338





ASH 0337

**MUTUAL OF OMAHA INSURANCE COMPANY** 

# MutualCare® Solutions

## Application for Long-Term Care Insurance
# MASSACHUSETTS

Application Package Contains:

| Required Forms to be Submitted | |
|---|---|
| Long-Term Care Personal Worksheet | Must complete, sign and submit with application. This worksheet helps determine whether a Long-Term Care policy is suitable. |
| Application | 1. Sections A-H must be answered in full. Notes: Any changes must be initialed. Check height/weight build chart to ensure client eligibility. If the applicant wishes to provide an alternate mailing address other than the legal residence address shown on the application, please contact the service office at 1-877-894-2478. |
| | 2. Choose to complete either Section I or J. |
| | 3. Section K - Enter the amount of premium and billing mode. Notes: At least two months premium must be submitted with monthly mode. If another mode is selected, submit applicable premium for that mode. There is no policy fee. |
| | 4. Sections L-M must be answered in full. |

| Authorization to Disclose Personal Information (HIPAA) | Producer Statement | Conditional Receipt *(applicable if initial payment provided with app)* | Replacement Notice *(if applicable)* | Authorization for Release of Information to My Insurance Agent and/or Agency *(if applicable)* |
|---|---|---|---|---|

| Required Forms to be Left with Applicant(s) | | |
|---|---|---|
| Conditional Receipt *(applicable if initial payment provided with app)* | Replacement Notice *(if applicable)* | MIB Inc. Pre-Notice, Company Notice of Information Practices |
| Things You Should Know Before You Buy Long-Term Care Insurance | Long-Term Care Insurance Potential Rate Increase Disclosure Form | Disclosure Regarding Suitability Standards |
| MA LTC Policy Illustration Form | MA LTC MassHealth Exemptions Notice | Authorization for Release of Information to My Insurance Agent and/or Agency *(if applicable)* | Outline of Coverage |

Not Contained within this Application Package:

| Required Forms to be Left with Applicant(s) that are Not Included within this Package | |
|---|---|
| LTC Shopper's Guide *(Not included within this package. Please provide in addition.)* | Guide to Medicare for People Age 65 and Older *(Not included within this package. If applicable, please provide in addition.)* |

**MAP622_MA**
ASH 0339

***Inform your client(s)*** that we will conduct a telephone interview or face to face interview. Provide them a copy of ***"Preparing for the Personal Health Interview"*** included as last page of this package.

***After completing the application***, you, the producer, should call 1-866-544-1617 to initiate the Personal Health Interview.

***Unanswered questions*** on the application or missing or incomplete forms will result in underwriting delays as we attempt to secure the information.

If a ***question does not apply*** to your client, answer it as "No" or "None" rather than "N/A."

If the applicant answers "Yes" to any question in ***Section D***, he/she is ineligible for coverage.

***If after review of our application and underwriting guide*** you are unable to determine how underwriting will handle a case, you may obtain additional guidance by calling 1-800-551-2059 or by sending an e-mail to ltcunderwriting@mutualofomaha.com. Please do not call or e-mail until you have reviewed both the application and our underwriting guide to learn how we will handle the specific condition(s). To discuss a potential client the underwriter will need to know the client's age, height and weight, tobacco status for the past two years, all medications, all health conditions, and whether or not the client has previously been declined for coverage, and if so, why.

May be beneficial to send include a copy of illustration with the application.

**Submit the fully completed application, and applicable completed forms to:**

| **For regular mail submission:** | | **For overnight submission:** |
|---|---|---|
| Long-Term Care Service Office | \| | Long-Term Care Service Office |
| P.O. Box 64901 | \| | 7805 Hudson Rd., Ste. 180 |
| St. Paul, MN 55164-0901 | \| | Woodbury, MN 55125-1591 |

**For Fax submission, you, the producer, must:**

- Use the **maximum resolution** to ensure the readability of the application/forms;

- Fax to **1-888-539-4672** and verify that the correct fax number is dialed to protect the privacy of the information contained in the application/forms;

- Send a **copy of the initial premium check** as the last page of the fax;

- **Retain the initial premium check** collected with the application until a policy number has been assigned. A policy number is usually assigned within three workdays and can be found on Sales Professional Access status reports. Then write the policy number on the check and mail the check to: Mutual of Omaha, P.O. Box 30154, Omaha, NE 68103-1254; and

- **Retain the original application/forms** in a secured location for at least 90 days to ensure we get through the underwriting process and avoid any legibility issues. Do not also send a paper copy of a faxed application/forms.

ASH 0340

**MUTUAL OF OMAHA INSURANCE COMPANY**
Mutual of Omaha Plaza, Omaha, NE 68175

# LONG-TERM CARE INSURANCE PERSONAL WORKSHEET

People buy long-term care insurance for many reasons. Some don't want to use their own assets to pay for long-term care. Some buy insurance to make sure they can choose the type of care they get. Others don't want their family to have to pay for care or don't want to go on Medicaid. But long-term care insurance may be expensive, and may not be right for everyone.

By state law, the insurance company must fill out part of the information on this worksheet and **ask** you to fill out the rest to help you and the company decide if you should buy this policy.

## Premium Information

Policy Form Number(s) ICC13-LTC13
Type of Policy: Guaranteed Renewable

**Applicant A**

The premium for the coverage you are considering will be $_____ per month, or $ 2413.86 per year.

**Applicant B**

The premium for the coverage you are considering will be $_____ per month, or $ 2207.93 per year.

## The Company's Right to Increase Premiums

The company has a right to increase premiums on this policy form in the future, provided it raises rates for all policies in the same class in this state. Once your policy is paid up, the company cannot raise your rates.

## Rate Increase History

The company has sold long-term care insurance since 1987 and has sold this policy form since 2013. The company has not raised its premium rates on this policy form, but has on similar policy forms in the last 10 years. The following is a summary of the rate increases for comprehensive coverage that the company has sold.

| Policy Form* | Years Available for Purchase | Rate History |
|---|---|---|
| NH23/NH24 | 1987 - 1993 | No Rate Increase |
| LTC1/LTM1 | 1992 - 1997 | No Rate Increase |
| NHA/LTA/HCA | 1998 - 2004 | 28% overall rate increase 2003-2007 |
| LT50/NH50/NHA/LTA/HCA | 1997 - 2004 | 24% overall rate increase 2011 |
| LT50/NH50/NHA/LTA/HCA | 1997 - 2004 | 7% overall rate increase 2012 |
| LTC04I | 2004 - Present | 19% overall rate increase 2013 |
| LTC04G | 2004 - Present | 22% overall rate increase 2013 (for issues prior to 8/1/2007) |
| LTC04I7 | 2006 - 2009 | No Rate Increase |
| LTC09M | 2009 - Present | No Rate Increase |
| ICC13-LTC13 | 2013 - Present | No Rate Increase |

The rate increases listed above represent the overall comprehensive rate increases filed nationally. The availability, rate increase amounts, and dates of approvals vary by state.

*Or state equivalent.

ICC13-M28366                    **SUBMIT TO LTC SERVICE OFFICE**

ASH 0341

## Questions Related to Your Income

| Applicant A | Applicant B |
|---|---|

**1. How will you pay each year's premium?**

Applicant A:
- ☑ From my Income
- ☐ From my Savings/Investments
- ☐ My Family will Pay

Applicant B:
- ☑ From my Income
- ☐ From my Savings/Investments
- ☐ My Family will Pay

**2. Have you considered whether you could afford to keep this policy if the premiums went up, for example, by 20%?**

Applicant A:
- ☑ Yes
- ☐ No - *If you have not considered this possibility, please do not proceed with the application until doing so.*

Applicant B:
- ☑ Yes
- ☐ No - *If you have not considered this possibility, please do not proceed with the application until doing so.*

**3. What is your annual income? (Check one)**

Applicant A:
- ☐ Under $10,000
- ☐ $10,000-$20,000
- ☐ $20,001-$30,000
- ☐ $30,001-$50,000
- ☑ Over $50,000

Applicant B:
- ☐ Under $10,000
- ☐ $10,000-$20,000
- ☐ $20,001-$30,000
- ☐ $30,001-$50,000
- ☑ Over $50,000

**4. How do you expect your income to change over the next 10 years? (Check one)**

Applicant A:
- ☐ No Change   ☑ Increase   ☐ Decrease

Applicant B:
- ☐ No Change   ☑ Increase   ☐ Decrease

*If you will be paying premiums with money received only from your own income, a rule of thumb is that you may not be able to afford this policy if the premiums will be more than 7% of your income.*

**5. Will you buy inflation protection? (Check one)**

Applicant A:
- ☑ Yes   ☐ No

If not, have you considered how you will pay for the difference between future costs and your daily benefit amount?
- ☐ From my Income
- ☐ From my Savings/Investments
- ☐ My Family will Pay

Applicant B:
- ☑ Yes   ☐ No

If not, have you considered how you will pay for the difference between future costs and your daily benefit amount?
- ☐ From my Income
- ☐ From my Savings/Investments
- ☐ My Family will Pay

*The national average annual cost of nursing home care in 2012 was $90,054, but this figure varies across the country. In ten years the national average annual cost would be about $146,700 if costs increase 5% annually.*

**6. What elimination period are you considering?**

Applicant A:

Number of days 90

Approximate cost $_____ for that period of care.

Applicant B:

Number of days 90

Approximate cost $_____ for that period of care.

*Multiply the number of days by the approximate daily cost of care.*

**7. How are you planning to pay for your care during the elimination period? (Check one)**

Applicant A:
- ☑ From my Income
- ☐ From my Savings/Investments
- ☐ My Family will Pay

Applicant B:
- ☑ From my Income
- ☐ From my Savings/Investments
- ☐ My Family will Pay

## Questions Related to Your Savings and Investments

| Applicant A | Applicant B |
|---|---|

**1. Not counting your home, about how much are all your assets (your savings and investments) worth? (Check one)**

Applicant A:
- ☐ Under $20,000
- ☐ $20,000-$30,000
- ☐ $30,001-$50,000
- ☑ Over $50,000

Applicant B:
- ☐ Under $20,000
- ☐ $20,000-$30,000
- ☐ $30,001-$50,000
- ☑ Over $50,000

**2. How do you expect your assets to change over the next 10 years? (Check one)**

Applicant A:
- ☐ Stay about the same   ☑ Increase   ☐ Decrease

Applicant B:
- ☐ Stay about the same   ☑ Increase   ☐ Decrease

*If you are buying this policy to protect your assets and your assets, not counting your home, are less than $50,000, you may wish to consider other options for financing your long-term care.*

ICC13-M28366

**SUBMIT TO LTC SERVICE OFFICE**

ASH 0342

## Disclosure Statement

**Applicant A**
(must check one)

☑ The answers to the questions on this Personal
Worksheet describe my financial situation.

OR

☐ I choose not to complete this information.
You may be contacted by a company
representative to confirm your decision.

**Applicant B**
(must check one)

☑ The answers to the questions on this Personal
Worksheet describe my financial situation.

OR

☐ I choose not to complete this information.
You may be contacted by a company
representative to confirm your decision.

**Applicant A**

☑ ◄ THIS BOX MUST BE CHECKED
I acknowledge that the carrier and/or its
producer (below) has reviewed this form with
me including the premium, premium rate
increase history and potential for premium
increases in the future. I understand the above
disclosures. **I understand that the rates for
this policy may increase in the future.**

X ▇▇▇▇▇▇▇▇   11/1/14
Signature of Applicant A    Date

**Applicant B**

☑ ◄ THIS BOX MUST BE CHECKED
I acknowledge that the carrier and/or its
producer (below) has reviewed this form with
me including the premium, premium rate
increase history and potential for premium
increases in the future. I understand the above
disclosures. **I understand that the rates for
this policy may increase in the future.**

X ▇▇▇▇▇▇▇▇   11/1/14
Signature of Applicant B    Date

---

I explained to the applicant(s) the importance of completing this information.

John Loden
Printed Name of Producer

X _JLD Loden_    12/15/14
Signature of Producer    Date

---

## Authorization to Proceed when Income less than $20,000 and Assets less than $50,000

**Applicant A**

My producer has advised me that this policy does
not seem to be suitable for me. However, I still
want the company to consider my application.

X _____    _____
Signature of Applicant A    Date

**Applicant B**

My producer has advised me that this policy does
not seem to be suitable for me. However, I still
want the company to consider my application.

X _____    _____
Signature of Applicant B    Date

*The company may contact you to verify your answers.*

ICC13-M28366         **SUBMIT TO LTC SERVICE OFFICE**

This Page Left Blank Intentionally.

ASH 0344

INDIVIDUAL LONG-TERM CARE INSURANCE APPLICATION

# MUTUAL OF OMAHA INSURANCE COMPANY
Mutual of Omaha Plaza, Omaha, NE 68175



**Submit Application To:** Long-Term Care Service Office, P.O. Box 64901, St. Paul, MN 55164-0901
**Overnight Submission:** Long-Term Care Service Office, 7805 Hudson Rd., Ste. 180, Woodbury, MN 55125-1591

☑ New Business
☐ Reinstatement

☐ Sponsored/Association Group
☐ Common Employer
☐ Producer

Each Applicant acknowledges and agrees that if there is more than one Applicant on this application, all information provided may be reviewed or shared with the other Applicant. A completed and signed application will become part of each applicant's policy.

| Section A | GENERAL INFORMATION |
|---|---|

| Applicant A | Applicant B |
|---|---|
| **1 Name:** Plaintiff Doe | **1 Name:** Doe's Partner |
| Last Name | Last Name |
| First Name / Middle Initial | First Name / Middle Initial |
| **2 Legal Residence Address:** Doe's Partner's Boston address | **2 Legal Residence Address (If Different than Applicant A):** Doe's Partner's Boston address |
| Number, Street, Apartment Number | Number, Street, Apartment Number |
| Boston MA 02111 | Boston MA 02111 |
| City, State, ZIP Code | City, State, ZIP Code |
| **3 Contact Information:** ( ) – | **3 Contact Information (If Different than Applicant A):** ( ) – |
| Daytime Phone Number / Evening Phone Number | Daytime Phone Number / Evening Phone Number |
| 10:00 a.m. / 12:00 p.m. | 9:00 a.m. / 11:00 p.m. |
| Best Time to Call Within a 2-Hour Window (i.e., if 5p.m. is indicated, contact window is from 5:00-7:00 p.m.) | Best Time to Call Within a 2-Hour Window (i.e., if 5p.m. is indicated, contact window is from 5:00-7:00 p.m.) |
| @aol.com | @outlook.com |
| Email Address | Email Address |
| **4 Social Security Number:** | **4 Social Security Number:** |
| **5 Birth Date, Age and Sex:** | **5 Birth Date, Age and Sex:** |
| Month Day Year — Age 6 0 | Month Day Year — Age 5 7 |
| ☑ Male   ☐ Female | ☑ Male   ☐ Female |
| **6 Occupation and Duties:** President [ ] Gym Rhode Island | **6 Occupation and Duties:** Architect |
| Occupation | Occupation |
| run 2 fitness companies | Plan and design construction of bldgs |
| Occupational Duties | Occupational Duties |

## Section A (continued)　　　　　GENERAL INFORMATION

**Applicant A**

**7** **Citizenship Status** (check one):

☑ U.S. Citizen, or

☐ Permanent Resident (Form I-551) Cardholder who has resided in the U.S. at least 3 consecutive years. If checked, please complete Foreign Travel Questionnaire.

☐ Neither, you are not eligible for this coverage.

**8** **Beneficiary:**

First Name, Middle Initial, Last Name

Number, Street, Apartment Number

City, State, ZIP Code

Relationship to You

**Applicant B**

**7** **Citizenship Status** (check one):

☑ U.S. Citizen, or

☐ Permanent Resident (Form I-551) Cardholder who has resided in the U.S. at least 3 consecutive years. If checked, please complete Foreign Travel Questionnaire.

☐ Neither, you are not eligible for this coverage.

**8** **Beneficiary:** (If Different than Applicant A):

First Name, Middle Initial, Last Name

Number, Street, Apartment Number

City, State, ZIP Code

Relationship to You

## Section B　　　　　ALLOWANCES

You may be eligible for allowances based on your answers to the following questions in this Section B.

| | Applicant A Yes | Applicant A No | Applicant B Yes | Applicant B No |
|---|---|---|---|---|
| **1** Do you have a Partner?* | ☑ | ☐ | ☑ | ☐ |
| If "Yes," complete (a) and (b): | | | | |
| (a) Is he/she also applying for this coverage? | ☑ | ☐ | ☑ | ☐ |
| If "Yes," provide full name only if not applying on this application | | | | |
| (b) Does he/she have an existing Mutual of Omaha Insurance Company Long-Term Care policy/certificate? | ☐ | ☑ | ☐ | ☑ |
| If "Yes," provide existing long-term care policy/certificate number(s) | | | | |
| **2** Are you or your Partner* a member of a Sponsored/Association Group endorsing this long-term care product? | ☐ | ☑ | ☐ | ☑ |

If "Yes," provide:

Group Number  [0][ ][ ][ ][ ]

Full Name of Organization _____

Name and Relationship to Member _____

Membership Number _____

Membership Effective Date [ ][ ] / [ ][ ][ ]
　　　　　　　　　　　　Month　　　Year

| | Applicant A Yes | Applicant A No | Applicant B Yes | Applicant B No |
|---|---|---|---|---|
| **3** Are you eligible for an employer allowance? | ☐ | ☑ | ☐ | ☑ |

If "Yes," provide:

Group Number  [0][ ][ ][ ][ ]

Group Name _____

Employment Date _____

*Partner means the one person who is: (a) your spouse to whom you are legally married; (b) your registered domestic partner or civil union partner; or (c) an adult person who: 1. shares a serious and committed personal relationship with you that is intended to be lifelong; 2. has shared a common permanent residence with you on a continuous basis for the most recent three years; 3. is not married, a domestic partner, a civil union partner, or in a committed personal relationship to anyone else; and 4. is not related to you in any way that would bar marriage in the state where you and he or she reside.

| Section C | REPLACEMENT COVERAGE | | | | |
|---|---|---|---|---|---|

| Provide replacement coverage information. | | Applicant A | | Applicant B | |
|---|---|---|---|---|---|
| | | Yes | No | Yes | No |
| **1** | Do you currently have another long-term care insurance policy/certificate in force (including health care service contracts or health maintenance organization contracts)? ............................ | ☐ | ☑ | ☐ | ☑ |
| **2** | Did you have another long-term care insurance policy/certificate in force during the last 12 months? | ☐ | ☑ | ☐ | ☑ |
| **3** | Do you intend to replace other long-term care coverage or any of your medical or health insurance coverage with this policy? ........................................................................................ | ☐ | ☑ | ☐ | ☑ |
| | If **"Yes,"** please read and sign the Notice to Applicant Regarding Replacement form included with this application. | | | | |
| **4** | Question to be answered by the Producer: Have you, **the Producer**, sold any health insurance, including long-term care policies, to Applicant A or Applicant B which: are still in force; or were sold in the last five years but are no longer in force? | ☐ | ☑ | ☐ | ☑ |

If any question 1-4 was answered "Yes," in the above Section C, please provide details in C5 below.
(Attach additional signed page(s) if more space is needed.)

| **5** Applicant | Company Name/Address | Policy/ Certificate # | Plan Type* | Daily or Monthly Benefit | Status of Policy/Certificate | Annual Premium | To be Replaced by this Coverage | Sold by this Producer |
|---|---|---|---|---|---|---|---|---|
| ☐ A ☐ B | | | | $ | ☐ Pending ☐ In Force ☐ Terminated ☐ Lapsed Ending Date __/__/__ | $ | ☐ Yes ☐ No | ☐ Yes ☐ No |
| ☐ A ☐ B | | | | $ | ☐ Pending ☐ In Force ☐ Terminated ☐ Lapsed Ending Date __/__/__ | $ | ☐ Yes ☐ No | ☐ Yes ☐ No |
| ☐ A ☐ B | | | | $ | ☐ Pending ☐ In Force ☐ Terminated ☐ Lapsed Ending Date __/__/__ | $ | ☐ Yes ☐ No | ☐ Yes ☐ No |

*Provide Plan Type abbreviation key: LTC=Long-Term Care, MS=Medicare Supplement, MM=Major Medical, OH=Other Health

| | | Applicant A | | Applicant B | |
|---|---|---|---|---|---|
| | | Yes | No | Yes | No |
| **6** | Have you ever been declined, rated, or denied reinstatement for long-term care insurance? ........ | ☐ | ☑ | ☐ | ☑ |
| | If "Yes," provide details below. (Attach additional signed page(s) if more space is needed.) | | | | |

| Applicant | Company Name(s) | When | Why |
|---|---|---|---|
| ☐ A ☐ B | | | |
| ☐ A ☐ B | | | |

| Section D | HEALTH INSURABILITY QUESTIONS | | | | |
|---|---|---|---|---|---|

**If you answer "Yes" to any of the questions in this Section D, we are unable to accept this application or offer you Long-Term Care Insurance. Do not continue.**

| | | Applicant A | | Applicant B | |
|---|---|---|---|---|---|
| | | Yes | No | Yes | No |
| **1** | Are you age 65 or older and has it been more than 2 years since you have had a doctor's visit which included a head to toe physical examination with blood work (basic metabolic chemistry panel)? ............................ | ☐ | ☑ | ☐ | ☑ |
| **2** | Do you currently use any of the following?........................................................................ | ☐ | ☑ | ☐ | ☑ |

• quad cane        • walker        • wheelchair        • electric scooter        • stairlift
• hospital bed    • respirator    • nebulizer    • oxygen (including supplemental CPAP use)

| | | Applicant A | | Applicant B | |
|---|---|---|---|---|---|
| **3** | Within the past 6 months have you been confined to, used, or been advised to have, any of the following?................................................... | ☐ | ☑ | ☐ | ☑ |

• residential care, assisted living or adult day care facility services

• nursing home or home health care services

| | | | | | |
|---|---|---|---|---|---|
| **4** | Do you require the assistance or supervision of another person or a device of any kind for any of the following?.............................. | ☐ | ☑ | ☐ | ☑ |

• bathing        • toileting        • dressing        • eating        • medication management

• getting in and out of a chair or bed        • your inability to control your bowel and bladder

| | | | | | |
|---|---|---|---|---|---|
| **5** | Have you ever had, been diagnosed as having, or received medical advice or medical care from a physician or health care provider for any of the following?.............................. | ☐ | ☑ | ☐ | ☑ |

| | | |
|---|---|---|
| • Alzheimer's Disease | • Huntington's Chorea | • Parkinson's Disease |
| • Dementia | • Chronic Hepatitis | • Systemic Lupus |
| • Memory Loss | • Cirrhosis | • Multiple Sclerosis (MS) |
| • Mild Cognitive Impairment | • Hydrocephalus | • Muscular Dystrophy |
| • Organic Brain Syndrome | • Multiple Myeloma | • Myasthenia Gravis |
| • Schizophrenia | • Psychosis | • Scleroderma |
| • Mental Retardation | • Organ Transplant | • Paralysis |
| • Connective Tissue Disease | • Amyotrophic Lateral Sclerosis (ALS, Lou Gehrig's Disease) | |

• Kidney Failure or received Dialysis

• Ministroke or Transient Ischemic Attack (TIA) in the past year, single episode stroke in the past 2 years, 2 or more strokes or TIAs, or you have not fully recovered or continue to have weakness, decreased sensation or loss of function from a stroke or TIA

• Diabetes and currently taking more than 50 units of insulin daily, or with peripheral neuropathy, numbness, tingling or decreased sensation in your feet, retinopathy or history of a stroke, ministroke or a TIA

• Cancer (except basal or squamous cell skin cancers, or stage I/A bladder, thyroid, breast or prostate cancers) in the past 2 years

• Chronic Obstructive Pulmonary Disease (COPD), Emphysema or Chronic Bronchitis and have used tobacco in the past year

| | | | | | |
|---|---|---|---|---|---|
| **6** | Have you been diagnosed or treated by a member of the medical profession as having Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC) or Human Immunodeficiency Virus (HIV) Infection (symptomatic or asymptomatic)?.............................. | ☐ | ☑ | ☐ | ☑ |
| **7** | Do you currently qualify for payment or are you receiving payment benefits under Medicaid (not Medicare), disability income plan, workers' compensation, Social Security disability or any federal or state disability plan?.............................. | ☐ | ☑ | ☐ | ☑ |

ICC13-MA6012

MA
ASH 0348

| Section E | PRIMARY PHYSICIAN INFORMATION AND MEDICATION |

| Applicant A | Applicant B |
|---|---|
| **1** Provide the name, address and phone number of your primary physician if you have consulted within the last 10 years: | **1** Provide the name, address and phone number of your primary physician if you have consulted within the last 10 years *(If Different than Applicant A)*: |
| Dr Ronald Katz | Dr Jeffrey Greenburg |
| Primary Name | Primary Name |
| 25 Boylston St | 301 S Huntington Ave |
| Address | Address |
| Chestnut Hills MA  02467 | Jamaica Plain MA  02130 |
| City, State, ZIP Code | City, State, ZIP Code |
| (617) 307-3200 | (857) 307-3300 |
| Phone Number | Phone Number |

| **2** Date of Last Visit: | **2** Date of Last Visit: |
|---|---|
| 5 / 2 0 1 4 | 7 / 2 0 1 4 |
| Month   Year | Month   Year |

| **3** Why did you last see this physician? | **3** Why did you last see this physician? |
|---|---|
| Routine | Annual |

| **4** Date of last complete physical exam and blood work (basic metabolic chemistry panel) in the last 2 years: | **4** Date of last complete physical exam and blood work (basic metabolic chemistry panel) in the last 2 years: |
|---|---|
| 5 / 2 0 1 4 | 7 / 2 0 1 4 |
| Month   Year | Month   Year |

| **5** Medication: | **5** Medication: |
|---|---|
| Are you taking or have you taken any prescription medication(s) within the past 12 months, or are you currently taking any over-the-counter medication(s) on a weekly basis or more frequently? | Are you taking or have you taken any prescription medication(s) within the past 12 months, or are you currently taking any over-the-counter medication(s) on a weekly basis or more frequently? |
| ☑ Yes, details provided on next page. | ☐ Yes, details provided on next page. |
| ☐ No | ☑ No |

If "Yes," to question 5, please list on the next page all the medication name(s) using pharmacy label, dosage, how often you take, how long have you taken, prescribed by, why you take, when and why for any dosage increase or decrease. (Attach additional signed page(s) if more space is needed.)

| Section F | | | | MEDICATION INFORMATION | | |

Please list all over-the-counter or prescription medications you have taken in the past 12 months in the table below.

**Applicant A**

| Medication Name (copy off pharmacy label) | Dosage | How often do you take? | How long have you taken? | Prescribed by Primary Physician? If no, provide below. | Why do you take this medication? (Diagnosis/Condition) |
|---|---|---|---|---|---|
| Ambien | .5 mg | nightly | 4 years | ☑ Yes ☐ No | trouble falling asleep |
| Lorazepan | .5 mg | nightly | 2 years | ☑ Yes ☐ No | trouble falling asleep |
| Atorvastatin | 10 mg | daily | 5 years | ☑ Yes ☐ No | cholestrol |
| Testoterone | 1 ml | 1 x weekly | 2 years | ☑ Yes ☐ No | low level |
| | | | | ☐ Yes ☐ No | |

Explain when and why if your dosage was increased or decreased in the past 12 months on any medications you listed above. Also provide medication name and prescribing physician name, address and phone number if other than your primary physician.

Ambien was decreased because it was not needed as much

**Applicant B**

| Medication Name (copy off pharmacy label) | Dosage | How often do you take? | How long have you taken? | Prescribed by Primary Physician? If no, provide below. | Why do you take this medication? (Diagnosis/Condition) |
|---|---|---|---|---|---|
| | | | | ☐ Yes ☐ No | |
| | | | | ☐ Yes ☐ No | |
| | | | | ☐ Yes ☐ No | |
| | | | | ☐ Yes ☐ No | |
| | | | | ☐ Yes ☐ No | |

Explain when and why if your dosage was increased or decreased in the past 12 months on any medications you listed above. Also provide medication name and prescribing physician name, address and phone number if other than your primary physician.

| Section G | ADDITIONAL HEALTH QUESTIONS | | | | |
|---|---|---|---|---|---|

**1** Have you ever received any advice, treatment, consultation or diagnosis from a physician or health care provider for any of the following conditions?

The following conditions require a stability period ranging from 3 months to 5 years to be eligible for coverage. Refer to our Underwriting Guidelines to insure the stability period has been met.

| | Applicant A Yes | Applicant A No | Applicant B Yes | Applicant B No |
|---|---|---|---|---|
| (a) Vision Disorder | ☐ | ☑ | ☐ | ☑ |
| (b) Dizziness/Vertigo or Fainting | ☐ | ☑ | ☐ | ☑ |
| (c) Head Injury, Nerve Damage or other Neurological Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (d) Fibromyalgia, Weakness or Fatigue | ☐ | ☑ | ☐ | ☑ |
| (e) Stroke, Transient Ischemic Attack, Aneurysm, Carotid or Circulatory Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (f) Seizure, Epilepsy or Tremors | ☐ | ☑ | ☐ | ☑ |
| (g) Depression, Anxiety or other Mental Disorder | ☐ | ☑ | ☐ | ☑ |
| (h) Lung Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (i) Heart Rhythm, Heart Valve, Coronary Artery or Heart Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (j) High Blood Pressure | ☐ | ☑ | ☐ | ☑ |
| (k) Anemia, Blood Clotting or Blood Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (l) Arthritis, Broken Bone, Back, Spinal Stenosis, Scoliosis, Bone or Joint Disorder | ☐ | ☑ | ☐ | ☑ |
| (m) Chronic Pain, Amputation or Polymyalgia Rheumatica | ☐ | ☑ | ☐ | ☑ |
| (n) Osteoporosis or Osteopenia | ☐ | ☑ | ☐ | ☑ |
| (o) Balance Disorder, Difficulty Walking or Falls | ☐ | ☑ | ☐ | ☑ |
| (p) Cancer, Leukemia or Lymphoma | ☐ | ☑ | ☐ | ☑ |
| (q) Diabetes | ☐ | ☑ | ☐ | ☑ |
| (r) Immune System Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (s) Kidney Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (t) Hepatitis or Liver Disease/Disorder | ☐ | ☑ | ☐ | ☑ |
| (u) Shingles | ☐ | ☑ | ☐ | ☑ |
| (v) Incontinence or other Bowel or Bladder Disease/Disorder | ☐ | ☑ | ☐ | ☑ |

| | | Applicant A Yes | Applicant A No | Applicant B Yes | Applicant B No |
|---|---|---|---|---|---|
| **2** | In the past 5 years have you been diagnosed with, treated for, had testing for, or consulted with a medical professional for conditions or symptoms not listed above? | ☑ | ☐ | ☑ | ☐ |
| **3** | Do you have, for your use, a handicap parking sticker or handicap license plate? | ☐ | ☑ | ☐ | ☑ |
| **4** | In the past 3 years has a medical professional referred you to a specialist for additional consultation, testing, or surgery? | ☐ | ☑ | ☑ | ☐ |
| **5** | Are you scheduled for a visit with a medical professional within the next 6 months? | ☑ | ☐ | ☐ | ☑ |
| **6** | Have you been seen by your physician, health care provider or any specialist more than three times in the past 12 months? | ☑ | ☐ | ☐ | ☑ |
| **7** | Have you received inpatient or outpatient treatment at a hospital, surgical center, or rehabilitation facility in the past 12 months? | ☐ | ☑ | ☑ | ☐ |
| **8** | What is your height? | 6 ' 3 " | | 5 ' 7 " | |
| **9** | What is your weight? | 240 lbs | | 155 lbs | |
| **10** | Have you had an unplanned weight change in the past 12 months? | ☐ | ☑ | ☐ | ☑ |

ICC13-MA6012

ASH 0351    MA

## Section G (continued)    ADDITIONAL HEALTH QUESTIONS

If "Yes," to any additional health questions in Section G, please provide the following details for each "Yes" answer below.
(Attach additional signed page(s) if more space is needed.)

**Applicant A**

| | Health Condition/Details | Month/Year Diagnosed | Month/Year for Last Visit | Reason for Last Visit | Month/Year for Next Visit | Reason for Next Visit | Physician or Facility Name, Address and Phone Number |
|---|---|---|---|---|---|---|---|
| QUES # 2 | Lyme- cured no problems | 7-2011 | 8-2011 | | | | Dr Ronald Katz<br>25 Boykston St<br>Chestnut Hills MA  02467<br>617-307-3200 |
| QUES # 5 | routine visit schedule | | | | | | |
| QUES # 6 | chiropractor-routine adjustments need spinal adjustments | | | | | | |
| QUES # | | | | | | | |

**Applicant B**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| QUES # 2 | Squamus Cell precancer blemish- no current issues | 9-2013 | 7-2014 | annual | | | Dr Steven Saltz<br>1101 Beacon St<br>Brookline MA  024416<br>978-475-9230 |
| QUES # 4 | Squamus Cell precancer blemish no current issues | 9-2013 | 7-2014 | annual | | | Dr Alan Rockoff<br>1101 Beacon St<br>Brookline MA  024416<br>978-475-9230 |
| QUES # 7 | Squamus Cell precancer blemish no current issues | 9-2013 | 7-2014 | annual | | | Dr Alan Rocoff<br>1101 Beacon St<br>Boston MA  024416<br>978-475-9230 |
| QUES # | | | | | | | |

ICC13-MA6012    **SUBMIT TO LTC SERVICE OFFICE**    MA
8    ASH 0352

| Section H | MEDICAL HEALTH HISTORY | Applicant A Yes No | Applicant B Yes No |
|---|---|---|---|
| **1** | To the best of your knowledge has your biological mother, father, or sibling been diagnosed with Alzheimer's Disease or other form of dementia?........ | ☐ ☑ | ☐ ☑ |
| **2** | Have you been hospitalized or had surgery in the past 3 years? ............. | ☐ ☑ | ☐ ☑ |
| | If "Yes," Why?................................................................................ | | |
| | When?............................................................................... | | |
| **3** | Have you been advised by a member of the medical profession in the last 5 years to have surgery which has not yet been completed? ........................... | ☐ ☑ | ☐ ☑ |
| | If "Yes," Why?................................................................. | | |
| | When?............................................................... | | |
| **4** | Have you received physical, occupational or speech therapy in the past 6 months? ......................................................................... | ☐ ☑ | ☐ ☑ |
| | If "Yes," Why?.............................................................. | | |
| | Date of last therapy?............................................. | | |
| | Has a member of the medical profession advised that additional therapy will be needed?................................ | ☐ ☐ | ☐ ☐ |
| **5** | Have you ever been diagnosed, treated, tested positive for, or been given medical advice by a member of the medical profession for sleep apnea? ... | ☐ ☑ | ☐ ☑ |
| | If "Yes," do you use CPAP, BiPAP, or a dental device? ........................... | ☐ ☐ | ☐ ☐ |
| | If "Yes," how often do you use it?................................ | | |
| **6** | Have you used insulin in the past 6 months? ......................................... | ☐ ☑ | ☐ ☑ |
| | If "Yes," Units used each day?............................................... | | |
| | Year insulin was first prescribed?............................ | | |
| **7** | Have you ever used tobacco?......................................................... | ☐ ☑ | ☐ ☑ |
| | If "Yes," date last used?............................................. | | |
| **8** | During the last 10 years, have you ever used unlawful drugs, or used prescription medications other than as prescribed by your doctor? ............. | ☐ ☑ | ☐ ☑ |
| | If "Yes," Substance?............................................... | | |
| | Date last used?................................................... | | |
| **9** | Have you ever received medical treatment, counseling or been hospitalized for drug use?.......................................... | ☐ ☑ | ☐ ☑ |
| | If "Yes," date last treatment, consultation or hospitalization?.............. | | |
| **10** | Do you regularly consume 4 or more alcoholic beverages per day, or do you drink 5 or more drinks per day, 1 or more days per week? ................... | ☐ ☑ | ☐ ☑ |
| **11** | Have you ever received medical treatment, counseling or been hospitalized for alcohol use?......................................... | ☐ ☑ | ☐ ☑ |
| | If "Yes," Month and year of treatment, consultation or hospitalization? ....... | | |
| | Month and year you last consumed alcohol?........................ | | |

**INSTRUCTIONS: Complete Section I for MUTUALCARE SECURE SOLUTION – OR – Section J for MUTUALCARE CUSTOM SOLUTION.**
Benefit abbreviation key: NH=Nursing Home, ALF=Assisted Living Facility, HHC=Home Health Care, MMB=Maximum Monthly Benefit

| Section I | MUTUALCARE SECURE SOLUTION |
|---|---|

| Applicant A | Applicant B (If selecting Shared Care Benefit, benefits must be identical to Applicant A) |
|---|---|
| ☑ **MutualCare Secure Solution** | ☑ **MutualCare Secure Solution** |

**Standard MutualCare Secure Solution Benefits:**
- NH, ALF and HHC Benefits are each up to 100% of the MMB
- Cash Benefit is 30% of HHC Benefit up to a maximum of $2,400
- 90-Day Elimination Period

| **1** Maximum Monthly Benefit (MMB) (must enter): | **1** Maximum Monthly Benefit (MMB) (must enter): |
|---|---|
| $ [ ] 6 , 0 0 0 per month **($1,500-$10,000 in $1 increments)** | $ [ ] 6 , 0 0 0 per month **($1,500-$10,000 in $1 increments)** |

**State MassHealth (Medicaid) Exemptions: I understand that I have the option to elect long-term care coverage that satisfies Massachusetts' requirements for asset and liability exemptions under the Massachusetts MassHealth (Medicaid) Program. This option requires election of at least a $125 Daily or $3,750 Monthly Nursing Home/Assisted Living Facility Maximum Benefit.**

| **2** Policy Limit = number of months selected (must check one) multiplied by the MMB: | **2** Policy Limit = number of months selected (must check one) multiplied by the MMB: |
|---|---|
| ☐ 24 months (2 Year) | ☐ 24 months (2 Year) |
| ☐ 36 months (3 Year) | ☐ 36 months (3 Year) |
| ☐ 48 months (4 Year) | ☐ 48 months (4 Year) |
| ☑ 60 months (5 Year) | ☑ 60 months (5 Year) |

| **3** Compound Inflation Protection Benefit: | **3** Compound Inflation Protection Benefit: |
|---|---|
| 5% Compound Lifetime Benefit (must check "YES" or "NO") If "NO," signature required: | 5% Compound Lifetime Benefit (must check "YES" or "NO") If "NO," signature required: |
| ☐ YES, I am selecting the 5% Compound Inflation Protection Lifetime Benefit | ☐ YES, I am selecting the 5% Compound Inflation Protection Lifetime Benefit |
| ☑ NO, 5% Compound Inflation Protection Lifetime Benefit is NOT desired: I have reviewed the Outline of Coverage and the graphs that compare the benefits and premiums of this policy with and without the 5% Compound Inflation Protection Lifetime Benefit option. Specifically, I have reviewed the option for Compound Inflation increases, and I reject the 5% Compound Inflation Protection Lifetime Benefit option. | ☑ NO, 5% Compound Inflation Protection Lifetime Benefit is NOT desired: I have reviewed the Outline of Coverage and the graphs that compare the benefits and premiums of this policy with and without the 5% Compound Inflation Protection Lifetime Benefit option. Specifically, I have reviewed the option for Compound Inflation increases, and I reject the 5% Compound Inflation Protection Lifetime Benefit option. |
| ✍ _____ Signature of Applicant A | ✍ _____ Signature of Applicant B |
| **If you selected "NO" to the 5% Compound Lifetime Benefit, check one Inflation Option below:** | **If you selected "NO" to the 5% Compound Lifetime Benefit, check one Inflation Option below:** |
| ☐ No Inflation Protection | ☐ No Inflation Protection |
| ☑ 3% Lifetime Benefit | ☑ 3% Lifetime Benefit |
| ☐ 4% Lifetime Benefit | ☐ 4% Lifetime Benefit |
| ☐ 3% Limited Period Benefit - 20 Year | ☐ 3% Limited Period Benefit - 20 Year |
| ☐ 5% Limited Period Benefit - 20 Year | ☐ 5% Limited Period Benefit - 20 Year |

| **4** Nonforfeiture Benefit – Shortened Benefit Period (must check "YES" or "NO"): | **4** Nonforfeiture Benefit – Shortened Benefit Period (must check "YES" or "NO"): |
|---|---|
| ☐ YES | ☐ YES |
| ☑ NO, Nonforfeiture Benefit – Shortened Benefit Period option is NOT desired: I have reviewed the Outline of Coverage and compared the benefits and premiums of this policy with and without the Nonforfeiture Option(s) that have been made available and I reject the Nonforfeiture Benefit – Shortened Benefit Period option that is available. | ☑ NO, Nonforfeiture Benefit – Shortened Benefit Period option is NOT desired: I have reviewed the Outline of Coverage and compared the benefits and premiums of this policy with and without the Nonforfeiture Option(s) that have been made available and I reject the Nonforfeiture Benefit – Shortened Benefit Period option that is available. |

**Complete Section I Optional Benefits for MUTUALCARE SECURE SOLUTION to change or add benefits.**

Benefit abbreviation key: NH=Nursing Home, ALF=Assisted Living Facility, HHC=Home Health Care, MMB=Maximum Monthly Benefit

| Section I (continued) | OPTIONAL BENEFITS FOR MUTUALCARE SECURE SOLUTION |
|---|---|
| **Applicant A** | **Applicant B** |

| Applicant A | Applicant B |
|---|---|
| **5** ALF Benefit Reduced from 100% of MMB to:<br>☐ 75%<br>☐ 50% | **5** ALF Benefit Reduced from 100% of MMB to:<br>☐ 75%<br>☐ 50% |
| **6** HHC Benefit Reduced from 100% of MMB to:<br>☐ 75%<br>☐ 50%<br>Reducing the **HHC Benefit** will reduce the **Cash Benefit**. | **6** HHC Benefit Reduced from 100% of MMB to:<br>☐ 75%<br>☐ 50%<br>Reducing the **HHC Benefit** will reduce the **Cash Benefit**. |
| **7** Calendar Day Elimination Period:<br>(90-Day Elimination Period is default if no option selected)<br>☐ 180 Day<br>☐ 365 Day | **7** Calendar Day Elimination Period:<br>(90-Day Elimination Period is default if no option selected)<br>☐ 180 Day<br>☐ 365 Day |
| **8** ☐ Waiver of Elimination Period for HHC Benefit | **8** ☐ Waiver of Elimination Period for HHC Benefit |
| **9** ☐ Shared Care Benefit<br>Only available when both Partners apply at the same time and both policies are issued with identical benefits. | **9** |
| **10** ☐ Security Benefit<br>Not available for issue ages 70 and older, with Shared Care Benefit or if Partner is applying for this coverage.<br><br>Partner's Name _____ | **10** |
| **11** Return of Premium at Death Benefit:<br>☐ 3 x MMB Return of Premium at Death (Minus Claims Paid) | **11** Return of Premium at Death Benefit:<br>☐ 3 x MMB Return of Premium at Death (Minus Claims Paid) |

**If you completed Section I for MUTUALCARE SECURE SOLUTION – SKIP Section J and continue to Section K.**

**Complete Section J for MUTUALCARE CUSTOM SOLUTION if Section I for MUTUALCARE SECURE SOLUTION was not selected.**
Benefit abbreviation key: NH=Nursing Home, ALF=Assisted Living Facility, HHC=Home Health Care, MMB=Maximum Monthly Benefit

| Section J | MUTUALCARE CUSTOM SOLUTION |
|---|---|

**Applicant A** | **Applicant B** (If selecting Shared Care Benefit, benefits must be identical to Applicant A)

☐ **MutualCare Custom Solution** | ☐ **MutualCare Custom Solution**

**Standard MutualCare Custom Solution Benefits:**
- NH, ALF and HHC Benefits are each up to 100% of the MMB
- Cash Benefit is 40% of HHC Benefit up to a maximum of $2,400
- 90-Day Elimination Period

**1 Maximum Monthly Benefit (MMB) (must enter):**

$ ☐☐ , ☐☐ 0 per month
($1,500-$10,000 in $50 increments)

**1 Maximum Monthly Benefit (MMB) (must enter):**

$ ☐☐ , ☐☐ 0 per month
($1,500-$10,000 in $50 increments)

**State MassHealth (Medicaid) Exemptions: I understand that I have the option to elect long-term care coverage that satisfies Massachusetts' requirements for asset and liability exemptions under the Massachusetts MassHealth (Medicaid) Program. This option requires election of at least a $125 Daily or $3,750 Monthly Nursing Home/Assisted Living Facility Maximum Benefit.**

**2 Policy Limit (must enter):**

$ ☐☐☐ , ☐ 0 0
($50,000-$500,000 in $500 increments)

**2 Policy Limit (must enter):**

$ ☐☐☐ , ☐ 0 0
($50,000-$500,000 in $500 increments)

**3 Compound Inflation Protection Benefit:**

5% Compound Lifetime Benefit
(must check "YES" or "NO") If "NO," signature required:

☐ YES, I am selecting the 5% Compound Inflation Protection Lifetime Benefit

☐ NO, 5% Compound Inflation Protection Lifetime Benefit is NOT desired: I have reviewed the Outline of Coverage and the graphs that compare the benefits and premiums of this policy with and without the 5% Compound Inflation Protection Lifetime Benefit option. Specifically, I have reviewed the option for Compound Inflation increases, and I reject the 5% Compound Inflation Protection Lifetime Benefit option.

_____
Signature of Applicant A

If you selected "NO" to the 5% Compound Lifetime Benefit, check either No Inflation Option, OR select an alternate Inflation Option below:

☐ No Inflation Protection

OR

Select one of the following inflation percentage options:
☐ 1%   ☐ 1.25%   ☐ 1.50%   ☐ 1.75%
☐ 2%   ☐ 2.25%   ☐ 2.50%   ☐ 2.75%
☐ 3%   ☐ 3.25%   ☐ 3.50%   ☐ 3.75%
☐ 4%   ☐ 4.25%   ☐ 4.50%   ☐ 4.75%
☐ 5%

(Compound Lifetime with Buy-Up is default if no optional Limited Period Benefit selected below.)
☐ 10 Year with Buy-Up
☐ 15 Year with Buy-Up
☐ 20 Year with Buy-Up

**3 Compound Inflation Protection Benefit:**

5% Compound Lifetime Benefit
(must check "YES" or "NO") If "NO," signature required:

☐ YES, I am selecting the 5% Compound Inflation Protection Lifetime Benefit

☐ NO, 5% Compound Inflation Protection Lifetime Benefit is NOT desired: I have reviewed the Outline of Coverage and the graphs that compare the benefits and premiums of this policy with and without the 5% Compound Inflation Protection Lifetime Benefit option. Specifically, I have reviewed the option for Compound Inflation increases, and I reject the 5% Compound Inflation Protection Lifetime Benefit option.

_____
Signature of Applicant B

If you selected "NO" to the 5% Compound Lifetime Benefit, check either No Inflation Option, OR select an alternate Inflation Option below:

☐ No Inflation Protection

OR

Select one of the following inflation percentage options:
☐ 1%   ☐ 1.25%   ☐ 1.50%   ☐ 1.75%
☐ 2%   ☐ 2.25%   ☐ 2.50%   ☐ 2.75%
☐ 3%   ☐ 3.25%   ☐ 3.50%   ☐ 3.75%
☐ 4%   ☐ 4.25%   ☐ 4.50%   ☐ 4.75%
☐ 5%

(Compound Lifetime with Buy-Up is default if no optional Limited Period Benefit selected below.)
☐ 10 Year with Buy-Up
☐ 15 Year with Buy-Up
☐ 20 Year with Buy-Up

**4 Nonforfeiture Benefit – Shortened Benefit Period**
(must check "YES" or "NO"):

☐ YES

☐ NO, Nonforfeiture Benefit – Shortened Benefit Period option is NOT desired: I have reviewed the Outline of Coverage and compared the benefits and premiums of this policy with and without the Nonforfeiture Option(s) that have been made available and I reject the Nonforfeiture Benefit – Shortened Benefit Period option that is available.

**4 Nonforfeiture Benefit – Shortened Benefit Period**
(must check "YES" or "NO"):

☐ YES

☐ NO, Nonforfeiture Benefit – Shortened Benefit Period option is NOT desired: I have reviewed the Outline of Coverage and compared the benefits and premiums of this policy with and without the Nonforfeiture Option(s) that have been made available and I reject the Nonforfeiture Benefit – Shortened Benefit Period option that is available.

ICC13-MA6012

**SUBMIT TO LTC SERVICE OFFICE**
12

MA

ASH 0356

**Complete Section J Optional Benefits for MUTUALCARE CUSTOM SOLUTION to change or add benefits.**

Benefit abbreviation key: NH=Nursing Home, ALF=Assisted Living Facility, HHC=Home Health Care, MMB=Maximum Monthly Benefit

| Section J (continued) | OPTIONAL BENEFITS FOR MUTUALCARE CUSTOM SOLUTION |
|---|---|

| **Applicant A** | **Applicant B** |
|---|---|
| **5** ALF Benefit Reduced from 100% of MMB to: | **5** ALF Benefit Reduced from 100% of MMB to: |
| ☐ 75% | ☐ 75% |
| ☐ 50% | ☐ 50% |
| **6** HHC Benefit Reduced from 100% of MMB to: | **6** HHC Benefit Reduced from 100% of MMB to: |
| ☐ 75% | ☐ 75% |
| ☐ 50% | ☐ 50% |
| Reducing the **HHC Benefit** will reduce the **Cash Benefit**. | Reducing the **HHC Benefit** will reduce the **Cash Benefit**. |
| **7** Calendar Day Elimination Period:<br>**(90-Day Elimination Period is default if no option selected)** | **7** Calendar Day Elimination Period:<br>**(90-Day Elimination Period is default if no option selected)** |
| ☐ 0 Day | ☐ 0 Day |
| ☐ 30 Day | ☐ 30 Day |
| ☐ 60 Day | ☐ 60 Day |
| ☐ 180 Day | ☐ 180 Day |
| ☐ 365 Day | ☐ 365 Day |
| **8** ☐ Waiver of Elimination Period for HHC Benefit | **8** ☐ Waiver of Elimination Period for HHC Benefit |
| **9** ☐ Professional HHC Benefit | **9** ☐ Professional HHC Benefit |
| **10** Partner Benefits:<br>The **Joint Waiver of Premium, Survivorship Benefit** and **Shared Care Benefit** are only available when both Partners apply at the same time and both policies are issued.<br>☐ **Joint Waiver of Premium**<br>☐ **Survivorship Benefit**<br>☐ **Shared Care Benefit**<br>The **Shared Care Benefit** is only available when both policies are issued with identical benefits. | **10** |
| **11** ☐ Security Benefit<br>Not available for issue ages 70 and older, with other Partner Benefits or if Partner is applying for this coverage.<br><br>Partner's Name _____ | **11** |
| **12** Return of Premium at Death Benefit:<br><br>☐ 3 x MMB Return of Premium at Death (Minus Claims Paid)<br>**OR**<br>☐ Return of Premium (Minus Claims Paid) If Death Occurs Before Age 65<br>**OR**<br>☐ Return of Premium at Death (Minus Claims Paid) | **12** Return of Premium at Death Benefit:<br><br>☐ 3 x MMB Return of Premium at Death (Minus Claims Paid)<br>**OR**<br>☐ Return of Premium (Minus Claims Paid) If Death Occurs Before Age 65<br>**OR**<br>☐ Return of Premium at Death (Minus Claims Paid) |

**Continue to Section K.**

| Section K | PREMIUM INFORMATION |
|---|---|

**Applicant A** | **Applicant B**

**1 Premium Option:**

☑ Lifetime

**1 Premium Option:**

☑ Lifetime

**2 Select Effective Date:**

☐ Date of Application (Initial Premium Required)

☑ Date Policy is Issued

☐ For Replacements Only, Requested Effective Date of Coverage _____
(up to 60 days from application date)

**2 Select Effective Date:**

☐ Date of Application (Initial Premium Required)

☑ Date Policy is Issued

☐ For Replacements Only, Requested Effective Date of Coverage _____
(up to 60 days from application date)

**3 Initial Premium Payment:**    217.25 ×2

Initial Premium Collected: $_____434.50_____
Two Months Minimum

**3 Initial Premium Payment:**    198.72 ×2

Initial Premium Collected: $_____397.44_____
Two Months Minimum

**4 Recurring Premium Payment:**
(Annual Direct Bill Mode is default if no option selected)

Modal Premium: $ _____

☐ Annual Direct Bill

☐ Semiannual Direct Bill

☐ Quarterly Direct Bill

☐ Monthly Automated Bank Account Withdrawal
Note: Complete and Sign Payment Authorization below.

**4 Recurring Premium Payment:**
(Annual Direct Bill Mode is default if no option selected)

Modal Premium: $ _____

☐ Annual Direct Bill

☐ Semiannual Direct Bill

☐ Quarterly Direct Bill

☐ Monthly Automated Bank Account Withdrawal
Note: Complete and Sign Payment Authorization below.

**Payment Authorization**
(Complete and Sign if Monthly Automatic Bank Account Withdrawal Selected.)    *Optional*

Specify the date premiums will be withdrawn
(1st through the 28th of the month): _____

Bank Name: _____

Complete information below or attach a voided check.

Bank Routing Number: _____

Bank Account Number: _____
(Do not use Debit/Credit Card numbers)

Specify the date premiums will be withdrawn
(1st through the 28th of the month): _____

Bank Name: _____

Complete information below or attach a voided check.

Bank Routing Number: _____

Bank Account Number: _____
(Do not use Debit/Credit Card numbers)

When choosing automatic bank account withdrawal, MONEY MAY BE WITHDRAWN FROM YOUR ACCOUNT IMMEDIATELY UPON RECEIPT OF YOUR APPLICATION, BUT IN NO EVENT LATER THAN AT POLICY ISSUE. The first withdrawal date or charge date may be different from the monthly date selected for ongoing premiums. Depending on the amount of time elapsed between the policy date and the date the policy is issued, the amount of the withdrawal or charge may exceed one modal premium and may occur on a date other than the policy date. We **CANNOT** establish electronic payments from foreign banks.

I authorize Mutual of Omaha Insurance Company ("Mutual of Omaha") to withdraw funds from my account for the initial and/ or monthly renewal premiums as indicated above and understand that the amounts may differ. Premium shortages may result from a variety of causes, including underwriting adjustments. I authorize my financial institution to pay from my account to Mutual of Omaha any preauthorized bank account withdrawals. I agree that my financial institution shall be fully protected in honoring any such payment and that its rights and responsibilities regarding the payment shall be the same as if the payment were signed personally by me. I agree to notify the business in writing of any changes in my account information. This authorization will be effective until I give you at least three business days' notice to cancel. If notice is given verbally, Mutual of Omaha may require written confirmation from me within 14 days after my verbal notice.

✍ X _____ _____
Authorized Signature as Shown on Account    Date

✍ X _____ _____
Authorized Signature as Shown on Account    Date

## Section L — PROTECTION AGAINST UNINTENTIONAL LAPSE

**Must check the applicable box. Complete the requested information if you designate an additional person. You may want to consider designating someone other than your Partner. The designee cannot be the producer unless related to the applicant.**

I understand that I have the right to designate at least one person other than myself to receive notice of lapse or termination of this long-term care insurance policy for nonpayment of premium. I understand that notice will not be given until thirty (30) days after a premium is due and unpaid.

**Applicant A**

☐ I elect NOT to designate any person to receive such notice.

**OR**

☑ I designate the following person to receive notice of lapse or termination of the policy due to nonpayment of premium:

███████████████████    *Plaintiff Doe*

Name (Print full name of other person to receive notice of lapse or termination)

███████████████████

Street Address, Apartment Number    *Doe's Partner's Boston address*

## Boston MA  02111

City, State, ZIP Code

**Applicant B**

☐ I elect NOT to designate any person to receive such notice.

**OR**

☑ I designate the following person to receive notice of lapse or termination of the policy due to nonpayment of premium:

***(If Different than Applicant A)***

███████████████████

Name (Print full name of other person to receive notice of lapse or termination)

███████████████████

Street Address, Apartment Number    *Doe's Partner's Boston address*

## Boston MA  02111

City, State, ZIP Code

| Section M | AGREEMENTS AND ACKNOWLEDGEMENTS |
|---|---|

1. The undersigned applicant agrees that (a) all answers in this application are true and complete and Mutual of Omaha Insurance Company will rely on these answers to determine insurability, and (b) incorrect or misleading answers may void this application and any policy issued from its effective date.

2. Applicant acknowledges that Mutual of Omaha Insurance Company may require: an Attending Physician's Statement, medical records, an underwriting assessment, a medical examination, or other information for underwriting purposes.

3. Applicant agrees that Mutual of Omaha Insurance Company will not issue a policy as a result of this application unless (a) the insurance applicant completes all medical examinations and tests required by Mutual of Omaha Insurance Company, (b) Mutual of Omaha Insurance Company receives additional information requested for underwriting (such as Personal Worksheet, Personal Health Interview, or Attending Physician's Statement), and (c) the insurance applicant is, as of the policy application date, determined to be eligible for the exact insurance coverage applied for, or the insurance applicant has subsequently accepted an offer by Mutual of Omaha Insurance Company for coverage other than as applied for, according to the underwriting standards of Mutual of Omaha Insurance Company then in force.

4. Applicant agrees that this application does not provide temporary or interim insurance prior to policy issuance. If the applicant has made an advance premium payment, applicant agrees to the terms and conditions under any temporary insurance agreement or conditional receipt. Applicant agrees that completing this application or making an advance premium payment is not a guarantee that this application will be approved. If approved, the issued policy will indicate its effective date. Applicant acknowledges that if his or her application is declined, the long-term care coverage applied for will not become effective and any advance premium payment submitted with the application will be refunded to applicant, without interest. No insurance coverage will be in effect until Mutual of Omaha Insurance Company (a) issues a policy and (b) receives payment of the full initial premium according to the mode of payment specified in the application.

5. A completed and signed application will become part of each applicant's policy.

6. Applicant acknowledges that no Producer can (a) waive or change any receipt or policy provision, or (b) agree to issue a policy.

7. Applicant acknowledges receipt of an Outline of Coverage, *Your Options for Financing Long-Term Care: A Massachusetts Guide*, Long-Term Care Insurance Personal Worksheet, Things You Should Know Before You Buy Long-Term Care Insurance, Potential Rate Increase Disclosure Form and, if applicable, *Guide to Health Insurance for People with Medicare*.

**Fraud Warning:** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**Caution: If your answers on this application are incorrect or untrue, Mutual of Omaha Insurance Company has the right to deny benefits or rescind your policy.**

**I have read and understand this Agreements and Acknowledgements Section, including the Fraud Warning and I approve all my answers as recorded in this application.**

| Signed at | *Boston* | *MA* | Signed at | *BOSTON* | *MA* |
|---|---|---|---|---|---|
| | City | State | | City | State |
| X ▨▨▨▨▨▨▨ | | *11/1/14* | X K. ▨▨▨▨▨▨ | | *11/1/14* |
| Signature of Applicant A | | Date | Signature of Applicant B | | Date |

I/We, the Producer(s) certify that each question was asked exactly as written and I/we have recorded the answers provided by the Applicant(s) completely and accurately. I/We also agree that my/our answers in this application are true and complete.

☑ Yes  ☐ No (If "No," please explain) _____

➡ X _____
Signature of Licensed Producer

➡ X _____
Signature of Other Licensed Producer, if applicable

## MUTUAL OF OMAHA INSURANCE COMPANY
Mutual of Omaha Plaza, Omaha, NE 68175

| Appendix 1 | AUTHORIZATION TO DISCLOSE PERSONAL INFORMATION |
|---|---|

This authorization specifically includes the release and disclosure of my "Personal Information," which includes my entire medical record and any other health information concerning me (excluding psychotherapy notes) and my insurance policies and claims, including, but not limited to those containing diagnoses, treatments, prescription drug information, alcohol or drug abuse treatment information or information regarding communicable or infectious conditions, such as Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS), other matters such as hazardous activities, character and general reputation, finances, occupation, information collected by a consumer reporting agency about my credit history, credit worthiness, credit standing and credit capacity, avocation(s), motor vehicle driving record(s), and personal traits.

I authorize all hospitals, medical facilities and clinics, physicians, dentists, other medical or dental practitioners, pharmacies, pharmacists, pharmacy benefit managers, insurance companies, third party administrators, health plans, health maintenance organizations, MIB, Inc., state departments of motor vehicles, other entities possessing motor vehicle records and consumer reporting agencies that have records or knowledge of me to release Personal Information about me to Mutual of Omaha Insurance Company, its affiliated companies (Mutual) or its reinsurers.

The Personal Information will be used to determine my eligibility for insurance or to resolve or contest any issues of incomplete, incorrect or misrepresented information on this application that may arise during the processing of my application or in connection with a claim.

I also authorize Mutual, or its reinsurers, to disclose my Personal Information to MIB, Inc. I understand that my Personal Information received by MIB, Inc. may be disclosed, upon request, to another member company with whom I apply for life or health insurance or to whom I may submit a claim for benefits.

I understand that if the person or entity to whom Personal Information is disclosed is not a health care provider or health plan subject to federal privacy regulations, the Personal Information may be redisclosed without the protection of the federal privacy regulations.

I understand that I may refuse to sign this authorization. I understand if I refuse to sign, the insurance for which I am applying will not be issued.

This authorization will expire 24 months after the date signed. I may revoke this authorization at any time by written notice to ATTN: Individual Underwriting, Mutual of Omaha Insurance Company, Mutual of Omaha Plaza, Omaha, NE 68175. A revocation is limited to the extent that Mutual has taken action in reliance on the authorization or the law allows Mutual to contest the issuance of the policy or a claim under the policy.

I understand that I will receive a copy of this authorization and that a copy is as valid as the original.

Each Applicant acknowledges and agrees that if there is more than one Applicant on this application, all information provided may be reviewed or shared with the other Applicant. A completed and signed application will become part of each applicant's policy.

**Name(s) used for medical records (if different than the name(s) below):** _____



| Printed Name of Applicant A    Birth Date    Birth State RI | Printed Name of Applicant B    Birth Date    Birth State MA |
|---|---|
| X _____    Signature of Applicant A    Date 11/1/14 | X _____    Signature of Applicant B    Date 11/1/14 |

**THIS AUTHORIZATION COMPLIES WITH HIPAA AND OTHER FEDERAL AND STATE LAWS.**

ICC13-M28367

ASH 0361

| Appendix 2 | PRODUCER STATEMENT |
|---|---|

|  |  | Yes | No |
|---|---|---|---|
| 1. | I/We certify that each question was asked exactly as written and that I/we recorded the answers completely and accurately. | ☑ | ☐ |
| 2. | I/We certify that the application was completed in the physical presence of the Applicant(s) (If "No," explain) _tele App_ | ☐ | ☑ |
| 3. | This coverage is written on myself (the Producer) and/or my Partner Partner's name_____ | ☐ | ☑ |

4. Please indicate the Underwriting Risk classification quoted..........................
   **Your quote will be noted, however, Underwriting will determine the final risk classification. We suggest quoting Select unless our Underwriting Guide indicates the health condition(s) warrants a substandard rating. Class II cases should be discussed with an underwriter prior to application submission.**

| Applicant A | Applicant B |
|---|---|
| ☐ Preferred | ☐ Preferred |
| ☐ Select | ☐ Select |
| ☐ Class I | ☐ Class I |
| ☐ Class II | ☐ Class II |

5. To the best of my knowledge, replacement of other insurance (check box) involved in this transaction ..........................
   **If replacement is involved, I/we shall comply with all state and/or company replacement requirements, including completing the applicable state required replacement forms and submitting copies of these forms with the application.**

| Applicant A | Applicant B |
|---|---|
| ☐ is | ☐ is |
| ☑ is not | ☑ is not |

By signing below, I understand I am required to have valid LTCi training completed at time of application. I further understand that if the appropriate LTCi training required by the state in which this application is signed is not valid, this application will not be processed and a new application will be required in order to continue the underwriting process.

➡ X _John Loden (signature)_  (Agent of Record)    Date _12-15-2014_
Signature of Producer

➡ X _____    Date _____
Signature of Other Producer, if applicable

**Producer Information** (please print clearly)

| For Mutual of Omaha Career Producers Only: | **01** |
|---|---|
|  | Manager Stamp |

For Brokerage Only: Commission Code [  ][  ]  **951300**  (Examples: [ 8 ][ 8 ], [ A ][ 2 ], etc.)
(Commission Code available from your marketing organization)

Producer's Name _John Loden_
(Agent of Record)
Comm. % Share _100_
Identification Number _pending MA 1961955_

Social Security Number ████████████
Phone Number (_234_) _430-0104_
Email Address _jloden@investorscapital.com_

Other Producer's Name _____
(if applicable, for Commission Split)
Comm. % Share _____
Identification Number _____

Social Security Number _____
Phone Number (____) _____
Email Address _____

Whom should we contact with questions regarding this application if different than Producer listed above: (please print clearly)

Name _____

Name of Office/Corporation _____

Phone Number (____) _____

Email Address _____

ASH 0362

**SUBMIT TO LTC SERVICE OFFICE**

| Appendix 3 | CONDITIONAL RECEIPT |
|---|---|

<table>
<tr>
<td rowspan="5"><strong>CONDITIONS</strong></td>
<td colspan="2">This receipt is given and accepted with the understanding that the insurance applied for by each applicant will become effective on the date of the completed application (unless a later date is selected by the applicant, in which case coverage will become effective on the date selected by the applicant) if all of the following conditions have been fully satisfied:</td>
</tr>
<tr>
<td><strong>1</strong></td>
<td>The insurance applicant completes all medical examinations and tests required by Mutual of Omaha Insurance Company,</td>
</tr>
<tr>
<td><strong>2</strong></td>
<td>Mutual of Omaha Insurance Company receives any additional information requested for underwriting (such as Personal Worksheet, Personal Health Interview, or Attending Physician's Statement),</td>
</tr>
<tr>
<td><strong>3</strong></td>
<td>The insurance applicant is, as of the policy application date, determined to be eligible for the exact insurance coverage applied for, according to the underwriting standards of Mutual of Omaha Insurance Company then in force, and the policy is issued, and</td>
</tr>
<tr>
<td><strong>4</strong></td>
<td>The minimum premium of at least two month's is received on the date of the application via check and is honored on its first presentation for payment.</td>
</tr>
</table>

**Applicant A**

Payment has been received for **Applicant A** for the amount of $ _434.50_ as the initial premium with the attached Long-Term Care Insurance application to Mutual of Omaha Insurance Company.

**Applicant B**

Payment has been received for **Applicant B** for the amount of $ _397.44_ as the initial premium with the attached Long-Term Care Insurance application to Mutual of Omaha Insurance Company.

Total Premium
$ _831.94_

Payment Method: ☑ Check

**(ALL CHECKS FOR PREMIUMS MUST BE MADE PAYABLE TO MUTUAL OF OMAHA INSURANCE COMPANY ("MUTUAL OF OMAHA"). ONE CHECK IS ACCEPTABLE FOR JOINT APPLICANTS. DO NOT MAKE CHECKS PAYABLE TO THE PRODUCER OR LEAVE THE PAYEE BLANK.)**

Mutual of Omaha Insurance Company reserves the right to disapprove the application by offering to issue coverage other than as applied for or by declining to issue coverage. If applicable, Mutual of Omaha Insurance Company will return monies received with the application if (a) the coverage, other than applied for, is offered but not accepted, or (b) if the coverage is declined. Any delay in completion of the underwriting process or refunding of monies shall not be construed as approval of the application for coverage.

This is not a temporary insurance agreement and does not create any temporary or interim insurance. I/We understand that the Producer has no authority to change the terms of this Receipt.

**SIGNATURES**

X ▆▆▆▆▆▆▆▆▆▆  11/1/14
Signature of Applicant A     Date

X ▆▆▆▆▆▆▆▆▆▆  11/1/14
Signature of Applicant B     Date

I/We agree that I/we am/are not authorized to change or waive the terms of this Receipt and represent that I/we have not attempted to do so. I/We have read and explained the terms of this Receipt and have left a copy with the Applicant(s).

➡ X _[signature]_  12-15-2014
Signature of Licensed Producer     Date

➡ X _____
Signature of Other Licensed Producer, if applicable     Date

**MUTUAL OF OMAHA INSURANCE COMPANY**
Mutual of Omaha Plaza, Omaha, NE 68175

# LONG-TERM CARE INSURANCE

## *Notice to Applicant Regarding Replacement of Individual Accident and Sickness or Long-Term Care Insurance*

**SAVE THIS NOTICE! IT MAY BE IMPORTANT TO YOU IN THE FUTURE.**

According to your application, you intend to lapse or otherwise terminate existing accident and sickness or long-term care insurance and replace it with an individual long-term care policy to be issued by Mutual of Omaha Insurance Company. Your new policy provides thirty (30) days within which you may decide, without cost, whether you desire to keep the policy. For your own information and protection, you should be aware of and seriously consider certain factors which may affect the insurance protection available to you under the new policy.

You should review this new coverage carefully, comparing it with all accident and sickness or long-term care insurance coverage you now have, and terminate your present policy only if, after due consideration, you find that purchase of this long-term care coverage is a wise decision.

**STATEMENT TO APPLICANT BY PRODUCER**

I have reviewed your current medical or health insurance coverage. I believe the replacement of insurance involved in this transaction materially improves your position. My conclusion has taken into account the following considerations, which I call to your attention.

1. Health conditions that you may presently have (preexisting conditions) may not be immediately or fully covered under the new policy. This could result in denial or delay in payment of benefits under the new policy, whereas a similar claim might have been payable under your present policy.

2. State law provides that your replacement policy or certificate may not contain new preexisting conditions or probationary periods. The insurer will waive any time periods applicable to preexisting conditions or probationary periods in the new policy (or coverage) for similar benefits to the extent such time was spent (depleted) under the original policy.

3. If you are replacing existing long-term care insurance coverage, you may wish to secure the advice of your present insurer or its producer regarding the proposed replacement of your present policy. This is not only your right, but it is also in your best interest to make sure you understand all the relevant factors involved in replacing your present coverage.

4. If, after due consideration, you still wish to terminate your present policy and replace it with new coverage, be certain to truthfully and completely answer all questions on the application concerning your medical health history. Failure to include all material medical information on an application may provide a basis for the company to deny any future claims and to refund your premium as though your policy had never been in force. After the application has been completed and before you sign it, reread it carefully to be certain that all information has been properly recorded.



X _____
Signature of Producer
John Loden 10200 Alliance Rd Ste 100 Blue Ash OH  45242
Printed Name and Address of Producer

The above Notice to Applicant was delivered to me on:

X ▓▓▓▓▓▓▓▓▓▓▓▓    11/1/14
Signature of Applicant A    Date

X ▓▓▓▓▓▓▓▓▓▓▓▓    11/1/14
Signature of Applicant B    Date