# Exhibit K



Ash Brokerage Corporation
7609 W. Jefferson Blvd.
Fort Wayne, IN 46804

The Practice Enhancement Company ™

January 13, 2015

Mutual of Omaha
Mutual of Omaha Plaza
6 Life Brokerage Service
Mutual Of Omaha, NE 68175

RE:  Client:         ▇▇▇▇▇▇▇▇  Plaintiff Doe
     Agent:          John Loden
     DOB:            08/17/1954
     Company:        Mutual of Omaha
     Plan:           Mutual Care Secure Solutions
     Amt:
     Policy #:       33-321325
     Ref #:          482821

We are pleased to enclose a formal application on the client referenced above.
Enclosed are the following requirements:

| Requirement | Life | Due Date | Closed Date |
|---|---|---|---|
| 448.70 #743 | | | 01/13/2015 |
| Hipaa Form | | | 01/07/2015 |
| LTC Personal Worksheet | | | 01/07/2015 |

The following requirements have been requested, and will be forwarded to you immediately upon receipt:

| Requirement | Life | Due Date |
|---|---|---|
| Dr. Ronald Katz | | |
| Telephone Interview | | |

**Upon completion of the review process please communicate all outstanding requirements to Ash Brokerage. We will work diligently with our agents to fulfill your request. Please find below the assigned Case Managers contact information.**

We appreciate and look forward to the prompt processing and issue of this application.

Sincerely,


Megan Diehm
Life Audit Consultant
megan.diehm@Ashbrokerage.com


Phone: 260-478-0600      Fax: 260-479-6083      Toll Free: 800-589-3000      www.ashbrokerage.com

ASH 0169