UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

JOHN DOE,                                    )
    Plaintiff                              )
                                             )
v.                                           )
                                             )   No. 1:16-cv-11381-GAO
MUTUAL OF OMAHA                              )
INSURANCE COMPANY,                           )
    Defendant                              )
_____)

**JOINT MOTION TO SET DEADLINE FOR FILING OF OPPOSITIONS TO SUMMARY JUDGMENT MOTIONS**

The parties are filing cross-motions for summary judgment and jointly request that the Court set July 20, 2018 as the deadline for plaintiff to file his opposition to defendant's motion for summary judgment and that the deadline for defendant's opposition to plaintiff's motion be set at 60 days from the date of its filing. As reason for this motion, the parties state as follows:

(1) The current deadline for filing summary judgment motions is June 15, 2018. *See* Docket No. 107.

(2) Plaintiff Mutual of Omaha Insurance Company filed its motion for summary judgment on May 18, 2018. Docket No. 110.

(3) Plaintiff John Doe anticipates filing his motion for summary judgment on or close to the June 15 deadline, and would like to complete his motion before turning to the opposition to Mutual's motion.

(4) Because Doe's counsel will be on vacation in early July, Doe requests until July 20, 2018 to file his opposition to Mutual's motion for summary judgment.

(5) Mutual seeks an equivalent total time to respond to Doe's motion for summary judgment.

**CONCLUSION**

For the foregoing reasons, the parties jointly request that the Court set the deadlines for oppositions to summary judgment as follows: (1) Doe's opposition to Mutual's motion for summary judgment (Docket No. 110) shall be due July 20, 2018; and (2) Mutual's opposition to Doe's motion for summary judgment shall be due 60 days after the filing of Doe's motion.

Dated: May 21, 2018                                  Respectfully submitted,

DEFENDANT MUTUAL OF OMAHA             PLAINTIFF JOHN DOE
INSURANCE COMPANY

By its Attorneys,                                    By his Attorneys,

*/s/ Brooks R. Magratten*                            */s/ Bennett H. Klein*
Brooks R. Magratten (BBO #650393)                    Bennett H. Klein (BBO #550702)
Mark A. Pogue (BBO #550807)                          GLBTQ Legal Advocates & Defenders
Katharine E. Kohm (BBO #675362)                      18 Tremont Street, Suite 950
PIERCE ATWOOD LLP                                    Boston, MA  02108
One Financial Plaza, 26th Floor                      (617) 426-1350
Providence, RI  02903                                bklein@glad.org
(401) 588-5113
(401) 588-5166 (fax)
bmagratten@pierceatwood.com                          */s/ John P. Ward*
mpogue@pierceatwood.com                              John P. Ward (BBO #515860)
kkohm@pierceatwood.com                               Law Offices of John P. Ward
                                                     584 Castro Street, No. 802
                                                     San Francisco, CA  94114
                                                     (415) 255-4996
                                                     johnpward@gmail.com

**CERTIFICATE OF SERVICE**

I certify that the within document was electronically filed with the clerk of the court on May 21, 2018, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Brooks R. Magratten, BBO# 650393
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 588-5113
bmagratten@pierceatwood.com

Mark A. Pogue, BBO# 550807
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
mpogue@pierceatwood.com

Katharine E. Kohm, BBO# 675362
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
kkohm@pierceatwood.com

Nicole Kinsely, BBO # 682528
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1185
nkinsley@foleyhoag.com

/s/ Bennett H. Klein
Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
18 Tremont St., Suite 950
Boston, MA 02108
617-426-1350
bklein@glad.org