UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, <br><br>       Plaintiff, <br><br>       v. <br><br>MUTUAL OF OMAHA INSURANCE COMPANY, <br><br>       Defendant. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 16-11381-GAO <br> ) <br> ) <br> ) <br> ) |

SCHEDULING ORDER

On May 21, 2018, the parties' filed a joint motion to set a deadline for filing of oppositions to summary judgment motions. Docket No. 113. The Court grants in part the motion and orders as follows:

1. No later than **July 20, 2018**, plaintiff shall file a single memorandum as both his memorandum in opposition to defendant's motion for summary judgment and its memorandum in support of its cross-motion for summary judgment, not to exceed thirty pages;

2. No later than **September 18, 2018**, defendant shall file a single memorandum as both its reply in support of its motion for summary judgment and its opposition to plaintiff's cross-motion, not to exceed thirty pages;

3. No later than **October 2, 2018**, plaintiff shall file a single memorandum as both its reply in support of his motion for summary judgment and his surreply in opposition to defendant's motion, not to exceed fifteen pages.

4. In addition to the requirements set out in Local Rule 56.1, and in order for the Court to have in hand a single document containing the parties' positions as to material facts in an easily comprehensible form, the opposing party, in preparing its response to the statement of facts, shall reprint the moving party's statement of material facts and shall set forth a response to each directly below the appropriate numbered paragraph. In addition to any required filing on the CM/ECF system, the parties must also email the Clerk the resulting single consolidated statement of facts for the Court's review in either Microsoft Word or Word Perfect.

         /s/ Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE