## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
JOHN DOE,                           )
Plaintiff                           )
                                    )
v.                                  )
                                    )   No. 1:16-cv-11381-GAO
MUTUAL OF OMAHA                     )
INSURANCE COMPANY,                  )
Defendant                           )
_____)

### MEMORANDUM IN SUPPORT OF DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO MOTION IN LIMINE TO STRIKE DR. KENNETH MAYER'S REPORT AND OPINIONS IN PART

Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") respectfully moves for leave to file a short reply pursuant to Rule 7.1(b)(3) of the Local Rules of the United States District Court for the District of Massachusetts.

There is good cause for this Court to allow the reply as Mutual of Omaha will provide this Court with a narrowly tailored response to address Plaintiff Doe's arguments in his opposition [Doc. #116]. In particular, to assist this Court's review of the issues presented, Mutual of Omaha will provide this Court with a chart presenting the sources upon which Dr. Mayer relies for each disputed paragraph in his report and his testimony regarding the same. In addition Mutual of Omaha will explain, in contravention to Plaintiff's assertions, that the post-February 9, 2015 studies and information discussed by Dr. Kenneth Mayer are not relevant to the issues here and therefore the referred-to portions of Dr. Mayer's report are inadmissible. In sum, the reply that Mutual of Omaha requests leave to submit will assist this Court in deciding the underlying motion [Doc. #108]. The hearing on this motion is not yet scheduled, accordingly, this Court will have an opportunity to consider Mutual of Omaha's reply in advance of hearing

{W6728521.1}

oral arguments from the parties.  Attached hereto at <u>Exhibit A</u> is the proposed reply memorandum.  In addition to the foregoing reasons, Plaintiff does not object to Mutual of Omaha's request to file a reply.

    WHEREFORE Mutual of Omaha respectfully requests this Court grant its motion for leave to file a reply memorandum.

|  |  |
|---|---|
|  | Respectfully submitted,<br>MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br>By Its Attorneys, |
| June 19, 2018 | /s/ Brooks R. Magratten<br>Brooks R. Magratten, Esq. BBO#650393<br>Katharine E. Kohm, Esq. BBO#675362<br>PIERCE ATWOOD LLP<br>72 Pine Street, 5th Floor<br>Providence, RI 02903<br>(401) 490-3422<br>(401) 588-5166 (fax)<br>bmagratten@pierceatwood.com<br>kkohm@pierceatwood.com |

## <u>CERTIFICATE OF SERVICE</u>

    I certify that the within document was electronically filed with the clerk of the court on June 19, 2018, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Bennett H. Klein, BBO# 550702
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

John P. Ward, BBO# 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

                                            /s/    Katharine E. Kohm