UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:16-cv-11381-GAO |
| | ) | |
| MUTUAL OF OMAHA INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF JOHN DOE'S UNOPPOSED MOTION TO ENLARGE PAGE LIMITS FOR MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT**

Plaintiff John Doe (Doe), without opposition, moves to enlarge the page limits allowed by the Court for his memorandum in support of his motion for summary judgment from 30 to 40 pages. As reason for this motion, Doe states as follows:

(1) By Scheduling Order dated May 21, 2018, Docket No. 115, the Court established a limit of thirty pages for Doe's memorandum both in opposition to Defendant Mutual of Omaha Insurance Company's (Mutual) summary judgment motion (already filed) and in support of his own motion for summary judgment.

(2) The briefing for both the opposition and Doe's motion involves six separate issues to be addressed: (1) Mutual's waiver of the defense of lack of personal jurisdiction; (2) the substantive argument that this Court has jurisdiction over this case under the Massachusetts long-arm statute and due process; (3) the application of the Massachusetts Public Accommodation statute to the provisions of an insurance policy and, in particular, Mutual's denial of Doe's application for long-term care insurance; (4) Doe's argument that Mutual engaged in sexual orientation discrimination based on the disparate impact of its policy on gay men without

justification; (5) the availability of a "regarded as" provision in the definition of disability in the Massachusetts Public Accommodation statute; and (6) the substantive argument that Mutual "regarded" Doe as disabled.

(3) While Doe will endeavor to be as concise as possible, the issues to be briefed on two motions warrant an extension of the page limits to not more than forty pages.

(4) Mutual does not oppose this motion.

(5) If this Court grants Doe's motion, Mutual requests that the page limits for its reply in support of its motion for summary judgment, and its opposition to Plaintiff Doe's motion for summary judgment motion, be equally enlarged.

## **CONCLUSION**

For the foregoing reasons, Plaintiff John Doe requests that the Court enlarge the page limits for his memorandum in support of motion for summary judgment to not more than forty pages, and that the Court grant the equivalent for Mutual's reply and opposition memorandum.

Dated: June 26, 2018

Respectfully submitted,
JOHN DOE
By his attorneys,

/s/ Bennett H. Klein
Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108
617-426-1350
bklein@glad.org

/s/ John P. Ward
John P. Ward
BBO # 515860
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
johnpward@gmail.com

## CERTIFICATION OF COMPLIANCE WITH RULE 7.1

I, Bennett Klein, certify that I conferred pursuant to Local Rule 7.1 with Brooks Magratten, counsel for defendant Mutual of Omaha Insurance Company, on June 26 in a good faith effort to resolve or narrow the issues that are the subject of this motion, and defendant does not oppose this motion.

/s/ Bennett H. Klein
Bennett H. Klein

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on April 23, 2018, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Brooks R. Magratten, BBO# 650393
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 588-5113
bmagratten@pierceatwood.com

Mark A. Pogue, BBO# 550807
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
mpogue@pierceatwood.com

Katharine E. Kohm, BBO# 675362
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
kkohm@pierceatwood.com

Nicole Kinsely, BBO # 682528
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1185
nkinsley@foleyhoag.com

/s/ Bennett H. Klein
Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
18 Tremont St., Suite 950
Boston, MA 02108
617-426-1350
bklein@glad.org