UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, )<br>    Plaintiff )<br>)<br>v. )<br>) No. 1:16-cv-11381-GAO<br>MUTUAL OF OMAHA )<br>INSURANCE COMPANY, )<br>    Defendant )<br>) | |

**PLAINTIFF JOHN DOE'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff John Doe ("Doe") moves, pursuant to Fed R. Civ. P. 56 and Local Rule 56.1, for summary judgment on all counts of his Amended Complaint: Count I (Disability discrimination), and Count II (sexual orientation discrimination). In support of his motion, Doe files the accompanying Memorandum of Law, Statement of Undisputed Material Facts with Appendix of Supporting Documents, and Affidavit of Kenneth Mayer, M.D.

Dated: July 18, 2018                                    Respectfully submitted,
                                                        JOHN DOE
                                                        By his attorneys,


                                                        /s/ Bennett H. Klein
                                                        Bennett H. Klein
                                                        BBO # 550702
                                                        GLBTQ Legal Advocates & Defenders
                                                        18 Tremont Street, Suite 950
                                                        Boston, MA 02108
                                                        617-426-1350
                                                        bklein@glad.org

                                                        /s/ John P. Ward
                                                        John P. Ward
                                                        BBO # 515860
                                                        Law Offices of John P. Ward
                                                        584 Castro St., No. 802
                                                        San Francisco, CA 94114
                                                        johnpward@gmail.com

**CERTIFICATE OF SERVICE**

I certify that the within document was electronically filed with the clerk of the court on July 18, 2018, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Brooks R. Magratten, BBO# 650393
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 588-5113
bmagratten@pierceatwood.com

Mark A. Pogue, BBO# 550807
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
mpogue@pierceatwood.com

Katharine E. Kohm, BBO# 675362
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
kkohm@pierceatwood.com

Nicole Kinsely, BBO # 682528
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1185
nkinsley@foleyhoag.com

/s/ Bennett H. Klein
Bennett H. Klein
BBO # 550702
GLBTQ Legal Advocates & Defenders
18 Tremont St., Suite 950
Boston, MA 02108
617-426-1350
bklein@glad.org