**CURRICULUM VITAE**

**Date Prepared:** October 2017

**Name:** Kenneth H. Mayer, M.D.

**Office Address:** Fenway Community Health
The Fenway Institute
1340 Boylston Street
Boston, MA  02215
and
Infectious Disease Division
Department of Medicine
Beth Israel Deaconess Medical Center
330 Brookline Avenue

Boston, MA 02215

**Home Address:** 1313 Washington Street, Apt. 713
Boston, MA  02118

**Work Phone:** 617-927-6087

**Work E-Mail:** kmayer@fenwayhealth.org

khmayer@bidmc.harvard.edu

**Work Fax:**  617-267-0764

**Place of Birth:**  New York, New York

**Education:**

| 1972 | B.A. | Psychology | University of Pennsylvania |
|------|------|------------|---------------------------|
| 1977 | M.D. | Medicine | Northwestern University School of Medicine |
| 1991 | Summer Course in Advanced Epidemiology | | New England Epidemiology Institute |

**Postdoctoral Training**:

| 1977 – 1980 | Intern & Resident | Internal Medicine | Beth Israel Hospital Boston, Massachusetts |
|-------------|-------------------|-------------------|--------------------------------------------|
| 1977 – 1981 | Clinical Fellow | Medicine | Harvard Medical School Boston, Massachusetts |

**Kenneth H. Mayer, M.D.**

| 1980 – 1981 | Clinical Fellow | Infectious Diseases | Brigham and Women's Hospital Boston, Massachusetts |
| 1981 – 1983 | Research Fellow | Infectious Diseases | Brigham and Women's Hospital Boston, Massachusetts |
| 1981 – 1983 | Research Fellow | Microbiology and Molecular Genetics | Harvard Medical School Boston, Massachusetts |

**Faculty Academic Appointments:**

| 1974 – 1977 | Clinical Research Associate | Community Medicine | Northwestern University Medical School, Chicago, Illinois |
| 1982 | Laboratory Instructor | Infectious Disease Pathophysiology | Harvard Medical School Boston, Massachusetts |
| 1983 | Clinical Instructor | Medicine | Harvard Medical School Boston, Massachusetts |
| 1983 | Lecturer | Continuing Education | Northeastern University Boston, Massachusetts |
| 1983 – 1988 | Assistant Professor | Medicine | Brown University Providence, Rhode Island |
| 1989 – 1993 | Associate Professor | Medicine and Community Health | Brown University Providence, Rhode Island |
| 1993 – 2011 | Professor | Medicine and Community Health | Brown University School of Medicine Providence, Rhode Island |
| 1986 – 1989 | Adjunct Assistant Professor | Epidemiology | University of Massachusetts Amherst, Massachusetts |
| 1989 – 2000 | Adjunct Associate Professor | Epidemiology | University of Massachusetts Amherst, Massachusetts |
| 1988 | Adjunct Assistant Professor | Microbiology | University of Rhode Island Kingston, Rhode Island |
| 1990 | Visiting Scientist | Clinical Research Center | Massachusetts Institute of Technology Cambridge, Massachusetts |

**Kenneth H. Mayer, M.D.**                                                  3

| | | | |
|---|---|---|---|
| 2004 – 2012 | Adjunct Professor | Immunology and Infectious Diseases | Harvard School of Public Health Boston, Massachusetts |
| 2010 – 2011 | Lecturer | Medicine | Harvard Medical School Boston, Massachusetts |
| 2011 – 2012 | Visiting Professor | Medicine | Harvard Medical School Boston, Massachusetts |
| 2012 – 2013 | Visiting Professor | Department of Global Health and Population | Harvard School of Public Health Boston, Massachusetts |
| 2012 – | Professor | Medicine | Harvard Medical School Boston, Massachusetts |
| 2013 – | Professor | Department of Global Health and Population | Harvard T.H. Chan School of Public Health Boston, Massachusetts |
| 2016 – 2021 | Adjunct Professor | Departments of Medicine and Epidemiology | Brown University Providence, Rhode Island |

**Appointments at Hospitals/Affiliated Institutions:**

| | | | |
|---|---|---|---|
| 1980 – 1983 | Associate Attending Staff | Medicine | Norwood Hospital Norwood, Massachusetts |
| 1980 - | Staff Physician and Medical Research Director | Medicine | Fenway Community Health Center Boston, Massachusetts |
| 1981 – | Attending Physician | Medicine | Beth Israel Deaconess Medical Center Boston, Massachusetts |
| 1983 – 2001 | Chief, Division of Infectious Diseases | Medicine | Memorial Hospital of Rhode Island Pawtucket, Rhode Island |
| | Associate Microbiologist | Medicine | Memorial Hospital of Rhode Island Pawtucket, Rhode Island |
| 1984 – 2000 | Courtesy Staff | Medicine | Roger Williams Medical Center Providence, Rhode Island |
| 1986 – 2011 | Consulting and Attending Staff | Medicine | The Miriam Hospital Providence, Rhode Island |
| 1987 – 2001 | Director, HIV Seroepidemiology Lab | Medicine | Memorial Hospital of Rhode Island Pawtucket, Rhode Island |

**Kenneth H. Mayer, M.D.**                                                    4

| | | | |
|---|---|---|---|
| 2011 – | Director, HIV Prevention Research | Medicine | Beth Israel Deaconess Medical Center Boston, Massachusetts |

**Other Professional Positions:**

| | | |
|---|---|---|
| 1983 - | Consultant | Division of Communicable and Veneral Diseases Massachusetts Department of Health |
| 1983 – 1987 | Consultant | Advisory Group on AIDS Rhode Island Department of Health |
| 1983 – 1990 | Member | International Antimicrobial Therapy Project Group European Organization for Research on the Treatment of Cancer (EORTC) |
| 1985 | Board of Directors | International AIDS Prospective Epidemiology Network (INAPEN) |
| | Consultant Member | National Institute of Child Health and Human Development Working Group on "Barrier Contraception, Spermacides, and HTLV-III Infection" |
| 1986 – 1987 | Consultant | National Institutes of Health AIDS Executive Task Force |
| 1986 – 1990 | Member | Study Group on AIDS and Public Policy Division of Health Policy Research and Education Harvard University |
| | Member | Academic Investigator's Group National AIDS Health Services Evaluation Study (Grant from Robert Wood Johnson Foundation to Brown University) |
| 1988 – 1990 | Faculty | Harvard AIDS Institute |
| 1990 | Consultant | Cost-Effective Management of HIV-Related Illness Project (HRSA Grant to Harvard Medical School) |
| 1990 – 1993 | Member | National Steering Committee Community-Based Clinical Trials Network American Foundation for AIDS Research |
| 1991 – | Co-Chair National Board | American Foundation for AIDS Research Chair, Treatment Information Services Subcommittee; |

**Kenneth H. Mayer, M.D.** 5

|  |  | Clinical Research Committee |
|---|---|---|
|  | Member | Center for Alcohol and Addiction Studies<br>Brown University Post-doctoral Training Program Faculty |
| 1991 – 1997 | Member | Observational Data Base Project, Advisory Panel<br>American Foundation for AIDS Research |
| 1993 – 2001 | Member | Board of Directors<br>Gay & Lesbian Medical Association |
| 1994; 1996;<br>1998; 2000 | Member | Board of Directors & Planning Committee<br>2nd, 3rd, 4th, 5th International Conference on Macrolides, Azalides, Streptogramins, and Ketolides |
| 1997 | Consultant | Post Exposure Treatment for HIV<br>Peace Corps Consulting Meeting |
| 1999 | Invited Participant | 2nd Indo-US Workshop on Behavioral Prevention Research to Stop the Further Spread of HIV/STD<br>NIMH Delegation, New Delhi, India |
| 2000 | Invited Participant | Emerging Infectious Diseases in the Pacific Rim<br>5th US-Japan Cooperative Medical Science Program<br>International Conference, Chennai, India |
|  | Invited Participant | 2nd Indo-US Workshop on Behavioral Prevention Research to Stop the Further Spread of HIV/STD<br>NIH Delegation, Chennai, India |
| 2001 – 2004 | Member | National Board of Directors<br>HIV Medicine Association of the Infectious Diseases Society of America |
| 2004 | Member | Board of Directors<br>La Jolla Foundation for Microbicide Research |
| 2005 | Member | Scientific Advisory Board<br>International Partnership for Microbicides |
| 2005 | Member | Executive Committee<br>Physicians for Human Rights' Health Action AIDS Advisory Board |
| 2006 | Consultant | Centers for Disease Control and Prevention |

**Kenneth H. Mayer, M.D.**                                                                    6

| | | |
|---|---|---|
| 2006 – 2008 | Member | International Scientific Advisory Committee Microbicides 2008 Conference, New Delhi, India |
| 2008 | Co-Chair | Scientific Advisory Committee Infectious Diseases Center for Global Health Policy and Advocacy, Infectious Diseases Society of America and HIV Medicine Association |
| 2011 | Peer Reviewer | Guidelines for Pre-Exposure Prophylaxis (PrEP) for HIV Prevention with Men Who Have Sex with Men, Office of Management and Budget, National Center for HIV/AIDS; Viral Hepatitis, STD, and TB Prevention; Department of Health and Human Services |
| 2011-2013 | Member | Institute of Medicine's Committee on Data Systems for Monitoring HIV Care, sponsored by White House Office of National AIDS Policy |
| 2011 | Member | National Steering Committee HIV Healthcare Workforce Capacity American College of Physicians |
| 2011 | Scientific Advisory Board | Combined HIV Prevention Interventions (CHPI) for MSM in Southern Africa |
| 2012 | National Advisory Board | DePaul University Master of Public Health, Chicago, Illinois |
| 2012 | Reviewer | IAS/ANRS Young Investigator Award   International AIDS Society, Geneva, Switzerland |
| 2012 | Member | International Steering Committee for the Human Healthcare & Research Foundation 4th National Conference on HIV/AIDS Therapy |
| 2012 | Member | Medscape HIV/AIDSAdvisory Board. New York, New York |
| 2012 | Member | International AIDS Society Advisory Group for the Strategic Support of Treatment as Prevention (TasP Advisory Group) |
| 2013 | Member | Technical Advisory Board at the Global Forum on MSM & HIV (MSMGF) |
| 2014 | Member | amfAR GMT (Gay Men and Transgender) Research Advisory Group |

**Kenneth H. Mayer, M.D.**                                                                          7

| | | |
|---|---|---|
| 2014 | Member | International Association of Providers of AIDS Care (IAPAC) Planning Committee |
| 2014 | Co-Chair | Controlling the HHIV Epidemic with Antiretrovirals: HIV Avoiding the Cost of Inaction<br>Sept 18-19, 2014;  London, England |

**Major Administrative Leadership Positions:**

**Local:**

| | | |
|---|---|---|
| 1987 – 2011 | Director | Brown University AIDS Program (BRUNAP) |
| | Faculty Associate | Center for Gerontology and Health Care Research<br>Brown University |
| 1987 – 1990 | Chair | Medical Advisory Committee, AIDS Action Committee Boston, Massachusetts |
| 1989 – 1991 | Vice Chair | Steering Committee, Rhode Island HIV Planning Commission |
| 1992 | Chair | Ad Hoc Committee to develop Infection Control Continuing Medical Education Guidelines<br>Rhode Island Department of Health |
| 1998 - 2011 | Director | Executive Committee, Lifespan-Brown-Tufts Center for AIDS Research; Prevention Science & Education Core |
| 2007 | Chair | The Global Threat of HIV Among Women:        Challenges and Responses Symposium<br>Brown University AIDS Program, Lifespan/Tufts/Brown Center for AIDS Research, Warren Alpert Medical School, Brown University and Physicians for Human Rights |
| 2008 | Program Leader | Education Focus Group, Brown University AIDS Center |
| 2015 | Co-Chair | Massachusetts Getting to Zero Coalition, Aids Action Committee of Massachusetts |

**Regional:**

| | | |
|---|---|---|
| 1998 – 2011 | Director | Executive Committee, Lifespan-Brown-Tufts Center for |

**Kenneth H. Mayer, M.D.** 8

|      |                        | AIDS Research; Prevention Science & Education Core |
|------|------------------------|----------------------------------------------------|
| 1992 | Course Moderator       | HIV Management for Experienced Providers: Newer Practical Aspects<br>New England AIDS Education and Training Center and Brown University AIDS Program |

**National:**

| 1996 | CME Course Director | Protease Inhibitors: New Perspectives in Treatment<br>New England AIDS Education and Training Center |
|------|---------------------|----|
| 1996-2011 | Fellowship Director | Brown and Tufts University<br>International Training Grant in AIDS Epidemiology<br>(T-32 Grant, Fogarty International Center, NIH) |
| 1997 | Co-Chair | National Institute for Allergy and Infectious Diseases<br>Workshop on Behavioral Interventions for Women at High Risk of HIV Infection |
| 2003 | Co-Chair | NIH/CDC Workshop on Improving the Efficacy of HIV Prevention Efforts for Men who have Sex with Men, Washington, DC |
| 2005 | Advisor | HIV/AIDS Prevention Science Working Group, Office of AIDS Research, NIH |
| 2006 – | Chair | Scientific Review Committee, HIV Prevention Trials Network Executive Committee (NIAID-funded consortium) |
| 2011 – | Chair | Chair of the MSM Working Group for the Executive Committee of HIV Prevention Trials Network (HPTN) |
| 2015 | Chair | Chair of the 2015 National Summit on HCV and HIV Diagonsis, Prevention and Access to Care.<br>Arlington, VA, June 4-6, 2015 |
| 2015 | Member | Advisory Panel on Addressing Disparities, Patient-Centered Outcomes Research Institute (PCORI) |

**International:**

| 2006 – | Co-Chair | Scientific Planning Committee |
|--------|----------|-------------------------------|

**Kenneth H. Mayer, M.D.**                                                                 9

|  |  |  |
|---|---|---|
|  |  | Opportunities for Improving HIV Diagnosis, Prevention & Access to Care in the United States<br>NIH/CDC Consensus Conference |
| 2006 | Chair | Data Safety and Monitoring Board<br>CAPRISA 004 Phase IIB Trial to Access the Safety and Effectiveness of the Vaginal Microbicide 1% Tenofovir Gel for the Prevention of HIV Infection in Women in South Africa<br>Family Health International |
| 2007 | Co-Chair | Concept Development Team for HVTN 073/SAAVI Concept<br>HIV Vaccine Trials Network |
|  | Chair | Safety Evaluation Committee<br>Studies of UC 781 Phase I Trial as a Vaginal Microbicide in Thailand and Emory University<br>Centers for Disease Control |
| 2008 | Co-Chair | Abstract Session – Findings from Phase III Trial<br>Microbicides 2008 Conference<br>New Delhi, India |
| 2013 | Co-Chair | Antiretrovirals for Prevention of HIV Symposium<br>13th International Congress on Infectious Diseases<br>Kuala Lumpur, Malaysia |
| 2014 | Co-Chair | 21st International AIDS Conference (AIDS 2016) – Scientific Programme Committee<br>Durban, South Africa |
| 2015 | Scientific Co-Chair | 3rd International Symposium on the Use of Antiretrovirals to End the AIDS Epidemic<br>Paris, France |
| 2015- | Member | PEPFAR (President's Emergency Program for AIDS Relief) Scientific Advisory Board |

**Committee Service:**

**Local:**

| | | |
|---|---|---|
| 1982 – 1986 | Mayor's Ad Hoc Committee on AIDS | City of Boston, Massachusetts |
| 1983 – 1985 | Pharmacy Committee | Memorial Hospital of Rhode Island |
| 1983 – 2001 | Infection Control Committee | Memorial Hospital of Rhode Island |
| 1985 | Transfusion Medicine Curriculum Review | Program in Medicine, |

**Kenneth H. Mayer, M.D.**                                                                 10

|  | Committee | Brown University |
|---|---|---|
| 1986 – 1987 | CCU/ICU Committee | Memorial Hospital of Rhode Island |
| 1987 – 1988 | Public Forum Planning Committee | Rhode Island Foundation |
| 1987 – 1989 | Governor's AIDS Advisory Council | Rhode Island |
| 1987 – 1990 | AIDS Task Force | Hospital Association of Rhode Island |
| 1987 – 1991 | Institutional Review Board | Marathon House Providence, Rhode Island |
| 1988 - | Medical Advisory Committee | Rhode Island Project AIDS |
| 1988 – 1990 | Advisory Committee Project ADEPT (Alcohol & drug education for physicians training in Primarcy Care) | Brown Center for Alcohol and Addiction Studies |
| 1988 – 1991 | Medical Advisory Board NIMH Regional AIDS Training Contract | John Snow Institute Boston, Massachusetts |
| 1989 – 2001 | HIV Program Advisory Committee | Rhode Island Department of Health |
| 1993 – 1994 | HIV Program Advisory Committee for Implementation of a Pilot Needle Exhange Program | Rhode Island State Legislature |
| 1994 – 1996 | Health Services Committee | Blackstone Valley Community Health Centers, Pawtucket, Rhode Island |
| 1997 – 2000 | Lectureship Committee | Brown University School of Medicine |
| 1997 – 2000; 2004 | Committee on Medical Faculty Appointments (Promotions Committee) | Brown University School of Medicine |
| 1997 - 2011 | Foreign Studies Fellowship Jury | Brown University School of Medicine |
| 2003 | Faculty Subcommittee of the Liaison Committee on Medical Education Task Force | Brown Medical School |
| 2004 | Search Committee for Professor in Epidemilogy | Department of Community Health Brown University |
| 2007 – 2008 | Global Health Committee | Brown University |

**Regional:**

| | | |
|---|---|---|
| 1989 – 1993 | Board of Directors | Community Research Initiative of New England |
| 1988 – 1990 | Subcommittee on Research and Clinical Trials | Governor's Task Force on AIDS (Massachusetts) |
| 1989 – 1991 | Clinical Advisory Group on Costs Outcomes & Correlates of AIDS Utilization Study Harvard School of Public Health | Health Resource Service Administration Health & Human Services |

**Kenneth H. Mayer, M.D.**                                                                    11

| | | |
|---|---|---|
| 1994 – 1996 | Advisory Panel on Off-Label Uses of Prescription Drugs for HIV/AIDS Treatment | Massachusetts Department of Insurance |
| 2000 | Co-Chair – Centers for AIDS Research Annual Symposium | National Institutes of Health, Tufts University School of Medicine |

**National:**

| | | |
|---|---|---|
| 1988 – 1997 | Clinical Trials Advisory Committee | American Foundation for AIDS Research (amFAR) |
| 1989 | Program Committee | First National Conference on Organizing Community-Based Clinical Trials, American Foundation for AIDS Research, Columbia University |
| 1994 | National Steering Committee | 2nd National HIV in Women Conference |
| 1999 | National Executive Committee | National Conference on Women and HIV/AIDS |
| 2002 – 2003 | Planning Committee | 2003 National HIV Prevention Conference |
| 2003 | HIV Prevention in Clinical Care Working Group | Centers for Disease Control and Prevention |
| 2003 – 2004 | Program Planning Committee | 16th National HIV/AIDS Update Conference, amfAR |
| 2004 | Expert Panel on Evaluation of Adherence to National STD Guidelines to Provide STD & Hepatitis Services in the Public & Private Sectors to HIV-Infected Men who have Sex with Men (MSM) | National Center for HIV, STD & TB Prevention, Centers for Disease Control and Prevention |
| 2004 – 2005 | Planning Committee | 17th National HIV/AIDS Update Conference, amfAR |
| 2005 | Program Committee | Treatment and Management of HIV Infection in the United States US Department of Veterans Affairs |
| 2009 | Program Committee | American Conference for the |

**Kenneth H. Mayer, M.D.**                                                                    12

|           |                                                              | Treatment of HIV |
|-----------|--------------------------------------------------------------|------------------|
| 2009      | Organizing Committe                                          | Beyond 2010 "Gaps, Challenges, and Priorities for the future of Preclinical PrEP" Division of AIDS, NIDA, NIH, DHHS |
| 2009      | External Peer Reviewer                                       | HIV/AIDS progam Division of HIV/AIDS Prevention, CDC |
| 2010      | Program Planning Committee                                   | 5th American Conference for the Treatment of HIV (ACTHIV) |
| 2011      | Program Planning Committee                                   | 6th American Conference for the Treatment of HIV (ACTHIV) |
| 2012      | HVTN Scientific Governance Committee – At-Large Principle Investigator | HIV Vaccine Trials Network |
| 2012      | Regulatory/Conflict of Interest/Ethics Committee (RECOI)    | HIV Vaccine Trials Network |
| 2015      | HIV R4P 2016 Organizing Committee                           | HIV Research for Prevention 2016: AIDS Vaccine, Microbicide and ARV-based Prevention Science (HIV R4P) |
| 2015      | Scientific Advisory Board                                    | U.S. President's Emergency Plan for AIDS Relief (PEPFAR) |
| 2016-2017 | Global Health Committee                                      | Infectious Diseases Society of America (IDSA) |

**International:**

|             |                                       |                                        |
|-------------|---------------------------------------|----------------------------------------|
| 1989        | Scientific Program Committee          | VI International Conference on AIDS San Francisco, California |
| 1990        | Program Committee                     | VIII International Conference on AIDS Amsterdam, The Netherlands |
| 1991 – 1998 | International Scientific Committee     | 2nd, 3rd, 4th, 5th Conference on the Prevention of Infection, Nice, France |
| 1998 – 1999 | Organizing Committee                  | 2nd Conference on Global Strategies |

**Kenneth H. Mayer, M.D.** 13

|  |  | for the Prevention of HIV Transmission from Mother to Infant, Montreal, Canada |
|---|---|---|
| 2000 | Organizing Committee | Microbicides 2000 International Conference Alexandria, Virginia |
| 2001 | Scientific Advisory Committee | XIII International Conference on AIDS Barcelona, Spain |
| 2001 – 2002 | International Organizing Committee | Microbicides 2002 International Conference Antwerp, Belgium |
| 2005 | Science Program Committee | 1st National Conference of AIDS Society of India, New Delhi, India |
| 2005 | Program Committee | Microbicides 2006 International Conference Cape Town, South Africa |
| 2006 | Biomedical Prevention Track Committee | 4th International AIDS Society Conference on HIV Pathogenesis Tratment and Prevention Sydney, Australia |
| 2008 | Prevention Research Advisory Group | Forum for Collaborative HIV Research George Washington University Washington, District of Columbia |
| 2008 – 2009 | Steering Committee | 2nd National Conference on HIV/AIDS Therapy: Current Practice & Future Options Mumbai, India |
| 2010 – 2018 | Governing Council | International AIDS Society |
| 2010 | Committee to Nominate Candidates for Study in Fulbright Fogarty Award | Institute of International Education |
| 2011-2012 | Track C Epidemiology and Prevention Science Committee | International AIDS Society 2012 Conference |

<table>
<tr><td></td><td></td><td>Washington, DC</td></tr>
<tr><td>2014-2015</td><td>Track C Prevention Science Committee</td><td>International AIDS Society<br>2015 Conference<br>Vancouver, Canada</td></tr>
</table>

**Professional Societies:**

| | |
|---|---|
| 1980 – | American Federation for Clinical Research |
| 1980 – | American College of Physicians |
| 1983 – | American Association for the Advancement of Science |
| 1983 – | American Public Health Association |
| 1983 – | American Venereal Disease Association |
| 1983 – | Association for Practitioners in Infection Control |
| 1983 – | Rhode Island Medical Society |
| 1987 – 1991 | AIDS Advisory Committee |
| 1985 – | American Society for Microbiology |
| 1990 – | Fellow |
| 1980 – | Infectious Disease Society of America |
| 1998 – | AIDS Committee |
| 1998 | Steering Committee |
| 1998 – 2005 | HIV Medical Association |
| 2007 – | Fellow |
| 1980 – | Massachusetts Medical Society |
| 1988 – | International AIDS Society |
| 1983 – | International Society for Infectious Diseases |
| 1990 – | International Academy of Sex Research |
| 1991 – | Society for Hospital Epidemiology |
| 1992 – | International Immunocompromised Host Society |
| 1993 – | Society for Epidemiological Research |
| 1993 – 1996 | AIDS Committee Member |
| 1993 – 1996 | Society of Hospital Epidemiologists |
| 1993 – 1996 | AIDS/TB Committee |
| 1996 – | Gay and Lesbian Medical Association |
| 1996 – 2002 | Board of Directors |
| 1999 – | Massachusetts Infectious Diseases Society |
| 2003 | Search Committee for Editor-in-Chief of AIDS Clinical Care |
| 2001 – 2003 | American Academy of HIV Medicine, New England Chapter<br>Board of Directors |
| 2015 | Scientific Programme Committee (SPC) Co-Chair, International<br>AIDS Conference, Durban, South Africa |

**Grant Review Activities:**

| | | |
|---|---|---|
| 1989 – 1991 | Steering Committee<br>Vice Chair | Rhode Island HIV Planning<br>Commission |

**Kenneth H. Mayer, M.D.**                                                      15

| | | |
|---|---|---|
| 1989 – 1995 | Clinical Advisory Group of Costs Outcomes & Correlates of AIDS Utilization Study | Harvard School of Public Health |
| 1990 – 1998 | Special Study Section AIDS Research Review Committee | National Institute of Allergy and Infectious Diseases |
| 1990 – 1995 | Data Safety and Monitoring Board AIDS Clinical Trials Program | National Institute of Allergy and Infectious Diseases |
| 1991 | Merit Review Board for Infectious Disease | Veterans Administration |
| 1991 - | Epidemiology and Technology Transfer Subcommittee of the AIDS Research Review Committee (Study Section) | National Institute of Allergy and Infectious Diseases |
| 1991 - | Scientific Advisory Committee | amfAR |
| 1991 – | Reviewer and Permanent Member | |
| 1996 – 2000 | Clinical Endpoint Committee – HIV-1 Immunogen Study 806 | Immune Response Corp. |
| 1997 - | NIH ROI Clinical Advisory Panel of Clinical Effectiveness Project for AIDS Care | NIH |
| 1998 – 2001 | Study Section – AIDS Research Review Committee | NIH |
| 2005 | HIV/AIDS Prevention Science Working Group | Office of AIDS Research, NIH |
| 2006 | Clinical Advisory Group of U19 Microbicide Development Program | UCLA Center for Prevention Research |
| 2011 | American Academy of Microbiology | Fellow |

## Editorial Activities

| | | |
|---|---|---|
| 1984 – 1991 | Reviewer | Reviews of Infectious Diseases |
| 1985 – | Reviewer | Annals of Internal Medicine |
| 1985 – | Reviewer | Pharmacotherapy |
| 1987 – | Reviewer | AIDS |
| 1987 – | Reviewer | Archives of Internal Medicine |

**Kenneth H. Mayer, M.D.**                                                                16

| 1987 – | Reviewer | Journal of the American Medical Association |
|---|---|---|
| 1987 – | Reviewer | New England Journal of Medicine |
| 1988 – | Reviewer | Antimicrobial Agents and Chemotherapy |
| 1989 – | Reviewer | Journal of Acquired Immune Deficiency Syndromes |
| 1991 – | Reviewer | Clinical Infectious Diseases |
| 1991 – | Reviewer | Journal of Infectious Diseases |
| 1991 – | Reviewer | American Journal of Obstetrics and Gynecology |
| 1993 – | Reviewer | Journal of Clinical Microbiology |
| 1995 – | Reviewer | Lancet |
| 2006 | Reviewer | Institute of Medicine Monograph on New Approaches to HIV Prevention |

**Other Editorial Roles:**

| 1987 – 1992 | Editorial Board | Brown University STD Report |
|---|---|---|
| 1988 – 1992 | Editorial Board | Case and Consensus |
| 1990 – | Editorial Board | AIDS Alert |
| 1991 – 1997 | Editorial Board | Journal of Clinical Microbiology |
| 1992 – | Medical Editor | AIDS/HIV Treatment Directory, amFAR |
|  | Editorial Board | Opportunistic Infections in HIV Infected Patients Monograph Series |
| 1994 – | International Editorial Advisory Committee | Actualizaciounes en Sida (Spanish language AIDS journal) |
| 1995 – | Editorial Advisory Board | Clinical Microbiology and Infection |
|  | International Editorial Advisory Committee | Atualizacao em AIDS (Brazilian AIDS Journal) |
| 1996 – | Editorial Board | AIDS Patient Care and STDs |
| 2006 – | Associate Editor |  |
| 1999 – | Editor – HIV/AIDS Topics | Clinical Infectious Diseases |
| 2005 – | Editorial Board | Journal of LGBT Health Research |
| 2006 – | Editorial Board | LiveMed Journal (HIV/AIDS) |
| 2008 – | Honorary Editorial Board | Immunology and Immunogenetic Insights |
| 2009 | Advisory Board | Virulence (Journal) |
| 2011– | Editorial Board | AIDS (Journal) |
| 2012– | Editorial Board | The Indian Journal of Medical Research |
| 2014 | Guest Editor | Clinical Infectious Diseases |
| 2016– | Editorial Board | Journal of the International AIDS Society (JIAS) |
| 2017– | Editorial Board | Journal of Acquired Immune Defficiency Syndrome (JAIDS) |
| 2017– | Editor-in-Chief | Journal of the International AIDS Society (JIAS) |

**Honors and Prizes:**

| 1968 | General Honors Program | University of Pennsylvania | Scholastic Achievement |
|---|---|---|---|
| 1986 | Governor's Recognition Award | Commonwealth of | AIDS Research |

**Kenneth H. Mayer, M.D.**                                                                17

| | | | |
|---|---|---|---|
| | | Massachusetts | |
| 1989 | Master of Arts (ad eundum) | Brown University | Faculty Tenure |
| 1990 | Community Recognition Award | AIDS Action Committee | Initiating Community Based AIDS Research |
| 1998 | Community Service Award | Search for a Cure Boston, Massachusetts | Initiating Community Based AIDS Research |
| 1998 | AIDS Leadership Award | Rhode Island Community Planning Group | Initiating Community Based AIDS Research |
| 1998; 2001 | Teaching Excellence Award | Brown Medical School | Lectures on HIV natural history and prevention |
| 2001 | Paul J. Galkin Lecturer | Brown University | Distinguished Leadership in HIV/AIDS |
| 2001 | Medical Achievement Award | AIDS Project Rhode Island | Organizing community-based care for HIV-infected patients |
| 2002 | Honorary Life Membership | The Indian Medical Association | Chennai Central Branch, India |
| 2007 | Distingusished Citation | HIVMA Society of the Infectious Diseases Society of America | Academic Contribution to AIDS Research |
| 2008 | Tim Gill Endowed Lectureship | University of Colorado | Academic Contribution to AIDS Research |
| 2008 | Charles Hill Award | Rhode Island Medical Society | Academic Contribution to AIDS Research |
| 2013 | Gertrude and Herman Silver 22nd Annual Lecture Award | The Children's Hospital of Philadelphia | Work on Behalf of Children, Adolescents and Families Affected by HIV Disease |
| 2015 | Dr. Robert J. Glaser Visiting Professor | Washington University School of Medicine | Clinical Mentorship |
| 2016 | Partnership Award | Communities Advocating Emergency AIDS Relief (CAEAR) Coalition | Contributions in the Fight against HIV/AIDS |

**Kenneth H. Mayer, M.D.**                                                          18

| 2016 | Ward Cates Spirit Award | HIV Prevention Trials Network (HPTN) | Outstanding contributions to HPTN's mission through public health advocacy, leadership, and mentoring |

## Report of Funded and Unfunded Projects

**Past Funded Projects:**

| 1983 | PI | NIH Biomedical Research Grant 1-507-RR05862 The Relation of Nosocomial Antibiotic Resistance Plasmids to Bacterial Adherence and Colonization | $9,949.00 |

| 1984 | PI | Rhode Island Foundation Grant Molecular Epidemiology of Plasmid-Mediated Antibiotic Resistance in Selected Rhode Island Hospitals | $8,000.00 |

| 1984-1985 | PI | Schering Corporation Characterization of Nosocomial Antibiotic Resistance Plasmids | $5,000.00 |

| 1985 | PI | Squibb Pharmaceuticals Synergistic Interactions between Aztreonam and Amino-glycosides. Aminoglycoside- and Beta Lactamase-Producing Gram-Negative Bacteria | $5,000.00 |

| 1985 | Co-I | Centers for Disease Control Behavioral and Immunologic Determinants of Exposure to HTLV-III/LAV among Homosexual Partners In conjunction with the City of Boston, Department of Health and Hospitals, and Harvard Medical School | $111,434.00 |

| 1985-1986 | PI | Miles Pharmaceuticals Synergistic Interactions between Oxyquinolones and Beta Lactams in Aminoglycoside-and Beta Lactamase-Producing Gram Negative Bacteria | $15,0000.00 |

| 1985-1990 | Co-PI | Commonwealth of Massachusetts Behavioral Epidemiology and the Natural History of HTLV-III Infection among Homosexual Males in Massachusetts | $394,256.00 Annually |

**Kenneth H. Mayer, M.D.**

| | | | |
|---|---|---|---|
| 1986 | PI | Miles Pharmaceuticals<br>Evaluation of Plasmid Curing by Ciprofloxacin and the *In Vitro* Comparison of Combination Activity by Ciprofloxacin plus Mezlocillin vs. Aminoglycoside plus Mezlocillin | $15,000.00 |
| 1986-1987 | PI | Brown University Biomedical Research Matrix Grant<br>Molecular Epidemiology of Antibiotic Resistance Plasmids in *Klebsiella pneumoniae* in the Boston Teaching Hospitals | $18,000.00 |
| 1987 | PI | Rhone-Poulenc Pharmaceuticals<br>Synergism and Plasmid-Curing Effects of Pefloxacin and Beta Lactams against Aminoglycoside Resistant Enterobacteriaceae | $15,000.00 |
| 1987 | PI | Warner-Lambert Pharmaceuticals<br>A Randomized Comparative Study of Enoxacin (IV Followed by Oral) Versus Standard Parenteral Therapy in the Treatment of Hospitalized Patients with Complicated Urinary Tract Infections including Upper Urinary Tract Infections<br>Brown University-wide study | $145,500.00 |
| 1987-1992 | PI | National Institute of Allergy and Infectious Diseases Grant R01-AI-25828-01 SRC<br>Heterosexual Transmission of HIV Infection in Greater Providence | $2.1 Million |
| 1987 | | Supplemental funding for increased outreach and laboratory studies | $627,419.00 |
| 1987-1988 | PI | Rhode Island Foundation<br>HIV Seroepidemiology among High Risk Group Members | $5,000.00 |
| 1988 | PI | Genetic Systems, Inc<br>Seroepidemiology of HIV-2 and HTLV-I in Rhode Island | $5,000.00 |
| 1988 | PI | Cambridge Bioscience Corporation<br>HIV Infection: Assessment of Newer Assays | $18,288.00 |
| 1988-1989 | PI | Searle, Incorporated<br>*In Vitro* Studies of the Efficacy of Lomefloxacin (NY-198) on Multiresistant Clinical Isolates | $30,000.00 |

**Kenneth H. Mayer, M.D.**

| | | | |
|---|---|---|---|
| 1988-1991 | PI | Centers for Disease Control<br>Epidemiologic Research Studies of HIV Infection: Lab Studies of Heterosexual HIV Transmission | $183,840.00 |
| 1988–2000 | PI (RI) | Health Resources and Service Administration (HRSA)<br>AIDS Education and Training Center<br>Subcontract from Area Health Education Center (AHEC),<br>U. Mass.; Brown University | $57,000.00<br>(per year) |
| 1989 | PI | Abbott Laboratories<br>Clinical Studies of the Performance of the HIV-1 Quantitative<br>Anti-p24 EIA (recombinant DNA) | $9,800.00 |
| 1989–1991 | Co-PI | Integra Institute/NIMH<br>A Phase I Trial of Intranasal Peptide T: Safety, Toxicity, and Pharmacokinetics in HIV-1-Infected Patients | $213,768.00 |
| 1990 | PI | Warner-Lambert Pharmaceuticals<br>Comparative Susceptibility Testing of PD-124816 and 117596-2<br>Versus Other 4-Quinolone Antibiotics, in Comparison to Extended Spectrum Beta Lactams  and Aminoglycosides, against a Panel of Highly Resistant Gram-Negative Bacilli | $30,000.00 |
| 1990–1991 | Co-PI | World AIDS Foundation<br>Collaboration in AIDS/HIV Education for Health Care Professionals<br>University of the Philippines and Brown University | $198,000.00 |
| 1990–1992 | Co-PI | Bristol-Myers Pharmaceuticals<br>A Phase I Safety Study of 2', 3' dideoxy-2', 3' didehydrothymidine (d4T) Administered Three Times Daily to Patients with AIDS or AIDS-related Complex | $50,768.00 |
| 1990–1997 | Co-PI | American Foundation for AIDS Research<br>Community-Based Clinical Trial Network Operating Grant<br>Brown University AIDS Program | $100,000.00 |
| 1991–1992 | PI | Brown University Wayland Collegium Faculty Development Grant Faculty Seminar on the Lessons of the AIDS Epidemic | $5,000.00 |

**Kenneth H. Mayer, M.D.**

| | | | |
|---|---|---|---|
| 1991–<br>1992 | PI | Brown University Speaker Series Grant<br>Brown University AIDS Program | $2,600.00 |
| 1991–<br>1994 | PI | American Foundation for AIDS Research<br>Fluconazole Prophylaxis of Mucosal Candidal Infections<br>in HIV-Infected Women | $50,000.00 |
| 1991–<br>1996 | Co-PI | Centers for Disease Control<br>HIV Epidemiology Research Studies (HERS)<br>Renewed for 1996-2001 | $1,341,950.00<br><br>$1,341,950.00 |
| 1992–<br>1995 | PI | National Institute of Mental Health<br>Predicting HIV-Risky Heterosexual Behavior in Women<br>Subcontract - University of Rhode Island, Psychology<br>Department | $69,404.00 |
| | | Year Three Supplement | $20,193.00 |
| 1993–<br>1995 | PI | Glaxo Pharmaceuticals<br>Randomized Controlled Study of 3TC (Lamivudine)<br>Alone and in Combination with AZT (Zidovudine) | $90,361.00 |
| 1994 | PI | Upjohn Pharmaceuticals<br>Randomized Double-Blind, Placebo- Controlled<br>Comparative Dose Response Study of Two Doses of<br>Atevirdine Mesylate in Combination with Fixed Doses<br>of Zidovudine (ZDV) in HIV+ Patients<br>Protocol Extension: 12/94-1/96 | $91,420.00<br><br><br><br><br>$12,740.00 |
| 1994 | PI | Upjohn Pharmaceuticals<br>A Double-Blind Randomized Comparative Study of<br>Delavirdine Mesylate (U-90152S)  in Combination with<br>Didanosine (ddI) versus ddI alone in HIV-1 Infected<br>Individuals with CD4 Counts of<br>$\leq 300/mm^3$ | $76,800.00 |
| 1994–<br>1995 | PI | Upjohn Pharmaceuticals<br>Optional, Open Label, Extended Use Delavirdine<br>Mesylate Treatment in Triple Combination for HIV-1+<br>Patients who Participated in Other Delavirdine Mesylate<br>Protocols | $26,914.00 |
| 1994–<br>1997 | Co-I | Agency for Health Care Policy and Research (AHCPR)<br>Developing Econometric Models to Estimate AIDS<br>Costs | $9,028.00 |

**Kenneth H. Mayer, M.D.**

| 1994–2000 | PI | National Institute of Allergy and Infectious Disease Contract (SFP-N01-AI35176) HIV Vaccine Preparedness Study and Phase III Efficacy Trials | $6,221,700.00 |
|---|---|---|---|
| 1995–1998 | PI | National Institutes of Health: Cervicovaginal Inflammation and Infection and HIV Load | $773,069.00 |
| 1996 | PI | Rhode Island Department of Health HIV Prevention Outreach to Women of Color | $40,000.00 |
| | | Renewed: 1997 | $30,000.00 |
| 1996–1998 | PI | National Institutes of Allergy and Infectious Diseases AIDS International Research and Training Program (AIRTP) Renewed 1998 – 1999 (Memorial Hospital portion - $21,012.00) Renewed 1999 – 2000 (Memorial Hospital portion - $37,579.00) | $101,931.00 |
| 1996–1997 | PI | National Institute of Allergy and Infectious Disease Contract (SFP-N01-AI35176) HIV Vaccine Preparedness Study and Phase III Efficacy Trials Substudy: HIV Early Detection Study (HEDS) | $17,903.00 |
| 1996–2001 | PI | National Institute of Allergy and Infectious Disease Contract (SFP-N01-AI35176) HIV Vaccine Preparedness Study and Phase III Efficacy Trials Substudy: Phase I Vaginal Microbicide Study | $149,915.00 |
| 1996–1998 | PI (RI) | State Health Resources and Service Administration (HRSA) AIDS Education and Training Center Subcontract – Area Health Education Center (AHEC), U. Mass.; Brown University Subcontract renewed 06/98-06/99 (Memorial Hospital portion - $6,920.00) | $51,823.00 |
| 1996–1999 | PI | Immune Response Corporation A Multicenter, Double-Blind, Phase III, Adjuvant-Controlled Study of the Effect of 10 Units of HIV-1 Immunogen Compared to IFA alone every 12 Weeks on AIDS-Free Survival in Subjects with HIV Infection and CD4 T Lymphocytes between 300 and 549 cells/uL regardless of Concomitant HIV Therapies | $243,625.00 |

**Kenneth H. Mayer, M.D.**

| 1997–1998 | PI | Gilead Sciences<br>A Phase II, Stratified, Randomized, Open Label, Multi-Center Study of the Safety and Efficacy of Adefovir Dipivoxil and Indinavir in Combination with Zidovudine (AZT), Lamivudine (3TC) or Stavudine (d4T) for the Treatment of Therapy Naive HIV-Infected Patients with CD4 Cell Counts $\geq$ 100 Cells/mm3 and HIV-1 RNA Copy Numbers $\geq$ 5,000 Copies/ml (#GS-96-411) | $54,941.00 |
| 1997–1998 | PI | Gilead Sciences<br>A Phase II, Stratified, Randomized, Double Blind, Multi-Center Study of the Safety and Efficacy of Adefovir Dipivoxil (ADF) at Two Dose Levels in Triple Combination Therapies with Protease Inhibitors (PI) and Nucleoside Reverse Transcriptase Inhibitors (RTI) for the Treatment of HIV-Infected Patients with CD4 Cell Counts of $\geq$ 100/mm and HIV-1 RNA Copy Numbers >5,000 Copies/ml and Prior RTI Therapy but NO Prior PI Therapy (GS-97-417) | $54,941.00 |
| 1997–1999 | Site PI | National Institutes on Drug Abuse<br>Acceptance of Vaginal Microbicides by Drug Involved Women (1 R01 DA10671) | $171,300.00 |
| 1997–1999 | PI | NIAID (HIVNET)<br>A Phase II Safety & Immunogenicity    Trial of Live Recombinant Canarypox ALVAC-HIV vCP205 with or without HIV-1 SF-2 RGP120 in HIV-1 Uninfected Adult Volunteers | $64,653.00 |
| 1997–2001 | Co-PI | National Institutes of Health<br>Antiviral Therapy and HIV in the Genital Tract of Women | $182,382.00 |
| 1998 | PI | Gilead Sciences<br>A Phase II, Stratified, Randomized, Double Blind, Multi-Center Study of the Safety and Efficacy of Adefovir Dipivoxil (ADF) at Two Dose Levels in Triple Combination Therapies with Protease Inhibitors (PI) and Nucleoside Reverse Transcriptase Inhibitors (RTI) for the Treatment of HIV-Infected Patients with CD4 Cell Counts of $\geq$ 100/mm and HIV-1 RNA Copy Numbers >5,000 Copies/ml and Prior RTI Therapy but NO Prior PI Therapy (GS-97-417) | $54,941.00 |
| 1998 | PI | Roche Laboratories | $13,000.00 |

**Kenneth H. Mayer, M.D.**

|  |  | A Phase IV, Non-Comparative Study to Evaluate FORTOVASE (Saquinavir) Soft Gel Capsule (SGC) TID Regimen in Combination with Two NRTIs in HIV-1 Infected Women and Men |  |
|---|---|---|---|
| 1998–2001 | Co-PI | National Institutes of Health<br>Lifespan-Tufts-Brown Center for AIDS Research<br><br>Director of Prevention Core (2007 – 2008) | $168,866.00 |
| 1998–1999 | PI | Triangle Pharmaceuticals<br>A Randomized, Open-Label Equivalence Study of FTC Versus Lamivudine in Patients on a Stable Triple Antiretroviral Therapy Regimen Containing Lamivudine, Stavudine, or Zidovudine, and a Protease Inhibitor or Non-Nucleoside Reverse Transcriptase Inhibitor | $20,940.00 |
| 1998–2001 | Co-PI | National Institutes of Health<br>HIV-1 ENV-Directed ADCC as a Mechanism for CD4 Depletion | $31,741.00 |
| 1998–2002 | Co-PI | National Institute of Mental Health<br>Increasing Condom Use with a Stage-Matched Intervention | $256,018.00 |
| 1998–2003 | Co-PI | NICHHD<br>Stage-Matched Intervention to Increase Dual Method Use | $321,733.00 |
| 1999 | PI | NIAID (HIVNET 020)<br>A Phase I Multicenter   Escalation Safety & Acceptability Study of the Investigational Vaginal Microbicide Agent PRO 2000/5 Gel | $76,879.00 |
| 1999–2000 | PI | NIAID (HPTN): PMPA Study: National Institutes of Allergy & Infectious Disease A Phase I Vaginal Microbicide Study of PMPA | $321,294.00 |
| 1999–2001 | PI | Centers for Disease Control<br>PEP Postexposure Prophylaxis Surveillance for Non-Occupational Exposure to HIV in Massachusetts | $1,613,670.00 |
| 1999–2002 | PI | VaxGen, Incorporated<br>A Phase III Trial to Determine the Efficacy of Bivalent AIDSVAX B/B Vaccine in Adults at Risk of Sexually | $100,000.00 |

**Kenneth H. Mayer, M.D.** 25

|  |  | Transmitted HIV-1 Infection in North America/VAX 004 |  |
|---|---|---|---|
| 2000–2001 | PI | Visible Genetics<br>Study of Effectiveness of Anti-Retroviral Regimens Chosen by HIVGenotype: The SEARCH Protocol | $15,000.00 |
| 2000–2001 | PI | NIAID<br>HIV Prevention Trials Network<br>($87,401, Memorial Hospital of RI; $38,858, YRG-Chennai) | $208,436.00 |
| 2000–2004 | PI | Centers for Disease Control<br>Project VISION: Conduct and Evaluation of On-going Phase III  HIV Vaccine Efficacy Trials | $1,451,601.00 |
| 2000–2004 | Co-PI | NIAID<br>HIV Vaccine Trials Network – Harvard Medical School | $159,636.00 |
| 2001–2002 | PI | NIAID T-32:  AIDS International Research and Training Program Supplement (Fogarty International Center) | $54,175.00 |
| 2001–2002 | PI (RI) | Health Resources and Service Administration (HRSA)<br>AIDS Education and Training Center<br>Subcontract from Area Health Education Center (AHEC),<br>University of Massachusetts | $54,726.00 |
| 2001–2003 | PI | NIAID<br>AIDS International Research and Training Program (Fogarty Center) | $575,000.00 |
| 2001–2005 | Co-PI | National Institutes of Health<br>Antiviral Therapy and   HIV in the Genital Tract of Women | $469,591.00 |
| 2001–2006 | PI | NIAID: HIV Prevention Trials Network, Clinical Trials Unit | $2,302,325.00 |
| 2001– | PI | NIAID<br>Behavioral Second ary HIV Prevention Interventions in India—International Research Collaboration (YRG Care, Chennai, India) | $75,000.00 |
| 2003– | PI | CONRAD Program – Eastern Virginia Medical School | $118,673.00 |

**Kenneth H. Mayer, M.D.**

| 2004 | | Phase I 14-day Safety and Acceptability Study of 10% Polystyrene Sulfonate Gel | |
|---|---|---|---|
| 2005–2006 | Co-PI | NIMH<br>Facilitate Innovative Prevention Research on the Early Identification of Acutely HIV-Infected and Highly Contagious Persons as Part of a Multi-Site Pilot and Feasibility Study | $40,947.00 |
| 2006 | PI | AIDS Project RI/RI Department of Health HIV Prevention/Disease Control Measures Coordination | $22,770.00 |
| 2006– | PI | Yale University<br>Understanding the Social and Psychological Context of Acute HIV Infection | $46,897.00 |
| 2006–2010 | PI | Centers for Disease Control<br>Pre-Exposure Prophylaxis – PREP Protocol | $683,792.00 |
| 2006-2011 | PI | Massachusetts Department of Public Health STD/HIV Prevention Training Center | $997,535 |
| 2007–2009 | PI | NIH<br>Center for AIDS Research Supplement<br>Factors associated with thr provision of HIV Voluntary Counseling and Testing in Chennai, India | $50,000.00 |
| 2007–2010 | PI | NIH Office of AIDS Research<br>HIV 1/2 and HSV-2 Infection in South Indian Truck Drivers: Developing Novel Models for Prevention | $95,527.00 |
| 2007–2011 | PI | MDPH<br>STD Prevalence Monitoring Project in Asymptomatic Men who Have Sex with Men (MSM) | $100,000.00 |
| 2007-2013 | Co-I | UMAI068619<br>NIAID/Family Health International (FHI360)<br>HIV Prevention Trials Network (HPTN)<br>Leadership Group | $219,108 |
| 2008-2009 | PI | 5H4A-HA00013-03<br>New England AIDS Education & Training Center | $28,068.00 |
| 2009-2013 | PI | 5R01HD059533-02 NICHHD<br>Microbicide Safety and Acceptability in Young Men | $1,095,434 |

**Kenneth H. Mayer, M.D.**

| | | | |
|---|---|---|---|
| 2008-2013 | PI | UM1AI069480<br>NIAID<br>Clinical Trial Unit for HIV Prevention and Microbicide Research | $6,998,765 |
| 2010-2011 | PI | 1UB2HA20233-01-00 HRSA<br>ARRA-Community Health Applied Research Network: The Fenway Institute HIV/AIDS Research Node | $1,543,613.00 |
| 2010-2011 | PI | MDPH<br>Acceptability and Feasibility of a Behavioral Intervention to Reduce HIV Risk Behaviour Among Men Who Have Sex with Men at Sex Parties in Massachusetts ( Project PARTY) | $163,830.00 |
| 2011-2012 | PI | P30 AI06354<br>Harvard CFAR | $12,681.00 |
| 2011-2012 | PI | R01 AI058736<br>International Cost Effect Grant | $12,681.00 |
| 2006-2013 | Co-PI | U01A1068614  - NIAD<br>Leadership Group for a Global HIV Vaccine Clinical Trials Network<br>USA HIV Vaccine Trials Unit – PIF funding | $224,295.00 |
| 2006-2013 | Co-PI | UM1AIO68614<br>NIAID/Fred Hutchinson Cancer Research Center Boston, USA HIV Vaccine Trials Unit – Protocol Implementation Funding | $2,286,833 |
| 2007-2013 | PI | U01AI068619 – NIAID<br>HIV Prevention Trials Network (HPTN) Leadership Group | $23,643.00 |
| 2008-2013 | Co-PI | 7U01AI069412-03<br>Harvard Medical School Vaccine Clinical Trials Unit | $718,059.00 |
| 2008-2013 | Co-PI | UM1AI069412<br>NIAID/ Beth Israel Deaconess Medical Center Harvard Medical School Vaccine Clinical Trials Unit | $2,615,422 |
| 2009-2013 | Co-I | UM1AI068614<br>NIAID/Fred Hutchinson Cancer Research Center | $196,155 |

**Kenneth H. Mayer, M.D.**                                                                          28

|  |  |  |  |
|---|---|---|---|
|  |  | HVTN Scientific Leadership – SSC At-Large Investigator and Member, Conflict of Interest Subcommittee |  |
| 2008-2013 | PI | 5U01AI069480-03 NIH Clinical Trials Unit for HIV Prevention and Microbicide Research | $371,291.00 |
| 2009-2011 | Co-I | R01A1083060 – NIH Prevention Umbrella for MSM in the Americas | $39,683 |
| 2009-2013 | Co-PI | 5U01AR057954-02 NIH Patient-Reported Outcomes in Routine Clinical Care of Patients Infected with HIV (PROMIS) | $12,851.00 |
| 2010-2013 | Site-PI | R43AI084145 NIH/Strata Various Product Design RAI CONDOM: Feasibility & acceptability Study, Phase 1 Pilot Clinical Research | $257,956 |
| 2010-2013 | PI | UB2HA20233 HRSA ARRA-Community Health Applied Research Network: The Fenway Institute HIV/AIDS Research Node | $1,983,468 |
| 2011-2013 | Site PI | UMAI068619 NIAID/ Family Health International (FHI360) Chemoprophylaxis for HIV Prevention in Men Expansion (IPrEX OLE) | $1,207,273 |
| 2013-2014 | PI | Gilead Sciences National Online PrEP Educational Program for MSM | $141,950 |
| 2013-2014 | PI | Gilead Sciences PrEP Education to a National Network of Community Organizations | $164,170 |

**Presently Funded Projects:**

|  |  |  |  |
|---|---|---|---|
| 2007-2019 | Co-I | UMAI068619 NIAID/Family Health International (FHI360) HIV Prevention Trials Network Protocol Leadership; HPTN069 | $416,212 |
| 2011- | PI | U01HD068040 | $3,211,519 |

**Kenneth H. Mayer, M.D.**

| | | | |
|---|---|---|---|
| 2017 | | NICHD<br>Fenway Adolescent Trials Network | |
| 2011-<br>2016 | Co-I | U01HD040533<br>NICHD/University of Alabama<br>ATN Coordinating Center – Member of Adolescent<br>Medicine Leadership Group of the ATN | $27,2053 |
| 2009-<br>2019 | Co-I | UM1AI068614<br>NIAID/Fred Hutchinson Cancer Research Center<br>HTN Scientific Leadership – Scientific Committee At-<br>Large Member, Regulatory/Ethics and Conflict of<br>Interest Committee | $227,617 |
| 2011-<br>2016 | Co-I | U19AI096398<br>NIAID/Boston University<br>Monoclonal Antibody-based Multipurpose Microbicides | $118,538 |
| 2010-<br>2020 | Site-PI | P01AA019072<br>NIH/Brown University<br>Alcohol and HIV: Biobehavioral Interactions and<br>Interventions | $2,161,012 |
| 2011-<br>2017 | Site-PI | U01AA020793<br>NIAA/University of Washington<br>ARCH-ERA: Alcohol Research Consortium in HIV-<br>Epidemiological Research Arm | $206,180 |
| 2012-<br>2016 | PI | IN-US-236-0136<br>Gilead Sciences<br>A phase IV open-label evaluation of safety, tolerability<br>and acceptability of<br>Elvitegravir/Cobicistat/Emtricitabine/Tenofovir Disprosil<br>Fumarate Single-Tablet Regimen for non-occupational<br>prophylaxis following potential exposure to HIV-1 (Quad<br>PEP) | $199,320 |
| 2013-<br>2020 | Multi-PI | UM1AI069412<br>NIAID/BIDMC<br>Harvard/Boston/Providence Clinical Trials Unit<br>(Harvard/B/P CTU) | $8,118,313 |
| 2006-<br>2016 | Site<br>Leader | R24AI067039<br>NIH/UAB<br>Unsolicited R24 for the CFAR-Network of<br>Integrated Clinical Sciences, CNICS | $2,961,460 |
| 2013-<br>2020 | Committe<br>e Member | HHSN272201300012I<br>UAB<br>Sexually Transmitted Infections Clinical Trials Group<br>(STI CTG) | $62,486 |

**Kenneth H. Mayer, M.D.**

| | | | |
|---|---|---|---|
| 2014-2016 | Site PI | ME-1403-14081<br>PCORI/ University of Washington<br>Expanding PRO assessment integrated into routine clinical care of patients with HIV t new PROMIS domains: Identifying patient priorities, developing cross-walks with legacy instruments, and evaluating predictive validity | $26,530 |
| 2014-2017 | Site PI | HHSH250201400001C<br>HRSA/Kaiser Foundation Research Institute<br>Building Data Infrastructure in the Safety Net to Conduct Patient-Centered Outcomes Research | $1,045,999 |
| 2015-2016 | PI | IN-US-276-1676<br>Gilead Sciences<br>The experience of using tenofovir-emtricitabine for Pre-Exposure Prophylaxis for at-risk patients enrolled in primary care at Fenway Health, Boston, Mass. | $48,645 |
| 2014-2019 | Site PI | U01DA037702<br>NIH/University of Washington<br>Seek, Test, Treat, and Retain Data Harmonization Coordination Center | $175,193 |
| 2015-2017 | Multi PI | R34MH104083<br>NIMH/ U. Pittsburgh<br>Feasibility of Short-Term, PrEP Uptake for MSM with Episodic High-Risk for HIV | $395,110 |
| 2015-2016 | PI | MAC AIDS Fund<br>Development of a Mobile-Based Application to Increase Uptake of HIV Testing and Detection of New HIV I | $150,000 |
| 2015-2016 | PI | ViiV Healthcare<br>Perceived Acceptability of Injectable PrEP in a Racially Diverse Sample of Young MSM | $166,228 |
| 2015-2016 | PI | Cepheid<br>Clinical Evaluation of the Xpert HIV-1 VL:A Method Comparison Study 177B | $154,104 |
| 2015-2020 | Site PI | UG1DA015831<br>NIDA/ McLean Hospital<br>The National Drug Abuse Treatment Clinical Trials Network | $94,685 |
| 2015-ongoing | Core Director | Harvard CFAR<br>Behavioral and Social Science Core | $50,537 per year |

## Report of Local Teaching and Training

**Teaching of Students in Courses:**

**Brown University:**

| 1983- | Pharmacology and Mechanisms of Action of Antibiotics | 1st and 2nd year medical students | Professor | 20 hour course |
|---|---|---|---|---|
| 1983 – | Antibiotic Resistance | 1st and 2nd year medical students | Professor | 20 hour course |
| 1983 – | Epidemiology, Clinical Manifestations and Treatment of HIV/AIDS | 1st and 2nd year medical students | Professor | 20 hour course |
| 1984 | Gram Positive Cocci | 1st year medical students | Lecture | BioMed 158 – Medical Microbiology |
| 1984 – 1986 | Clinical Correlations: Acquired Immunodeficiency Syndrome | 2nd year medical students | Lecture | |
| 1984 – 1986 | Antibiotics-Mechanisms of Action | 2nd year medical students | Lecture | |
| 1984 – 1986 | Mechanisms of Resistance to Antibiotics | 2nd year medical students | Lecture | |
| 1984 – 1986 | Clinical Correlations: Acquired Immunodeficiency Syndrome | 2nd year medical students | Lecture | |
| 1984 – 1986 | Antibiotics-Mechanisms of Action | 2nd year medical students | Lecture | |
| 1984 – 1986 | Mechanisms of Resistance to Antibiotics | 2nd year medical students | Lecture | |
| 1986 | Evolution and Stability of Nosocomial Plasmids Carrying the 2'-Adenyl Transferase Gene | Graduate Program in Molecular Biology, Cell Biology and Biochemistry | Lecture | |

**Kenneth H. Mayer, M.D.**                                           32

| 1988 | HIV Infection and AIDS | Human Sexuality Course | Lecture | |
| 1988 | HIV and Human Retroviruses | 2nd year medical students | Lecture | Medical Microbiology Course |
| 1988 | AIDS Demographics | Graduate Seminar on Mortality, Department of Sociology | Lecture | |
| 1991- | Senior Seminar: Lessons of AIDS | Medical Students | Course Director | 20 hour course |

**University of Rhode Island:**

| 1988 | Natural History of HIV Infection | Microbiology Department Graduate Seminar | Lecture | |
| 1990 | HIV and Other Human Retroviruses | Medical Microbiology Course | Lecture | |
| 1992- | HIV/AIDS | Graudate Students in Microbiology | Lecture | 4 hours annually |
| 1992 | Advanced Clinical Microbiology II (MTC 541) | | Course Lecturer | |
| 1996 | HIV | Clinical Virology Course, Laboratory Science Program | Course Instructor | |

**Rhode Island College:**

| 1990 | Mechanisms of Antibiotic Action | Fogarty Life Sciences Center | Lecturer | |

**Harvard School of Public Health:**

| 1987 | Strategies for the Prevention of HIV Infection, Inter- disciplinary Course: The AIDS Epidemic | | Lecture | 2 hours |
| 1996 | CB222d – HIV Prevention and Intervention Research | The AIDS Epidemic, Department of Cancer Biology | Lecture | |
| 2008-2009 | IMI228 – Combating Infectious Disease in the | | Lecturer | 2 hours annually |

**Kenneth H. Mayer, M.D.**                                                      33

2009 Developing World:
Design of Clinical Trials,
National Program Building
and Evaluation

**University of Massachusetts School of Public Health:**

| 1988 | Biological Issues in AIDS | Course on AIDS | Lecture |

**Boston University School of Public Health:**

| 1988 | Behavioral and Serological Studies of Gay Men in Boston | Course on AIDS | Lecture |
| 1990; 1992 | Studies on the Natural History of HIV Infection | Course on The Epidemiology of AIDS: Methodologic Issues | Guest Lecturer |

**Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs):**

| 1983 | Clinical Updates on HIV/AIDS Prevention | Brown University Internal Medicine | Two 2-hour symposia per year |
| 2012 | LGBT Healthcare | JAR/SAR Ambulatory Teaching Rounds, Massachusetts General Hospital | 2-hour symposia |

**Clinical Supervisory and Training Responsibilities:**

| 1983 | Infectious Disease Clinical Service Attending | Memorial Hospital of Rhode Island and Miriam Hospital | 1-3 months per year |
| 1983 – 2002 | General Medicine Service Attending | Memorial Hospital of Rhode Island | 1 month per year |

**Laboratory and Other Research Supervisory and Training Responsibilities:**

| 1983 – | Oversight of HIV Serodiagnostic Laboratory | 10% effort |

**Formally Supervised Trainees:**

For all the international trainees: I was the Director of the Brown/Tufts University Fogarty AIDS International Research and Training Program and provided one-on-one mentoring and assistance in developing research protocols that were subsequently peer reviewed.

**Kenneth H. Mayer, M.D.**                                                     34

For all the US trainees: I have been a senior faculty member on several T32 training grants, including those of Dr. Timothy Flanigan, at Brown University; Dr. Christine Wanke, at Tufts University; and Dr. Kenneth Freedberg, of Harvard Medical School.  For each of the US mentees who participated in the T32 training program, I met with them on a weekly basis and assisted them in developing protocols which subsequently underwent peer review at their local institutions.  I also assisted the mentees in data analysis and reviewed manuscripts, which were jointly published.

| | | |
|---|---|---|
| 2001 – 2003 | Mark Lurie, BS PhD | Assistant Professor, Brown University |
| 2001 – 2004 | Rochelle Rosen, PhD | Assistant Professor, Brown University |
| | Roland Merchant, MD | Assistant Professor, Brown University Emergency  Medicine, Rhode Island Hospital |
| | Phyllis Losikoff, MD, PhD | Assistant Professor/Brown University |
| 2003 | Thambu Dundaranam, MD PhD | Assistant Professor, Christian Medical College, Vellore, India |
| | Asep Purnama, MD | Faculty, Udayana University, Bali, Indonesia |
| | I Gusti Made Sumanatera, MD | Faculty, Udayana University, Bali, Indonesia |
| | Sam Sophan, MD | Senior Physician, National Pediatirc Hospital Cambodia |
| | Seng Sut Wantha, MD | Medical Epidemiologist, National AIDS Control Organization, Phnom Penh, Cambodia |
| 2004 – 2007 | N. Bella, MD | Medical Officer, YRG Center for AIDS Research & Education, Chennai, India |
| 2004 | Smita Joshi, MD | Research Officer, Indian Council for Medical Research, Pune, India |
| | Soeung Seithatbooth, MD | Senior Physician, Angkor Hospital for Children, Siem Riep, Cambodia |
| | Connie Ang, BS | Senior Technologist, University of Manila, The Phillipines |
| | Jamie Montoya, MD | Senior Medical Officer, Research Institute for Tropical Medicine, Alibang, The Philippines |
| 2005 – 2007 | Ramnath Subbaraman, MD | Associate Physician, Brigham and Women's Hospital Instructor in Medicine, Harvard Medical School |
| 2005 | Reynaldo Imperial, PhD | Associate Dean, University of Manila, The Philippines |
| | Angelina Mirasol, MD | Medical Officer, University of Manila The Philippines |
| | Lim Kruy, MD | Physician, Center of Hope, Phnom Penh, Cambodia |
| | Narahmhan Padmanesan, MD | Medical Officer, YRG Center for AIDS |

**Kenneth H. Mayer, M.D.**                                                      35

|      |                                   |                                                                                      |
|------|-----------------------------------|--------------------------------------------------------------------------------------|
|      |                                   | Research & Education, Chennai, India                                                 |
|      | Venkatedan Perumal, MD            | Medical Officer, TB Research Center, Chennai, India                                  |
|      | Thai Sopheak, MD                  | Physician, Center of Hope, Phnom Penh, Cambodia                                      |
|      |                                   |                                                                                      |
| 2006 | Kartik Venkatish, MD              | PhD Candidate, Brown University                                                      |
|      | Abigail Harrison, PhD             | Assistant Professor, Brown University                                               |
|      | Sameer Kumta, MD, MPH             | Clinton Foundation, Mumbai, India                                                   |
|      | Jasmin Helan Prasad, MD, MPH      | Reader, Christian Medical College, Vellore, India                                   |
|      | Rita Issac, MD                    | Reader, Christian Medical College, Vellore, India                                   |
|      |                                   |                                                                                      |
| 2007 | Geetha Ramchandran, PhD           | Senior Research Officer, TB Research Center, Chennai, India                          |
|      | Edelwisa Segubre, MS              | Lab Technologist, Research Institute for Tropical Medicine, Alibang, The Philippines |
|      | Sunil Abraham, MD                 | Lecturer, Christian Medical College, Vellore, India                                 |
|      | Ramesh Kumar, MD                  | Medical Officer, TB Research Center, Chennai, India                                  |
|      | Cecilia Anitha, MS                | Biostatician, IYRG Center for AIDS Research & Education, India                       |
|      | Nomita Chandhiok, BS              | Deputy Director, Indian Council for Medical Research, New Delhi, India               |
|      | Esther Clyde Nabakwe, PhD         | Medical Officer, Moi University, Eldoret, Kenya                                      |
|      | Kin Bunna, MD                     | Medical Officer, National AIDS Control Organization, Phnom Penh, Cambodia            |
|      | Lien Quach, MD, MPH               | Project Director, Tufts University study in Vietnam                                  |
|      | Hillary Mabeya, MD                | Chief of Obstetrics & Gynecology, Moi University, Eldoret, Kenya                     |
|      | Susan Kiene, PhD                  | Assistant Professor, Brown University                                               |
|      | Kartik Venkatish, MD              | PhD Candidate, Brown University                                                      |
|      | Ann Mwangi, MS                    | Fogarty Trainee, Research Scholar; PhD Canidate, Biostatistics Brown university, Home Institution Moi University, Kenya |
| 2008 – 2016 | Amy Nunn, ScD              | Postdoctoral Fellowship, Associate Professor of Public Health and Medicine, Brown University T32 Fellow, The Miriam Hospital |
| 2008 | M. Muniyandi, MS                  | Health Economist, TB Research Center, Chennai, India                                |
|      | Anand Manoharan, MD, MPH          | Medical Officer, Christian Medical College, Vellore, India                          |
|      | Susan Kiene, PhD                  | Assistant Professor, Brown University                                               |

**Kenneth H. Mayer, M.D.**                                                    36

| | | |
|---|---|---|
| 2009 | Kartik Venkatesh, MD/PhD | Graduate student, Brown University, Providence, RI |
| | Susan Kiene, PhD | Assistant Professor of Medicine (Research) in the Department of Medicine at Brown Medical School |
| | Gavin Myers | MPH Candidate 2011, Alpert Medical School of Brown University Department of Community Health |
| | Shivaji Jadhav, PhD | Fogarty Trainee; Senior Research Fellow, Indian Council for Medical Research, New Delhi, India |
| | Chandreasekaram Vedachalam, PhD | Fogarty Trainee; Research Officer Statistics, TB Research Center, Chennai, India |
| | AS Kundu, PhD | Fogarty Trainee; Scientist-E, Social & Behavioral Research Unit, Indian Council for Medical Research, New Delhi, India |
| | Anju Sinha, MD, PhD | Fogarty Trainee; Senior Research Officer, Indian Council for Medical Research, New Delhi, India |
| | Sau Sokun Mealiny, MD, MPH | Fogarty Trainee; AIDS Care Officer, National Center for HIV/AIDS and Dermatology and STDs, Phnom Penh, Cambodia |
| | Rose Kosgei, Resident | Fogarty Trainee; Masters in Obstetrics and Gynecology, Moi University, Eldoret, Kenya |
| | Winstone Nyandiko Mokaya, MD | Fogarty Trainee; Senior Lecturer, Moi University, Eldoret, Kenya |
| | Naftaki Busakhala, MD | Fogarty Trainee; Senior Lecturer, Moi University, Eldoret, Kenya |
| 2010 – 2011 | Omar Galarraga, MA, PhD | K01 Trainee, IRSDA Trainee Assistant Professor of Health Services Policy and Practice, Brown University School of Public Health |
| 2010 | Naftaki Busakhala, MD | Fogarty Trainee, Research Scholar; Chairman, Oncology Hematology Department, Moi University, Eldoret, Kenya |
| | Shirley Andrews, MBBS | Fogarty Clinical Research Scholar; Physician, YRG Care, India |
| | Kirwa Kipruto, MPH | Fogarty Trainee, Research Scholar; PhD Candidate, Epidemiologu, Brown University, Kenya |
| | Rose Kosgei, MD | Fogarty Trainee, Research Scholar; MS Clinical Trials Candidate, London School for tropical Medicine, home Institution, Moi University, Kenya |
| | Sarath Kros, MD | Fogarty Trainee, Research Scholar; Deputy Director, Provincial Health Services, Siem Reap, |

**Kenneth H. Mayer, M.D.**                                                                        37

|  |  |  |
|---|---|---|
|  |  | Cambodia |
|  | Krutika Kuppali, MD | Fogarty Clinical Research Fellow; YRG Care, India |
|  | Ann Mwangi, MS | Fogarty Trainee, Research Scholar; PhD Canidate, Biostatistics Brown university, Home Institution Moi University, Kenya |
|  | Winstone Nyandiko Mokaya, MD | Fogarty Trainee, Research Scholar; Senior Lecturer and Associate Program Reseach Manager, AMPATH, Moi University, Kenya |
|  | Samara Rifkin. MPH | Fogarty Clinical Research Scholar; YRG Care, India |
|  | Kartik Venkatesh, PhD | Brown University post-graduate student |
|  | Susan Kiene, PhD | Assistant Professor of Medicine (Research) in the Department of Medicine at Brown Medical School |
|  | Douglas Krakower, MD | ID fellow, Beth Israel Hospital |
|  | Sabrina Assoumou, MD | ID fellow, Beth Israel Hospital |
| 2011 – 2016 | Philip Chan, MD, MS | Assistant Professor of Medicine, Brown University |
|  |  | Director, STD Clinic, The Miriam Hospital |
|  |  | Medical Director, Office of HIV/AIDS, Viral Hepatitis, STDs, and TB, Rhode Island Department of Health |
|  | Kristen Underhill, DPhil, JD | K01 Trainee, Associate Research Scholar, Yale University |
| 2011 | Douglas Krakower, MD | ID fellow, Beth Israel Hospital |
|  | Sabrina Assoumou, MD | ID fellow, Beth Israel Hospital |
|  | Samara Rifkin. MPH | Fogarty Clinical Research Scholar; YRG Care, India |
|  | Kartik Venkatesh, PhD | Brown University post-graduate student |
|  | Amy Nunn, ScD | T32 Fellow, The Miriam Hospital |
|  | Krutika Kuppali, MD | Fogarty Clinical Research Fellow; YRG Care, India |
|  | Ann Mwangi, MS | Fogarty Trainee, Research Scholar; PhD Canidate, Biostatistics Brown University, Home Institution Moi University, Kenya |
|  | Naftaki Busakhala, MD | Fogarty Trainee, Research Scholar; Chairman, Oncology Hematology Department, Moi University, Eldoret, Kenya |

**Kenneth H. Mayer, M.D.**                                    38

|  | Kirwa Kipruto, MPH | Fogarty Trainee, Research Scholar; PhD Candidate, Epidemiology, Brown University, Kenya |
|---|---|---|
|  | Susan Kiene, PhD | Assistant Professor of Medicine (Research) in the Department of Medicine at Brown Medical School |
|  | Sarath Kros, MD | Fogarty Trainee, Research Scholar; Deputy Director, Provincial Health Services, Siem Reap, Cambodia |
| 2012 – 2014 | Brian Zanoni, MD, MPH | ID Fellow, HIV Fellow, Massachusetts General Hospital/Brigham and Women's Hospital |
| 2012 – 2016 | Brian Chan, MD | Associate Physician, Division of Infectious Diseases, Brigham and Women's Hospital |
| 2013 – 2016 | Catherine Oldenburg, BS, MPH | Doctoral Candidate, Harvard School of Public Health |
|  |  | Associate Physician, Brigham and Women's Hospital |
| 2014 – 2016 | Ramnath Subbaraman, MD | Instructor in Medicine, Harvard Medical School |
|  | Rupa Patel, MD, MPH | KL2 Trainee, Instructor, Division of Infectious Diseases, PrEP Program Director, Global Health Pathway in Internal Medicine Director, School of Medicine, Washington University |
|  | Sarah Calabrese, PhD | Associate Research Scientist, Social and Behavioral Sciences Division/Chronic Disease Epidemiology Department, Yale School of Pulic Health |

**Harvard School of Public Health Doctoral Thesis Committee Member:**

| 1999 | Jason Blackard, PhD | Immunology and Infectious Diseases |
|---|---|---|
| 2006 | Neda Sharghi, PhD | Immunology and Infectious Diseases |
| 2006 | Matthew Mimiaga, ScD | Society, Human Development and Health |
| 2007 | Roland Merchant, PhD | Epidemiology |

**Brown University Public Health Doctoral Thesis Committee Member:**

| 2010 | Kartik Venkatesh | Epidemiology |
|---|---|---|

**Kenneth H. Mayer, M.D.**

**Formal Teaching of Peers:**

| | | |
|---|---|---|
| 1989 | HIV Management: 1990 and Beyond<br>Providence, RI | CME Course Co-director<br>Brown University AIDS Program and<br>Rhode Island Department of Health |
| 1990 | Practical Management of HIV Infection<br>Providence, RI | CME Course Co-Director<br>Brown University |
| 1994 | HIV Update: Current State of the Art<br>Providence, RI | CME Course Director<br>Brown University |
| 1994 | HIV and Substance Abuse for Primary<br>Providers<br>Kingstown, RI | CME Course Director<br>Brown University |
| 1997 | HIV/HBV Bi-Directional Transmission<br>OSHA Blood borne Pathogens<br>Regulations and the Practicing<br>Physician<br>Providence, RI | CME Course Director<br>Brown University |
| 1999 | Management of Candidiasis in HIV-<br>Infected Patients: Prevention and<br>Treatment of Drug Resistance<br>Providence, RI | CME Course Regional Meeting<br>Brown University |
| 2004 | Pandemic: Providing Hope,<br>Pandemic/AIDS Symposium<br>Providence, RI | CME Course Director<br>Brown University |
| 2004 | HIV Transmission and Prevention<br>Primary Provider AIDS Education<br>Program<br>Providence, RI | CME Course Director<br>Brown University |

**Local Invited Presentations:**

1983       Acquired Immunodeficiency Syndrome                                               Grand Rounds
Department of Medicine, Rhode Island Hospital, Providence, Rhode Island

1983       Acquired Immunodeficiency Syndrome                                               Grand Rounds
Department of Medicine, Providence Veterans Administration Hospital, Providence, Rhode Island

**Kenneth H. Mayer, M.D.**                                                                40

| | | |
|---|---|---|
| 1983 | Acquired Immunodeficiency Syndrome | Grand Rounds |

Department of Medicine, Newport Naval Hospital, Newport, Rhode Island

| | | |
|---|---|---|
| 1983 | Antibiotics and Antibiotic Resistance<br>Course on Nosocomial Infections | Lecture |

| | | |
|---|---|---|
| 1984 | Prophylactic Use of Antibiotics in Surgery | Grand Rounds |

Department of Surgery, Memorial Hospital, Pawtucket, Rhode Island

| | | |
|---|---|---|
| 1984 | The Use of Plasmids as an Epidemiologic Tool | Lecture |

Microbiology Department, Roger Williams General Hospital, Providence, Rhode Island

| | | |
|---|---|---|
| 1984 | Prophylactic Use of Antibiotics in Surgery | Grand Rounds |

Department of Surgery, The Miriam Hospital, Providence, Rhode Island

| | | |
|---|---|---|
| 1984 | Molecular Epidemiology of Nosocomial Antibiotic Resistance Plasmids | Lecture |

Rhode Island College Biology Colloquium, Providence, Rhode Island

| | | |
|---|---|---|
| 1984 | Mucocutaneous and Opportunistic Infections in Patients with AIDS | Lecture |

New England Dermatologic Society Annual Didactic Meeting, Brown University, Providence, Rhode Island

| | | |
|---|---|---|
| 1984 | Hepatitis B Vaccine | Grand Rounds |

Depaertment of Medicine, Woonsocket Hospital, Woonsocket, Rhode Island

| | | |
|---|---|---|
| 1984 –<br>1987 | Infectious Diseases Review Course | Faculty Presenter |

American Board of Internal Medicine, Brown University, Providence, Rhode Island

| | | |
|---|---|---|
| 1985 | Bacterial Resistance to Antibiotics:  New Challenges, New Approaches,<br>New Therapies | Grand Rounds |

Depaertment of Medicine, The Memorial Hospital, Pawtucket, Rhode Island

| | | |
|---|---|---|
| 1985 | The Molecular Epidemiology of Nosocomial Antibiotic Resistance<br>Plasmids | Lecture |

Department of Medicine, Research Conference, Brown University, Providence, Rhode Island

| | | |
|---|---|---|
| 1985 | Newer Diagnostic Techniques for Chlamydia Infection | Grand Rounds |

Department of Family Practice, Memorial Hospital, Pawtucket, Rhode Island

| | | |
|---|---|---|
| 1985 | Antibiotics in Orthopedic Infections | Lecture |

Orthopedic Conference, Memorial Hospital, Pawtucket, Rhode Island

| | | |
|---|---|---|
| 1985 | AIDS | Grand Rounds |

Department of Medicine, The Miriam Hospital, Providence, Rhode Island

| | | |
|---|---|---|
| 1985 | AIDS | Grand Rounds |

**Kenneth H. Mayer, M.D.**                                                              41

Department of Surgery, Memorial Hospital, Pawtucket, Rhode Island

1985        AIDS for EMT's                                                    Lecture
Memorial Hospital, Pawtucket, Rhode Island

1985        HTLV-III/LAV Virus and the Natural History of Infection          Lecture
Conference on AIDS, Rhode Island Department of Health, Butler Hospital, Providence, Rhode Island

1986        AIDS                                                             Grand Rounds
Department of Medicine, Veteran's Administration Hospital, Providence, Rhode Island
1986        AIDS                                                             Conference
Clinicopathologic, Department of Pathology, Brown University and Roger Williams General Hospital,
Providence, Rhode Island

1986        Molecular Epidemiology of Antibiotic Resistance Plasmids        Lecture
Program in Medicine Seminar, Brown University, Providence, Rhode Island

1986        Natural History of HTLV-III/LAV Infection                       Lecture
Program in Medicine Seminar, Brown University, Providence, Rhode Island

1986        AIDS and Children                                               Grand Rounds
Department of Pediatrics, Rhode Island Hospital, Providence, Rhode Island

1986        AIDS                                                            Grand Rounds
Department of Family Practice, Memorial Hospital, Pawtucket, Rhode Island

1986        Evaluation and Management of Patients with Human Immuno-deficiency  Lecture
            Virus Infection:  Update in the Practice of Infectious Disease
Department of Medicine Symposium, Brown University, Providence, Rhode Island

1986        Natural History of HIV Infection in the Boston Cohort Studies   Lecture
Department of Community Medicine, Brown University, Providence, Rhode Island

1986        Newer Antibiotics                                               Grand Rounds
Department of Medicine, Newport Naval Hospital, Newport, Rhode Island

1987        New Developments in Antimicrobial Therapy                       Grand Rounds
Department of Medicine, Kent County Memorial Hospital, Warwick, Rhode Island

1987        The Management of Infections in the Elderly                     Grand Rounds
Department of Medicine, Rhode Island Medical Center, Cranston, Rhode Island

1987        The Management of Opportunistic Infections in Patients with AIDS  Lecture
Rhode Island Department of Health Conference on AIDS for Physicians and Other Health Care
Providers, Providence, Rhode Island

**Kenneth H. Mayer, M.D.**                                                          42

1987        Laboratory Diagnosis of Infectious Diseases                    Grand Rounds
Department of Pediatrics, Memorial Hospital, Pawtucket, Rhode Island

1987        Update on AIDS and HIV Infection                              Grand Rounds
Department of Medicine, Memorial Hospital, Pawtucket, Rhode Island

1987        Diagnosis and Management of HIV Infection                     Rounds
Department of Emergency Medicine, Memorial Hospital, Pawtucket, Rhode Island

1987        New Frontiers in Antimicrobial Therapy                        Lecture
Changes in the Patterns and Prevalence of Nosocomial Pathogens Symposium, Brown University,
Providence, Rhode Island

1987        The Natural History of HIV Infection                          Lecture
Rhode Island Medical Society 175th Anniversary Scientific Seminar, Memorial Hospital,
Pawtucket, Rhode Island

1987        Natural History and Epidemiology of HIV Infection             Lecture
Department of Molecular Genetics Symposium, Brown University, Providence, Rhode Island

1987        The Appropriate Use of the Newer Antibiotics                  Grand Rounds
Department of Medicine, Notre Dame Hospital, Central Falls, Rhode Island

1987        Update on AIDS                                                Lecture
Annual Meeting of New England Region of the American College Health Association,
Newport, Rhode Island

1987        Newer Antibiotics for the Management of Gram Negative Sepsis  Lecture
Notre Dame Hospital, Central Falls, Rhode Island

1987        Basic Issues Regarding AIDS and Infection Control             Grand Rounds
Department of Surgery, Memorial Hospital, Pawtucket, Rhode Island

1987        The Clinical Spectrum of HIV Infection                        Lecture
Kent County Memorial Hospital Symposium, Warwick, Rhode Island

1987        AIDS in the Workplace                                         Speaker
     Rhode Island Project AIDS and Rhode Island Department of Health
Symposium,
Providence, Rhode Island

1988        The Human Face of AIDS                                        Moderator
Brown University Commencement Forum, Providence, Rhode Island

1988        Medical Information on AIDS                                   Leader
AIDS Training Workshop for Substance Abuse Program Administrators, R.I. Department of Mental

**Kenneth H. Mayer, M.D.**                                                           43

Health, Retardation and Hospitals, Division of Substance Abuse, Cranston, Rhode Island

1989        Natural History of HIV Infection:  Prospects for Treatment              Grand Rounds
Department of Medicine, Rhode Island Hospital, Providence, Rhode Island

1989        Surrogate Markers of HIV Infection                                      Speaker
AIDS Clinic Lecture Series, Rhode Island Hospital, Providence, Rhode Island

1989        Advances in the Treatment of AIDS                                       Speaker
Northeast Regional Methadone Conference, Newport, Rhode Island

1990        Natural History and Therapeutic for HIV Infection                       Speaker
New England Regional Meeting, American Association for Cancer Research, Providence, Rhode Island

1991        AIDS in Primary Care                                                    Grand Rounds
Department of Medicine, South County Hospital, Wakefield, Rhode Island

1991        Alumni Confronting the AIDS Epidemic:  Personal Perspectives of         Moderator
            Clinical Investigators
Brown University Commencement Forum, Providence, Rhode Island

1991        Overview of Infections in the Compromised Host                          Speaker
 Management of Opportunistic Fungal Infections: Strategies for the 1990's Symposium,
 Providence, Rhode Island

1991        Medical Management of HIV Infected Patients                             Speaker
The Providence Center, Providence, Rhode Island

1991        Antibiotic Resistance, Plasmids and Strain Resistance                   Speaker
Symposium on Intestinal Colonization and Mechanisms of Pathogenesis, Annual Meeting of Northeast
Association for Clinical Microbiology and Infectious Diseases, Galilee, Rhode Island

1991        The Sexual Transmission of HIV:  What We Have Learned from              Speaker
            Biological and Behavioral Research Provisions
Second New England Community Conference on HIV, Providence, Rhode Island

1991        Prior Directives in Patients with AIDS                                  Panelist
Department of Community Health Symposium, Brown University, Providence, Rhode Island

1991        Update on HIV/AIDS Research                                             Moderator and
                                                                                    Panelist
World AIDS Day Symposium, Brown University AIDS Program, Providence, Rhode Island

1992        AIDS Update, in Infectious Disease Update–1992                          Invited Speaker
Kent County Memorial Hospital, Warwick, Rhode Island

**Kenneth H. Mayer, M.D.**                                          44

1992        The AIDS Epidemic:  What about Women?                    Moderator
Brown University Commencement Forum, Providence, Rhode Island

1992        Unsafe Sex Among New Englanders at Increased Risk for HIV Infection    Invited Speaker
Psychology Department Colloquium, University of Rhode Island, Kingston, Rhode Island

1992        Issues in the Management of HIV-Infected Patients        Lecture
CME Course "Update in Infectious Diseases," Providence, Rhode Island

1992        Results of Research on Heterosexual Transmission of HIV   Lecture
Rhode Island Department of Health, Providence, Rhode Island

1992        Genital Tract Inflammation among Heterosexuals at Risk for HIV    Presentation
Association of Clinical Scientists Spring Meeting, Newport, Rhode Island

1993        AIDS and the Jewish Community                            Panelist
World AIDS Day Observance, Jewish Federation of Rhode Island,
Providence, Rhode Island

1993        Minority HIV/AIDS Forum of the Church                    Keynote Speaker
Community Leaders and Health Care Professionals, Brown University,
Providence, Rhode Island

1995        HIV in Women                                             Grand Rounds
Women and Infants Hospital, Providence, Rhode Island

1995        Current Issues in the HIV Epidemic                       Keynote Speaker
Bay Chapter of the Clinical Laboratory Science Society of Central New England,
Providence, Rhode Island

1996        Community Outreach and HIV                               Invited Speaker
Second Annual Research Forum, Brown University, Providence, Rhode Island

1996        Infectious Disease Update: HIV Implications for Clinical Practice    Invited Speaker
Brown University School of Medicine, Providence, Rhode Island

1996        Transmission, Risk and Early Diagnosis of HIV Infection   Invited Speaker
Infectious Disease Update: The Millennium Approaches, Brown University,
Providence, Rhode Island

1996        Comprehensive Management of HIV Disease                  Moderator
Kent County Memorial Hospital, Warwick, Rhode Island

1996        Update on Research Medical Advances                      Moderator
Taking Control: A Symposium Focusing on Chronic Conditions Disabilities,
University of Rhode Island, Kingston, Rhode Island

**Kenneth H. Mayer, M.D.**                                                                45

1997        AIDS Vaccines                                                      Invited Speaker
Clinical Laboratory Science Seminar, Department of Pathology, Brown University,
Providence, Rhode Island

1997        AIDS Epidemic in New England                                       Invited Speaker
Symposium on Emerging Infections in New England, American Society for Microbiology,
Newport, Rhode Island

1997        Global Overview of HIV/AIDS: Current Status Prospects for the Future    Invited Speaker
In collaboration with the University of Phillipines AIDS Study Group, the AIDS International Training
and Research Program, Brown University, Providence, Rhode Island

1997        HIV Infection Among Incarcerated Women                             Invited Speaker
New England Regional Symposium, New England AIDS Education & Training
Center, Providence, Rhode Island

1998        Update on Strategies for HIV Prevention (Vaccines & Microbicides)   Lecture
Annual HIV CME Course, Brown University, Providence, Rhode Island

1998        Update on Therapy and Prevention in HIV Disease                    Grand Rounds
Veteran's Affairs Medical Center, Providence, Rhode Island

1998        Update on HIV Treatment and Monitoring                             Grand Rounds
       Department of Perinatalogy, Women & Infants Hospital, Providence, Rhode
Island

1998        Scientific Rational for Post Exposure Prophylaxis                   Discussant
Department of Medicine, Brown University, Providence, Rhode Island

1999        Options: Reframing HIV Prevention Efforts at the Community Level    Invited Speaker
Brown University Symposium, Providence, Rhode Island

1999        The State of the Epidemic at the Turn of the Century               Keynote Speaker
AIDS Project Rhode Island Annual Meeting, Providence, Rhode Island

1999        Update on HIV Prevention Research                                  Speaker
Where We Stand:  The Latest News in HIV Treatment and Prevention
A World AIDS Day Presentation, Brown University, Providence, Rhode Island

2000        Update on Project ACHIEVE and HIV Prevention in New England        Invited Speaker
       Division of General Internal Medicine Research Meeting, Brown University, Providence, Rhode
Island

2000        The Biological Basis of HIV Transmission-Implications for Prevention    Invited Speaker
Department of Community Health Seminar Series, Brown University, Providence, Rhode Island

**Kenneth H. Mayer, M.D.**                                                                    46

2000        Biological Approaches to HIV Prevention                    Grand Rounds
Department of Medicine, VA Medical Center, Providence, Rhode Island

2000        An Update on Non-Occupational Post-Exposure Prophylaxis     Speaker
Brown University AIDS Program Symposium, Providence, Rhode Island

2001        Best Practices in HIV Treatment                            Presenter
Best Practices for Treatment of Opiate Dependence Conference, American Methadone Treatment
Association, Newport, Rhode Island

2001        AIDS and Rights                                            Panelist
World AIDS Day Conference, Students for AIDS Awareness, Brown University,
Providence, Rhode Island

2001        HIV Dynamics in the Genital Tract                          Lecturer
Lifespan/Tufts/Brown Center for AIDS Research, co-sponsored by Brown University AIDS Program,
Providence, Rhode Island

2002        The Rationale for HIV Post-Exposure Prophylaxis            Presenter
Guidelines on Non-Occupational Post Exposure Prophylaxis (NPEP) Provision in Rhode Island,
Brown University AIDS Program, Providence, Rhode Island

2002        Microbicide and Vaccine Studies Currently Underway in the   Presenter
            Providence Area
World AIDS Day, Women CARES and Miriam Hospital Project Achieve in collaboration with the
Brown University AIDS Program, Providence, Rhode Island

2003        Prevention and Treatment of Infectious Disease in Prison: What    Introductory
            Corrections-Based Staff Need to Know                              Remarks
        RI Department of Corrections and the RI Brotherhood of Correctional Officers in collaboration
with the Brown University AIDS Program, Warwick, Rhode Island

2004        Opening Remarks and Closing Remarks                        Speaker
        Second Annual Northeast Regional Advisory Meeting – Optimizing Antiretroviral Therapy,
Brown University AIDS Program, Providence, Rhode Island

2004        Clinical Implications for HIV Prevention                   Speaker
        Second Annual Northeast Regional Advisory Meeting – Optimizing Antiretroviral Therapy,
Brown University AIDS Program, Providence, Rhode Island

2004        Microbicides and Post-exposure Prophylaxis—Chemical Condoms   Speaker
        Pandemic/AIDS Symposium, Brown University, Providence, Rhode Island

2004        HIV Update                                                 Grand Rounds
        Department of Medicine, Landmark Medical Center, Woonsocket, Rhode

**Kenneth H. Mayer, M.D.**                                                    47

Island

2004        HIV Update                                              Grand Rounds
Department of Medicine, Our Lady of Fatima Unit, St. Joseph's Hospital, North Providence,
Rhode Island

2004        HIV Transmission and Prevention                        Speaker
        1st Annual HIV Care:  Prevention to Treatment, Rhode Island Chapter of Association of Nurses in
AIDS Care and Brown University AIDS Program, Providence, Rhode Island

2004        Sexual Risk and HIV Seroconversion in Chennai, India   Speaker
World AIDS Day, Brown University AIDS Program, Providence, Rhode Island

2004        Engaging The Community in HIV Vaccine Research         Speaker
World AIDS Day Program, Brown University, Providence, Rhode Island

2005        Update from the 12th Conference on Retroviruses and    Speaker
            Opportunistic Infections
        Brown University AIDS Program, Providence, Rhode Island

2005        HIV/AIDS in India: A Discussion Among Experts          Panelist
        Watson Center for International Decelopment, Brown University,
Providence, Rhode Island

2005        HIV Transmission and Prevention                        Speaker
        Primary Provider AIDS Education, Brown University AIDS Program, Providence, Rhode Island

2005        Antiretrovirals and HIV Prevention:      Panacea or Pandora's Box    Speaker
        Population Studies and Training Center, Brown University, Providence, Rhode Island

2005        Microbicide Community Forum:  What is a rectal microbicide?    Speaker
Massachusetts for Microbicides and Fenway Community Health, Boston, Massachusetts

2005        Antiretrovirals for HIV Prevention: Panacea or Pandora's Box    Presenter
        Lifespan/Tufts/Brown Center for AIDS Research, Providence, Rhode Island

2005        Clinical Trials to Prevent HIV Transmission:  HVTN/HPTN    Speaker
        Clinical Trials:  Application, Ethics, and Long-term Goals, World AIDS Day presentation,
Brown University AIDS Program, Providence, Rhode Island

2006        Newly Emerging STDs:  What every gay/bi man should know!    Speaker
The Living Well Series, Fenway Community Health, Boston, Massachusetts

2006        Update on HIV                                          Grand Rounds
        Department  of  Medicine,  Landmark  Medical  Center,  Woonsocket,  Rhode
Island

**Kenneth H. Mayer, M.D.**                                                                 48

2006        Lost and Found: 25 Years of AIDS                          Panelist
            Fenway Community Health, Boston, Massachusetts

2006        Welcoming Remarks                                         Course Director
            Primary Provider AIDS Education Program, Brown University AIDS Program,
Providence, Rhode Island

2006        HIV Transmission and Prevention                           Speaker
            Primary Provider AIDS Education Program, Brown University AIDS Program,
Providence, Rhode Island

2006        Necessary and Never Too Soon: Vaccine Trial Preparation   Speaker
            2nd Annual Vaccine Renaissance RI Conference, Providence, Rhode Island

2007        Cultural Awareness in Caring for LGBT Patients            Speaker
            Clinical AIDS Task Force Series, Brown University AIDS Program, Providence, Rhode Island

2007        Cultural Awareness in Caring for LGBT Patients            Speaker
            New England STD Prevention Training Center STD Training Workshop, The Miriam Hospital,
Providence, Rhode Island

2007        Biological Challenges to STD and HIV Prevention           Panel Member
The Global Threat of HIV Among Women: Challenges and Responses Symposium
Brown University AIDS Program, Lifespan/Tufts/Brown Center for AIDS Research, Warren Alpert
Medical School, Brown University, and Physicians for Human Rights, Providence, Rhode Island

2007        Sexual Health and Risk in Men Who have Sex with Men       Speaker
            4th Rhode Island Association of Nurses in AIDS Care and Brown University AIDS Program,
Warwick, Rhode Island

2007        Looking Forward: Update on HIV Prevention                 Speaker
            Community Forum, Fenway Community Health, Boston, Massachusetts

2008        HIV Testing in 2008                                       Speaker

Clinical AIDS Task Force Series, Brown University AIDS Program, Providence, Rhode Island

2008        Update on HIV Prevention: Progress and Challenges         Grand Rounds
            Department of Medicine, Rhode Island Hospital, Providence, Rhode Island

2008        HIV Update: 2008                                          Grand Rounds
            Department of Medicine, Landmark Medical Center, Woonsocket, Rhode
Island

2008        State of the Science:    HIV Natural History & Behavioral Studies    Speaker

**Kenneth H. Mayer, M.D.**                                                49

Fenway Institute/Center for Population Research in LGBT Health, Boston, Massachusetts

2008        HIV: A General Overview for Surgeons                          Speaker
        Anorectal Surgery for the General Surgeon, CME Course, The Miriam Hospital,
Providence, Rhode Island

2008        Update on Recent Clinical Microbicide Trials                  Speaker
Update from the International Microbicide Meetings in New Delhi, Lifespan/Tufts/Brown Center for
AIDS Research, Providence, Rhode Island

2008        The Third Decade of AIDS: Where Are We, and Where Are We Going?    Speaker
Annual International Research Conference on the Role of Families in Preventing and Adapting to
HIV/AIDS, National Institute of Mental Health, Providence, Rhode Island

2008        The Local and Global Legacy of Dr. Charles C.J. Carpenter     Speaker
Festschrift Symposium Honoring Dr. Charles Carpenter, Brown University/ Lifespan/and
Lifespan/Tufts/Brown CFAR, Providence, Rhode Island

2009        Incorporating Health & Human Rights in Your Profession        Panelist
2009 Physicans for Human Rights National Student Conference, Brown University, Providence, Rhode
Island

2009        Physician/Agency panel                                        Panelist
National Black HIV/AIDS Awareness Day 2009, Brown University, Providence, Rhode Island

2010        Update on Prevention Studies from the International AIDS Conference in    Speaker
                Vienna
Department of Medicine/Division of Infectious Diseases Conference, Rhode Island Hospital/The
Miriam Hospital Providence, Rhode Island

2011        Accessibility to CNICS Data                                   Speaker
Lifespan/Tufts/Brown Center for AIDS Research, Providence, Rhode Island

2011        HIV Prevention in Global Context                             Speaker
 BIARI Global Health Institute on HIV and AIDS, Providence, Rhode Island

2011        Antiretroviral Chemoprophylaxis: What have we learned so far? Women    Speaker
                and HIV – Updates on Antiretroviral therapy: Implications and Pre-
                conception Use in Serodiscordant Couples
 Brown University AIDS Program, Lifespan/Tufts Brown Center for AIDS Research, Providence,
 Rhode Island

2011        Update of Emerging HIV Prevention Strategies, PrEP Data and   Speaker
                Implications for HVTN 505 and Boston Recruitment
 Harvard Vaccine Clinical Trials Unit Quarterly Full Group Meeting, Beth Israel Medical Center,
 Boston, Massachusetts

**Kenneth H. Mayer, M.D.**                                                                    50

2011          Global and Local Health Disparities                                    Speaker
 AIDS@30 International Symposium: Engaging to End the Epidemic. Harvard School of Public Health.
 Boston, Massachusetts.

2011          New Biologic Approaches to HIV Prevention                    Speaker
 HIV Update: Contemporary Issues in Management. Boston, Massachusetts.

2012          Update on Preexposure Prophylaxis                                Speaker
 Fenway Community Health. Boston, Massachusetts

2012          Update on Sexually Transmitted Diseases in MSM          Speaker
 Fenway Community Health. Boston, Massachusetts

2012          HIV/AIDS in the African American Community                Speaker
 Fenway Community Health. Boston, Massachusetts

2012          US MSM & AIDS 2012: Stakeholders Outreach Call #1      Speaker
 Fenway Community Health. Boston, Massachusetts

2012          Update from the 19th Conference on Retroviruses & Opportunistic      Presenter
                    Infections
 Boston, MA. March 28, 2012

2012          "Antiretrovirals for HIV Prevention: Current Status, Promise and      Presenter
                    Questions". New England AIDS Education and Training Center
                    (NEAETC) and Center for AIDS Research (CFAR) and the Infectious
                    Disease Lecture Series.
 Worcester, MA.  May 2, 2012

2012          "HIV prevention at a glance, why we need a vaccine".          Presenter
                    AIDS Vaccine 2012 – Journalist Fellowship Program
 Boston, MA.          September 8, 2012

2012          Health Disparities and MSM: Global and Local Challenges. Global      Presenter
                    Health Brown Bag Seminar – Harvard School of Public Health.
 Boston, MA. November 1, 2012

2013          New Advances in HIV Prevention: What do we know, and will          Speaker
                    they benefit minority communities?
 8th Annual Minority AIDS Initiative (MAI) Multicultural HIV/AIDS Provider Summit.
 Boston, Massachusetts. May 10, 2013.

2013          Past, Present and Future PrEP Research (What We learned from          Presenter
                    CROI) IPrEx and FDA Approval of TRUVADA

**Kenneth H. Mayer, M.D.**                                                                 51

PrEP Demonstration Project Training Day. Fenway Health, Boston, Massachusetts.
April 16, 2013.

2013         Update on new antiretroviral chemoprophylaxis studies                    Presenter/Moderator
Special Symposium on New Advances in Antiretrovirals for HIV Prevention. Fenway Health, Boston,
Massachusetts. April 8, 2013.

2013         Science and Application: An overview of situations where                    Presenter
             antiretroviral drugs can be used to prevent transmission of
             HIV
Antiretrovirals for Treatment and Prevention of HIV: What do we know and what does it mean? Webinar.
Fenway Health, Boston, Massachusetts. May 28, 2013

2013         Update from the 7th IAS Conference on HIV Pathogenesis,                     Presenter
             Treatment and Prevention
 Boston, Massachusetts. August 13, 2013

2013         What your readers don't know about HIV: A reporter's toolkit               Panelist
 NLGJA 2013 Boston: Uncommon. National Convention 9th LGBT Media Summit
Boston, Massachusetts. August 22, 2013

2013         Electronic Health Records and Health Diparities: Examples
             from CNICS and CHARN.                                                       Speaker
             Using Informatics to Promote Health Equality.
             Boston, MA. September 16, 2013

2013         Biomedical Interventions for HIV Prevention                                 Speaker
Best Practices In HIV Prevention: Putting Innovation into Action.
Boston, Massachusetts. September 27, 2013

2014         Pre-Exposure Prophylaxis (PrEP): Implementation Challenges                  Speaker
             and Successes
HIV and STI Prevention Strategies for Gay/Bisexual Men and Transgender People in Primary Care. Four-
Part Webinar Series by New England AIDS Education and Training Center

2014         Pre-Exposure Prophylaxis (PrEP) Update and Discussion                       Speaker
New England Alliance for Gay and Bisexual Men's Health 2014 Annual Conference.
Provincetown, Massachusetts. October 16 – 17, 2014

2015         Interventions for stimulant using MSM                                       Speaker

HPTN PI Webinar. January 14, 2015

2015         Opening Remarks and Welcome                                                 Speaker

New Directions in HIV Prevention Research
Fenway Health, Boston, MA. April 1, 2015

2016       PrEP Overview: Evidence and Rationale       Speaker
Preventing HIV with One Pill a Day: Using PrEP in Clinical Practice (Continuing Education Conference)
New England AIDS Education and Training Center (NEAETC) and National LGBT Health Education
Center of The Fenway Institute, Fenway Health
Boston, MA.  April 1, 2016.

2017       CROI Update 2017       Speaker
New England AIDS Education and Training Center (NEAETC) and University of Massachusetts Medical
School – Office of Continuing Medical Education
Brookline, MA.  March 21, 2017.

2017       History of the HIV Pandemic       Speaker
HIV Update: Contemporary Issues in Management (Twenty-First Annual Meeting)
Boston, MA.  June 1-3, 2017.

2017       Antiretrovirals for HIV Prevention: Current Status and Future       Grand Rounds
       Prospects       Presenter
Saint Vincent Hospital, Department of Medicine
Worcester, MA.  Sep 7, 2017.

## Report of Regional, National and International Invited Teaching and Presentations

### Regional Invited Teaching and Presentations:

1983       Using Plasmids as an Epidemiologic Tool       Lecture
University of Massachusetts Medical School, Worcester, Massachusetts

1983       AIDS-Acquired Immune Deficiency Syndrome:       Lecture
       Epidemiology of a Disease
Northeastern University School of Nursing, Dedham, Massachusetts

1984       Update on Aminoglycosides       Grand Rounds
Department of Medicine, St. Anne's Hospital, Fall River, Massachusetts

1984       An Aminoglycoside Update       Lecture
Quincy Hospital, Quincy, Massachusetts

1984       Intercontinental Appearance of a Stable Gentamicin       Lecture
       Resistance Plasmid
Tufts University Medical School, Boston, Massachusetts

**Kenneth H. Mayer, M.D.** 53

1984            Clinical Approach to AIDS and Related Syndromes            Grand Rounds
Department of Medicine, Lemuel Shattuck Hospital, Boston, Massachusetts

1984            The Clinical Spectrum of AIDS            Grand Rounds
The Department of Public Health, Commonwealth of Massachusetts, Boston, Massachusetts

1985            Medical Approach to the Homosexual Male Patient            Lecture
American Medical Student Association (AMSA) Regional Conference on "Health Issues of
Sexual Minorities, Boston, Massachusetts

1985            Medical Aspects of AIDS, Epidemiology, Transmission,            Lecture
                Signs and Symptoms, Course of Illness, and Treatment
A Seminar for the Caregiver, Hospice Outreach, Inc., Westport, Massachusetts

1985            Immunological Abnormalities of Patients with AIDS            Lecture
Dermatology Update, Harvard Medical School Continuing Medical Education, Boston,
Massachusetts

1985            Clinical Approach to AIDS and Related Syndromes            Grand Rounds
Department of Medicine, Lemuel Shattuck Hospital, Boston, Massachusetts

1985            The Clinical Spectrum of AIDS            Grand Rounds
Department of Public Health, Commonwealth of Massachusetts, Bristol Community College,
Fall River, Massachusetts

1986            AIDS: Frontiers in Biology Lecture Series            Lecture
Brandeis University, Waltham, Massachusetts

1986            The Natural History of HTLV-III Infection            Lecture
Primary Care Seminar, Division of General Internal Medicine, Beth Israel Hospital,
Boston, Massachusetts

1986            Behavioral Epidemiology of HTLV-III Infection            Lecture
Course on AIDS, Harvard School of Public Health, Boston, Massachusetts

1986            AIDS in High Risk Communities            Lecture
Course on AIDS: Medical, Economic, Psychosocial, and Legal Issues, Boston University
School of Public Health, Boston, Massachusetts

1986            Behavioral Seroepidemiology of HIV Infection in Major            Lecture
                Metropolitan Prospective Cohort Studies
Harvard Study Group on  AIDS and Public Policy, Cambridge, Massachusetts

1986            AIDS Update            Grand Rounds
Department of Medicine, Lemuel Shattuck Hospital, Jamaica Plain, Massachusetts

1986            Natural History of HIV Infection            Grand Rounds
Department of Anesthesiology, Beth Israel Hospital, Boston, Massachusetts

1986            Clinical Spectrum of AIDS and HIV Infection            Lecture
Bowdoin College, Brunswick, Maine

1987            AIDS                                                    Grand Rounds
Department of Medicine, Massachusetts Osteopathic Hospital, Jamaica Plain, Massachusetts

1987            HIV Education- Prescription for Prevention              Grand Rounds
Department of Public Health, Commonwealth of Massachusetts, Boston, Massachusetts

1987            The Natural History of HIV Infection                   Lecture
Regional Conference of State Health Department HIV Counselors, Massachusetts State
Laboratory Institute, Boston, Massachusetts

1987            HIV Transmission in High Risk Groups                    Lecture
Boston University School of Public Health, Boston, Massachusetts

1987            Modes of HIV Transmission Symposium                    Invited Lecture
National Meeting of the Society for Epidemiological Research, Amherst, Massachusetts

1987            Update on the Fenway Cohort Studies                    Lecture
Harvard University Policy Group on AIDS, Cambridge, Massachusetts

1987            Management of AIDS and HIV Infection by the Health Care  Lecture
                Team
Dartmouth University, Hanover, New Hampshire

1987            The Natural History of HIV Infection in the Fenway     Lecture
                Community Health Center Cohort Studies
Northeastern Branch of the American Society for Microbiology Annual Conference,
Sturbridge, Massachusetts

1987            The Diagnosis and Management of HIV Infection          Lecture
Regional Meeting of the American Society for Medical Technology, Framingham,
Massachusetts

1987            Treating AIDS Patients in a Health Center              Panelist
First Annual Massachusetts Primary Care Conference, Boston, Massachusetts

1988            HIV Transmission                                       Speaker
Homosexual Transmission of HIV Infection Symposium, National Meeting of the American
Association for the Advancement of Science (AAAS), Boston, Massachusetts

1988            Clinical Management of HIV Infection                   Speaker

The National History of HIV Infection Symposium, National Meeting of the American
Association  for the Advancement of Science (AAAS), Boston, Massachusetts

**Kenneth H. Mayer, M.D.**                                                                 55

1988            Update on AIDS Research, AIDS:  The Next Stage            Lecture
The New Bedford Area Center for Human Services, North Dartmouth, Massachusetts


1988            Medical Review of AIDS: AIDS, Chemical Dependency,        Lecture
                Mental Health, and the Law
Addiction Recovery Center Research Foundation, Boston, Massachusetts


1988            AIDS Update                                              Moderator

International Gay and Lesbian Health Conference/American Association of Physicians for
Human Rights, Boston, Massachusetts


1988            Natural History and Clinical Management of HIV Infection    Grand Rounds
Department of Medicine, St. Vincent's Hospital, Worcester, Massachusetts


1988            Molecular and Clinical Epidemiology of HIV Infection        Invited Lecture
Department of Microbiology and Molecular Genetics Research Seminar, University of
New Hampshire, Durham, New Hampshire


1988            Clinical Aspects of HIV Infection                        Lecture
Hospital-wide Rounds, St. Lukes' Hospital, New Bedford, Massachusetts


1988            Natural History of HIV Infection among Homosexual Males:    Panelist
                The Fenway Cohort Study
American Public Health Association Annual Meeting, Boston, Massachusetts


1988            Toward a National AIDS Research Policy:  Issues of          Invited Lecture
                Funding and Public/Private Sector Coordination of Research
                and Development Sponsorship Workshop and Educating
                Health Care Facility Staff Workshop
American Society of Law and Medicine and the Harvard AIDS Institute, Boston,
Massachusetts


1989            HIV and Herpes Simplex and Zoster                        Invited Lecture
Department of Medicine, St. Anne's Hospital, Fall River, Massachusetts


1989            Biology of HIV Infection/Update on Partner Studies          Invited Speaker
Conference on HIV Transmission, Biostatistics Department, Harvard School of Public Health,
Boston, Massachusetts


1989            AIDS:  An Update                                         Speaker
Regional Conference for Southeastern Massachusetts Health and Human Service Coalition,
Fall River, Massachusetts


1989            Diagnosis and Management of HIV Infection                Speaker

**Kenneth H. Mayer, M.D.**                                                                                 56

Massachusetts Department of Public Health Conference, Methadone Treatment in the 90's: Counseling and Managing the IV Drug User, Boston, Massachusetts

| 1989 | AIDS for Primary Care Teachers | Speaker |
New England AIDS Education and Training Center, Lenox, Massachusetts

| 1989 | The Care of HIV-Infected Patients | Speaker |
Annual Meeting of the Massachusetts Academy of Family Practitioners, Plymouth, Massachusetts

| 1989 | Everything You Wanted to Know about Surrogate Markers, but Was Too Confused to Ask | Invited Speaker |
Boston AIDS Provider Group, Beth Israel Hospital, Boston, Massachusetts

| 1989 | AIDS-Beyond the Basics: A course for Primary Care Physicians | Speaker |
Infectious Disease Division Symposium, Dartmouth Medical School, Concord, New Hampshire

| 1989 | HIV Research in Community Health Centers: Intrinsically Logical and Timely | Keynote Speaker |
Health Resources and Services Administration, AIDS Service Demonstration Projects Annual Meeting, Cambridge, Massachusetts

| 1989 | Clinical Trials | Panelist |
AIDS in the 1990's: Developing an Agenda for the Coming Decade Symposium, Harvard AIDS Institute, Boston, Massachusetts

| 1990 | Phase I Study of Intranasal Peptide T | Invited Lecturer |
AIDS Clinic Weekly Rounds, Boston City Hospital, Boston, Massachusetts

| 1990 | Clinical Staging of HIV-1 Disease | Invited Lecturer |
Weekly AIDS Conference, Tufts New England Medical Center, Boston, Massachusetts

| 1990 | Natural History and Transmission of HIV: Lessons from the Fenway Community Health Center | Invited Speaker |
Clinical Research Center Seminar, Massachusetts Institute of Technology, Cambridge, Massachusetts

| 1990 | National History and Clinical Staging of HIV Infection | Invited Lecturer |
AIDS Clinic Weekly Rounds, Boston City Hospital, Boston, Massachusetts

| 1990 | Medical Treatments for the HIV Infected Patient | Featured Speaker |
AIDS: A Unique Challenge, Regional Symposium for Health Care Providers, New Bedford, Massachusetts

**Kenneth H. Mayer, M.D.**

1990            AIDS in the 1990's                                              Visiting Faculty
John Boden Memorial Lectureship, Family Practice Residency Program, Middlesex Memorial
Hospital, Middletown, Connecticut

1990            Promises and Pitfalls of AIDS Clinical Drug Trials        Invited Speaker
Annual Retreat of the Connecticut Infectious Disease Society, Hartford, Connecticut

1990            Medical Aspects of AIDS                                   Faculty
                                                                          Lecturer
AIDS for Primary Care Givers: Faculty Development Course, New England AIDS Education
and Training Center, Prout's Neck, Maine

1990            New Developments in the Diagnosis and Management of       Lecturer
                HIV Infection and Management of Opportunistic Infections
Two Lectures – Sixth Annual Berkshire Medical Conference: Special Challenges in General
Medicine, Hancock, Massachusetts

1990            Analyses of Markers to Profile the Natural History of HIV   Invited Speaker
                Infection
Boston University Doctoral Program in Epidemiology and Biostatistics Seminar, Boston,
Massachusetts

1990            Comprehensive Management of HIV Disease                  Moderator
Rush Presbyterian Hospital CME, Boston, Massachusetts

1990            Natural History of HIV Disease                           Speaker
Rush Presbyterian Hospital CME, Boston, Massachusetts

1991            Natural History and Diagnostic Criteria                  Lead Speaker
Conference on "The Challenge of AIDS in the Primary Care Setting", Boston University
School of Public Health, and Community Medical Alliance, Boston, Massachusetts

1991            AIDS/HIV Epidemiologic and Infection Control Update      Plenary Speaker
New England Regional Meeting, Association of Practitioners in Infection Control, Sturbridge,
Massachusetts

1991            AIDS: A Regional Challenge                               Keynote
                                                                         Speaker
Southeastern Massachusetts Area Health Education Center, New Bedford, Massachusetts

1991            Candidal and Other Gynecological Issues for HIV Infected   Presenter
                Women
Third Regional Women and AIDS Conference, Boston, Massachusetts

1991            AIDS Update: Update on the Management of Opportunistic     Moderator

**Kenneth H. Mayer, M.D.**                                                          58

|  | Infections | Speaker |
|---|---|---|

Annual Meeting of the American Association of Physicians for Human Rights, Provincetown, Massachusetts

| 1991 | Natural History of AIDS | Grand Rounds |
|---|---|---|

Great Brook Valley Health Center, Worcester, Massachusetts

| 1991 | Natural History of HIV Infection in the Fenway Community Health Center Cohorts | Speaker |
|---|---|---|

Laboratory Rounds, Massachusetts Centers for Disease Control, Jamaica Plain, Massachusetts

| 1991 | Behavioral Epidemiology of Homosexually Active Men in the Fenway Cohort Studies | Speaker |
|---|---|---|

Massachusetts Department of Public Health, Boston, Massachusetts

| 1992 | Current Transmission/Testing Issues, HIV/AIDS Issues '92 | Speaker |
|---|---|---|

Fall River Health & Human Services Coalition AIDS Task Force, Swansea, Massachusetts

| 1992 | HIV/AIDS- Implications for the Health Professions | Keynote Speaker |
|---|---|---|

Regional Conference, Fall River, Massachusetts

| 1992 | Sexual Transmission of HIV Among Gay Men in Boston | Forum Member |
|---|---|---|

The Greater Boston AIDS Provider Group, Harvard AIDS Institute, Boston, Massachusetts

| 1992 | Women and HIV | Panelist |
|---|---|---|

Regional Conference, Massachusetts Department of Health, Boston, Massachusetts

| 1992 | Epidemiology, Clinical Progression, and Pathogenesis of HIV Infection | Grand Rounds |
|---|---|---|

Department of Medicine, Leahy Clinic, Burlington, Massachusetts

| 1993 | Natural History, Transmission and Clinical Progression of Infection | Presentation |
|---|---|---|

Update from the IXth International Conference on AIDS, New England AIDS Education and Training Center, Boston, Massachusetts

| 1993 | Natural History of HIV Disease and New England Epidemiological Update | Presentation |
|---|---|---|

Worcester AIDS Provider Group, Worcester, Massachusetts

| 1993 | Update on HIV | Plenary Speaker |
|---|---|---|

American College of Osteopathic Medicine Annual Meeting, Boston, Massachusetts

| 1993 | Therapeutic Vaccines for HIV Infection | Panelist |
|---|---|---|

Annual Meeting of the Northeast Branch of the American Society for Microbiology Framingham, Massachusetts

**Kenneth H. Mayer, M.D.**                                                       59

| | | |
|---|---|---|
| 1995 | Biomedical Roundtable: From Gene Therapy to Vaccine Therapy, Changing Times, Changing Strategies, AIDS in New England | Panelist |

Regional Conference, Harvard AIDS Institute, Boston, Massachusetts

| | | |
|---|---|---|
| 1995 | Biological and Epidemiological Studies of HIV Transmission | Plenary Speaker |

Massachusetts Department of Health Seminar on the Reduction of New HIV Infections among Gay Men in Massachusetts, Boston, Massachusetts

| | | |
|---|---|---|
| 1995 | AIDS: Voices of Hope, Perspectives on the Delivery of Care | Invited Speaker |

Albert Schweitzer Fellows Symposium, Boston College, Boston, Massachusetts

| | | |
|---|---|---|
| 1996 | Food for the Body and the Mind: Healthy Strategies for Living with HIV/AIDS | Keynote Speaker |

AIDS & Nutrition Conference, Tufts University, Boston, Massachusetts

| | | |
|---|---|---|
| 1997 | Monthly HIV/AIDS Clinical Research Forum | Invited Speaker |

Harvard-Thorndike Clinical Research Center, Boston, Massachusetts

| | | |
|---|---|---|
| 1997 | HIV Treatment Update: Immune-Based Antiviral Therapies | Moderator |

New England AIDS Education and Training Center, Boston, Massachusetts

| | | |
|---|---|---|
| 1997 | Prognosis/Viral Load Testing | Invited Speaker |

Update from the 4th Conference on Retroviruses and Opportunistic Infections, New England AIDS Education and Training Center, Boston, Massachusetts

| | | |
|---|---|---|
| 1997 | Sexual Transmission of HIV: Update on Epidemiologic and Prevention Studies, 1996-1997 | Invited Speaker |

Harvard AIDS Institute Seminar Series, Cambridge, Massachusetts

| | | |
|---|---|---|
| 1997 | New Technologies in Viral Load Testing | Speaker |

Public Health Teleconference on HIV, Department of Public Health, Boston, Massachusetts

| | | |
|---|---|---|
| 1997 | HIV Infection | Lecturer |

Department of Public Health STD Advanced Intensive Course, Boston, Massachusetts

| | | |
|---|---|---|
| 1997 | Talking to Patients about Oral Sex: Dealing with Inconclusive Data | Panelist |

Harvard Medical School, Boston, Massachusetts

| | | |
|---|---|---|
| 1997 | Progress and Challenges: Implications for Prevention, AIDS and Public Health: The Virus and the Community | Invited Speaker |

Massachusetts Department of Public Health, Tewksbury Hospital, Tewksbury, Massachusetts

**Kenneth H. Mayer, M.D.**                                                      60

1997        Sexual Transmission of HIV and Clinical Issues in          Invited Speaker
            Prevention
Dimock Community Health Center, Roxbury, Massachusetts

1997        The Sexual Transmission of HIV: Update from Local          Invited Speaker
            Epidemiological Studies
HIV/AIDS Clinical Research Forum, Harvard-Thorndike Clinical Research Center, Boston,
Massachusetts

1997        Comprehensive Management of HIV Disease                    Invited Speaker
Rush-Presbyterian-St. Luke's Medical Center CME Program, Taunton, Massachusetts

1997        New Approaches to Treatment: Antiretroviral Strategies     Invited Speaker
University of Massachusetts/New England AIDS Education and Training Center, Taunton,
Massachusetts

1998        The Current Management of HIV-1 Related Disease            Grand Rounds
St. Vincent's Hospital, Worcester, Massachusetts

1998        Vaccine Development                                        Presentation
Update from the 12th World AIDS Conference:  Bridging the Gap, University of
Massachusetts/New England AIDS Education and Training Center, Boston, Massachusetts

1998        AIDS Update                                                Grand Rounds
Department of Medicine, St. Anne's Hospital, Fall River, Massachusetts

1998        STDs in the Era of HIV Infection: An Overview of          Lecture
            Prevention Strategies:  What's Worked and What Hasn't
Department of Public Health, Boston, Massachusetts

1998        Sex and your HIV Status: A Discussion of Safer Sex        Discussant
Stanley Street Treatment and Research Center, Fall River, Massachusetts

1999        Biological Approaches to HIV Prevention                    Grand Rounds
Department of Medicine, Mount Auburn Hospital, Cambridge, Massachusetts

1999        Non-Occupational HIV Post Exposure Prophylaxis            Invited Speaker
Yale University Health Care Providers' Meeting, New Haven, Connecticut

1999        HIV Transmission and Prevention:  A Primary Provider's    Speaker
            Need to Know
Department of Medicine, Harvard Medical School, Beth Israel-Deaconess Medical Center,
Boston, Massachusetts

1999        HIV and Women                                              Invited Speaker
The 4th Annual HIV Symposium, Greater Hartford Infectious Diseases Society, Hartford,

**Kenneth H. Mayer, M.D.**                                                   61

Connecticut

1999        HIV and Women: Looking Towards The Future            Presentation
Prevention and Microbicides Conference of the New England AIDS Education and Training
Center Boston, Massachusetts

2000        Biological Approaches to HIV Prevention in Public Health    Invited Speaker
Department of Community Medicine and Health Care, University of Connecticut,
Farmington, Connecticut

2000        The Biology and Therapies of HIV Patients            Invited Speaker
Infectious Disease Rounds, Boston Medical Center, Boston Massachusetts

2000        Transmission and Prevention: What Primary Providers Need    Invited Speaker
            to Know
HIV/AIDS CME Course, Harvard Medical School, Beth Israel/Deaconess Medical Center,
Cambridge, Massachusetts

2000        Update on Anti-HIV Microbicides and Other Preventive    Invited Speaker
            Approaches
Durban AIDS Conference Update, New England AIDS Education and Training Center
Regional Conference, Boston, Massachusetts

2000        Update from the XIII International AIDS Conference in    Invited Speaker
            Durban
Boston HIV Providers' Monthly Meeting, Dimock Community Health Center, Boston,
Massachusetts

2000        Vaccine & Microbicide Prospects, Voices From Africa:    Invited Speaker
            AIDS 2000
An Update of the XXIII International AIDS Conference, Connecticut AIDS Education and
Training Center, Hartford, Connecticut

2000        Non-Occupational Post Exposure Prophylaxis for HIV    Grand Rounds
Department of Medicine, St. Luke's Hospital, New Bedford, Massachusetts

2000        Update on Biological Approaches to HIV Prevention    Grand Rounds
Department of Medicine, University of Vermont Medical Center, Burlington, Vermont

2000        New Insights about the Genital Tract Mileu: HIV        Invited Speaker
            Expression, Microflora and Microbicides
National Institutes of Health, Centers for AIDS Research Annual Symposium, Tufts
University School of Medicine, Boston, Massachusetts

2000        CFAR International Efforts                    Panelist
Centers for AIDS Research Annual Directors Meeting, Tufts University School of Medicine,

**Kenneth H. Mayer, M.D.**                                                  62

Boston, Massachusetts

| 2000 | Women FIT: A Pilot Study to Reduce Sexual Risk of HIV/STD in Drug-using Women | Speaker |
|------|------|------|

American Public Health Association, Boston, Massachusetts

| 2000 | Scientific Rationale of nPEP Symposium: Update on Non-Occupational Post-Exposure  Prophylaxis for Medical Providers | Speaker |
|------|------|------|

New England AIDS Education and Training Center, University of Massachusetts Medical School, Brookline, Massachusetts

| 2001 | Vaccines to Prevent HIV Infection HIV Panel | Speaker / Co-Moderator |
|------|------|------|

Patient Education Program, Federation of Clinical Immunology Societies, Boston Massachusetts

| 2002 | Sexually Transmitted Diseases Among Local MSM: Past as Prologue? | Speaker |
|------|------|------|

HIV Clinical Conference, Center for AIDS Research Rounds, Massachusetts General Hospital, Boston, Massachusetts

| 2002 | Biological Means to Prevent HIV Transmission:  What Do We Know and What Do We Hope | Speaker |
|------|------|------|

Northern New England Infectious Disease Society Annual Meeting, Waterville Valley, New Hampshire

| 2002 | HIV Transmission and Prevention | Invited Presenter |
|------|------|------|

6th Annual HIV Update, Harvard Medical School and Beth Israel Deaconess Medical Center, Boston, Massachusetts

| 2002 | Vaccines and Prevention Strategies:        Update from XIV Inter-national AIDS Conference | Presenter |
|------|------|------|

New England AIDS Education and Training Center, Boston, Massachusetts

| 2003 | HIV and STI Prevention: Adding Microbicides to the Mix | Speaker |
|------|------|------|

Infectious Disease Rounds, University of Massachusetts Medical Center, Worcester, Massachusetts

| 2004 | The Rising Rate of STIs: Challenges and Barriers in Education and Transmission Prevention Barriers and Bridges – Emerging Trends in HIV/AIDS | Speaker (2 talks) |
|------|------|------|

**Kenneth H. Mayer, M.D.**                                                                 63

8th Annual Lemuel Shattuck Hospital HIV Conference, Massachusetts Department of Public Health/New England AIDS Education and Training Center/University of Massachusetts Medical School/Blue Cross Blue Shield of Massachusetts/Massachusetts Medical Society, Boston, Massachusetts

2004        HIV Update, Contemporary Issues in Management        Speaker
Department of Medicine, Harvard Medical School/Beth Israel Deaconess Medical Center, Boston, Massachusetts

2004        Prevention, Microbicides and the Science of STDs        Speaker

Update from the XV International AIDS Conference, University of Massachusetts/New England AIDS Education and Training Center, Provincetown, Massachusetts

2004        Update from the XV International AIDS Conference        Principal
                                                                                                 Speaker
University of Massachusetts Medical School and New England HIV Pharmaceutical Collaborative, New Bedford, Massachusetts

2004        Post Exposure Prophylaxis and Prevention in Treatment        Speaker
                    Settings
42nd Annual Meeting of the Infectious Disease Society of America (IDSA), Boston, Massachusetts

2004        Ethical Issues Related to Developing Collaborations in India    Speaker
It's a Small World: An IRB Seminar on Conducting International Research, Brown University and Lifespan, Seekonk, Massachusetts

2005        Microbicides: Promises and Challenges        Speaker
AIDS Frontiers Seminar Series, Harvard Initiative for Global Health, Boston, Massachusetts

2005        Manifestations of Shiva: Evolution of Collaborations to        Speaker
                    Address HIV/AIDS in India
Yale International Research Seminar Series, Center for Interdisciplinary Research on AIDS, Yale University School of Medicine, New Haven, Connecticut

2005        HIV Transmission and Prevention        Speaker
9th Annual HIV Update, Harvard Medical School, Boston, Massachusetts

2005        Current Research and Trends in STDs and HIV: Status of        Speaker
                    HIV Vaccine and Development of Microbicides
Massachusetts Department of Public Health, Boston, Massachusetts

2005        HIV Update/New Antiretroviral Agents on the Horizon        Plenary Speaker
                    HIV/AIDS…25 Years Later
SSTAR Educational Institute, Fall River, Massachusetts

2005            Sexually Transmitted Diseases and HIV Disease            Speaker
2nd Annual Update on HIV Care and Treatment, New England AIDS Education and Training
Center, Provincetown, Massachusetts

2005            Caring for Men who have Sex with Men (MSM):            Speaker
               Understanding the Context and Culture and Caring for Men     (2 talks)
               who have Sex with Men (MSM): Creating a Safe and
               Welcoming Office Environment
2005 STD Update, Massachusetts Department of Health and the STD/HIV Prevention
Training Center of New England, Brookline, Massachusetts

2005            Update on Prevention                                     Speaker
New England Regional Conference, the Search For a Cure and the Massachusetts Department
of Public Health, Boston, Massachusetts

2005            Scaling Up Infrastructure for the Conduct of Community-   Speaker
               based AIDS Prevention and Treatment  Research in India
4th AIDS in India Conference, International Health Organization, Harvard University South
Asian Association/Harvard Medical International, Boston, Massachusetts

2005            Valuing Communities by Involving Them in the Research    Panel
               Enterprise: Ethics and Trust Across Boundaries           Moderator
2005 Annual Human Research Protection Programs Conference, Boston, Massachusetts

2006            Biological Approaches to HIV Prevention in Massachusetts  Speaker
               Opportunities and Challenges
Massachusetts Infectious Diseases Society Winter Meeting, Newton, Massachusetts

2006            Prevention and STD's                                     Speaker
HIV Through the Decades Conference, New England AIDS Education and Training Center,
Boston, Massachusetts

2006            HIV Transmission and Prevention                          Lecturer
Tenth Annual HIV Update – Contemporary Issues in Management, Harvard Medical School
and Beth Israel Deaconess Medical Center, Boston, Massachusetts

2006            Above & Beyond – Our Community Responds to HIV/AIDS   Panelist
The History Project and Massachusetts Department of Public Health HIV/AIDS Bureau,
Boston, Massachusetts

2006            Update on Biological Approaches to HIV Prevention        Speaker
Outer Cape Health, Provincetown, Massachusetts

2006            Prevention of HIV Transmission AIDS Medicine:  An        Faculty
               Intensive Case-Based Course

**Kenneth H. Mayer, M.D.**                                                      65

Harvard Medical School/Brigham and Women's Hospital/Massachusetts General Hospital, Boston, Massachusetts

2006          Optimizing High Risk Men's Sexual Health: The Providence    Speaker
              Bathhouse Experience
Gay, Bisexual, and Other Men Who Have Sex With Men: 21st Century Sexual Health Issues, 134th Annual Meeting of Public Health Association, Boston, Massachusetts

2007          Update on the Biology of HIV Transmission and Prevention    Grand Rounds
Department of Medicine, Cambridge Hospital, Cambridge, Massachusetts

2007          Studying the Use of Antiretrovirals to Protect High Risk    Speaker
              HIV Negatives
Second Annual New England Conference on HIV Treatment & Prevention, Search for a Cure and the Massachusetts Department of Public Health, Jamaica Plain, Massachusetts

2007          HIV Prevention:  Microbicides, PrEP, Circumcision    Speaker
3rd Annual HIV Update, The New England AIDS Education and Training Center, The University of Massachusetts, and The New England HIV Education Consortium, Provincetown, Massachusetts

2007          Herpes and HIV Coinfection: Can Herpes Suppression or    Speaker
              Prevention Slow the Global AIDS Epidemic?
HIGH's Global Infectious Diseases Program and the Harvard University Program on AIDS, Cambridge, Massachusetts

2007          HIV Transmission and Prevention                            Speaker

11th Annual Meeting HIV Update, Harvard Medical School, Beth Israel Deaconess Medical Center, Boston, Massachusetts

2007          Antiretrovirals for Prevention: Panacea or Pandora's Box    Speaker
Department of Medicine, Brigham & Women's, Boston, Massachusetts

2007          Update From the 4th Conference on HIV Pathogenesis,    Speaker
              Treatment and Prevention
University of Massachusetts Medical School/New England AIDS Education and Training Center, Boston, Massachusetts

2007          Screening Asymptomatic MSM for STDs                        Speaker
New England Regional STD Director's MSM Summit, New England State Health Departments Directors, Westborough, Massachusetts

2007          Studying the Use of Antiretrovirals to Protect High Risk    Speaker
              HIV Negatives
Search for a Cure – Ending the Epidemic, 3rd New England Regional Conference on HIV

**Kenneth H. Mayer, M.D.**                                                                 66

Treatment and Prevention, Jamaica Plain, Massachusetts

2007          Update on US Epidemiology and Prevention: Pre-Exposure    Faculty
              Prophylaxis, Microbicides, and Other Strategies
AIDS Medicine: An Intensive Case-Based Course, Massachusetts General Hospital,
Boston, Massachusetts

2007          Update on HIV Treatment and Resistance                   Speaker
Department of Medicine, Waterbury Hospital, Waterbury, Connecticut.

2008          Symposium on: Curbing the US Epidemic                    Co-Convener
15th Conference on Retroviruses and Opportunistic Infections, Boston, Massachusetts

2008          Antiretrovirals for Prevention: Lessons Learned and      Speaker
              Emerging Questions
Center for Health, Intervention and Prevention, University of Connecticut, Storrs, Connecticut

2008          Lesbian, Gay, Bisexual and Transsexual Healthcare        Presenter
Ambulatory Teaching Rounds, Massachusetts General Hospital, Boston, Massachusetts

2008          HIV Prevention                                           Speaker
HIV Care 2008, 4th Annual HIV Update in Provincetown, New England AIDS Education &
Training Center, Provincetown, Massachusetts

2008          HIV Transmission and Prevention                          Speaker
12th Annual Meeting HIV Update, Harvard Medical School/Beth Israel Deaconess Medical
Center, Cambridge, Massachusetts

2008          Community-Based Research on HIV Prevention and LBGT       Speaker
              Health at The Fenway Institute
Research Rounds, Beth Israel Deaconess Medical Center, Harvard University School
of Medicine, Boston, Massachusetts

2008          Sexually Transmitted Infection Screening in HIV-infected  Speaker
              Patients
Infectious Disease Rounds, University of Massachusetts Medical Center, Boston,
Massachusetts

2008          Update on HIV Prevention: Pre-Exposure Prophylaxis,      Speaker
              Microbicides and Other Strategies
AIDS Medicine: An Intensive Case-Based Course, Harvard Medical School, Boston,
Massachusetts

2009          Antiretroviral Chemoprophylaxis: Changing the HIV        Plenary Speaker
              Prevention Paradigm
State of Science Issues: Confronting the Interface of Biomedical and Behavioral Intervention

**Kenneth H. Mayer, M.D.**                                                      67

Efforts, 4th National Scientific Meeting, CFAR Social and Behavioral Sciences Research Network, Boston, Massachusetts

2009         Report on sexually-Acquired HCV in Boston Men Who         Speaker
             Have Sex with Men.
Acute Hepatitis C Virus Infection Among Men Who Have Sex with Men; Organizing a Research Consortium to Study an Emerging Public Health Problem, Center for Disease Control and Prevention, Boston, Massachusetts

2009         Implications of Research to Date on PEP and PrEP         Speaker
5th Annual New England Conference on HIV Treatment & Prevention, Search for a Cure Massachusetts Department of Health, Boston, Massachusetts

2009         Biological Approaches to HIV Prevention                 Presenter
Thirteenth Annual HIV Update: Contemporary Issues in Management course, Boston, MA

2009         Clinical Trials: HIV Prevention Trials, Combating Infectious   Guest Lecturer
             Diseases in the Developing World (IMI 228)
Harvard School of Public Health, Boston, MA

2009         Adding another: HIV Prevention Tool: HVTN 505          Speaker
Multicultural AIDS Coalition, National Alliance of State & Territorial AIDS Directors and Fenway Institute, Boston, MA

2010         National Epidemiologic Data on HIV Among Black Gay and   Speaker
             Bisexual Men, Providing HIV Care to Black MSM
Multicultural AIDS Coalition, New England AIDS Educational and Training Center, Minority AIDS Initiative, Brown University AIDS Program, and Yale University; Mashantucket, CT

2010         Biological Approaches to HIV Prevention, 14th Annual HIV   Presenter
             Update: Contemporary Issues in Management Course
Harvard Medical School/Beth Israel Deaconess Medical Center, Boston, MA

2010         Coinfections and Inflammations, Mucosal Immunity in the   Speaker
             Male and Female Reproductive Tract and Prevention of HIV
             Transmission.
NIH, NIAID, DAIDS, PSP and Dartmouth Medical School, Hanover, NH

2010         Highlights from the International AIDS Conference in      Main Speaker
             Vienna, Austria
Community Research Forum, Fenway Institute, Boston, MA

2010         HIV Prevention Strategies: Prep & Human Behavior         Speaker
5th Annual HIV Over Fifty Update: Across Communities & Culture, New England Association on HIV Over Fifty and The New England AIDS Education and Training Center, Boston, MA

**Kenneth H. Mayer, M.D.**                                                                68

2010            Update on Antiretrovirals for Prevention                    Speaker
New England AIDS Education Training Center, Boston, MA

2011            Sexual and Gender Minority Health                            Guest Lecturer
Commonwealth Fund Harvard University Fellowship Program, California Endowment
Scholars in Health Policy Program at Harvard University, and the Leadership in Minority
Health Policy Seminar Course, Boston, MA.

2011            Antiviral Chemoprophylaxis: What have we learned so far?     Speaker
ViiV Healthcare HIV PrEP Summit, New York, NY.

2011            Antiretroviral Chemoprophylaxis: New Opportunities &         Speaker
                Challenges in the Prevention of HIV Disease
Physicians' Research Network, New York, NY.

2011            PrEParing for PrEP Implementation: What Do We Know So         Speaker
                Far?
19th Annual Optimal Management of HIV: Clinical Conference XIXI (OpMan), Rush
University Medical Center and the University of Alabama at Birmingham, Ft. Lauderdale, FL

2011            Update from the 18th Conference on Retroviruses and          Speaker
                Opportunistic Infections (CROI)
Fenway Health, Boston, MA

2011            Ask, Screen, Intervene: Diagnosing STD's in Men Who          Speaker
                Have Sex with Men
NEHEC Minority AIDS Provider Summit, New England AIDS Education and Training
Center and New England HIV Education Consortium, Taunton, MA.

2011            Foundations of HIV Prevention in MSM                         Speaker
HIV Prevention in Primary Care for Gay/Bisexual Men and Other Men Who Have Sex with
Men, New England AIDS Education and Training Center, Boston, MA.

2011            Biological Approaches to HIV Prevention                      Presenter
15th Annual HIV Update: Contemporary Issues in Management, course, Harvard School of
Public Health, Boston, MA.

2011            The Latest on HIV Prevention for Providers Caring for        Keynote
                Teens and Young Adults                                       Speaker
14th Annual Summit on HIV and Adolescents, University of Massachusetts Medical School,
Tewksbury, MA

2011            Possibilities and Challenges Working with Patient Data       Panel Presenter
Annual Faculty Meeting 2011, Center for Population Research in LGBT Health, The Fenway
Institute, Boston, MA.

**Kenneth H. Mayer, M.D.**                                                                                                 69

2011            Resilience Found in Diverse Social and Cultural            Group
                Environments                                               Moderator
Resilience in American Gay and Bisexual Men: A New Perspective on HIV Prevention
Research Programs, The Fenway Institute, Boston, MA.

2011            Antiretroviral Chemoprophylaxis: New Opportunities and     Presenter
                New Questions
Clinical Advances in HIV Prevention: Vaccines, Microbicides, and PrEP,
Ragon Institute / Harvard CFAR Symposium, Harvard Conference Center, Cambridge, MA

2011            IOM Report: Translation to Programs, Services, and Policy   Moderator
Community Forum, The Fenway Institute, Boston, MA

2011            Biobehavioral Approaches to HIV Prevention: PrEP, PEP       Speaker
                Topical Microbicides; AIDS 101
Brown University, Providence, Rhode Island

2011            Opening Remarks, AIDS 101                                   Speaker
Brown University, Providence, Rhode Island

2011            AIDS 101                                                    Moderator
Brown University, Providence, Rhode Island

2011            Fenway 500 High Risk Supplement – Ragon Institute          Presenter
                Scientific Advisory  Board Meeting
Cambridge, MA.

2011            Bullying Borrelia: When the Culture of Science is Under     Presenter
                Attack
Newton, MA

2011            Biomedical HIV Prevention Research: A Bridge to the End     Webinar
                of AIDS – What are the implications for Black Gay and       Presenter
                Bisexual Men? A National Conversation
Boston, MA

2011            New Biologic Approaches to HIV Prevention                   Webinar
                                                                            Presenter
Boston, MA

2011            Antiretrovirals for HIV Prevention: Current Status, Promise  Presenter
                and Questions.
Worcester, MA

2012            Advances in HIV Prevention: Legal, Clinical and Public      Presenter

**Kenneth H. Mayer, M.D.**

Health Issues
Petrie-Flom Center for Bioethics, Harvard Law School, Boston, MA.

2012            Sexual and Gender Minority Health and the AIDS Epidemic    Speaker
               in Asia
Harvard Project for Asian and International Relations. Boston, MA.

2012            HIV Therapy as HIV Prevention: Reducing the Risk of HIV    Guest Educator
               Infection Among Uninfected Adults

Rush University Medical Center. Boston, MA.

2013            Electronic Health Records and Health Disparities: Examples    Speaker
               from CNICS and CHARN.

Using Informatics to Promote Health Equality. Boston, MA. September 16, 2013

2013            Antiretrovirals and HIV prevention: What do we know?    Moderator
Antiretrovirals and HIV prevention: A conversation with key opinion leaders about a new
paradigm
Boston, MA. October 30, 2013

2013            Where do we go from here?    Speaker
Antiretrovirals and HIV prevention: A conversation with key opinion leaders about a new
paradigm
Boston, MA. October 30, 2013

2013            Antiretrovirals for HIV Prevention: A Work in Progress    Presenter
The ID Grand Grounds, Boston Medical Center and BU School of Medicine.
Boston, MA. October 31, 2013

2013            Antiretrovirals for Prevention of the Sexual Transmission of    Presenter
               HIV: What Next?
Harvard University Center for AIDS Research.
Boston, MA. November 11, 2013

2015            Interventions for stimulant using MSM    Speaker
HPTN PI Webinar.
January 14, 2015

2015            Plenary II – PrEP the Inexorable Move from Clinical Trials    Speaker
               to Community Implementation

The New England HIV Implementation Science Network – Second Annual Symposium
Sturbridge, MA
June 3, 2015


2015            Overview of the epidemic                          Speaker
Brown University ARCH Summer Research Workshop: Through the Lens of Alcohol and
Other Substance Use: HIV and Sexual Risk
Providence, RI.  July 10, 2015


2015            Statewide Meeting on HIV Prevention with Pre-Exposure     Opening
                Prophylaxis                                               Speaker
The Connecticut Department of Public Health 2nd Annual PrEP Summit
Meriden, CT.  October 29, 2015.


2017            Brown ARCH Summer Retreat                         Speaker
Context: What's New about HIV Epidemiology, Treatment, and Prevention
Providence, RI.  July, 14, 2017.


**National Invited Teaching and Presentation:**

1986            Barrier Contraception Primary Prevention Trial and HTLV-    Presenter
                III
National Institute of Child Health and Human Development (NIH) Working Group,
Bethesda, Maryland


1986            AIDS and HTLV-III-Related Disease                 Speaker
Annual Meeting of the Society for Research and Education in Primary Care Internal
Medicine, (SREPCIM), American Federation for Clinical Research, Washington, District of
Columbia


1987            Management of HIV-Associated Opportunistic Infections    Keynote
                Symposium                                                Speaker
National Meeting of the American Academy of Dermatology, San Antonio, Texas


1988            Natural History of HIV Infection                 Invited Speaker
First Gordon Research Conference on the Chemotherapy of AIDS, Ventura, California
1988            The Distribution of Aminoglycoside Resistance    Speaker
                Determinants

Research Symposium, St. Thomas' Hospital, Vanderbilt University, Nashville, Tennessee


1988            Sexual Transmission of HIV                       Speaker
Research Seminar, National Institutes of Health AIDS Program Epidemiology Lecture
Series, Bethesda, Maryland


1989            Clinical Studies of p24 Antibody in a Cohort of Initially    Speaker

**Kenneth H. Mayer, M.D.**                                                                72

         Asymptomatic Gay Men
Symposium of Virology Committee, AIDS Clinical Trials Group, Bethesda, Maryland

| | | |
|---|---|---|
| 1989 | Synergistic Interactions of Lomefloxacin with Mezlocillin or Cefotaxime against Multiresistant Gram-Negative Bacilli | Symposium Speaker |

Lomefloxacin International Investigators' Symposium, Houston, Texas

| | | |
|---|---|---|
| 1989 | Natural History and Treatment of HIV Infection | Speaker |

AIDS Symposium, Association for Medical Education and Research in Substance Abuse, Washington, District of Columbia

| | | |
|---|---|---|
| 1989 | Models for the AIDS Epidemic | Workshop Leader |

First National Conference on Organizing Community-Based Clinical Trials, American Foundation for AIDS Research, Columbia University, New York, New York

| | | |
|---|---|---|
| 1990 | Lomefloxacin Microbiology Review: Unique Microbiological Properties | Speaker |

Lomefloxacin International Investigators' Symposium, Miami, Florida

| | | |
|---|---|---|
| 1990 | Heterosexual Transmission of HIV: Priorities for Intervention Research | Presenter and Panelist |

AIDS Epidemiology Branch, National Institute of Allergy and Infectious Diseases, Washington, District of Columbia

| | | |
|---|---|---|
| 1990 | Access to Research and Experimental Therapy | Panelist |

National Conference on Women and HIV Infection, Washington, District of Columbia

| | | |
|---|---|---|
| 1990 | Gynecological Manifestations of HIV Infection | Panelist |

National Conference on Women and HIV Infection, Washington, District of Columbia

| | | |
|---|---|---|
| 1991 | Clinical and Immunological Findings in the Fenway Community Health Center Phase I/II Trial of Intranasal Peptide T | Presenter |

Workshop on Current Status of Peptide T Research, National Institute of Mental Health, Rockville, Maryland

| | | |
|---|---|---|
| 1991 | Natural History and Behavioral Epidemiology of HIV (+) Women in Rhode Island | Presenter |

Workshop on Hormonal Contraceptive Use in HIV-Positive Women, National Institute of Child Health and Human Development, Bethesda, Maryland

| | | |
|---|---|---|
| 1991 | Dissemination of Clinical Information to Physicians | Moderator |

Workshop on AIDS-Related Opportunistic Infections, Institute of Medicine, National Academy of Science, Washington, District of Columbia

**Kenneth H. Mayer, M.D.** 73

1991        HIV as a Sexually Transmitted Disease                    Visiting Faculty
Medical Grand Rounds, Northwestern University Medical School, Chicago, Illinois

1992        Clinical Epidemiologic Features of HIV Infection in New    Special Guest
            England                                                  Lecturer
Graduate Summer Program in Epidemiology, Johns Hopkins University, Baltimore,
Maryland

1992        HIV as a Sexually Transmitted Disease                    Visiting
                                                                     Professor
Infectious Disease Rounds Speaker, University of Pennsylvania, Philadelphia, Pennsylvania

1993        Natural History of HIV in Women                          Grand Rounds
Department of Medicine, Duke University Medical School, Durham, North Carolina

1993        The Changing Face of AIDS                                Keynote
                                                                     Speaker
HIV in Vermont: the Personal, the Psychological and the Medical, Vermont Department of
Health, Killington, Vermont

1993        New Antibiotics                                          Lecturer
Video Teleconference, University of South Dakota

1993        Sexual Transmission of HIV: The Biobehavioral Aspects    Visiting
                                                                     Lecturer
HIV Center for Clinical and Behavioral Studies, New York State Psychiatric Institute,
New York, New York

1994        AIDS in Women                                            Speaker
Kuzell Institute Symposia, Progress Against Infectious Diseases, California Institute for
Arthritis and Infectious Diseases, San Francisco, California

1995        Biological Considerations for HIV Prevention Research    Faculty
HIV Prevention Research Workshop, National Gay and Lesbian Health Conference,
Minneapolis, Minnesota

1995        HIV Risk Taking among Young Gay Men in Boston and the    Invited Speaker
            Popper Connection
NIDA Technical Review on Unsafe Sex and Drug Use among Gay Men, National Institutes
of Health, Bethesda, Maryland

1995        AIDS Testing and Prevention                              Invited Faculty

CME Course of "Update in AIDS Management for the Primary Care Provider," University of
Michigan Medical School, Ann Arbor, Michigan

**Kenneth H. Mayer, M.D.**

1996          Cervicovaginal Inflammation and Infection and HIV Load          Invited Speaker

Symposium on Enhancing Vaginal Defense Mechanisms: Immunology Physiology, National Institute of Child Health and Human Development, Contraceptive Branch, Bethesda, Maryland

1994          The Sexual Transmission of HIV: Prospects for Prevention          Invited Speaker
HIV Center for Clinical and Behavioral Studies, New York State Psychiatric Institute, New York, New York

1994          Diagnosis and Treatment of Oropharyngeal Candidiasis in          Invited Speaker
              Patients at Risk: Critical Re-Assessment
CME Course, University of California – San Francisco, San Francisco, California

1996          New Research on HIV Transmission and Vaccination          Grand Rounds
Department of Medicine, Catholic Medical Center of Brooklyn and Queens, Jamaica, New York

1996          Diagnosis and Treatment of Oropharyngeal Candidiasis in          Invited Speaker
              Patients at Risk: Critical Reassessment
Mount Sinai Medical Center AIDS Center Conference Series, New York, New York

1997          Rationale for Combination Therapy: Available Agents,          Invited Speaker
              Viral Load, and Resistance; Physician Update: Rational
              Approaches to Antiretroviral Therapy in the Clinic
Clinician Update, American Foundation for AIDS Research, New York, NY

1997          Antiretroviral Therapy          Invited Speaker
State University of New York City, Downstate Medical Center, Brooklyn, New York

1997          Update on the Management of Candidiasis in HIV+ Patients          Invited Speaker
AIDS Clinical Trials Unit Scientific Meeting, Tulane University Medical Center, New Orleans, Louisiana

1997          Update on HIV Treatment Protocols          Invited Speaker
Project REACH Clinical Science Group, National Institutes of Child Health and Human Development, Bethesda, Maryland

1997          Rationale for Combination Therapy:  Available Agents,          Invited Speaker
              Viral Load, and Resistance
amfAR Symposium, National HIV/AIDS Update, San Francisco, California

1997          Post Exposure Prophylaxis          Invited Speaker
Centers for Disease Control, Atlanta, Georgia

1997          HIV Topical Microbicide Workshop: Can a Vaginal          Invited Speaker

**Kenneth H. Mayer, M.D.**

Microbicide Interrupt Transmission
NIH Symposium on New HIV Prevention Methods, Washington, District of Columbia

1997        HIV Prevention Update                                    Invited Speaker
National Gay Lesbian Medical Association Meeting, San Francisco, California

1997        Rationale for Combination Therapy: Available Agents,       Invited Speaker
             Viral Load, and Resistance
amfAR Symposia, Los Angeles, California

1998        Immune Function and Surrogate Markers: Setting the Goal    Panel
             Line                                                      Moderator
University of Maryland, Institute for Human Virology Conference on the Use of Immune
Surrogate Markers in HIV/AIDS Clinical Trials, Baltimore, Maryland

1998        Advances in Antiretroviral Therapy:  Initiating Treatment  Presentation
12th Annual AIDS Update for Primary Cary, Alta Bates Medical Center, Berkeley, California

1999        The Safety and Tolerability of BufferGel: A Novel Vaginal  Invited Speaker
             Microbicide Studied in U. S. Women
National Conference on Women and HIV/AIDS, Los Angeles, California

1999        Optimizing Management Strategies in HIV Disease            Invited Speaker
Evaluation of New Agents in Development to Enhance the Management of Patients with
HIV Disease Symposium, Thomas Jefferson University, Philadelphia, Pennsylvania

1999        Validating Microbicides: Introduction to Basic Science and Invited Speaker
             Trial Design Under a Woman's Control: Biomedical Means
             for Preventing Sexual Transmission of HIV
American Foundation for AIDS Research,  New York, New York

2000        Genital Tract Infection and Inflammation: Implications for Invited Speaker
             Microbicide Research
Microbicides 2000 International Conference, Washington, District of Columbia

2000        Biology of HIV Transmission – Role of Prevention           Invited Speaker
5th Annual AIDS-HIV Symposium, Camp Hill, Pennsylvania

2000        HIV Workshop – Prevention Issues in Adults                 Invited Speaker
38th Annual Meeting of the Infectious Diseases Society of America, New Orleans, Louisiana

2000        Recent Increases in Sexual Risk Behaviors and STD's        Invited Speaker
             Among Men Who Have Sex with Men
Centers for Disease Control and Prevention (CDC), Atlanta, Georgia

2000        Microbicide Research Planning Workshop                     Invited Speaker

**Kenneth H. Mayer, M.D.**                                                                      76

National Institutes of Health, Office of AIDS Research, Bethesda, Maryland

| 2001 | Challenges to the Conduct of Anti-HIV Microbicide Clinical Trials and in the Evaluation of Topical Microbicides | Grand Rounds |

National Institute of Allergy and Infectious Diseases Clinical Center, Bethesda, Maryland

| 2001 | Post Exposure Prophylaxis of HIV for Non Occupational Exposures | Invited Speaker |

National Institutes of Allergy & Infectious Disease Noon Conference, Bethesda, Maryland

| 2001 | Update on the Prevention of HIV | Invited Speaker |

University of Arizona, Tucson, Arizona

| 2001 | Microbicides and Update of Biological Approaches to HIV Prevention:  Microbicide Development, STI Treatment, Non-Occupational Post-Exposure Prophylaxis, and Vaccine Research | Moderator and Presenter |

American Foundation for AIDS Research, 13th National HIV/AIDS Update Conference, San Francisco, California

| 2001 | What is the Scientific Evidence/Basis of HIV/AIDS Treatment as a Prevention Strategy? | Plenary Speaker |

National HIV Prevention Conference, Atlanta, Georgia

| 2001 | When Should HIV Therapy be Initiated?  A Response | Invited Speaker |

Conference to Develop HIV/AIDS Therapeutic Research Agenda for Resource-Limited Countries,  Infectious Diseases Society of America, UNAIDS, and NIH, San Francisco, California

| 2001 | Cutting-Edge Issues in HIV Medicine | Convener and Moderator |

39th Annual Meeting of Infectious Diseases Society of America, San Francisco, California

| 2001 | Rectal Microbicide Workshop | Co-Chair |

US National Institute of Allergy and Infectious Diseases/National Institutes of Health Office of AIDS Research, Baltimore, Maryland

| 2002 | Biological Means for Preventing HIV Infection: "ART as Prevention" Symposium | Presenter |

14th National HIV/AIDS Update Conference, American Foundation for AIDS Research, San Francisco, California

| 2003 | Interventions--Biomedical | Speaker |

OAR/CDC Workshop on Improving the Efficacy of HIV Prevention Efforts for MSM, Washington, District of Columbia

| 2003 | HIV/AIDS as a Medical Specialty:  The Certification | Speaker |

**Kenneth H. Mayer, M.D.**

Dilemma
15th National HIV/AIDS Update Conference, Miami, Florida

| 2003 | Biological Interventions to Prevent HIV Transmission: Work in Progress | Speaker |

HIV Center for Clinical and Behavioral Studies, Columbia University, New York, New York

| 2003 | Providers and Trainers Workshop: Prevention Interventions with Persons Living with HIV/AIDS | Discussant Panelist |

NIH/CDC/HRSA Update, Atlanta, Georgia

| 2003 | HIV Formative Research for New Prevention and Technologies The Use of Anti-retrovirals to Prevent HIV Transmission | Moderator |

Centers for Disease Control, 2003 National HIV Prevention Conference, Atlanta, Georgia

| 2003 | Sexually Transmitted Diseases in MSM in Boston Monitoring Trends in Prevalence of STDs, Tuberculosis and HIV Risk Behaviors among Men Who Have Sex with Men Project (MSM Project). | Presenter |

Centers for Prevention Control and Prevention, Chicago, Illinois

| 2003 | Management of HIV/AIDS in Resource Limited Settings | Presenter |

Intensive Update Course in Clinical Tropical Medicine and Traveler's Health, American Society of Tropical Medicine and Hygiene, San Diego, California

| 2003 | HIV/AIDS in 2003: An Update on Epidemiology, Prevention, and Treatment | Discussant Panelist |

21st Annual Conference of the Gay and Lesbian Medical Association, Miami, Florida

| 2003 | The Core Data Project at Fenway Community Health: Capturing Uniform 'Data on Salient Characteristics of Sexual Minority Patients | Co-Presenter |

21st Annual Conference of the Gay and Lesbian Medical Association, Miami, Florida

| 2003 | Search for a Safe, Effective Microbicide | Plenary Speaker |

Plenary Session: Biological Means of Preventing HIV/AIDS, 15th National HIV/AIDS Update Conference, Miami, Florida

| 2004 | Biology of HIV Transmission: Implications for Prevention, Prevention Counseling in Developing Countries and Related Issues, e.g., STD Control | Speaker |

Expert Consultation on the Implications of Tenofovir as HIV Chemoprophylaxis, Centers for Disease Control, Atlanta, Georgia

**Kenneth H. Mayer, M.D.**                                                                 78

2004            Implications for Men Who Have Sex with Men                  Rapporteur
Expert Consultation on the Implications of Tenofovir as HIV Chemoprophylaxis, Centers for
Disease Control, Atlanta, Georgia

2005            Biomedical Prevention Interventions                        Plenary Session
                                                                           Speaker
Prevention and Harm Reduction Plenary Session, 2005 National HIV/AIDS Update
Conference, American Foundation for AIDS Research and PAETC, Oakland, California

2005            Vaccines and Vaccine Development                           Moderator
National HIV/AIDS Update Conference, American Foundation for AIDS Research and
PAETC, Oakland, California

2005            Antiretrovirals and HIV Prevention:  Promise or Peril?     Speaker
HIV Center for Clinical and Behavioral Studies, NY State Psychiatric Institute, New York,
New York

2005            Antiretroviral Resistance Monitoring                       Moderator
National HIV Prevention Conference, Atlanta, Georgia

2005            Prevention of HIV: A challenge for All Populations         Roundtable
HIV Management in Challenging Populations: Focusing on the Whole Person, Johns
Hopkins School of Medicine, Chicago, Illinois

2005            Research Issues in Early Phase Microbicide Trial           Speaker
NIH Microbicide Workshop: Behavioral & Social Sciences Issues in Microbicide Research,
Department of Health and Human Services, National Institutes of Health, National Institute
of Mental Health, Rockville, Maryland

2005            ART for Prevention                                         Speaker
Office of AIDS Research Advisory Council Meeting, National Institutes of Health,
Rockville, Maryland

2005            Challenges to Prevention. Treatment and Management of      Workshop
                HIV Infection in the United States                         Chair
USPHS  Collaborating Federal Health Agencies, Atlanta, Georgia

2005            Delivery of Prevention Messages at SPNS Sites              Speaker
Fifth Grantee Meeting, Special Projects of National Significance Annual Meeting,
Silver Spring, Maryland

2006            Update from the 13th CROI                                Keynote
                                                                           Speaker
Midwest AIDS Training and Education Center, Detroit, Michigan

**Kenneth H. Mayer, M.D.**

2006            Round Table Discussion: Rectal Safety                     Moderator
HPTN Microbicide Safety Consensus Meeting, Bethesda, Maryland

2006            Frequent Detection of Asymptomatic Sexually Transmitted    Presenter
                Diseases (STD) among HIV-infected and High Risk HIV-
                uninfected MSM at a Boston Community Health Center;
                Insights and Interventions in STD Prevention for MSM
National STD Prevention Conference, Jacksonville, Florida

2006            Antiretrovirals for HIV Prevention: Panacea or Pandora's   Presenter
                Box
Division of AIDS Seminar, NIAID, NIH, Bethesda, Maryland

2006            ARV Issues, Biomedical Interventions for HIV Prevention    Co-Moderator
                Working Group Meeting
Forum for Collaborative HIV Research, Washington

2006            Summary Feedback, Biomedical Interventions for HIV         Co-Moderator
                Prevention Working Group Meeting
Forum for Collaborative HIV Research, Washington, District of Columbia

2006            Beyond the Horizon – Breakthroughs in HIV Management       Faculty
                (a satellite symposium, 46th ICAAC)
Postgraduate Institute for Medicine, San Francisco, California

2006            Mastering HIV Management II (a satellite symposium, 46th  Panelist
                ICAAC)
American Academy of HIV Medicine, San Francisco, California

2006            The Next Tsunami: The Growing HIV/AIDS Epidemic in         Opening
                Asia                                                       Lecturer
AIDS Symposium 2006, Medical University of South Carolina, Charleston, North Carolina

2006            Antiretrovirals for HIV Prevention:  Panacea or Pandora's  Speaker
                Box?
AIDS Symposium 2006, Medical University of South Carolina, Charleston, North Carolina

2006            Biomarkers of Cervicovaginal Inflammation      Biomarkers  Discussant
                for Evaluating Vaginal Microbicides and Contraceptives:
                Discovery and Early Validation
Alliance for Microbicide Development and CONRAD, Reston, Virginia

2006            HIV Prevention Among Men Who Have Sex With Men             Panel Member
amfAR World AIDS Summit 2006, New York, New York

2006            Setting the Stage: Treatment May Affect Prevention         Welcome and

**Kenneth H. Mayer, M.D.**                                                                    80

Introduction

Opportunities for Improving HIV Diagnosis, Prevention & Access to Care in the US, National Consensus Conference on the USPHS Guidelines for Routine HIV Testing, Washington, District of Columbia

2006          Optimizing Prevention in Patients                    Panel
                                                                    Moderator
Opportunities for Improving HIV Diagnosis, Prevention & Access to Care in US, National Consensus Conference on the USPHS Guidelines for Routine HIV Testing, Washington, District of Columbia

2006          Strategies for Implementation: Opportunities for Improving     Speaker
              HIV Diagnosis, Prevention & Access to Care in the US
National Consensus Conference on the USPHS Guidelines for Routine HIV Testing Washington, District of Columbia

2007          Identification of Gaps in PrEP Research               Speaker
HPTN Leadership/NIH Workshop on: Furthering the PrEP Scientific Agenda, HIV Prevention Trials Network, Washington, District of Columbia

2007          Routine HIV Testing: Issues Related to Implementation     Invited
                                                                    Presentation
Presidential Advisory Council on HIV/AIDS Domestic Subcommittee Meeting, Washington, District of Columbia

2007          Antiretrovirals for Prevention: Panacea or Pandora's Box?     Speaker
Penn Center for AIDS Research Seminar, University of Pennsylvania, Philadelphia, Pennsylvania

2007          Implications of the New CDC Universal Op-Out HIV     Presenter
              Testing Recommendations
Improving the Management of HIV Disease, International AIDS Society, USA, New York, New York

2007          Preparing for the Next Generation of PrEP Studies     Speaker
HPTN IMPAACT Annual Meeting, Washington, District of Columbia

2007          Antiretrovirals for Primary Prevention: Panacea or     Speaker
              Pandora's Box?
CFAR Research Symposium, Emory University, Atlanta, Georgia

2007          Emerging Biomedical HIV Prevention Approaches:  Issues     Presenter
              of Feasibility with Alcohol Users
Advances in Prevention of Alcohol-Related HIV/AIDS Risk, National Institute of Alcohol Abuse and Alcoholism, Washington, District of Columbia

**Kenneth H. Mayer, M.D.**                                                                                    81

| 2007 | From Basic Behavioral Science to Interventions, and From Economically Developed to Resource-Poor Settings: Translational Issues in HIV Prevention Interventions Advances in Prevention of Alcohol-Related HIV/AIDS Risk | Discussant |

National Institute of Alcohol Abuse and Alcoholism, Washington, District of Columbia

| 2007 | HIV – The Basics | Pre-Conference Co-Chair |

The American Conference for the Treatment of HIV, Dallas, Texas

| 2007 | Transmission/Prevention | Presenter |

Pre-Conference Workshop: HIV – The Basics, The American Conference for the Treatment of HIV, Dallas, Texas

| 2007 | Transmission/Prevention—Pathogenesis | Speaker |

Pre-Conference HIV – The Basics, The American Conference for the Treatment of HIV, Dallas, Texas

| 2007 | Applying the New CDC Opt-Out Testing Guidelines to Clinical Practice- Treat or No Treat: Case-Based Discussions of Issues Affecting the Management of HIV | Presenter |

Satellite Symposium of 47th Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, Illinois

| 2007 | Antiretrovirals for Prevention: Panacea or Pandora's Box? | Keynote Presentation |

HIV Prevention in the Care Setting: Implications for Management of Sexually Transmitted Infections, 45th Annual Meeting of Infectious Diseases Society of America, San Diego, California

| 2007 | MSM HIV and STD Co-Morbidity | Speaker |

National HIV Prevention Conference, Atlanta, Georgia

| 2008 | Gay Men's Health in the 21st Century | Lecturer |

Tim Gill Community Lecture, University of Colorado, Denver, Colorado

| 2008 | Biological Approaches to HIV Prevention: Pitfalls and Progress | Grand Rounds |

Department of Medicine, University of Colorado, Denver, Colorado

| 2008 | Antiretrovirals for HIV Prevention: Panacea or Pandora's Box? | Speaker |

Tim Gill Endowed Lectureship, University of Colorado, Denver, Colorado

| 2008 | Optimal Approaches to HIV Testing, Treatment and Postexposure Prophylaxis | Faculty |

Symposium of the International Conference on Emergency Medicine, San Francisco, California

**Kenneth H. Mayer, M.D.**                                                          82

2008            HPTN 061                                              Speaker
Research Advocacy for HIV Prevention: US Domestic Research at the HIV Prevention Trials
Network, Community HIV/AIDS Mobilization Project, Arlington, Virginia

2008            Update on the Use of Antivirals for HIV Prevention        Speaker
Physicians' Research Network, New York, New York

2008            Potential Transmitters                                Speaker
Update on IAS Abstract/Analyses, SUN Investigator Meeting, Philadelphia, Pennsylvania

2008            Sexual Behavior Patterns in Different Populations        Speaker
Furthering the PrEP Scientific Agenda, CDC-HPTN Meeting, Atlanta, Georgia

2008            Antiretrovirals for Prevention: Panacea or Pandora's Box?   Speaker
Seminars in Clinical Research, The Rockefeller University Hospital, New York, New York

2008            HIV Prevention Update: What can be done to slow down      Speaker
                the epidemic and what do we need to know?
11th Annual Clinical Update for Ryan White HIV/AIDS Program Clinicians, Washington,
District of Columbia

2008            Routine Testing for HIV/AIDS                          Speaker
26th Annual Conference of the Gay & Lesbian Medical Association, Seattle, Washington

2008            Responding to the AIDS Epidemic: From Academia to the    Speaker
                Community: Lessons in creating new opportunities for the
                development of culturally-unique care, prevention,
                education, and research programs for sexual and gender
                minority patients
Chase Brexton Health Services 30th Anniversary Lecture Series, Baltimore, Maryland

2008            Routine Testing for HIV/AIDS                          Speaker
26th Annual Conference of the Gay & Lesbian Medical Association, Seattle, Washington

2009            HIV Science: What have you done for me lately?        Plenary Speaker
HIV Prevention Trials Network (HPTN 061), 2009 National African American MSM
Leadership Conference on HIV/AIDS, Atlanta, Georgia

2009            ART Adherence as Prevention                           Speaker
4th International Conference on HIV Treatment Adherence , Miami, Florida

2009            HIV in American Men Who have Sex with Men: Multiple     Speaker
                Microepidemics
2009 CFAR at Emory Science Center for AIDS Research at Emory University and Georgia
Research Alliance, Atlanta, Georgia

**Kenneth H. Mayer, M.D.**                                                                83

2009          Pre-Conference: HIV - Basics                          Co-Chair
ACTHIV, National HIV Providers Conference, Denver, Colorado

2009          Transmission/Prevention -  Pathogenesis, Pre-Conference:     Speaker
              HIV – Basics
ACTHIV, National HIV Providers Conference, Denver, Colorado

2009          HIV - Basics                                          Session Chair
ACTHIV, National HIV Providers Conference, Denver, Colorado

2009          HIV Testing, Prevention and Linkage to Care: What do we     Speaker
              know, where do we go?
10th Annual HIV Clinical Symposium, Albany Medical College, New York

2009          Identification of HIV Risk as a Potential Indicator of ARV     Symposium
              Therapy: Design and Potential Implications of HPTN 061     Presenter
Integration of Prevention and Therapeutic HIV Research: Opportunities and Challenges,
AIDS Clinical Training Grant Network Meeting, Washington, DC

2009          HIV Prevention Research: A Provider and Community     Speaker
              Perspective (workshop)
27th Annual Conference of the Gay & Lesbian Medical Association, Washington, DC

2009          Community Response to HIV in Communities of Color and     Plenary Speaker
              Black MSM "on the Downlow."
27th Annual Conference of the Gay & Lesbian Medical Association, Washington, DC

2009          HIV Prevention Research and Men Who Have Sex with     Course Lecturer
              Men: Local and Global Lessons
Fall Quarter, 2009, Annual Interdisciplinary Faculty Seminar Series, The MacLean Center
for Clinical Medical Ethics and The Global Health Initiative, Chicago, Illinois

2009          HIV in the Developing World                           Co-Moderator
47th Annual Meeting of Infectious Disease Society of America, Philadelphia, Pennsylvania

2009          Reduction in New Infections                           Presenter
National AIDS Strategy Research Consultation, HIVMA/amFAR, Washington, DC

2009          Linking to Expert Care Panel                          Chair
Collaborative Institute pf Virology, Bristol-Myers Squibb, Chicago, Illinois

2009          Review of Non-occupational PEP Studies and Implications     Speaker
              for PrEP, Consultation on the Intermittent PrEP (iPrEP)
              Research Agenda
The Foundation for AIDS Research and AVAC, Arlington, Virginia

**Kenneth H. Mayer, M.D.**                                                                 84

| 2009 | Preparing for PrEP: Panacea or Pandora's Box? | Speaker |

9th Annual Research Retreat, University of Pennsylvania, Philadelphia, Pennsylvania.

| 2009 | Dynamics of HIV Shedding in the Genital Tract: Current Knowledge and Understanding Discussion | Speaker |

AIDS Clinical Trials Group Leadership Retreat, Washington, DC

| 2010 | Antiretrovirals for HIV Prevention: Panacea or Pandora's Box, New Strategies for a Changing Epidemic | Symposium Presenter |

17th Conference on Retroviruses and Opportunistic Infections , San Francisco, California

| 2010 | Ask, Screen, Intervene: Incorporating HIV Prevention into the Medical Care of Persons Living with HIV | Trainer |

Mississippi State Department of Health; the Ratelle STD/HIV Prevention Training Center of New England, Massachusetts Department of Public Health; and the Seattle STD/HIV Prevention Training Center; Jackson, Mississippi

| 2010 | Project SOS: HPTN 061 | Speaker |

2010 African-American MSM Leadership Conference on HIV/AIDS, Atlanta, Georgia

| 2010 | Changing Course: Stemming the Deadly Twin Epidemics of HIV and Tuberculosis | Introductory Remarks |

National Institute of Allergy and Infectious Diseases, NIH, Washington, DC

| 2010 | How Safe is Safe? | Session Moderator |

2010 International Microbicides Conference, Pittsburgh, Pennsylvania.

| 2010 | Is It Time for Test and Treat? | Symposium Speaker |

2010 International Microbicides Conference, Pittsburgh, Pennsylvania.

| 2010 | Enrolling MSM in HPTN 061, HVTN 505, and iPrEX, Recruitment and Enrollment Panel | Speaker |

Office of HIV/AIDS Network Coordination's Behavioral Science Working Group, Miami Beach, Florida

| 2010 | Discussion of Current Designs for Future Studies, PrEP Clinical Trial Design Optimization Convening | Discussant |

The Bill & Melinda Gates Foundation, Seattle, Washington

| 2010 | An Update on ARV-based Prevention Trials: What Have We Learned in Recent Months and What's Next? Combination Prevention: The Possibility and the Promise of ARV-based Prevention and the Implications for AIDS Vaccine R&D | Speaker |

**Kenneth H. Mayer, M.D.** 85

Satellite Symposium, AIDS Vaccine 2010 Conference, Atlanta, Georgia

2010           Why Have STIs Increased Among MSM?                    Speaker
Meet-the-Professor Session, 48th Annual Meeting of the Infectious Disease Society of
American, Vancouver, Canada

2010           Human Rights, Law and HIV: The Neglected Epidemic    Panel Member
               among MSM and its Global Implications.
138th American Public Health Association Annual Meeting, Denver, Colorado

2010           The Forgotten Epidemic                               Panelist plenary
                                                                    session
The Harvard University Center for AIDS Research (HU CFAR) and the National Association
for the Advancement of Colored People (NAACP), Symposium, Boston, Massachusetts

2010           World AIDS Day Commemoration                         Panelist
Mailman School at Columbia University, New York, NY

2010           "Comprehensive Health for Sexual & Gender Minorities:  Speaker
               Caring for the whole person," Integrating Rights and Health
               for MSM and other LGBT Peoples: The role of HIV/AIDS
               Implementers and PEPFAR
American Foundation for AIDS Research Washington, DC

2011           Sexual and Gender Minority Health: What do we know and  Speaker
               what do we need to know?
The Department of Health, Behavior and Society at the Johns Hopkins Bloomberg School of
Public Health, Baltimore, Maryland.

2011           Antiretrovirals for Prevention: New Questions and    Plenary Speaker
               Opportunities for Behavioral Science Researchers
6th International Conference on HIV Treatment and Prevention Adherence, the International
Association of Physicians in AIDS Care (IAPAC), Miami Beach, Florida.

2011           Challenges in the Conduct of Behavioral and Social Science  Panel
               Research                                             Moderator
Behavioral Science Working Group, Face to Face Meeting, HIV/AIDS Network
Coordination, Miami Beach, Florida.

2011           PrEP and "Treatment as Prevention": Implications for  Roundtable
               Clinicians                                           Discussant
2011  Annual Clinical Care Options HIV and Hepatitis C Symposium,
National Harbor, Maryland.

2011           Application to HIV Vaccine and Other Research         Group
                                                                    Discussion

**Kenneth H. Mayer, M.D.**                                                                                86

                                                                                      Leader
National Institute of Health/NIAID, Behavioral and Social Science Workshop, Bethesda, Maryland

2011          Spectrum of Engagement in Care HIV Patients          Panel Presenter
National Steering Committee, American College of Physicians, Washington, DC

2011          One Path Towards Preventing HIV Transmission: HIV          Educator
              Treatment as HIV Prevention for the Primary Care Provider
Rush University Medical Center, Continuing Medical Education Educator, New Orleans, LA

2011          One Path Towards Preventing HIV Transmission: HIV          Educator
              Treatment as HIV Prevention for the Primary Care Provider
Rush University Medical Center, Continuing Medical Education Educator, San Juan, PR

2011          One Path Towards Preventing HIV Transmission: HIV          Educator
              Treatment as HIV Prevention for the Primary Care Provider
Rush University Medical Center, Continuing Medical Education Educator, Miami, FL

2011          Safety Issues in Pre-exposure Prophylaxis for HIV negative          Moderator
              individuals, proposals for management of safety concerns
              and pending plans for scale-up
Forum for Collaborative HIV Research, Washington, DC

2011          Can Antiretrovirals for Prevention Halt the HIV Epidemic?          Speaker
University of California San Diego Antiviral Research Center

2011          Can Antiretrovirals Medications Halt the HIV Epidemic?          Presenter
amFAR Program Advisory Council Meeting

2011          Essentials of HIV Medicine - Prevention          Presenter
Mayo School of Continuing Professional Development

2012          Sex Differences in Oral ARV Use          Presenter
Emerging Issues AIDS 20/20, amFAR Consultation Meeting: Sex Differences in HIV/AIDS

2012          Optical Management of HIV Disease and Hepatitis: Clinical          Presenter
              Conference XX (OPMAN)
Fort Lauderdale, FL. March 15-18, 2012

2012          2012 National STD Prevention Conference -"Addressing          Presenter
              HIV/STI Disparities Among MSM"
Minneapolis, Minnesota. March 12 - 15, 2012

2012          CDC DHAP Biomedical Prevention with HIV          Presenter
              Serodiscordant          Couples in the United States

**Kenneth H. Mayer, M.D.**

2012        Pill or Gel: Preferences of at Risk North American Men who        Presenter
            Have Sex With Men Recruited Via a Social Networking Site
            Regarding Oral or Topical Chemoprophylaxis.
    Miami, FL. June 6, 2012

2012        Bio-behavioral Issues and Interventions        Presenter

DSTDP MSM Research Priorities Meeting, Atlanta, GA. August 22, 2012

2012        Antiretrovirals for HIV Prevention: What have we learned so        Presenter
            far; What do we need to know?
HIV Grand Rounds from the Perelman School of Medicine at the University of Pennsylvania.
Philadelphia, PA.  October 4, 2012

2012        Motivating Infectious Disease Specialists to Provide HIV        Presenter
            Care:
            Capitalizing on Provider Interest and Focus
San Diego, CA. October 19, 2012

2012        Black Gay and Bisexual Men's HIV/AIDS Summit: Putting        Presenter
            the Pieces Together

National HIV/AIDS Strategy Meeting, Washington DC November 16, 2012

2012        2012 National Summit on HIV and Viral Hepatitis        Opening
            Diagnosis, Prevention and Access to Care.        Plenary
Washington DC. November 26, 2012

2012        New Paradigms of Risk and Protection: Understanding the        Speaker
            HIV
            Epidemics Among Gay and Bisexual Men.
Lancet Symposium, New York, NY. December 7, 2012

2013        Future of PrEP and Microbicide Research: Trial Design and        Moderator
            Regulatory Issues: Setting the Stage

Washington D.C. January 7, 2013

2013        Optical Management of HIV Disease and Hepatitis: Clinical        Presenter
            Conference

XXI (OPMAN). "HIV Treatment as Prevention". Miami Beach, FL.   March 15, 2013

2013        Current Status of PrEP        Speaker
British Columbia Centre for Excellence in HIV/AIDS – Special Spring. 2013 HIV/ARV

**Kenneth H. Mayer, M.D.**                                                                    88

Update. April 26, 2013, Vancouver, B.C.

2013              PrEP: State of the Science                                    Invited Speaker

8th International Conference on HIV Treatment and Prevention Adherence. Miami Beach, FL.  June 3, 2013

2013              HIV prevention in MSM: Where are we now?                      Speaker

HIV+ MSMs: Treatment Challenges and Idiosyncrasies Philadelphia, PA.  August 21, 2013

2013              Implementation of the use of ART for PrEP in MSM: A           Presenter
                  work in progress.
Implementation Science for HIV/AIDS Prevention and Treatment: Working Meeting to Share Ongoing Projects and Discuss Research Directions. Bethesda, MD. September 11, 2013

2013              Update on Pre-Exposure Prophylaxis                            Presenter
53rd Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC). Denver, Colorado. September 10-13

2013              20th Anniversary Brown-Tufts Fogarty AIDS International      Presenter
                  Training and Research Program
Providence, RI. November 13, 2013

2013              What will It Take to Achieve an AIDS-free World?              Presenter
                  A translational medicine conference on HIV research
Antiretrovirals for Primary & Secondary HIV Prevention San Francisco, CA. November 4, 2013

2014              Optimizing Outcomes Among Patients In Care                    Speaker

OPMAN XXII Clinical Conference, Miami Beach, FL  March 30, 2014

2014              A Vision for LGBT Health                                      Panelist

Columbia University Medical Center, New York, NY. April 3, 2014

2014              PrEP – State of the Science, Uptake Challenges and Other      Presenter
                  Barriers to Scale Up
9th International Conference on HIV Treatment and Prevention Adherence. Miami, FL. June 8-10, 2014

2014              From clinical trials to clinical practice: The slow but steady    Speaker
                  diffusion of innovation of the use of antiretroviral pre-
                  exposure prophylaxis in a Boston community health center

**Kenneth H. Mayer, M.D.**

STD Prevention Conference: A Focus on Disparities, Cascades and Integration in STD & HIV Programs and Services

2014             Epidemiology, Other Data, and State of the Science             Speaker

White House Meeting on HIV among Gay and Bisexual Men: FOCUS. ACTION.IMPACT. September 26, 2014

2015             Medicine Grand Rounds             Presenter
Montefiore Medical Center/Albert Einstein College of Medicine.
Bronx, New York. January 22, 2015

2015             HIV Prevention for MSM & Transgender Populations             Speaker
Phase 3 Rectal Microbicide Design Meeting. Microbicide Trials Network.
Bethesda, Maryland. February 18-19, 2015

2015             PrEP Update and Helping Defind amFAR's Position             Moderator
amFAR Program Advisory Council. Seattle, Washington. February 21, 2015

2015             Welcome and Roundtable Introduction             Speaker

Thematic Roundtable on Key Populations
International AIDS Society-Industry Liason Forum (IAS-ILF) and the IAS Priority on Key Populations (KPs)
February 24, 2015. Seattle Washington.

2015             Summary: Challenges and Opportunities             Speaker

Thematic Roundtable on Key Populations
International AIDS Society-Industry Liason Forum (IAS-ILF) and the IAS Priority on Key Populations (KPs)
February 24, 2015. Seattle Washington.

2015      PEP: Remember Me?                                          Themed
                                                                Discussion Leader
Conference on Retroviruses and Opportunistic Infections (CROI) 2015. Seattle, Washington. February 23-26, 2015.

2015             Antiretrovirals for HIV Prevention in Men Who Have Sex             Speaker
                 With Men: Silver Bullets or Bright Shiny Objects?
CFAR Science Symposium
Emory University, Atlanta, GA. March 19, 2015

2015             Closing Remarks                                    Presenter
HPTN Workshop: Developing HIV Prevention Interventions for Transgender Men and Women, and other Gender Non-Conforming Adults.

**Kenneth H. Mayer, M.D.**

Washington DC. June 13, 2015.

| | | |
|---|---|---|
| 2015 | Biomedical HIV Prevention: Adherence Across Diverse Contexts and Cultures | Presenter |

IAPAC Adherence 2015
A Decade of Success, A World of Opportunities
Miami, FL. June 28 – 30, 2015.

| | | |
|---|---|---|
| 2015 | PrEP Dissemination and Implementation | Moderator |

IAPAC Adherence 2015
A Decade of Success, A World of Opportunities
Miami, FL. June 28 – 30, 2015.

| | | |
|---|---|---|
| 2015 | Antiretrovirals for HIV Prevention – What Do We Know and What Do We Need to Know? | Keynote Speaker |

Testing to Treatment: Implementing the Full Spectrum of HIV Prevention and Care
Center for AIDS Intervention Research (CAIR)
Milwaukee, WI. September 16, 2015.

| | | |
|---|---|---|
| 2015 | Antiretrovirals for HIV Prevention: Hope, Hype, and Reality | Speaker |

ICAAC/ICC2015
San Diego, CA. September 17-21, 2015.

| | | |
|---|---|---|
| 2015 | State of the science in PrEP prevention programs & lessons on integration from Fenway Community Health Center | Speaker |

ANAC2015: Sex, Drugs & Living Well
Chicago, IL. October 30th, 2015.

| | | |
|---|---|---|
| 2015 | Comprehensive Sexual Health Care for Sexually and Gender Minority Patients in the HAART and PrEP Era | Speaker |

CDC STD Prevention Science Series
Atlanta, GA. December 3, 2015.

| | | |
|---|---|---|
| 2015 | Improving Pre-Exposure Prophylaxis: Where Are We Now and Where Are We Going | Plenary Speaker |

2015 National HIV Prevention Conference (NHPC)
Atlanta, GA.  December 8, 2015.

| | | |
|---|---|---|
| 2016 | A New Normal?: Sexual health and Sexually Transmitted Infections in the Antiretrovirals for Prevention Era | Presenter |

Grand Rounds, UCLA CFAR / AIDS Institute
Los Angeles, CA. January 8, 2016.

**Kenneth H. Mayer, M.D.**                                                                91

2016            Sexual Health in the Era of TasP and PrEP            Speaker
Grand Rounds, HIV Center for Clinical and Behavioral Studies at the New York State
Psychiatric Institute and Columbia University
New York, NY. March 17, 2016.


2016            Sex and Drugs: Assessing HIV protection when using        Speaker
                PrEP
National Institute of Mental Health: Enhancing the Measurement of HIV Exposure due
to Sexual Behavior
Rockville, MD. March 22, 2016.


2016            Addressing Clinical Care of Lesbian, Gay, Bisexual,        Panelist
                and Transgender (LGBT) People
American College of Physicians (ACP) Internal Medicine Meeting 2016
Washington, DC. May 5-7, 2016.


2016            PrEP 2016: What Will It Take to Generate Demand,        Plenary
                Increase Access, and Accelerate Uptake?                Speaker
11th International Conference on HIV Treatment and Prevention Adherence (Adherence
2016)
Fort Lauderdale, FL. May 9-11, 2016.


2016            HVTN 104                                                Plenary
                                                                       Speaker
HIV Vaccine Trials Network Full Group Meeting (HVTN Conference 2016)
Washington, DC. May 17-20, 2016.


2016            Systemic and Topical Delivery of Anti-HIV            Panelist
                Monoclonal Antibodies to Prevent HIV Transmission
                (Satellite Session)
HIV Research for Prevention (HIV R4P) 2016
Chicago, IL. Oct 17-21, 2016.


2016            Addressing the Leading Edge of the HIV Epidemic        Keynote
                in the U.S.: Advancing Prevention Programs for        Speaker
                Urban YMSM (Satellite Session)
HIV Research for Prevention (HIV R4P) 2016
Chicago, IL. Oct 17-21, 2016.


2016            Next Gen Bio-Behavioral HIV Prevention:            Keynote
                Challenges and Opportunities for a Lasting Impact        Speaker
                on the Epidemic
CFAR Social and Behavioral Sciences Research Network 10th Annual Meeting:
Integrating Social, Behavioral and Biomedical Strategies in HIV Prevention and
Health Equity

**Kenneth H. Mayer, M.D.**                                                                 92

Miami, FL. Oct 20-21, 2016.

2017            PrEP: HIV Therapy as HIV Prevention                         Speaker
Optimal Management of HIV Disease & Hepatitis: Clinical Conference (OPMAN
XXV)
Orlando, FL. March 17-19, 2017.

2017            PrEP and Prevention: Therapeutics and Behavior          Roundtable
                                                                        Speaker
Optimal Management of HIV Disease & Hepatitis: Clinical Conference (OPMAN
XXV)
Orlando, FL. March 17-19, 2017.

2017            Product Preference and PrEP Use In a National Sample of    Plenary
                MSM                                                        Speaker
HIV Vaccine Trials Network (HVTN) Full Group Meeting
Washington, DC. May 23-25, 2017.

**International Invited Teaching and Presentations:**

1986            A Review of Epidemic Aminoglycoside Resistance          Lecture
                Worldwide
Symposium on Aminoglycoside Therapy: A New Decade, Puerto Vallarta, Mexico

1986            The Epidemiology of Antibiotic Resistance in Hospitals    Lecture
9th Annual Symposium of the British Society for Antimicrobial Chemotherapy and the (West
German) Paul Erlich Society Bad Honnef, West Germany

1986            Molecular Epidemiology and Genetics of the ANT(2")      Invited
                Gene in Nosocomial Plasmids of Enterobacteriaceae        Presentation
Institute Pasteur, Department of Molecular Biology, Paris, France

1988            Mechanisms of Antibiotic Resistance                     Lecture
Annual Convention of the Philippine College of Physicians, Manila, The Philippines

1988            Pathogenesis, Pathophysiology and Management of   Acute    Lectures
                Diarrheal Disorders and Retroviral Infections
Annual Convention of the Philippine College of Physicians, Manila, The Philippines

1988            Natural History of HIV and Molecular Basis of Antibiotic    Research
                Resistance                                               Seminars
National Infectious Disease Symposium, Universidad del Norte and Colombian Society of
Infectious Diseases, Barranquilla, Colombia

**Kenneth H. Mayer, M.D.**

| | | |
|---|---|---|
| 1989 | Natural History of HIV Symposium | Invited Speaker |

European Congress of Microbiology, Nice, France

| | | |
|---|---|---|
| 1989 | The Natural History of AIDS and HIV Infection: Prospects for Prevention and Treatment | Invited Faculty |

Summer Course of the Universidad Complutense (Central University of Madrid) in "AIDS and High Mortality Infectious Diseases," El Escorial, Spain

| | | |
|---|---|---|
| 1990 | New Developments in Antibiotic Resistance and AIDS | Grand Rounds |

Department of Medicine, Philippines General Hospital, Manila, The Philippines

| | | |
|---|---|---|
| 1990 | The Management of Patients with AIDS and HIV Infection: A Multidisciplinary Approach | Course Instructor |

University of the Philippines and Brown University AIDS Program , Manila, Philippines

| | | |
|---|---|---|
| 1990 | Infectious Disease Issues for the Obstetrician and Gynecologist | Plenary Speaker |

Annual Meeting of the Philippine Obstetrics and Gynecology Society, Manila, The Philippines

| | | |
|---|---|---|
| 1990 | Heterosexual Transmission of HIV in U.S. Cohort Studies | Invited Speaker |

New South Wales Society for Genitourinary Medicine, Sydney, Australia

| | | |
|---|---|---|
| 1991 | Heterosexual Spread of HIV: Transmission and Natural History Studies | Plenary Speaker |

Australian Society for HIV Medicine, Annual Meeting Woolongong, Australia

| | | |
|---|---|---|
| 1991 | The Most Severe Sexually Transmitted Epidemic | Visiting Professor |

University of Queensland Medical School, Brisbane, Australia

| | | |
|---|---|---|
| 1991 | The Natural History of HIV in Women | Grand Rounds |

Queen Hospital, University of Hawaii Medical School, Honolulu, Hawaii

| | | |
|---|---|---|
| 1992 | HIV Transmission and Health Care Workers | Invited Panel Moderator |

2nd International Conference on the Prevention of Infection, Nice, France

| | | |
|---|---|---|
| 1992 | The Heterosexual Transmission of HIV | Invited Speaker |

Hospital St. Joseph, Pierre and Marie Curie University, Paris, France

| | | |
|---|---|---|
| 1992 | Uses of the Newer Macrolides for Patients with AIDS | Panelist |

Symposium on the Newer Macrolides, International Congress of Infectious Disease, Nairobi, Kenya

**Kenneth H. Mayer, M.D.**                                                                94

1995        The Sexual Transmission of HIV; HIV in Women;           Invited Speaker
            Strategies to Prevent HIV Infection
Second Argentine Congress on AIDS, Cordoba, Argentina

1996        Mycobacteria and Other Infections in HIV-Infected Persons   Invited Speaker
Workshop Seminar of the 3rd International Conference on the Macrolides, Azalides and
Streptogramins, Lisbon, Portugal

1996        The Sexual Transmission of HIV                          Invited Speaker
Plenary Session at the XX Congress of Scientific Research, San Juan, Puerto Rico

1996        Update on Comprehensive HIV Care                        Keynote
                                                                    Speaker
Conference on Preparing for the Clinical Impact of the AIDS Epidemic in Indonesia
RSPI Saliento Saroso, Jakarta, Indonesia

1996        The Biology of Safer Sex                                Invited Speaker
14th Annual Symposium of the Gay and Lesbian Medical Association, Montreal, Canada

1996        Combination Antiretroviral Therapy: Practical Approaches   Keynote
            for Health Care                                         Address

7th Annual HIV/AIDS Conference, University of Toronto, Toronto, Canada

1996        Protease Inhibitors                                     Plenary Session
7th Annual HIV/AIDS Conference, University of Toronto, Toronto, Canada

1997        Challenges to the Development of Opportunistic Infections   Invited Speaker
            Prophylaxis Guidelines in Asia
Philippine College of Physicians Annual Meeting, Manila, The Philippines

1998        MAC and Other HIV-Related Disease                       Lecture
4th  International Conference on the Macrolides, Azalides and Streptogramins, Barcelona,
Spain

1998        Post Exposure Prophylaxis to Prevent HIV Infection      Presentation
5th International Conference on the Prevention of Infection (CIPI), Nice, France

1998        Satellite Video Teleconference: Update on AIDS Care     Panel Member
12th World AIDS Conference, Geneva, Switzerland

1999        The Current Status of Antiretroviral Therapy for HIV    Invited Speaker
            Infection; The Biology of HIV Transmission: Implications
            for Prevention
2nd  International  Symposium  of  the  Argentine  Infectious  Disease  Society,     Cordoba,

**Kenneth H. Mayer, M.D.**

Argentina

| | | |
|---|---|---|
| 2000 | What Factors Influence the Decision to Get Tested for HIV Infection | Invited Speaker |

International Conference on Risk and Prevention, Paris, France

| | | |
|---|---|---|
| 2000 | Biological Approaches to HIV Control and Prevention | Co-Chair |

9th International Conference on Infectious Diseases, Buenos Aires, Argentina

| | | |
|---|---|---|
| 2001 | Safety and Tolerability of Pro2000/5 Gel in Sexually Active HIV- and Abstinent HIV+ Women | Presentation |

International Congress of Sexually Transmitted Diseases, Berlin, Germany

| | | |
|---|---|---|
| 2001 | Prevention of HIV Infection Through STD Control and ART Intervention | Invited Speaker |

1st Conference on HIV Pathogenesis and Treatment, International AIDS Society, Buenos Aires, Argentina

| | | |
|---|---|---|
| 2001 | The Development of Community-Based Clinical Research in AIDS in the U.S.: Lessons Learned | Invited Speaker |

amfAR Conference on Expanding Clinical Research Capacity in Asia, Bangkok, Thailand

| | | |
|---|---|---|
| 2001 | Microbicides: Progress in the Development of a Novel Approach to the Prevention of HIV/STD | Presentation |

With Celentano DD, Srikrishnan AK, et al: HIV/STD burden in urban slums of South India.
6th International Conference on AIDS in Asia and the Pacific, Melbourne, Australia

| | | |
|---|---|---|
| 2001 | Knowledge, Attitudes and Beliefs Regarding HIV, and Attitudinal Structural Barriers to Care Among South Indian Physicians | Presentation |

6th International Conference on AIDS in Asia and the Pacific, Melbourne, Australia

| | | |
|---|---|---|
| 2002 | Diagnosis and Monitoring of HIV Diseases; Developing Countries Perspective | Guest Lecturer |

Indian Association of Medical Microbiologists, Chennai, India

| | | |
|---|---|---|
| 2002 | Medical Approaches to HIV Prevention | Guest Lecturer |

Update on HIV Diseases, Indian Medical Association, Chennai, India

| | | |
|---|---|---|
| 2002 | Update on Biomedical Interventions to Prevent HIV Transmission | Session Chair |

10th International Congress on Infectious Diseases, Singapore

| | | |
|---|---|---|
| 2002 | Use of Antiretroviral Therapy (ART) to Decrease HIV Transmission | Invited Speaker |

10th International Congress on Infectious Diseases, Singapore

**Kenneth H. Mayer, M.D.**                                                                96

2002        Training for Health Care Providers: Talking About        Facilitator
            Sexuality Issues With Your Patients
Skills Building Workshop, XIVth World AIDS Conference, Barcelona, Spain

2002        Update on HIV/AIDS: What Journalists Need to Know        Speaker
XIVth World AIDS Conference, Barcelona, Spain

2003        When to Switch ART and What to Switch to?        Workshop
                                                             Presenter
Satellite Workshop: Antiretroviral Therapy, 4th International Conference on AIDS India,
Chennai, India

2003        Can HAART Prevent HIV?        Plenary Speaker
4th International Conference on AIDS India, Chennai, India

2004        ART: Where Are We?        Co-Chairperson
20th National Conference on Management of HIV/AIDS in Resource Restricted Settings,
Mumbai, India

2004        The Biology of HIV Transmission and Prevention        Speaker
20th National Conference on Management of HIV/AIDS in Resource Restricted Settings,
Mumbai, India

2004        Update on Microbicides to Prevent HIV Transmission        Speaker
20th National Conference on Management of HIV/AIDS in Resource Restricted Settings,
Mumbai, India

2004        Challenges in HIV Management        Meet-the-
                                                 Expert
                                                 Presenter
11th International Congress on Infectious Diseases, Cancun, Mexico

2004        Impact of HAART on Infectiousness        Invited Speaker
11th International Congress on Infectious Diseases, Cancun, Mexico

2004        Novel Mechanisms and Formulations        Chair
Microbicides 2004, Imperial College, London, England

2004        The Biology of HIV Transmission and Prevention: What        Plenary
            We Know and What We Need to Know        Lecturer
AIDS in India, Regional Symposium-Workshop on Research, Trials and Treatment, National
Institute of Mental Health and Neurosciences (NIMHANS), Bangalore, India

2004        Biology of HIV/AIDS Prevention        Speaker
AIDS in India, Regional Symposium-Workshop on Research, Trials and Treatment, National

**Kenneth H. Mayer, M.D.**

Institute of Mental Health and Neurosciences (NIMHANS), Bangalore, India

| 2004 | Seminar on The Biology of HIV Transmission:  Prospects for Prevention | Seminar Presenter |
|---|---|---|

Department of Biotechnology, University of Madras, Chennai, India

| 2004 | Design Issues for Clinical Studies, Safety of ARV-Containing Microbicides, with Particular Reference to Resistance | Speaker |
|---|---|---|

WHO/RHR International Partnership for Microbicides and the Centers for Disease Control and Prevention, Geneva, Switzerland

| 2005 | HIV and HSV Interactions | Speaker |
|---|---|---|

CME Symposium, YRG CARE, Chennai, India

| 2005 | The Biology of HIV Transmission—Implications for Prevention | Speaker |
|---|---|---|

Continuing Education Program, HIV/AIDS Transmission & Prevention, Sri Ramachandra Deemed University, Harvard Medical International, and Y.R.G. CARE, Chennai, India

| 2005 | Opportunistic Infectious | Moderator |
|---|---|---|

1st National Conference of AIDS Society of India, New Delhi, India

| 2005 | ARVs in Prevention of HIV Infection: Linking Prevention and Care | Speaker |
|---|---|---|

1st National Conference of AIDS Society of India, New Delhi, India

| 2005 | Antiretrovirals for HIV Prevention: Panacea or Pandora's Box? Satellite Session: Challenges in Microbicide Development | Speaker |
|---|---|---|

UCLA AIDS Institute and the Brazilian STD/AIDS Program, 3rd IAS Conference on HIV Pathogenesis and Treatment, Rio de Janeiro, Brazil

| 2005 | Basic Scientific and Epidemiological Evidence and Cost-Effectiveness Regarding HIV-PEP in Both Occupational and Non-Occupational Settings | Plenary Session Speaker |
|---|---|---|

Joint ILO/WHO Technical Meeting for the Development of Policy and Guidelines on Occupational and Non-occupational Post Exposure Prophylaxis for HIV (HIV-PEP), Geneva, Switzerland

| 2006 | Community-based Clinical Research – Lessons Learned in Two Countries | Speaker |
|---|---|---|

Clinical Trials and Clinical Research Scientific Programme, NIH/OAR/ICMR INDO-US Workshop, Mumbai, India

**Kenneth H. Mayer, M.D.**                                                                98

| | | |
|---|---|---|
| 2006 | ART and Prevention Strategies | Speaker |

All India Institute for Medical Sciences, New Delhi, India

| | | |
|---|---|---|
| 2006 | Skills Building Workshop, "Research Methodology, Developing Research Proposals and Writing Scientific Publications | Presenter |

National AIDS Research Institute, New Delhi, India

| | | |
|---|---|---|
| 2006 | Antiretrovirals for Prevention: Panacea or Pandora's Box? | Plenary Speaker |

National Conference on Research in HIV/AIDS, New Delhi, India

| | | |
|---|---|---|
| 2006 | HIV Positive Women and Microbicides: Moving Research Forward | Panelist |

The Global Campaign and ICW, Cape Town, South Africa

| | | |
|---|---|---|
| 2006 | Rectal Microbicides – A New Frontier in HIV Prevention | Session Moderator |

Microbicides 2006 International Conference, Cape Town, South Africa

| | | |
|---|---|---|
| 2006 | Disparities and Community Based Research: Lessons from New England and India | Keynote Lecturer |

3rd Annual Investigators' Development Retreat, 2006 "Pathways to Reduce HIV Disparities: Developing Skills for Meaningful Research," San Juan, Puerto

| | | |
|---|---|---|
| 2006 | HIV Prevention Beyond Vaccines | Symposium Speaker |

Symposium on HIV Challenges in High and Low Resource Settings, 12th International Congress on Infectious Diseases and the International Society for Infectious Diseases, Lisbon, Portugal

| | | |
|---|---|---|
| 2006 | Satellite Symposium: HIV Prevention Among Men Who Have Sex With Men (MSM) | Panelist |

XVI International AIDS Conference, Toronto, Canada

| | | |
|---|---|---|
| 2006 | Current Landscape of HIV Therapy | Speaker |

Emerging Therapies in the Blockage of HIV Binding (satellite symposium), 44th Annual Meeting of the Infectious Diseases Society of America, Toronto, Canada

| | | |
|---|---|---|
| 2006 | Making HIV Prevention Part of HIV Clinical Care (Meet-the-Professor) | Speaker |

44th Annual Meeting of the Infectious Diseases Society of America, Toronto, Canada

| | | |
|---|---|---|
| 2006 | Optimizing HIV Testing: Opportunities to enhance HIV Prevention & Treatment | Panel Member |

Worldwide Advances in Comprehensive Management of HIV/AIDS: Implications for India, WHARF International Conference, Mumbai, India

**Kenneth H. Mayer, M.D.**

2006            Controversies in HIV Management                    Panel Member
Worldwide Advances in Comprehensive Management of HIV/AIDS: Implications for India,
WHARF International Conference, Mumbai, India

2006            HIV Transmission and Prevention                    Speaker
Worldwide Advances in Comprehensive Management of HIV/AIDS: Implications for India,
WHARF International Conference, Mumbai, India

2006            Challenges in Developing Research Programs for HIV – I    Speaker
                International & National Perspective
Worldwide Advances in Comprehensive Management of HIV/AIDS: Implications for India,
WHARF International Conference, Mumbai, India

2007            Current Treatment Options in HIV/AIDS              Faculty and
                                                                   Panelist
Human Healthcare & Research Foundation, Mumbai, India

2007            Principles of Antiretroviral Therapy              Speaker
CART 2007, Chennai Art Symposium, Chennai, India

2007            Cost Effectiveness of ARV Programs                Speaker
CART 2007, Chennai Art Symposium, Chennai, India

2007            Antiretrovirals in Prevention                     Speaker
CART 2007, Chennai Art Symposium, Chennai, India

2007            The Current Status of ART: Anticipating and Addressing    Speaker
                the Evolution of HIV Resistance
International Conference on Molecular and Cellular Biology & Therapeutics of HIV and
Associated Viral Infections, US Department of Health and Human Services/University of
Hyderabad/Indo-US Science & Technology Forum, Hyderabad, India

2007            Methodological Issues in HIV Prevention Research  Speaker
Committee on Methodological Challenges in HIV Prevention Trials, Institute of Medicine,
London, United Kingdom

2007            Discussion of Data from HPTN 050 and Strategies  for    Presenter
                Specimen Collection in Trials Going Forward
Quick Working Group: USPHS Microbicide Consortium, Cape Town, South Africa

2007            Oral Abstract Session   Female Initiated HIV Prevention    Co-Chair
                Technology
4th IAS Conference on HIV Pathogenesis, Treatment and Prevention, Sydney, Australia

2007            Indo-US Grant Writing Workshop                    Instructor

**Kenneth H. Mayer, M.D.**                                                                 100

Office of AIDS Research, National Institutes of Health, US Department of Health and
Human Services,  Hyderabad, India

2007            One Nation's Approach:  Routine Testing in the US        Speaker
HIV in Europe 2007, Brussels, Belgium

2008            Scientific Program                                        Session Co-
                                                                          Chair
Chennai ART Symposium, Y.R.G.CARE, Chennai, India

2008            Role of Antiretrovirals in Prevention                    Speaker
Chennai ART Symposium, Y.R.G.CARE, Chennai, India

2008            ICMR-Brown University Joint Training Programme in        Co-Organizer
                Microbicides Research
Pune, India

2008            Global Epidemiology of HIV/AIDS                          Speaker
ICMR-Brown University Joint Training Programme in Microbicides Research Pune, India

2008            Global Scenario in Microbicides in Clinical Trials       Speaker
ICMR-Brown University Joint Training Programme in Microbicides Research Pune, India

2008            Special Issues in Clinical Trials: Adherence, Pregnancy, Speaker
                Applicators, Recruitment and Retention, Rectal
                Microbicides
ICMR-Brown University Joint Training Programme in Microbicides Research Pune, India

2008            Meeting Summary and Valedictory                          Speaker
ICMR-Brown University Joint Training Programme in Microbicides Research Pune, India

2008            Opportunities for Collaborations with NIH-Funded Centers Speaker
                for AIDS Research
Grantsmanship Workshop for Junior Level and New Investigators in Conjunction with
Microbicides 2008, National Institutes of Health, US Department of Health and Human
Services.  New Delhi, India

2008            Antivirals for HIV Prevention: Overview                  Speaker
13th International Congress on Infectious Diseases, Kuala Lumpur, Malaysia

2008            Reaching the HIV Infected But Undiagnosed Individuals    Speaker
The US Experience Symposium, British Association for Sexual Health and HIV/American
Sexually Transmitted Disease Association 3rd Joint Conference, New York, New York

2008            Antivirals for HIV Prevention                           Speaker
British Association for Sexual Health and HIV/American Sexually Transmitted Disease

**Kenneth H. Mayer, M.D.**                                                    101

Association 3rd Joint Conference, New York, New York

2009            Chennai ART Symposium                          Session Chair
Chennai ART Symposium, CART 2009,  Chennai, India

2009            When to start HAART                            Speaker
Chennai ART Symposium, CART 2009,  Chennai, India

2009            Role of Antiretrovirals in Prevention          Speaker
Chennai ART Symposium, CART 2009,  Chennai, India

2009            Male Circumcision, Microbicides, PEP, PREP, PHI      Speaker
2nd National Conference on HIV/AIDS Therapy: Current Practices & Future Options, Human
Healthcare & Research Foundation, Mumbai, India

2009            Ideal Global Implementation Strategy           Discussant
O'Neill Institute for National and Global Health Law, London, United Kingdom

2009            State of the Sciences                          Discussant
Gates foundation Consultation on Pre-exposure Prophylaxis, London, United Kingdom

2010            HIV/AIDS: Prevention Paradigms and PEP, HIV/AIDS      Speaker
                Nursing Symposium
YRG CARE & M.A. Chidambaram College of Nursing , VHS, Chennai, India

2010            HIV Prevention Among MSM; The current status of      Speaker
                biological and behavioral interventions – the Fenway
                Health Model
National Conference, Challenges facing MSM in India in context of HIV/AIDS prevention
and intervention are MSM being reached? TB Research Center, Chennai, India

2010            Opening Remarks                                Speaker
The YRG CARE Bioethics Symposium, Chennai, India

2010            Prevention and Management of HIV/AIDS          Introduction
3rd International Congress; Pontificia Universidad Catolica Del Ecuador, Ministerio de Salud
Publica-Programma Nactional Del Sida E Its, Brown University AIDS Program, Rhode
Island College; Quito, Ecuador

2010            What is New in the Prevention of HIV?          Speaker
3rd International Congress; Pontificia Universidad Catolica Del Ecuador, Ministerio de Salud
Publica-Programma Nactional Del Sida E Its, Brown University AIDS Program, Rhode
Island College; Quito, Ecuador

2010            Discussing Sex with Patients with HIV: Circumcision, Pre-      Speaker
                exposure Prophylaxis, Microbicides, Prevention and

**Kenneth H. Mayer, M.D.**                                                                          102

Management of HIV/AIDS
3rd International Congress; Pontificia Universidad Catolica Del Ecuador, Ministerio de Salud Publica-Programma Nacional Del Sida E Its, Brown University AIDS Program, Rhode Island College; Quito, Ecuador

| | | |
|---|---|---|
| 2010 | Antiretroviral Chemoprophylaxis: Promise, Questions and Relevance for TREAT Asia | Speaker |

10th TREAT Asia Network Annual Meeting, Bali, Indonesia

| | | |
|---|---|---|
| 2010 | Update on HIV Medicine, Vincent T. Andriole Board Review Course | Speaker |

48th Annual Meeting of the Infectious Disease Society of American, Vancouver, Canada

| | | |
|---|---|---|
| 2011 | Antiretrovirals for Prevention | Speaker |

ART Symposium (CART), Chennai, India

| | | |
|---|---|---|
| 2011 | Advances in HIV Prevention - Microbicides & Vaccines, Pre & Post Exposure Prophylaxis | Speaker |

3rd National Conference on HIV/AIDS Therapy, Mumbai, India.

| | | |
|---|---|---|
| 2011 | Antiretrovirals for HIV Prevention: Update and Future Prospects | Speaker |

AIIMS, New Delhi, India.

| | | |
|---|---|---|
| 2011 | Antiretroviral Chemoprophylaxis: New questions and opportunities for translational research. | Speaker |

Translational Research in HIV/AIDS in India (TRAI), Goa, India

| | | |
|---|---|---|
| 2011 | Translational HIV Research. | Session co-chair |

Translational Research in HIV/AIDS in India (TRAI), Goa, India

| | | |
|---|---|---|
| 2011 | Antiretroviral Prophylaxis and Treatment as HIV Prevention, Status and Challenges, Updates and Perspectives on STI and HIV Issues among MSM (symposium) | Speaker |

19th International Society for STD Research, Quebec, Canada

| | | |
|---|---|---|
| 2011 | PrEP and PEP | Speaker |

2011 Caribbean HIV Conference: Strengthening Evidence to Achieve Sustainable Action. Nassau, The Bahamas

| | | |
|---|---|---|
| 2011 | The brothers' study (HPTN 061): A feasibility study of a multi-component intervention for American Black men who have sex with men | Speaker |

ISSTDR Quebec City, Canada

**Kenneth H. Mayer, M.D.**                                          103

2011          Comprehensive Clinical Care for MSM                    Presenter
Harvard AIDS Initiative in Vietnam.

2011          HIV Prevention for MSM: What do we know and need to    Presenter
              know?
Harvard AIDS Initiative in Vietnam.

2011          Ideas for alternative study designs to understand the impact    Presenter
              of treatment as prevention for MSM
WHO-NIH Working Group Meeting: ART as HIV Prevention for MSM: What Additional
Evidence is Required? Geneva, Switzerland.

2013          Sexual Behavior and STI's in men who have sex with men:    Plenary
              a global perspective.                                        Lecturer
Threatening Past – Promising Future. STI & AIDS World Congress 2013 (20th ISSTDR &
14th World IUSTI Joint Meeting). Vienna, Austria.

2013          Clinical HIV and STD prevention and management for       Trainer
              GMT (gay men, other men who have sex with men, and
              transgender individuals)
16th Bangkok Symposium on HIV Medicine, January 15, 2013, Bangkok, Thailand.

2013          Management of Sexually Transmitted Infections among     Speaker
              HIV+ Patients in Care
16th Bangkok Symposium on HIV Medicine, January 18, 2013, Bangkok, Thailand.

2013          Role of Isentress in Post Exposure Prophylaxis          Speaker
MSD Asia-Pacific HIV Satellite Symposium,   January 16, 2013, Bangkok, Thailand

2013          Current Status of PrEP                                  Speaker
British Columbia Centre for Excellence in HIV/AIDS – Special Spring 2013
HIV/ARV Update. April 26, 2013, Vancouver, B.C.

2013          Marathon Meeting                                        Planner
IAS 2013 – 7th Conference on HIV Pathogenesis, Treatment and Prevention. March 19 – 21,
Kuala Lumpur, Malaysia

2013          Clinical care for men who have sex with men: A          Trainer
              comprehensive approach.
Clinical HIV and STD prevention and management for GMT. 16th Bangkok Symposium
on HIV Medicine. Bangkok, Thailand. January 15, 2013

2013          Update on biomedical HIV prevention for MSM (PEP,       Trainer
              PrEP, rectal Microbicides, treatment as prevention).
              Clinical HIV and STD prevention and management for

**Kenneth H. Mayer, M.D.**                                                      104

GMT.
16th Bangkok Symposium on HIV Medicine. Bangkok, Thailand. January 15, 2013

2013            Update on Primary HIV Chemoprophylaxis Studies:            Speaker
                An American Perspective
Kirby Institute, Darlinghurst, Australia. March 25, 2013

2013            PrEP Debate: An Essential Component of TasP            Moderator
3rd International HIV Treatment as Prevention Workshop. Vancouver, BC, Canada.
April 22-25, 2013

2013            Current status of PrEP            Speaker
Special Spring 2013 HIV/ARV Update. British Columbia Centre for Excellence in
HIV/AIDS, Vancouver, BC, Canada. April 26, 2013

2013            Implementation of the use of antiretrovirals for HIV pre-            Speaker
                exposure prophylaxis in men who have sex with men: a
                work in progress.
STI & AIDS World Congress – Joint Meeting of the 20th ISSTDR and the 14th IUSTI
Vienna, Austria. July 14, 2013

2013            Sexual Behaviour and STIs in Men Who Have Sex with            Speaker
                Men: A Global Perspective.
STI & AIDS World Congress – Joint Meeting of the 20th ISSTDR and the 14th IUSTI
Vienna, Austria. July 14, 2013

2013            Pre-exposure and Post-exposure Prophylaxis            Speaker
The 11th Taipei International Conference on HIV/AIDS – Turn the Tide, Stop on Me.
Taipei, Taiwan. September 8, 2013

2013            PrEP – state of the Science Review.            Speaker
"Controlling the HIV Epidemic with Antiretrovirals: From Consensus to Implementation"
London, England. September 24, 2013

2013            Comprehensive Care in Health services for MSM: Caring            Presenter
                for the Whole Man

The 11th International Congress on AIDS in Asia and the Pacific (ICAAP)
Bangkok, Thailand. November 21, 2013

2014            Treatment as Prevention - Focus on Key Population            Guest Lecturer

Ministry of Health & Family Welfare, Department of AIDS Control (DAC), National AIDS
Control Organization (NACO) New Delhi, India. April 23, 2014

2014            Update on biobehavioral HIV prevention            Speaker

**Kenneth H. Mayer, M.D.**                                                                   105

International Conference on Emerging Frontiers and Challenges in Management and Control of STIs and HIV Navi Mumbai, India. April 28, 2014

| 2014 | Pre-exposure Prophylaxis | Speaker |

Behavioral and Social Factors in HIV Treatment & Prevention Studies, Botswana Harvard AIDS Institute, Gaborone, Botswana, April 30, 2014

| 2014 | Strengthening Our Approach to HIV Prevention: Macro Perspectives and the Road Ahead – Part 1 | Moderator |

Gay Men, MSM and Transgender People in the Global AIDS Response, Melbourne, Australia, July 19-20, 2014.

| 2014 | HIV Prevention | Speaker |

HIV Introduction Session, Creative and Novel Ideas in HIV Research (CNIHR) Grant Programme, IAS Office, Melbourne Convention and Exhibition Centre, July 20, 2014.

| 2014 | PrEP scale-up in the context of combination prevention: Where are we now? | Speaker |

PrEP as Part of Combination Prevention: Using Evidence and Identifying Research Gaps, 20th International AIDS Conference, Melbourne, Australia, July 20-25, 2014.

| 2014 | New Prevention Technologies | Plenary Speaker |

Stepping Up The Pace, 20th International AIDS, Conference, Melbourne, Australia, July 20-25, 2014

| 2014 | Bridging Knowledge Cities Through Life Sciences – Boston and Melbourne | Speaker |

AIDS 2014: Afternoon Tea Seminar, Melbourne Town Hall, July 22, 2014.

| 2014 | State-of-the-Evidence: Antiretroviral Chemoprophylaxis | Presenter |

Controlling the HIV Epidemic with Antiretrovirals: HIV Avoiding the Cost of Inaction London, England, September 18-19, 2014.

| 2014 | Policy, Advocacy and Modeling | Chair |

HIV Research for Prevention 2014.
AIDS Vaccine, Microbicide and ARV-based Prevention Science
Cape Town, South Africa, October 28-31, 2014

| 2014 | Where do Mabs fit into HIV Prevention Strategies? | Presenter |

Workshop for  HIV Research for Prevention 2014: Preventing Cell-associated HIV Mucosal Transmission with Antibodies: Implications for PrEP and Vaccine Development
Cape Town, South Africa, October 27, 2014.

**Kenneth H. Mayer, M.D.**                                                                                     106

2014             Status and Trends in Biomedical HIV Prevention and the        Presenter
                 Emergence of PrEP
Capacity building on combination HIV prevention in Peru: National Consultation
Lima, Peru, November 13, 2014.


2014             Understanding syndemics in order to overcome barriers for     Presenter
                 test and treat among vulnerable populations
Expert Consultation on Implementation Science Research on HIV Early Diagnosis/Treatment
and Retention in the Cascade.
New Delhi, India. December 9-11, 2014.


2014             Pre exposure prophylaxis in key populations – Feasibility     Presenter
                 and barriers in Asia Pacific
Expert Consultation on Implementation Science Research on HIV Early Diagnosis/Treatment
and Retention in the Cascade.
New Delhi, India. December 9-11, 2014.


2014             Emerging Trends of HIV Epidemic                               Presenter

7th National Conference of AIDS Society of India – ASICON 2014
Kolkata, India. December 12-14, 2014.


2014             Antiretrovirals in HIV prevention                            Presenter
7th National Conference of AIDS Society of India- ASICON 2014
Kolkata, India December 12-14, 2014.


2015             Pre-Exposure Prophylaxis                                      Presenter
International Course HIV: Pathogenesis, Prevention and Treatment – 2015. "Toward to HIV
Cure". Lima, Peru. March 5-7, 2015.


2015             HIV Prevention Trials Network                                 Presenter
International Course HIV: Pathogenesis, Prevention and Treatment – 2015. "Toward to HIV
Cure". Lima, Peru. March 5-7, 2015.


2015             Combination Prevention                                        Presenter
International Course HIV: Pathogenesis, Prevention and Treatment – 2015. "Toward to HIV
Cure". Lima, Peru. March 5-7, 2015.


2015             Comprehensive Transgender Healthcare                          Moderator
International Course HIV: Pathogenesis, Prevention and Treatment – 2015. "Toward to HIV
Cure". Lima, Peru. March 5-7, 2015.


2015             Antiretroviral Pre-exposure Prophylaxis (PrEP): Moving        Keynote
                 from Clinical Trials to Implementation                        Presenter
Innovations and Pragmatic Approaches to End HIV Epidemics in Canada – 24th Annual
Canadian Conference on HIV/AIDS Research (CHAR 2015)

**Kenneth H. Mayer, M.D.**                                                                                              107

Toronto, Canada. April 30 – May 3, 2015.

2015            Antiviral treatment as prevention: from theory to practice        Plenary Speaker
AIDSImpact 2015
AIDS IMPACT.COM Amsterdam, The Netherlands.  July 28-31, 2015.

2015            Welcome                                                                    Co-Chair
Controlling the HIV Epidemic with Antiretrovirals: Having the Courage of Our Convictions
IAPAC Paris, France.  October 1-2, 2015.

2015            PrEP 2015: State of the Science and Contextualizing        Co-Chair
                    PrEP's Role in Controlling HIV
Controlling the HIV Epidemic with Antiretrovirals: Having the Courage of Our Convictions
IAPAC Paris, France.  October 1-2, 2015.

2015            PrEP in the Americas                                                Plenary Speaker
HIV Vaccine Trials Network Conference.
Cape Town, South Africa. October 21-23, 2015.

2015            Pre-Exposure Prophylaxis (PrEP) and Post-Exposure        Plenary Speaker
                    Prophylaxis (PEP)
10th Brazilian AIDS Conference, 3rd Brazilian Viral Hepatitis Conference
Joao Pessoa, Brazil. November 17-20, 2015.

2016            HIV – Hot Topics in Antiretroviral Therapy and its        Speaker
                    Consequences. HIV Prevention
17th International Congress on Infectious Diseases (ICID)
Hyderabad, India.  March 2-5, 2016.

2016            Sexually Transmitted Infections: Global Challenges. HIV        Speaker
                    and Syphilis
17th International Congress on Infectious Diseases (ICID)
Hyderabad, India.  March 2-5, 2016.

2016            Treatment as Prevention – Reality                        Speaker
Chennai ART Symposium 2016
Chennai, India.  April 16-17, 2016.

2016            Update on Pre Exposure Prophylaxis (PrEP)                Speaker
Chennai ART Symposium 2016
Chennai, India.  April 16-17, 2016.

2016            Comprehensive Sexual Health Care for Gay Men: A User's        Speaker
                    Guide - Bacterial STD's in MSM: how do we bend the
                    curve
The 21st International AIDS Conference (AIDS 2016)

Durban, South Africa.  April 18-22, 2016.

| 2016 | Late Breaker Session – Oral Abstract Session Cross-Track | Co-Chair |

The 21st International AIDS Conference (AIDS 2016)
Durban, South Africa.  April 18-22, 2016.

| 2016 | Late Breaker Session – Oral Abstract Session Track B | Co-Chair |

The 21st International AIDS Conference (AIDS 2016)
Durban, South Africa.  April 18-22, 2016.

| 2016 | Bio-Behavioral HIV Prevention: What we know and where might we go? | Guest Speaker |

Annual Meeting of the Israeli AIDS Medical Society
Ein Gedi, Israel.  September 22-23, 2016.

| 2017 | Pre Exposure Prophylaxis (PrEP) and Treatment as Prevention – Reality | Moderator |

Chennai ART Symposium 2017
Chennai, India.  March 25-26, 2017.

| 2017 | The Evolving Antiretroviral Landscape, 90-90-90 and Controlling the HIV Epidemic: Scaling-Up PrEP: Community Based Approaches to Increasing Uptake | Presenter |

International Association of Providers of AIDS Care (IAPAC) and Joint United Nations
Program on HIV/AIDS (UNAIDS) 90-90-90 Targets Workshop
Paris, France.  July 22-23, 2017.

| 2017 | Next Wave of Prevention Options: Views from a pan-prevention researcher | Speaker |

AIDS Vaccine Advocacy Coalition (AVAC) Non-Commercial Satellite Session, 9th IAS
Conference on HIV Science (IAS 2017).
Paris, France. July 23-26, 2017


Report of Clinical Activities and Innovations

**Current Licensure and Certification:**

| 1978 | Massachusetts Medical License |
| 1980 | American Board of Internal Medicine - Certification |
| 1982 | Infectious Disease Subspecialty Board - Certification |
| 1983 | Rhode Island Medical License |

**Practice Activities:**

**Kenneth H. Mayer, M.D.**                                                         109

HIV Teaching Clinic          Academic teaching hospital          Miriam Hospital,
Providence, RI
HIV patients receive primary care on an ongoing basis.

**Clinical Innovations:**

I was among the first clinicians to take care of people living with HIV in New England.  I am the co-author of the first papers describing the seroepidemiology of HIV in New England and was one of the first researchers to evaluate the modes of sexual transmission of HIV.  My papers help characterize the infectiousness of HIV and helped develop the underlying rationale for using antiretroviral drugs to decrease HIV transmission.  I was the senior author of a paper published in *JAMA* which first described the decrease of HIV by the use of antiretroviral drugs in genital secretions.  This work helped to pave the way for studies that are evaluating whether early institution of antiretroviral therapy can slow down the transmission of the epidemic from infected people.  I was also one of the first authors to evaluate the use of antiretrovirals for prevention in HIV-uninfected people, both as post-exposure prophylaxis and as pre-exposure prophylaxis.

## Report of Technological and Other Scientific Innovations

**Innovations:**

1. The first studies of HIV in genital secretions.  No patents were awarded.  This work helped provide the rationale for the use of antiretroviral drugs for prevention, by earlier treatment of HIV-infected persons and the use of antiretrovirals for pre- and post-expsoure prophylaxis.

2. Community-based HIV Research: No patents awarded.  This work helped the American Foundation for AIDS Research develop a clinical trials network of front line clinicians caring for AIDS patients that became a model for NIH and European clinical trials networks. No patents awarded.

3. Community-based studies of PrEP implementation: Fenway Health was one of the first two sites in the USA that studied antiretroviral pre-expsoure porphylaxis  (PrEP) more than a decade ago, and now is one of the clinical sites with the greatest experience providing PrEP as part of routine care. Our studies are helping to establish a new standard for HIV prevention.

## Report of Education of Patients and Service to the Community

**Activities:**

1983      Founding Member                                        AIDS Action Committee of
                                                                 Massachusetts

Boston, Massachusetts

**Kenneth H. Mayer, M.D.**                                                     110

| | | |
|---|---|---|
| 1986 | Panelist – AIDS:  A Medical and Ethical Nightmare<br>Providence, Rhode Island | Brown Learning Community |
| 1986 | Lecture – AIDS and Sexually Transmitted Diseases<br>Providence, Rhode Island | Brown Learning Community |
| 1987 | Panelist – AIDS in Minority Communities<br><br>Community Forum, New Bedford, Massachusetts | People Acting in Community<br>Endeavors (PACE) |
| 1988 | Lecture - AIDS and HIV Infection in Massachusetts<br>Boston, Massachusetts | Massachusetts Municipal Association |
| 1989 | Wrote first grant for development.<br>The Community Initiative of New England was the first community-based organization that conducted<br>trials of experimental antiretroviral therapies for people living with HIV. | Community Initiative of New England |
| 1989 | Facilitator - Role of Health Care System in AIDS<br>Prevention<br>Boston, Massachusetts | New England Governor's Conference<br>on AIDS and Youth |
| 1989 | Workshop - The AIDS Epidemic in Massachusetts<br><br>Boston, Massachusetts | Annual Meeting of the Massachusetts<br>Municipal Association |
| 1989 | Plenary Speaker - AIDS: The Fear and the Hope in<br>AID-ing One Another<br>Holyoke, Massachusetts | Fourth Annual New England Episcopal<br>Conference on AIDS |
| 1989 | Symposium Speaker - Medical Aspects of HIV<br>Testing<br>Boston, Massachusetts | Boston AIDS Consortium, Community<br>Forum |
| 1990 | Panelist - Modification of Clinical Endpoints | American Society of Law and<br>Medicine |
| 1992 | Discussant - Lessons of the International AIDS<br>Conference<br>Cambridge, Massachusetts | The Group, WGBH Television |
| 1992 | Discussant - Update on the International AIDS<br>Conference<br>Boston Community Forum, Boston, Massachusetts | Living Well Series |
| 1992 | Chair - AIDS Clinical Research and Care:  Meeting<br>the Challenges of an Epidemic in Flux Conference | Public Responsibility in Medicine and<br>Research |

**Kenneth H. Mayer, M.D.**                                                                                            111

Boston, Massachusetts

1992 –    Member – Data Monitoring Board                    Veterans Administration
1994
Active Immunotherapy of HIV Infection: Phase II Study of Moderate HIV Infection

1996      Moderator - Update on the Use of Protease Inhibitors   Boston Public Library
          in the Treatment of HIV Infection
Boston, Massachusetts

1997      Invited Speaker - Community Forum on Post             Boston AIDS Action Committee
          Exposure Prophylaxis
Boston, Massachusetts

1997      Invited Speaker - A Physician Update: Rational       Fenway Community Health
          Approaches to Antiretroviral Therapy in the Clinic
Boston, Massachusetts

1997      Invited Speaker – AIDS:  The Chaning Face of the     Museum of Science
          Epidemic
First Friday Lectures, Boston, Massachusetts

1997      Invited Speaker - Next Steps in HIV Prevention in    AIDS Action Committee
          New England for Men   who have Sex with Men,
          HIV: Vaccines, Treatment Options, and Post-
          Exposure Prophylaxis
Boston, Massachusetts

1998      Lecture – HIV/AIDS Treatment Update                  Outer Cape AIDS Support Group
Provincetown, Massachusetts

1998      Invited Speaker – Discussions on Safer Sex           The Boston Living Center
LifeLine Workshop, Boston, Massachusetts

1999      Lecture - HIV: Optimizing Your Options               Community Research Initiative
Conference, Boston, Massachusetts

2000      Plenary Speaker - What's New – Microbicides and      Connecticut Positive Action Coalition
          Vaccines
ProVisions III, Northeast Regional Multicultural Conference on HIV/AIDS, Hartford, Connecticut

2001      Speaker - What Have We Learned from Previous         Community Research Forum
          HIV Vaccine Trials?
Boston, Massachusetts
2001      Invited Speaker - Ending the AIDS Epidemic           Community Forum on HIV Prevention

**Kenneth H. Mayer, M.D.**                                                   112

|      |                                                                                                 | Research |
|------|-------------------------------------------------------------------------------------------------|----------|

Boston, Massachusetts

2002      Speaker - Dealing with Side Effects                    Search for a Cure: HIV Treatment
                                                                 Community Forum

Boston, Massachusetts

2002      Invited Presenter - Intersecting Edpidemics at a New   Massachusetts HIV Prevention
          England Epicenter: Update on Sexually Transmitted      Planning Group
          Infections in Boston Men who have sex with Men
Worcester, Massachusetts

2003      Panel Member – The Rhode Island Perspective:           Senator Jack Reed and Brown
          The Role of The Fogarty International Center in         University
          Globalization of Health Care
Providence, Rhode Island

2003      Speaker – The Second Century of AIDS                   AIDS Project Worcester
Worcester, Massachusetts

2004      Presenter - Rectal Microbicides: The Search for the    EXPLORE Research Forum
          Magic Lube
Boston, Massachusetts

2005      Speaker – HIV Rsearch & Treatment                      Museum of Science
Frontiers of Health Science:  AIDS Forum, Boston, Massachusetts

2005      Presenter - HIV/AIDS:  The Past and Future             Fenway Community Health
          Pandemic
Annual Board of Visitors Meeting, Boston, Massachusetts

2005      Speaker – Update on HIV Prevention                     Greater Lawrence Community Health
                                                                 Center

Lawrence, Massachusetts

2006      Speaker - New Directions in Prevention:  Search        Boston Living Center
          for a Cure HIV Update
Community Forum, Boston, Massachusetts

2006      Panel Discussant – Discussion about *Longtime*         Science on Screen Series
          *Companion*
World AIDS Day, Brookline, Massachusetts


**Educational Material for Patients and the Lay Community**:

**Kenneth H. Mayer, M.D.**                                                  113

1983   Kenneth H. Mayer and Henry Pizer, "The AIDS Fact Book," (Bantam Press).  This book was the first discussion of the AIDS epidemic for a lay audience in the popular media.  The book was translated into five other languages and sold almost 100,000 copies.  I have also contributed to community research newsletters in New England, nationally, and internationally.

**Recognition:**

| | | |
|---|---|---|
| 1990 | Community Recognition Award | AIDS Action Committee, Boston, Massachusetts |
| 1998 | Community Service Award | Search for a Cure, Boston, Massachusetts |
| | AIDS Leadership Award | Rhode Island Community Planning Group |
| 2001 | Dean's Teaching Excellence  Award | Brown Medical School |
| | Honorary Life Membership | The Indian Medical Association Chennai Central Branch, India |
| | Medical Achievement Award | AIDS Project Rhode Island |
| 2003; 2006 | Best Doctors in America | Consumer's Research Council of America |
| 2007 | HIVMA Society Citation | HIVMA |
| 2008 | Milton Hamolsky Lifetime Achievement Award | Rhode Island Chapter American College of Physicians |
| | Charles L. Hill Award | Rhode Island Medical Society |

# Report of Scholarship

**Research Investigations:**

1.   **Mayer KH**, Stamler J, Dyer A, Freinkel N, Stamler R, Berkson DM, Farber B. "Epidemiologic findings on the relationship of time of day and time since last meal to glucose tolerance". Diabetes. 1976 Oct;25(10):936-43. PMID: 976602

2.   **Mayer KH**, Stamler J, Dyer A, Stamler R, Berkson D. "Epidemiologic findings on the relationship of time of day and time since last meal to five clinical variables: serum cholesterol, hematocrit, systolic and diastolic blood pressure, and heart rate". Preventive Medicine. 1978. 7:22.

**Kenneth H. Mayer, M.D.**                                                                    114

3.  **Mayer KH**, Schoenbaum SC. "Evaluation and management of prosthetic valve endocarditis". Progress in Cardiovascular Disease. 1982. 25:43-76.

4.  O'Brien TF, **Mayer KH**, Hopkins JD, Chao L. "New concepts in medical bacteriology". Journal of Medicine. 1983. 14(4):271-280.

5.  Heagy W, Kelley VE, Strom TB, **Mayer KH**, Shapiro HM, Mandel R, Finberg R. "Decreased expression of human class II antigens on monocytes from patients with acquired immune deficiency syndrome". Journal of Clinical Investigation. 1984. 74:2089-2096.

6.  O'Brien TF, **Mayer KH**, Pla M, Hopkins JD. "Plasmids: Their significance and use as an epidemiological tool". Asepsis. 1984. 6:15-19.

7.  **Mayer KH**, DeTorres OH. "Current guidelines on the use of antibacterial drugs in patients with malignancies". Drugs. 1985. 29:262-279.

8.  **Mayer KH**, Fling ME, Hopkins JD, O'Brien TF. "Trimethoprim resistance in multiple genera of enterobacteriaceae at a U.S. hospital: spread of the dihydrofolate reductase gene by a single plasmid". Journal of Infectious Diseases. 1985. 151(5):463-477.

9.  O'Brien TF, **Mayer KH**, Hopkins JD, Farrell JJ, Chao L, Kent RL. "Resistance to antibiotics in clinical isolates of *Klebsiella pneumonia*". Infection Control. 1985. 6(2):64-68.

10. Groopman JE, **Mayer KH**, Sarngadharan M, Ayotte DE, Finberg R, Sliski A, Allan D, Gallo R. "Seroepidemiology of HTLV-III among homosexual men with the acquired immune deficiency syndrome, generalized lymphadeno-pathy, and asymptomatic controls in Boston". Annals of Internal Medicine. 1985. 102:334-337.

11. **Mayer KH**. "The epidemiological investigation of AIDS". Hastings Center Report. 1985. 15(4):12-15.

12. **Mayer KH**, Zinner SH. "Bacterial pathogens of increasing significance in hospital infections". Reviews of Infectious Diseases. 1985. 7:371-379.

13. O'Brien TF, del Pilar Pla M, **Mayer KH**, Kishi H, Gilleece E, Hopkins JD. "Intercontinental spread of a new antibiotic resistance gene on a stable epidemic plasmid". Science. 1985. 230:87-88.

14. Hopkins JD, **Mayer KH**, Gilleece ES, O'Brien TF, Syvanen M. "Genetic and physical characterization of the IncM plasmid pBWH1 and its variance among natural isolates". Journal of Bacteriology. 1986. 165:47-52.

15.    **Mayer KH**, Hanson E. "Recurrent Salmonella infection with a single strain in the acquired immunodeficiency syndrome: confirmation by plasmid fingerprinting". Diagnostic Microbiology and Infectious Diseases. 1986. 4:71-76.

16.    **Mayer KH**, Stoddard A, McCusker J, Ayotte D, Ferriani R, Groopman J. "Human T-Lymphotropic Virus Type III in high risk, antibody-negative homosexual men". Annals of Internal Medicine. 1986. 104:194-196.

17.    **Mayer KH**, Ayotte D, Groopman J, Stoddard A, Sarngadharan M, Gallo R. "Association of Human T Lymphotropic Virus Type III antibodies with sexual and other behaviors in a cohort of homosexual men from Boston with and without generalized lymphadenopathy".  American Journal of Medicine. 1986. 80:357-363.

18.    **Mayer, KH**. "The Clinical Challenges of AIDS and HIV Infection". Law, Medicine & Health Care. 1986. 14(5-6): 281-289.

19.    DeGruttola V, **Mayer KH**, and Bennett W. "AIDS: Has the problem been adequately assessed?" Reviews of Infectious Diseases. 1986. 8:295-305. Reprinted in: NR Bartel (ed): AIDS: A Source book, Pro-Ed Press, Austin, Texas, 1987.

20.    **Mayer KH**. "The impact of AIDS on health care personnel". Journal of Medical Technology.1986.  3:156-158.

21.    **Mayer KH**, Hopkins JD, Gilleece ES, Chao L, O'Brien TF. "Molecular evolution, species distribution, and clinical consequences of an endemic aminoglycoside resistance plasmid".  Antimicrobial Agents and Chemotherapy. 1986. 29:639-644.

22.    **Mayer KH** and DeTorres OH. "Infections and Malignancy: Guidelines for antibacterial use".  Hospital Therapeutics. 1986. 3:27-37.

23.    Levy EM, Beldekas JC, **Mayer KH**, Black PH. "Defective T cell differentiation in AIDS". Journal of Clinical Immunology. 1986.  6:152-160.

24.    **Mayer KH**. "A review of epidemic aminoglycoside resistance worldwide". American Journal of Medicine. 1986. 80(6B):56-64.

25.    Dolan S, **Mayer KH.** "Group A streptococcal pharyngitis and bacteremia associated with a Ludwig's angina-like syndrome". Diagnostic Microbiology and Infectious Diseases. 1986. 5:323-326.

26.    **Mayer KH**. "The epidemiology of antibiotic resistance in hospitals". Journal of Antimicrobial Chemotherapy. 1986. 18:223-233.

27.    **Mayer KH**, Opal SM. "Therapeutic approaches for AIDS and HIV infection". Rhode Island Medical Journal. 1987. 70:27-33.

**Kenneth H. Mayer, M.D.**                                                                 116

28.    **Mayer KH**, Opal SM. "Antibacterial therapy in patients with malignancies". <u>Cancer and Metastasis Reviews</u>. 1987. 5:271-293.

29.    Dudley MN, Mandler HD, Gilbert D, Ericson J, **Mayer KH**, Zinner SH. "Pharmacokinetics and pharmacodynamics of intravenous Ciprofloxacin: studies in vivo and in an in vitro dynamic model". <u>American Journal of Medicine.</u> 1987. 82(4A):362-368.

30.    Groopman JE, Benz P, Ferriani R, **Mayer KH**, Allan JD, Weymouth L. "Characterization of serum neutralization response to the Human Immunodeficiency Virus (HIV)". <u>AIDS Research and Human Retroviruses</u>. 1987. 3:71-85.

31.    **Mayer KH**, Falk LA, Paul DA, Dawson GJ, Stoddard AM, McCusker J, Saltzman SP, Moon MW, Ferriani R, Groopman JE. "Correlation of enzyme-linked immunosorbent assays for serum human immunodeficiency virus (HIV) antigen and antibodies to recombinant viral proteins with subsequent clinical outcomes in a cohort of asymptomatic homosexual males." <u>American Journal of Medicine</u>. 1987. 83:208-212.

32.    Cleary PD, Barry MJ, **Mayer KH**, Brandt AM, Gostin L, Fineberg HV. "Compulsory pre-marital screening for the Human Immunodeficiency Virus: technical and public health considerations." <u>Journal of the American Medical Association</u>. 1987. 258:1757-1762. Reprinted in Hammett TM and Hunt DE (eds): <u>AIDS and HIV Antibody Testing: Pros and Cons</u>, Abt Books, Inc., Cambridge, MA, 1987.

33.    **Mayer KH**, Opal SM. "Antibiotic resistance: a factor in nosocomial infections." <u>Infections in Surgery</u>. 1987. 6:661-665.

34.    Saltzman SR, Stoddard AM, McCusker J, Moon MW, **Mayer KH**. "Reliability of self-reported sexual behavior risk factors for HIV infection in homosexual men." <u>Public Health Reports</u>. 1987. 102:692-697.

35.    McCusker J, Stoddard AM, **Mayer KH**, Cowan D, Groopman JE. "Behavioral risk factors for HIV infection among homosexual men at a Boston community health center". <u>American Journal of Public Health</u>. 1988. 8:68-71.

36.    DeGruttola V, **Mayer KH**. "Assessing and modeling the heterosexual spread of HIV infection in the United States". <u>Reviews of Infectious Diseases</u>. 1988. 10:138-150.

37.    Ettensohn DB, **Mayer KH**, Kessimian N, Smith PS. "Lymphocytic bronchio-litis associated with HIV infection". <u>Chest</u>. 1988. 93:201-202.

38.    **Mayer KH**, Ellal JA. "Interactions of Ciprofloxacin and Mezlocillin against aminoglycoside-resistant enterobacteriaceae in relation to plasmid curing effect". <u>Reviews of Infectious Diseases</u>. 1988. 10:77-78.

**Kenneth H. Mayer, M.D.**                                                                                                    117

39.  McCusker J, Zapka JG, Stoddard AM, **Mayer KH**, Avrunin JS, Saltzman SP, Morrison CS. "Effects of HIV antibody test knowledge on subsequent sexual behaviors in a cohort of homosexually active men".  American Journal of Public Health. 1988. 78:462-467.

40.  **Mayer KH**. "The clinical spectrum of AIDS: Implications for public policy".  New England Journal of Public Policy. 1988. 4:37-55.

41.  Seage GR, Landers S, **Mayer KH**, Barry MA, Lamb GA, Epstein AM. "Medical costs of ambulatory patients with the AIDS-related complex (ARC) and/or generalized lymphadenopathy syndrome (GLS) related to HIV infection, 1984-85". American Journal of Public Health. 1988. 78:969-970.

42.  Groopman JE, Thomas MA, Ferriani RA, Caiazzo T, Saltzman S, Moon M, Seage G, Horsburgh CR, **Mayer KH**. "Lack of evidence of prolonged HIV infection prior to antibody seroconversion". Blood. 1988. 71:1752-1754.

43.  Matsuda Z, Chou MJ, Matsuda M, Huang J-H, Chen Y-M, Redfield R, **Mayer KH**, Essex M, Lee T-H. "Human immunodeficiency virus type I has an additional coding sequence in the central region of the genome". Proceedings of the National Academy of Sciences. 1988. 85: 6968-6972.

44.  Opal SM, Boyce JM, Medeiros AA, **Mayer KH**, Lyhte LW. "Modification of homogeneous resistance in a methicillin resistant strain of *Staphylococcus aureus* by acquisition of a beta lactamase plasmid". Journal of Antimicrobial Chemotherapy. 1989. 23:315-325.

45.  Victor G, Bramley J, Opal SM, **Mayer KH**. "Pyomyositis in a patient with the Acquired Immune Deficiency Syndrome". Archives of Internal Medicine.1989. 149:705-709.

46.  Durkin M, **Mayer KH**. "The management of bacterial infections in cancer patients". The Cancer Journal. 1989. 2(8):255-259.

47.  McCusker J, Zapka JG, Stoddard AM, **Mayer KH**. "Responses to the AIDS epidemic among homosexually active men: factors associated with preventive behavior". Patient Education and Counseling. 1989. 13:15-30.

48.  Opal SM, **Mayer KH**, Roland F, Brondum J, Heelan J, Lyhte L. "Investigation of a food-borne outbreak of salmonellosis among hospital employees". American Journal of Infection Control 1989. 17:141-147.

49.  Dudley MN, Mandler HD, **Mayer KH**, Zinner SZ. "Serum inhibitory and bactericidal activity of Ciprofloxacin following intravenous administration". Annals of Pharmacotherapy. 1989. 23:456-460.

50.  Carpenter CCJ, **Mayer KH**, Fisher A, Desai M, Durand L. "Natural history of AIDS in women in Rhode Island". <u>American Journal of Medicine</u>. 1989. 86:771-775.

51.  McCusker J, Stoddard AM, Zapka JG, Zorn M, **Mayer KH**. "Predictors of AIDS-preventive behavior among homosexually active men: a longitudinal study". <u>AIDS</u>. 1989. 3:433-447.

52.  Horsburgh CR, Ou CY, Jason J, Holmberg SD, Longini IM, Schable C, **Mayer KH**, Lifson AR, Schochetman G, Ward JW, Rutherford GW, Seage GR, Jaffe HW. "Duration of Human Immunodeficiency Virus infection before detection of antibody". <u>Lancet</u>. 1989.2:637-640.

53.  DeGruttola V, Seage GR, **Mayer KH**, Horsburgh CR."Infectiousness of HIV between male homosexual partners". <u>Journal of Clinical Epidemiology</u>. 1989. 42:849-856.

54.  Seage GR, Horsburgh CR, Hardy AM, **Mayer KH**, Barry MA, Groopman JE, Jaffe HW, Lamb GA. "Increased suppressor T cells in probable transmitters of HIV infection". <u>American Journal of Public Health</u>. 1989. 79:1638-1642.

55.  **Mayer KH**, Opal SM. "Unusual nosocomial pathogens". <u>Infectious Disease Clinics of North America</u>. 1989. 3(40):883-899.

56.  McCusker J, Hill EM, **Mayer KH**. "Awareness and Utilization of the hepatitis B vaccine among homosexual male clients of a Boston community health center". <u>Public Health Reports</u>. 1990. 105:59-64.

57.  **Mayer KH**. "Public health and community-related consequences of the HIV epidemic". <u>Seminars in Oncology</u>. 1990. 17:261-268.

58.  Gostin LO, Cleary PD, **Mayer KH**, Brandt AM, Chittenden EH. "Screening immigrants and international travelers for the human immunodeficiency virus". <u>New England Journal of Medicine</u>. 1990. 322:1743-1746. reprinted in <u>International Law and AIDS: International Responses, Current Issues, and Future Directions</u>, American Bar Association, Washington, D.C., 1990.

59.  McCusker J, Westenhouse J, Stoddard AM, Zapka JG, Zorn M, **Mayer KH**. "Use of drugs and alcohol by homosexually active men in relation to sexual practices". <u>Journal of Acquired Immune Deficiency Syndromes</u>. 1990. 3:729-736.

60.  Horsburgh CR, Evatt B, Holmberg S, Jaffe H, Jason J, Lifson A, **Mayer KH**, Moore D, Ou C, Schochetman G, Seage G, Ward J. "Concordance of PCR with HIV antibody detection". <u>Journal of Infectious Diseases</u>. 1990. 162: 542-545.

**Kenneth H. Mayer, M.D.**                                                                         119

61.   Zierler S, Laufer D, Feingold L, Kantrowitz-Gordon I, Carpenter C, **Mayer KH**. "Heterosexual behavior and HIV infection: the New England Behavioral Health Study". Rhode Island Medical Journal. 1990. 73:285-292.

62.   Imam N, Carpenter CCJ, **Mayer KH**, Fisher A, Stein M, Danforth SB. "Hierarchical pattern of mucosal candida infections in HIV seropositive women". American Journal of Medicine. 1990. 89:142-146.

63.   Zapka J, McCusker J, Stoddard A, Morrison C, **Mayer KH**. "Psychosocial factors and AIDS-related behavior of homosexual men: measurement and associations". Evaluation and the Health Professions. 1990. 13:283-297.

64.   Ardman B, Levy E, **Mayer KH**, Bristol J, Ryan M, Settles M, Sodroski J. "Surface immunoglobulin-positive T lymphocytes in HIV infection: Relationship to CD4+ lymphocyte depletion". Clinical Immunology and Immunopathology. 1990. 56:249-258.

65.   Opal SM, **Mayer KH**, Stenberg MJ, Blazek JE, Mikolich DJ, Dickensheets DL, Lyhte L, Trudel R, Selander RK, Musser JM. "Frequent acquisition of multiple strains of methicillin-resistant *Staphylococcus aureus* by health care workers in an endemic hospital environment". Infection Control and Hospital Epidemiology. 1990. 11:479-485.

66.   Marchbanks CR, Mikolich DJ, **Mayer KH**, Zinner SH, Dudley MN. "Pharmacokinetics and bioavailability of IV-to-oral enoxacin in elderly patients with complicated urinary tract infections". Antimicrobial Agents and Chemotherapy. 1990. 34:1966-1972.

67.   Neill MA, Opal SM, Heelan J, Guisti R, Cassidy JE, White R, **Mayer KH**. "Failure of Ciprofloxacin to eradicate convalescent fecal excretion following acute salmonellosis: experience during an outbreak in health care workers". Annals of Internal Medicine. 1991. 114:195-199.

68.   Niedzwicki JG, Kouttab NM, **Mayer KH**, Abushanab E, Parks E, Abernathy DR. "Plasma adenosine deaminase 2: A marker for HIV infection". Journal of Acquired Immunodeficiency Syndromes. 1991. 4:178-182.

69.   Van Voorhis BJ, Martinez A, **Mayer KH**, Anderson DJ. "Detection of HIV type 1 in semen from seropositive men using the polymerase chain reaction DNA amplification technique". Fertility and Sterility. 1991. 55:588-594.

70.   Stein MD, Piette J, Mor V, Wachtel TJ, Fleishman J, **Mayer KH**, Carpenter CCJ. "Differences in access to zidovudine (AZT) among symptomatic HIV-infected persons". Journal of General Internal Medicine. 1991. 6:35-40.

**Kenneth H. Mayer, M.D.**                                                                 120

71.  Zierler S, Feingold L, Laufer D, Velentgas P, Kantrowitz-Gordon I, **Mayer KH**. "Adult survivors of childhood sexual abuse and subsequent risk of HIV infection". American Journal of Public Health. 1991. 81:572-575.

72.  Niedzwicki JG, **Mayer KH**, Abushanab E, Abernethy DR. "Plasma adenosine deaminase 2 is a marker for HIV-1 seroconversion". American Journal of Hematology. 1991. 37:152-155.

73.  Posner MR, Hideshima T, Cannon T, Mukherjee M, **Mayer KH**, Byrn R. "An IgG human monoclonal antibody that reacts with HIV-1/gp120, inhibits virus binding to cells, and neutralizes infection". Journal of Immunology. 1991. 146:4325-4332.

74.  Dudley MN, Blaser J, Gilbert D, **Mayer KH**, Zinner SH. "Combination therapy with Ciprofloxacin plus azlocillin against Pseudomonas aeruginosa: effect of simultaneous vs. "staggered" administration in an in vitro model of infection". Journal of Infectious Diseases. 1991. 164: 4999-506.

75.  Stein MD, Piette J, Mor V, Wachtel T, Fleishman J, Carpenter CCJ, **Mayer KH**. "HIV-Positive Women: Reasons They are Tested for HIV and their Clinical Characteristics on Entry into the Health Care System". Journal of General Internal Medicine. 1991. 6:286-289.

76.  Stein MD, **Mayer KH**. "Drug therapy of major opportunistic infections in HIV-infected patients". Hospital Formulary. 1991. 26:706-713.

77.  Zapka JG, Stoddard, A, Zorn M, McCusker J, **Mayer KH**. "HIV antibody test result knowledge: risk perceptions and behavior of homosexually active men". Patient Education and Counseling. 1991. 18:9-17.

78.  Carpenter CCJ, **Mayer KH**, Stein MD, Leibman, BD, Fisher A, Fiore TC. "Human Immunodeficiency Virus infection in North American women: experience with 200 cases and review of the literature". Medicine. 1991. 70:307-324.

79.  Ruff MR, Smith C, Kingan T, Jaffe H, Heseltine P, Gill MA, **Mayer KH**, Pert CB, Bridge TP. "Pharmacokinetics of Peptide T in patients with AIDS". Prog. Neuro. Psychopharmacol. and Biol. Psychiat. 1991. 15(6):791-801.

80.  Cohen C, Shevitz A, **Mayer KH**. "Expanding access to new investigational therapies". Primary Care Clinics of North America. 1992. 19(1):87-96.

81.  Wolff H, **Mayer KH**, Seage G, Horsburgh CR, Anderson D. "A comparison of HIV-1 antibody classes, titers, and specificities in paired semen and blood samples from HIV-1 seropositive men". Journal of AIDS. 1992. 5:65-69.

82.  Seage GR, **Mayer KH**, Horsburgh CR, Holmberg SD, Moon MW, Lamb GA. "The relationship between nitrate inhalants, unprotected receptive anal intercourse, and the risk of HIV infection". <u>American Journal of Epidemiology</u>. 1992. 135:1-11.

83.  Seage, GR, **Mayer KH**, Horsburgh CR, Cai B, Lamb GA. "Corroboration of sexual histories of homosexual male couples". <u>American Journal of Epidemiology</u>. 1992. 135:79-84.

84.  Anderson DJ, O'Brien TR, Politch JA, Martinez A, Seage GR, Padian N, Horsburgh R, **Mayer KH**. "Effects of disease stage and zidovudine therapy on the detection of HIV-1 in semen". <u>Journal of the American Medical Association</u>. 1992. 67:2769-2774.

85.  **Mayer KH**, Ellal JA. "Lomefloxacin: Microbiologic assessment and properties". <u>American Journal of Medicine</u>. 1992. 4A:58-62.

86.  McCusker J, Stoddard A, McDonald M, Zapka J, **Mayer KH**. "Maintenance of behavioral change in a cohort of homosexually active men". <u>AIDS</u>. 1992. 6: 861-868.

87.  Dudley MN, Graham KK, Kaul S, Geletko S, Dunkle L, Browne M, **Mayer KH**. "Pharmacokinetics of Stavudine (2'3'-didehydrodeoxythymidine) in patients with AIDS or AIDS-related complex". <u>Journal of Infectious Diseases</u>. 1992. 166:480-485.

88.  Stein M, O'Sullivan P, Wachtel T, Fisher A, Mikolich D, Sepe S, Fort G, Carpenter C, Skowron G, **Mayer KH**. "Causes of death in persons with human immunodeficiency virus infection". <u>American Journal of Medicine</u>. 1992. 93:387-390.

89.  Browne MJ, **Mayer KH**, Chafee SDB, Dudley MN, Posner MR, Steinberg SM, Graham KK, Geletko SM, Zinner SH, Denman SL, Dunkle LM, Kaul S, McLaren C, Skowron G, Kouttab NA, Kennedy TA, Weitberg AB, Curt GA. "2'3'-didehydro 3'-deoxythymidine (D4T) in patients with AIDS or ARC". <u>Journal of Infectious Diseases</u>. 1993. 167:21-29.

90.  Piette J, Mor V, **Mayer KH**, Zierler S, Wachtel T. "Variation in health service use among people with HIV disease: the effect of immune status and race on inpatient and outpatient rates". <u>American Journal of Public Health</u>. 1993. 83:510-514.

91.  Cavacini LA, Emes CL, Power J, Underdahl J, Goldstein R, **Mayer KH**, Posner MR. "Loss of serum antibodies to a conformational epitope of HIV-1/gp120 identified by a human monoclonal antibody is associated with disease progression". <u>Journal Acquired Immune Deficiency Syndrome</u>. 1993. 6:1093-1102.

**Kenneth H. Mayer, M.D.**                                                          122

92. Seage GR, **Mayer KH**, Horsburgh CR. "Risk of HIV infection from unprotected receptive anal intercourse increases with decline in immunologic status of HIV infected partners". American Journal of Epidemiology. 1993. 137:899-908.

93. DiFranco MJ, Marlink R, Hunter D, Tosteson T, **Mayer KH**, Essex. "Association of immune activation with intravenous heroin use and methadone treatment in HIV-1 seropositive and seronegative subjects". Journal Acquired Immune Deficiency Syndrome. 1993. 6:1297-1300.

94. Stein MD, Flanigan TP, Carpenter CCJ, Jesdale W, Bettencourt F, Fiore T, Hutchins D, Fisher A, **Mayer KH**. "The changing presentation of HIV disease in women in Rhode Island". Journal of Women's Health. 1993. 2:367-371.

95. Piette J, Fleishman J, Stein M, Mor V, **Mayer KH**. "Perceived needs and unmet needs for formal services among people with HIV disease". Journal of Community Health. 1993. 18:11-23.

96. Politch JA, **Mayer KH**, Abbott A, Anderson DJ. "The effects of disease progression and zidovudine therapy on semen quality in Human Immunodeficiency Virus Type I seropositive men". Fertility and Sterility. 1994. 61:922-928.

97. Kalayjian RC, Skowron G, Emgushov R-T, Chance M, Spell SA, Borum PR, Webb LS, **Mayer KH**, Jackson JB, Yen-Leiberman B, Story KO, Rowe BW, Thompson K, Goldberg D. "A phase I/II trial of intravenous L-2- oxothiazoline-4-carboxylic acid (procysteine) in asymptomatic HIV-infected subjects". Journal of Acquired Immune Deficiency Syndrome. 1994. 4:369-374.

98. Gostin L, Lazzarini Z, Alexander D, Brandt AM, **Mayer KH**, Silverman DC. "HIV testing, counseling, and prophylaxis following sexual assault". Journal of the American Medical Association. 1994. 271:1436-1444.

99. Larrat EP, Zierler S, **Mayer KH**. "Cocaine use and heterosexual exposure to HIV". Epidemiology. 1994. 5:398-403.

100. Knowlton R, McCusker J, Stoddard A, Zapka J, **Mayer KH**. "The use of the CAGE questionnaire in a cohort of homosexually active men". Journal of Studies on Alcohol. 1994. 692-694.

101. Carini C, McLane MF, **Mayer KH**, Essex M. "Dysregulation of interleukin-7 receptor may generate loss of cytotoxic T cell response in human immunodeficiency virus type 1 infection". Eur J Immunol. 1994. 24: 2927-2934.

102. Piette J, Wachtel TJ, Mor V, **Mayer KH**. "The impact of age on the quality of life in persons with HIV infection". Journal of Aging and Health 1995. 7:163-178.

**Kenneth H. Mayer, M.D.** 123

103. Reef SE, **Mayer KH**. "Opportunistic Candidal Infections in Patients Infected with human immunodeficiency virus: prevention issues and priorities". <u>Clinical Infectious Diseases</u>. 1995. 21:S99-S102.

104. Horton CM, Dudley MN, Kaul S, **Mayer KH**, Squires K, Dunkle L, Anderson R. "Population pharmacokinetics of Stavudine (d4T) in patients with AIDS or advanced AIDS-related complex". <u>Antimicrobial Chemotherapy</u>. 1995. 39:2309-2315.

105. **Mayer KH**, Anderson DJ. "Heterosexual HIV transmission". <u>Infectious Agents and Disease</u>. 1995. 4:273-284.

106. Stevens J, Zierler S, Cram V, Dean V, **Mayer KH**, DeGroot AS. "Risks for HIV infection in incarcerated women". <u>Journal of Women's Health</u>. 1995. 4(5):1-7.

107. Mor V, Stein M, Carpenter C, **Mayer KH**. "A tale of two health care delivery systems". <u>Journal of Health and Human Resource Services Administration</u>. 1995. 18:1-19.

108. Demets DL, Fleming TR, Whitley RJ, Childress JF, Ellenberg SS, Foulkes M, **Mayer KH**, et al. "The Data and Safety Monitoring Board and AIDS Clinical Trials". <u>Controlled Clinical Trials</u>. 1995. 16:408-421.

109. Geletko S, Segarra M, **Mayer KH**, Fiore TC, Bettencourt FA, Flanigan TP, Dudley MN. "Electronic compliance assessment with antifungal prophylaxis in HIV-infected women". <u>Antimicrobial Agents and</u> <u>Chemotherapy</u>. 1996. 40:1338-1341.

110. Peipert JF, Boardman L, Sung J, **Mayer KH**. "Laboratory Evaluation of acute upper genital tract infection". <u>Obstetrics and Gynecology</u>. 1996. 87:730-736.

111. Larrat EP, Zierler S, **Mayer KH** "Cocaine use and HIV disease progression among heterosexuals". <u>Pharmacoepidemiology and Drug Safety</u>. 1996. 5:229-236.

112. Soto-Ramirez LE, Renijifo B, McLane MF, Marlink R, O'Hara C, Sutthent R, Wasi C, Vithayasai P, Vithayasai V, Apichartpiyakul C, Auewarakul P, Cruz VP, Chui DS, Osathanondh R, **Mayer KH**, Lee TH, Essex M. "HIV-1 langerhans' cell tropism associated with heterosexual transmission". <u>Science</u>. 1996. 271:1291-1293.

113. Gross M, Seage GR, **Mayer KH**, Goldstein RS, Losina E, Wold C. "Interest among gay/bisexual men in greater Boston in participating in clinical trials of preventive HIV vaccines". <u>Journal of Acquired Immune Deficiency Syndromes and Human Retrovirology</u>. 1996. 12:406-412.

114. Wang WK, **Mayer KH**, Essex M, Lee TH. "Sequential change of cysteine residues in hypervariable region 1 of glycoprotein 120 in primary HIV type 1 isolates of subtype B". <u>AIDS Research and Human Retroviruses</u>. 1996. 12:1195-1197.

**Kenneth H. Mayer, M.D.** 124

115. Wang WK, Essex M, McLane MF, **Mayer KH**, Hsieh CC, Brumblay HG, Seage G, Lee TH. "Pattern of gp 120 sequence divergence linked to a lack of clinical progression in human immunodeficiency virus type 1 infection". Proc. Natl. Acad. Sci. 1996. 93:6693-6697.

116. Zierler S, Witbeck B, **Mayer KH**. "Sexual violence against women living with or at risk for HIV infection". American Journal of Preventive Medicine. 1996. 12:304-310.

117. Cu-Uvin S, Flanigan TP, Rich JD, Mileno MD, **Mayer KH**, Carpenter CC. "Human immunodeficiency virus infection and acquired immunodeficiency syndrome among North American women." American Journal of Medicine. 1996. 101(3):316-22.

118. Seage GR, **Mayer KH**, Lenderking WR, Wold C, Gross M, Goldstein R, Cai B, Heeren T, Hingson R, Holmberg S. "HIV and hepatitis B infection and risk behavior in young gay and bisexual men." Public Health Reports. 1997. 112:158-167.

119. Lenderking WR, Wold C, **Mayer KH**, Goldstein R, Losina E, Seage GR. "Childhood sexual abuse among homosexual men: prevalence and association with unsafe sex." Journal of General Internal Medicine. 1997. 12: 250-253.

120. Carroll N, Goldstein RS, Lo W, **Mayer KH**. "Gynecological infections and sexual practices of Massachusetts lesbian and bisexual women." Journal of the Gay and Lesbian Medical Association. 1997. 1:15-23.

121. **Mayer KH**. "Practical application and limitations of "eradication" therapy." The AIDS Reader. 1997. AmfAR Symposium, July/August.

122. Xu C, Politch JA, Tucker L, **Mayer KH**, Seage GR, Anderson DJ. "Factors associated with increased levels of HIV type 1 DNA in semen." Journal of Infectious Diseases. 1997. 176:941-947.

123. Quayle AJ, Xu Chong, **Mayer KH**, Anderson DJ. "T lymphocytes and macrophages, but not motile spermatozoa, are a significant source of HIV in semen." Journal of Infectious Diseases. 1997. 176:960-968.

124. Haimovici F, **Mayer KH**, Anderson DJ. "Quantitation of HIV-1 specific IgG, IgA, and IgM antibodies in human genital tract secretions." Journal of Acquired Immunodeficiency Syndromes and Human Retrovirology. 1997. 15:185-191.

125. Smith KW, Avis NE, **Mayer KH**, Swislow L. "Use of the MQoL-HIV with asymptomatic HIV-positive patients." Quality of Life Research. 1997. 6:555-560.

126. Wold C, Seage GR, Lenderking WR, **Mayer KH**, Cai B, Heeren T, Goldstein R. "Unsafe Sex Among Men Who Have Sex With Both Men and Women." Journal of

Acquired Immune Deficiency Syndromes & Human Retrovirology. 1998. 17:361-367.

127. Seage GR, **Mayer KH**, Wold C, Lenderking WR, Goldstein R, Cai B, Gross M, Heeren T, Hingson R. "The Social Context of Drinking, Drug Use, and Unsafe Sex in the Boston Young Men Study". Journal of Acquired Immune Deficiency Syndromes & Human Retrovirology. 1998. 17:368-375.

128. Santiago ML, Santiago EG, Hafalla JCR, Manalo MA, Orantia L, Cajimat MNB, Martin C, Cuaresma C, Dominguez CE, Borromeo ME, DeGroot AS, Flanigan TP, Carpenter CCJ, **Mayer KH**, Ramirez BL. "Molecular Epidemiology of HIV-1 Infection in the Potential Emergence of Subtypes C & F." Journal of Acquired Immune Deficiency Syndromes & Human Retrovirology. 1998. 18:260-269.

129. Cohen CJ, Iwane MK, Palensky JB, Levin DL, Meagher KJ, Frost KR, **Mayer KH**. "A National HIV Community Cohort: Design, Baseline, and Follow-up of the AmfAR Observational Database." Journal of Clinical Epidemiology. 1998. 9:779-793.

130. Stone VE; Clarke J, Lovell J, Steger KA, Hirschorn LR, Boswell, Monroe AD, Stein MD, Tyree TJ, **Mayer KH**. "HIV/AIDS Patients' Perspectives on Taking & Adhering to Protease Inhibitor Containing Regimens." J. Gen. Inter. Med. 1998. 13(9):586-592.

131. Koblin BA, Heagerty P, Sheon A, Buchbinder S, Celum C, Douglas JM, Gross M, Marmor M, **Mayer KH**, Metzger D, Seage G. "Readiness of high-risk populations in the HIV Network for Prevention Trials to participate in HIV vaccine efficacy trials in the United States." AIDS. 1998. 12:785-793.

132. Anderson DJ, Politch JA, Tucker LD, Fichorova R, Haimovici F, Tuomala RE, **Mayer KH**. "Quantitation of Mediators of Inflammation and Immunity in Genital Tract Secretions and their Relevance to HIV Type 1 Transmission". AIDS Research & Human Retroviruses. 1998. 14:S43-S49.

133. Quayle AJ, Coston WMP, Trocha A, Kalams S, **Mayer KH**, Anderson DJ. "Detection of HIV-1 Specific Cytotoxic T Lymphocytes in the Semen of HIV-Infected Individuals". Journal of Immunology. 1998. 161:4406-4410.

134. Wong FW, Chng CL, Ross ML, **Mayer KH**. "Sexualities as social roles among Asian and Pacific Islander American gay, bisexual, lesbian, and transgender individuals: Implications for community-based health education and prevention". J. Gay & Lesbian Medical Assoc. 1998. 2:157-166.

135. Schuman P, Sobel JD, Ohmit E, **Mayer KH**, Carpenter CJ, Rompalo A, Duerr A, Smith DK, Warren D, Klein RS. "Mucosal Candidal colonization & Candidiasis in

Women with or at Risk for Human Immunodeficiency Virus Infection." <u>Clinical Infectious Diseases</u>. 1998. 27:1161-1167.

136. Schuman P, Ohmit SE, Sobel JD, **Mayer KH**, Greene V, Rompalo A, Klein RS. "Oral lesions among women living with or at risk for HIV infection. HIV Epidemiology Research Study (HERS) Group." <u>American Journal of Medicine</u>. 1998. 104(6):559-64.

137. Gampper SN, George JA, Carter EJ, Jesdale BM, Flanigan TP, **Mayer KH**, DeGroot AS. "Co-infection with Mycobacterium tuberculosis and HIV in high risk clinical care setting in Rhode Island." <u>AIDS Care</u>. 1998. 10(2):221-9.

138. Mansourati FF, Stone VE, **Mayer KH**. "Porphyria cutanea tarda & HIV/AIDS: a review of pathogenesis, clinical manifestations & management." <u>International Journal of STD & AIDS</u>. 1999. 10:1361-1366.

139. **Mayer KH**, Boswell S, Goldstein R, Lo W, Xu C, Tucker L. "Persistence of Human Immunodeficiency Virus in Semen After Adding Indinavir to Combination Antiretroviral Therapy." <u>Clinical Infectious Diseases</u>. 1999. 28:1252-9.

140. Flanigan, TP, Hogan, JW, Smith, D, Schoenbaum, E, Vlahov, D, Schuman, P, **Mayer, KH**. "Self-Reported Bacterial Infections Among Women with or at Risk for Human Immunodeficiency Virus Infection." <u>Clinical Infectious Diseases</u>. 1999. 29:608-12.

141. Cu-Uvin S, Hogan J, Warren D, Klein R, Peipert J, Schuman P, Holmberg S, Anderson J, Schoenbaum E, Vlahov D, **Mayer KH**. "Prevalence of Lower Genital Tract Infections among HIV-Seropositive and high-risk HIV-Seronegative Women". <u>Clinical Infectious Diseases</u>. 1999. 29:1145-1150.

142. Powderly WG, **Mayer KH,** Perfect JR. "Diagnosis and Treatment of Oropharyngeal Candidiasis in Patients Infected with HIV: A Critical Reassessment". <u>AIDS Research and Human Retroviruses</u>. 1999. 15(16):1405-1412.

143. Carroll N, Linde R, **Mayer KH,** Lara AM, Bradford J. "Developing a Lesbian Health Research Program: Fenway Community Health Center's Experience and Evolution". <u>Journal of the Gay and Lesbian Medical Association</u>. 1999. 3: 145-152.

144. Stone E, Heagerty P, Vittinghoff E, Douglas, Jr. JM, Koblin BA, **Mayer KH**, Celum CL, Gross M, Woody GE, Marmor M, Seage GR, and Fuchbinder SP. "Correlates of Condom Failure in a Sexually Active Cohort of Men Who Have Sex With Men". <u>Journal of Acquired Immunodeficiency Syndromes and Human Retrovirology</u>. 1999. 20(5): 495-501, 1999.

**Kenneth H. Mayer, M.D.**                                                    127

145. Cavacini LA, Peterson JE, Nappi E, Duval M, Goldstein R, **Mayer KH**, Posner MR. "Minimal Incidence of Serum Antibodies Reactive with Intact Primary Isolate Virions in HIV-1 Infected Individuals". Journal of Virology. 1999. 73:9638-9641.

146. Zieler S, **Mayer K**, Moore J. Stein M. Schoenbaum E, Schuman P, Rompalo A. "Sexual practices in a cohort of US women with and without human immunodeficiency virus". HERS Study. HIV Epidemiology Research Study. J Am Med Womens Assoc. 1999. 54(2):79-83.

147. Hammett TM, Mason TH, Joanis CL, Foster SE, Harmon P, Robles RR, Finlinson A, Feudo R, Vining-Bethea S, Jeter G, **Mayer KH,** Doherty-Iddings P, Seage GR. "Acceptability of Formulations and Application Methods for Vaginal Microbicides Among Drug-Involved Women". Sexually Transmitted Diseases. 2000. 27:119-126.

148. Gross M, Holte S, Seage G, Buchbinder SP, Metzger DS, **Mayer, KH.** "Feasibility of Chemoprophylaxis Studies in High Risk HIV-Seronegative Populations". AIDS Education and Prevention. 2000. 12(1):71-78.

149. Cu-Uvin S, Caliendo AM, Reinert S, Chang A, Juliano-Remollino C, Flanigan TP, **Mayer KH,** Carpenter CCJ. "Effect of highly active antiretroviral therapy on cervicovaginal HIV-1 RNA". AIDS. 2000. 14:415-421.

150. Newmann S, Sarin P, Kumarasamy N, Amalraj E. Rogers M, Madhivanan P, Flanigan T, Cu-Uvin S, McGarvey S, **Mayer K**, Solomon S. "Marriage, monogamy and HIV: a profile of HIV-infected women in south India". International Journal of STD & AIDS. 2000. 11:250-253.

151. Gaiter J, Jurgens R, **Mayer K**, Hollibough A. "Harm Reduction Inside and out: Controlling HIV in and out of Correctional Institutions". The AIDS Reader. 2000. 10(1):45-53.

152. Hirschhorn L, Kunches L, **Mayer K**. "Nonoccupational Postexposure Prophylaxis. Evolving Clinical Practice". AIDS Clinical Care. 2000. 12(1):6-12.

153. **Mayer KH**, Kwong J, Singal R, Boswell S. "Non-occupational post-exposure prophylaxis: Clinical issues and public health questions". Medicine and Health/Rhode Island. 2000. 83:210-213.

154. Bentley ME, Morrow KE, Fullem A, Chesney M, Horton SD, Rosenberg Z, **Mayer KH**. "Acceptability of a Novel Vaginal Microbicide During a Safety Trial Among Low-Risk Women". Family Planning Perspectives. 2000. 32(4):184-8. 184-188.

155. Spielberg  F, Critchlow C, Vittinghoff E, Schwartz Coletti A, Sheppard H., **Mayer KH**, Metzger D, Judson FN, Buchbinder S, Chesney M Gross M, for the HIV Early Detection Study Group. "Home collection for frequent HIV testing: acceptability of oral fluids, dried blood spots and telephone results". AIDS. 2000. 14:1819-1827.

**Kenneth H. Mayer, M.D.**                                                                    128

156. Gross M, Holte S, Marmor M, Mwatha A, Koblin B, **Mayer KH** for the HIVNET Vaccine Preparedness Study 2 Protocol Team. "Anal Sex Among HIV-Seronegative Women at High Risk of HIV Exposure". Journal of Acquired Immune Deficiency Syndromes & Human Retrovirology. 2000. 24:393-398.

157. DeMaria, Jr. A, Kunches L, **Mayer K**, Cohen C, Epstein P, Werner B, Day J, DeCristofaro J, Landers S, Tang Y, Coady W, and the Massachusetts gp160 Working Group. "Immune Responses to a Recombinant Human Immunodeficiency Virus Type 1 (HIV-1) gp160 Vaccine Among Adults with Advanced HIV Infection". Journal of Human Virology. 2000. 3(4): 182-192.

158. Kahn J, Cherng DW, **Mayer K**, Murray H, Lagakos S, for the 806 Investigator Team. "Evaluation of HIV-1 Immunogen, an Immunologic Modifier, Administered to Patients Infected With HIV Having 300 to 549 x $10^6$/L CD4 Cell Counts". JAMA. 2000. 284(17):2193-2202.

159. **Mayer KH** and Rosenberg AE. "A 49-Year-Old Man with the Acquired Immunodeficiency Syndrome and a Tibial Lesion, Case Records of the Massachusetts General Hospital". New England Journal of Medicine. 2000. 343:281-287.

160. Hammett TM, Norton GD, Mason TH, Langenbahn S, **Mayer KH**, Robles RR, Feudo R, Seage GR 3rd. "Drug-involved women as potential users of vaginal microbicides for HIV and STD prevention: a three-city survey". J of Womens Health Gend Based Med. 2000. 9(10):1071-80.

161. Goulder PJ, Tang Y, Brander C, Betts M, Altfeld M, Annamalai K, Trocha A, He S, Rosenberg E, Ogg G, O'Callaghan CA, Kalams SA, McKinney, Jr. RE, **Mayer K**, Koup RA, Pelton SI, Burchett SK, McIntosh K, Walker BD. "Functionally inert HIV-specific cytotoxic T lymphocytes do not play a major role in chronically infected adults and children". Journal of Experimental Medicine. 2000. 192(12):1819-32.

162. Celum CL, Buchbinder SP, Donnell D, Douglas JM Jr., **Mayer K**, Koblin B, Marmor M, Bozeman S, Grant RM, Flores J, Sheppard HW. "Early Human Immunodeficiency Virus (HIV) Infection in the HIV Network for Prevention Trials Vaccine Preparedness Cohort: Risk Behaviors, Symptoms, and Early Plasma and Genital Tract Virus Load". The Journal of Infectious Diseases. 2001. 183:23-35.

163. Sobel JD, Ohmit SE, Schuman P, Klein RS, **Mayer K**, Duerr A, Vazquez JA, and Rompalo A for the HIV Epidemiology Research Study (HERS) Group. "The Evolution of *Candida* Species and Fluconazaole Susceptibility among Oral and Vaginal Isolates Recovered from Human Immunodeficiency Virus (HIV)--Seropositive and At-Risk HIV-Seronegative Women". The Journal of Infectious Diseases. 2001. 183:286-93.

**Kenneth H. Mayer, M.D.**                                                                129

164. **Mayer KH**, Peipert J, Fleming T, Fullem A, Moench T, Cu-Uvin S, Bentley M, Chesney M, Rosenberg. "Safety and Tolerability of BufferGel, a Novel Vaginal Microbicide, in Women in the United States". Clinical Infectious Disease. 2001. 32:476-482.

165. Seage III GR, Holte SE, Metzger D, Koblin BA, Gross M, Celum C, Marmor M, Woody G, **Mayer KH**, Stevens C, Judson FN, McKirnan D, Sheon A, Self S, and Buchbinder SP. "Are US Populations Appropriate for Trials of Human Immunodeficiency Virus Vaccine?  The HIVNET Vaccine Preparedness Study". American Journal of Epidemiology. 2001. 153(7):619-627.

166. Belshe RB, Stevens C, Gorse GJ, Buchbinder S, Weinhold K, Sheppard H, Stablein D, Self S, McNamara J, Frey S, Flores J, Excler JL, Klein M, El Habib R, Duliege A, Harro C, Corey L, Keefer M, Mulligan M, Wright P, Celum C, Judson F, **Mayer K**, McKirnan D, Marmor M, and Woody G.  "Safety and Immunogenicity of a Canarypox-Vectored Human Immunodeficiency Virus Type 1 Vaccine with or without gp120: A Phase 2 Study in Higher- and Lower-Risk Volunteers".  The Journal of Infectious Diseases. 2001. 183:1343-52.

167. **Mayer K**, Appelbaum J, Rogers T, Lo W, Bradford J, Boswell S.  "The Evolution of the Fenway Community Health Model".  American Journal of Public Health. 2001. 91(6):892-894. PMID: 11392929

168. Stone VE, Mansourati FF, Poses RM, **Mayer KH**.  "Relation of Physician Specialty and HIV/AIDS Experience to Choice of Guideline Recommended Antiretroviral Therapy".  Journal of General Internal Medicine. 2001. 16:360-368.

169. Warren D, Klein RS, Sobel J. Kieke B, Brown W, Schuman P, Anderson J, Cu-Uvin S, **Mayer K**, Jamieson DJ, Holmberg S, Duerr A, for the HIV Epidemiology Research Study Group.  "A Multicenter Study of Bacterial Vaginosis in Women With or At Risk for Human Immunodeficiency Virus Infection".  Infectious Diseases in Obstetrics and Gynecology. 2001. 9:133-141.

170. Cu-Uvin S, Hogan JW, Caliendo AM, Harwell J, **Mayer KH**, Carpenter CJ, for the HIV Epidemiology Research Study.  "Association between Bacterial Vaginosis and Expression of Human Immunodeficiency Virus Type 1 RNA in the Female Genital Tract".  Clinical Infectious Diseases. 2001. 33(6):894-896.

171. Rompalo AM, Shah N, **Mayer K**, Schuman P, Klein RS, Smith DK, Vlahov. "Influence of Injection Drug Use Behavior on Reported Antiretroviral Therapy Use Among Women in the HIV Epidemiology Research Study:  On-Site Versus Referral Care".  Journal of Acquired Immune Deficiency Syndromes. 2001. 28(1):28-34.

172. Safren SA, Otto MW, Worth JL, Salomon E, Johnson W, **Mayer K**, Boswell S. "Two Strategies to Increase Adherence to HIV Antiretroviral Medication:  Life-Steps and

Medication Monitoring".  <u>Behaviour Research and Therapy</u>.  2001. 39(10):1151-1162.

173.  Semba RD, Shah N, Klein RS, **Mayer KH**, Schuman P, Gardner LI, Vlahov D. "Highly active antiretroviral therapy associated with improved anemia among HIV-infected women".  <u>AIDS Patient Care STDS</u>. 2001. 15(9):473-80.

174.  Moore J, Hamburger ME, Vlahov D, Schoenbaum EE, Schuman P, **Mayer K**. "Longitudinal study of condom use patterns among women with or at risk for HIV". <u>AIDS and Behavior</u>. 2001. 5:263-273.

175.  Semba RD, Shah N, Klein RS, **Mayer KH**, Schuman P, Vaihov D, for the Human Immunodeficiency Virus Epidemiology Research Group.  "Prevalence and Cumulative Incidence of and Risk Factors for Anemia in a Multicenter Cohort Study of Human Immunodeficiency Virus-Infected and -Uninfected Women".  <u>Clinical Infectious Diseases</u>.2002. 34(2):260-266.

176.  Gardner LI, Holmberg SD, Moore J, Arnsten JH, **Mayer KH**, Rompalo A, Schuman, Smith DK, for the HIV Epidemiology Research Study Group. "Use of Highly Active Antiretroviral Therapy in HIV-Infected Women:  Impact of HIV Specialist Care". <u>Journal of Acquired Immune Deficiency Syndromes</u>. 2002. 29(1):69-75.

177.  Solomon SS, Solomon S, Rodriguez II, McGarvey ST, Ganesh AK, Thyagarajan SP, Mahajan AP, **Mayer, KH**. "Dried blood spots (DBS): a valuable tool for HIV surveillance in developing/tropical countries".  <u>International Jounal of STD & AIDS</u>. 2002. 13(1):25-28.

178.  Blackard JT, Cohen DE, **Mayer KH**.  "Human immunodeficiency virus superinfection and recombination: current state of knowledge and potential clinical consequences".  <u>Clinical Infectious Diseases</u>. 2002. 34(8):1108-14.

179.  Clarke JG, Peipert JF, Hilliar SL, Heber W, Boardman L, Moench TR, **Mayer K**. "Microflora Changes with the Use of a Vaginal Microbicide".  <u>Sexually Transmitted Diseases</u>. 2002. 29(5):288-293.

180.  Colfax GN, Buchbinder SP, Cornelisso PGA, Vittinghoff E, **Mayer K**, Celum C. "Sexual risk behaviors and implications for secondary HIV transmission during and after HIV seroconversion".  <u>AIDS</u>. 2002. 16(11):1529-35.

181.  Merchant RC, **Mayer KH**, Browning CA.  "Nonoccupational HIV Post-exposure Prophylaxis:  Guidelines for Rhode Island from the Brown University AIDS Program and the RI Department of Health".  <u>Medicine and Health\Rhode Island</u>.  2002. 93(8):244-248.

182.  Williams SB, Flanigan TP, Cu-Uvin S, **Mayer, K**, Williams P, Ettore CA, Artenstein AW, Duerr A, VanCott TC.  "Human immunodeficiency virus (HIV)-specific

antibody in cervicovaginal lavage specimens obtained from women infected with HIV type 1". <u>Clinical Infectious Diseases</u>. 2002. 35(5)611-617.

183. Koblin BA, **Mayer K**, Miwatha A, Brown-Peterside P, Holt R, Marmor M, Smith C, Chiasson MA. "Douching practices among women at high risk of HIV Infection in the United States". <u>Sexually Transmitted Diseases</u>. 2002. 29(7):406-410.

184. Kumarasamy N, Mahajan A, Flanigan T, Hemalatha R, **Mayer K**, Carpenter C, Thyagarajan SP, Solomon S. "The Total Lymphocyte count (TLC) is a useful tool for the timing of opportunistic infection prophylaxis in India and other resource-constrained countries". <u>JAIDS</u>. 2002. 31(4):378-383.

185. Seage GR III, Holte S, Gross M, Koblin B, Marmor M, **Mayer KH**, Lenderking WR. "Case-Crossover Study of Partner and Situational Factors for Unprotected Sex". <u>JAIDS</u>. 2002. 31(4):432-439.

186. Kumarasamy N, Flanigan TP, Mahajan AP, Carpenter CCJ, **Mayer KH**, Solomon S. "Monitoring HIV treatment in the developing world. Reflections and Reactions". <u>The Lancet</u>. 2002. 2(11):656-657.

187. Renzi C, Douglas JM Jr., Foster M, Critchlow CW, Ashley-Morrow A, Buchbinder SP, Koblin BA, McKirnan DJ, **Mayer KH**, Celum CL. "Herpes Simplex Virus Type 2 Infection as a Risk Factor for Human Immunodeficiency Virus Acquisition in Men Who Have Sex with Men". <u>The Journal of Infectious Diseases</u>. 2003. 187(1):19-25.

188. Kumarasamy N, Solomon S, Flanigan T, Hemalatha R, Thyagarajan SP, **Mayer K**. "Natural History of HIV Disease in Southern India". <u>Clin Inf Dis</u>. 2003. 36(1):79-85.

189. Ko J, Hogan JW, **Mayer KH**. "Estimating Causal Treatment Effects from Longitudinal HIV Natural History Studies using Marginal Structural Models". <u>Biometrics</u>. 2003. 59, 152-162.

190. **Mayer KH**, Karim SA, Kelly C, Maslankowski L, Rees H, Profy AT, Day J, Welch J, Rosenberg Z, for the HIV Prevention Trials Network (HPTN) 020 Protocol Team. "Safety and tolerability of vaginal PRO 2000 gel in sexually active HIV-uninfected and abstinent HIV-infected women". <u>AIDS</u>. 2003. 17(3):321-329. PMID: 12556685

191. Stover CT, Smith DK, Schmid DS, Pellett PE, Stewart JA, Klein RS, **Mayer K**, Vlahov D, Schuman P, Cannon MJ, for the HIV Epidemiology Research Study Group. "Prevalence of and Risk Factors for Viral Infection among Human Immunodeficiency Virus (HIV)-Infected and High-Risk HIV-Uninfected Women". <u>Journal of Infectious Diseases</u>. 2003. 187(9):1388-1396.

192. Ohmit SE, Sobel JD, Schuman P, Duerr A, **Mayer K**, Rompalo A, Klein RS, for the HIV Epidemiology Research Study (HERS) Group. "Longitudinal Study of Mucosal *Candida* Species Colonization and Candidiasis among Human Immunodeficiency

Virus (HIV)-Seropositive and At-Risk HIV-Seronegative Women". Journal of Infectious Diseases. 2003. 188(1):118-127.

193.  Harwell JI, Moench T, **Mayer KH**, Chapman S, Rodriguez I, Cu-Uvin S. "A pilot study of treatment of bacterial vaginosis with a non-antibiotic topical buffering agent". Journal of Women's Health and Gender Based Medicine. 2003. 12:255-259.

194.  Senya C, Mehta A, Harwell JI, Pugatch D, Flanigan T, **Mayer KH**. "Spectrum of opportunistic infections in hospitalized HIV-infected patients in Phnom Penh, Cambodia". International Journal of STD & AIDS. 2003. 14(16):411-416..

195.  Koblin BA, Chesney MA, Husnik MJ, Bozeman S, Celum CL, Buchbinder S, **Mayer K**, McKirnan D, Judson FN, Huang Y, Coates TJ, and the EXPLORE Study Team. "High-Risk Behaviors Among Men Who Have Sex With Men in 6 US Cities: Baseline Data from the EXPLORE Study". American Journal of Public Health. 2003. 93(6):926-932. PMID: 12773357

196.  Chesney MA, Koblin BA, Barresi PJ, Husnik MJ, Celum CL, Colfax G, **Mayer K**, McKirnan D, Judson FN, Huang Y, Coates TJ, and the EXPLORE Study Team. "An Individually Tailored Intervention for HIV Prevention:  Baseline Data from the EXPLORE Study". American Journal of Public Health. 2003. 93(6):933-938. PMID: 12773358

197.  Urbina BY, Merchant RC, **Mayer KH**. "Case Studies on Nonoccupational Postexposure HIV Prophylaxis". Medicine and Health/Rhode Island. 2003. 86(6):175-177.

198.  DeGroot AS, Jesdale B, Martin W, Saint Aubin C, Sbai H, Bosma A, Lieberman J, Skowron G, Mansourati F, **Mayer KH**. "Mapping cross-clade HIV-1 vaccine epitopes using a bioinformatics approach". Vaccines. 2003. 21:4486-5405.

199.  **Mayer KH**, Hogan JW, Smith D, Klein RS, Schuman P, Margolick JB, Korkontzelou C, Farzedegan H, Vlahov D, Carpenter, CCJ, for the HIV Epidemiology Research Study (HERS) Group.  "Clinical and Immunologic Progression in HIV-Infected US Women Before and After the Introduction of Highly Active Antiretroviral Therapy". JAIDS. 2003. 33(5):614-624.

200.  Powderly WG, **Mayer KH**. "Centers for Disease Control and Prevention Revised Guidelines for Human Immunodeficiency Virus (HIV) Counseling, Testing, and Referral: Targeting HIV Specialists." Clinical Infectious Diseases. 2003. 37(6):813-819.

201.  Kumarasamy N, Solomon S. Chaguturu SK, Mahajan AP, Flanigan TP, Balakrishnan P, **Mayer KH**. "Safety, Tolerability and Effectiveness of Generic Antiretroviral Drug Regimens for HIV-infected Patients in South India". AIDS. 2003. 17(15):2267-2269.

202. Safren SA, Hendriksen ES, DeSousa N, Boswell SL, **Mayer KH**. "Use of an on-line pager system to increase adherence to antiretroviral medications." <u>AIDS Care</u>. 2003. 15(6):787-793.

203. Morrow K, Rosen R, Richter L, Emans A, Forges A, Day J, Morar N, Maslankowski L, Profy A, Kelly C, Karim SSA, **Mayer KH**. "The Acceptability of an Investigational Vaginal Microbicide, PRO 2000 Gel, among Women in a Phase I Clinical Trial." <u>Journal of Women's Health</u>. 2003. 12(7):655-666.

204. Madhivanan P, Cu-Uvin S, Govindarajan M, **Mayer K**, Wilson K, Harwell J, Hemalatha R, Solomon S. "Prevalence of Cervical Dysplasia among Women attending an HIV Care Center in Chennai, South India". <u>Journal Obstet Gynecol Ind</u>. 2003. 53(4):367-370.

205. Sugihantono A, Slidell M, Syaifudin A, Pratjojo H, Utami IM, Sadjimin T, **Mayer KH**. "Syphilis and HIV Prevalence among Commercial Sex Workers in Central Java, Indonesia: Risk-Taking Behavior and Attitudes that May Potentiate a Wider Epidemic." <u>AIDS Patient Care and STDs</u>. 2003. 17(11):595-600.

206. Natividad-Villaneuva G, Santiago E, Manalastas R, Brown HW, Ingersoll J, Caliendo AM, **Mayer KH**, Cu-Uvin S. "Human immunodeficiency virus in the plasma and cervicovaginal secretions in Filipino women." <u>International Journal of STD & AIDS</u>. 2003. 14:826-829.

207. Cavacini LA, Kuhrt D, Duval M, **Mayer K**, Posner MR. "Binding and Neutralization Activity of Human IgG1 and IgG3 from Serum of HIV-Infected Individuals." <u>AIDS Research and Human Retroviruses</u>. 2003. 19(9):785-792.

208. Merchant RC, Becker BM, **Mayer KH**, Fuerch J, Schreck B. "Emergency Department Blood or Body Fluid Exposure Evaluations and HIV Post Exposure Prophylaxis Usage." <u>Academic Emergency Medicine</u>. 2003. 10(12):1345-1353.

209. Merchant RC, **Mayer K**, Browning C. "Development of Guidelines on Nonoccupational HIV Post-exposure Prophylaxis for the State of Rhode Island." <u>Public Health Reports</u>. 2004. 119(2):136-140.

210. Mahajan AP, Hogan JW, Snyder B, Kumarasamy N, Mehta K, Solomon S, Carpenter CCJ, **Mayer KH**, Flanigan TP. "Changes in Total Lymphocyte Count as a Surrogate for Changes in CD4 Count Following Initiation of HAART: Implications for Monitoring in Resource-Limited Settings." <u>JAIDS</u>. 2004. 36(1):567-575.

211. Theng T, Sok P, Pugatch D, Harwell JI, Rufner KM, Chhi Mean V, **Mayer KH**, Cu-Uvin S. "HIV-1 Cord-blood Seroprevalence of Parturient Women in Sihanoukville, Cambodia." <u>International Journal of STD & AIDS</u>. 2004. 15:419-421.

**Kenneth H. Mayer, M.D.**                                                          134

212. Blackard JT, **Mayer KH**. "HIV Superinfection in the Era of Increased Sexual Risk Taking." <u>Sexually Transmitted Diseases</u>. 2004. 31(4):201-204.

213. Koblin B, Chesney M, Coates T, Husnik M, Beauchamp G, Huang Y, Bozeman S, Madison M, Buckbinder S, Celum C, Colfax G, Judson F, **Mayer K**, McKirnan D for the EXPLORE Study Team. "Effects of a behavioural intervention to reduce acquisition of HIV infection among men who have sex with men: the EXPLORE randomized controlled study." <u>The Lancet</u>. 2004. 364:41-50.

214. Colfax G, Vittinghoff E, Husnik MJ, McKirnan D, Buchbinder S, Koblin B, Celum C, Chesney M, Huang Y, **Mayer K**, Bozeman S, Judson FN, Bryant KJ, Coates TJ, and the EXPLORE Study Team. "Substance Use and Sexual Risk: A Participant- and Episode-level Analysis among a Cohort of Men Who Have Sex with Men." <u>American Journal of Epidemiology</u>. 2004. 159(10):1002-1012.

215. Balakrishnan P, Dunne M, Kumarasamy N, Crowe S, Subbulakshmi G, Ganesh AK, Cecelia AJ, Roth P, **Mayer KH**, Thyagarajan SP, Solomon S. "An Inexpensive, Simple, and Manual Method of CD4 T-Cell Quantitation in HIV-Infected Individuals for Use in Developing Countries." <u>JAIDS</u>. 2004. 36(5):1006-1010.

216. Lee D, Graham BS, Chiu Y-L, Gilbert PB, McElrath MJ, Belshe RB, Buckbinder SP, Sheppard HW, Koblin BA, **Mayer KH**, Keefer MC, Mulligan MJ, Celum CL. "Breakthrough Infections during Phase 1 and 2 Prime-Boost HIV-1 Vaccine Trials with Canarypox Vectors (ALVAC) and Booster Dose of Recombinant gp 120 or gp 160." <u>Journal of Infectious Diseases</u>. 2004. 190(5):903-907.

217. **Mayer, KH**, Safren SA, Gordon CM. "HIV Care Providers and Prevention." <u>JAIDS</u>. 2004. 37:S130-132. PMID: 15385911

218. Harro CD, Judson FN, Gorse GJ, **Mayer KH**, Kostman JR, Brown SJ, Koblin B, Marmor M, Bartholow BN, Popovic V, for the VAX004 Study Group. "Recruitment and Baseline Epidemiologic Profile of Participants in the First Phase 3 HIV Vaccine Efficacy Trial." <u>JAIDS</u>. 2004. 37(3):1385-92.

219. Kumarasamy N, Chaguturu S, **Mayer KH**, Solomon S, Yepthomi HT, Balakrishnan P, Flanigan TP. "Incidence of Immune Reconstitution Syndrome in HIV/Tuberculosis-Coinfected Patients After Initiation of Generic Antiretroviral Therapy in India." <u>JAIDS</u>. 2004. 37(5):1574-1576.

220. Solomon SS, Pulimi S, Rodriguez II, Chaguturu SK, Kumar SKS, **Mayer KH**, Solomon S. "Dried blood spots are an acceptable and useful HIV surveillance tool in a remote developing world setting." <u>International Journal of STD & AIDS</u>. 2004. 15:658-661.

221. Hamburger ME, Moor J, Koenig L, Vlahov D, Schoenbaum EE, Schuman P, **Mayer K** for the HIV Epidemiology Research Study Group. "Persistence of Inconsistent

Condom Use:  Relation to Abuse History and HIV Serostatus." <u>AIDS and Behavior</u>. 2004. 8(3):333-344.

222.  DeGroot, AS, Bishop EA, Khan B, Lally M, Marcon L, Franco J, **Mayer KH**, Carpenter CCJ, Martin W.  "Engineering Immunogenic Consensus T Helper Epitopes for a Cross-clade HIV Vaccine." <u>Science Direct Methods</u>. 2004. 34:476-487.

223.  Lurie MN, Akileswaran C, **Mayer KH**.  "Opportunities for Preventing HIV in Treatment Settings in Developing Countries." <u>Lancet</u>. 2005. 5(2):66-68.

224.  Flynn NM, Forthal DN, Harro CD, Judson FN, **Mayer KH**, Para MF, Gilbert PB, Hudgens MG, Metch BJ, Self SG, Berman PW, Francis DP, Gurwith M, Heyward WL, Jobes DV, Peterson ML, Popovic V, Sinangil FM.  "Placebo-controlled Trial of a Recombinant Glycoprotein 120 Vaccine to Prevent HIV Infection". <u>Journal of Infectious Diseases</u>.2005.  191:654-665.

225.  Ghanem KG, Shah N, Klein RS, **Mayer KH**, Sobel JD, Warren DL, Jamieson DJ, Duerr AC, Rompalo AM, for the HIV Epidemiology Research Study (HERS) Group. "The Influence of Sex Hormones, HIV Status, and Concomitant Sexually Transmitted Infection on Cervicovaginal Inflammation". <u>Journal of Infectious Diseases</u>. 2005. 191(3):358-366.

226.  Balakrishnan PJ, Solomon S, Kumarasamy N, **Mayer KH**.  "Low-cost Monitoring of HIV Infected Individuals on Highly Active Antiretroviral Therapy (HAART) in Developing Countries." <u>Indian J Med Res</u>. 2005. 121:345-355.

227.  Bartholow BN, Buchbinder S, Celum C, Goli V, Koblin B, Mara M, Marmor M, Novak RM, **Mayer K**, Creticos C, Orozco-Cronin P, Popovic V, Mastro TD, for the VISION/VAX004 Study Team.  "HIV Sexual Risk Behavior Over 36 Months of Follow-Up in the World's First HIV Vaccine Efficacy Trial." <u>Journal of Acquired Immune Deficiency Syndromes</u>. 2005. 39(1):90-101.

228.  Buchbinder SP, Vittinghoff E, Heagerty P, Celum CL, Seage GR, Judson FN, McKirnan D, **Mayer KH**, Koblin BA. "Sexual Risk, Nitrite Inhalant Use, and Lack of Circumcision Associated with HIV Seroconversion in Men Who Have Sex With Men in the United States." <u>Journal of Acquired Immune Deficiency Syndromes</u>. 2005. 39(1):82-89.

229.  Kumarasamy N, Vallabhaneni S, Flanigan TP, Balakrishnan P, Cecelia A, Carpenter CCJ, Solomon S, **Mayer, KH**.  "Rapid Viral Load Suppression Following Generic Highly Active Antiretroviral Therapy in Southern Indian HIV-infected Patients." <u>AIDS</u>. 2005. 19(6):625-627.

230.  Cavacini LA, Duval M, Patil A, Wood C, **Mayer KH**, Ruprecht RM, Posner MR. "Dichotomy in cross-clade reactivity and neutralization by HIV-1 sera: implications

for active and passive immunotherapy." <u>Journal of Medical Virology</u>. 2005. 76:146-152.

231. Balakrishnan P, Kumarasamy N, Kantor R, Solomon S, Vidya S, **Mayer KH**, Newstein M, Thyagarajan SP, Katzenstein D, Ramratnam B. "HIV-1 Genotypic Variation in an Antiretroviral Treatment Naïve Population in South India." <u>AIDS Research and Human Retroviruses</u>. 2005. 21(4):301-5.

232. Joshi S, Solomon S, **Mayer K**, Mehendale S. "Preparing for Efficacy Trials of Vaginal Microbicides in Indian Women". <u>Indian Journal of Medical Research</u>. 2005. 121:502-509.

233. Kumarasamy N, Vallabhaneni S, Flanigan TP, **Mayer KH**, Solomon S. "Clinical Profile of HIV in India". <u>Indian Journal of Medical Research</u>. 2005. 121:377-394.

234. Chin-Hong PV, Vittinghoff E, Cranston RD, Browne L, Buchbinder S, Colfax G, DaCosta M, Darragh T, Benet DJ, Judson F, Koblin B, **Mayer KH**, Palefsky JM. "Age-Related Prevalence of Anal Cancer Precursors in Homosexual Men: The EXPLORE Study." <u>Journal of the National Cancer Institute</u>. 2005. 97(12):896-905. PMID:15956651

235. Quach L, **Mayer K**, McGarvey ST, Lurie MN, Do P. "Knowledge, Attitudes, and Practices Among Physicians on HIV/AIDS in Quang Ninh, Vietnam." <u>AIDS Patient Care and STDs</u>. 2005. 19(5):335-346.

236. Blackard JT, Smeaton L, Hiasa Y, Horiike N. Onji J, Jamieson DJ, Rodriguez I, **Mayer KH**, Chung RT. "Detection of Hepatitis C virus (HCV) in serum and peripheral-blood mononuclear cells from HCV-monoinfected and HIV/HCV-coinfected persons". <u>Journal of Infectious Diseases</u>. 2005. 192(2):258-65.

237. Rogers M Chatterjee, Gopalakrishnan G, Kumarasamy N, Flanigan TP, Carpenter CCJ, **Mayer KH**, Solomon S. "HIV in Couples in South India; Implications for Prevention." <u>International</u> <u>Journal of STD & AIDS</u>. 2005. 16:442-445.

238. Akileswaran C, Lurie MN, Flanigan TP, **Mayer KH**. "Lessons Learned from Use of Highly Active Antiretroviral Therapy in Africa." <u>Clinical Infectious Diseases</u>. 2005. 41:376-85.

239. Merchant RC, **Mayer K**. "Perspectives on New Recommendations for Nonoccupational HIV Postexposure Prophylaxis." <u>Journal of the American Medical Association</u>. 2005. 293(10):2407-2409.

240. Safren SA, Kumarasamy N, James R, Raminani S, Solomon S, **Mayer KH**. "ART Adherence, Demographic Variables, and CD 4 Outcomes Among HIV-Positive Patients on Antiretroviral Therapy in Chennai, India." <u>AIDS Care</u>. 2005. 17(7):853-862.

**Kenneth H. Mayer, M.D.**                                                           137

241. Berg MB, Safren SA, Mimiaga MJ, Grasso C, Boswell S, **Mayer KH**.
"Nonadherence to Medical Appointments is Associated with Increased Plasma HIV
RNA and Decreased CD4 Cell Counts in a Community-Based HIV Primary Care
Clinic." <u>AIDS Care</u>. 2005. 17(&):902-907.

242. Kumarasamy N, Safren SA, Raminani S, Pickard R, James R, Sri Krishnan AK,
Solomon S, **Mayer KH**.  "Barriers and Facilitators to Antiretroviral Medication
Adherence among Patients with HIV in Chennai, India:  A Qualitative Study." <u>AIDS
Patient Care and STDs</u>. 2005. 19(8):526-537.

243. Sivaram S, Srikrishnan AK, Kailapuri, Murgavel G, **Mayer KH**, Anand S, Celentano
DD, Solomon S. "An Approach to Addressing Ethical Issues in a Community-based
Risk Assessment for HIV: A Case from Chennai, India." <u>Journal of Health
Population and Nutrition</u>. 2005. 23(2):165-76.

244. Kumarasamy N, Solomon S, Chaguturu SK, Cecelia AJ, Vallaghaneni, S, Flanigan
TP, Mayer KH.  "The Changing Natural History of HIV Disease: Before and after the
Introduction of Generic Antiretroviral Therapy in Southern India." <u>Clinical
Infectious Diseases</u>. 2005. 41(10):1525-8.

245. Xu C, Politch JA, **Mayer KN**, Anderson DJ.  "Human Immunodeficiency Virus type-
1 episomal cDNA in semen." <u>AIDS Research and Therapy</u>. 2005. 2:9.

246. Syed IH, Balakrishnan P, Solomon SS, Murugavel KG, Kumarasamy N, Vidya S,
Martin SP, Thyagarajan SP, **Mayer KH**, Solomon S.  HIV-1 Western Blot Assay:
"What Determines an Indeterminate Status?"  <u>Indian Journal of Medical Sciences</u>.
2005. 59(10):443-450.

247. Sharghi N, Bosch RJ, **Mayer KH** Essex M, Seage GR.  "The Development and
Utility of a Clinical Algorithm to Predict Early HIV-1 Infection." <u>Journal of Acquired
Immune Deficiency Syndromes</u>. 2005. 40(4):472-478.

248. Merchant RC, Fuerch J, Becker BM, and **Mayer KH**. "Comparison of the
epidemiology of human bites evaluated at three US pediatric emergency
departments." <u>Pediatric Emergency Care</u>. 2005. 21(12):833-38.

249. Smith J, Simmons E, **Mayer KH**.  "HIV/AIDS and the Black Church: What are the
Barriers to Prevention Services?" <u>Journal of the National Medical Association</u>. 2005.
97(12).

250. Dhawan D, **Mayer KH**.  "Microbicides to Prevent HIV Transmission:  Overcoming
Obstacles to Chemical Barrier Protection (Perspective)." <u>Journal of Infectious
Diseases</u>. 2006. 193:36-44.

251. Kumarasamy N, Vallabhaneni S, Cecelia AJ, Yepthomi T, Balakrishnan P, Saghayam S, Flanigan TP, Carpenter CCJ, Solomon S, **Mayer** KH. "Reasons for Modification of Generic Highly Active Antiretroviral Therapeutic Regimens among Patients in Southern India." Journal of Acquired Immune Deficiency Syndromes. 2006. 41(1):53-58.

252. **Mayer KH**, Maslankowski LA, Gai F, El-Sadr WM, Justman J, Kwiecien A, Masse B, Eshleman SH, Hendrix C, Morrow K, Rooney JF, Soto-Torres L and the HPTN 050 Protocol Team. "Safety and Tolerability of Tenofovir Vaginal Gel in Abstinent and Sexually Active HIV-uninfected and Infected Women". AIDS. 2006. 20:543-551. PMID: 16470118

253. Koblin BA, Hasnuk MJ, Colfax G, Huang Y, Madison M, **Mayer K**, Barresi PJ, Coates TJ, Chesney MA, Buchbinder S. "Risk factors for HIV infection among men who have sex with men." AIDS. 2006. 20:731-739.

254. Mimiaga MJ, Safren SA, Benet DJ, Manseau MW, DeSousa N, **Mayer KH**. "MSM in HIV-Prevention Trials are Sexual Partners with Each Other: An Ancillary Study to the EXPLORE Study." AIDS and Behavior. 2006. 10(1):27-34.

255. El-Sadr W, **Mayer KH**, Maslankowski L, Hoesley C, Justman J, Gai F, Mauck C, Absalon J, Morrow K, Masse B, Soto-Torres L, Kwiecien A, for the HIV Prevention Trials Newwork (HPTN) 049 Protocol Team. "Safety and Acceptability of Cellulose Sulfate as a Vaginal Microbicide in HIV-infected Women". AIDS. 2006. 20(8):1109-1116.

256. Sok P, Harwell JI, McGarvey ST, Lurie M, Lynen L, Flanigan T, **Mayer KH**. "Demographic and Clinical Characteristics of Hiv-Infected Inpatients and Outpatients at a Cambodian Hospital." AIDS Patient Care and STDs. 2006. 20:369-378.

257. Cofrancesco J, Dobs A, Rompalo A, Ghanem K, Klein R, **Mayer KH**, Vlahov D, Schuman P, Shah N. "The Effects of Illicit Drug Use and HIV Infection on Sex Hormone Levels in Women." Gynecological Endocrinology. 2006. 22(5):244-251.

258. Solomon SS, Solomon S, Masse BR, Srikrishnan AK, Beauchamp G, Thamburaj E, Gulvady M, Anand S, **Mayer KH**. "Risk Reduction Counseling is Associated with Decreased HIV Transmission-Associated Behaviors in High Risk Indian Heterosexuals." JAIDS. 2006. 42(4):478-483.

259. Cu-Uvin S, Snyder B, Harwell JI, Hogan J, Chibwesha C, Hanley D, Ingersoll J, Kurpewski J, **Mayer KH**, Caliendo AM. "Association Between Paired Plasma and Cervicovaginal Lavage Fluid HIV-1 RNA Levels During 36 Months." Journal of Acquired Immune Deficiency Syndromes. 2006. 42(5):584-587.

260. Safren SA, Kumarasamy N, Hosseinipour M, Harwood MM, Hoffman I, McCauley M, Jumbe A, Nyirenda C, Mimiaga MJ, Solomon S, Celentano D, **Mayer KH**.

"Perceptions About the Acceptability of Assessments of HIV Medication Adherence in Lilongwe, Malawi and Chennai, India." <u>AIDS and Behavior</u>. 2006. 10(4):443-450.

261. Safren SA, Martin C, Menon S, Greer J, Solomon S, Mimiaga MJ, **Mayer KH**. "A Survey of MSM HIV Prevention Outreach Workers in Chennai, India." <u>AIDS Education and Prevention</u>. 2006. 18(4):323-332.

262. Balakrishnan P, Solomon S, Mohanakrishnan J, Cecelia AJ, Kumarasamy N, Murugavel KG, Venkatakrishnan B, Solomon SS, Crowe SM, Ganesh AK, Thyagarajan SP, Flanigan T, **Mayer KH**. "A Reliable and Inexpensive EasyCD4 Assay for Monitoring HIV-Infected Individuals in Resource-Limited Settings." <u>Journal of Acquired Immune Deficiency Syndrome</u>. 2006. 43(1):23-26.

263. Brown EL, Walk A, Hughes JP, Morrow RA, Krantz E, **Mayer K**, Buchbinder S, Koblin B, Celum C. "High Risk of Human Immunodeficiency Virus in Men who have Sex with Men with Herpes Simplex Virus Type 2 in the EXPLORE Study." <u>American Journal of Epimediology</u>. 2006. 164(8):733-741.

264. Makadon HJ, **Mayer KH**, Garofalo R. "Optimizing Primary Care for Men who have Sex with Men." <u>Journal of the American Medical Association</u>. 2006. 296(19):2362-2365.

265. Whittington WLH, Morris M, Buchbinder SP, McKirnan DJ, **Mayer KH**, Para MF, Bartholow BN, Celum CL. "Partner-Specific Sexual Behavioral Differences between Phase 3 HIV Vaccine Efficacy Trial Participants and Controls Project VISION." <u>J Acquir Immune Defic Syndr</u>. 2006. 43(2):234-238.

266. Panchanadeswaran S, Johnson SC, **Mayer KH**, Srikrishnan AK, Sivaram S, Zelaya CE, Go VF, Solomon S, Bentley ME, Celentano DD. "Gender Differences in STI Prevalence and Genital Symptoms in an Urban Setting in Southern India." <u>Sexually Transmited Infections</u>. 2006. 82(6):491-495.

267. Uma A, Balakrishnan P, Murugavel KG, Srikrishnan AK, Kumarasamy N, Anand S, Cecelia JA, Celentano D, **Mayer KH**, Thyagarajan SP, Solomon S. "Bacterial Vaginosis in Women of Low Socioeconomic Status Living in Slum Areas in Chennai, India." <u>Sex Health</u>. 2006. 3(4):297-298.

268. Cohen DE, Russell CJ, Golub SA, **Mayer KH**. "Prevalence of hepatitis C virus infection among men who have sex with men at a Boston community health center and its association with markers of high-risk behavior." <u>AIDS Patient Care and STDs</u>. 2006. 29(8):557-564.

269. Cummins JE, Denniston M, **Mayer KH**, Pickard R, Novak RM, Graham P, Gurwith M, Orelind K, Ackers ML, Dezzutti CS. "Mucosal Innate Immune Factors in Secretions from High Risk Individuals Immunized with a Bivalent gp120 Vaccine." <u>AIDS Research and Human Retroviruses</u>. 2006. 22J(8):788-795.

**Kenneth H. Mayer, M.D.**                                                          140

270. Lally M, Gaitanis MM, Vallabhaneni S, Reinert S, **Mayer KH**, Zimet G, Rich J. "Willingness to Receive an HIV Vaccine among Incarcerated Persons." <u>Preventive Medicine</u>. 2006. 43(5J):402-05.

271. Saghayam S, Kumarasamy N, Cecelia AJ, Solomon S, **Mayer K**, Wanke C. "Weight and body shape changes in a treatment-naïve population after 6 months of nevirapine-based generic highly active antiretroviral therapy in South India." <u>Clinical Infectious Diseases</u>. 2007. 44(2):295-300.

272. Mimiaga MJ, Goldhammer H, Belanoff C, Tetu AM, **Mayer KH**. "Men Who Have Sex With Men Perceptions About Sexual Risk, HIV and Sexually Transmitted Disease Testing, and Provider Communication." <u>Sexually Transmitted Diseases</u>. 2007. 34(2):113-119.

273. Russell CJ, Golub SA, Cohen DE, **Mayer KH**. "Urine-based Asymptomatic Urethral Gonorrhea and Chlamydia Screening and Sexual Risk-Taking Behavior in Men who have Sex with Men in Greater Boston." <u>AIDS Patient Care and STDs</u>. 2007. 21(3);205-211.

274. Carballo-Dieguez A, Esner T, Dolezal C, Pickard R, Lin P, **Mayer KH**. "Rectal Microbicide Acceptability: Results of a Volume Escalation Trial." <u>Sexually Transmitted Diseases</u>. 2007. 34(4):224-229.

275. Kumarasamy N, Flanigan T, Vallabhaneni S, Cecelia A, Christybai P, Balakrishnan P, Yepthomi T, Solomon S, Carpenter C, **Mayer K**. "Randomized Control Trial of Structured Interrupted Generic Antiretroviral Therapy versus Continuous Therapy in HIV-infected Individuals in Southern India." <u>AIDS</u>. 2007. 19(4):507-513.

276. Szumowski JD, Cohen DE, Kanaya F, **Mayer KH**. "Treatment and Outcomes of Infections by Methicillin-Resistant *Staphylococcus aureua* at an Ambulatory Clinic". <u>Antimicrobial Agents and Chemotherapy</u>. 2007. 51(2):423-428.

277. Han LL, McDougal LK, Gorwitz RJ, **Mayer KH**, Patel JB, Sennott JM, Fontana JL. "High Frequencies of Clindamycin and Tetracycline Resistance in Methicillin-Resistant *Staphylococcus aureus* Pulsed-Field Type USA300 in a Boston Ambulatory Health Center." <u>Journal of Clinical Microbiology</u>. 2007. 45(4):1350-1352.

278. Tedeschi, SK, Bonney LA, Manalo R, **Mayer KH**, Shepardson S, Rich JD, Lally MA. "Vaccination in Juvenile Correctional Facilities: State Practices, Hepatitis B, and the Impact on Anticipated Sexually Transmitted Infection Vaccines." <u>Public Health Reports</u>. 2007. 122:44-48.

279. Blackard JT, Hiasa Y, Smeaton L, Jamieson DJ, Rodriguez I, **Mayer KH**, Chung, RT. "Compartmentalization of Hepatitis C Virus (HCV) during HCV/HIV Coinfection." <u>Journal of Infectious Diseases</u>. 2007. 195(12):1765-1773.

280. Freedberg KA, Kumarasamy N, Losina E, Cecelia AJ, Scott CA, Divi N, Flanigan TP, Lu Z, Weinstein MC, Wang B, Garnesh AK, Bender M, **Mayer KH**, Walensky RP "For the CEPAC-International Investigators, Clinical Impact and Cost-effectiveness of Antiretroviral Therapy in India: Starting Criteria and Second-line Therapy." <u>AIDS</u>. 2007. 21 (suppl 4):S117-128.

281. Krishnan AK, Hendriksen E, Vallabhanei S, Johnson SL, Raminani S, Kumarasamy N, Hobsen J, Solomon S, **Mayer KH**, Safren S. "Sexual behaviors of individuals with HIV living in South India: A qualitative study." <u>AIDS Education and Prevention</u>. 2007. 19(4):335-346.

282. Peipert J, Redding CA, Blume J, Allsworth JE, Iannuccillo K, Lozowski F**, Mayer K**, Morokoff PJ, Rossi JS. "Design of a stage-matched intervention trial to increase dual method contraceptive use (Project PROTECT)." <u>Contemporary Clinical Trials</u>. 2007. 28(5):622-637.

283. Merchant RC, Katzen JB, **Mayer KH**, and Becker BM. "Emergency Department Evaluations of Non-Percutaneous Blood or Body Fluid Exposures During Cardiopulmonary Resuscitation." <u>Prehospital and Disaster Medicine</u>. 2007. 22(4):330-334.

284. Knauz RO, Safren SA, O'Cleirigh C, Capistrant BD, Driskell JR, Aguilar D, Salomon L, Hobson J, **Mayer KH**. "Developing an HIV-Prevention Intervention for HIV-Infected Men Who Have Sex with Men in HIV CARE: Project Enhance". <u>AIDS and Behavior</u>. 2007. 11(1) Supplement:117-126.

285. Lally M, Lemei K, **Mayer K**. "HIV Vaccine Update: Recent Developments and Current Trials. Medicine" <u>Health Rhode Island</u>. 2007. 90(10):318-320.

286. Subbaraman R, Chaguturu SK, **Mayer KH**, Flanigan TP, Kumarasamy N. "Adverse Effects of Highly Active Antiretoviral Therapy in Developing Countries." <u>Clinical Infectious Diseases</u>. 2007. 45(8):1093-1101.

287. Go, VF, Solomon S, Srikrishnan A, Sivaram S, Johnson SC, Sripaipan T, Murugavel KG, Latkin C, **Mayer KH,** Celentano DD. "HIV Rates and Risk Behaviors Are Low in the General Population of Men in Southern India but High in Alcohol Venues: Results From 2 Probability Surveys." <u>Journal of Acquired Immune Deficiency Syndromes</u>. 2007. 46(4):491-497.

288. **Mayer KH**, Caffrey E. "Brown's Fogarty International Center AIDS International Research and Training Program: Building Capacity and New Collaborations." <u>Medicine & Health/Rhode Island</u>. 2007. 90(11):342-345.

289. Schneider JA, Alam SA, Ackers M, Parekh B, Chen HY, Graham P, Gurwith M, **Mayer K**, Novak RM. "Mucosal HIV Binding Antibody and Neutralizing Activity

among High-Risk HIV-uninfected Female HIV Vaccine Trial Participants." <u>Journal of Infectious Diseases</u>. 2007. 196:1637-1644.

290.  Merchant RC, Zabbo CP, **Mayer KH**, Becker BM.  "Factors associated with delay to emergency department presentation, antibiotic usage and admission for human bite injuries." <u>Can J Emerg Med</u>. 2007. 9(6):441-448.

291.  Losikoff P, Fichorova R, Snyder B, Rodriguez I, Cu-Uvin S, Harwell J, **Mayer KH**. "Genital tract interleukin-8 but not interleukin-1beta or interleukin-6 concentration is associated with bacterialvaginosis and its clearance in HIV-infected and HIV-uninfected women". <u>Infect Dis Obstet Gynecol.</u> 2007;2007:92307. PMID:18273408 PMCID:PMC2216434

292.  Iqbal HS, Balakrishnan P, Cecelia AJ, Solomon S, Kumarasamy N, Madhavan V, Murugavel KG, Ganesh AK, Solomon SS, **Mayer KH**, Crowe SM.  "Use of an HIV-1 reverse enzyme activity assay to measure HIV-1 Viral Load as a Potential Alternative to Nucleic Acid Based Assay for Monitoring Antiretroviral Therapy in Resource-limited Settings".  <u>Journal of Medical Microbiology</u>. 2007. 56(12):1611-1614.

293.  Carballo-Diéguez A, Balan I, Morrow K, Rosen R, Mantell J, Gai F, Hoffman S, Maslankowski L, El-Sadr W, **Mayer K**.  "Acceptability of Tenofovir Gel as a Vaginal Microbicide by Male Participants in a Phase I Clinical Trial (HPTN 050)." <u>AIDS Care</u>. 2007.  19(8):1026-1031.

294.  Merchant RC, Gee EM, Clark MA, **Mayer KH**, Seage III GR, DeGruttola VG. "Comparison of Patient Comprehension of Rapid HIV Pre-Test Fundamentals by Information Delivery Format in an Emergency Department Setting."  <u>BMC Public Health</u>. 2007. 12; 7:238

295.  Golub SA, Rosenthal L, Cohen DE, **Mayer KH**.  "Determinants of High-Risk Sexual Behavior during Post-Exposure Prophylaxis to Prevent HIV Infection."  <u>AIDS and Behavior</u>. 2008. 12(6):852-859. PMID: 17682938

296.  Merchant RC, Kelly ET, **Mayer KH**, Becker BM, Duffy SJ.  "Trends of Visits to Rhode Island Emergency Departments for Pediatric Sexual Exposures, 1995-2001." <u>Medicine & Health/Rhode Island</u>. 2008. 91(1):15-19. PMID: 18271341 PMCID: PMC3186073

297.  Merchant RC, **Mayer KH**, Becker BM, Delong AK, Hogan, JW.  "Predictors of the Initiation of HIV Postexposure Prophylaxis in Rhode Island Emergency Departments."  <u>AIDS Patient Care and STDs</u>. 2008. 22(1):41-52 PMID: 18095841 PMCID: PMC3206608

298.  Mimiaga MJ, Tetu AM, Gortmaker S, Koenen K, Fair AD, Novak DS, VanDerwarker R, Bertrand T, Adelson S, **Mayer, KH**.  "HIV and STD Status

Among MSM and Attitudes About Internet Partner Notification for STD Exposure." <u>Sexually Transmitted Diseases</u>.2008. 35(2):111-116. PMID: 18007274

299. Diep BA, Chambers HF, Graber CJ, Szumowski JD, Miller LG, Han LL, Chen JH, Lin F, Lin J, HalVan Phan T, Carleton HA, McDougal LK, Tenover FC, Cohen DE, **Mayer KH**, Sensabaugh GF, Perdreau-Remington F. "Emergence of Multidrug-Resistant, Community-Associated, Methicillin-Resistant *Staphylococcus aureus* Clone USA300 in Men Who Have Sex with Men". <u>Annals of Internal Medicine</u>. 2008. 148(4):249-258. PMID: 18283202

300. Rosen RK, Morrow KM, Carballo-Dieguez A, Mantell JI, Hoffman S, Gai F, Maslankowski L, El-Sadr WM, **Mayer KH**. "Acceptability of Tenofovir Gel as a Vaginal Microbicide Among Women in a Phase I Trial: A Mixed-Method Study." <u>Journal of Women's Health.</u> 2008. Apr;17(3):383-92 PMID: 18328009

301. Quach LB, Wanke CA, Schmid CH, Gorbach SL, Mwamburi MD, **Mayer K**H, Spiegelman D, Tang AM. "Drug Use and Other Risk Factors Related to Lower Body Mass Index among HIV-infected Individuals." <u>Drug and Alcohol Dependence</u>. 2008. 95:30-36. PMID: 18243579 PMCID: PMC3837518

302. Jennings JM, Louis TA, Ellen LM, Srikrishnan AK, Sivaram S, **Mayer K**, Solomon S, Kelly R, Celentano DD. "Geographic Prevalence and Multilevel Determination of Community-level Factors Associated with Herpes Simplex Virus Type 2 Infection in Chennai, India." <u>American Journal of Epidemiology</u>. 2008. 167:1495-1503. PMID: 18388348

303. Mimiaga MJ, Fair AD, **Mayer KH**, Koenen K, Gortmaker S, Tetu AM, Hobson J, Safren SA. "Experiences and sexual behaviors of HIV-infected MSM who acquired HIV in the context of crystal methamphetamine use." <u>AIDS Education and Prevention</u>. 2008. 20(1):30-41. PMID: 18312065

304. Kumarasamy N, Venkatesh KK, Cecelia AJ, Devaleenal B, Lai AR, Saghayam S, Balakrishnan P, Yepthomi T, Poongulali S, Flanigan TP, Solomon S, **Mayer KH**. "Spectrum of Adverse Events Following Generic HAART in Southern Indian HIV-Infected Patients." <u>AIDS Patient Care and STDs</u>. 2008. 22(4):337-344.

305. Exner TM, Correale J, Carballo-Dieguez A, Salomon L, Morrow KM, Dolezal C, **Mayer K**. "Women's Anal Sex Practices: Implications for Formulation and Promotion of a Rectal Microbicide." <u>AIDS Education and Prevention</u>. 2008. 20(2):148-159. PMID: 18433320

306. Mimiaga MJ, **Mayer KH**, Reisner SL, Gonzalez A, Dumas B, VanDerwarker R, Novak DS, Bertrand T. "Asymptomatic Gonorrhea and Chlamydial Infections Detected by Nucleic Acid Amplification Tests Among Boston Area Men Who Have Sex with Men." <u>Sexually Transmitted Diseases</u>. 2008. 35(5):495-498. PMID: 18354345

307. **Mayer KH**, Mimiaga MJ, Cohen D, Grasso C, Bill R, VanDerwarker R, Fisher A. "Tenofovir DF plus Lamivudine or Emtricitabine for Non-Occupational Post-Exposure Prophylaxis (NPEP) in a Boston Community Health Center." Journal of Acquired Immune Deficiency Syndromes. 2008. 47(4):494-499 PMID: 18176318

308. Merchant RC, Phillips BZ, DeLong AK, **Mayer KH**, and Becker BM. "Disparities in the provision of sexually transmitted disease and pregnancy testing and prophylaxis for sexually assaulted women in Rhode Island emergency departments." Journal of Women's Health. 2008. 17(4):619-629. PMID: 18346000 PMCID: PMC3180868

309. Blackard JT, Welles SL, Ackerman A, Kalia N, Cohen DE, **Mayer KH**. "Immunological Rebound after Initiation of Highly Active Antiretroviral Therapy in Treatment-Naïve Patients." AIDS Research and Human Retroviruses. 2008. 24(3):499-504. PMID: 18373435

310. Mimiaga MJ, Fair, AD, Tetu AM, Novak DS, VanDerwarker R, Bertrand T, Adelson S, **Mayer KH**. "Acceptability of an Internet-Based Partner Notification System for Sexually Transmitted Infection Exposure among Men Who Have Sex with Men." American Journal of Public Health. 2008. 98(6):1009-1011. PMID: 17901442 PMCID: PMC2377295

311. **Mayer KH**, Bradford JB, Makadon HJ, Stall R, Goldhammer H, Landers S. "Sexual and Gender Minority Health: What We Know and What Needs to be Done." American Journal of Public Health. 2008. 98(6):989-995. PMID: 18445789 PMCID: PMC2377288

312. Merchant RC, Kelly ET, **Mayer KH,** Becker BM, Duffy SJ, Pugatch DL. "Compliance in Rhode Island Emergency Departments with American Academy of Pediatrics Recommendations for Adolescent Sexual Assaults." Pediatrics. 2008. 121:e1660-e1667. PMID: 18519469 PMCID: PMC3180872

313. Fichorova RN, Richardson-Harman N, Alfano M, Belec L, Carbonneil C, Chen S, Cosentino L, Curtis K, Dezzutti CS, Donoval B, Doncel GF, Donaghay M, Grivel J, Guzman E, Hayes M, Herold B, Hillier S, Lackman-Smith C, Landay A, Margolis L, **Mayer KH**, Pasicznyk J, Pallansch-Cokonis M, Poli G, Reicheldefer P, Roberts P, Rodriguez I, Saidi H, Sassi RR, Shattock R, Cummings, Jr JE. "Biological and Technical Variables Affecting Immuno-assay Recovery of Cytokines from Human Serum and Simulated Vaginal Fluid: A Multicenter Study." Analytical Chemestry. 2008. 80:4741-4751. PMID: 18484740 PMCID: PMC2646866

314. Raja S, Teti M, Knauz R, Echenique M, Capistrant B, Rubinstein S, Allgood K, Gold M. **Mayer KH**, Illa L, Lloyd L, Glick N. "Implementing Peer-Based Interventions in Clinic-Based Settings: Lessons from a Multi-Site HIV Prevention with Positives Initiative." Journal of HIV/AIDS & Social Services. 2008. 7(1):2-26

315. Merchant RC, Nettleton JE, **Mayer KH**, Becker BM. "Emergency Department Visits for Blood and Body Fluid Exposures and HIV Post-Exposure Prophylaxis Utilization among Rhode Island Police and Corrections Officers." Occupational Medicine. 2008. Oct; 58(7):502-5. PMID: 18628246 PMCID: PMC2564986

316. Peipert JF, Redding CA, Blume JD, Allsworth JE, Matteson KA, Lozowski F, **Mayer KH**, Marokoff PH, Rossi JS. "Tailored Intervention to Increase Dual-contraceptive Method Use: A Randomized Trial to Reduce Unintended Pregnancies and Sexually Transmitted Infections." Americal Journal of Obstetrics and Gynecology. 2008. 198(6):630.e1-630.e8. PMID: 18395692 PMCID: PMC2535847

317. Swaminathan S, Subbaraman R, Venkatesan P, Subramanyan S, Kumar R, **Mayer KH**, Narayanan PR. "Tuberculin skin test results in HIV-infected patients in India: Implications for latent tuberculosis treatment." International Journal of Tuberculosis and Lung Disease. 2008. 12(2):168-73. PMID: 18230249

318. Mimiaga MJ, Skeer M, **Mayer KH**, Safren SA. "Study Participation as a Social Group Influencing Sexual Behaviors in an HIV-prevention Trial for Men Who Have Sex with Men." AIDS Care. 2008. 20(3):346-355. PMID: 18351483

319. Kumarasamy N, Balakrishnan P, Venkatesh KK, Srikrishnan ADK, Cecelia AJ, Thamburaj E, Solomon S, **Mayer KH**. "Prevanance and Incidence of Sexually Transmitted Infections among South Indians at Increased Risk of HIV Infection." AIDS Patient Care and STDs. 2008. 22(8):677-682. PMID: 18627276  PMCID: PMC2929150

320. Carballo-Diéguez A, Dolezal C, Bauermeister J, Ventuneac A, O'Brien W, **Mayer K**. "Preference for Gel over Suppository as Delivery Vehicle for a Rectal Microbicide: Results of a Randomized, Crossover Acceptability Trial among Men who Have Sex with Men." Sexually Transmitted Infections. 2008. 84(6):483-487. PMID: 19028952 PMCID: PMC2669432

321. Merchant RC, Chee KJ, Liu T, **Mayer KH**. "Incidence of visits for health care worker blood or body fluid exposures and HIV postexposure prophylaxis provision at Rhode Island emergency departments". J Acquir Immune Defic Syndr. 2008. Mar 1;47(3):358-68. PMID: 18176321

322. Srikrishnan AK, Venkatesh KK, Solomon S, Thamburaj E, Anand S, Kosalaraman KG, Balakrishnan PJ, **Mayer KH**. "Expansion of HIV Laboratory Diagnostic Services in Chennai, India 2001-2006: Is the Growth Commensurate with the Need?" PloS ONE. 2008. 3(10) e3471. PMID: 18941613 PMCID: PMC2565796

323. Anderson BL, Wang C-C, DeLong AK, Liu T, Kojic EM, Kupewski J, Ingersoll J, **Mayer K**, Caliendo AM, Cu-Uvin S. "Genital Tract Leukocytes and Shedding of Genital HIV Type 1 RNA." Clinical Infectious Diseases. 2008. 47(9):1216-21. PMID: 18808359 PMCID: PMC2714169

**Kenneth H. Mayer, M.D.**                                                                146

324. Merchant RC, Clark MA, **Mayer KH**, Seage GR III, DeGruttola VG, and Becker BM. "Video as an effective method of delivering pre-test information for rapid HIV testing." Academic Emergency Medicine. 16:1-11, 2008.

325. Sok, P, Harwell JI, Dansereau LM, McGarvey ST, Lurie M, **Mayer KN**. "Patterns of Sexual Behaviors of Male Patients Prior to Testing HIV+ in a Cambodian Hospital, Phnom Penh." Sexual Health. 5(4):353-8, 2008. PMCID 2853752.

326. Solomon S, Srikrishnan AK, Venkatesh K, **Mayer KH**. "Challenges of Expansion of VCT in India." Sexual Health. 5(4):371-2, 2008. PMID: 19061559

327. Mimiaga MJ, Reisner SL, Tinsley JP, **Mayer KH**, Safren SA. "Street Workers and Internet Escorts: Contextual and Psychosocial Factors Surrounding HIV Risk Behavior among Men Who Engage in Sex Work with Other Men." Journal of Urban Health. 2009 Jan; 86(1):54-66. PMID:18780186 PMCID:PMC2629521

328. Reisner SL, Mimiaga MJ, Case P, Johnson CV, Safren SA, **Mayer KH**. "Predictors of identifying as a barebacker among high risk New England HIV seronegative men who have sex with men." Journal of Urban Health. 2009. Mar;86(2):250-62. PMID: 19051039 PIDMC: PMC2648880

329. Schneider JA, Dude A, Dinaker M, Kumar V, Laumann EO, Holloway-Beth A, Oruganti G, Saluja GS, Chundi V, Yeldandi V, **Mayer KH**. "General Hygiene, Sexual Risk Behavior and HIV Prevalence in Truck Drivers from Andhra Pradesh, South India: Implications for Prevention Interventions." International Journal of STD & AIDS. 20:39-45, 2009. PMID: 19103892

330. Mimiaga MJ, Reisner SL, Tetu AM, Cranston K, Bertrand T, Novak DS, **Mayer KH**. "Psychosocial and Behavioral Predictors of Partner Notification after STI and HIV Exposure and Infection among MSM." AIDS and Behavior. 2009. Aug; 13(4):738-45. PMID: 18636324

331. Merchant RC, Clark MA, Langan TJ, Seage GR, Mayer KH, DeGruttola VG. "Effectiveness of increasing emergency department patients' self-perceived risk for being human immunodeficiency virus (HIV) infected through audio computer self-interview-based feedback about reported HIV risk behaviors." Acad Emerg Med. 2009. Nov; 16(11):1143-55. PMID: 20053235 PMCID: PMC3173950

332. Mimiaga MJ, Case P, Johnson CV, Safren SA, **Mayer KH**. "Preexposure Antiretroviral Prophylaxis Attitudes in High-Risk Boston Area Men Who Report Having Sex with Men: Limited Knowledge and Experience but Potential for Increased Utilization after Education." Journal of Acquired Immune Deficiency Syndromes. 2009. 50(1):77-83. PMID: 19295337 PMCID: PMC2659469

333. Merchant RC, Lau TC, Liu T, **Mayer KH**, Becker BM.  "Adult Sexual Assault Evaluations at Rhode Island Emergency Departments, 1995-2001."  Journal of Urban Health. 2009. Jan; 86(1):43-53. PMID: 18797994 PMCID: PMC2629515

334. Safren SA, O'Cleirigh C, Tan J, Raminani S, Reilly LC, Otto MW, **Mayer KH**.  "A Randomized Controlled Trial of Cognitive Behavioral Therapy for Adherence and Depression (CBT-AD) in HIV-infected Individuals." Health Psychology. 2009. 28(1):1-10. PMID: 24170758 PMCID: PMC3931377

335. Merchant RC, Nettleton JE, **Mayer KH**, Becker BM.  "Blood or Body Fluid Exposures and HIV Postexposure Prophylaxis Utilization among First Responders." Prehospital Emergency Care. 2009. 13:6-13. PMID: 19145518 PMCID: PMC3440874

336. Politch JA, **Mayer KH**, Anderson DJ.  "Depletion of CD4$^+$ Cells in Semen During HIV Infection and their Restoration following Antiretroviral Therapy."  Journal of Acquired Immune Deficiency Syndromes. 2009. 50(3):283-289. PMID: PMCID: PMC2680744

337. Murugavel KG, Balakrishnan P, Mohanakrishnan J, Solomon SS, Shankar EM, Pulimi S, Sundaram M, Kumarasamy N, Piwowar-Manning E, Livant E, **Mayer KH**, Thyagarajan SP, Solomon S.  "Establishment of T-lymphocyte subset reference intervals in a healthy adult population in Chennai, India." Indian Journal of Medical Research. 2009. 129:59-63. PMID: 19287058

338. Johnson CV, Mimiaga MJ, Reisner SL, Tetu AM, Cranston K, Bertrand T, Novak DS, **Mayer KH**. "Health Care Access and Sexually Transmitted Infection Screening Frequency among At-Risk Massachusetts Men who Have Sex with Men.' American Journal of Public Health. 2009. 99(S1):S187-S192. PMID:19218176 PMC2724956

339. Merchant RC, Clark MA, Seage III GR, **Mayer KH**, DeGruttola VG, and Becker BM. "Emergency department patient perceptions and preferences on opt-in rapid HIV screening program components." AIDS Care. 2009. 21(4):490-500. PMID: 19283644 PMCID: PMC3173939

340. Solomon S, Venkatesh KK, Brown L, Verma P, Cecelia AJ, Daly C, Mahendra VS, Chang NY, Kumarasamy N, **Mayer KH**.  "Gender-related Differences in Quality of Life Domains of Persons Living with HIV/AIDS in South India in the Era Prior to Greater Access to Antiretroviral Therapy." AIDS Patient Care and STDs. 2009. 22(12):999-1005. PMID: 19072106

341. Barton S, Fisher M, **Mayer K**.  Panel Discussion, International Journal of STD & AIDS. 2009. 20(Suppl 1):15-16

342. Solomon S, Batavia A, Venkatesh KK, Brown L, Verma P, Cecelia AJ, Daly C, Mahendra VS, Kumarasamy K, **Mayer KH**.  "A Longitudinal Quality of Life Study of

HIV-infected persons in South India:  the case for comprehensive clinical care and support services." <u>AIDS Education and Prevention</u>. 2009. 21(2):104-112. PMID: 19397433

343. Morokoff PJ, Redding CA, Harolw LL, Cho S, Rossi JS, Meier KS, **Mayer KH**, Koblin B, Brown-Peterside P. "Associations of Sexual Victimization, Depression, and Sexual Assertiveness with Unprotected Sex: A Test of the Multifaceted Model of HIV Risk Across Gender." <u>Journal of Applied Biobehavioral Research</u>. 2009. 14(1):30-54. PMID: 25018617 PMCID: PMC4091996

344. Mimiaga MJ, Reisner SL, Cranston K, Isenberg D, VanDerwarker R, Bega B, **Mayer KH**.  "Sexual Mixing Patters and Partner Characteristics of Black MSM in Massachusetts at Increased Risk for HIV Infection and Transmission." <u>Journal of Urban Health</u>. 2009. 15(2):305-318. PMID: 19466554 PMCID: PMC2704278

345. Saravanan S, Vidya M, Balakrishnan P, Kumarasamy N, Solomon SS, Solomon S, Kantor R, Katzenstein D, Ramratnam B, **Mayer KH**. "Evaluation of Two Human Immunodeficiency Virus-1 Genotyping Systems: ViroSeq™ 2.0 and an In-house Method." <u>Journal of Virological Methods</u>. 2009.  159:211-216. PMID: 19490976 PMCID: PMC2923210

346. Chin-Hong PV, Husnik M, Cranston RD, Colfax G, Buckbinder S, DaCosta M, Darragh T, Jones D, Judson F, Koblin B, **Mayer KH**, Palefsky JM. "Anal Human Papillomavirus Infection is Associated with HIV Acquisition in Men Who Have Sex with Men: the EXPLORE Study." <u>AIDS</u>. 2009. 23:11-35-1142. PMID: 19390418

347. Dubrow R, Sikkema KJ, **Mayer KH**, Bruce RD, Julian P, Rodriguez I, Beckwith C, Roome A, Dunne D, Boeving A, Kidder TJ, Jenkins H. Dobson M, Becker J, Merson MH. "Diagnosis of Acute HIV Infection in Connecticut." <u>Connecticut Medicine</u>. 2009. 73(6):325-331. PMID: 19637661 PMCID: PMC3072267

348. Remien RH, Higgins JA, Correale J, Bauermeister J, Dubrow R, Bradley M, Steward WY, Seal DW, Sikkema KJ, Kerndt PR, **Mayer KH**, Troung HM, Casey CY Ehrhardt AA, Morin SF. "Lack of Understanding of Acute HIV Infection among Newly-Infected Persons – Implications for Prevention and Public Health. The NIMH Multisite Acute HIV Infection Study: II." <u>AIDS and Behavior</u>.  2009. Dec; 13(6):1046-53. PMID:19533323 PMCID:PMC2787764

349. Kumarasamy N, Madhavan V, Venkatesh KK, Saravanan S, Kantor R, Balakrishnan P, Devaleenal D, Poongulali S, Yepthomi T, Solomon S, **Mayer KH**, Bonson C, Schooley R. "High Frequency of Clinically Significant Mutations after First-Line Generic Highly Active Antiretroviral Therapy Failure: Implications for Second-Line Options in Resource-Limited Settings." <u>Clinical Infectious Diseases</u>. 2009. 49:306-9. PMID: 19522657

350. MacLachlan E, **Mayer K**, Barnabas R, Sanchez J, Koblin B, Duerr A. "The Potential Role of Biomarkers in HIV Preventive Vaccine Trials: A Critical Review." Journal of AIDS. 2009 Aug 15;51(5):536-545. PMID: 19512938

351. Dude A, Oruganti G, Kumar V, **Mayer KH**, Yeldandi V, Schneider JA. "HIV Infection, Genital Symptoms and Sexual Risk Behavior among Indian Truck Drivers from a Large Transportation Company in South India." Journal of Global Infectious Diseases. 2009. 1(1):21-28. PMID: 20300382 PMCID: PMC2840939

352. Merchant RC, Clark MA, Seage III GR, Mayer KH, DeGruttola VG, and Becker BM. "Emergency department patient perceptions and preferences on opt-in rapid HIV screening program components." AIDS Care. 2009. 21(4):490-500. PMID: 19283644 PMCID: PMC3173939

353. Reisner SL, Mimiaga MJ, Skeer M, Bright D, Cranston K, Isenberg D, Bland S, Barker TA, **Mayer KH**. "Clinically Significant Depressive Symptoms as a Risk Factor for HIV Infection among Black MSM in Massachusetts." AIDS and Behavior. 2009. 13(4):798-810. PMID: 19462228 PMCID: PMC3947411

354. Beckwith CG, Cornwall AH, Dubrow R, Chapin K, Ducharme R, Rodriguez I, Velasquez L, Merson MH, Sikkema KJ, **Mayer K**. "Identifying Acute HIV Infection in Rhode Island." Medicine & Health/Rhode Island. 2009. 92(7):231-233. PMID: 19685637 PMCID: PMC3071510

355. Mimiaga MJ, Helms DJ, Reisner SL, Grasso C, Bertrand T, Mosure DJ, Weinstock H, McLean C, **Mayer KH**. "Gonococcal, Chlamydia, and Syphilis Infection Positivity among MSM Attending a Large Primary Care Clinic, Boston, 2003 to 2004." Sexually Transmitted Diseases. 2009. 36(8):507-511. PMID: 19455081

356. **Mayer KH**. "Experience in the USA". International Journal of STD & AIDS. 2009. 20 (Suppl 1):2-6.

357. Thomas B, Mimiaga MJ, Menon S, Chandrasekaran V, Murugesan P, Swaminathan S, **Mayer KH**, Safren SA. "Unseen and Unheard: Predictors of Sexual Risk Behavior and HIV Infection among Men Who Have Sex with Men in Chennai, India." AIDS Education and Prevention. 2009. 21(4): 372-383. PMID: 19670971  PMCID: PMC3623672

358. Mimiaga MJ, Reisner SL, Tetu AM, Bonafide KE, Cranston K, Bertrand T, Novak DS, **Mayer KH**. "Partner Notification after STD and HIV Exposures and Infections: Knowledge, Attitudes, and Experiences of Massachusetts Men Who Have Sex with Men." Public Health Reports. 2009. 124(1):111-119.  PMID: 19413033 PMCID: PMC2602936

359. Kelly JA, Morin SF, Remien RH, Steward WT, Higgins JA, Seal DW, Durbrow R, Atkinson JH, Kerndt PR, Pinkerton SD, **Mayer K**, Sikkema KJ. "Lessons Learned

about Behavioral Science and Acute/Early HIV Infection. The NIMH Multisite Acute HIV Infection Study: V." <u>AIDS Behavior</u>. 2009. 13 (6):1068-1074. PMID: 19504179 PMCID: PMC2787956

360. Mimiaga MJ, Noonan E, Donnell D. Safren SA, Koenen K, Gortmarket S, O'Cleirigh C, Chesney MA, Coates TJ, Koblin BA, **Mayer KH**.  "Childhood Sexual Abuse is Highly Associated with HIV Risk Taking Behavior and Infection among MSM in the EXPLORE Study."  <u>Journal of AIDS</u>. 2009. 51(3):340-8. PMID: 19367173  PMCID: PMC3292283

361. Kumarasamy N, Venkatesh KK, Srikrishnan AK, Prasad L, Balakrishnan P, Thamburaj JE, Sharma J. Solomon S, **Mayer K**. "Risk Factors for HIV Transmission among Heterosexual Discordant Couples in South India." <u>HIV Medicine</u>. 2009. Mar;11(3):178-86. PMID: 19780862

362. Reisner SL, Mimiaga MJ, Safaren SA, **Mayer KH**. "Stressful or Traumatic Life Events, Post-traumatic Stress Disorder (PTSD) Symptoms, and HIV Sexual Risk Taking among Men Who Have Sex with Men." <u>AIDS Care</u>. 2009. 21 (12):1481-1489. PMID: 19328734

363. Kumarasamy N, Venkatesh KK, Devaleenol B, Saghayam S, Manohar D, Poongulali S, Yepthomi T, Ambrose P, Solomon S, **Mayer KH**. "Safe Substitution to Zidovudine among HIV-infected Patients Initiated on Stavudine-containing Highly Active Antiretroviral Therapy from a Resource-limited Setting." <u>International Journal of Infectious Diseases</u>. 2009. 13:e360-e364.

364. Merchant RC, Clark MA, Langan TJ, Seage III GR, **Mayer KH**, DeGruttola VC. "Effectiveness of Increasing Emergency Department Patients' Self-perceived Risk for Being HIV Infected Through Audio-computer Self-interview (ACASI)-based Feedback about Reported HIV Risk Behaviors." <u>Academic Emergency Medicine</u>. 2009. 16:1143-55. PMID: 20053235 PMCID: PMC3173950

365. O'Cleirigh C, Skeer M, **Mayer KH**, Safren SA. "Functional Impairment and Health Care Utilization among HIV-infected Men Who Have Sex with Men: The Relationship with Depression and Post-Traumatic Stress." <u>Journal of Behavioral Medicine</u>. 2009. 32:466-477. PMID: 19526337 PMCID: PMC3677536

366. Dryer P, Limketkai B, Martin C, Ma K, Sherman K, Taylor L, **Mayer K**, Jamieson D, Blackard J.  "Screening for Hepatitis C Virus Non-nucleotide Resistance Mutations in Treatment Naïve Women." <u>J Antimicrob Chemother.</u> 2009. 64:945-948. PMID: 19767319 PMCID: PMC2766823

367. Mimiaga MJ, Reisner SL, Bland S, Skeer M, Cranston K, Isenberg D, Vega BA, **Mayer KH**. "Health System and Personal Barriers Resulting in Decreased Utilization of HIV and STD Testing Services among At-Risk Black Men Who Have Sex with

Men in Massachusetts." <u>AIDS Patient Care and STDs</u>. 2009. 23(10):825-835. PMID: 19803696 PMCID: PMC2859760

368. Brennan DJ, Wells SL, Miner MH, Ross MW, **Mayer KH**, Simon Rosser BR, and The Positive Connections Team. "Development of a Treatment Optimism Scale for HIV-positive Gay and Bisexual Men." <u>AIDS Care</u>. 2009. 21(9):1090-1097. PMID: 20024767 PMCID: PMC3698947

369. Kumar SR, Swaminathan S, Flanigan T, **Mayer KH**, Miaura R. "HIV & Smoking in India." <u>Indian Journal of Medical Research</u>. 2009. 130(1):15-22. PMID: 19700796

370. Thomas B, Mimiaga MJ, **Mayer KH**, Johnson CV, Menon S, Chandrasekaran V, Murugesan P, Swaminathan S, Safren SA. "HIV Prevention Interventions in Chennai, India: Are Men Who Have Sex with Men Being Reached?" <u>AIDS Patient Care STDs</u>. 2009. 23(11):981-986. PMID: 19821722 PMCID: PMC2859779

371. Ghosh M, Shen Z, Fahey JV, Cu-Uvin S, **Mayer K**, Wira CR. "Trappin-2/Elafin: a novel innate anti-human immunodeficiency virus-1 molecule of the human female reproductive tract." <u>Immunology</u>. 2009, 129:207-219. PMID: 19824918 PMCID: PMC2814463

372. Vidya M, Saravanan S, Uma S, Kumarasamy N, Solomon SS, Kantor R, Katzenstein D, Ramratnam B, **Mayer KH**, Solomon S, Balakrishnan P. "Genotypic HIV Type-1 Drug Resistance among Patients with Immunological Failure to First-line Antiretroviral Therapy in South India." <u>Antiviral Therapy</u>. 2009. 14(7):1005-9. PMID: 19918105 PMCID: PMC3816397

373. Reisner SL, Mimiaga MJ, Skeer M, **Mayer KH**. "Beyond anal sex: sexual practices associated with HIV risk reduction among men who have sex with men in Boston, Massachusetts". <u>AIDS Patient Care STDS</u>. 2009. Jul;23(7):545-50. PMID:19534602 PMCID:PMC2856496

374. Taylor LE, **Mayer KH**. "Acute Hepatitis C Virus Infection in an HIV Clinic and in Community Settings". <u>Gastroenterology</u>. 2009. June; 136(7): 2411-2. PMID: 19409986

375. Salomon EA, Mimiaga MJ, Husnik MJ, Welles SL, Manseau MW, Montenegro AB, Safren SA, Koblin BA, Chesney MA, **Mayer KH**. "Depressive symptoms, utilization of mental health care, substance use and sexual risk among young men who have sex with men in EXPLORE: implications for age-specific interventions." <u>AIDS Behav</u>. 2009. Aug;13(4):811-21. PMID: 18709453 PMCID: PMC2718068

376. Kemdt PR, Dubrow R, Aynalem G, **Mayer KH,** Beckwith C, Remien RH, Truong HH, Uniyal A. Chien M, Brooks RA, Vigil OR, Steward WT, Merson M, Rotheram-Borus MJ, Morin SF. "Strategies Used in the Detection of Acute/Early HIV Infections.

The NIMH Multisite Acute HIV Infection Study: I." <u>AIDS and Behavior</u>. 2009, 13(6):1037-1045. PMID: 19495954 PMCID: PMC2785898

377. Subbaraman R, Devaleenal B, Selvamuthu P, Yepthomi T, Solomon SS, **Mayer KH**, Kumarasamy N. "Factors Associated with Anemia in HIV-infected Individuals in Southern India." <u>International Journal of STD & AIDS</u>. 2009, 20(7): 489-92. PMID: 19541892

378. Safren SA, Thomas BE, Mimiaga MJ, Chandrasekaran V, Menon S, Swaminathan S, **Mayer KH**. "Depressive symptoms and human immunodeficiency virus risk behavior among men who have sex with men in Chennai, India." <u>Psychol Health Med.</u> 2009. Dec;14(6):705-15. PMID:20183543 PMCID:PMC3640638

379. Reisner SL, Mimiaga MJ, Bland S, **Mayer KH**. "HIV Risk and Social Networks among Transgender Sex Workers." <u>Journal of the Association of Nurses in AIDS Care</u>. 2009. 20(5):373-86.

380. Kiene SM, Bateganya M, Wanyenze R, Lule H, **Mayer K**, Stein M. "Provider-initiated HIV testing in health care settings: should it include client-centered counselling?" <u>SAHARA J.</u> 2009. Nov; 6(3):115-9. PMID: 20485851 PMCID: PMC3800141

381. Reisner SL, Mimiaga MJ, Case P, Grasso C, O'Brien CT, Harigopal P, Skeer M, **Mayer KH**. "Sexually Transmitted Disease (STD) Diagnoses and Mental Health Disparities Among Women Who Have Sex with Women Screened at an Urban Community Health Center, Boston, MA, 2007." <u>Sexually Transmitted Diseases</u>. 2010. 37(1):5-12. PMID: 20118673 PMCID: PMC2818209

382. Merchant RC, Freelove SM, Langan IV TJ, Clark MA, **Mayer KH**, Seage III GR, and DeGruttola VG. "The relationship of reported HIV risk and history of HIV testing among emergency department patients." <u>Postgraduate Medicine</u>. 2010. 122(1):61-74. PMID: 20107290 PMCID: PMC3172990

383. Kumta S, Lurie M, Weitzen S, Jerajani H, Gogate A, Row-kavi A, Anand V, Makadon H, **Mayer, KH**. "Bisexuality, Sexual Risk Taking, and HIV Prevalence among Men Who Have Sex with Men Accessing Voluntary Counseling and Testing Services in Mumbai, India." <u>JAIDS</u>. 2010. 53(2):227-233. PMID:19934765 PMCID:PMC2844633

384. Mimiaga MJ, Reisner SL, Goldhammer H. Tetu AM, Belanoff C, **Mayer KH**. "Sources of HIV and sexually transmitted disease information and responses to prevention messages among Massachusetts men who have sex with men." <u>American Journal of Health Promotion</u>. 2010. 24(3) 170-177. PMID: 20073382

385. **Mayer K**, O'Cleirigh C, Skeer M, Covahey C, Leidolf E, Vanderwarker R, Safren S. "Which HIV-infected men who have sex with men in care are engaging in risky sex

and acquiring sexually transmitted infections: Findings from a Boston community health center." Sexually Transmitted Infections. 2010. 86(1):66-70. PMID: 19720603 PMCID: PMC3651587

386.  Lazaryan A, Song W, Lobashevsky E, Tang J, Shrestha S, Zhang K, Gardner LI, McNicholl JM, Wilson CM, Klein RS, Rompalo A, **Mayer K**, Sovel J. Kaslow RA. "HIV Epidemiology Research Study; Reaching for Excellence in Adolescent Care and Health Study. Human Leukocyte Antigen Class I Supertypes and HIV-1 Control in African Americans." Journal of Virology. 2010. 84(5):2610-7. PMID: 20032191 PMCID: PMC2820922

387.  El-Sadr WM, **Mayer KH,** Hodder SL. "AIDS in America—Forgotten but Not Gone." New England Journal of Medicine. 2010. 362:967-970. PMID: 20147707

388.  Carballo-Diéguez A, Bauermeister J, Ventuneac A, Dolezal C, **Mayer K**. "Why Rectal Douches May Be Acceptable Rectal-Mircrobicide Delivery Vehicles for MSM." Sexually Transmitted Diseases. 2010, 37(4):228-233. PMID: 19959973  PMCID: PMC2891180

389.  Vermund SH, Hodder SL, Justman JE, Koblin BA, Mastro TD, **Mayer KH**, Wheeler DP, El-Sadr WM. "Addressing research priorities for prevention of HIV infection in the United States." Clin Infect Dis. 2010, 50 Suppl 3:S149-55.  PMID: 20397942 PMCID: PMC2862583

390.  Kumarasamy N, Venkatesh KK, Srikrishnan AK, Prasad L, Balakrishnan P, Murugavel KG, Thamburaj E, Solomon S, **Mayer KH**.  "Couples at Risk for HIV Infection in Southern India: characteristics of HIV-infected patients in concordant and discordant heterosexual relationships.' International Journal of STD & AIDS. 2010, 21(2):96-100. PMID: 20089993

391.  Ghosh M, Fahey JV, Shen Z, Lahey T, Cu-Uvin S, **Mayer K**, Wira CR. "HIV Neutralizing Activity in Cervical-vaginal Secretions Correlates with Innate Antimicrobial Factors and Disease Progression: Abstract T20." American Journal of Reproductive Immunology. 2010, 63 Suppl. 1:26-27.

392.  Reisner SL, Mimiaga MJ, Johnson CV, Bland S, Case P, Safren SA, **Mayer KH**. "What Makes a Respondent-driven Sampling "seed" productive? Example of finding at-risk Massachusetts men who have sex with men." Journal of Urban Health. 2010, 87(3):467-79.  PMID: 20354911 PMCID: PMC2871093

393.  **Mayer KH**, Dukes Hamilton C. "Synergistic Pandemics: Confronting the Global HIV and Tuberculosis Epidemics." Clin Infec Dis. 2010, 15:50 Suppl 3:S149-55. PMID: 20397958

394. Venkatesh K, Lurie M, **Mayer K**. "How HIV Treatment Could Result in Effective Prevention." <u>Future Virology</u>. 2010, 5(4):405-415. PMID: 20814447 PMCID: PMC2929800

395. Schneider J, Dandona R, Pasupneti S, Lakshmi V, Lioa C, Yeldandi V, **Mayer KH**. "Initial Commitment to Pre-exposure Prophylaxis and Circumcision of HIV prevention amongst Indian Truck Drivers." <u>PLoS ONE</u>. 2010. 5(7):e11922. PMID: 20689602 PMCID: PMC2912853

396. Solomon SS, Srikrishnan AK, Sifakis F, Mehta SH, Vasudevan CK, Balakrishnan P, **Mayer KH**, Solomon S, Celentano DD. "The Emerging HIV Epidemic among Men Who Have Sex with Men in Tamil Nadu, India: Geographic diffusion and bisexual concurrency." <u>AIDS and Behavior</u>. 2010. 14:1001-1010. PMID: 20467890

397. Underhill K, Operario D, Skeer M, Mimiaga M, **Mayer KH**. "Packaging PrEP to Prevent HIV: An Integrated Framework to Plan for Pre-Exposure Prophylaxis Implementation in Clinical Practice." <u>Journal of Acquired Immune Deficiency Syndromes</u>. 2010. 55(1):8-13. PMID: 21423876 PMCID: PMC3058525

398. Shanmugasundaram U, Solomon S, Kumarasamy N, Solomon SS, **Mayer K**, Balakrishnan. "Short communication: Nucleotide Variations and Positively Selected Sites in HIV-1 Reverse Transcriptase among Heterosexual Transmission Pairs." <u>AIDS Research and Human Retroviruses</u>. 2010. 26(8):895-899. PMID: 20672974

399. Driskell JR, O'Cleirigh C, Cohavey C, Ripton J, **Mayer KH**, Perry D, Salomon E, Safren S. "Building Program Acceptability: Perceptions of Gay and Bisexual Men to Peer or Prevention Case Manager Relationships in Secondary HIV Prevention Counseling." <u>Journal of Gay and Lesbian Social Services</u>. 2010. 22(3):269-286. PMID: 23710120 PMCID: PMC3660956

400. Golub E, Morrow K, **Mayer K**, Koblin B, Brown-Peterside P, Husnik M, Netzger, D. "Three City Feasibility Study of a Body Empowerment, HIV Prevention Intervention Among Women with Drug-Use Histories: Women FIT". <u>Journal of Women's Health</u> 2010. Sep;19(9):1705-13. PMID:20662629  PMCID:PMC2953934

401. Underhill K, Operario D, Mimiaga MJ, Skeer MR, **Mayer KH**. "Implementation Science of Pre-exposure Prophylaxis: Preparing for Public Use." <u>Current HIV/AIDS Reports</u>. 2010. 7(4):210-219. PMID: 20820971 PMCID: PMC3012127

402. Anderson DJ, Politch JA, Nadolski AM, Blaskewica CD, Pudnery J, **Mayer KH**. "Targeting Trojan Horse Leukocytes for HIV Prevention." <u>AIDS</u>. 2010, 24(5):163-87. PMID: 20010071  PMCID: PMC4097178

403. Uhler LM, Kumarasamy N, **Mayer KH**, Saxena A, Losina E, Muniyandi M, Stoler AW, Lu Z, Walensky RP, Flanigan TP, Bender MA, Freedberg KA, Swaminathan S, for the CEPAC International Investigators. "Cost-Effectiveness of HIV Testing

Referral Strategies among Tuberculosis Patients in India." <u>PLoS ONE</u>. 2010. 5(9)e12747. PMID: 20862279 PMCID: PMC2940842

404. **Mayer KH**, Venkatesh KK. "Antiretroviral Therapy for HIV Prevention: Current Status and Future Prospects." <u>American Journal of Public Health</u>. 2010. 100(10):1867-76. PMID: 21406981 PMCID: PMC3075435

405. Mimiaga MJ, Reisner SL, Bland S, Cranston K, Isenberg D, Driscoll MA, VanDerwarker R, **Mayer KH**. "It's a quick way to get what you want": A formative exploration of HIV risk among urban Massachusetts men who have sex with men who attend sex parties." <u>AIDS Patient Care and STDs</u>. 2010. 24(10):659-74. PMID: 20846008

406. **Mayer KH**, Skeer M, Mimiaga MJ. "Biomedical Approaches to HIV Prevention." <u>Alcohol Research and Health</u> 2010. 33(3):195-202.

407. Shanmugasundram U, Solomon S, Madhaven V, Kailapuri MG, Nagalingeswaran K, Solomon SS, **Mayer KH**, Pachamuthu B. "Analysis of Selection Pressure and Mutational Pattern of HIV Type 1 Reverse Transcreiptase Region Among Treated and Nontreated Patients." <u>AIDS Research and Human Retroviruses</u> 2010. 26(10):1093-96. PMID: 20849301

408. **Mayer KH**, Venkatesh KK. "Chemoprophylaxis for HIV Prevention: New Opportunities and New Questions." <u>JAIDS</u>. 2010. 55(Supp 2)S122:S127. PMID: 21406981 PMCID: PMC3075435

409. Kumarasamy N, Venkatesh KK, Devaleenol B, Poongulali S, Yephthomi T, Pradeep A, Saghayam S, Flanigan T, **Mayer KH**, Solomon S. "Factors associated with mortality among HIV-infected patients in the era of highly active antiretroviral therapy in southern India." <u>Int J Infect Dis</u>. 2010. Feb;14(2):e127-31. Jul 25 PMID: 19632872

410. Donnell D, Mimiaga MJ, **Mayer K**, Chesney M, Koblin B, Coates T. "Use of non-occupational post-exposure prophylaxis does not lead to an increase in high risk sex behaviors in men who have sex with men participating in the EXPLORE trial." <u>AIDS Behav</u>. 2010 Oct;14(5):1182-9. PMID:20490908 PMC: 2944957

411. Grant RM, Lama JR, Anderson PL, McMahan V, Liu AY, Vargas L, Goicochea P, Caspaia M, Guanira-Carranza JV, Ramirez-Cardich ME, Montoya-Herrera O, Fernandez T, Veloso VG, Buchbinder SP, Charyalertsak S, Schechter M, Bekker L-G, **Mayer KH**, Kallas EG, Amico KR, Mulligan K, Bushman LR, Hance RJ, Ganoza C, Defechereux P, Postle B, Wang F, McConnell JJ, Zheng J-H, Lee J, Rooney JF, Jaffe HS, Martinez AI, Burns DN, Glidden DV, for the iPrEx Study Team. "Preexposure Chemoprophylaxis for HIV Prevention in Men Who Have Sex with Men." <u>New England Journal of Medicine</u>. 2010 Dec 30;363(27):2587-99. PMID: 21091279 PMCID: PMC3079639

412. Mimiaga MJ, Reisner SL, Fontaine YM, Bland SE, Driscoll MA, Isenberg D, Cranston K, Skeer MR, **Mayer KH**. "Walking the line: stimulant use during sex and HIV risk behavior among Black urban MSM." Drug Alcohol Depend. 2010 Jul 1;110(1-2):30-7. PMID: 20334986 PMCID: PMC3947405

413. Bender MA, Kumarasamy N, **Mayer KH**, Wang B, Walensky RP, Flanigan T, Schackman BR, Scott CA, Lu Z, Freedberg KA. "Cost-effectiveness of tenofovir as first-line antiretroviral therapy in India". Clin Infect Dis. 2010 Feb 1;50(3):416-25. PMID: 20043752 PMCID: PMC3225050

414. Batavia AS, Balaji K, Houle E, Parisaboina S, Ganesh AK, **Mayer KH**, Solomon S. "Adherence to antiretroviral therapy in patients participating in a graduated cost recovery program at an HIV care center in South India". AIDS Behav. 2010 Aug;14(4):794-8. PMID: 20052529

415. **Mayer KH**, Venkatesh KK. "Antiretroviral therapy as HIV Prevention: Status and Prospects, "American Journal of Public Health, 2010 Oct;100(10):1867-76. PMID: 20724682 PMCID: PMC2936983

416. El-Sadr WM, **Mayer KH**, Adimora AA. "The HIV epidemic in the United States: a time for action. Introduction. "J Acquir Immune Defic Syndr. 2010 Dec;55 Suppl 2:S63. PMID: 21406988

417. International HIV Controllers Study, Pereya F, **Mayer, KH**, et al. "The Major Genetic Determinants of HIV-1 Control Affect HLA Class I Peptide Presentation." Science. 2010. 330(6010):1551-7. PMID:21051598 PMCID:PMC3235490

418. Venkatesh KK, Srikrishnan AK, **Mayer KH**, Kumarasamy N, Raminani S, Thamburaj E, Prasad L, Triche EW, Solomon S, Safren SA. "Predictors of nonadherence to highly active antiretroviral therapy among HIV-infected South Indians in clinical care: implications for developing adherence interventions in resource-limited settings." AIDS Patient Care STDS. 2010 Dec;24(12):795-803. PMID: 21091232 PMCID: PMC3011993

419. Brennan DJ, Welles SL, Miner MH, Ross MW, Rosser BRS, and The Positive Connections Team (**Mayer KH**). "HIV treatment optimism and unsafe anal intercourse among HIV-positive men who have sex with men: findings from the positive connections study." AIDS Education and Prevention 22(2):126-137, 2010. PMID: 20387983 PMCID: PMC3698964

420. Mimiaga MJ, Reisner SL, Goldhammer H, Tetu AM, Belanoff C, **Mayer KH**."Sources of human immunodeficiency virus and sexually transmitted disease information and responses to prevention messages among Massachusetts men who have sex with men." Am J Health Promot. 2010 Jan-Feb;24(3):170-7. PMID: 20073382

**Kenneth H. Mayer, M.D.**                                                        157

421. Johnson CV, Mimiaga MJ, Reisner SL, Tetu AM, **Mayer KH**. "The Use of Respondent-driven Sampling to Recruit At Risk Minority Men Who Have Sex with Men in Massachusetts. Journal of Gay & Lesbian Social Services. 2010. 22(4):486-494.

422. Reisner SL, Mimiaga MJ, Bland S, Skeer M, Cranston K, Isenberg D, Driscoll M, **Mayer KH**. "Problematic alcohol use and HIV risk among Black men who have sex with men in Massachusetts". AIDS Care. 2010 May;22(5):577-87. PMID: 20336557

423. Blackard JT, Ma G, Limketkai BN, Welge JA, Dryer PD, Martin CM, Hiasa Y, Taylor LE, **Mayer KH**, Jamieson DJ, Sherman KE. "Variability of the polymerase gene (NS5B) in hepatitis C virus-infected women." Journal of Clinical Microbiology. 2010. 48(11):4256-4259. PMID: 20810773 PMCID: PMC3020841

424. Celentano DD, **Mayer KH**, Pequegnat W, Abdala N, Green AM, Handsfield HH, Hartwell TD and National Institute of Mental Health Collaborative HIV/STD Prevention Trial Group. "Prevalence of Sexually Transmitted Diseases and Risk Behaviors from the NIMH Collaborative HIV/STD Prevention Trial." International Journal of Sexual Health. 2010. 22(4) 272-284.

425. Taylor LE, Holubar M, Wu K, Fosch RJ, Wyles DL, David JA, **Maye KH**, Sherman KE, Tashima KT. "Incident Hepatitis C Virus Infection among US HIV-infected Men Enrolled in Clinical Trials." Clinical Infectious Diseases. 2011. 52(6):812-818. PMID: 21282184 PMCID: PMC3106260

426. Safren SA, O'Cleirigh C, Skeer MR, Driskell J, Goshe BM, Covahey C, **Mayer KH**. "Demonstration and evaluation of a peer-delivered, individually-tailored, HIV prevention intervention for HIV-infected MSM in their primary care setting." AIDS Behav. 2011 Jul;15(5):949-58. PMID: 20853023

427. Lazaryan A, Song W, Lobashevsky E, Tang J, Shrestha S, Zhang K, McNicholl JM, Gardner LI, Wilson CM, Klein RS, Rompalo A, **Mayer K**, Sobel J, Kaslow RA; HIV Epidemiology Research Study Group; Reaching for Excellence in Adolescent Care and Health Study Group. "The influence of human leukocyte antigen class I alleles and their population frequencies on human immunodeficiency virus type 1 control among African Americans." Hum Immunol. 2011 Apr;72(4):312-8. PMID: 21262311 PMCID: PMC3778654

428. Kumarasamy N, Venkatesh KK, Devaleenal B, Poongulali S, Yepthomi T, Solomon S, Flanigan TP, **Mayer KH**. "Safety, Tolerability, and Efficacy of Second Line Generic Protease  Inhibitor  Containing HAART after First-line Failure among South Indian  HIV-Infected Patients." J Int Assoc Physicians AIDS Care (Chic). 2011 Mar-Apr;10(2):71-5. PMID: 21266320 PMCID: PMC3128549

429. Blashill AJ, O'Cleirigh C, Safren S, **Mayer KH**. "The Moderating Role of BMI on the Relationship between Depression and Transmission Risk Behaviors among HIV-

infected MSM: B-060." <u>Annals of Behavioral Medicine</u>. 2011. 41(1) Supplement:s94, Abstract B-060.

430. Rosenberger JG, Reece M, Novak DS, **Mayer KH**. "The Internet as a valuable tool for promoting a new framework for sexual health among gay men and other men who have sex with men." <u>AIDS Behav.</u> 2011 Apr;15 Suppl 1:S88-90. PMID: 21331800

431. Detels R, Green AM, Klausner JD, Katzenstein D, Gaydos C, Handsfield HH, Pequegnat W, **Mayer K**, Hartwell TD, Quinn TC. "The Incidence and Correlates of Symptomatic and Asymptomatic C. Trachomatis and N. Gonorrhoeae Infections in Selected Populations in Five Countries." <u>Sexually Transmitted Diseases</u>. 2011. 38(6):503-509. PMID: 22256336 PMCID: PMC3408314

432. Chen JY, Ma Q, Everhard F, Yermilov I, Tian H, **Mayer KH**. "HIV Screening in Commercially Insured Patients Screened or Diagnosed with Sexually Transmitted Diseases or Blood-Borne Pathogens." <u>Sexually Transmitted Diseases</u>. 2011. 38(6):522-527. PMID: 21336232

433. Merchant RC, Clark MA, Langan TJ, **Mayer KH**, Seage GR, DeGruttola VG. "Can Computer-Based Feedback Improve Emergency Department Patient Uptake of Rapid HIV Screening?" <u>Annals of Emergency Medicine</u>. 2011. 58(1)S114-119. PMID: 21684389 PMCID: PMC3205940

434. Venkatesh KK, van der Straten A, **Mayer KH**, Blanchard K, Ramjee G, Lurie MN, Chipato T, Padian NS, de Bruyn G. "African Women Recently Infected with HIV-1 and HSV-2 Have Increased Risk of Acquiring Neisseria Gonorhoeae and Chlamydia Trachomatis in the Methods for Improving Reproductive Health in Africa Trial." <u>Sexually Transmitted Diseases</u> 38(6):562-570), 2011. PMID: 21278624

435. Hemmige V, Snyder H, Liao C, **Mayer K**, Lakshmi V, Gandham SR, Orunganti G, Schneider J. "Sex Position, Marital Status, and HIV Risk Among Indian Men Who Have Sex with Men: Clues to Optimizing Prevention Approaches." <u>AIDS Patient Care STDS</u>. 2011 Dec;25(12):725-34.  PMID: 21682588 PMCID: PMC3263302

436. Johnson CV, Mimiaga MJ, Reisner SL, VanDerwarker R, **Mayer KH**. "Barriers and facilitators to routine HIV testing: perceptions from Massachusetts Community Health Center personnel." <u>AIDS Patient Care STDS</u>. 2011 Nov;25(11):647-55. PMID: 22023315

437. Hemmige V, Snyder H, Liao C, **Mayer K**, Lakshmi V, Gandham SR, Orunganti G, Schneider J. "Sex Position, Marital Status, and HIV Risk Among Indian Men Who Have Sex with Men: Clues to Optimizing Prevention Approaches." <u>AIDS Patient Care STDS</u>. 2011 Dec;25(12):725-34.  PMID: 21682588 PMCID: PMC3263302

438. Schoenfisch AL, Dollard SC, Amin M, Gardner LI, Klein RS, **Mayer K**, Rompalo A, Sobel JD, Cannon MJ. "Cytomegalovirus (CMV) Shedding is Highly Correlated with

Markers of Immunosuppression in CMV-seropositive Women". <u>Journal of Medical Microbiology</u> 60:766-774, 2011. PMID: 21393456

439. Sivasubramanian M, Mimiaga MJ, **Mayer KH**, Anand VR, Johnson CV, Prabhugate P, Safren SA. "Suicidality, clinical depression, and anxiety disorders are highly prevalent in men who have sex with men in Mumbai, India: Findings from a community-recruited sample". <u>Psychol Health Med</u>. 2011 Aug;16(4):450-62. PMID: 21749242 PMCID:  PMC3136931 NIHMS273810

440. Nunn A, Dickman S, Cornwall A, Rosengard C, Kwakwa H , Kim D , James G, **Mayer KH**. "Social, structural and behavioral drivers of concurrent partnerships among African American men in Philadelphia". <u>AIDS Care</u>. 2011 23(11):1392-99. PMID:21981345   PMCID:PMC3202040

441. Hendriksen ES, Krishnan AK, Vallabhaneni S, Johnson S, Raminani S, Kumarasamy N, Solomon S, **Mayer K**, Safren SS. "Primary prevention lessons learned from those with HIV in Chennai, India."  <u>Sex Health</u>. 2011 Jun;8(2):199-206. PMID: 21592434 PMCID: PMC3707611

442. Venkatesh KK, Swaminathan S, Andrews JR, **Mayer KH**. "Tuberculosis and HIV Co-Infection Screening and Treatment Strategies". <u>Drugs</u> 2011; 71(9):1133-1152. PMID: 21711060

443. Cohen MS, Chen YQ, McCauley M, Gamble T, Hosseinipour MC, Kumarasamy N, Hakim JG, Kumwenda J, Grinsztejn B, Pilotto J, Godbole SV, Mehendale S, Chariyalertsak S, Santos BR, **Mayer KH**, Hoffman IF, Eshlerman SH, Piwowar-Manning E, Wang L, Makherma J, Mills LA, de Bruyn G, Sanne I, Eron J, Gallant J, Havlir D, Swindells S, Ribaudo H, Elharrar V, Burns D, Taha TE, Nielsen-Saines K, Celentano D, Essex M, Fleming TR. "Prevention of HIV-1 Infection with Early Antiretroviral Therapy" <u>New England Journal of Medicine</u> 365:493-505, 2011. PMID: 21767103  PMCID: PMC3200068

444. Mimiaga MJ, Johnson CV, Reisner SL, VanDerwarker R, **Mayer KM**. "Barriers to Routine Testing Among Massachusetts Community Health Center Personnel". <u>Public Health Reports</u> 2011;126:643-652. PMID: 21886324 PMCID: PMC3151181

445. **Mayer KH**, "Antiretrovirals for HIV Prevention: Translating promise to praxis." <u>Lancet</u> 378(9787):206-8, 2011. PMID: 21763922

446. Solomon S, Morrow K, Srikrishnana AK, Buck J, Chaguturuc S, Rosen R, D'Souza Yepthomia R, **Mayer KH**. "HIV risk behavior and acceptability of microbicides in Chennai, India". <u>Eastern Journal of Medicine</u> 16:160-167, 2011. PMID: 21546849

447. Venkatesh KK, de Bruyn G, **Mayer KH**, Cheng H, Blanchard K, Ramjee G, Chipato T, Triche EW, Padian NS, van der Straten A. "Changes in Sexual Risk Behavior Before and After HIV Seroconversion in Southern African Women Enrolled in a HIV Prevention Trial." <u>JAIDS</u> 57(5):435-441, 2011. PMID 21546849

448. **Mayer K**. "In Appreciation of Elizabeth Taylor". 2011; <u>AIDS Patient Care and STDs</u> 25(12):701. PMID: 22124161

449. Liu AY, Vittinghoff E, Sellmeyer DE, Irvin R, Mulligan K, **Mayer K**, Thompson M, Grant R, Pathak S, O'Hara B, Gvetadze R, Chillag K, Grohskopf, Buchbinder SP. "Bone mineral density in HIV-negative men participating in a Tenofovir pre-exposure prophylaxis randomized clinical trial in San Francisco". 2011; <u>PLoS ONE</u> 6(8). PMID: 21897852 PMCID: PMC3163584

450. Kelley CF, Haaland RE, Patel P, Evans-Strickfaden T, Farshy C, Hanson D, **Mayer K**, Lennox JL, Brooks JT, Hart CE. "HIV-1 RNA rectal shedding is reduced in men with low plasma HIV-1 RNA viral loads and is not enhanced by sexually transmitted bacterial infections of the rectum". 2011; <u>The Journal of Infectious Diseases</u> 204:761-7. PMID: 21844302 PMCID: PMC3156109

451. Venkatesh KK, Srikrishnan AK, Safren SA, Triche EW, Thamburaj E, Prasad L, Lurie MN, Kumar MS, Kumarasamy N, Solomon S, **Mayer KH**. "Sexual risk behaviors among HIV-infected South Indian couples in the HAART era: implications for reproductive health and HIV care delivery". 2011; <u>AIDS Care</u> 23(6):722-33. PMID: 21293990 PMCID: PMC3095699

452. Myers GM, **Mayer KH**. "Oral preexposure anti-HIV prophylaxis for high-risk US populations: Current considerations in light of new findings". 2011; <u>AIDS Patient Care and STDs</u> 25(2):63-71. PMID: 21284497

453. Nunn A, Zaller N, Cornwall A, **Mayer KH**, Moore E, Dickman S, Beckwith C, Kwakwa H. "Low perceived risk and high HIV prevalence among a predominantly African American population participating in Philadelphia's rapid HIV testing program". 2011; <u>AIDS Patient Care and STDs</u> 25(4):229-235. PMID: 21406004 PMCID: PMC3068868

454. Mimiaga MJ, Reisner SL, Bland SE, Driscoll MA, Cranston K, Isenberg D, VanDerwarker R, **Mayer KH**. "Sex parties among urban MSM: An emerging culture and HIV risk environment". 2011; <u>AIDS Behavior</u> 15:305-18. PMID: 20838870

455. **Mayer KH**, Venkatesh KK. "Interactions of HIV, other sexually transmitted diseases, and genital tract inflammation facilitating local pathogen transmission and acquisition". <u>American Journal of Reproductive Immunology</u> 2011; 65:308-16. PMID: 21214660 PMCID: PMC3077541

456. **Mayer KH**, Mimiaga MJ. "Past as prologue: The refractory and evolving HIV epidemic among men who have sex with men". <u>Clinical Infectious Diseases</u> 2011; 52(11):1371-1373. PMID: 21596679

457. **Mayer KH**. "Sexually transmitted diseases in men who have sex with men". <u>Clin Infect Dis</u>. 2011 Dec;53 Suppl 3:S79-83. PMID:22080272

458. Hoots BE, Hudgens MG, Cole SR, King CC, Klein RS, **Mayer KH**, Rompalo AM, Sobel JD, Jamieson DJ, Smith JS. "Lack of association of Herpes Simplex Virus Type 2 seropositivity with the progression of HIV infection in the HERS Cohort". <u>American Journal of Epidemiology</u> 2011; 173(7):837-44. PMID: 21372062  PMCID: PMC3105280

459. Goldhammer H, **Mayer KH**. "Focusing on sexual health promotion to enhance preventive behaviors among gay men and other men who have sex with men: Report from a state-of-the-art conference". <u>AIDS Behavior</u> 2011; 15:S1-S8. PMID: 21350835

460. Venkatesh KK, van der Straten A, Cheng H, Montgomery ET, Lurie MN, Chipato T, Ramjee G, Blanchard K, Padian NS, **Mayer KH**, de Bruyn G. "The relative contribution of viral and bacterial sexually transmitted infections on HIV acquisition in southern African women in the Methods for Improving Reproductive Health in Africa study". <u>International Journal of STD & AIDS</u> 2011; 22:218-24. PMID: 21515755

461. Venkatesh KK, Flanigan TP, **Mayer KH**. "Is expanded HIV treatment preventing new infections? Impact of antiretroviral therapy on sexual risk behaviors in the developing world". <u>AIDS</u>, 2011; 25:1939-49. PMID: 21811137

462. Krakower D, **Mayer KH**. "Promising Prevention Approaches: Tenofovir Gel and Prophylactic Use of Antiretroviral Medications". <u>Current HIV/AIDS Reports</u>, 2011; 8:241-248. PMID: 22002729 PMCID: PMC3240840

463. Mimiaga MJ, Thomas B, **Mayer KH**, Reisner SL, Menon S, Swaminathan S, Periyasamy M, Johnson CV, Safren SA "Alcohol use and HIV sexual risk among MSM in Chennai, India.". <u>Int J STD AIDS</u>. 2011 Mar;22(3):121-5. PMID: 21464447 PMCID: PMC3615984

464. Blackard JT, Welge JA, Taylor LE, **Mayer KH**, Klein RS, Celentano DD, Jamieson DJ, Gardner L, Sherman KE. "HIV mono-infection is associated with FIB-4 – A noninvasive index of liver fibrosis - in women." <u>Clin Infect Dis</u>. 2011 Mar 1;52(5):674-80. PMID: 21248367 PMCID: PMC3106241

465. Taylor LE, DeLong AK, Maynard MA, Chapman S, Gholam P, Blackard JT, Rich J, **Mayer KH**. "Acute Hepatitis C Virus in an HIV Clinic: A Screening Strategy, Risk Factors, and Perception of Risk". 2011; <u>AIDS Patient Care and STDs</u>. 25(10):571-7. PMID: 21859307 PMCID: PMC318365

466. Hatzenbuehler ML, O'Cleirigh C, **Mayer KH**, Mimiaga MJ, Safren SA. "Prospective associations between HIV-related stigma, transmission risk behaviors, and adverse mental health outcomes in men who have sex with men". <u>Ann Behav Med</u>. 2011 Oct;42(2):227-34. PMID: 21533623 PMCID: PMC3651589

**Kenneth H. Mayer, M.D.**                                                                 162

467.  Hatzenbuehler M, O'Cleirigh C, Grasso C, **Mayer K**, Safren S, Bradford J. "Effect of same-sex marriage laws on health care use and expenditures in sexual minority men: A quasi-natural experiment". <u>American Journal of Public Health</u> 2012 Feb;102(2):285-91. PMID: 22390442 PMCID: PMC3484969

468.  Bland SE, Mimiaga MJ, Reisner SL, White JM, Driscoll MA, Isenberg D, Cranston K, **Mayer KH**. "Sentencing risk: history of incarceration and HIV/STD transmission risk behaviours among Black men who have sex with men in Massachusetts". <u>Cult Health Sex</u>. 2011 Dec 8. PMID: 22150578

469.  Eshleman SH, Hudelson SE, Redd AD, Wang L, Debes R, Chen YQ, Martens CA, Ricklefs SM, Selig EJ, Porcella SF, Munshaw S, Ray SC, Piwowar-Manning E, McCauley M, Hosseinipour MC, Kumwenda J, Hakim JG, Chariyalertsak S, de Bruyn G, Grinsztejn B, Kumarasamy N, Makhema J, **Mayer KH**, Pilotto J, Santos BR, Quinn TC, Cohen MS, Hughes JP. "Analysis of Genetic Linkage of HIV From Couples Enrolled in the HIV Prevention Trials Network 052 Trial." 2011 <u>J Infect Dis</u> 204(12):1918-26. PMCID: PMC3209811

470.  **Mayer K**. "The evolving Indian AIDS epidemic: hope & challenges of the fourth decade". <u>Indian J Med Res.</u> 2011 Dec;134(6):739-41. PMID:22310809   PMCID: PMC3284084

471.  Balakrishnan P, Iqbal HS, Shanmugham S, Mohanakrishnan J, Solomon SS, **Mayer KH**, Solomon S. "Low-cost assays for monitoring HIV infected individuals in resource-limited Settings". <u>Indian J Med Res</u>. 2011 Dec;134(6):823-34. PMID: 22310816 PMCID: PMC3284092

472.  Thomas B, Mimiaga MJ, Kumar S, Swaminathan S, Safren SA, **Mayer KH**. "HIV in Indian MSM: reasons for a concentrated epidemic & strategies for prevention". <u>Indian J Med Res</u>. 2011 Dec;134(6):920-9. Review. PMID: 22310824 PMCID: PMC3284100

473.  Blackard J, Ma G, Welge J, Martin C, Sherman K, Taylor L, **Mayer K**, Jamieson D. "Analysis of a non-structural gene reveals evidence of possible Hepatitis C Virus (HCV) compartmentalization". <u>Journal of Medical Virology</u>, 2012; 84:242-252 PMID: 22170544 PMCID: PMC3243959

474.  **Mayer KH**, Bekker LG, Stall R, Grulich AE, Colfax G, Lama JR. "Comprehensive clinical care for men who have sex with men: an integrated approach." <u>Lancet</u>. 2012 Jul 28;380(9839):378-87. PMID:22819653 PMCID: PMC5603076

475.  **Mayer KH**, Bush T, Henry K, Overton ET, Hammer J, Richardson J, Wood K, Conley L, Papp J, Caliendo AM, Patel P, Brooks JT; the SUN Investigators. "Ongoing Sexually Transmitted Disease Acquisition and Risk-Taking Behavior Among US HIV-

Infected Patients in Primary Care: Implications for Prevention Interventions." <u>Sex Transm Dis</u>. 2012 Jan;39(1):1-7. PMID: 22183836 PMCID: PMC3740591

476.  **Mayer KH**, Krakower D. "Antiretroviral Medication and HIV Prevention: New Steps Forward and New Questions". <u>Annals of Internal Medicine</u>. 2012 Feb 21;156(4):312-4. PMID: 22250077 PMCID: PMC3805663

477.  **Mayer KH**, Mimiaga MJ, Gelman M, Grasso C. "Raltegravir, Tenofovir DF, and Emtricitabine for post-exposure prophylaxis to prevent the sexual transmission of HIV: Safety, Tolerability and Adherence". <u>J Acquir Immune Defic Syndr</u>. 2012 Apr 1;59(4):354-9. PMID: 22267017

478.  Venkatesh KK, Saghayam S, Devaleenal B, Poongulali S, Flanigan TP, **Mayer KH**, Kumarasamy N. "Spectrum of malignancies among HIV-infected patients in South India". <u>Indian J Cancer</u>. 2012 Jan;49(1):176-80. PMID: 22842185

479.  Patel P, Bush T, **Mayer KH**, Desai S, Henry K, Overton ET, Conley L, Hammer J, Brooks JT; the SUN Study Investigators. "Prevalence and Risk Factors Associated With Herpes Simplex Virus-2 Infection in a Contemporary Cohort of HIV-Infected Persons in the United States". <u>Sex Transm Dis</u>. 2012 Feb;39(2):154-160. PMID:22249305

480.  Reisner S, Mimiaga M, Bland SE, Driscoll MA, Cranston K, **Mayer KH**. "Pathways to Embodiment of HIV Risk: Black Men Who Have Sex with Transgender Partners, Boston, Massachusetts". <u>AIDS Educ Prev</u>. 2012 Feb;24(1):15-26. PMID: 22339142

481.  Saravanan S, Madhavan V, Solomon SS, Kantor R, Katzenstein D, Sivamalar S, Kumarasamy N, Smith DM, **Mayer KH**, Solomon S, Balakrishnan P. "Reverse transcriptase substitution at codons 208 and 228 among treatment-experienced HIV-1 subtype-C-infected Indian patients is strongly associated with thymidine analogue mutations". <u>J Acquir Immune Defic Syndr</u>. 2012 Feb 1;59(2):e26-7. PMID:22245718 PMCID:PMC3259528

482.  **Mayer KH**, Ducharme R, Zaller ND, Chan PA, Case P, Abbott D, Rodriguez II, Cavanaugh T. "Unprotected sex, underestimated risk, undiagnosed HIV and sexually transmitted diseases among men who have sex with men accessing testing services in a New England bathhouse". <u>J Acquir Immune Defic Syndr</u>. 2012 Feb 1;59(2):194-8. PMID: 22027871 PMCID: PMC3261361

483.  Henn MR, Boutwell CL, Charlebois P, Lennon NJ, Power KA, Macalalad AR, Berlin AM, Malboeuf CM, Ryan EM, Gnerre S,Zody MC, Erlich RL, Green LM, Berical A, Wang Y, Casali M, Streeck H, Bloom AK, Dudek T, Tully D, Newman R, Axten KL,Gladden AD, Battis L, Kemper M, Zeng Q, Shea TP, Gujja S, Zedlack C, Gasser O, Brander C, Hess C, Günthard HF, Brumme ZL, Brumme CJ, Bazner S, Rychert J, Tinsley JP, **Mayer KH**, Rosenberg E, Pereyra F, Levin JZ, Young SK, Jessen H, Altfeld M, Birren BW, Walker BD, Allen TM. "Whole Genome Deep Sequencing

of HIV-1 Reveals the Impact of Early Minor Variants Upon Immune Recognition During Acute Infection". PLoS Pathog. 2012 Mar;8(3):e1002529.PMID:22412369 PMCID:PMC3297584

484. Skeer MR, Mimiaga MJ, **Mayer KH**, O'Cleirigh C, Covahey C, Safren SA. "Patterns of Substance Use Among a Large Urban Cohort of HIV-Infected Men Who Have Sex With Men in Primary Care." AIDS Behav. 2012 Apr;16(3):676-89. PMID:21234666 PMCID: PMC3677524

485. Vidya M, Saravanan S, Rifkin S, Solomon SS, Waldrop G, **Mayer KH**, Solomon S, Balakrishnan P. "Dried blood spots versus plasma for the quantitation of HIV-1 RNA using a real-Time PCR, m2000rt assay". J Virol Methods. 2012 May;181(2):177-81. PMID: 22401801

486. Krakower DS, Mimiaga MJ, Rosenberger JG, Novak DS, Mitty JA, White JM, **Mayer KH**. "Limited Awareness and Low Immediate Uptake of Pre-Exposure Prophylaxis among Men Who Have Sex with Men Using an Internet Social Networking Site". PLoS One. 2012;7(3):e33119. PMID: 22470438 PMCID: PMC3314648

487. O'Cleirigh C, Safren SA, **Mayer KH**. "The pervasive effects of childhood sexual abuse: challenges for improving HIV prevention and treatment interventions." J Acquir Immune Defic Syndr. 2012 Apr 1;59(4):331-4. PMID:22293545 PMCID:PMC3657844

488. Flash C, Krakower D, **Mayer KH**. "The Promise of Antiretrovirals for HIV Prevention". Curr Infect Dis Rep. 2012 Apr;14(2):185-93. PMID: 22351302 PMCID: PMC3901012

489. Walensky RP, Park JE, Wood R, Freedberg KA, Scott CA, Bekker LG, Losina E, **Mayer KH**, Seage GR 3rd, Paltiel AD. "The Cost-Effectiveness of Pre-Exposure Prophylaxis for HIV Infection in South African Women". Clin Infect Dis. 2012. May;54(10):1504-13 PMID: 22474224 PMCID:PMC3334365

490. Pho MT, Swaminathan S, Kumarasamy N, Losina E, Ponnuraja C, Uhler LM, Scott CA, **Mayer KH**, Freedberg KA, Walensky RP."The Cost-Effectiveness of Tuberculosis Preventive Therapy for HIV-Infected Individuals in Southern India: A Trial-Based Analysis".PLoS One. 2012;7(4):e36001. PMID: 22558301 PMCID: PMC3340407

491. Nunn A, Dickman S, Cornwall A, Kwakwa H, **Mayer KH**, Rana A, Rosengard C. "Concurrent sexual partnerships among African American women in Philadelphia: results from a qualitative study". Sex Health. 2012 Jul;9(3):288-96. PMID:22697147

492. **Mayer KH**, Pape JW, Wilson P, Diallo DD, Saavedra J, Mimiaga MJ, Koenig S, Farmer P. "Multiple determinants, common vulnerabilities, and creative responses:

addressing the AIDS pandemic in diverse populations globally". <u>J Acquir Immune Defic Syndr</u>. 2012 Aug 1;60 Suppl 2:S31-4. PMID:22772387 PMCID: PMC3740592

493.  Saravanan S, Vidya M, Balakrishnan P, Kantor R, Solomon SS, Katzenstein D, Kumarasamy N, Yeptomi T, Sivamalar S, Rifkin S, **Mayer KH**, Solomon S. "Viremia and HIV-1 drug resistance mutations among patients receiving second-line highly active antiretroviral therapy in Chennai, Southern India". <u>Clin Infect Dis</u>. 2012 Apr;54(7):995-1000. PMID: 22323567 PMCID: PMC3571716

494.  Merchant  R , Waxman R , Maher J , Clark M , Celada M , Liu T , Simmons E , Beckwith C , **Mayer K**. 2012.  "Patient and clinician ethical perspectives on the 2006 Centers for Disease Control and Prevention HIV testing methods." <u>Public Health Rep</u>. 127(3): 318-329 PMID:22547863 PMCID:PMC3314076

495.  Bedoya CA, Mimiaga MJ, Beauchamp G, Donnell D, **Mayer KH**, Safren SA. "Predictors of HIV Transmission Risk Behavior and Seroconversion Among Latino M en Who have Sex with Men in Project EXPLORE". <u>AIDS Behav</u>. 2012 Apr;16(3):608-17. PMID:21390540 PMCID: PMC3632284

496.  Kumar SR, Gopalan N, Patrawalla P, Menon P, **Mayer K**, Swaminathan S. "Immune reconstitution inflammatory syndrome in HIV-infected patients with and without prior tuberculosis". <u>Int J STD AIDS</u>. 2012 Jun;23(6):419-23. PMID: 22807536

497.  Patel P, Bush T, **Mayer K**, Milam J, Richardson J, Hammer J, Henry K, Overton T, Conley L, Marks G, Brooks JT; for the SUN Study Investigators. "Routine Brief Risk-Reduction Counseling With Biannual STD Testing Reduces STD Incidence Among HIV-Infected Men Who Have Sex With Men in Care". <u>Sex Transm Dis</u>. 2012 Jun;39(6):470-474. PMID: 22592834

498.  Lahey T, Ghosh M, Fahey JV, Shen Z, Mukura LR, Song Y, Cu-Uvin S, **Mayer KH**, Wright PF, Kappes JC, Ochsenbauer C, Wira CR. "Selective impact of HIV disease progression on the innate immune system in the human female reproductive tract". <u>PLoS One</u>. 2012;7(6):e38100. PMID:22675510    PMCID: PMC3366961

499.  Fessler DA, Mitty J, **Mayer KH**, Makadon HJ. "The 2010 health care act and barriers to effective health promotion among men who have sex with men". <u>Sex Transm Dis</u>. 2012 Jun;39(6):449-52 PMID: 22592830

500.  Venkatesh KK, **Mayer KH**, Carpenter CC. "Low-cost generic drugs under the President's Emergency Plan for AIDS Relief drove down treatment cost; more are needed". <u>Health Aff (Millwood)</u>. 2012 Jul;31(7):1429-38. PMID:22778332

501.  Taylor LE, Swan T, **Mayer KH**. "HIV Coinfection With Hepatitis C Virus: Evolving Epidemiology and Treatment Paradigms".  <u>Clin Infect Dis</u>. 2012 Jul;55 Suppl 1:S33-42. PMID:22715212 PMCID: PMC3491862

502. White JM, Mimiaga MJ, Krakower DS, **Mayer KH**. "Evolution of Massachusetts Physician Attitudes, Knowledge, and Experience Regarding the Use of Antiretrovirals for HIV Prevention". <u>AIDS Patient Care STDS</u>.  2012 Jul;26(7):395-405. PMID: 22694239 PMCID: PMC3432573

503. De Groot AS, Levitz L, Ardito MT, Skowron G, **Mayer KH**, Buus S, Boyle CM, Martin WD. "Further progress on defining highly conserved immunogenic epitopes for a global HIV vaccine: HLA-A3-restricted GAIA vaccine epitopes". <u>Hum Vaccin Immunother</u>. 2012 Jul;8(7):987-1000. PMID:22777092

504. Beyrer C, Sullivan PS, Sanchez J, Dowdy D, Altman D, Trapence G, Collins C, Katabira E, Kazatchkine M, Sidibe M, **Mayer KH**. "A call to action for comprehensive HIV services for men who have sex with men". <u>Lancet</u>. 2012 Jul 28;380(9839):424-38. PMID:22819663 PMCID: PMC3805059

505. Politch JA, **Mayer KH**, Welles SL, O'brien WX, Xu C, Bowman FP, Anderson DJ. "Highly active antiretroviral therapy does not completely suppress HIV in semen of sexually active HIV-infected men who have sex with men". <u>AIDS</u>. 2012 Jul 31;26(12):1535-43. PMID: 22441253 PMCID: PMC3806452

506. Koblin BA, **Mayer KH**, Noonan E, Wang CY, Marmor M, Sanchez J, Brown SJ, Robertson MN, Buchbinder SP. "Sexual risk behaviors, circumcision status, and preexisting immunity to adenovirus type 5 among men who have sex with men participating in a randomized HIV-1 vaccine efficacy trial: step study". <u>J Acquir Immune Defic Syndr</u>. 2012 Aug 1;60(4):405-13.PMID:22421748 PMCID:PMC3392543

507. Volk JE, Liu A, Vittinghoff E, Irvin R, Kroboth E, Krakower D, Mimiaga MJ, **Mayer KH**, Sullivan PS, Buchbinder SP. "Sexual frequency and planning among at-risk men who have sex with men in the United States: implications for event-based intermittent pre-exposure prophylaxis". <u>J Acquir Immune Defic Syndr.</u> 2012 Sep 1;61(1):112-5. PMID:22592590     PMCID:PMC3427423

508. Anderson PL, Glidden DV, Liu A, Buchbinder S, Lama JR, Guanira JV, McMahan V, Bushman LR, Casapia M, Montoya-Herrera O, Veloso VG, **Mayer KH**, Chariyalertsak S, Schechter M, Bekker L, Kallas EG, Grant RM and the iPrEX Study Team. "Emtricitabine-Tenofovir Concentrations and Pre-Exposure Prophylaxis Efficacy in Men Who Have Sex with Men". <u>Sci Transl Med</u> 12 September 2012 4:151ra125 PMID:22972843PMCID: PMC3721979

509. Krakower D, **Mayer K**. "What Primary Care Providers Need to Know About Preexposure Prophylaxis for HIV Prevention: A Narrative Review". <u>Ann Intern Med</u>. 2012 Oct 2; 157(7):490-7. PMID: 2281365

510. Traeger L, O'Cleirigh C, Skeer MR, **Mayer KH**, Safren SA. "Risk factors for missed HIV primary care visits among men who have sex with men". J Behav Med. 2012 Oct;35(5):548-56. Nov 9. PMID: 22068878 PMCID: PMC3638768

511. Schneider J, Kumar R, Dandona R, Kumar P, Kumar A, Lakshmi V, Laumann E, **Mayer K**, Dandona L. "Social Network and Risk-Taking Behavior Most Associated with Rapid HIV Testing, Circumcision, and Preexposure Prophylaxis Acceptability Among High-Risk Indian Men". AIDS Patient Care STDS. 2012 Oct;26(10):631-40.PMID:22973951 PMCID:  PMC3462390

512. Patel VV, **Mayer KH**, Makadon HJ. "Men who have sex with men in India: A diverse population in need of medical attention". Indian J Med Res. 2012 Oct; 136:563-570. PMID:23168696 PMCID: PMC3516023

513. Krakower D, **Mayer KH**. "Engaging healthcare providers to implement HIV pre-exposure prophylaxis". Curr Opin HIV AIDS. 2012 7(6):593-99. November 2012 PMID: 23032736 PMCID: PMC3769645

514. Thomas B, Mimiaga MJ, **Mayer KH**, Perry NS, Swaminathan S, Safren SA. "The influence of stigma on HIV risk behavior among men who have sex with men in Chennai, India". AIDS Care. 2012 Nov;24(11):1401-6. PMID:22519945 PMCID: PMC3634562

515. Blashill AJ, O'Cleirigh C, **Mayer KH**, Goshe BM, Safren SA. "Body Mass Index, Depression and Sexual Transmission Risk Behaviors Among HIV-Positive MSM". AIDS Behav.  2012 Nov;16(8):2251-6. PMID:21983696 PMCID: PMC3623671

516. **Mayer K.** "Antiretrovirals and HIV Prevention: New insights, challenges, and new directions". Current Opinion in HIV and AIDS 2012 Nov;7(6):495-7 PMID:23032735

517. Mimiaga MJ, Reisner SL, Pantalone DW, O'Cleirigh C, **Mayer KH**, Safren SA. "A Pilot Trial of Integrated Behavioral Activation and Sexual Risk Reduction Counseling for HIV-Uninfected Men Who Have Sex with Men Abusing Crystal Methamphetamine". AIDS Patient Care STDS. 2012 Nov;26(11):681-93 PMID:23030605 PMCID:PMC3495110

518. Goodreau SM, Carnegie NB, Vittinghoff E, Lama JR, Sanchez J, Grinsztejn B, Koblin BA, **Mayer KH**, Buchbinder SP. "What Drives the US and Peruvian HIV Epidemics in Men Who Have Sex with Men (MSM)?" PLoS One. 2012 November 7(11):e50522. PMID:23209768 PMCID: PMC3510067

519. Kurth AE, **Mayer K**, Beauchamp G, McKinstry L, Farrior J, Buchacz K, Donnell D, Branson B, El-Sadr W; For the HPTN (065) TLC-Plus Study Team. "Clinician Practices and Attitudes Regarding Early Antiretroviral Therapy in the United States". J

Acquir Immune Defic Syndr. 2012 Dec 15;61(5):e65-e69. PMID:23183150 PMCID: PMC3957230

520. Thomas B, Mimiaga MJ, **Mayer KH**, Closson EF, Johnson CV, Menon S, Mani J, Vijaylakshmi R, Dilip M, Betancourt T, Safren SA. "Ensuring It Works: A Community-Based Approach to HIV Prevention Intervention Development for Men Who Have Sex with Men in Chennai, India". AIDS Educ Prev. 2012 Dec;24(6):483-99. PMID:23206199 PMCID: PMC3613222

521. Ma M, Kibler JL, Vigil-Otero A, Sarpong D, Lally M, **Mayer KH**. "Correlates of willingness to participate in microbicide research among African Americans". Journal of Health Psychology 2013 Jan;18(1):65-74. PMID:22366042

522. Chan PA, Kazi S, Rana A, Blazar I, Dejong CC, **Mayer KH**, Huard TK, Carleton K, Gillani F, Alexander N, Parillo Z, Flanigan TP, Kantor R. "New HIV Infections at Southern New England Academic Institutions: Implications for Prevention". AIDS Res Hum Retroviruses. 2013 Jan;29(1):25-9. PMID:22724920 PMCID: PMC3537304

523. O'Cleirigh C, Traeger L, **Mayer KH**, Magidson JF, Safren SA. "Anxiety Specific Pathways to HIV Sexual Transmission Risk Behavior among Young Gay and Bisexual Men". J Gay Lesbian Ment Health. 2013 Jan 1;17(3):314-326. PMID:23997845 PMCID:PMC3752916

524. Taylor WS, O'Cleirigh C, **Mayer KH**, Safren SA. "HIV-infected men who have sex with men who engage in very high levels of transmission risk behaviors: Establishing a context for novel prevention interventions". Psychol Health Med. 2013 Jan 16. 18(5):576-87. PMID:23323526 PMCID: PMC3857998

525. Kumarasamy N, Venkatesh KK, Vignesh R, Devaleenal B, Poongulali S, Yepthomi T, Flanigan TP, Benson C, **Mayer KH**. "Clinical Outcomes among HIV-Tuberculosis Coinfected Patients Developing Immune Reconstitution Inflammatory Syndrome after HAART Initiation in South India". J Int Assoc Physicians AIDS Care (Chic). 2013 Feb;12(1):28-31. PMID:23011868

526. Assoumou SA, Panther LA, **Mayer KH**. "Treatment of high-grade anal dysplasia in high-risk patients: outcome at an urban community health centre". Int J STD AIDS. Feb;24(2):134-8. PMID:23535356 PMCID: PMC3890353

527. Mimiaga MJ, Biello KB, Sivasubramanian M, **Mayer KH**, Anand VJ, Safren SA. "Psychosocial risk factors for HIV sexual risk among Indian men who have sex with men". AIDS Care. 2013;25(9):1109-13.PMID: 23339580 PMCID: PMC3708996

528. Safren SA, O'Cleirigh CM, Skeer M, Elsesser SA, **Mayer KH**. "Project Enhance: A Randomized Controlled Trial of an Individualized HIV Prevention Intervention for HIV-Infected Men Who Have Sex With Men Conducted in a Primary Care Setting". Health Psychol. 2013 Feb;32(2):171-9 PMID: 22746262 PMCID: PMC3651590

**Kenneth H. Mayer, M.D.**                                                      169

529.  Assoumou SA, **Mayer KH**, Panther L, Linas BP, Kim J. "Cost-effectiveness of surveillance strategies after treatment for high-grade anal dysplasia in high-risk patients". Sex Transm Dis. 2013 Apr;40(4):298-303. PMID:23486494 PMCID: PMC3780795

530.  **Mayer K**, Zanoni B. "HIV Chemoprophylaxis for Adolescents: Educable Moment, Not Magic Bullet". Clinical Infectious Diseases 2013 Apr;56(8):1156-8. PMID:23223593.

531.  **Mayer K**, Gazzard B, Zuniga JM, Amico KR, Anderson J, Azad Y, Cairns G, Dedes N, Duncombe C, Fidler SJ, Granich R, Horberg MA, McCormack S, Montaner JS, Rees H, Schackman B, Sow PS. "Controlling the HIV Epidemic with Antiretrovirals: IAPAC Consensus Statement on Treatment as Prevention and Preexposure Prophylaxis". J Int Assoc Provid AIDS Care. 2013 May; 12(3):208-16. PMID:23666450

532.  Garg S, Taylor LE, Grasso C, **Mayer KH**. "Prevalent and Incident Hepatitis C Virus Infection among HIV-Infected Men Who Have Sex with Men Engaged in Primary Care in a Boston Community Health Center". Clinical Infectious Diseases. 2013 May;56(10):1480-7. PMID:23386630 PMCID: PMC3634307

533.  White JM, Mimiaga MJ, Reisner SL, **Mayer KH**. "HIV Sexual Risk Behavior among Black Men Who Meet Other Men on the Internet for Sex". J Urban Health. 2013 Jun;90(3):464-81 PMID:22689294 PMCID: PMC3665969

534.  O'Cleirigh C, Newcomb ME, **Mayer KH**, Skeer M, Safren SA. "Moderate Levels of Depression Predict Sexual Risk in HIV-Infected MSM: A Longitudinal Analysis of Data from Six Sites involved in a "Prevention for Positives" Study". AIDS and Behavior. 2013 Jun;17(5):1764-9. PMID:23605154 PMCID: PMC3752694

535.  Yanik EL, Napravnik S, Ryscavage P, Eron JJ, Koletar SL, Moore RD, Zinski A, Cole SR, Hunt P, Crane HM, Kahn J, Mathews WC, **Mayer K**, Taiwo B; on behalf of the CFAR Network of Integrated Clinical Systems (CNICS) Cohort Study. "Hematologic, Hepatic, Renal and Lipid Laboratory Monitoring Following Initiation of Combination Antiretroviral Therapy in the United States, 2000-2010". J Acquir Immune Defic Syndr. 2013 Jun 1;63(2):216-220. PMID:23446495  PMCID:PMC3654034

536.  Buchacz K, Baker RK, Palella FJ Jr, Shaw L, Patel P, Lichtenstein KA, Chmiel JS, Vellozzi C, Debes R, Henry K, Overton ET, Bush TJ, Tedaldi E,Carpenter C, **Mayer KH**, Brooks JT; the HIV Outpatient Study Investigators. "Disparities in prevalence of key chronic diseases by gender and race/ethnicity among antiretroviral-treated HIV-infected adults in the US". Antivir Ther. 2013;18(1):65-75. PMID:23111762

537.  McGowan I, Hoesley C, Cranston RD, Andrew P, Janocko L, Dai JY, Carballo-Dieguez A, Ayudhya RK, Piper J, Hladik F, **Mayer K**. "A Phase 1 Randomized, Double Blind, Placebo Controlled Rectal Safety and Acceptability Study of Tenofovir 1% Gel (MTN-007)". PLoS One. 2013;8(4):e60147. PMID:23573238 PMCID:PMC3616022

538.  Venkatesh KK, Becker JE, Kumarasamy N, Nakamura YM, **Mayer KH**, Losina E, Swaminathan S, Flanigan TP, Walensky RP, Freedberg KA. "Clinical impact and cost-effectiveness of expanded voluntary HIV testing in India". PLoS One. 2013 May. 8(5):e64604. PMID: 23741348 PMCID: PMC3669338

539.  Axelrad JE, Mimiaga MJ, Grasso C, **Mayer KH**. "Trends in the spectrum of engagement in HIV care and subsequent clinical outcomes among men who have sex with men (MSM) at a Boston community health center". AIDS Patient Care STDS. 2013 May;27(5):287-96. PMID:23651106 PMCID: PMC3701314

540.  Kumar P, Kumar A, Poluru R, Schneider J, Dandona L, Vemu L, Sudah T, **Mayer K**, Dandona R. "Contact with HIV prevention programmes & willingness for new interventions among truckers in India" Indian J Med Res. 2013 June; 137:1061-1071 PMID: 23852287 PMCID: PMC3734711

541.  Taiwo B, Yanik EL, Napravnik S, Ryscavage P, Koletar SL, Moore R, Mathews WC, Crane HM, **Mayer K**, Zinski A, Kahn JS, Eron JJ; CFAR Network of Integrated Clinical Systems (CNICS) Cohort Study. "Evidence for risk stratification when monitoring for toxicities following initiation of combination antiretroviral therapy". AIDS. 2013 Jun 19;27(10):1593-602. PMID:23435300 PMCID: PMC4108282

542.  **Mayer KH**, Wheeler DP, Bekker L-G,  Grinsztejn B, Remien, RH,  Sandfort T, Beyrer C. "Overcoming Biological, Behavioral, and Structural Vulnerabilities: New Directions in Research to Decrease HIV Transmission in Men Who Have Sex With Men." JAIDS. 2013 Jul;63 Suppl 2:S161-7. PMID: 23764630 PMCID: PMC3740716

540.  Sugarman J, **Mayer KH**. "Ethics and Pre-exposure Prophylaxis for HIV Infection." JAIDS. 2013 Jul;63 Suppl 2:S135-9. PMID: 23764625 PMCID: PMC3728665

541.  Fuchs JD, Sobieszczyk ME, Madenwald T, Grove D, Karuna ST, Andrasik M, Sherwat A, Broder G, Mayer K, Koblin B, Hammer S; HVTN 505 Protocol Team. "Intentions to use pre-exposure prophylaxis among current phase 2B preventive HIV-1 vaccine efficacy trial participants". J Acquir Immune Defic Syndr. 2013 Jul 1;63(3):259-62. PMID:23614998 PMCID: PMC3714219

542.  Koblin BA, **Mayer KH**, Eshelman SH, Wang L, Mannheimer S, del Rio C, Shoptaw S, Magnus M, Buchbinder S, Wilton L, Liu T-Y, Cummings V, Piwowar-Manning E, Fields SD, Griffith S, Elharrar V, Wheeler D. "Correlates of HIV Acquisition in a Cohort of Black Men Who Have Sex with Men in the United States: HIV Prevention

Trials Network (HPTN) 061" <u>PLoS One</u>.  2013 July. 8(7):e70413 PMCID: PMC3724810

543.  **Mayer K**, Beyrer C. "WHO's new HIV guidelines: opportunities and challenges". <u>Lancet</u>. 2013 Jul 27;382(9889):287-8.PMID:23890033

544.  Mimiaga MJ, Reisner SL, Grasso C, Crane HM, Safren SA, Kitahata MM, Schumacher JE, Mathews WC, **Mayer KH**. "Substance use among HIV-infected patients engaged in primary care in the United States: findings from the Centers for AIDS Research Network of Integrated Clinical Systems cohort". <u>Am J Public Health</u>. 2013 Aug;103(8):1457-67. PMID:23763417   PMCID:PMC3752382

545.  Mimiaga MJ, Reisner SL, Closson EF, Perry N, Perkovich B, Nguyen T, Trang NN, Lan HX, Thien DD, **Mayer KH**, Colby D. "Self-perceived HIV risk and the use of risk reduction strategies among men who engage in transactional sex with other men in Ho Chi Minh City, Vietnam". <u>AIDS Care</u>. 2013 Aug;25(8):1039-44. PMID:23252673  PMCID:PMC3700653

546.  Gopal S, Patel MR, Yanik EL, Cole SR, Achenbach CJ, Napravnik S, Burkholder GA, Reid EG, Rodriguez B, Deeks SG, **Mayer KH**, Moore RD, Kitahata MM, Eron JJ, Richards KL. "Temporal trends in presentation and survival for HIV-associated lymphoma in the antiretroviral therapy era". <u>J Natl Cancer Inst</u>. 2013 Aug 21;105(16):1221-9. PMID:23892362   PMCID:PMC3748003

547.  Liu AY, Vittinghoff E, Chillag K, **Mayer K**, Thompson M, Grohskopf L, Colfax G, Pathak S, Gvetadze R, O'Hara B, Collins B, Ackers M, Paxton L, Buchbinder SP. "Sexual risk behavior among HIV-uninfected men who have sex with men participating in a tenofovir preexposure prophylaxis randomized trial in the United States". <u>J Acquir Immune Defic Syndr</u>. 2013 Sep 1;64(1):87-94. PMID:23481668 PMCID: PMC3904758

548.  Gopal S, Patel MR, Yanik EL, Cole SR, Achenbach CJ, Napravnik S, Burkholder GA, Reid EG, Rodriguez B, Deeks SG, **Mayer KH**, Moore RD, Kitahata MM, Richards KL, Eron JJ. "Association of early HIV viremia with mortality after HIV-associated lymphoma". <u>AIDS</u> 2013. Sep 24;27(15):2365-73. PMID:23736149 PMCID: PMC3773290

549.  Grohskopf LA, Chillag KL, Gvetadze R, Liu AY, Thompson M, **Mayer KH**, Collins BM, Pathak SR, O'Hara B, Ackers ML, Rose CE, Grant RM, Paxton LA, Buchbinder SP. "Randomized Trial of Clinical Safety of Daily Oral Tenofovir Disoproxil Fumarate (TDF) Among HIV-uninfected Men Who Have Sex With Men (MSM) in the United States". <u>J Acquir Immune Defic Syndr</u>. 2013 Sep 1;64(1):79-86. PMID: 23466649

550.  Yanik EL, Napravnik S, Cole SR, Achenbach CJ, Gopal S, Olshan A, Dittmer DP, Kitahata MM, Mugavero MJ, Saag M, Moore RD, **Mayer K**, Mathews WC, Hunt PW, Rodriguez B, Eron JJ. "Incidence and Timing of Cancer in HIV-Infected

Individuals Following Initiation of Combination Antiretroviral Therapy". <u>Clin Infect Dis</u>. 2013 Sep;57(5):756-64.   PMID:23735330 PMCID: PMC3739467

551. Blashill AJ, **Mayer KH**, Crane HM, Grasso C, Safren SA.  "Body mass index, immune status and virological control in HIV-infected men who have sex with men". <u>Journal of the International Association of Providers of AIDS Care</u>. 2013. Sep-Oct; 12(5):319-24. PMID:23719237

552. Walensky RP, Ross EL, Kumarasamy N, Wood R, Noubary F, Paltiel AD, Nakamura YM, Godbole SV, Panchia R, Sanne I, Weinstein MC, Losina E, **Mayer KH**,Chen YQ, Wang L, McCauley M, Gamble T, Seage GR 3rd, Cohen MS, Freedberg KA. "Cost-effectiveness of HIV treatment as prevention in serodiscordant couples". <u>N Engl J Med</u>. 2013 Oct 31;369(18):1715-25. PMID:24171517 PMCID: PMC3913536

553. del Rio C, **Mayer K** "A Tale of Two Realities: What are the challenges and the solutions to improving engagement in HIV care?" <u>Clinical Infectious Diseases</u>. 2013. Oct;57(8):1172-4. PMID:23797287

554. Blashill AJ, **Mayer KH**, Crane H, Magidson JF, Grasso C, Mathews WC, Saag MS, Safren SA.  "Physical activity and health outcomes among HIV-infected MSM: A longitudinal mediational analysis". <u>Annals of Behavioral Medicine</u>. 2013 Oct;46(2):149-56 PMID:23483379  PMCID:PMC3714319

555. **Mayer KH**. "Thinking about an AIDS end game". <u>Lancet</u>. 2013 Nov 2;382(9903):1462-4. PMID:24182528

556. **Mayer K**, Beyrer C. "WHO's new guidelines for antiretroviral treatment - Authors' reply". <u>Lancet</u>. 2013 Nov 30;382(9907):1779. PMID:24290586

557. Vignesh R, Kumarasamy N, Lim A, Solomon S, Murugavel KG, Balakrishnan P, Solomon SS, **Mayer KH**, Swathirajan CR, Chandrasekaran E, Pradeep A, Poongulali S, Benson CA, French MA. "TB-IRIS after initiation of antiretroviral therapy is associated with expansion of pre-existent Th1 responses against Mycobacterium tuberculosis antigens". <u>J Acquir Immune Defic Syndr</u>. 2013 Nov 1;64(3):241-8. PMID: 23774879. PMID: 23774879

558. Fogel JM, Wang L, Parsons TL, Ou S-S, Piwowar-Manning E, Chen Y, Mudhune VO, Hosseinipour MC, Kumwenda J, Hakim JG, Chariyalertsak S, Panchia R, Sanne I, Kumarasamy N, Grinsztejn B, Makhema J, Pilotto J, Santos BR, **Mayer KH**, McCauley M, Gamble T, Bumpus NN, Hendrix CW, Cohen MS, and Eshleman SH. "Undisclosed antiretroviral drug use in a multi-national clinical trial (HPTN 052)". <u>J Infect Dis</u>. 2013 Nov 15;208(10):1624-8. PMID:23908493 PMCID: PMC3805242

559. Beyrer C, Sullivan P, Sanchez J, Baral SD, Collins C, Wirtz AL, Altman D, Trapence G, **Mayer K**. "The increase in global HIV epidemics in MSM". <u>AIDS</u>. 2013 Nov 13;27(17):2665-78. PMID:23842129

560. Marcus J, Glidden D, **Mayer K**, Liu A, Buchbinder S, Amico K, McMahan V, Kallas E, Montoya-Herrera O, Pilotto J, Grant R. "No Evidence of Sexual Risk Compensation in the iPrEx Trial of Daily Oral HIV Preexposure Prophylaxis". <u>PLoS One</u>, 2013. 8(12): e81997. PMID: 24367497 PMCID: PMC3867330

561. Underhill K, **Mayer KH**. "Sexual behaviour among users of antiretroviral pre-exposure prophylaxis". <u>Lancet Infect Dis</u>. 2013 Dec;13(12):996-7. PMID:24139638

562. Konikoff J, Brookmeyer R, Longosz AF, Cousins MM, Celum C, Buchbinder SP, Seage GR 3rd, Kirk GD, Moore RD, Mehta SH, Margolick JB, Brown J, **Mayer KH**, Koblin BA, Justman JE, Hodder SL, Quinn TC, Eshleman SH, Laeyendecker O. "Performance of a Limiting-Antigen Avidity Enzyme Immunoassay for Cross-Sectional Estimation of HIV Incidence in the United States". <u>PLoS One</u>. 2013 Dec 27;8(12):e82772. PMID:24386116 PMCID: PMC3873916

563. **Mayer KH**, Wang L, Koblin B, Mannheimer S, Magnus M, Del Rio C, Buchbinder S, Wilton L, Cummings V, Watson CC, Piwowar-Manning E,Gaydos C, Eshleman SH, Clarke W, Liu TY, Mao C, Griffith S, Wheeler D; HPTN061 Protocol Team. "Concomitant Socioeconomic, Behavioral and Biological Factors Associated with the Disproportionate HIV Infection Burden among Black Men Who Have Sex with Men in 6 U.S. Cities". <u>PLoS One</u>. 2014 Jan 31;9(1):e87298. PMID:24498067 PMCID: PMC3909083

564. Herrick AL, Stall R, Goldhammer H, Egan JE, **Mayer KH**. "Resilience as a Research Framework and as a Cornerstone of Prevention Research for Gay and Bisexual Men: Theory and Evidence". <u>AIDS Behav</u>. 2014 Jan;18(1):1-9. PMID:23321946

565. Cousins MM, Konikoff J, Laeyendecker O, Celum C, Buchbinder SP, Seage GR 3rd, Kirk GD, Moore RD, Mehta SH, Margolick JB, Brown J, **Mayer KH**, Koblin BA,Wheeler D, Justman JE, Hodder SL, Quinn TC, Brookmeyer R, Eshleman SH. "HIV Diversity as a Biomarker for HIV Incidence Estimation: Including a High Resolution Melting Diversity Assay in a Multi-Assay Algorithm". <u>J Clin Microbiol</u>. 2014 Jan;52(1):115-21. PMID:24153134 PMCID: PMC3911463

566. Blashill AJ, Wilson JM, O'Cleirigh CM, **Mayer KH**, Safren SA. "Examining the Correspondence Between Relationship Identity and Actual Sexual Risk Behavior Among HIV-Positive Men Who Have Sex with Men". <u>Arch Sex Behav</u>. 2014 Jan;43(1):129-37. PMID:24198170 PMCID: PMC3947093

567. Taylor LE, Foont JA, Delong AK, Wurcel A, Linas BP, Chapman S, Maynard MA, Cu-Uvin S, **Mayer KH**. "The Spectrum of Undiagnosed Hepatitis C Virus Infection in a US HIV Clinic". <u>AIDS Patient Care STDS</u>. 2014 Jan;28(1):4-9. PMID:24428794 PMCID:PMC3894677

568. Marzinke MA, Clarke W, Wang L, Cummings V, Liu TY, Piwowar-Manning E, Breaud A, Griffith S, Buchbinder S, Shoptaw S, del Rio C, Magnus M, Mannheimer S, Fields SD, **Mayer KH**, Wheeler DP, Koblin BA, Eshleman SH, Fogel JM. "Nondisclosure of HIV status in a clinical trial setting: antiretroviral drug screening can help distinguish between newly diagnosed and previously diagnosed HIV infection". <u>Clin Infect Dis</u>. 2014 Jan;58(1):117-20. PMID:24092804 PMCID:PMC3864502

569. Saravanan S, Madhavan V, Velu V, Murugavel KG, Waldrop G, Solomon SS, Balakrishnan P, Kumarasamy N, Smith DM, **Mayer KH**, Solomon S, Thyagarajan SP. "High Prevalence of Hepatitis Delta Virus among Patients with Chronic Hepatitis B Virus Infection and HIV-1 in an Intermediate Hepatitis B Virus Endemic Region". <u>J Int Assoc Provid AIDS Care</u>. 2014 Jan-Feb;13(1):85-90. PMID:23722085 PMCID: PMC4114572

570. Oldenburg CE, Bärnighausen T, Harling G, Mimiaga MJ, **Mayer KH**. "Adherence to Post-Exposure Prophylaxis for Non-forcible Sexual Exposure to HIV: A Systematic Review and Meta-Analysis". <u>AIDS Behav</u>. 2014 Feb;18(2):217-25. PMID: 23877791 PMCID: PMC3864606

571. Brewer RA, Magnus M, Kuo I, Wang L, Liu TY, **Mayer KH**. "Exploring the relationship between incarceration and HIV among Black men who have sex with men in the United States." <u>J Acquir Immune Defic Syndr</u>. 2014 Feb 1;65(2):218-25. PMID:24091691 PMCID: PMC3898433

572. Underhill K, Morrow KM, Operario D, **Mayer KH**. "Could FDA approval of pre-exposure prophylaxis make a difference? A qualitative study of PrEP acceptability and FDA perceptions among men who have sex with men". <u>AIDS Behav</u>. 2014 Feb;18(2):241-9. PMID:23673790   PMCID:PMC3968829

573. Mimiaga MJ, White JM, Krakower DS, Biello KB, Mayer KH. "Suboptimal awareness and comprehension of published preexposure prophylaxis efficacy results among physicians in Massachusetts". <u>AIDS Care</u>. 2014;26(6):684-93. PMID:24116985 PMCID: PMC4053171

574. Brewer RA, Magnus M, Kuo I, Wang L, Liu TY, **Mayer KH**. "The High Prevalence of Incarceration History Among Black Men Who Have Sex With Men in the United States**:** Associations and Implications". <u>Am J Public Health</u>. 2014 March. 104(3):448-454 PMID:24432948

575. Zanoni BC, **Mayer KH**. "The Adolescent and Young Adult HIV Cascade of Care in the United States: Exaggerated Health Disparities". AIDS Patient Care STDS. 2014 Mar;28(3):128-35. PMID:24601734 PMCID: PMC3948479

576. Oldenburg CE, Biello KB, Colby D, Closson EF, Nguyen T, Trang NN, Lan HX, **Mayer KH**, Mimiaga MJ. "Engagement with peer health educators is associated with willingness to use pre-exposure prophylaxis among male sex workers in Ho Chi

Minh City, Vietnam". <u>AIDS Patient Care STDS</u>. 2014 Mar;28(3):109-12. PMID:24601733 PMCID: PMC3997099

577. Marcus JL, Glidden DV, McMahan V, Lama JR, **Mayer KH**, Liu AY, Montoya-Herrera O, Casapia M, Hoagland B, Grant RM. "Daily Oral Emtricitabine/Tenofovir Preexposure Prophylaxis and Herpes Simplex Virus Type 2 among Men Who Have Sex with Men". <u>PLoS One</u>. 2014 Mar 17;9(3):e91513. PMID:24637511 PMCID:PMC3956614

578. **Mayer KH**, Skeer MR, O'Cleirigh C, Goshe BM, Safren SA. "Factors Associated with Amplified HIV Transmission Behavior Among American Men Who Have Sex with Men Engaged in Care: Implications for Clinical Providers". <u>Ann Behav Med</u>. 2014 April. 47(2):165-171. PMID: 23873338 PMCID: PMC3880641

579. Grinsztejn B, Hosseinipour MC, Ribaudo HJ, Swindells S, Eron J, Chen YQ, Wang L, Ou SS, Anderson M, McCauley M, Gamble T, Kumarasamy N, Hakim JG, Kumwenda J, Pilotto JH, Godbole SV, Chariyalertsak S, de Melo MG, **Mayer KH**, Eshleman SH, Piwowar-Manning E, Makhema J, Mills LA, Panchia R, Sanne I, Gallant J, Hoffman I, Taha TE, Nielsen-Saines K, Celentano D, Essex M, Havlir D, Cohen MS; the HPTN 052-ACTG Study Team. "Effects of early versus delayed initiation of antiretroviral treatment on clinical outcomes of HIV-1 infection: results from the phase 3 HPTN 052 randomised controlled trial". <u>Lancet Infect Dis</u>. 2014 Apr;14(4):281-90 PMID:24602844

580. Cotton LA, Kuang XT, Le AQ, Carlson JM, Chan B, Chopera DR, Brumme CJ, Markle TJ, Martin E, Shahid A, Anmole G, Mwimanzi P, Nassab P,Penney KA, Rahman MA, Milloy MJ, Schechter MT, Markowitz M, Carrington M, Walker BD, Wagner T, Buchbinder S, Fuchs J, Koblin B, **Mayer KH**, Harrigan PR, Brockman MA, Poon AF, Brumme ZL. "Genotypic and Functional Impact of HIV-1 Adaptation to Its Host Population during the North American Epidemic". <u>PLoS Genet</u>. 2014 Apr 24;10(4):e1004295. PMID:24762668 PMCID: PMC3998893

581. Achenbach CJ, Buchanan AL, Cole SR, Hou L, Mugavero MJ, Crane HM, Moore RD, Haubrich RH, Gopal S, Eron JJ, Hunt PW, Rodriguez B, **Mayer K**, Saag MS, Kitahata MM. "HIV Viremia and Incidence of Non-Hodgkin Lymphoma in Patients Successfully Treated With Antiretroviral Therapy". <u>Clin Infect Dis</u>, 2014. 58(11): 1599-1606. PMID:24523217  PMCID:PMC4017888

582. Carballo-Diéguez A, Giguere R, Dolezal C, Bauermeister J, Leu CS, Valladares J, Frasca T, Labbett R, Cranston RD, Febo I, **Mayer K**, McGowan I. "Adherence to Rectal Gel Use Among Mainly Ethnic Minority Young Men Who have Sex with Men During A 3-Month Placebo Gel Trial: Implications for Microbicide Research". <u>AIDS Behav</u>. 2014 18:1726-1733. PMID:24719200 PMCID: PMC4127141

583. Carballo-Diéguez A , Giguere R, Dolezal C, Bauermeister J, Leu CS, Valladares J, Rohan LC, Anton PA, Cranston RD, Febo I, **Mayer K**, McGowan I. "Rectal-Specific

Microbicide Applicator: Evaluation and Comparison with a Vaginal Applicator Used Rectally". <u>AIDS Behav</u>. 2014 May 25. 18:1734-1745. PMID:24858481

584. **Mayer KH**. "Do ask, do tell: clinicians and the U.S. National AIDS strategy". <u>AIDS</u>. 2014 May 15;28(8):1233-5. PMID:25028913

585. Solomon MM, Lama JR, Glidden DV, Mulligan K, McMahan V, Liu AY, Guanira JV, Veloso VG, **Mayer KH**, Chariyalertsak S, Schechter M, Bekker LG, Kallás EG, Burns DN, Grant RM; for the iPrEx Study Team. "Changes in renal function associated with oral emtricitabine/tenofovir disoproxil fumarate use for HIV pre-exposure prophylaxis." <u>AIDS</u>. 2014 28:851-859. PMID:24499951 PMCID: PMC3966916

586. Closson EF, Sivasubramanian M, **Mayer KH**, Srivastava A, Safren SA, Anand VR, Gangakhedkar R, Mimiaga MJ. "The other side of the bridge: exploring the sexual relationships of MSM and their female partners in Mumbai, India". <u>Culture Health & Sexuality</u>. 2014. May 12:1-12. PMID:24815724 PMCID: PMC4090273

587. Taylor SW, **Mayer KH**, Elsesser SM, Mimiaga MJ, O'Cleirigh C, Safren SA. "Optimizing Content for Pre-exposure Prophylaxis (PrEP) Counseling for Men Who Have Sex with Men: Perspectives of PrEP Users and High-Risk PrEP Naïve Men". <u>AIDS Behav</u>.  2014 May;18(5):871-9. PMID:24077928

588. Blashill AJ, **Mayer KH**, Crane HM, Baker JS, Willig JH, Willig AL, Grasso C, O'Cleirigh C, Safren SA. "Body mass index, depression, and condom use among HIV-infected men who have sex with men: A longitudinal moderation analysis". <u>Archives of Sexual Behavior</u>. 2014 May;43(4):729-34. PMID:23979782 PMCID: PMC3933471

589. Nunn A, Yolken A, Cutler B, Trooskin S, Wilson P, Little S, **Mayer K**. "Geography should not be destiny: focusing HIV/AIDS implementation research and programs on microepidemics in US neighborhoods". <u>Am J Public Health</u>. 2014 May;104(5):775-80. PMID:24716570 PMCID: PMC3987607

590. Bogoch, II, Scully EP, Zachary KC, Yawetz S, **Mayer KH**, Bell CM, Andrews JR. "Patient Attrition Between the Emergency Department and Clinic Among Individuals Presenting for HIV Nonoccupational Postexposure Prophylaxis". <u>Clin Infect Dis</u>, 2014. 58(11): 1618-1624. PMID:24723288

591. Buchbinder SP, Glidden DV, Liu AY, McMahan V, Guanira JV, **Mayer KH**, Goicochea P, Grant RM. "HIV pre-exposure prophylaxis in men who have sex with men and transgender women: a secondary analysis of a phase 3 randomised controlled efficacy trial". <u>The Lancet Infectious Diseases.</u> 2014 Jun;14(6):468-75. PMID:24613084 PMCID: PMC4133171

592. **Mayer KH**, Garofalo R, Makadon HJ. "Promoting the successful development of sexual and gender minority youths". <u>Am J Public Health.</u> 2014 Jun;104(6):976-81. PMID:24825194

593. Blashill AJ, Wilson JM, Baker JS, **Mayer KH**, Safren SA. "Assessing Appearance-related Disturbances in HIV-infected Men who have Sex with Men (MSM): Psychometrics of the Body Change and Distress Questionnaire—Short Form (ABCD-SF)". 2014 Jun;18(6):1075-84. <u>AIDS Behav</u>. PMID: 24057934 PMCID: PMC3962703

594. **Mayer K**. "The Next Tsunami? HIV Spread in Asian Men Who Have Sex With Men". <u>Clin Infect Dis</u>. 2014 Jun 15;58(12):1760-2. PMID:24647018

595. Reisner S, White J, **Mayer KH**, Mimiaga M. "Sexual risk behaviors and psychosocial health concerns of female-to-male transgender men screening for STDs at an urban community health center". <u>AIDS Care</u>. 2014 Jul;26(7):857-64. PMID: 24206043

596. Zablotska IB, Whittaker B, de Wit J, Kamarulzaman A, Ananworanich J, Wright E, Poynten IM, **Mayer K**. "Bringing new HIV infections to zero - opportunities and challenges offered by antiretroviral-based prevention in Asia, the Pacific and beyond: An overview of this special issue". <u>Sex Health</u>. 2014 Jul;11(2):97-100. PMID:25017549

597. Zablotska I, Ananworanich J, Kamarulzaman A, **Mayer K**, Poynten M, Whittaker B, de Wit J, Wright E. "Preface to 'Antiretroviral-based Prevention of HIV'." <u>Sex Health</u>. 2014 Jul;11(2):ii-iii. PMID:25017551

598. Cousins MM, Konikoff J, Sabin D, Khaki L, Longosz AF, Laeyendecker O, Celum C, Buchbinder SP, Seage GR 3rd, Kirk GD, Moore RD, Mehta SH,Margolick JB, Brown J, **Mayer KH**, Kobin BA, Wheeler D, Justman JE, Hodder SL, Quinn TC, Brookmeyer R, Eshleman SH. "A Comparison of Two Measures of HIV Diversity in Multi-Assay Algorithms for HIV Incidence Estimation". <u>PLoS One</u>. 2014 Jun 26;9(6):e101043. PMID:24968135 PMCID: PMC4072769

599. **Mayer KH**. "Antiretroviral chemoprophylaxis: state of evidence and the research agenda." Clin Infect Dis. 2014 Jul 1;59 Suppl 1:S47-51. PMID:24926034

600. Young B, Zuniga JM, Montaner J, **Mayer KH**. "Controlling the HIV Epidemic With Antiretrovirals: Moving From Consensus to Implementation". <u>Clin Infect Dis</u>. 2014 Jul 1;59 Suppl 1:S1-2. PMID:24926025

601. Marrazzo JM, Del Rio C, Holtgrave DR, Cohen MS, Kalichman SC, **Mayer KH**, Montaner JS, Wheeler DP, Grant RM, Grinsztejn B, Kumarasamy N,Shoptaw S, Walensky RP, Dabis F, Sugarman J, Benson CA. "HIV Prevention in Clinical Care Settings: 2014 Recommendations of the International Antiviral Society-USA Panel". <u>JAMA</u>. 2014 Jul 23;312(4):390-409. PMID:25038358

602. Oldenburg CE, Perez-Brumer AG, Reisner SL, Mattie J, Bärnighausen T, **Mayer KH**, Mimiaga MJ. "Global Burden of HIV among Men Who Engage in Transactional

Sex: A Systematic Review and Meta-Analysis". <u>PLoS One</u>. 2014 Jul 28;9(7):e103549. PMID:25068720 PMCID:PMC4113434

603.  Jain S, **Mayer KH**. "Practical guidance for nonoccupational postexposure prophylaxis to prevent HIV infection: an editorial review". <u>AIDS</u>. 2014 Jul 17;28(11):1545-54. PMID:24785956

604.  Gopal S, Patel MR, Achenbach CJ, Yanik EL, Cole SR, Napravnik S, Burkholder GA, Mathews WC, Rodriguez B, Deeks SG, **Mayer KH**, Moore RD, Kitahata MM,Richards KL, Eron JJ. "Lymphoma Immune Reconstitution Inflammatory Syndrome in the Center for AIDS Research Network of Integrated Clinical Systems Cohort". <u>Clin Infect Dis</u>. 2014 Jul 15;59(2):279-86. PMID:24755860 PMCID: PMC4102912

605.  Siegfried N, Beanland RL, Ford N, **Mayer KH**. "Formulating the Future Research Agenda for Postexposure Prophylaxis for HIV: Methodological Challenges and Potential Approaches". <u>Clin Infect Dis</u>. 2015 Jun 1;60 Suppl 3:S205-11. PMID:25972506

606.  Blashill AJ, Goshe B, Robbins G, **Mayer KH**, Safren SA. "Body-Image Disturbance and Health Behaviors Among Sexual Minority Men Living With HIV". <u>Health Psychology</u>. 2014 Jul;33(7):677-80. PMID: 24977311 PMCID: PMC4094355

607.  Devoe JE, Gold R, Cottrell E, Bauer V, Brickman A, Puro J, Nelson C, **Mayer KH**, Sears A, Burdick T, Merrell J, Matthews P, Fields S. "The ADVANCE network: accelerating data value across a national community health center network". <u>J Am Med Inform Assoc</u>. 2014 Jul-Aug;21(4):591-5. PMID:24821740  PMCID: PMC4078289

608.  Arnold MP, Andrasik M, Landers S, Karuna S, Mimiaga MJ, Wakefield S, **Mayer K**, Buchbinder S, Koblin BA. "Sources of Racial/Ethnic Differences in Awareness of HIV Vaccine Trials". <u>Am J Public Health</u>. 2014 Aug;104(8):e112-8. PMID:24922153 PMCID: PMC4103242

609.  Harawa N, Wilton L, Wang L, Mao C, Kuo I, Penniman T, Shoptaw S, Griffith S, Williams JK, Cummings V, **Mayer K**, Koblin B; HPTN 061. "Types of Female Partners Reported by Black Men Who Have Sex with Men and Women (MSMW) and Associations with Intercourse Frequency, Unprotected Sex and HIV and STI Prevalence".  <u>AIDS Behav</u>. 2014 Aug;18(8):1548-59. PMID:24523006 PMCID: PMC4169287

610.  Grant RM, Anderson PL, McMahan V, Liu A, Amico KR, Mehrotra M, Hosek S, Mosquera C, Casapia M, Montoya O, Buchbinder S, Veloso VG, **Mayer K**, Chariyalertsak S, Bekker LG, Kallas EG, Schechter M, Guanira J, Bushman L, Burns DN, Rooney JF, Glidden DV; iPrEx study team. "Uptake of pre-exposure prophylaxis,

sexual practices, and HIV incidence in men and transgender women who have sex with men: a cohort study". <u>Lancet Infect Dis</u>. 2014 Sep;14(9):820-9. PMID: 25065857

611. Biello KB, Rosenberger JG, Novak DS, Robertson AM, **Mayer KH**, Mimiaga MJ. "Epidemiology of Sexual Health in the Virtual Environment: A Multinational Online Survey of Spanish- and Portuguese-Speaking Men who use an Internet Sexual Networking Site". <u>AIDS Behav</u>. 2014 Sep;18(9):1675-85.PMID:24980249

612. Palmer CD, Tomassilli J, Sirignano M, Tejeda MR, Arnold KB, Che D, Lauffenburger DA, Jost S, Allen T, **Mayer KH**, Altfeld M. "Enhanced immune activation linked to endotoxemia in HIV-1 seronegative MSM". <u>AIDS</u>. 2014 Sep 10;28(14):2162-6. PMID:25003719

613. Cahill S, **Mayer K**. "Wider PrEP Use Could Reduce HIV Infections". <u>Gay and Lesbian Review Worldwide</u>, 2014. xxi(5): 6-7.

614. Cahill S, Singal R, Grasso C, King D, **Mayer K**, Baker K, Makadon H. "Do Ask, Do Tell: High Levels of Acceptability by Patients of Routine Collection of Sexual Orientation and Gender Identity Data in Four Diverse American Community Health Centers". <u>PLoS One</u>. 2014 Sep 8;9(9):e107104. PMID: 25198577 PMCID: PMC4157837

615. Krakower D, Ware N, Mitty JA, Maloney K, **Mayer KH**. "HIV Providers' Perceived Barriers and Facilitators to Implementing Pre-exposure Prophylaxis in Care Settings: A Qualitative Study". AIDS Behav. 2014 Sep;18(9):1712-21  PMID:24965676  PMCID: PMC4127184

616. Solomon MM, **Mayer KH**, Glidden DV, Liu AY, McMahan VM, Guanira JV, Chariyalertsak S, Fernandez T, Grant RM; For the iPrEx Study Team. "Syphilis predicts HIV incidence among men and transgender women who have sex with men in a pre-exposure prophylaxis trial". <u>Clin Infect Dis</u>. 2014 Oct 1;59(7):1020-6. PMID:24928295  PMCID: PMC4166980

617. **Mayer KH**, Gregor C, Gelman M, Grasso C, Melbourne K, Mimiaga MJ. "Safety and Tolerability of Co-formulated Tenofovir/Emtricitabine/Elvitegravir/Cobicistat ("Quad") for Non-occupational Post-exposure Prophylaxis". <u>AIDS Res Hum Retroviruses</u>. 2014 Oct;30(S1):A155. PMID: 25357435

618. **Mayer KH**, Safren S, Haberer J, Elsesser S, Clarke W, Hendrix CW, Marzinke M, Mimiaga MJ. "Project PrEPARE: High Levels of Medication Adherence with Continued Condomless Sex in U.S. Men who Have Sex with Men in an Oral PrEP Adherence Trial". <u>AIDS Res Hum Retroviruses</u>. 2014 Oct;30(S1):A23-A24. PMID: 25357645

619. **Mayer KH**, Oldenburg C, Novak DS, Krakower D, Mimiaga MJ. "Differences in PrEP Knowledge and Use in U.S. MSM Users of a Popular Sexual Networking Site Surveyed

**Kenneth H. Mayer, M.D.**                                                              180

in August 2013 and January 2014". <u>AIDS Res Hum Retroviruses</u>. 2014 Oct;30(S1):A91-A92. PMID: 25357977

620. Chianese C, **Mayer K**, Gelman M, Panther L, Grant R. "Reasons Boston MSM Enrolled in Placebo Controlled PrEP Trials Did Not Continue Using PrEP When it Was Available in an Open Label Study". <u>AIDS Res Hum Retroviruses</u>. 2014 Oct;30(S1):A28-A29. PMID: 25357788

621. Jain S, Oldenburg CE, Mimiaga MJ, **Mayer KH**. "HIV Seroconversions among Men Who Have Sex with Men Who Used Non-occupational Post-exposure Prophylaxis at a Boston Health Center from 1997-2013". <u>AIDS Res Hum Retroviruses</u>. 2014 Oct;30(S1):A155. PMID: 25357433

622. Tully DC, Ogilvie CB, Batorsky R, Power KA, Bedard H, Seese A, Amero M, Bazner S, Tinsley J, Lennon NJ, Henn MR, Rosenberg E, **Mayer KH**, Jessen H, Altfeld M, Allen TM. "Genetic Footprints within the HIV-1 Envelope Glycoprotein Associated with Transmission in Men Who Have Sex with Men". <u>AIDS Res Hum Retroviruses</u>. 2014 Oct;30(S1):A57. PMID: 25357888

623. Chan BT, Weiser SD, Boum Y, Siedner MJ, Mocello AR, Haberer JE, Hunt PW, Martin JN, **Mayer KH**, Bangsberg DR, Tsai AC. "Persistent HIV-related Stigma in Rural Uganda during a Period of Increasing HIV Incidence". <u>AIDS Res Hum Retroviruses</u>. 2014 Oct;30(S1):A259. PMID: 25357728

624. Safren SA, Thomas BE, **Mayer KH**, Biello KB, Mani J, Rajagandhi V, Periyasamy M, Swaminathan S, Mimiaga MJ. "A Pilot RCT of an Intervention to Reduce HIV Sexual Risk and Increase Self-acceptance Among MSM in Chennai, India". <u>AIDS Behav</u>. 2014 Oct;18(10):1904-12. PMID:24770985 PMCID: PMC4175143

625. Sio TT, Chang K, Jayakrishnan R, Amitai A, Xu H, Zaller ND, Fu JJ, **Mayer KH**, Wu LH. "The Impact of Healthcare Access on Knowledge and Willingness for HIV Testing in Chinese Female Entertainment Workers". <u>J Immigr Minor Health</u>. 2014 Oct;17(5):1322-9. PMID:25115291

626. Underhill K, Morrow KM, Colleran CM, Holcomb R, Operario D, Calabrese SK, Galárraga O, **Mayer KH**. "Access to Healthcare, HIV/STI Testing, and Preferred Pre-Exposure Prophylaxis Providers among Men Who Have Sex with Men and Men Who Engage in Street-Based Sex Work in the US". <u>PLoS One</u>. 2014 Nov 11;9(11):e112425. PMID: 25386746 PMCID: PMC4227700

627. Frey SE, Peiperl L, McElrath MJ, Kalams S, Goepfert PA, Keefer MC, Baden LR, Lally MA, **Mayer K**, Blattner WA, Harro CD, Hammer SM, Gorse GJ, Hural J, Tomaras GD, Levy Y, Gilbert P, deCamp A, Russell ND, Elizaga M, Allen M, Corey L. "Phase I/II randomized trial of safety and immunogenicity of LIPO-5 alone, ALVAC-HIV (vCP1452) alone, and ALVAC-HIV (vCP1452) prime/LIPO-5 boost in

healthy, HIV-1-uninfected adult participants". Clin Vaccine Immunol. 2014
Nov;21(11):1589-99. PMID: 25253665

628. Galárraga O, Sosa-Rubí SG, González A, Badial-Hernández F, Conde-Glez CJ, Juárez-
Figueroa L, Bautista-Arredondo S, Kuo C, Operario D, **Mayer KH**. "The
disproportionate burden of HIV and STIs among male sex workers in Mexico City and
the rationale for economic incentives to reduce risks". J Int AIDS Soc. 2014 Nov
14;17(1):19218. PMID: 25399543 PMCID: PMC4233212

629. Whaley KJ, **Mayer KH**. "Strategies for Preventing Mucosal Cell-Associated HIV
Transmission". Journal of Infectious Diseases 2014. 210 (11): S674-S680

630. Mugavero MJ, Westfall AO, Cole SR, Geng EH, Crane HM, Kitahata MM, Mathews
WC, Napravnik S, Eron JJ, Moore RD, Keruly JC, **Mayer KH**, Giordano TP, Raper JL;
on behalf of CFAR Network of Integrated Clinical Systems (CNICS). "Beyond Core
Indicators of Retention in HIV Care: Missed Clinic Visits are Independently Associated
with All-cause Mortality". Clin Infect Dis. 2014 Nov 15;59(10):1471-9.
PMID:25091306  PMCID: PMC4215067

631. **Mayer KH**. "Advancing HIV prevention science: the roads from Cape Town". Lancet.
2014 Nov 15;384(9956):1725-7. PMID: 25455236

632. Chen I, Cummings V, Fogel JM, Marzinke MA, Clarke W, Connor MB, Griffith S,
Buchbinder S, Shoptaw S, del Rio C, Magnus M, Mannheimer S, Wheeler DP, **Mayer
KH**, Koblin BA, and Eshleman SH. "Low-level viremia early in HIV infection". 2014.
67:405-408. JAIDS. PMID: 25140905

633. Blackard JT, Ma G, Welge JA, King CC, Taylor LE, **Mayer KH**, Klein RS, Celentano
DD, Sobel JD, Jamieson DJ, Gardner L. "GB Virus C (GBV-C) Infection in Hepatitis C
Virus (HCV) Seropositive Women with or at Risk for HIV Infection". PLoS One. 2014
Dec 10;9(12):e114467. PMID: 25493916

634. Freiman JM, Huang W, White L, Geng EH, Hurt CB, Taylor LE, Overton ET, Cachay
ER, Kitahata MM, Moore RD, Rodriguez B, **Mayer KH**, Linas BP. "Current Practices
of Screening for Incident Hepatitis C Virus Infection among HIV- Infected, HCV-
Uninfected Individuals in Primary Care". Clin Infect Dis. 2014 Dec 15;59(12):1686-
93. PMID: 25186591

635. Liu A, Glidden DV, Anderson PL, Amico KR, McMahan V, Mehrotra M, Lama JR,
MacRae J, Hinojosa JC, Montoya O, Veloso VG, Schechter M, Kallas EG,
Chariyalerstak S, Bekker LG, **Mayer K**, Buchbinder S, Grant R; for the iPrEx Study
Team. "Patterns and Correlates of PrEP Drug Detection among MSM and Transgender
Women in the Global iPrEx Study". J Acquir Immune Defic Syndr. 2014 Dec
15;67(5):528-37. PMID: 25230290 PMCID: PMC4229454

636. Flash CA, Stone VE, Mitty JA, Mimiaga MJ, Hall KT, Krakower D, **Mayer KH**. "Perspectives on HIV prevention among urban black women: a potential role for HIV pre-exposure prophylaxis". <u>AIDS Patient Care STDS</u>. 2014 Dec;28(12):635-42. PMID: 25295393 PMCID: PMC4250961

637. Mannheimer SB, Wang L, Wilton L, Van Tieu H, Del Rio C, Buchbinder S, Fields S, Glick S, Connor MB, Cummings V, Eshleman SH, Koblin B, **Mayer KH**. "Infrequent HIV testing and late HIV diagnosis are common among a cohort of black men who have sex with men in 6 US cities". <u>J Acquir Immune Defic Syndr</u>. 2014 Dec 1;67(4):438-45. PMID: 25197830 PMCID: PMC4213315

638. Oldenburg CE, Jain S, **Mayer KH**, Mimiaga MJ. "Post-exposure prophylaxis use and recurrent exposure to HIV among men who have sex with men who use crystal methamphetamine". <u>Drug Alcohol Depend</u>. 2015 Jan 1;146:75-80. PMID: 25482500 PMCID: PMC4272860

639. Saberi P, **Mayer K**, Vittinghoff E, Naar-King S; The Adolescent Medicine Trials Network for HIV/AIDS Interventions. "Correlation Between Use of Antiretroviral Adherence Devices by HIV-Infected Youth and Plasma HIV RNA and Self-Reported Adherence". <u>AIDS Behav</u>. 2015 Jan;19(1):93-103. PMID:24879628 PMCID: PMC4250439

640. Chan BT, Weiser SD, Boum Y, Siedner MJ, Mocello AR, Haberer JE, Hunt PW, Martin JN, **Mayer KH**, Bangsberg DR, Tsai AC. "Persistent HIV-related stigma in rural Uganda during a period of increasing HIV incidence despite treatment expansion". <u>AIDS</u>. 2015 Jan 2;29(1):83-90. PMID: 25268886 PMCID: PMC4286463

641. Bhatia R, Murphy AB, Raper JL, Chamie G, Kitahata MM, Drozd DR, **Mayer K**, Napravnik S, Moore R, Achenbach C; the Centers for AIDS Research (CFAR) Network of Integrated Clinical Systems (CNICS). "Testosterone replacement therapy among HIV-infected men in the CFAR Network of Integrated Clinical Systems". <u>AIDS</u>. 2015 Jan 2;29(1):77-81.  PMID: 25387318

642. Jain S, Oldenburg CE, Mimiaga MJ, **Mayer KH**. "Subsequent HIV Infection Among Men Who Have Sex with Men Who Used Non-Occupational Post-Exposure Prophylaxis at a Boston Community Health Center: 1997-2013". <u>AIDS Patient Care STDS</u>. 2015 Jan;29(1):20-5. PMID: 25369451 PMCID: PMC4281875

643. Jain S, Oldenburg CE, Mimiaga MJ, **Mayer KH**. "Longitudinal trends in HIV nonoccupational postexposure prophylaxis use at a Boston community health center between 1997 and 2013". <u>J Acquir Immune Defic Syndr</u>. 2015 Jan 1;68(1):97-101. PMID: 25321180

644. Hladik F, Burgener A, Ballweber L, Gottardo R, Vojtech L, Fourati S, Dai J, Cameron M, Strobl J, Hughes S, Hoesley C, Andrew P, Johnson S, Piper J, Friend D, Ball T,

Cranston R, **Mayer K**, McElrath M, McGowan I. "Mucosal effects of Tenofovir 1% gel". 2015 Feb 3;4. eLife. PMID: 25647729

645.   Krakower DS, **Mayer KH**. "Pre-Exposure Prophylaxis to Prevent HIV Infection: Current Status, Future Opportunities and Challenges". Drugs. 2015 Feb;75(3):243-51. PMID: 25673022

646.   Marshall BD, Shoveller JA, Kahler CW, Koblin BA, **Mayer KH**, Mimiaga MJ, van den Berg JJ, Zaller ND, Operario D. "Heavy drinking trajectories among men who have sex with men: a longitudinal, group-based analysis". Alcohol Clin Exp Res. 2015 Feb;39(2):380-9. PMID: 25684055 PMCID: PMC4331451

647.   Montague BT, Kahler CW, Colby SM, McHugh K, Squires D, Fitzgerald B, Operario D, Gallagher D, Monti PM, **Mayer KH**. "Attitudes and Training Needs of New England HIV Care and Addiction Treatment Providers: Opportunities for Better Integration of HIV and Alcohol Treatment Services". Addictive Disorders & Their Treatment. 2015 Mar;14(1):16-28 PMID: 25745365

648.   Krakower DS, Jain S, **Mayer KH**. "Antiretrovirals for Primary HIV Prevention: the Current Status of Pre- and Post-exposure Prophylaxis". Curr HIV/AIDS Rep. 2015 Mar;12(1):127-38. PMID: 25600106  PMCID: PMC4370784

649.   Kahler CW, Wray TB, Pantalone DW, Kruis RD, Mastroleo NR, Monti PM, **Mayer KH**. "Daily Associations Between Alcohol Use and Unprotected Anal Sex Among Heavy Drinking HIV-Positive Men Who Have Sex with Men". AIDS Behav. 2015 Mar;19(3):422-30. PMID: 25194967 PMCID:PMC4362855

650.   Mimiaga MJ, O'Cleirigh C, Biello KB, Robertson AM, Safren SA, Coates TJ, Koblin BA, Chesney MA, Donnell DJ, Stall RD, **Mayer KH**. "The effect of psychosocial syndemic production on 4-year HIV incidence and risk behavior in a large cohort of sexually active men who have sex with men". JAIDS. 2015 Mar 1;68(3):329-36. PMID: 25501609 PMCID: PMC4415161

651.   Closson EF, Mimiaga MJ, Sherman SG, Tangmunkongvorakul A, Friedman RK, Limbada M, Moore AT, Srithanaviboonchai K, Alves CA, Roberts S, Oldenburg CE, Elharrar V, **Mayer KH**, Safren SA; HPTN063 study team. "Intimacy versus Isolation: A Qualitative Study of Sexual Practices among Sexually Active HIV-Infected Patients in HIV Care in Brazil, Thailand, and Zambia". PLoS One. 2015 Mar 20;10(3):e0120957. eCollection 2015 PMID: 25793283 PMCID: PMC4368566

652.   Kahler CW, Wray TB, Pantalone DW, Mastroleo NR, Kruis RD, **Mayer KH**, Monti PM. "Assessing sexual motives for drinking alcohol among HIV-positive men who have sex with men". Psychol Addict Behav. 2015 Mar;29(1):247-53. PMID: 25134043

653.   Yehia BR, Rebeiro P, Althoff KN, Agwu AL, Horberg MA, Samji H, Napravnik S, **Mayer K**, Tedaldi E, Silverberg MJ, Thorne JE, Burchell AN, Rourke SB, Rachlis A,

Mayor A, Gill MJ, Zinski A, Ohl M, Anastos K, Abraham AG, Kitahata MM, Moore RD, Gebo KA; North American AIDS Cohort Collaboration on Research and Design (NA-ACCORD). "Impact of age on retention in care and viral suppression". J Acquir Immune Defic Syndr. 2015 Apr 1;68(4):413-9. PMID: 25559604 PMCID: PMC4334738

654. Oldenburg CE, Perez-Brumer AG, Hatzenbuehler ML, Krakower D, Novak DS, Mimiaga MJ, **Mayer KH**. "State-level structural sexual stigma and HIV prevention in a national online sample of HIV-uninfected MSM in the United States". AIDS. 2015 Apr 24;29(7):837-45. PMID: 25730508

655. Solomon MM, **Mayer KH**. "Evolution of the syphilis epidemic among men who have sex with men". Sex Health. 2015 Apr;12(2):96-102. PMID: 25514173

656. Blumenthal J, Jain S, Krakower D, Sun X, Young J, **Mayer K**, Haubrich R; The CCTG 598 Team. "Knowledge is Power! Increased Provider Knowledge Scores Regarding Pre-exposure Prophylaxis (PrEP) are Associated with Higher Rates of PrEP Prescription and Future Intent to Prescribe PrEP". AIDS Behav. 2015 May;19(5):802-10. PMID: 25616837 PMCID: PMC4417031

657. Oldenburg CE, Perez-Brumer AG, Biello KB, Landers SJ, Rosenberger JG, Novak DS, **Mayer KH**, Mimiaga MJ. "Transactional Sex Among Men Who Have Sex With Men in Latin America: Economic, Sociodemographic, and Psychosocial Factors". Am J Public Health. 2015 May;105(5):e95-e102. PMID: 25790381 PMCID: PMC4386535

658. O'Cleirigh C, Dale SK, Elsesser S, Pantalone DW, **Mayer KH**, Bradford JB, Safren SA. "Sexual minority specific and related traumatic experiences are associated with increased risk for smoking among gay and bisexual men". J Psychosom Res. 2015 May;78(5):472-7. PMID: 25754971

659. Fuchs JD, Bart PA, Frahm N, Morgan C, Gilbert PB, Kochar N, DeRosa SC, Tomaras GD, Wagner TM, Baden LR, Koblin BA, Rouphael NG, Kalams SA, Keefer MC, Goepfert PA, Sobieszczyk ME, **Mayer KH**, Swann E, Liao HX, Haynes BF, Graham BS, McElrath MJ; NIAID HIV Vaccine Trials Network. "Safety and Immunogenicity of a Recombinant Adenovirus Serotype 35-Vectored HIV-1 Vaccine in Adenovirus Serotype 5 Seronegative and Seropositive Individuals". J AIDS Clin Res. 2015 May;6(5). pii: 461. PMID: 26587311

660. Ford N, Shubber Z, Calmy A, Irvine C, Rapparini C, Ajose O, Beanland RL, Vitoria M, Doherty M, **Mayer KH**. "Choice of antiretroviral drugs for postexposure prophylaxis for adults and adolescents: a systematic review". Clin Infect Dis. 2015 Jun 1;60 Suppl 3:S170-6. PMID:25972499

661. Blashill AJ, Ehlinger PP, **Mayer KH**, Safren SA. "Optimizing adherence to preexposure prophylaxis: the need for an integrated biobehavioral approach". Clin Infect Dis. 2015 Jun 1;60 Suppl 3:S187-90. PMID:25972502

662. Safren SA, **Mayer KH**, Ou SS, McCauley M, Grinsztejn B, Hosseinipour MC, Kumarasamy N, Gamble T, Hoffman I, Celentano D, Chen YQ, Cohen MS; HPTN 052 Study Team. "Adherence to Early Antiretroviral Therapy: Results From HPTN 052, a Phase III, Multinational Randomized Trial of ART to Prevent HIV-1 Sexual Transmission in Serodiscordant Couples". <u>J Acquir Immune Defic Syndr</u>. 2015 Jun 1;69(2):234-240. PMID: 26009832

663. Ford N, **Mayer KH**; World Health Organization Postexposure Prophylaxis Guideline Development Group. "World Health Organization Guidelines on Postexposure Prophylaxis for HIV: Recommendations for a Public Health Approach". <u>Clin Infect Dis.</u> 2015 Jun 1;60 Suppl 3:S161-4. PMID:25972497

664. **Mayer KH**. "Antiretroviral chemoprophylaxis: new successes and questions". <u>Lancet</u>. 2015 Jun 6;385(9984):2236-7. PMID: 25769358

665. Blashill AJ, Bedoya CA, **Mayer KH**, O'Cleirigh CO, Pinkston M, Remmert JE, Mimiaga MJ, Safren SA. "Psychosocial syndemics are additively associated with worse ART adherence in HIV-infected individuals". <u>AIDS & Behavior</u>. 2015. Jun;19(6):981-6. PMID: 25331267

666. Reisner SL, Bradford J, Hopwood R, Gonzalez A, Makadon H, Todisco D, Cavanaugh T, VanDerwarker R, Grasso C, Zaslow S, Boswell SL, **Mayer K**. "Comprehensive Transgender Healthcare: The Gender Affirming Clinical and Public Health Model of Fenway Health". <u>J Urban Health</u>. 2015 Jun;92(3):584-92. PMID: 25779756

667. Jain S, Krakower DS, **Mayer KH**. "The Transition from postexposure prophylaxis to preexposure prophylaxis: An emerging opportunity for biobehavioral HIV prevention". <u>Clin Infect Dis.</u> 2015 Jun 1;60 Suppl 3:S200-4. PMID:25972505

668. Cahill SR, **Mayer KH**, Boswell SL. "The Ryan White HIV/AIDS Program in the Age of Health Care Reform". <u>Am J Public Health</u>. 2015 Jun;105(6):1078-85. PMID: 25880940

669. **Mayer KH**, Ramjee G. "The current status of the use of oral medication to prevent HIV transmission". <u>Curr Opin HIV AIDS</u>. 2015 Jul;10(4):226-232. PMID: 26049946

670. Cáceres CF, **Mayer KH**, Baggaley R, O'Reilly KR. "PrEP Implementation Science: State-of-the-Art and Research Agenda". <u>J Int AIDS Soc</u>. 2015 Jul 20;18(4(Suppl 3)):20527   PMID: 26198351

671. Cáceres CF, O'Reilly KR, **Mayer KH**, Baggaley R. "PrEP implementation: moving from trials to policy and practice". <u>J Int AIDS Soc</u>. 2015 Jul 20;18(4(Suppl 3)):20222. PMID: 26198349

672. **Mayer KH**, Hosek S, Cohen S, Liu A, Pickett J, Warren M, Krakower D, Grant R. "Antiretroviral pre-exposure prophylaxis implementation in the United States: a work in progress". J Int AIDS Soc. 2015 Jul 20;18(4(Suppl 3)):19980. PMID: 26198345

673. Cáceres CF, Koechlin F, Goicochea P, Sow PS, O'Reilly KR, **Mayer KH**, Godfrey-Faussett P. "The promises and challenges of pre-exposure prophylaxis as part of the emerging paradigm of combination HIV prevention". J Int AIDS Soc. 2015 Jul 20;18(4(Suppl 3)):19949. PMID: 26198341

674. Jia Z, Huang X, Wu H, Zhang T, Li N, Ding P, Sun Y, Liu Z, Wei F, Zhang H, Jiao Y, Ji Y, Zhang Y, Guo C, Li W, Mou D, Xia W, Li Z, Chen D, Yan H, Chen X, Zhao J, Meyers K, Cohen T, **Mayer K**, Salomon JA, Lu Z, Dye C. "HIV burden in men who have sex with men: a prospective cohort study 2007-2012". Sci Rep. 2015 Jul 2;5:11205. PMID: 26135810

675. Satyanarayana S, Subbaraman R, Shete P, Gore G, Das J, Cattamanchi A, **Mayer K**, Menzies D, Harries AD, Hopewell P, Pai M. "Quality of tuberculosis care in India: a systematic review". Int J Tuberc Lung Dis. 2015 Jul;19(7):751-63. PMID: 26056098

676. Krakower DS, Oldenburg CE, Mitty JA, Wilson IB, Kurth AE, Maloney KM, Gallagher D, **Mayer KH**. "Knowledge, Beliefs and Practices Regarding Antiretroviral Medications for HIV Prevention: Results from a Survey of Healthcare Providers in New England". PLoS One. 2015 Jul 6;10(7):e0132398. PMID: 26146824

677. **Mayer KH**, Krakower DS. "Uncoupling Epidemiological Synergy: New Opportunities for HIV Prevention for Men Who Have Sex With Men". Clin Infect Dis. 2015 Jul 15;61(2):288-90. PMID: 25870332

678. Magidson JF, Biello KB, Safren SA, Rosenberger JG, Novak DS, **Mayer KH**, Mimiaga MJ. "Engagement in HIV care and sexual transmission risk behavior among men who have sex with men using online social/sexual networking in Latin America". AIDS Care. 2015 Aug;27(8):1055-62. PMID: 25738655 PMCID: PMC4425577

679. Chen I, Connor MB, Clarke W, Marzinke MA, Cummings V, Breaud A, Fogel JM, Laeyendecker O, Fields SD, Donnell D, Griffith S, Scott HM, Shoptaw S, Rio CD, Magnus M, Mannheimer S, Wheeler DP, **Mayer KH**, Koblin BA, Eshleman SH. "Antiretroviral drug use and HIV drug resistance among HIV-infected Black men who have sex with men: HIV Prevention Trials Network 061". J Acquir Immune Defic Syndr. 2015 Aug 1;69(4):446-52. PMID: 25861015 PMCID: PMC4482803

680. Abdool Karim SS, Abdool Karim Q, Kharsany AB, Baxter C, Grobler AC, Werner L, Kashuba A, Mansoor LE, Samsunder N, Mindel A, Gengiah TN; CAPRISA 004 Trial Group. "Tenofovir Gel for the Prevention of Herpes Simplex Virus Type 2 Infection". N Engl J Med. 2015 Aug 6;373(6):530-9. PMID: 26244306

**Kenneth H. Mayer, M.D.**                                                    187

681.  Bogoch II, Siemieniuk RA, Andrews JR, Scully EP, **Mayer KH**, Bell CM, Zachary KC, Yawetz S. "Changes to Initial Postexposure Prophylaxis Regimens Between the Emergency Department and Clinic". J Acquir Immune Defic Syndr. 2015 Aug 15;69(5):e182-4. PMID: 25967272

682.  Dolezal C, Frasca T, Giguere R, Ibitoye M, Cranston RD, Febo I, **Mayer KH**, McGowan I, Carballo-Diéguez A. "Awareness of Post-Exposure Prophylaxis (PEP) and Pre-Exposure Prophylaxis (PrEP) Is Low but Interest Is High Among Men Engaging in Condomless Anal Sex With Men in Boston, Pittsburgh, and San Juan". AIDS Educ Prev. 2015 Aug;27(4):289-97. PMID: 26241380

683.  Underhill K, Morrow KM, Colleran C, Holcomb R, Calabrese SK, Operario D, Galárraga O, **Mayer KH**. "A Qualitative Study of Medical Mistrust, Perceived Discrimination, and Risk Behavior Disclosure to Clinicians by U.S. Male Sex Workers and Other Men Who Have Sex with Men: Implications for Biomedical HIV Prevention". J Urban Health. 2015 Aug;92(4):667-86. doi: 10.1007/s11524-015-9961-4. PMID: 25930083

684.  Tieu HV, Liu TY, Hussen S, Connor M, Wang L, Buchbinder S, Wilton L, Gorbach P, **Mayer K**, Griffith S, Kelly C, Elharrar V, Phillips G, Cummings V, Koblin B, Latkin C; HPTN 061. "Sexual Networks and HIV Risk among Black Men Who Have Sex with Men in 6 U.S. Cities". PLoS One. 2015 Aug 4;10(8):e0134085. doi: 10.1371/journal.pone.0134085. eCollection 2015. PMID: 26241742

685.  Mimiaga MJ, Biello K, Reisner SL, Crane HM, Wilson J, Grasso C, Kitahata MM, Mathews WC, **Mayer KH**, Safren SA. "Latent Class Profiles of Internalizing and Externalizing Psychosocial Health Indicators Are Differentially Associated With Sexual Transmission Risk: Findings From the CFAR Network of Integrated Clinical Systems (CNICS) Cohort Study of HIV-Infected Men Engaged in Primary Care in the United States". Health Psychol. 2015 Sep;34(9):951-9. PMID: 25642839

686.  Monteiro JF, Marshall BD, Escudero D, Sosa-Rubí SG, González A, Flanigan T, Operario D, **Mayer KH**, Lurie MN, Galárraga O. "Preventing HIV Transmission Among Partners of HIV-Positive Male Sex Workers in Mexico City: A Modeling Study". AIDS Behav. 2015 Sep;19(9):1579-88. PMID: 25307025

687.  O'Cleirigh C, Magidson JF, Skeer MR, **Mayer KH**, Safren SA. "Prevalence of Psychiatric and Substance Abuse Symptomatology Among HIV-Infected Gay and Bisexual Men in HIV Primary Care". Psychosomatics. 2015 Sep-Oct;56(5):470-8. PMID: 25656425

688.  Mimiaga MJ, Closson EF, Thomas B, **Mayer KH**, Betancourt T, Menon S, Safren SA. "Garnering an in-depth understanding of MSM in Chennai India: A qualitative analysis of sexual minority status and psychological distress". Archives of Sexual Behavior. 2015 Oct;44(7):2077-86. PMID: 25358949

689.  Mimiaga M, Biello K, Robertson A, Oldenburg C, Rosenberger J, O'Cleirigh C, Novak D, **Mayer K**, Safren S. "High prevalence of multiple syndemic conditions associated with sexual risk behavior and HIV infection among a large sample of Spanish and Portuguese speaking men who have sex with men in Latin America". <u>Archives of Sexual Behavior</u>. 2015 Oct;44(7):1869-78. PMID: 26159862

690.  Safren SA, Perry NS, Blashill AJ, O'Cleirigh CO, **Mayer KH**. "The cost and intensity of behavioral interventions to promote HIV treatment for prevention among HIV-positive MSM". <u>Archives of Sexual Behavior</u>. 2015 Oct;44(7):1833-41. PMID: 26223385

691.  Koester KA, Liu A, Eden C, Amico KR, McMahan V, Goicochea P, Hosek S, **Mayer KH**, Grant RM. "Acceptability of drug detection monitoring among participants in an open-label pre-exposure prophylaxis study". <u>AIDS Care</u>. 2015 Oct;27(10):1199-204. PMID: 26001026

692.  **Mayer KH**, Gangakhedkar R, Sivasubramanian M, Biello KB, Abuelezam N, Mane S, Risbud A, Anand V, Safren S, Mimiaga MJ. "Differing Identities but Comparably High HIV and Bacterial Sexually Transmitted Disease Burdens Among Married and Unmarried Men Who Have Sex With Men in Mumbai, India". <u>Sex Transm Dis</u>. 2015 Nov;42(11):629-33. PMID: 26462187

693.  **Mayer KH**, Krakower DS. "Scaling Up Antiretroviral Preexposure Prophylaxis: Moving From Trials to Implementation". <u>Clin Infect Dis</u>. 2015 Nov 15;61(10):1598-600. PMID: 26270688

694.  Risher K, **Mayer KH**, Beyrer C. "HIV treatment cascade in MSM, people who inject drugs, and sex workers". <u>Curr Opin HIV AIDS</u>. 2015 Nov;10(6):420-9. PMID: 26352393

695.  Chan PA, Rose J, Maher J, Benben S, Pfeiffer K, Almonte A, Poceta J, Oldenburg CE, Parker S, Marshall BD, Lally M, **Mayer K**, Mena L, Patel R, Nunn AS. "A Latent Class Analysis of Risk Factors for Acquiring HIV Among Men Who Have Sex with Men: Implications for Implementing Pre-Exposure Prophylaxis Programs". <u>AIDS Patient Care STDS</u>. 2015 Nov;29(11):597-605. PMID: 26389735

696.  Kinloch NN, MacMillan DR, Le AQ, Cotton LA, Bangsberg DR, Buchbinder S, Carrington M, Fuchs J, Harrigan PR, Koblin B, Kushel M, Markowitz M, **Mayer K**, Milloy MJ, Schechter MT, Wagner T, Walker BD, Carlson JM, Poon AF, Brumme ZL. "Population-level Immune-mediated Adaptation in HIV-1 Polymerase during the North American Epidemic". <u>J Virol</u>. 2015 Nov 11;90(3):1244-58. doi: 10.1128/JVI.02353-15. PMID: 26559841

697.  Chan PA, Hogan JW, Huang A, DeLong A, Salemi M, Mayer KH, Kantor R. "Phylogenetic Investigation of a Statewide HIV-1 Epidemic Reveals Ongoing and

Active Transmission Networks Among Men Who Have Sex With Men". <u>J Acquir Immune Defic Syndr</u>. 2015 Dec 1;70(4):428-435. PMID: 26258569

698.  Reynolds EE, Libman H, **Mayer KH**. "Preexposure Prophylaxis for HIV Prevention: Grand Rounds Discussion From Beth Israel Deaconess Medical Center". <u>Ann Intern Med</u>. 2015 Dec 15;163(12):941-8. PMID: 26666782

699.  Scott HM, Irvin R, Wilton L, Van Tieu H, Watson C, Magnus M, Chen I, Gaydos C, Hussen SA, Mannheimer S, **Mayer K**, Hessol NA, Buchbinder S. "Sexual Behavior and Network Characteristics and Their Association with Bacterial Sexually Transmitted Infections among Black Men Who Have Sex with Men in the United States". <u>PLoS One</u>. 2015 Dec 31;10(12):e0146025. PMID: 26720332

700.  Krakower DS, Beekmann SE, Polgreen PM, **Mayer KH**. "Diffusion of Newer HIV Prevention Innovations: Variable Practices of Frontline Infectious Diseases Physicians". <u>Clin Infect Dis</u>. 2016 Jan 1;62(1):99-105. PMID: 26385993

701.  Hendrix CW, Andrade A, Bumpus NN, Kashuba A, Marzinke MA, Moore A, Anderson PL, Bushman LR, Fuchs EJ, Wiggins I, Radebaugh C, Prince H, Bakshi RP, Wang R, Richardson P, Shieh E, McKinstry L, Li X, Donnell D, ElHarrar V, **Mayer KH**, Patterson K. "Dose Frequency Ranging Pharmacokinetic Study of Tenofovir-Emtricitabine after Directly Observed Dosing in Healthy Volunteers to establish Adherence Benchmarks (HPTN 066)". <u>AIDS Res Hum Retroviruses</u>. 2016 Jan;32(1):32-43. PMID: 26414912

702.  Krakower DS, **Mayer KH**. "The role of healthcare providers in the roll out of preexposure prophylaxis". <u>Curr Opin HIV AIDS</u>. 2016 Jan;11(1):41-8. PMID: 26417953

703.  **Mayer KH**, Beyrer C. "Antiretroviral chemoprophylaxis: PROUD and pragmatism". <u>Lancet</u>. 2016 Jan 2;387(10013):6-7. doi: 10.1016/S0140-6736(15)00153-1. PMID: 26364262

704.  Stack C, Oldenburg C, Mimiaga M, Elsesser SA, Krakower D, Novak DS, Egan J, Stall R, Safren S, **Mayer KH**. "Sexual Behavior Patterns and PrEP Dosing Preferences in a large sample of North American Men who have Sex with Men". <u>J Acquir Immune Defic Syndr</u>. 2016 Jan 1;71(1):94-101. PMID: 26371786

705.  Bauermeister J, Giguere R, Dolezal C, Leu CS, Febo I, Cranston RD, **Mayer K**, McGowan I, Carballo-Diéguez A. "To Use a Rectal Microbicide, First Insert the Applicator: Gel and Applicator Satisfaction Among Young Men Who Have Sex With Men". <u>AIDS Educ Prev</u>. 2016 Feb;28(1):1-10. PMID: 26829253

706.  Krakower DS, **Mayer KH**. "Infection in 2015: HIV protection with PrEP - implications for controlling other STIs". <u>Nat Rev Urol</u>. 2016 Feb;13(2):72-4. PMID: 26620612

**Kenneth H. Mayer, M.D.**                                                                     190

707.  Nelson LE, Wilton L, Moineddin R, Zhang N, Siddiqi A, Sa T, Harawa N, Regan R, Dyer TP, Watson CC, Koblin B, Del Rio C, Buchbinder S, Wheeler DP, **Mayer KH**; HPTN 061 Study Team. "Economic, Legal, and Social Hardships Associated with HIV Risk among Black Men who have Sex with Men in Six US Cities". <u>J Urban Health</u>. 2016 Feb;93(1):170-88. PMID: 26830422

708.  Wilson PA, Kahana SY, Fernandez MI, Harper GW, **Mayer K**, Wilson CM, Hightow-Weidman LB. "Sexual Risk Behavior Among Virologically Detectable Human Immunodeficiency Virus-Infected Young Men Who Have Sex With Men". <u>JAMA Pediatr</u>. 2016 Feb 1;170(2):125-31. doi: 10.1001/jamapediatrics.2015.3333. PMID: 26641367

709.  Edwards TC, Fredericksen RJ, Crane HM, Crane PK, Kitahata MM, Matthews WC, **Mayer KH**, Morales LS, Mugavero MJ, Solorio R, Yang FM, Patrick DL. "Content validity of Patient-Reported Outcomes Measurement Information System (PROMIS) items in the context of HIV clinical care". <u>Qual Life Res</u>. 2016 Feb;25(2):293-302. doi: 10.1007/s11136-015-1096-2. PMID: 26245710 PMCID: PMC4724250

710.  **Mayer KH**, Chandhiok N, Thomas B. "Antiretroviral pre-exposure prophylaxis: A new opportunity to slow HIV spread in India". <u>Indian J Med Res</u>. 2016 Feb;143(2):125-8. doi: 10.4103/0971-5916.180194. PMID: 27121509

711.  Solomon MM, Schechter M, Liu AY, Mcmahan VM, Guanira JV, Hance RJ, Chariyalertsak S, **Mayer KH**, Grant RM; iPrEx Study Team. "The safety of tenofovir-emtricitabine for HIV pre-exposure prophylaxis (PrEP) in individuals with active hepatitis B". <u>J Acquir Immune Defic Syndr</u>. 2016 Mar 1;71(3):281-6. PMID: 26413853

712.  Merchant RC, Corner D, Garza E, Guan W, **Mayer KH**, Brown L, and Chan PA. "Preferences for HIV pre-exposure prophylaxis (PrEP) information among men-who-have-sex-with-men (MSM) at community outreach settings". <u>J Gay Lesbian Ment Health</u>. 2016;20(1):21-33. PMID: 27076865

713.  **Mayer KH**, Krakower DS, Boswell SL. "Antiretroviral Preexposure Prophylaxis: Opportunities and Challenges for Primary Care Physicians". <u>JAMA</u>. 2016 Mar 1;315(9):867-8. PMID: 26893026

714.  Biello KB, Oldenburg CE, Safren SA, Rosenberger JG, Novak DS, **Mayer KH**, Mimiaga MJ. "Multiple syndemic psychosocial factors are associated with reduced engagement in HIV care among a multinational, online sample of HIV-infected MSM in Latin America". <u>AIDS Care</u>. 2016 Mar;28 Suppl 1:84-91. PMID: 26883009 PMCID: PMC4828614

715.   Monnig MA, Kahler CW, Lee H, Pantalone DW, **Mayer KH**, Cohen RA, Monti PM. "Effects of smoking and alcohol use on neurocognitive functioning in heavy drinking, HIV-positive men who have sex with men". <u>AIDS Care</u>. 2016 Mar;28(3):300-5. doi: 10.1080/09540121.2015.1093595. PMID: 26444260

716.   Magidson JF, Li X, Mimiaga MJ, Moore AT, Srithanaviboonchai K, Friedman RK, Limbada M, Hughes JP, Cummings V, Gaydos CA, Elharrar V, Celentano D, **Mayer KH**, Safren SA. "Antiretroviral Medication Adherence and Amplified HIV Transmission Risk among Sexually Active HIV-Infected Individuals in Three Diverse International Settings". <u>AIDS Behav</u>. 2016 Apr;20(4):699-709. PMID: 26246068 PMCID: PMC4744579

717.   Colby DJ, Oldenburg CE, Nguyen T, Closson EF, Biello KB, **Mayer KH**, Mimiaga MJ. "HIV, Hepatitis C, and Other Sexually Transmitted Infections Among Male Sex Workers in Ho Chi Minh City, Vietnam". <u>AIDS Behav</u>. 2016 Apr;20(4):768-75. doi: 10.1007/s10461-015-1247-z. PMID: 26563761

718.   Glidden DV, Amico KR, Liu AY, Hosek SG, Anderson PL, Buchbinder SP, McMahan V, **Mayer KH**, Burns D, Schechter M, Grinsztejn B, Guanira J, Grant RM. "Symptoms, Side Effects and Adherence in the iPrEx Open-Label Extension". <u>Clin Infect Dis</u>. 2016 May 1;62(9):1172-7.  PMID: 26797207

719.   Reisner SL, Biello KB, White Hughto JM, Kuhns L, **Mayer KH**, Garofalo R, Mimiaga MJ. "Psychiatric Diagnoses and Comorbidities in a Diverse, Multicity Cohort of Young Transgender Women: Baseline Findings from Project LifeSkills". <u>JAMA Pediatr</u>. 2016 May 1;170(5):481-6. PMID: 26999485 PMCID: PMC4882090

720.   Ojikutu BO, Pathak S, Srithanaviboonchai K, Limbada M, Friedman R, Li S, Mimiaga MJ, **Mayer KH**, Safren SA; HIV Prevention Trials Network 063 Team. "Community Cultural Norms, Stigma and Disclosure to Sexual Partners among Women Living with HIV in Thailand, Brazil and Zambia (HPTN 063)". <u>PLoS One</u>. 2016 May 6;11(5):e0153600. doi: 10.1371/journal.pone.0153600. eCollection 2016. PMID: 27152618

721.   Tully DC, Ogilvie CB, Batorsky RE, Bean DJ, Power KA, Ghebremichael M, Bedard HE, Gladden AD, Seese AM, Amero MA, Lane K, McGrath G, Bazner SB, Tinsley J, Lennon NJ, Henn MR, Brumme ZL, Norris PJ, Rosenberg ES, **Mayer KH**, Jessen H, Kosakovsky Pond SL, Walker BD, Altfeld M, Carlson JM, Allen TM. "Differences in the Selection Bottleneck between Modes of Sexual Transmission Influence the Genetic Composition of the HIV-1 Founder Virus". PLoS Pathog. 2016 May 10;12(5):e1005619. PMID: 27163788

722.   **Mayer KH**, Crawford P, Dant L, Gillespie S, Singal R, Vandermeer M, Muench J, Long T, Quach T, Chaudhry A, Crane HM, Lembo D, Mills R, McBurnie MA. "HIV and Hepatitis C Virus Screening Practices in a Geographically Diverse

Sample of American Community Health Centers". <u>AIDS Patient Care STDS</u>. 2016 Jun;30(6):237-46. PMID:27286294

723.  Calabrese SK, Underhill K, Earnshaw VA, Hansen NB, Kershaw TS, Magnus M, Krakower DS, **Mayer KH**, Betancourt JR, Dovidio JF. "Framing HIV Pre-Exposure Prophylaxis (PrEP) for the General Public: How Inclusive Messaging May Prevent Prejudice from Diminishing Public Support". <u>AIDS Behav</u>. 2016 Jul;20(7):1499-513. PMID: 26891840

724.  Chan PA, Mena L, Patel R, Oldenburg CE, Beauchamps L, Perez-Brumer AG, Parker S, **Mayer KH**, Mimiaga JM, Nunn A.  "Retention in care outcomes for HIV pre-exposure prophylaxis implementation programmes among men who have sex with men in three US cities". <u>J Int AIDS Soc</u>. 2016 Jun 13;19(1):20903. PMID: 27302837

725.  Nichols GA, McBurnie M, Paul L, Potter JE, McCann S, **Mayer K**, Melgar G, D'Amato S, DeVoe JE. "The High Prevalence of Diabetes in a Large Cohort of Patients Drawn From Safety Net Clinics". <u>Prev Chronic Dis</u>. 2016 Jun 16;13:E78. PMID: 27309415 PMCID: PMC4927267

726.  Elsesser SA, Oldenburg CE, Biello KB, Mimiaga MJ, Safren SA, Egan JE, Novak DS, Krakower DS, Stall R, **Mayer KH**. "Seasons of Risk: Anticipated Behavior on Vacation and Interest in Episodic Antiretroviral Pre-exposure Prophylaxis (PrEP) Among a Large National Sample of U.S. Men Who Have Sex with Men (MSM)". <u>AIDS Behav</u>. 2016 Jul;20(7):1400-7.  PMID: 26538056

727.  Montgomery MC, Oldenburg CE, Nunn AS, Mena L, Anderson P, Liegler T, **Mayer KH**, Patel R, Almonte A, Chan PA. "Adherence to Pre-Exposure Prophylaxis for HIV Prevention in a Clinical Setting". <u>PLoS One</u>. 2016 Jun 22;11(6):e0157742. PMID: 27333000

728.  Gray GE, **Mayer KH**, Elizaga ML, Bekker LG, Allen M, Morris L, Montefiori D, De Rosa SC, Sato A, Gu N, Tomaras GD, Tucker T, Barnett SW, Mkhize NN, Shen X, Downing K, Williamson C, Pensiero M, Corey L, Williamson AL; NIAID-funded HIV Vaccine Trials Network. "Subtype C gp140 vaccine boosts immune responses primed by SAAVI DNA-C2 and MVA-C HIV vaccine after more than a two year gap (HVTN 073E/SAAVI 102)". <u>Clin Vaccine Immunol</u>. 2016 Jun 6;23(6):496-506. PMID: 27098021.  PMCID: PMC4895009

729.  Khanam R, Ahmed D, Rahman M, Alam MS, Amin M, Khan SI, **Mayer KH**, Azim T. "Antimicrobial susceptibility of N. gonorrhoeae in Bangladesh: 2014 update'. <u>Antimicrob Agents Chemother</u>. 2016 Jun 20;60(7):4418-9. PMID: 27185804 PMCID: PMC4914670

730.  Calabrese SK, Magnus M, **Mayer KH**, Krakower DS, Eldahan AI, Gaston Hawkins LA, Hansen NB, Kershaw TS, Underhill K, Betancourt JR, Dovidio JF. "Putting PrEP

into Practice: Lessons Learned from Early-Adopting U.S. Providers' Firsthand Experiences Providing HIV Pre-Exposure Prophylaxis and Associated Care". <u>PLoS One</u>. 2016 Jun 15;11(6):e0157324. PMID: 27304883

731. Oldenburg CE, Mitty JA, Biello KB, Closson EF, Safren SA, **Mayer KH**, Mimiaga MJ. "Differences in Attitudes About HIV Pre-Exposure Prophylaxis Use Among Stimulant Versus Alcohol Using Men Who Have Sex with Men". <u>AIDS Behav</u>. 2016 Jul;20(7):1451-60. PMID: 26462669

732. Biello KB, Oldenburg CE, Rosenberger J, **Mayer KH**, Novak D, Mimiaga MJ. "Is Involvement in Sex Work Associated with Engagement in HIV-Related Medical Care in Latin American Men Who Have Sex with Men (MSM)? Results of a Large, Multinational Internet Survey". <u>LGBT Health</u>. 2016 Jun;3(3):233-7. PMID: 26789395 PMCID: PMC4894012

733. Defechereux PA, Mehrotra M, Liu AY, McMahan VM, Glidden DV, **Mayer KH**, Vargas L, Amico KR, Chodacki P, Fernandez T, Avelino-Silva VI, Burns D, Grant RM; iPrEx Study Team. "Depression and Oral FTC/TDF Pre-exposure Prophylaxis (PrEP) Among Men and Transgender Women Who Have Sex With Men (MSM/TGW)". <u>AIDS Behav</u>. 2016 Jul;20(7):1478-88. PMID: 26078115

734. **Mayer KH**, Oldenburg CE, Novak DS, Elsesser SA, Krakower DS, Mimiaga MJ. "Early Adopters: Correlates of HIV Chemoprophylaxis Use in Recent Online Samples of US Men Who Have Sex with Men". <u>AIDS Behav</u>. 2016 Jul;20(7):1489-98. PMID: 26530863

735. Underhill K, Morrow KM, Colleran C, Calabrese SK, Operario D, Salovey P, **Mayer KH.** "Explaining the Efficacy of Pre-exposure Prophylaxis (PrEP) for HIV Prevention: A Qualitative Study of Message Framing and Messaging Preferences Among US Men Who have Sex with Men". <u>AIDS Behav</u>. 2016 Jul;20(7):1514-26. PMID: 25963772

736. Mehrotra ML, Glidden DV, McMahan V, Amico KR, Hosek S, Defechereux P, **Mayer KH**, Veloso VG, Bekker LG, Avelino-Silva VI, Schechter M, Grant RM. "The Effect of Depressive Symptoms on Adherence to Daily Oral PrEP in Men who have Sex with Men and Transgender Women: A Marginal Structural Model Analysis of The iPrEx OLE Study". <u>AIDS Behav</u>. 2016 Jul;20(7):1527-34. PMID: 27125241

737. Jain S, Oldenburg CE, Mimiaga MJ, **Mayer KH**. "High Levels of Concomitant Behavioral Health Disorders Among Patients Presenting for HIV Non-occupational Post-exposure Prophylaxis at a Boston Community Health Center Between 1997 and 2013". <u>AIDS Behav</u>. 2016 Jul;20(7):1556-63. PMID: 25689892

738. Beyrer C, Baral SD, Collins C, Richardson ET, Sullivan PS, Sanchez J, Trapence G, Katabira E, Kazatchkine M, Ryan O, Wirtz AL, **Mayer KH**. "The global response to

HIV in men who have sex with men". <u>Lancet</u>. 2016 Jul 9;388(10040):198-206. doi: 10.1016/S0140-6736(16)30781-4. Review. PMID: 27411880

739. Blashill AJ, Tomassilli J, Biello K, O'Cleirigh C, Safren SA, **Mayer KH**. "Body Dissatisfaction Among Sexual Minority Men: Psychological and Sexual Health Outcomes". <u>Arch Sex Behav</u>. 2016 Jul;45(5):1241-7. PMID: 26857379 PMCID: PMC4865402

740. Fogel JM, Hudelson SE, Ou SS, Hart S, Wallis C, Morgado MG, Saravanan S, Tripathy S, Hovind L, Piwowar-Manning E, Sabin D, McCauley M, Gamble T, Zhang XC, Eron JJ, Gallant JE, Kumwenda J, Makhema J, Kumarasamy N, Chariyalertsak S, Hakim J, Badal-Faesen S, Akelo V, Hosseinipour MC, Santos BR, Godbole SV, Pilotto JH, Grinsztejn B, Panchia R, **Mayer KH**, Chen YQ, Cohen MS, Eshleman SH. "HIV drug resistance in adults failing early antiretroviral treatment: results from the HIV Prevention Trials Network 052 trial". <u>J Acquir Immune Defic Syndr</u>. 2016 Jul 1;72(3):304-9. PMID: 26859828 PMCID: PMC4911290

741. Politch JA, **Mayer KH**, Anderson DJ. "HIV-1 is undetectable in pre-ejaculatory secretions from HIV-1-infected men on suppressive HAART". <u>AIDS</u>. 2016 Jul 31;30(12):1899-903. PMID: 27124897. PMCID: PMC4955709

742. Gibbons LE, Fredericksen R, Merrill JO, McCaul ME, Chander G, Hutton H, Lober WB, Mathews WC, **Mayer K**, Burkholder G, Willig JH, Mugavero MJ, Saag MS, Kitahata MM, Edwards TC, Patrick DL, Crane HM, Crane PK. "Suitability of the PROMIS alcohol use short form for screening in a HIV clinical care setting". <u>Drug Alcohol Depend</u>. 2016 Jul 1;164:113-9. PMID: 27209223 PMCID: PMC4896136

743. Chen I, Huang W, Connor MB, Frantzell A, Cummings V, Beauchamp GG, Griffith S, Fields SD, Scott HM, Shoptaw S, Del Rio C, Magnus M, Mannheimer S, Tieu HV, Wheeler DP, **Mayer KH**, Koblin BA, Eshleman SH. "CXCR4-using HIV variants in a cohort of Black men who have sex with men: HIV Prevention Trials Network 061". <u>HIV Clin Trials</u>. 2016 Jul;17(4):158-64. PMID: 27300696. PMCID: PMC5003405

744. Giguere R, Dolezal C, Bauermeister JA, Frasca T, Valladares J, Febo I, Cranston RD, **Mayer K**, McGowan I, Carballo-Diéguez A. "Influence of Partner Type on Acceptability and Likelihood of Use of a Rectal Microbicide Among Young Men Who Have Sex With Men in the United States and Puerto Rico". <u>J Sex Res</u>. 2016 Jul-Aug;53(6):633-41. PMID: 26132717 PMCID: PMC4698091

745. **Mayer KH**, Grinsztejn B, El-Sadr WM. "Transgender People and HIV Prevention: What We Know and What We Need to Know, a Call to Action". <u>J Acquir Immune Defic Syndr</u>. 2016 Aug 15;72 Suppl 3:S207-S209. PMID: 27429184

746. Oldenburg CE, Bärnighausen T, Tanser F, Iwuji CC, De Gruttola V, Seage GR 3rd, Mimiaga MJ, **Mayer KH**, Pillay D, Harling G. "Antiretroviral therapy to prevent HIV

acquisition in serodiscordant couples in a hyperendemic community in rural South Africa'. <u>Clin Infect Dis</u>. 2016 Aug 15;63(4):548-54. PMID: 27208044

747.  Pakula B, Marshall BD, Shoveller JA, Chesney MA, Coates TJ, Koblin B, **Mayer K**, Mimiaga M, Operario D. "Gradients in Depressive Symptoms by Socioeconomic Position Among Men Who Have Sex With Men in the EXPLORE Study". <u>J Homosex</u>. 2016 Aug;63(8):1146-60. PMID: 26950686

748.  Mimiaga MJ, Closson EF, Biello KB, Nguyen H, Nguyen QH, Oldenburg CE, Lan HT, Safren SA, **Mayer KH**, Colby DJ. "A Group-Based Sexual Risk Reduction Intervention for Men Who Have Sex With Men in Ho Chi Minh City, Vietnam: Feasibility, Acceptability, and Preliminary Efficacy". <u>Arch Sex Behav</u>. 2016 Aug;45(6):1493-500. PMID: 26721662

749.  Safren SA, Hughes JP, Mimiaga MJ, Moore AT, Friedman RK, Srithanaviboonchai K, Limbada M, Williamson BD, Elharrar V, Cummings V, Magidson JF, Gaydos CA, Celentano DD, **Mayer KH**; HPTN063 Study Team. "Frequency and predictors of estimated HIV transmissions and bacterial STI acquisition among HIV-positive patients in HIV care across three continents". <u>J Int AIDS Soc</u>. 2016 Sep 28;19(1):21096. PMID: 27687145

750.  Cohen MS, Chen YQ, McCauley M, Gamble T, Hosseinipour MC, Kumarasamy N, Hakim JG, Kumwenda J, Grinsztejn B, Pilotto JH, Godbole SV, Chariyalertsak S, Santos BR, **Mayer KH**, Hoffman IF, Eshleman SH, Piwowar-Manning E, Cottle L, Zhang XC, Makhema J, Mills LA, Panchia R, Faesen S, Eron J, Gallant J, Havlir D, Swindells S, Elharrar V, Burns D, Taha TE, Nielsen-Saines K, Celentano DD, Essex M, Hudelson SE, Redd AD, Fleming TR; HPTN 052 Study Team. "Antiretroviral Therapy for the Prevention of HIV-1 Transmission". <u>N Engl J Med</u>. 2016 Sep 1;375(9):830-9. PMID: 27424812 PMCID: PMC5049503

751.  Wray TB, Pantalone DW, Kahler CW, Monti PM, **Mayer KH**. "The role of discrimination in alcohol-related problems in samples of heavy drinking HIV-negative and positive men who have sex with men (MSM)". <u>Drug Alcohol Depend</u>. 2016 Sep 1;166:226-34. PMID: 27481457 PMCID: PMC4983543

752.  Chan BT, Pradeep A, **Mayer KH**, Kumarasamy N. "Attitudes of Indian HIV Clinicians Toward Depression in People Living with HIV". <u>Ann Glob Health</u>. 2016 Sep - Oct;82(5):792-797. PMID: 28283131

753.  Giguere R, Frasca T, Dolezal C, Febo I, Cranston RD, **Mayer K**, McGowan I, Carballo-Diéguez A. "Acceptability of Three Novel HIV Prevention Methods Among Young Male and Transgender Female Sex Workers in Puerto Rico". <u>AIDS Behav</u>. 2016 Oct;20(10):2192-202. PMID: 27048236

754.   Krakower DS, **Mayer KH**. "Renal Function and Tenofovir Disoproxil Fumarate for PrEP: How safe is safe enough?" <u>J Infect Dis</u>. 2016 Oct 1;214(7):983-5. PMID: 27122594

755.   Krakower DS, Maloney KM, Grasso C, Melbourne K, **Mayer KH**. "Primary care clinicians' experiences prescribing HIV pre-exposure prophylaxis at a specialized community health centre in Boston: lessons from early adopters". <u>J Int AIDS Soc</u>. 2016 Oct 11;19(1):21165. PMID: 27733238 PMCID: PMC5061879

756.   Escudero DJ, Lurie MN, **Mayer KH**, Weinreb C, King M, Galea S, Friedman SR, Marshall BD. "Acute HIV infection transmission among people who inject drugs in a mature epidemic setting". <u>AIDS</u>. 2016 Oct 23;30(16):2537-2544. PMID: 27490641

757.   Subbaraman R, Nathavitharana RR, Satyanarayana S, Pai M, Thomas BE, Chadha VK, Rade K, Swaminathan S, **Mayer KH**. "The Tuberculosis Cascade of Care in India's Public Sector: A Systematic Review and Meta-analysis". <u>PLoS Med</u>. 2016 Oct 25;13(10):e1002149. PMID: 27780217

758.   Romas L, Birse K, **Mayer KH**, Abou M, Westmacott G, Giguere R, Febo I, Cranston RD, Carballo-Diéguez A, McGowan I, Burgener A. "Rectal 1% tenofovir gel use associates with altered epidermal protein expression". <u>AIDS Res Hum Retroviruses</u>. 2016 Oct/Nov;32(10-11):1005-1015. PMID: 27316778 PMCID: PMC5067863

759.   Rieckmann T, Muench J, McBurnie MA, Leo MC, Crawford P, Ford D 2nd, Stubbs J, O'Cleirigh C, **Mayer KH**, Fiscella K, Wright N, Doe-Simkins M, Cuddeback M, Salisbury-Afshar E, Nelson C. "Medication Assisted Treatment for Substance Use Disorders within a National Community Health Center Research Network". <u>Subst Abus</u>. 2016 Oct-Dec;37(4):625-634. PMID: 27218678

760.   Safren SA, Bedoya CA, O'Cleirigh C, Biello KB, Pinkston MM, Stein MD, Traeger L, Kojic E, Robbins GK, Lerner JA, Herman DS, Mimiaga MJ, **Mayer KH**. "Cognitive behavioural therapy for adherence and depression in patients with HIV: a three-arm randomised controlled trial". <u>Lancet HIV</u>. 2016 Nov;3(11):e529-e538. PMID: 27658881

761.   Gandhi M, Glidden DV, **Mayer K**, Schechter M, Buchbinder S, Grinsztejn B, Hosek S, Casapia M, Guanira J, Bekker LG, Louie A, Horng H, Benet LZ, Liu A, Grant RM. "Association of age, baseline kidney function, and medication exposure with declines in creatinine clearance on pre-exposure prophylaxis: an observational cohort study". <u>Lancet HIV</u>. 2016 Nov;3(11):e521-e528.  PMID: 27658870

762.   Chan PA, Glynn TR, Oldenburg CE, Montgomery MC, Robinette AE, Almonte A, Raifman J, Mena L, Patel R, **Mayer KH**, Beauchamps LS, Nunn AS. "Implementation of Preexposure Prophylaxis for Human Immunodeficiency Virus Prevention Among Men Who Have Sex With Men at a New England Sexually Transmitted Diseases Clinic". <u>Sex Transm Dis</u>. 2016 Nov;43(11):717-723. PMID: 27893604

763. Fredericksen RJ, Tufano J, Ralston J, McReynolds J, Stewart M, Lober WB, **Mayer KH**, Mathews WC, Mugavero MJ, Crane PK, Crane HM. "Provider perceptions of the value of same-day, electronic patient-reported measures for use in clinical HIV care". <u>AIDS Care</u>. 2016 Nov;28(11):1428-33. PMID: 27237187

764. Monnig MA, Kahler CW, Cioe PA, Tucker L, Monti PM, **Mayer KH**, Ramratnam B. "Alcohol use predicts elevation in inflammatory marker soluble CD14 in men living with HIV". <u>AIDS Care</u>. 2016 Nov;28(11):1434-40. PMID: 27242060 PMCID: PMC5017898

765. Fontenot HB, Lee-St John T, Vetters R, Funk D, Grasso C, **Mayer KH**. "The Association of Health Seeking Behaviors With Human Papillomavirus Vaccination Status Among High-Risk Urban Youth". <u>Sex Transm Dis</u>. 2016 Dec;43(12):771-777. PMID: 27835629

766. Monroe AK, Lau B, Mugavero MJ, Mathews WC, **Mayer KH**, Napravnik S, Hutton HE, Kim HH, Jabour S, Moore RD, McCaul ME, Christopoulos KA, Crane HC, Chander G. "Heavy Alcohol Use is Associated with Worse Retention in HIV Care". <u>J Acquir Immune Defic Syndr</u>. 2016 Dec 1;73(4):419-425. PMID: 27243904

767. Chen I, Chau G, Wang J, Clarke W, Marzinke MA, Cummings V, Breaud A, Laeyendecker O, Fields SD, Griffith S, Scott HM, Shoptaw S, Del Rio C, Magnus M, Mannheimer S, Tieu HV, Wheeler DP, **Mayer KH**, Koblin BA, Eshleman SH. "Analysis of HIV Diversity in HIV-Infected Black Men Who Have Sex with Men (HPTN 061)". <u>PLoS One</u>. 2016 Dec 9;11(12):e0167629. PMID: 27936098

768. Stahlman S, Beyrer C, Sullivan PS, **Mayer KH**, Baral SD. "Engagement of Gay Men and Other Men Who Have Sex with Men (MSM) in the Response to HIV: A Critical Step in Achieving an AIDS-Free Generation". <u>AIDS Behav</u>. 2016 Dec;20(Suppl 3):330-340. PMID: 27048235

769. Hosek S, Rudy B, Landovitz R, Kapogiannis B, Siberry G, Rutledge B, Liu N, Brothers J, Mulligan K, Zimet G, Lally M, **Mayer K**, Anderson P, Kiser J, Rooney J, Wilson CM; Adolescent Trials Network (ATN) for HIVAIDS Interventions. "An HIV Pre-Exposure Prophylaxis (PrEP) Demonstration Project and Safety Study for Young MSM". <u>J Acquir Immune Defic Syndr</u>. 2017 Jan 1;74(1):21-29. PMID: 27632233 PMCID: PMC5140725

770. Biello KB, Malone J, **Mayer KH**, Bazzi AR, Mimiaga MJ. "Designing a sexual network study of men who have sex with other men: exploring racial and ethnic preferences in study designs and methods". <u>AIDS Care</u>. 2017 Jan; 29(1):56-60. PMID: 27315021

771. Chai PR, Carreiro S, Innes BJ, Rosen RK, O'Cleirigh C, **Mayer KH**, Boyer EW. "Digital Pills to Measure Opioid Ingestion Patterns in Emergency Department Patients

With Acute Fracture Pain: A Pilot Study". J Med Internet Res. 2017 Jan 13;19(1):e19. PMID: 28087496

772. Nunn A, Brinkley-Rubinstein L, Rose J, **Mayer K**, Stopka T, Towey C, Harvey J, Santamaria K, Sabatino K, Trooskin S, Chan PA. "Latent class analysis of acceptability and willingness to pay for self-HIV testing in a United States urban neighbourhood with high rates of HIV infection". J Int AIDS Soc. 2017 Jan 17;20(1):1-9. PMID: 28364562 PMCID: PMC5467603

773. Gulick RM, Wilkin TJ, Chen YQ, Landovitz RJ, Amico KR, Young AM, Richardson P, Marzinke MA, Hendrix CW, Eshleman SH, McGowan I, Cottle LM, Andrade A, Marcus C, Klingman KL, Chege W, Rinehart AR, Rooney JF, Andrew P, Salata RA, Magnus M, Farley JE, Liu A, Frank I, Ho K, Santana J, Stekler JD, McCauley M, Mayer KH. "PHASE 2 STUDY OF THE SAFETY AND TOLERABILITY OF MARAVIROC-CONTAINING REGIMENS TO PREVENT HIV INFECTION IN MEN WHO HAVE SEX WITH MEN (MSM) (HPTN 069/ACTG A5305)". J Infect Dis. 2017 Jan 15;215(2):238-246. PMID: 27811319

774. Biello KB, Oldenburg CE, Mitty JA, Closson EF, **Mayer KH**, Safren SA, Mimiaga MJ. "The "Safe Sex" Conundrum: Anticipated Stigma From Sexual Partners as a Barrier to PrEP Use Among Substance Using MSM Engaging in Transactional Sex". AIDS Behav. 2017 Jan;21(1):300-306. PMID: 27351194

775. Eshleman SH, Hudelson SE, Redd AD, Swanstrom R, Ou SS, Zhang XC, Ping LH, Piwowar-Manning E, Porcella SF, Sievers MF, Martens CA, Bruno D, Dukhovlinova E, McCauley M, Gamble T, Fogel JM, Sabin D, Quinn TC, Gunde L, Maliwichi M, Nhando N, Akelo V, Moyo S, Panchia R, Kumarasamy N, Chotirosniramit N, Gonçalves de Melo M, Pilotto J, Grinsztejn B, **Mayer K**, Chen YQ, Hughes JP, Cohen MS. "Treatment as Prevention: Characterization of partner infections in the HIV Prevention Trials Network 052 trial". J Acquir Immune Defic Syndr. 2017 Jan 1;74(1):112-116. PMID: 27532476 PMCID: PMC5140698

776. Saag MS, Westfall AO, Cole SR, Mathews WC, Drozd DR, **Mayer KH**, Burkholder GA, Kitahata M, Maiese EM; CFAR Network of Integrated Clinical Systems (CNICS). "Factors associated with the selection of initial antiretroviral therapy from 2009 to 2012". J Acquir Immune Defic Syndr. 2017 Jan 1;74(1):60-64. PMID: 27552153 PMCID: PMC5140679

777. Khanam R, Reza M, Ahmed D, Rahman M, Alam MS, Sultana S, Alam A, Khan SI, **Mayer KH**, Azim T. "Sexually Transmitted Infections and Associated Risk Factors Among Street-Based and Residence-Based Female Sex Workers in Dhaka, Bangladesh". Sex Transm Dis. 2017 Jan;44(1):21-28. PMID: 27898572

778. Buchacz K, Farrior J, Beauchamp G, McKinstry L, Kurth AE, Zingman BS, Gordin FM, Donnell D, **Mayer KH**, El-Sadr WM, Branson B; HPTN Study 065. "Changing Clinician Practices and Attitudes Regarding the Use of Antiretroviral Therapy for HIV

Treatment and Prevention: Results from the HPTN 065 Study". <u>J Int Assoc Provid AIDS Care</u>. 2017 Jan/Feb;16(1):81-90. PMID: 27708115

779.   Silapaswan A, Krakower D, **Mayer KH**. "Pre-Exposure Prophylaxis: A Narrative Review of Provider Behavior and Interventions to Increase PrEP Implementation in Primary Care". <u>J Gen Intern Med</u>. 2017 Feb;32(2):192-198. PMID: 27761767 PMCID: PMC5264683

780.   Perez-Brumer AG, Reisner SL, McLean SA, Silva-Santisteban A, Huerta L, **Mayer KH**, Sanchez J, Clark JL, Mimiaga MJ, Lama JR. "Leveraging social capital: multilevel stigma, associated HIV vulnerabilities, and social resilience strategies among transgender women in Lima, Peru". <u>J Int AIDS Soc</u>. 2017 Feb 27;20(1):1-8. PMID: 28362064

781.   Taylor SW, Psaros C, Pantalone DW, Tinsley J, Elsesser SA, **Mayer KH**, Safren SA. "'Life-Steps' for PrEP Adherence: Demonstration of a CBT-based Intervention to Increase Adherence to Pre-exposure Prophylaxis (PrEP) Medication among Sexual Minority Men at High-Risk for HIV Acquisition. <u>Cogn Behav Pract</u>. 2017 Feb;24(1):38-49 PMID: 28392673

782.   Biello KB, Thomas BE, Johnson BE, Closson EF, Navakodi P, Dhanalakshmi A, Menon S, **Mayer KH**, Safren SA, Mimiaga MJ. "Transactional sex and the challenges to safer sexual behaviors: a study among male sex workers in Chennai, India". <u>AIDS Care</u>. 2017 Feb;29(2):231-238. PMID: 27397549

783.   Crane HM, Nance RM, Merrill JO, Hutton H, Chander G, McCaul ME, Mathews WC, Fredericksen R, Simoni JM, **Mayer K**, Mugavero MJ, Willig JH, Burkholder G, Drozd DR, Mimiaga M, Lau B, Kim HN, Cropsey K, Moore RD, Christopoulos K, Geng E, Eron JJ, Napravnik S, Kitahata MM, Saag MS, Delaney JA. "Not all non-drinkers with HIV are equal: demographic and clinical comparisons among current non-drinkers with and without a history of prior alcohol use disorders". <u>AIDS Care</u>. 2017 Feb;29(2):177-184.  PMID: 27482893

784.   Ross I, Mejia C, Melendez J, Chan PA, Nunn AC, Powderly W, Goodenberger K, Liu J, **Mayer KH**, Patel RR. "Awareness and attitudes of pre-exposure prophylaxis for HIV prevention among physicians in Guatemala: Implications for country-wide implementation". <u>PLoS One</u>. 2017 Mar 3;12(3):e0173057. PMID: 28257475 PMCID: PMC5336255

785.   Oldenburg CE, Biello KB, Perez-Brumer AG, Rosenberger J, Novak DS, **Mayer KH**, Mimiaga MJ. "HIV testing practices and the potential role of HIV self-testing among men who have sex with men in Mexico". <u>Int J STD AIDS</u>. 2017 Mar;28(3):242-249. PMID: 27020081 PMCID: PMC5039047

786.   Cranston RD, Lama JR, Richardson BA, Carballo-Diéguez A, Kunjara Na Ayudhya RP, Liu K, Patterson KB, Leu CS, Galaska B, Jacobson CE, Parikh UM, Marzinke

MA, Hendrix CW, Johnson S, Piper JM, Grossman C, Ho KS, Lucas J, Pickett J, Bekker LG, Chariyalertsak S, Chitwarakorn A, Gonzales P, Holtz TH, Liu AY, **Mayer KH**, Zorrilla C, Schwartz JL, Rooney J, McGowan I; MTN-017 Protocol Team. "MTN-017: A Rectal Phase 2 Extended Safety and Acceptability Study of Tenofovir Reduced-Glycerin 1% Gel". <u>Clin Infect Dis</u>. 2017 Mar 1;64(5):614-620. PMID: 27986684

787. Nunn AS, Brinkley-Rubinstein L, Oldenburg CE, **Mayer KH**, Mimiaga M, Patel R, Chan PA. "Defining the HIV Pre-Exposure Prophylaxis Care Continuum". <u>AIDS</u>. 2017 Mar 13;31(5):731-734. PMID: 28060019 PMCID: PMC5333727

788. Boone-Heinonen J, Tillotson CJ, O'Malley JP, Cottrell EK, Gaudino JA, Amofah A, Rivo ML, Brickman A, **Mayer K**, McBurnie MA, Gold R, DeVoe JE. "Characterizing a "Big Data" Cohort of Over 200,000 Low-Income U.S. Infants and Children for Obesity Research: The ADVANCE Early Life Cohort". <u>Matern Child Health J</u>. 2017 Mar;21(3):421-431. PMID: 28093689

789. Kumar SR, Pooranagangadevi N, Rajendran M, **Mayer K**, Flanigan T, Niaura R, Balaguru S, Venkatesan P, Swaminathan S. "Physician's advice on quitting smoking in HIV and TB patients in south India: a randomised clinical trial". <u>Public Health Action</u>. 2017 Mar 21;7(1):39-45.

790. Hartzler B, Dombrowski JC, Crane HM, Eron JJ, Geng EH, Christopher Mathews W, **Mayer KH**, Moore RD, Mugavero MJ, Napravnik S, Rodriguez B, Donovan DM. "Prevalence and Predictors of Substance Use Disorders Among HIV Care Enrollees in the United States". <u>AIDS Behav</u>. 2017 Apr;21(4):1138-1148. PMID: 27738780

791. Merchant RC, Clark MA, Liu T, Rosenberger JG, Romanoff J, Bauermeister J, **Mayer KH**. "Preferences for oral fluid rapid HIV self-testing among social media-using young black, Hispanic, and white men-who-have-sex-with-men (YMSM): implications for future interventions". <u>Public Health</u>. 2017 Apr;145:7-19. PMID: 28359394

792. Ransome Y, Batson A, Galea S, Kawachi I, Nash D, **Mayer KH**. "The relationship between higher social trust and lower late HIV diagnosis and mortality differs by race/ethnicity: results from a state-level analysis". <u>J Int AIDS Soc</u>. 2017 Apr 6;20(1):1-9. PMID: 28406271

793. Calabrese SK, Magnus M, **Mayer KH**, Krakower DS, Eldahan AI, Hawkins LAG, Underhill K, Hansen NB, Kershaw TS, Betancourt JR, Dovidio JF. "'Support Your Client at the Space That They're in': HIV Pre-Exposure Prophylaxis (PrEP) Prescribers' Perspectives on PrEP-Related Risk Compensation". <u>AIDS Patient Care STDS</u>. 2017 Apr;31(4):196-204. PMID: 28414261

794. Gibbons LE, Fredericksen R, Batey DS, Dant L, Edwards TC, **Mayer KH**, Mathews WC, Morales LS, Mugavero MJ, Yang FM, Paez E, Kitahata MM, Patrick D, Crane

HM, Crane PK; Centers for AIDS Research Network of Integrated Clinical Systems (CNICS). "Validity assessment of the PROMIS Fatigue domain among people living with HIV". <u>AIDS Res Ther</u>. 2017 Apr 11;14:21. PMID:28400850.  PMCID: PMC5387298.

795.  Nance RM, Delaney JA, Golin CE, Wechsberg WM, Cunningham C, Altice F, Christopoulos K, Knight K, Quan V, Gordon MS, Springer S, Young J, Crane PK, **Mayer KH**, Mugavero MJ, Del Rio C, Kronmal RA, Crane HM. "Co-calibration of two self-reported measures of adherence to antiretroviral therapy". <u>AIDS Care</u>. 2017 Apr;29(4):464-468. PMID: 27910703 PMCID: PMC5291764

796.  **Mayer KH**, Safren SA, Elsesser SA, Psaros C, Tinsley JP, Marzinke M, Clarke W, Hendrix C, Wade Taylor S, Haberer J, Mimiaga MJ. Optimizing Pre-Exposure Antiretroviral Prophylaxis Adherence in Men Who Have Sex with Men: Results of a Pilot Randomized Controlled Trial of "Life-Steps for PrEP". <u>AIDS Behav</u>. 2017 May;21(5):1350-1360. PMID: 27848089 PMCID: PMC5380582

797.  Cranston K, John B, Fukuda HD, Randall LM, Mermin J, **Mayer KH**, DeMaria A Jr. "Sustained Reduction in HIV Diagnoses in Massachusetts, 2000-2014". <u>Am J Public Health</u>. 2017 May;107(5):794-799. PMID: 28398778

798.  Truong HM, Mehrotra M, Montoya O, Lama JR, Guanira JV, Casapía M, Veloso VG, Buchbinder SP, **Mayer KH**, Chariyalertsak S, Schechter M, Bekker LG, Kallás EG, Grant RM. "International Sexual Partnerships May Be Shaped by Sexual Histories and Socioeconomic Status". <u>Sex Transm Dis</u>. 2017 May;44(5):306-309. PMID: 28407648

799.  Thomas B, Closson EF, Biello K, Menon S, Navakodi P, Dhanalakshmi A, **Mayer KH**, Safren SA, Mimiaga MJ. "Development and Open Pilot Trial of an HIV-Prevention Intervention Integrating Mobile-Phone Technology for Male Sex Workers in Chennai, India". <u>Arch Sex Behav</u>. 2017 May;46(4):1035-1046. PMID: 26714684 PMCID:PMC5432404

800.  Eshleman SH, Wilson EA, Zhang XC, Ou SS, Piwowar-Manning E, Eron JJ, McCauley M, Gamble T, Gallant JE, Hosseinipour MC, Kumarasamy N, Hakim JG, Kalonga B, Pilotto JH, Grinsztejn B, Godbole SV, Chotirosniramit N, Santos BR, Shava E, Mills LA, Panchia R, Mwelase N, **Mayer KH**, Chen YQ, Cohen MS, Fogel JM. "Virologic outcomes in early antiretroviral treatment: HPTN 052". <u>HIV Clin Trials</u>. 2017 May;18(3):100-109. PMID: 28385131

801.  Patel RR, Mena L, Nunn A, McBride T, Harrison LC, Oldenburg CE, Liu J, **Mayer KH**, Chan PA. "Impact of insurance coverage on utilization of pre-exposure prophylaxis for HIV prevention". <u>PLoS One</u>. 2017 May 30;12(5):e0178737. PMID: 28558067 PMCID: PMC5448799

802.  Frasca T, Giguere R, Ibitoye M, Dolezal C, Febo I, Cranston RD, **Mayer K**, McGowan I, Carballo-Diéguez A. "Lessons for Rectal Microbicide Development

From an Acceptability Trial of a Placebo Gel Applied Prior to Receptive Anal Intercourse". Arch Sex Behav. 2017 May;46(4):1101-1109. PMID: 27129533 PMCID: PMC5086303

803.    Hickson DA, Mena LA, Wilton L, Tieu HV, Koblin BA, Cummings V, Latkin C, **Mayer KH**. "Sexual Networks, Dyadic Characteristics, and HIV Acquisition and Transmission Behaviors Among Black Men Who Have Sex With Men in 6 US Cities". Am J Epidemiol. 2017 May 1;185(9):786-800. PMID: 28402405

804.    Patel RR, Harrison LC, Patel VV, Chan PA, **Mayer KH**, Reno HE, Manning T. "HIV Pre-exposure Prophylaxis Programs Incorporating Social Applications Can Reach At-Risk Men Who Have Sex With Men for Successful Linkage to Care in Missouri, USA". J Assoc Nurses AIDS Care. 2017 May - Jun;28(3):428-430. PMID: 28216178 PMCID: PMC5401794

805.    Bauermeister J, Giguere R, Leu CS, Febo I, Cranston R, **Mayer K**, Carballo-Diéguez A. "Interactive Voice Response System: Data Considerations and Lessons Learned During a Rectal Microbicide Placebo Adherence Trial for Young Men Who Have Sex With Men". J Med Internet Res. 2017 Jun 9;19(6):e207. PMID: 28600275

806.    Cioe PA, Gamarel KE, Pantalone DW, Monti PM, **Mayer KH**, Kahler CW. "Characteristics of intermittent smokers and their association with quit intentions in a sample of heavy-drinking HIV-infected men who have sex with men". AIDS Care. 2017 Jun;29(6):759-766. PMID: 27690619

807.    Chan BT, Pradeep A, Prasad L, Murugesan V, Chandrasekaran E, Kumarasamy N, **Mayer KH**. "Prevalence and correlates of psychosocial conditions among people living with HIV in southern India". AIDS Care. 2017 Jun;29(6):746-750. PMID: 27643850

808.    Wang K, White Hughto JM, Biello KB, O'Cleirigh C, **Mayer KH**, Rosenberger JG, Novak DS, Mimiaga MJ. "The role of distress intolerance in the relationship between childhood sexual abuse and problematic alcohol use among Latin American MSM". Drug Alcohol Depend. 2017 Jun 1;175:151-156. PMID: 28432938 PMCID: PMC5487024

809.    Hartzler B, Carlini BH, Newville H, Crane HM, Eron JJ, Geng EH, Mathews WC, **Mayer KH**, Moore RD, Mugavero MJ, Napravnik S, Rodriguez B, Donovan DM. "Identifying HIV care enrollees at-risk for cannabis use disorder". AIDS Care. 2017 Jul;29(7):846-850. PMID: 28006972

810.    Bogart LM, Dale SK, Christian J, Patel K, Daffin GK, **Mayer KH**, Pantalone DW. "Coping with discrimination among HIV-positive Black men who have sex with men". Cult Health Sex. 2017 Jul;19(7):723-737. PMID: 27885963 PMCID: PMC5445012

811. Chamberlain N, Crosby RA, Mena L, Chan PA, **Mayer KH**. "Is Patient-Reported Exposure a Reliable Indicator for Anogenital Gonorrhea and Chlamydia Screening in Young Black Men Who Have Sex With Men?" Sex Transm Dis. 2017 Jul;44(7):390-392. PMID: 28608787 PMCID: PMC5471622

812. Escudero DJ, Lurie MN, **Mayer KH**, King M, Galea S, Friedman SR, Marshall BDL. "The risk of HIV transmission at each step of the HIV care continuum among people who inject drugs: a modeling study". BMC Public Health. 2017 Jul 25;17(1):614. PMID: 28738861

813. Cioe PA, Gamarel KE, Pantalone DW, Monti PM, **Mayer KH**, Kahler CW. "Cigarette Smoking and Antiretroviral Therapy (ART) Adherence in a Sample of Heavy Drinking HIV-Infected Men Who Have Sex with Men (MSM)". AIDS Behav. 2017 Jul;21(7):1956-1963. PMID: 27439456 PMCID: PMC5250588

814. Kim HN, Crane HM, Rodriguez CV, Van Rompaey S, **Mayer KH**, Christopoulos K, Napravnik S, Chander G, Hutton H, McCaul ME, Cachay ER, Mugavero MJ, Moore R, Geng E, Eron JJ, Saag MS, Merrill JO, Kitahata MM. "The Role of Current and Historical Alcohol Use in Hepatic Fibrosis Among HIV-Infected Individuals". AIDS Behav. 2017 Jul;21(7):1878-1884. PMID: 28035496

815. Crane HM, McCaul ME, Chander G, Hutton H, Nance RM, Delaney JA, Merrill JO, Lau B, **Mayer KH**, Mugavero MJ, Mimiaga M, Willig JH, Burkholder GA, Drozd DR, Fredericksen RJ, Cropsey K, Moore RD, Simoni JM, Christopher Mathews W, Eron JJ, Napravnik S, Christopoulos K, Geng E, Saag MS, Kitahata MM. "Prevalence and Factors Associated with Hazardous Alcohol Use Among Persons Living with HIV Across the US in the Current Era of Antiretroviral Treatment". AIDS Behav. 2017 Jul;21(7):1914-1925. PMID: 28285434

816. Huang Y, Zhang L, Ledgerwood J, Grunenberg N, Bailer R, Isaacs A, Seaton K, **Mayer KH**, Capparelli E, Corey L, Gilbert PB. "Population pharmacokinetics analysis of VRC01, an HIV-1 broadly neutralizing monoclonal antibody, in healthy adults". MAbs. 2017 Jul;9(5):792-800. PMID: 28368743

817. Chen I, Zhang Y, Cummings V, Cloherty GA, Connor M, Beauchamp G, Griffith S, Rose S, Gallant J, Scott HM, Shoptaw S, Del Rio C, Kuo I, Mannheimer S, Tieu HV, Hurt CB, Fields SD, Wheeler DP, **Mayer KH**, Koblin BA, Eshleman SH. "Analysis of HIV Integrase Resistance in Black Men Who Have Sex with Men in the United States". AIDS Res Hum Retroviruses. 2017 Jul;33(7):745-748. PMID: 28384058 PMCID: PMC5512295

818. Anderson DJ, Politch JA, Zeitlin L, Hiatt A, Kadasia K, **Mayer KH**, Ruprecht RM, Villinger F, Whaley KJ. "Systemic and topical use of monoclonal antibodies to prevent the sexual transmission of HIV". AIDS. 2017 Jul 17;31(11):1505-1517. PMID: 28463876

819.   Krakower DS, Ware NC, Maloney KM, Wilson IB, Wong JB, **Mayer KH**. "Differing Experiences with Pre-Exposure Prophylaxis in Boston Among Lesbian, Gay, Bisexual, and Transgender Specialists and Generalists in Primary Care: Implications for Scale-Up". AIDS Patient Care STDS. 2017 Jul;31(7):297-304. PMID: 28574774 PMCID: PMC5512323

820.   **Mayer KH**, Jones D, Oldenburg C, Jain S, Gelman M, Zaslow S, Grasso C, Mimiaga MJ. "Optimal HIV Postexposure Prophylaxis Regimen Completion With Single Tablet Daily Elvitegravir/Cobicistat/Tenofovir Disoproxil Fumarate/Emtricitabine Compared With More Frequent Dosing Regimens". J Acquir Immune Defic Syndr. 2017 Aug 15;75(5):535-539. PMID: 28696345

821.   Lee JS, Cole SR, Richardson DB, Dittmer DP, Miller WC, Moore RD, Kitahata M, Mathews C, **Mayer K**, Geng E, Achenbach CJ, Eron JJ Jr; CNICS investigators. "Incomplete viral suppression and mortality in HIV patients after antiretroviral therapy initiation". AIDS. 2017 Sep 10;31(14):1989-1997. PMID: 28650383

822.   Merchant RC, Romanoff J, Clark MA, Liu T, Rosenberger JG, Bauermeister J, **Mayer KH**. "Variations in Recruitment Yield and Characteristics of Participants Recruited Across Diverse Internet Platforms in an HIV Testing Study of Young Adult Men-Who-Have-Sex-With-Men (YMSM)". Am J Mens Health. 2017 Sep;11(5):1342-1357. PMID: 28691552

823.   Gulick RM, Wilkin TJ, Chen YQ, Landovitz RJ, Amico KR, Young AM, Richardson P, Marzinke MA, Hendrix CW, Eshleman SH, McGowan I, Cottle LM, Andrade A, Marcus C, Klingman KL, Chege W, Rinehart AR, Rooney JF, Andrew P, Salata RA, Siegel M, Manabe YC, Frank I, Ho K, Santana J, Stekler JD, Swaminathan S, McCauley M, Hodder S, **Mayer KH**. "Safety and Tolerability of Maraviroc-Containing Regimens to Prevent HIV Infection in Women: A Phase 2 Randomized Trial". Ann Intern Med. 2017 Sep 19;167(6):384-393. PMID: 28828489

824.   Monnig MA, Kahler CW, Cioe PA, Monti PM, **Mayer KH**, Pantalone DW, Cohen RA, Ramratnam B. "Markers of Microbial Translocation and Immune Activation Predict Cognitive Processing Speed in Heavy-Drinking Men Living with HIV". Microorganisms. 2017 Sep 21;5(4). PMID: 28934108

825.   Nelson LE, Wilton L, Zhang N, Regan R, Thach CT, Dyer TV, Kushwaha S, Sanders RE 2nd, Ndoye O, **Mayer KH**; HPTN 061 Study Team. "Childhood Exposure to Religions With High Prevalence of Members Who Discourage Homosexuality Is Associated With Adult HIV Risk Behaviors and HIV Infection in Black Men Who Have Sex With Men". Am J Mens Health. 2016 Jan 12. pii: 1557988315626264. [Epub ahead of print] PMID: 26758708

826.   Oldenburg CE, Perez-Brumer AG, Reisner SL, **Mayer KH**, Mimiaga MJ, Hatzenbuehler ML, Bärnighausen T. "Human rights protections and HIV prevalence among MSM who sell sex: Cross-country comparisons from a systematic review and

meta-analysis". <u>Glob Public Health</u>. 2016 Mar 15:1-12. [Epub ahead of print] PMID: 26979302

827.  McGowan I, Cranston RD, **Mayer KH**, Febo I, Duffill K, Siegel A, Engstrom JC, Nikiforov A, Park SY, Brand RM, Jacobson C, Giguere R, Dolezal C, Frasca T, Leu CS, Schwartz JL, Carballo-Diéguez A. "Project Gel a Randomized Rectal Microbicide Safety and Acceptability Study in Young Men and Transgender Women". <u>PLoS One</u>. 2016 Jun 30;11(6):e0158310. doi: 10.1371/journal.pone.0158310. eCollection 2016. PMID: 27362788

828.  Oldenburg CE, Le B, Huyen HT, Thien DD, Quan NH, Biello KB, Nunn A, Chan PA, **Mayer KH**, Mimiaga MJ, Colby D. "Antiretroviral pre-exposure prophylaxis preferences among men who have sex with men in Vietnam: results from a nationwide cross-sectional survey". <u>Sex Health</u>. 2016 Jul 22. doi: 10.1071/SH15144. [Epub ahead of print] PMID: 27444753

829.  Noorhasan M, Drozd D, Grunfeld C, Merrill J, Burkholder G, Mugavero MJ, Willig JH, Willig A, Cropsey KL, **Mayer K**, Blashill A, Mimiaga M, McCaul ME, Hutton H, Chander G, Matthews WC, Napravnik S, Eron JJ, Christopoulos K, Fredericksen R, Nance R, Delaney JC, Crane P, Saag M, Kitahata MM, Crane H. "Associations between at-risk alcohol use, substance use, and smoking with lipohypertrophy and lipoatrophy among patients living with HIV". <u>AIDS Res Hum Retroviruses</u>. 2017 Jan 16. [Epub ahead of print] PMID: 28092168

830.  Oldenburg CE, Nunn AS, Montgomery M, Almonte A, Mena L, Patel RR, **Mayer KH**, Chan PA. "Behavioral Changes Following Uptake of HIV Pre-exposure Prophylaxis Among Men Who Have Sex with Men in a Clinical Setting". <u>AIDS Behav</u>. 2017 Feb 1. [Epub ahead of print] PMID: 28150120

831.  Fairley CK, Prestage G, Bernstein K, **Mayer K**, Gilbert M. "2020, sexually transmissible infections and HIV in gay, bisexual and other men who have sex with men". <u>Sex Health</u>. 2017 Feb 7. [Epub ahead of print] PMID: 28166053

832.  Calabrese SK, Earnshaw VA, Magnus M, Hansen NB, Krakower DS, Underhill K, **Mayer KH**, Kershaw TS, Betancourt JR, Dovidio JF. "Sexual Stereotypes Ascribed to Black Men Who Have Sex with Men: An Intersectional Analysis". <u>Arch Sex Behav</u>. 2017 Feb 21. [Epub ahead of print] PMID: 28224313

833.  Cahill S, Taylor SW, Elsesser SA, Mena L, Hickson D, **Mayer KH**. "Stigma, medical mistrust, and perceived racism may affect PrEP awareness and uptake in black compared to white gay and bisexual men in Jackson, Mississippi and Boston, Massachusetts". <u>AIDS Care</u>. 2017 Mar 12:1-8. [Epub ahead of print] PMID: 28286983

834.  Levy ME, Phillips G 2nd, Magnus M, Kuo I, Beauchamp G, Emel L, Hucks-Ortiz C, Hamilton EL, Wilton L, Chen I, Mannheimer S, Tieu HV, Scott H, Fields SD, Del Rio C, Shoptaw S, **Mayer K**. "A Longitudinal Analysis of Treatment Optimism and HIV

Acquisition and Transmission Risk Behaviors Among Black Men Who Have Sex with Men in HPTN 061". AIDS Behav. 2017 Mar 28. [Epub ahead of print] PMID: 28352984

835.  Koester K, Amico RK, Gilmore H, Liu A, McMahan V, **Mayer K**, Hosek S, Grant R. "Risk, safety and sex among male PrEP users: time for a new understanding". Cult Health Sex. 2017 Apr 18:1-13. [Epub ahead of print] PMID: 28415911

836.  Reisner SL, Perez-Brumer AG, McLean SA, Lama JR, Silva-Santisteban A, Huerta L, Sanchez J, Clark JL, Mimiaga MJ, **Mayer KH**. "Perceived Barriers and Facilitators to Integrating HIV Prevention and Treatment with Cross-Sex Hormone Therapy for Transgender Women in Lima, Peru". AIDS Behav. 2017 Apr 18. [Epub ahead of print] PMID: 28421354

837.  Blackard JT, Ma G, Welge JA, Taylor LE, **Mayer KH**, Klein RS, Celentano DD, Sobel JD, Jamieson DJ, King CC. "Cytokine/chemokine expression associated with Human Pegivirus (HPgV) infection in women with HIV". J Med Virol. 2017 Apr 29. [Epub ahead of print] PMID: 28460153

838.  Maloney KM, Krakower DS, Ziobro D, Rosenberger JG, Novak D, **Mayer KH**. "Culturally Competent Sexual Healthcare as a Prerequisite for Obtaining Preexposure Prophylaxis: Findings from a Qualitative Study". LGBT Health. 2017 May 17. [Epub ahead of print] PMID: 28514200

839.  Markowitz M, Frank I, Grant RM, **Mayer KH**, Elion R, Goldstein D, Fisher C, Sobieszczyk ME, Gallant JE, Van Tieu H, Weinberg W, Margolis DA, Hudson KJ, Stancil BS, Ford SL, Patel P, Gould E, Rinehart AR, Smith KY, Spreen WR. "Safety and tolerability of long-acting cabotegravir injections in HIV-uninfected men (ECLAIR): a multicentre, double-blind, randomised, placebo-controlled, phase 2a trial". Lancet HIV. 2017 May 22. [Epub ahead of print] PMID: 28546090

840.  Merchant RC, Clark MA, Liu T, Romanoff J, Rosenberger JG, Bauermeister J, **Mayer KH**. "Comparison of Home-Based Oral Fluid Rapid HIV Self-Testing Versus Mail-in Blood Sample Collection or Medical/Community HIV Testing By Young Adult Black, Hispanic, and White MSM: Results from a Randomized Trial". AIDS Behav. 2017 May 24. [Epub ahead of print] PMID: 28540562

841.  Blashill AJ, Safren SA, Wilhelm S, Jampel J, Taylor SW, O'Cleirigh C, **Mayer KH**. "Cognitive Behavioral Therapy for Body Image and Self-Care (CBT-BISC) in Sexual Minority Men Living With HIV: A Randomized Controlled Trial". Health Psychol. 2017 May 25. [Epub ahead of print] PMID: 28541068

842.  Hartzler B, Dombrowski JC, Williams JR, Crane HM, Eron JJ, Geng EH, Mathews C, **Mayer KH**, Moore RD, Mugavero MJ, Napravnik S, Rodriguez B, Donovan DM. "Influence of Substance Use Disorders on 2-Year HIV Care Retention in the United States". AIDS Behav. 2017 Jun 13. [Epub ahead of print] PMID: 28612213

843.   Fredericksen RJ, Gibbons L, Brown S, Edwards TC, Yang FM, Fitzsimmons E, Alperovitz-Bichell K, Godfrey M, Wang A, Church A, Gutierrez C, Paez E, Dant L, Loo S, Walcott M, Mugavero MJ, **Mayer K**, Mathews WC, Patrick DL, Crane PK, Crane HM. "Medication understanding among patients living with multiple chronic conditions: Implications for patient-reported measures of adherence". <u>Res Social Adm Pharm</u>. 2017 Jun 20. [Epub ahead of print] PMID: 28651924

844.   Wickersham JA, Gibson BA, Bazazi AR, Pillai V, Pedersen CJ, Meyer JP, El-Bassel N, **Mayer KH**, Kamarulzaman A, Altice FL. "Prevalence of Human Immunodeficiency Virus and Sexually Transmitted Infections Among Cisgender and Transgender Women Sex Workers in Greater Kuala Lumpur, Malaysia: Results From a Respondent-Driven Sampling Study". <u>Sex Transm Dis</u>. 2017 Jun 20. [Epub ahead of print] PMID: 28708696

845.   Bauermeister JA, Giguere R, Leu CS, Dolezal C, Febo I, Cranston RD, **Mayer K**, McGowan I, Carballo-Diéguez A. "Patterns of a Rectal Microbicide Placebo Gel Use in a Preparatory Stage for a Phase I Trial Among Young Men Who Have Sex with Men". <u>AIDS Behav</u>. 2017 Jul 7 [Epub ahead of print] PMID: 28688029

846.   Carballo-Diéguez A, Balán IC, Brown W 3rd, Giguere R, Dolezal C, Leu CS, Marzinke MA, Hendrix CW, Piper JM, Richardson BA, Grossman C, Johnson S, Gomez K, Horn S, Kunjara Na Ayudhya RP, Patterson K, Jacobson C, Bekker LG, Chariyalertsak S, Chitwarakorn A, Gonzales P, Holtz TH, Liu A, **Mayer KH**, Zorrilla C, Lama J, McGowan I, Cranston RD. "High levels of adherence to a rectal microbicide gel and to oral Pre-Exposure Prophylaxis (PrEP) achieved in MTN-017 among men who have sex with men (MSM) and transgender women". <u>PLoS One</u>. 2017 Jul 27;12(7):e0181607. PMID: 28750059 PMCID: PMC5531503

847.   Subbaraman R, Thomas BE, Sellappan S, Suresh C, Jayabal L, Lincy S, Raja AL, McFall A, Solomon SS, **Mayer KH**, Swaminathan S. "Tuberculosis patients in an Indian mega-city: Where do they live and where are they diagnosed?". <u>PLoS One</u>. 2017 Aug 15;12(8):e0183240.

848.   Calabrese SK, Underhill K, **Mayer KH**. "HIV Preexposure Prophylaxis and Condomless Sex: Disentangling Personal Values From Public Health Priorities". <u>Am J Public Health</u>. 2017 Aug 17:e1-e5. PMID: 28817325 [Epub ahead of print]

849.   Giguere R, Rael CT, Sheinfil A, Balán IC, Brown W 3rd, Ho T, Dolezal C, Leu CS, Liu A, **Mayer KH**, Lama JR, McGowan I, Carballo-Diéguez A, Cranston RD; MTN-017 Protocol Team. "Factors Supporting and Hindering Adherence to Rectal Microbicide Gel Use with Receptive Anal Intercourse in a Phase 2 Trial". <u>AIDS Behav</u>. 2017 Aug 19. PMID: 28825142 [Epub ahead of print]

850.   Mimiaga MJ, Thomas B, Biello K, Johnson BE, Swaminathan S, Navakodi P, Balaguru S, Dhanalakshmi A, Closson EF, Menon S, O'Cleirigh C, **Mayer KH**, Safren

SA. "A Pilot Randomized Controlled Trial of an Integrated In-person and Mobile Phone Delivered Counseling and Text Messaging Intervention to Reduce HIV Transmission Risk among Male Sex Workers in Chennai, India". AIDS Behav. 2017 Aug 22.  PMID: 28831618 [Epub ahead of print]

851.    Closson EF, Mitty JA, Malone J, **Mayer KH**, Mimiaga MJ. "Exploring strategies for PrEP adherence and dosing preferences in the context of sexualized recreational drug use among MSM: a qualitative study". AIDS Care. 2017 Aug 22:1-8. PMID: 28830220 [Epub ahead of print]

852.    Hoornenborg E, Krakower DS, Prins M, **Mayer KH**. "Preexposure prophylaxis for men who have sex with men and transgender persons in early adopting countries: a narrative review". AIDS. 2017 Aug 28. PMID: 28857826 [Epub ahead of print]

853.    Malone J, Syvertsen JL, Johnson BE, Mimiaga MJ, **Mayer KH**, Bazzi AR. "Negotiating sexual safety in the era of biomedical HIV prevention: relationship dynamics among male couples using pre-exposure prophylaxis". Cult Health Sex. 2017 Sep 5:1-15. PMID: 28872441[Epub ahead of print]

854.    Hosek SG, Landovitz RJ, Kapogiannis B, Siberry GK, Rudy B, Rutledge B, Liu N, Harris DR, Mulligan K, Zimet G, **Mayer KH**, Anderson P, Kiser JJ, Lally M, Brothers J, Bojan K, Rooney J, Wilson CM. "Safety and Feasibility of Antiretroviral Preexposure Prophylaxis for Adolescent Men Who Have Sex With Men Aged 15 to 17 Years in the United States". JAMA Pediatr. 2017 Sep 5. PMID: 28873128 [Epub ahead of print]

855.    Biello KB, Hosek S, Drucker MT, Belzer M, Mimiaga MJ, Marrow E, Coffey-Esquivel J, Brothers J, **Mayer KH**. "Preferences for Injectable PrEP Among Young U.S. Cisgender Men and Transgender Women and Men Who Have Sex with Men". Arch Sex Behav. 2017 Sep 19. PMID: 28929260 [Epub ahead of print]

856.    Alexovitz KA, Merchant RC, Clark MA, Liu T, Rosenberger JG, Bauermeister J, **Mayer KH**. "Discordance of voluntary HIV testing with HIV sexual risk-taking and self-perceived HIV infection risk among social media-using black, Hispanic, and white young-men-who-have-sex-with-men (YMSM)". AIDS Care. 2017 Sep 29:1-5. PMID: 28959902 [Epub ahead of print]


**Research Publications without named authorship:**

1.    EORTC International Antimicrobial Therapy Cooperative Groups (**K Mayer**, co-investigator): Ceftazidime combined with short or long course of amikacin for empiric therapy of gram negative bacteremia in patients with granulocytopenia. New England Journal of Medicine 317:1692-1698, 1987.

**Kenneth H. Mayer, M.D.**                                                209

2. NIMH Collaborative HIV/STD Prevention Trial Group (**Mayer KH**, Biological Working Group) (2007). "Methodological overview of a five-country community-level HIV/sexually transmitted disease prevention trial." <u>AIDS</u> 21 (Suppl. 2): S3-S18.

3. NIMH Collaborative HIV/STD Prevention Trial Group (**Mayer KH**, Biological Working Group) (2007). "Selection of populations represented in the NIMH Collaborative HIV/STD Prevention Trial." <u>AIDS</u> 21 (Suppl. 2): S19-S28.

4. NIMH Collaborative HIV/STD Prevention Trial Group (**Mayer KH**, Biological Working Group) (2007). "Challenges and process of selecting outcome measures for the NIMH Collaborative HIV/STD Prevention Trial." <u>AIDS</u> 21 (Suppl. 2): S29-S36.

5. NIMH Collaborative HIV/STD Prevention Trial Group (**Mayer KH**, Biological Working Group) (2007). "Design and integration of ethnography within an international behavior change HIV/sexually transmitted disease prevention trial." <u>AIDS</u> 21 (suppl. 2): S37-S48.

6. NIMH Collaborative HIV/STD Prevention Trial Group (**Mayer KH**, Biological Working Group) (2007). "The feasibility of audio computer-assisted self-interviewing in international settings." <u>AIDS</u> 21 (Suppl. 2): S49-S58.

7. NIMH Collaborative HIV/STD Prevention Trial Group (**Mayer KH**, Biological Working Group) (2007). "The community popular opinion leader HIV prevention programme: conceptual basis and intervention procedures." <u>AIDS</u> 21 (Suppl. 2): S59-S68.

8. NIMH Collaborative HIV/STD Prevention Trial Group (**Mayer KH**, Biological Working Group) (2007). "Ethical issues in the NIMH Collaborative HIV/STD Prevention Trial." <u>AIDS</u> 21 (Suppl. 2): S69-S80.

9. NIMH Collaborative HIV/STD Prevention Trial Group (**Mayer KH**, Biological Working Group) (2007). "Sexually transmitted disease and HIV prevalence and risk factors in concentrated and generalized HIV epidemic settings." <u>AIDS</u> 21 (Suppl. 2): S81-S90.

10. NIMH Collaborative HIV/STD Prevention Trial Group (**Mayer KH**, Biological Working Group) (2007). "Formative study conducted in five countries to adapt the community popular opinion leader intervention." <u>AIDS</u> 21 (Suppl. 2): S91-S98.

11. NIMH Collaborative HIV/STD Prevention Trial Group. "Results of the NIMH collaborative HIV/sexually transmitted disease prevention trial of a community popular opinion leader intervention." <u>J Acquir Immune Defic Syndr</u>. 2010 Jun;54(2):204-14. PMID: 20354444 PMCID: PMC2904551

12. NIMH Collaborative HIV/STD Prevention Trial Group (**Mayer KH**, Biological Working Group) (2007). "Role of the data safety and monitoring board in an international trial." <u>AIDS</u> 21 (Suppl. 2): S99-S102.

13. Duerr A, Huang Y, Buchbinder S, Coombs RW, Sanchez J, del Rio C, Casapia M, Santiago S, Gilbert P, Corey L, Robertson MN; Step/HVTN 504 Study Team. "Extended follow-up confirms early vaccine-enhanced risk of HIV acquisition and demonstrates waning effect over time among participants in a randomized trial of recombinant adenovirus HIV vaccine (Step Study)". <u>J Infect Dis</u>. 2012 Jul 15;206(2):258-66. PMID: 22561365 PMCID: PMC3490694

14. McLaren PJ, Ripke S, Pelak K, Weintrob AC, Patsopoulos NA, Jia X, Erlich RL, Lennon NJ, Kadie CM, Heckerman D, Gupta N, Haas DW, Deeks SG, Pereyra F,Walker BD, de Bakker PI; International HIV Controllers Study. "Fine-mapping classical HLA variation associated with durable host control of HIV-1 infection in African Americans". <u>Hum Mol Genet</u>. 2012 Oct 1;21(19):4334-47. PMID:22718199    PMCID:PMC3441117

15. Hammer SM, Sobieszczyk ME, Janes H, Karuna ST, Mulligan MJ, Grove D, Koblin BA, Buchbinder SP, Keefer MC, Tomaras GD, Frahm N, Hural J, Anude C,Graham BS, Enama ME, Adams E, DeJesus E, Novak RM, Frank I, Bentley C, Ramirez S, Fu R, Koup RA, Mascola JR, Nabel GJ, Montefiori DC, Kublin J,McElrath MJ, Corey L, Gilbert PB; HVTN 505 Study Team. "Efficacy trial of a DNA/rAd5 HIV-1 preventive vaccine". <u>N Engl J Med</u>. 2013 Nov 28;369(22):2083-92. PMID:24099601

16. Hanna DB, Buchacz K, Gebo KA, Hessol NA, Horberg MA, Jacobson LP, Kirk GD, Kitahata MM, Korthuis PT, Moore RD, Napravnik S, Patel P, Silverberg MJ,Sterling TR, Willig JH, Collier A, Samji H, Thorne JE, Althoff KN, Martin JN, Rodriguez B, Stuart EA, Gange SJ; North American AIDS Cohort Collaboration on Research and Design (NA-ACCORD) of the International Epidemiologic Databases to Evaluate AIDS (IeDEA). Collaborators (76) "Association between U.S. state AIDS Drug Assistance Program (ADAP) features and HIV antiretroviral therapy initiation, 2001-2009". <u>PLoS One</u>. 2013 Nov 18;8(11):e78952. eCollection 2013. PMID:24260137 PMCID:PMC3832515

17. Edwards JK, Cole SR, Westreich D, Moore R, Mathews C, Geng E, Eron JJ, Mugavero MJ; CNICS Research Network. "Loss to clinic and five-year mortality among HIV-infected antiretroviral therapy initiators". <u>PLoS One</u>. 2014 Jul 10;9(7):e102305. PMID: 25010739

18. Abraham AG, Althoff KN, Jing Y, Estrella MM, Kitahata MM, Wester CW, Bosch RJ, Crane H, Eron J, Gill MJ, Horberg MA, Justice AC, Klein M, Mayor AM, Moore RD, Palella FJ, Parikh CR, Silverberg MJ, Golub ET, Jacobson LP, Napravnik S, Lucas GM; North American AIDS Cohort Collaboration on Research and Design (NA-ACCORD) of the International Epidemiologic Databases to Evaluate AIDS (IeDEA). "End-stage renal

**Kenneth H. Mayer, M.D.**                                                                            211

disease among HIV-infected adults in North America". <u>Clin Infect Dis</u>. 2015 Mar 15;60(6):941-9. PMID: 25409471

19. Beyrer C, Birx DL, Bekker LG, Barré-Sinoussi F, Cahn P, Dybul MR, Eholié SP, Kavanagh MM, Katabira ET, Lundgren JD, Mworeko L, Pala M, Puttanakit T, Ryan O, Sidibé M, Montaner JS; Vancouver Consensus Signatories. "The Vancouver Consensus: antiretroviral medicines, medical evidence, and political will". Lancet. 2015 Aug 8;386(9993):505-7. PMID: 26293427

20. Silverberg MJ, Lau B, Achenbach CJ, Jing Y, Althoff KN, D'Souza G, Engels EA, Hessol NA, Brooks JT, Burchell AN, Gill MJ, Goedert JJ, Hogg R, Horberg MA, Kirk GD, Kitahata MM, Korthuis PT, Mathews WC, Mayor A, Modur SP, Napravnik S, Novak RM, Patel P, Rachlis AR, Sterling TR, Willig JH, Justice AC, Moore RD, Dubrow R; North American AIDS Cohort Collaboration on Research and Design of the International Epidemiologic Databases to Evaluate AIDS. "Cumulative Incidence of Cancer Among Persons With HIV in North America: A Cohort Study". <u>Ann Intern Med</u>. 2015 Oct 6;163(7):507-18. PMID: 26436616

21. Gandhi M, Glidden DV, Liu A, Anderson PL, Horng H, Defechereux P, Guanira JV, Grinsztejn B, Chariyalertsak S, Bekker LG, Grant RM; iPrEx Study Team. "Strong Correlation Between Concentrations of Tenofovir (TFV) Emtricitabine (FTC) in Hair and TFV Diphosphate and FTC Triphosphate in Dried Blood Spots in the iPrEx Open Label Extension: Implications for Pre-exposure Prophylaxis Adherence Monitoring." <u>J Infect Dis</u>. 2015 Nov 1;212(9):1402-6. PMID: 25895984

22. Chutuape KS, Willard N, Walker BC, Boyer CB, Ellen J; Adolescent Medicine Trials Network for HIVAIDS Interventions. "A Tailored Approach to Launch Community Coalitions Focused on Achieving Structural Changes: Lessons Learned From a HIV Prevention Mobilization Study". <u>J Public Health Manag Pract</u>. 2015 Nov-Dec;21(6):546-55. PMID: 26785397

23. Deutsch MB, Glidden DV, Sevelius J, Keatley J, McMahan V, Guanira J, Kallas EG, Chariyalertsak S, Grant RM; iPrEx investigators. "HIV pre-exposure prophylaxis in transgender women: a subgroup analysis of the iPrEx trial". <u>Lancet HIV</u>. 2015 Dec;2(12):e512-9. PMID: 26614965. PMCID: PMC5111857

24. Khanna AS, Michaels S, Skaathun B, Morgan E, Green K, Young L, Schneider JA; uConnect Study Team. "Preexposure Prophylaxis Awareness and Use in a Population-Based Sample of Young Black Men Who Have Sex With Men". <u>JAMA Intern Med</u>. 2016 Jan;176(1):136-8. doi: 10.1001/jamainternmed.2015.6536. PMID: 26571368

25. Althoff KN, Rebeiro PF, Hanna DB, Padgett D, Horberg MA, Grinsztejn B, Abraham AG, Hogg R, Gill MJ, Wolff MJ, Mayor A, Rachlis A, Williams C, Sterling TR, Kitahata MM, Buchacz K, Thorne JE, Cesar C, Cordero FM, Rourke SB, Sierra-Madero J, Pape JW, Cahn P, McGowan C; North American Aids Cohort Collaboration on Research and

Design (NA-ACCORD) and Caribbean, Central and South America Network for Hiv Epidemiology (CCASAnet). "A picture is worth a thousand words: maps of HIV indicators to inform research, programs, and policy from NA-ACCORD and CCASAnet clinical cohorts". J Int AIDS Soc. 2016 Apr 4;19(1):20707. PMID: 27049052

26. Vaccher S, Grulich A, McAllister J, Templeton DJ, Bloch M, McNulty A, Holden J, Poynten IM, Prestage G, Zablotska I; PRELUDE Study Team. "Protocol for an open-label, single-arm trial of HIV pre-exposure prophylaxis (PrEP) among people at high risk of HIV infection: the NSW Demonstration Project PRELUDE". BMJ Open. 2016 Jun 20;6(6):e012179. PMID: 27324719

27. Buchacz K, Lau B, Jing Y, Bosch R, Abraham AG, Gill MJ, Silverberg MJ, Goedert JJ, Sterling TR, Althoff KN, Martin JN, Burkholder G, Gandhi N, Samji H, Patel P, Rachlis A, Thorne JE, Napravnik S, Henry K, Mayor A, Gebo K, Gange SJ, Moore RD, Brooks JT; North American AIDS Cohort Collaboration on Research and Design (NA-ACCORD) of IeDEA. "Incidence of AIDS-Defining Opportunistic Infections in a Multicohort Analysis of HIV-infected Persons in the United States and Canada, 2000-2010". J Infect Dis. 2016 Sep 15;214(6):862-72. PMID: 27559122

28. Klein MB, Althoff KN, Jing Y, Lau B, Kitahata M, Lo Re V 3rd, Kirk GD, Hull M, Kim HN, Sebastiani G, Moodie E, Silverberg MJ, Sterling TR, Thorne JE, Cescon A, Napravnik S, Eron J, Gill MJ, Justice A, Peters MG, Goedert J, Mayor A, Thio CL, Cachay ER, Moore R; North American AIDS Cohort Collaboration on Research and Design (NA-ACCORD) of IeDEA. "Risk of endstage liver disease in HIV-viral hepatitis co-infected persons in North America from the early to modern antiretroviral therapy eras". Clin Infect Dis. 2016 Nov 1;63(9):1160-1167. PMID: 27506682 PMCID: PMC5064164

29. Boyer CB, Greenberg L, Chutuape K, Walker B, Monte D, Kirk J, Ellen JM; Adolescent Medicine Trials Network. "Exchange of Sex for Drugs or Money in Adolescents and Young Adults: An Examination of Sociodemographic Factors, HIV-Related Risk, and Community Context". J Community Health. 2017 Feb;42(1):90-100. PMID: 27498094 PMCID: PMC5253104

**Non-peer reviewed scientific or medical publications/materials in print or other media:**

1. **Mayer KH**. Introduction to: The Condom Book: The Essential Guide for Men and Women, J Everett and WD Glanze (eds.), Signet Books, New York, 1987.

2. **Mayer KH**. Getting out of the AIDS maze (op-ed), Boston Globe 12/27/89; revised and printed as: AIDS Czar could be start toward coherent policy, Atlanta Journal and Constitution, 1/29/89; also used by Caspar (Wyoming) Star-Tribune, St. Louis Post-Dispatch, and New Haven Register.

**Kenneth H. Mayer, M.D.** 213

3. DeBuono B, **Mayer KH**, Opal SM. Infectious Diseases. In: <u>A Guide to Health Care in Rhode Island</u>, Anagnostou A (ed.), Brown University Learning Community, Providence, RI, pp. 55-59, 1989.

4. **Mayer KH**. Misunderstanding or misogyny: Women and AIDS (op-ed piece). Run in <u>Chicago Tribune</u>, <u>Roanoke Times and World News</u> (VA), <u>Anchorage Times</u> (AK), and <u>Star-Tribune</u> (WY), 1991.

5. Flanigan TP, Carpenter CCJ, **Mayer KH**. Public Must Press Drug Firms to Help HIV-infected Africans Now. (editorial) <u>The Providence Journal</u>, March 30, 2001.

6. **Mayer, K**. The Real Global Threat (review of film "Pandemic: Facing AIDS"), <u>Brown Alumni Magazine</u>, May/June 2003, 54-55.

7. **Mayer, KH**. Invest now to fight AIDS in Africa (editorial), <u>The Boston Phoenix</u>, August 29, 2003, 7.

8. **Mayer KH**, Make HIV Tests Routine: Stopping Epidemic Requires Nothing Less (op ed), <u>Atlanta Journal Constitution</u>, September 22, 2006; UPI Outside View Commentator, September 22, 2006; <u>Boston Herald</u>, September 15, 2006.

9. Cahill S, **Mayer KH.** "A New Turning Point in the Fight Against AIDS" <u>The Huffington Post</u>, July 16, 2012.

10. **Mayer KH**. "Reflections on a Pandemic: From Despair to Hope". <u>The Huffington Post</u>, July 23, 2012.

11. **Mayer KH**, Anand V. "In India and Around the World, HIV Affects Us All – Including MSM and Transgender Communities". <u>The Huffington Post</u>, August 24, 2012.

**Proceedings of meetings or other non-peer reviewed research publications:**

1. **Mayer KH**, Hopkins JD, Chao L, Bobey DG, Guzman MA, O'Brien TF. Molecular epidemiology of changes in aminoglycoside resistance among enterobacteriaceae in one center 1976-82. <u>Current Chemotherapy in Infectious Disease</u>, ASM-Vienna, 1983.

**Reviews, chapters, monographs and editorials:**

1. O'Brien TF, **Mayer KH**. A scheme for selecting an antibiotic. <u>Current Therapy in Infectious Disease</u>, Kass EH and Platt R, (eds.) Brian Decker Inc., pp 277-282, 1983.

2. **Mayer KH**. Inhalation-induced immunosuppression: sniffing out the volatile nitrite-AIDS connection. (Editorial) <u>Pharmacotherapy</u>, 4:235-236, 1984.

**Kenneth H. Mayer, M.D.**                                                      214

3.  **Mayer KH**, Hopkins JD, Gilleece ES, Chao L, O'Brien TF. Computer assisted correlations between antibiotypes of clinical isolates and the endonuclease restriction fragment types of their plasmids. In: Mitsuhashi S, Rosival L, and Krcmery V (eds.) Transferrable Antibiotic Resistance: Plasmids and Gene Manipulation. Czechoslovak Medical Press, Prague and Springer-Verlag, Heidelberg 163-169, 1984.

4.  O'Brien TF, **Mayer KH**. A scheme for selecting an antibiotic. In: Bayless TM, Brain MC, and Cherniak RM (eds.) Current Therapy in Internal Medicine 1984-1985. Brian Decker Inc., pp. 244-249, 1984.

5.  **Mayer KH**. Sexually transmitted diseases. Holmes KK, et al. (Book review) New England Journal of Medicine 312:796, 1985.

6.  Zinner SH, **Mayer KH**. Sulfonamides and Trimethoprim. In: Mandell G, Douglas RG, and Bennett JE (eds.), Anti-Infective Therapy, pp. 235-254, 1st Ed., John Wiley and Sons, New York, 1985.

7.  **Mayer KH**, Pla MP, Hopkins J, O'Brien T. The epidemiologic tracking of a distinctive aminoglycoside resistance plasmid, pLST1000. Alliance for the Prudent Use of Antibiotics (APUA) Newsletter, 4(3):2-3, 1985.

8.  **Mayer KH** (author). Future directions for AIDS Research; Report to Congress from the Ad Hoc Consultants to the NIH AIDS Executive Committee, 31 pp., 11/86.

9.  **Mayer KH**, Zinner SH. Infection associated with hematologic malignancies. In: Kass EH and Platt R (eds.) Current Therapy in Infectious Disease, Volume II, Brian Decker Inc., pp. 82-86, 1986.

10. **Mayer KH**. Sexually transmitted diseases: A clinical syndrome approach, Spagna VA and Prior  RB (eds.); Infectious diseases of the female genital tract, Sweet RL and Gibbs RS (eds.), Book reviews, New England Journal of Medicine 314:258-259, 1986.

11. Weitberg AB, **Mayer KH**, Miller M, Mikolich D. Dysplastic carcinoid tumor in an HTLV-III antibody positive woman.  New England Journal of Medicine (letter) 314:1455, 1986.

12. **Mayer KH**. HTLV-III screening and the blood supply: Public health policies and concerns. In: Witt MD (ed.), AIDS: Legal, Social and Ethical Considerations, National Health Publishing, Owings Mills, MD, pp. 135-139, 1986.

13. O'Brien TF, **Mayer KH**, Hopkins JD. Global surveillance of the deployment of antibiotic resistance genes and plasmids.  In: Banbury Report 24: Antibiotic Resistance Genes: Ecology, Transfer, and Expression, Cold Spring Harbor Laboratory Press pp. 3-15, 1986.

**Kenneth H. Mayer, M.D.** 215

14. O'Brien TF, **Mayer KH**. Antibiotic selection, In: Callaham ML (ed.): <u>Current Therapy in    Emergency Medicine</u>, BC Decker, Inc., Toronto, pp. 777-781, 1987.

15. Ostrow DG, Solomon SL, **Mayer KH**, Haverkos H. Classification of the clinical spectrum of HIV    infection in adults. AIDS: The American Medical Association's Monographs on AIDS, Chicago, IL, 1987.

16. **Mayer KH**. Testing for HTLV-III and AIDS risk reduction: clinical and epidemiological quandaries. In: Ostrow D (ed.) <u>Biobehavioral Approaches to the Control of AIDS</u>, Irvington Press, NYC pp. 13-18, 1987.

17. **Mayer KH**. The epidemiology of AIDS and HIV infection. <u>Pulmonary and Critical Care Update</u>  3:3-8, 1987.

18. **Mayer KH**.  HIV Core Antigen Testing May Lead to Better Therapy.  <u>The Brown University</u>
    <u>STD Update</u> 1(4), 1988.

19. Carpenter CJ, **Mayer KH**. Advances in AIDS and HIV infection, In: Stoellerman G (ed.),   Advances<u> in Internal Medicine</u> 33:45-80, 1988.

20.  Stoddard, McCusker J, Zorn M, **Mayer KH**. Multivariate models for sexual behavior change.   <u>Biometric Bulletin</u> 5(3):15, 1988.

21.  Medeiros AA, **Mayer KH**, Opal SM. Plasmid-mediated beta lactamases. <u>The Antimicrobic Newsletter</u>, 1988.

22. **Mayer KH**. Public policy implications of the natural history of HIV infection. In: Kulstad R (ed.): <u>AIDS 1988: AAAS Symposia Papers</u>, American Academy for the Advancement of Science, Washington D.C., pp 129-146, 1988.

23. Friedman-Kien AE, **Mayer KH**. An overview of the Acquired Immune Deficiency Syndrome. In: Friedman-Kien AE (ed.): <u>Color Atlas of AIDS</u>, W.B. Saunders, Philadelphia, pp. 1-10, 1989.

24. **Mayer KH**, Opal SM. Opportunistic infections in patients with HIV infection, In: Friedman-Kien AE (ed.), <u>Color Atlas of AIDS</u>, W.B. Saunders, Philadelphia, pp. 125-150, 1989.

25. Carpenter CCJ, Lederman M, **Mayer KH**, Ellner G. The acquired immune deficiency syndrome and other HIV-related disorders, In: Andreoli TE, Carpenter CCJ, Plum F, and Smith LH (eds), <u>Cecil Essentials of Medicine</u> (2nd Edition) W. B. Saunders Co, Orlando, FL, pp. 620-626, 1989.

26. Ruef C, et al (29 co-authors including **K Mayer**). Update. HIV-2 infection-United States. <u>Morbidity and Mortality Weekly Reports</u>, 38:572-580, 1989.

**Kenneth H. Mayer, M.D.**                                                                   216

27. McCusker J, Koblin BA, Lewis BF, **Mayer KH**, Moon MW, Morrison C, Stoddard AM, Sullivan J, Saltzman SP, Zapka J, Zorn M. University of Massachusetts AIDS Research Unit (UMARU): Research on public health aspects of AIDS, particularly epidemiological and behavioral approaches to AIDS prevention in AIDS 88-89: <u>News and Views on AIDS Research and Control</u> 270-272, 1989.

28. **Mayer KH**, Opal SM, Medeiros AA. Mechanisms of antibiotic resistance, In: Mandell G, Douglas RG, Bennett JE (eds.): <u>Principles and Practice of Infectious Diseases</u>, John Wiley and Sons, New York, pp. 218-228, 1990.

29. Zinner SH, **Mayer KH**. Sulfonamides and Trimethoprim.  In: Mandell G, Douglas RG, and Bennett JE (eds.), <u>Principles and Practice of</u> <u>Infectious Diseases</u>, pp 237-244, 2nd Ed., John Wiley  Sons, New York, 1984; 3rd edition, pp 324-335, 1990.

30. Zinner SH, **Mayer KH**. Antibacterial chemotherapy, In: Kass EH and Platt R (eds), <u>Current Therapy in Infectious Diseases</u>, BC Decker, Inc., Toronto, pp. 6-12, 1990.

31. Opal SM, **Mayer KH**, Medeiros AA. Antimicrobial resistance problems in antimicrobial therapy, In: Samiy AH, Cunha BA (eds.), <u>Textbook of</u> <u>Therapeutic Medicine</u>, Lea and Febiger (in press).

32. Anderson DJ, Wolff H, Pudney J, Wenhao Z, Martinez A, **Mayer KH**. Presence of HIV in semen, In: Alexander N (ed), <u>Heterosexual Transmission of HIV</u>, Proceedings of the Second Contraceptive Research  Development Program International Workshop, Medical College of Hampton Roads, Norfolk, V), pp. 167-180, 1990.

33. **Mayer KH**. Physician's notebook, In: <u>AIDS/HIV Experimental Treatment</u> <u>Directory</u>, Vol. 3, No.  4, Speer M (ed), American Foundation for AIDS Research, New York, NY, pp. 46-50, 1990.

34. **Mayer KH**. The natural history of HIV infection and current infection control strategies, In: <u>AIDS and the Health Care System</u> L Gostin (ed.), Yale University Press, New Haven, pp. 21-31, 1990.

35. **Mayer KH**, DeBuono B. AIDS and physicians in Rhode Island: Resources and responsibilities (editorial) <u>Rhode Island Medical Journal</u> 73: 279-280, 1990.

36. Biggar RJ and the International Registry of Seroconverters (**KH Mayer**, collaborator): AIDS  incubation in 1891 seroconverters from different exposure groups. <u>AIDS</u> 4:1059-1066, 1990.

37.  Durack DT, Oleske Jm, **Mayer KH** (eds). Diagnostic polymerase chain reaction (PCR): Applications in adult neonatal HIV infection (monograph) Roche Biomedical Labs, Cetus, Inc., Research Triangle Park, NC, 31 pp., 1991.

**Kenneth H. Mayer, M.D.**                                                                217

38.   Zinner SH, **Mayer KH**. Antibacterial therapy. In: Callaham ML (ed.) <u>Current Practice of Emergency Medicine</u>, B.C. Decker, Philadelphia,  PA, 914-919, 1991.

39. **Mayer KH**. Infectious complications of patients with AIDS. <u>Rehabilitation for Patients with HIV Disease</u>, Mukand J (ed), McGraw Hill, New York, pp. 33-53, 1991.

40. **Mayer KH**, Carpenter CCJ. Women and AIDS (essay), <u>Scientific American</u> March 1992.

41. **Mayer KH**, DeBuono B. AIDS in the 90's: Increasing clinical challenges and constructive responses (editorial) <u>Rhode Island Medicine</u> 76: 445-446, 1993.

42. Mor V, Stein M, Carpenter C, **Mayer KH**. A Tale of Two Health Care Delivery Systems, In: <u>Networking AIDS Services: Promises and Problems of Consortium Building</u>, V Mor (ed.), Health Administration Press, Ann Arbor, Michigan, 1994 and reprinted in AIDS and Health Services Administration Symposium, <u>Journal of Health and Human Resources Administration</u>, 1994.

43. **Mayer KH.**  Therapists on the front line: Psychotherapy with gay men in the age of AIDS by SA Cadwell, RA Burnham, and M Forstein (eds), (Book Review), <u>New England Journal of Medicine</u> 331:619-620, 1994.

44. **Mayer KH**, Carpenter CCJ.  Women and HIV/AIDS. In: HM Wallace, R Nelson, PJ Sweeney (eds.): <u>Maternal and Child Health Practices</u> (4th edition), Third Party Publishing, Oakland, CA, pp. 385-396, 1994.

45. **Mayer KH**, Anderson DJ. Heterosexual transmission of HIV. In: H Minkoff, A Duerr, and J DeHovitz (eds), <u>Women and AIDS</u>, Raven Press, New York, pp. 73-86, 1995.

46. **Mayer KH**, Baquero F.  Biology and pharmacology of the newer macrolides. Poster Rapporteurrs' Summaries, <u>New Macrolides, Azalides and Streptogamins in Clinical Practice</u>, H Neu, L Young, S Zinner, J Acar (eds.), Marcel Dekker, Inc., New York, pp. 167-175, 1995.

47. **Mayer KH.** Sulfonamides and trimethoprim. In: Andriole VT (ed.) <u>Current Medicine,</u> 4th Edition, John Wiley  Sons, New York,  pp. 164-168, 1995.

48. **Mayer KH.**  Editorial: Challenges and opportunities posed by multidrug management of HIV, KH Mayer (Ed), <u>Opportunistic Complications of HIV</u>, 4(3):39, 1995.

49. **Mayer KH.**  Sulfonamides and trimethoprim. In: VT Andriole (ed.): <u>Current Medicine</u> (Current Infectious Disease Drugs) (1st Edition), Princeton Academic Press, Inc., Philadelphia, PA,  pp. 164-168, 1996.

50. Tack MA, **Mayer KH**. Opportunistic infections in AIDS patients. In: BC Golematis and VT DeVita Jr (Eds), <u>AIDS and Malignancies: Current Concepts and Perspectives,</u> John Wiley Sons Ltd., pp. 243-267, 1996.

51. **Mayer KH**, McCutchan JA. The newer macrolides, azalides, and streptogramins for the management of HIV-associated opportunistic infections. In: SH Zinner, LS Young, JF Acar, and HC Neu (Eds) <u>Expanding Indications for the Newer Macrolides, Azalides, and Streptogramins,</u> Marcel Dekker, Inc., pp. 257-265, 1997.

52. **Mayer KH**, Opal SM. Opportunistic infections in patients with HIV infection, In: Friedman-Kien AE (ed.), <u>Color Atlas of AIDS</u>, W.B. Saunders, Philadelphia, PA.

53. **Mayer KH**. Sexually transmitted disease in Rhode Island: A panoply of familiar as well as previously unrecognized challenges (editorial) <u>Medicine  Health Rhode Island</u> 80(10):314-315, 1997.

54. **Mayer, KH**, (Guest Editor of entire issue) Sexually Transmitted Diseases in Rhode Island. <u>Medicine  Health Rhode Island</u> 80(10), 1997.

55. **Mayer KH**. The medical management of AIDS in women (book review). <u>New England Journal of Medicine</u> 336:1333,1997.

56. Schechtel J, Coates T, **Mayer KH**, Makadon H. HIV risk assessment, physician and patient communication (editorial). <u>Journal of General Internal Medicine</u> 12(11):722-723, 1997.

57. **Mayer KH**. Sexually transmitted diseases in Rhode Island: a panoply of familiar as well as previously unrecognized challenges (editorial). Med Health RI 80(10):314-5, 1997.

58. **Mayer KH**. From Synapse to Psyche: Continuum of Neurocognitive and Psychosocial Care for HIV-Infected people (editorial). <u>Insights in HIV Disease Management.</u> Meniscus Health Care Communications 6:21-22, 1998.

59. Harlow LL, Rose JS, Morokoff  PJ, Quina K, **Mayer KH**, Mitchell K, Schnoll R: Women HIV Sexual Risk Takers: Related Behaviors Interpersonal Issues and Attitudes (review). <u>Women's Behavior Health: Research on Gender Behavior & Policy</u> 4:407-439, 1998.

60. **Mayer KH**. Combination Antiretroviral Chemotherapy; Psychosocial and Public Health Impacts of New HIV Therapies 1-31, 1999.

61. Opal SM, **Mayer KH**, Medeiros AA. Mechanisms of Bacterial Antibiotic Resistance: <u>Principles and Practice of Infectious Diseases</u> 236-253, 2000.

**Kenneth H. Mayer, M.D.**                                                    219

62. Zinner SH, **Mayer KH**. Sulfonamides and Trimethoprim: <u>Principles and Practice of Infectious Diseases:</u> Mandell GL, Bennett JE, Dolin R (eds), 5th Edition, Churchill-Livingston, Philadelphia,PA,  pp. 394-404, 2000.

63. **Mayer KH,** Clumeck N.  Use of the Newer Macrolide, Azalide, Streptogramin, and Ketolide Antibiotics for Mycobacterial and Other HIV-Related Diseases:   <u>New Considerations for Macrolides, Azalides, Streptogramins, and Ketolides:</u> Zinner SH, Young LS, Acar JF, Ortiz-Neu C (eds), Marcel Dekker, Inc, New York pp. 393-403, 2000.

64. **Mayer, KH**.  Clinical Infectious Diseases and the Evolving Human Immunodeficiency Virus Epidemic.  (editorial).  <u>Clinical Infectious Diseases;</u> 31:1-2, 2000.

65. **Mayer, KH** (guest editor).  <u>Infectious Disease Clinics of North America, HIV/AIDS 2000,</u>  W.B. Saunders Company, Philadelphia; 14(4); pp1-1032, 2000.

66. **Mayer, KH** and Pizer HF (editors).   <u>The Emergence of AIDS, The Impact on Immunology, Microbiology and Public Health,</u> American Public Health Association, Washington, D.C.; pp 1-260, 2000.

67. **Mayer, KH**.  Microbicides 2001: The Search for HIV Protection, <u>AIDS Clinical Care</u> 13:23-25, 2001.

68. **Mayer KH**, Klausner JD, Handsfield HH.   Intersecting epidemics and educable moments:  sexually transmitted disease risk assessment and screening in men who have sex with men.  (editorial) <u>Sexually Transmitted  Diseases,</u> 28(8):464-7, 2001.

69. Gross M, **Mayer K**, Roehr B.  Creating a research and development agenda for rectal microbicides that protect against HIV infection. <u>Creating a Research and Development Agenda for Rectal Microbicides That Protect Against HIV Infection</u>.  AmfAR, New York, NY 2001, 3-4.

70. Merchant RC, **Mayer KH**, Rich JD:  Prophylactic panic.   <u>AIDS Clinical Care</u> 14(6):55, 2002.

71. **Mayer KH** (ed).  Current Topics in HIV Medicine: Using Basic Science to Inform Best Clinical Practices (monograph, 183 pages).  Introduction: The Evolution of Clinical HIV Medicine, pp 1-3, HIV Medicine Association, The Infectious Diseases Society of America, 2002.

72. Downer MJ, Hodge T, Smith DK, Qari SH, Schuman P, **Mayer KH,** Klein RS, Vlahov D, Gardner LI, McNicholl JM (brief report).  Regional Variation in CCR5-Δ32 Gene Distribution among Women from the US HIV Epidemiology Research Study (HERS). Genes and Immunity 3(5):295-298, 2002.

73. **Mayer KH**, Cohen DE. Primary Care: Daily Management of HIV-Infected Patients in Dolin R, Masur H, Saag MS, <u>AIDS Therapy</u>. Elsevier Science, St. Louis, MO, 2nd Edition 2003, 706-719.

74. **Mayer KH**. Trasmission (chapter section), Transmission, Pathogenesis, and Natural History, in Howard Libman, Harvey Makadon (eds), <u>HIV</u>. American College of Physicians, Philadelphia, PA, 2nd Edition, 2003.

75. **Mayer, Kenneth H** (editor). Clinical Issues in HIV Medicine: Recent Advances and Challenges (181 pages). Introduction: The Evolution of Care in a Changing Epidemic, pp 1-3, The Infectious Diseases Society of America, 2003.

76. **Mayer K**. AIDS Surges in India (editorial). <u>The Providence Jour</u>nal, December 17, 2004.

77. **Mayer KH** and Safren SA. Prevention of HIV Transmission Through Behavioral Change and Sexual Means. In Cohen J, Powderly WG (editors). <u>Infectious Diseases</u> (2nd Edition). Edingurgh:Mosby 2004:1209-1215.

78. **Mayer Kenneth H** (editor). Clinical Issues in HIV Medicine (217 pages). Introduction: Beyond Bangkok, <u>Clinical Infectious Diseases</u> 2004 1:1-2. The Infectious Diseases Society of America, 2004.

79. **Mayer KH** (panel member) Special CME Monograph, "The Impact of Viral Load and Hemoglobin on Survival in Patients with HIV." University of Alabama School of Medicine/Ortho Biotech Products, January 2005.

80. Justice AC, Keruly JC, **Mayer KH**, Moore RD, Volberding PA (faculty), "The Impact of Viral Load and Hemoglobin on Survival in Patients with HIV," University of Alabama School of Medicine and Ortho Biotech. <u>R & R Healthcare Communications</u>, January 2005.

81. **Mayer, KH** (editor). Clinical Issues in HIV Medicine (200 pages). Introduction: The Evolving Impact of AIDS on Global Health, <u>Clinical Infectious Diseases</u> 2005 104:1-2. The Infectious Diseases Society of America, 2005.

82. Kumarasamy K, Vallabhaneni S, Cecelia AJ, **Mayer KH**, Solomon S, Carpenter CCJ, Flanigan TP. Safe Discontinuation of Primary Pneumocystis Prophylaxis in Southern Indian HIV-Infected Patients on Highly Active Antiretroviral Therapy (letter to the Editor). <u>Journal of Acquired Immune Deficiency Syndrome</u>    <u>Acquired Immune Deficiency Syndromes</u> 40(3):377-378, 2005.

83. **Mayer, KH**. Speed bumps: concerns about methamphetamine and other club drug use among men who have sex with men. <u>The Brown University Digest of Addiction Theory and Application</u> 25(3):8, 2006.

**Kenneth H. Mayer, M.D.**                                                                221

84. **Mayer KH**, Chaguturu S (editorial commentary).   Penalizing Success: Is Comprehensive HIV Care Sustainable?  <u>Clinical Infectious Diseases</u> 42:1011-1013.

85. **Mayer KH**, HIV Prevention:  Diverse Populations, Diverse Challenges, <u>Advanced Studies in Medicine</u>, Johns Hopkins University School of Medicine, 3(3A):S113-122, 2006.

86. **Mayer KH**, Rich J, Sex, Culture, and Health: What Doctors Need to know (monograph), <u>Medicine & Health/Rhode Island</u> 89(6):194, 2006.

87. **Mayer KH**, Rich J (guest editors), Special Issue:  Sexual Health. <u>Medicine & Health/Rhode Island</u> 89(6), 2006.

88. **Mayer KH**, Supporting Clinical Research: A Unique Catalyst-The Remarkable Legacy of Dr. Mathilde Krim. <u>AIDS Patient Care & Stds</u>. 20(7):476-479, 2006.

89. **Mayer KH**, (editor). 2006 Clinical Issues in HIV Medicine (205 pages).  Introduction: The Malevolent Catalyst: Musings on the Past and Future, 25 years into the HIV/AIDS Epidemic, Musings 25 Years into HIV/AIDS, <u>Clinical Infectious Diseases</u>, 1-3, The Infectious Diseases Society of America, 2006.

90. **Mayer KH**, Mimiaga MJ, VanDerwarker R, Goldhammer H, Bradford JB.  Fenway Community Health's Model of Integrated, Community-Based LGBT Care, Education and Research (chapter), <u>The Health of Sexual Minorities – Public Health Perspectives on Lesbian, Gay, Bisexual and Transgender Populations</u>, ( Ilan Meyer and Mary Northridge editors) Springer, 2007.

91. **Mayer, K** (editorial) Research proves effectiveness of medical marijuana use, <u>The Providence Journal</u>, March 6, 2007.

92. **Mayer KH** (guest editor) and Moellering RC (consulting editor).  <u>Infectious Disease Clinics of North America</u> (257 pages) 21(1), 2007.  Preface, <u>Infectious Disease Clinics of North America</u>, The Infectious Diseases Society of America, 21(1):xiii-xv, 2007.

93. Cohen DE, **Mayer, KH** (chapter). Primary Care Issues for HIV-Infected Patients, <u>Infectious Disease Clinics of North America</u>,  The Infectious Diseases Society of America, 21:49-70, 2007.

94. Cohen DE, **Mayer K** (chapter). Genital Ulcer Disease.  In <u>Current Diagnosis & Treatment of Sexually Transmitted Diseases</u>, Klausner JD and Hook EW (editors), McGraw Hill, 2007.

95. **Mayer KH**, course co-director. CME Monograph and Accompanying Slide Set, "Opportunities for Improving HIV Diagnosis, Prevention & Access to Care in the U.S.," June 2007.

**Kenneth H. Mayer, M.D.**                                                                                      222

96.  Kumarasamy N, Venkatesh KK, Devaleenb B, Palanivel V, Cecelia AJ, Muthu S, Yepthomi T, **Mayer KH**, Flanigan T.  Safety of Switching to Nevirapine-Based Highly Active Antiretroviral Therapy at Elevated CD4 Counts in a Resource-Constrained Setting.  Journal of AIDS 45(5):598-600, 2007.

97.  **Mayer, KH**, Kuritzkes DR.  Reasons for Hope (introduction), 2007 Clinical Issues in HIV Medicine, 1-3, HIV Medicine Association, 2007.

98.  **Mayer, KH**, Kuritzkes DR (editors).   2007 Clinical Issues in HIV Medicine (187 pages) HIV Medicine Association, 2007.

99.  Spach DH, **Mayer KH**.  Primary Care of HIV-Infected Individuals (chapter), AIDS Therapy 3rd edition (R Dolan, H Masur, M Saag, editors), Elsevier, Philadelphia, PA, 2007.

100. Merchant RC, Catanzaro BM, **Mayer KH**, Seage III DR, Clark MA, DeGruttola VG, Becker BM.  Who Has Not Been Tested for HIV?  HIV Testing History Varies by Patient Demography (research forum abstract).  Annals of Emergency Medicine 50(3):S128, 2007.

101. Kumarasamy N, Venkatesh KK, **Mayer KH**, Freedberg K.  Financial Burden of Health Services for People with HIV/AIDS in India (review article).  Indian Journal of Medical Research 126:509-517, 2007.

102. **Mayer KH**, Carballo-Dieguez A. Homosexual and Bisexual Behavior in Men in Relation to STDs and HIV Infection (chapter) in Holmes KK, Sparling PF, Stamm WE, Piot P, Wasserheit JN, Corey L, Cohen MS, Watts, DH (eds) Sexually Transmitted Diseases 4th edition, McGraw Hill Medical, New York, 203-218, 2008.

103. Barlett JG, **Mayer KH**.  Introduction, Routine Opt-Out HIV Testing: Rational for the Consensus Conference and This Supplement.  Clinical Infectious Diseases 45(4):S203-S205, 2007.

104. **Mayer, KH**.  Transmission (chapter section), Transmission, Pathogenesis, and Natural History, in
      Libman H, Makadon HJ, eds. HIV, 3rd edition. American College of Physicians, Philadelphia, 2007

105. Bradford J, **Mayer KH** (chapter) Demography and the LGBT Population: What We Know, Don't Know, and How the Information Helps to Inform Clinical Practice in The Fenway Guide to Lesbian, Gay, Bisexual and Transgender Health.   First Edition.  Philadelphia: ACP Press; 2008.

106. Venkatesh KK, Prasad L, **Mayer KH**, Kumarasamy N (case report).   HIV Transmission Transcends Three Generations: Can We Prevent Secondary Transmission in India? International Journal of AIDS/STD 19:418-420, 2008.

107. Bartlett, JG, Branson BM, Fenton K, Hauschild BC, Miller V, **Mayer, KH**. Opt-Out Testing for Human Immunodeficiency Virus in the United States (special communication). Journal of the American Medical Association 300(8):945-951, 2008.

108. **Mayer KH,** Pizer HF (editors). HIV Prevention A Comprehensive Approach, Academic Press, Elsevier, London, 2008.

109. **Mayer KH**, Pizer HD, Introduction, HIV Prevention A Comprehensive Approach, Academic Press, Elsevier, London, 1-8, 2008.

110. **Mayer K**, Pizer HF, Venkatesh KK. The Social Ecology of HIV/AIDS in Medical Clinics of North America (ME Wilson guest editor), 92(6)1363-1375, W.E. Saunders Company, Elsevier, Philadelphia, PA, 2008.

111. Merchant RC, Nettleton JE, **Mayer KH**, Becker BM (short report). HIV Post-exposure Prophylaxis among Police and Corrections Officers. Occupational Medicine 58(7):502-505, 2008.

112. Zinner SH, **Mayer KH**. Sulfonamides and Trimethoprin (Chapter 34) in Mandell, Bennett and Dolin (editors), Principles and Practice of Infectious Diseases Seventh Edition, ISBN: 978-0-4430-6839-3, Churchill Livingstone Elsevier, Philadelphia, PA, 2010.

113. **Mayer KH**, Pizer HF. Ecological Studies of Diseases: Promise and Praxis (book review). EcoHealth 5(4):531-533, 2009.

114. Barton S, Fisher M, **Mayer K**. Panel Discussion, International Journal of STD & AIDS 20(Suppl 1):15-16, 2009.

115. **Mayer, KH**, Kuritzkes DR (editors). 2009 Clinical Issues in HIV Medicine (187 pages) HIV Medicine Association, 2009.

116. **Mayer, KH**, Kuritzkes DR. Introduction: HIV Care in 2009; Therapeutic Progress, but Complex Challenges Remain. 2009 Clinical Issues in HIV Medicine HIV Medicine Association, 1-2, 2009.

117. Anderson DJ, Politch JA, Nadolski AM, Blaskewica CD, Pudnery J, **Mayer KH**. Targeting Trojan Horse Leukocytes for HIV Prevention (editorial review). AIDS 24(2):163-187, 2010.

118. Venkatesh KK, Kumarasamy N, **Mayer KH.** Indian Manufacture of New Generic Antiretrovirals: implications for global access to anti-HIV drugs (editorial). HIV Therapy 4(1):1-4, 2010.

**Kenneth H. Mayer, M.D.**                                                                                              224

119. **Mayer KH,** Mimiaga MJ, Safren SA. Out of the Closet and into Public Health Focus: HIV and STDs in Men Who Have Sex with Men in Middle Income and Resource-limited Countries (editorial). <u>Sexually Transmitted Diseases</u> 37(4): 205-207, 2010. PMID:20145587

120. **Mayer, KH**, Kuritzkes DR (editors). <u>2010 Clinical Issues in HIV Medicine</u> (228 pages) HIV Medicine Association, 2010.

121. El-Sadr WM, **Mayer KH,** Adimora AA. The HIV Epidemic in the United States: A Time for Action (introduction). <u>JAIDS</u> 55(Supplement 2):S63, 2010.

122. **Mayer K**. Introduction: Linkage, Engagement, and Retention in HIV Care: Essential for Optimal Individual- and Community-Level Outcomes in the Era of Highly Active Antiretroviral Therapy. <u>Clinical Infectious Diseases</u> Supplement 52(S2):S205-S207, 2011.

123. Mimiaga MJ, Johnson CV, Reisner SL, VanDerwarker R, **Mayer KH**. "No Time to Test" and Other Barriers to Routine HIV Testing among Massachusetts Community Health Centers. <u>Public Health Reports</u> 126(5):643-652; 2011.

124. **Mayer KH**. The evolving Indian AIDS epidemic: Hope & challenges of the fourth decade. <u>Indian J Med Res</u>. 2011 Dec 134:739-741.

125. **Mayer, KH**, Kuritzkes DR (editors).   <u>2012 Clinical Issues in HIV Medicine</u> (209 pages) HIV Medicine Association, 2012.

126. Zinner SH, **Mayer KH**. "Sulfonamides and Trimethoprim" (Chapter 33), in <u>Mandell, Douglas, and Bennett's Principles and Practice of Infectious Diseases, Eighth Edition</u>, E Saunders, Editor. 2015, John E. Bennett, Raphael Dolin, Martin J. Blaser: Canada.

127. **Mayer KH.**  NextGen HIV prevention: new possibilities and questions (comment). <u>Lancet</u>. 2016 Mar 12;387(10023):1036-8. doi: 10.1016/S0140-6736(16)00655-3. PMID: 26952545

128. **Mayer KH**, Shisana O, Beyrer C. AIDS 2016: from aspiration to implementation (comment). <u>Lancet</u>. 2016 June 18;387(100037):2484-5. doi: 10.1016/S0140-6736(16)30621-3. PMID: 27353669

129. **Mayer KH**, Krakower DS.  Antiretrovirals for HIV Treatment and Prevention: The Challenges of Success (editorial).  <u>JAMA</u>. 2016 Jul 12;316(2):151-153. PMID: 27404182

130. **Mayer KH**, Krakower DS. Can We Afford to Control the HIV Epidemic with Antiretrovirals? Can We Afford Not to Do So? (editorial). <u>Clin Infect Dis</u>. 2016 Dec 1;63(11):1505-1507. PMID: 27558569 PMCID: PMC5106609

131. Oldenburg CE, Bärnighausen T, Tanser F, Iwuji CC, De Gruttola V, Seage GR, Mimiaga MJ, **Mayer KH**, Pillay D, Harling G. "Reply to Cohen, et al." <u>Clin Infect Dis</u>. 2016 Dec 15;63(12):1680. PMID: 27694482

132. **Mayer KH**, Mimiaga MJ, Safren SA. Chapter 90. Bio-behavioral Interventions to Prevent HIV Transmission.  In: Cohen J, Powderly WG, Opal SM, eds. Infectious Diseases, 4th Edition.  Kidlington Oxford, UK: Elsevier Limited, 2017:824-828.

133. Beyrer C, Shisana O, Baral SD, Milsana K, **Mayer KH**, Pozniak A, Walker BD, Mboup S, Sohn AH, Serwadda D, Rees H, Dvoriak S, Warren M, Thiam S, El-Sadr WM, Hospital X, Ryan O, Thomson N, Bekker LG. "The science of Durban, AIDS 2016" (review). <u>J Int AIDS Soc</u>. 2017 Jun 30;20(1):1-7. PMID: 28692209

134. **Mayer KH**. Remembering Judith Bradford and Why Populations Matter (editorial). <u>LGBT Health</u>. 2017 Jun;4(3):169-170. PMID: 28402739

135. Mozafari M, **Mayer KH**. "Social change and HIV in Iran: reaching hidden populations" (comment). <u>Lancet HIV</u>. 2017 Jul;4(7):e282-e283. PMID: 28668183

136. Sow PS, Kippax S, Bras M, **Mayer KH**, Bekker LG, Beyrer C. "In memoriam: Mark Wainberg, PhD (1945-2017)" (editorial). <u>J Int AIDS Soc</u>. 2017 Jul 13;20(1):1-2. PMID: 28703508

137. **Mayer KH**. "Optimism and concern at IAS 2017" (comment). **Lancet HIV**. 2017 Sep;4(9):e382-e383. PMID: 28865609

138. **Mayer KH**, Vanderwarker R, Grasso C, Boswell SL. Emerging models of clinical services for men who have sex with men: focused versus comprehensive approaches (Review). <u>Sex Health</u>. 2016 Aug 29. [Epub ahead of print] PMID: 27567639

139. Van Wagoner N, **Mayer KH**. Chapter 11. Sexually Transmitted Infections in Men Who Have Sex with Men.  In: Bachmann LH, ed. Sexually Transmitted Infections in HIV-Infected Adults and Special Populations: A Clinical Guide.  Cham, Switzerland: Springer International Publishing AG, 2017:193-219.


**Books/Textbooks for the Medical or Scientific Community:**

1. **Mayer KH**, Pizer HF. <u>The AIDS Fact Book</u>, Bantam Press, 144 pages, New York, 1983 (2  English printings; translated into French, German, Portuguese, Dutch, Greek and Japanese).

2.  **Mayer KH**, Pizer HF (editors). <u>The Emergence of AIDS: The Impact on Immunology, Microbiology and Public Health</u>, American Public Health Association, Washington DC, 2000.

3.  **Mayer KH**, Pizer HF (editors).  <u>The AIDS Pandemic: Impact on Science and Society</u>, Academic Press, Elsevier, London, 2004.

4.  **Mayer KH**, Pizer HP. <u>The Social Ecology of Infectious Diseases,</u> Academic Press, Elsevier, London, 2008.

5.  Makadon HJ, **Mayer K**, Potter J, Goldhammer H (editors). <u>The Fenway Guide to Lesbian, Gay,  Bisexual and Transgender Health</u>, First Edition. Philadelphia: American College of Physicians Press; 2008

6.  **Mayer KH**, Pizer HP: <u>HIV Prevention: A Comprehensive Approach</u>, Academic Press, Elsevier. London, 2008.


**Letters to the Editor:**

1.  White RE, **Mayer KH**. "Cost of antibiotic prophylaxis after penetrating abdominal trauma" (letter).  <u>New England Journal of Medicine</u> 312(9): 589-590, 1985.

2.  **Mayer KH**, DeGruttola V. "Human Immunodeficiency Virus and oral intercourse" (letter). <u>Annals of Internal Medicine</u> 107:428-429, 1987.

3.  Cleary PD, Barry MJ, **Mayer KH**, Brandt AM, Gostin L, Fineberg H. "Compulsory premarital screening for the Human Immunodeficiency Virus: Clarification of some key assumptions" (letter). <u>Journal of the American Medical Association</u> 258:1757-1762, 1987.

4.  DeBuono BA, Scott HD, LaFazia L, DiMatteo M, **Mayer KH**. "Counseling and antibody testing to prevent HIV infection" (letter). <u>Journal of the American Medical Association</u> 261:2501-2502, 1989.

5.  Cleary PD, Brandt AM, Gostin L, Chittenden E, **Mayer KH**. "Pharmacy education about HIV and condoms" (letter), <u>American Journal of Public Health</u> 80:1395, 1990.

6.  Piette J, Stein M, Mor V, Fleishman J, **Mayer KH**, Wachtel T, Carpenter C. "Patterns of secondary prophylaxis with aerosol pentamidine among persons with AIDS" (letter). <u>Journal of AIDS</u> 4:826-828, 1991.

7.  Pudney J, Oneta M, **Mayer KH**, Seage G, Anderson D. "Pre-ejaculatory fluid as a potential vector  for sexual transmission of HIV-1" (letter). <u>Lancet</u> 340:1470, 1992.

8.  Gostin LO, Lazzarini A, Alexander D, Brandt A, **Mayer KH**, Silverman DC. "HIV Testing, Counseling and Prophylaxis After Sexual Assault" (letter). <u>Journal of the American Medical Association</u> 272(20):1577-1578, 1994.

9.  Rich JD, Nizam R, Das K, Islam S, Akhtar N, Dickinson BP, Flanigan TP, **Mayer KH**, Carpenter CCJ. "HIV and syphilis prevalence in Chittagong Bangladesh" (letter), <u>AIDS</u> 11:703-704, 1997.

10. Farrar DJ, Cu-Uvin S, Caliendo AM, Costello SF, Murphy DM, Flanigan TP, **Mayer KH**, Carpenter CCJ. "Detection of HIV-1 RNA in vaginal secretions of HIV-1 seropositive women who have undergone hysterectomy" (letter). <u>AIDS</u> 11:1296-1297, 1997.

11. Rich JD, Chin-Hong PV, Busi KA, **Mayer KH**, Flanigan TP. "Hepatitis C and HIV in male prisoners" (letter). <u>Journal of Acquired Immunodeficiency Syndromes & Human Retrovirology</u> 16(5):408-409, 1997.

12. Cu-Uvin S, Caliendo AM, Reinert SE, **Mayer KH**, Flanigan TP, Carpenter CCJ. "HIV-1 in the female genital tract and the effect of antiretroviral therapy" (letter). <u>AIDS</u> 12:1296-1297, 1998.

13. **Mayer KH**. "Risks Of Human Immunodeficiency Virus Transmission From Artificial Insemination From An Infected Donor" (letter). <u>Pediatric Infectious Disease</u> 18(3):310-311, 1999.

14. Williams S, Flanigan T, Artenstein AW, VanCott C, Smith D, **Mayer KH**, Koup, R. "CCR5 Genotype and Human Immunodeficiency Virus (HIV)-Specific Mucosal Antibody in Seronegative Women at High Risk for HIV Infection" (letter). <u>Journal of Infectious Disease</u> 179:1310-1311, 1999.

15. Gandhi NR, **Mayer K**, Patel A, Patel DA, Sridhar S. "HIV screening in active tuberculosis patients in rural Gujarat, India" (letter to the Editor). <u>International Journal of STD & AIDS</u>,12:415-416, 2001.

16. Blackard JT, **Mayer KH** (commentary). "HIV Superinfection in the Era of Increased Sexual Risk-Taking". <u>Sexually Transmited Diseases</u> 31(4):201-204, 2004.

17. Saghayam S, Chaguturu SK, Kimarasamy N, Solomon S, **Mayer KH**, Wanke C. (letter). "Lipoatrophy is the Predominant Presentation of HIV-Associated Lipodystrophy in Southern India". <u>Clinical Infectious Diseases</u> 38(1):1646-49, 2004.

18. Uma S, Balakrishnan P, Murugavel KG, Srikrishnan AK, Kumarasamy N, Cecelia JAS, **Mayer KH**, Celentano D, Thyagarajan SP, Solomon S. "Bacterial Vaginosis in Female Sex Workers in Chennai, India" (letter). <u>Sexual Health</u> 2(4):261-262, 2005.

**Kenneth H. Mayer, M.D.**                                                                                      228

19. Ratelle S, **Mayer K**, Goldhammer H, Mimiaga M, Coury-Doniger P.  <u>Prevention and Management of Sexually Transmitted Diseases in Men who Have Sex with men: A Toolkit for Clinicians</u> (1st ed.)  Boston, MA: Massachusetts Department of Public Health; 2005.

20. Kumarasamy N, Venkatesh KK, Devaleenal B, Cecelia AJ, Yepthomi T, Saghayam S, Solomon S, **Mayer KH**.  "Opportunities and Options for the Use of Protease Inhibitors in a Resource Poor Setting: Experiences from Southern India" (letters to the editors). <u>Journal of Acquired Immune Deficiency Symdromes</u> 46(1):119-121, 2007.

21. Vignesh R, Balkrishnan P, Shankar EM, Hanas S, Cecelia AJ, **Mayer KH**, Thyagarajan SP, Solomon S, Kumarasamy N.  "High rate of acquired resistance to tuberculosis among HIV infected subjects of Chennai, south India" (letter to the editor).  <u>Journal of Infection</u> 55(6):e141-e142, 2007.

22. **Mayer KH**, Hamilton CD.  "Distributing US Health Aid" (letter) <u>Journal of the American Medical Association</u> 301(13):1339-1340, 2009.

23. Vignesh R, Shankar EM, Kumarasamy N, Irene P, Murugavel KG, **Mayer KH**, Solomon S. "Predominance of Methicillin-resistant *Staphylococcus aureus* among HIV positive subjects with  pyrexia of unknown origin in Chennai, Southern India" (letter). <u>Journal of Infection</u> 58(4)313-314, 2009.

24. Saravanan S, Madhavan V, Murugavel KG, Balakrishnan P, Solomon SS, Umapathy S, Kantor R, Kumarasamy N, Yepthomi T, Smith DM, **Mayer KH**, Solomon S. "The Association between HIV-1  Subtype C Aantiretroviral Resistance and HLA Prevalence in Southern India" (letter to the editor). <u>JAIDS</u> 57(1):e17-e19, 2011.

25. **Mayer K,** Mimiaga M, Resurgent Syphilis in the United States: Urgent need to address an evolving epidemic (editorial). <u>Annals of Internal Medicine</u> 155(3):192-3, 2011

26. Saravanan S, Madhavan V, Balakrishnan, P, Solomon SS, Kumarasamy N, **Mayer KH**, Waldrop G, Solomon S, Smith DM. "HIV-1 Reverse Transcriptase Nucleotide Substitutions in Subtype C-Infected, Drug-Naïve, and Treatment-Experienced Patients in South India". <u>JAIDS</u> 2011;58(3)e94-95.

27. Cahill S, **Mayer K**, Boswell S.  "Priorities for Public Health Spending". <u>JAMA</u> 2017 Mar 28;317(12):1277-1278. PMID: 28350920

28. Glidden DV, **Mayer K**, Grant RM. "Response to: A double-edged sword: does highly active antiretroviral therapy contribute to syphilis incidence by impairing immunity to *Treponema pallidum*?" <u>Sex Transm Infect</u>. 2017 Aug;93(5):313. PMID: 28408646

**Abstracts:**

1.  Kumarasamy N, Flanigan T, Vallabhaneni S, Cecelia A, Christybai P, Falakrishnan P, Solomon S, Carpenter C, **Mayer K**.  Randomized Control Trial of Structured Interrupted Generic Antiretroviral Therapy vs Continuous Generic HAART in HIV+ Patients in Southern India: Data from 12-Month Follow Up.  12th Conference on Retroviruses and Opportunistic Infections, Boston, MA, February 22-25, 2005.

2.  Balakrishnan P, Solomon S, Janardhanan M, Kumarasamy N, Venkatakrishnan B, Reddy S, Liaquath A, Cecelia A, Kailasom G, Panchacharam T, Ramratnam B, **Mayer KH**, Flanigan T.  A Simple, Low-cost CD4 Assay for Monitoring HIV-infected Individuals in Resource-limited Settings:  An Evaluation of Guava Easy CD4 Assay. 12th Conference on Retroviruses and Opportunistic Infections, Boston, MA, February 22-25, 2005.

3.  Justman J, El-Sadr W, **Mayer K**, Maslankowski L, Hoesley C, Absalon J, Gai F, Masse B, Kwiecien A, Rooney J, Soto-Torres L, and HPTN 059 and 059 Protocol Team.  Changes in Vaginal Flora Associated with Vaginal Microbicides:  Cellulose Sulfate and Tenofovir. 12th Conference on Retroviruses and Opportunistic Infections, Boston, MA, February 22-25, 2005.

4.  Uma S, Balakrishnan P, Murugavel KG, Srikrishnan AK, Kumarasamy N, Cecelia JS, **Mayer KH**, Celentano D, Thyagarajan SP, Solomon:  Prevalence of Bacterial Vaginosis in Commercial Sex Workers in Chennai, India (poster), 1st National Conference of AIDS Society of India, New Delhi, India, April 2-4, 2005.

5.  Kumarasamy N, Vallaghaneni S, Cecelia A, Solomon S, **Mayer KH**, Flanigan TP, Carpenter CCJ:  Safety profile of d4T versus AZT-containing HAART regimens in HIV-infected persons in Chennai, India, 1st National Conference of AIDS Society of India, New Delhi, India, April 2-4, 2005.

6.  Land A, Loparev VN, Dollard SC, Morozova O, Vankova O, Gardner LI, Klein RS, **Mayer K**, Rompalo A, Sobel J, Cannon MJ. Determinants of cytomegalovirus (CMV) viral presence and the host immune response (poster presentation). 10th International Cytomegalovirus/Betaherpesvirus Workshop, Williamsburg, VA, April 2005.

7.  Chin-Hong PV, Vittinghoff E, Benet D, Buchbinder S, Colfax G, Cranston R, DaCosta M, Darragh T, Judson F, Koblin B, **Mayer K**, Palefsky J.  Age-related Incidence of Anal Human Papillomavarus Infection Among Sexually Active Men Who Have Sex with Men: the EXPLORE study, 22nd International Papillomavirus Conference and Clinical Workshop, Vancouver, British Columbia, April 30 – May 6, 2005.

8.  **Mayer KH**, Goldhammer H, Grasso C, Golub S, Novak D, Bertrand T.  Sexually Transmitted Disease Trends in MSM Seen at a Boston Community Health Center, 1997-2004:  Challenges and Hopes. 2005 National HIV Prevention Conference, Atlanta, GA, June 12-15, 2005.

**Kenneth H. Mayer, M.D.**                                                              230

9.    Goldhammer H, Safren S, Driskell J, Knauz R, **Mayer KH**.  Beliefs about Viral Load, Sexual Positioning, and Transmission Risk among HIV+ Men Who Have Sex with Men (MSM): Shaping a Secondary Prevention. 2005 National HIV Prevention Conference, Atlanta, GA, June 12-15, 2005.

10.   Knauz RO, Safren SA, Driskell J, Aguilar D, Solomon L, Hobson J, **Mayer, KH**. Developing a Secondary Prevention Behavioral Intervention for HIV infected MSM within a Community Health Center.  2005 National HIV Prevention Conference, Atlanta, GA, June 12-15, 2005.

11.   Merchant RC, **Mayer KH**, Becker BM.  Offering and Receipt of HIV PEP in Rhode Island Emergency Departments.  2005 National HIV Prevention Conference, Atlanta, GA, June 12-15, 2005.

12.   Safren SA, Goldhammer H, Knauz RO, Solomon L, Capistrant B, Driscoll J, Kissler B, **Mayer KH**.  Feasibility and Acceptability of an HIV Prevention Intervention for HIV-infected MSM Incorporated into Their Primary Care.  2005 National HIV Prevention Conference, Atlanta, GA, June 12-15, 2005.

13.   Safren SA, Kissler B, Capistrant B, Wilson I, **Mayer KH**.   The Importance of Addressing Mental Health Needs in Self-Care Interventions in HIV.  2005 National HIV Prevention Conference, Atlanta, GA, June 12-15, 2005.

14.   **Mayer KH**, Ducharme RB, Abbott D, Cavanaugh T. Optimizing Sexual Health For Men Who Have Sex With Men: The Providence Bathhouse Experience. 2005 National HIV Prevention Conference, Atlanta, GA, June 12-15, 2005.

15.   Swarnalaskshmi S, Srikrishnan K, Ganesh K, Solomon S, **Mayer KH**.   Community Advisory Boards--the Indian Experience. 7th ICAAP, Kobe, Japan, July 1-5, 2005.

16.   Ganesh AK, Solomon S, **Mayer KH**. (oral presentation) Community Advisory Boards – the Indian Experience. S.Swarnalakshmi, A. K. Srikrishnan, A. (SaD01-01).   7th ICAAP, Kobe, Japan July 1-5 2005.

17.   Kumarasamy N, Snigdha V, Anitha Cecelia J, Yethomi T, Balakrishnan P, Suneetha, Flanigan T, Carpenter CCJ, Solomon S, **Mayer KH**. (poster presentation) Reasons for Modification of Generic Highly Active Antiretroviral Therapeutic regimen among Persons with HIV in Southern India.  (SaPB0077).  7th ICAAP, Kobe, Japan July 1-5 2005.

18.   Solomon S, Solomon S, Masse BR, Srikrishnan AK, Beauchamp G, Thamburaj E, Gulvady M, Anand S, **Mayer KH**. (oral presentation) Reduced Risk Taking Behavior and Low Incidence of HIV following Risk Reduction Counseling in a Cohort in South India. (MoC13-02)  7th ICAAP, Kobe, Japan July 1-5 2005.

**Kenneth H. Mayer, M.D.**                                                                     231

19.  Syed Iqbal H, Balakrishnan P, Solomon SS, Kumarasamy N, Krishnan AK, Cecelia JA, Jayakumar K, Mayer KH, Solomon S.  Estimation of HIV-1 incidence in a VCT clinic in Chennai using Detuned Assay.  (SuPA0026)  7th ICAAP, Kobe, Japan July 1-5 2005.

20.  **Mayer K**, Goldhammer H, Cohen D, Grasso C, Bill R, Maldonado A, Vanderwarker R, Fisher A.   Tenofovir/3TC for Non-Occupational Post-exposure Prophylaxis (NPEP): Improved tolerability and adherence compared to AZT/3TC (poster).  3rd IAS Conference on HIV Pathogenesis and Treatment, Rio de Janeiro, July 24-27, 2005.

21.  Charles M, Boyle B, **Mayer KH**, Schechter M.  Leveraging Western medical expertise to rapidly build healthcare systems for HIV/AIDS in developing Countries (poster).  3rd IAS Conference on HIV Pathogenesis and Treatment, Rio de Janeiro, July 24-27, 2005.

22.  Malave M, Charles M. Boyle B, **Mayer KH**, Vun MC, Schechter M.   The effectiveness of clinical mentoring as a method to improve HIV/AIDS clinical skills of healthcare professionals in Cambodia (poster).   3rd IAS Conference on HIV Pathogenesis and Treatment, Rio de Janeiro, July 24-27, 2005.

23.  Kumarasamy N, Vallabhaneni S, Cecelia A, Yepthomi T, Balakrishnan P, Saghayam S, Flanigan T, Carpenter C, Solomon S, Mayer K.  Reasons for modification of HAART:  Nevirapine-based regimens versus non-neviraphine-based regimens - data from Southern India (poster).   3rd IAS Conference on HIV Pathogenesis and Treatment, Rio de Janeiro, July 24-27, 2005.

24.  Carballo-Dieguez A, **Mayer K**, Dolezal C, Exner T, Lin P, Pickard R, Vanderwarker R. Rectal Microbicide Acceptability: Results of a Volume Escalation Trial. 3rd IAS Conference on HIV Pathogenesis and Treatment, Rio de Janeiro, July 24-27, 2005.

25.  Chin-Hong P, Husnik M, Benet D, Buchbinder S, Colfax G, Cranston R, DaCosta M, Darragh T,Judson F, Koblin B, **Mayer K**, Vittinghoff E, Palefsky J.   Human Papillomavirus is Associated with HIV Acquisition: the EXPLORE Study.  3rd IAS Conference on HIV Pathogenesis and Treatment, Rio de Janeiro, July 24-27, 2005.

26.  Merchant RC, Mayer KH, Becker BM. HIV Post-exposure Prophylaxis Provision at a Large, Urban Emergency Department.  3rd IAS Conference on HIV Pathogenesis and Treatment, Rio de Janeiro, July 24-27, 2005.

27.  Natividad-Villanueva GU, Santiago E, Manalastas RM, Caliendo AM, Brown H, **Mayer KH**, Cu-Uvin S.   Human Immunodeficiency Virus in Plasma and Cervicovaginal Secretion in Filipino Women.   3rd IAS Conference on HIV Pathogenesis and Treatment, Rio de Janeiro, July 24-27, 2005.

28.  **Mayer K**, Kelly C, Morar H, Maslankowski L, Emans A, Welch J, Profy A:  The Safety and Tolerability of PRO2000, a Novel Vaginal Microbicide in Sexually Active

HIV- and Abstinent HIV+ Women.  3rd IAS Conference on HIV Pathogenesis and Treatment, Rio de Janeiro, July 24-27, 2005.

29.    Bishop EA, Marcon L, Martin W, Koita OA, Lally M, **Mayer KE,** De Groot AS. Cross-presentation of Confirmed A3 supertype T cell Epitopes selected from the GAIA Cross-Clade HIV Vaccine (poster), AIDS Vaccine 2005, Montreal, Canada 09/05.

30.    Marcon L, Martin W, Bishop EA, Rivera D, Lally M, Kutzler M, Weiner DB, **Mayer KH**, De Groot AS.  Expanded T cell response repertoire achieved by a HLA A2 multi-epitope cross-clade HIV vaccine in the presence of IL-15 (poster), AIDS Vaccine 2005, Montreal, Canada 09/05.

31.    Beckerman J, Vu N, Keita N, Konė, DeGroot A, Lally M, **Mayer K**.  Potential Barriers to an HIV Vaccine Trial in Bamako Mali (poster), AIDS Vaccine 2005, Montreal, Canada 09/05.

32.    Merchant RC, Phillips BZ, Becker BM, **Mayer KH**. Predictors of STD and Pegnancy Testing and Prophylaxis Usage for Adult Female Sexual Assault Survivors in Rhode Island.  [abstract 166] American College of Emergency Physicians Research Forum. Washington, DC. September 26-27, 2005.  Annals of Emergency Medicine.  46(3) Supplement:S47, 2005.

33.    Merchant RC, Chee KJ, **Mayer KH**, and Becker BM. Healthcare Worker Blood or Body Fluid Exposures and HIV Prophylaxis Provision at Rhode Island Emergency Departments. [abstract 331] American College of Emergency Physicians Research Forum. Washington, DC. September 26-27, 2005 and Thirteenth Annual Research Celebration, Providence, RI, September 2005. Annals of Emergency Medicine.  46(3) Supplement:S93, 2005.

34.    Lau TC, Merchant RC, **Mayer KH**, and Becker BM. Adult Sexual Assault Evaluations at Rhode Island Emergency Departments, 1995-2001. [abstract 344] American College of Emergency Physicians Research Forum. Washington, DC. September 26-27, 2005 and Thirteenth Annual Research Celebration, Providence, RI, September 2005. Annals of Emergency Medicine.  46(3) Supplement:S97, 2005.

35.    Manalo R, Tedeschi SK, Lally MA, Gaitanis MM, **Mayer K**, Shepardson S, Rich JD. Vaccination in Juvenile Correctional Facilities:  State Laws, Hepatitis B, and the Impact on Anticipated Sexually Transmitted Infection Vaccines. The 13th Annual Hospital Research Celebration, Lifespan, Providence, RI, September 29, 2005.

36.    **Mayer, K**, Ducharme R, Abbott D, Cavanaugh T. Optimizing sexual health for men who have sex with men: The Providence bathhouse experience. The 13th Annual Hospital Research Celebration, Lifespan, Providence, RI, September 29, 2005.

37.    Phillips BZ, Merchant RC, **Mayer KH**, and Becker BM. Predictors of STD and Pregnancy Testing and Prophylaxis Usage for Adult Female Sexual Assault Survivors

in Rhode Island EDs. American College of Emergency Physicians Research Forum. Washington, DC. September 26-27, 2005 and Thirteenth Annual Research Celebration, Providence, RI, September 2005. Annals of Emergency Medicine. 46(3) Supplement:S97, 2005.

38.   Merchant RC, **Mayer KH**, Becker BM, Pugatch DL, and Duffy SJ. Comparison of ED STD and pregnancy testing and prophylaxis utilization after pediatric sexual assault. [abstract 113458] American Public Health Association 133rd Annual Meeting & Exposition, New Orleans, LA. November 5-9, 2005.

39.   Cummins J, Fichorova F, Roberts P, Richardson-Hamman N, Bromley C, Alfano M, Belec L, Chen S, Carbonneil C, Dezzutti C. Doncel G, Herold B, Hillier S, Landay S, **Mayer K**, et al, and members of the NIH Cytokine Advisory Panel, Microbicides Quality Assurance Program. Critical Path to Topical Microbicide Development: Pre-clinical Assessment of IL-1β as a Biomarker for Mucosal Inflammation and Toxicity. 45th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, Washington, DC, December 16-19, 2005.

40.   **Mayer K**, Henry K, Bush T, Groger R, Conley L, Kojic Erna, Mercer L, Cu-Uvin S, Richardson J, Brooks J. Asymptomatic Sexually Transmitted Infections (STI) and Risk Taking Behaviors are Commonly Detected among HIV-Infected Patients in Care: Lessons from the Study to Understand the Natural History of HIV/AIDS in the Era of Effective Therapy (SUN Study) Cohort. 13th Conference on Retroviruses and Opportunistic Infections, Denver. CO, February 5 - 9, 2006.

41.   Safren SA, Knauz RO, O'Cleirigh C, Lerner J, Greer J, Harwood M, Tan J, **Mayer K**. Description and Acute Outcome of Cognitive Behavioral Therapy for HIV Medication Adherence and Depression: A Randomized Controlled Trial (paper). NIMH/IAPAC International Conference on HIV Treatment Adherence, Jersey City, NJ, March 8-11, 2006.

42.   Safren SA, Knauz RO, O'Cleirigh C, Lerner J, Greer J, Harwood M, Tan J, **Mayer KH**. CFT for HIV Medication Adherence and Depression: Process and outcome at Post-treatment and Three-month Cross Over. 27th annual meeting of the Society of Behavioral Medicine, San Francisco, CA, March 22-25, 2006.

43.   Mimiaga MJ, Goldhammer H, Safren SA, VanDerwarker R**, Mayer KH**. Health-risk-problems and Associated Behaviors Among HIV-infected and HIV-uninfected Men Who Have Sex with Men (MSM). 27th Annual Meeting of the Society of Behavioral Medicine, San Francisco, CA, March 22-25, 2006.

44.   Tedeschi SK, Lally MA, Parekh MJ, Gaitanis MM, **Mayer KH**, Zimet GD. Attitudes of at-risk adolescents and their parents toward anticipated HPV and HIV vaccines. Poster (abstract 39). Society for Adolescent Medicine Annual Meeting, Boston, MA. March 22-25, 2006.

**Kenneth H. Mayer, M.D.**                                                                234

45.    Merchant RC, Zabbo CP, **Mayer KH**, Becker BM.  What factors affect antibiotics usage and admission for human bites? [Abstract 1183]  10th Annual New England Regional Society for Academic Emergency Medicine Research Center, Shrewsbury, MA, March 30, 2006.

46.    Charles M. Boyle B, **Mayer K**, Schechter M.  Clinical Mentoring Prepares Healthcare Systems in Developing Countries to Meet Demand for HIV/AIDS Care (poster).  Unite for the Site Global Health Conference, Yale University, New Haven, CT, April 1, 2006.

47.    Murugavel KG, Balakrishnan P, Mohanakrishnan J, Bhavani V, Livant E, Kumarasamy N, Solomon SS, Pulimi S, **Mayer K**, Solomon S.  Establishment of Normal Values of CD4 and CD8 Lymphocyte Subsets in Healthy Indian Adults for Micro-capillary Flow Cytometer (poster).  National Conference on Research in HIV & AIDS, April 21-23, 2006.

48.    Morrow K, Rosen R, **Mayer K**, Maslankowski L, El-Sadr, W.  The Effect of Formulation Factors on Vaginal Microbicide Acceptability: A meta-analysis of qualitative data from three Phase I clinical trials in the United States (poster). Microbicides 2006, Cape Town, South Africa, April 23-26, 2006.

49.    Morrow M, Srikrishnan AK, Rosen R, Lakshmi S, Dhawan D, Solomon S, **Mayer K**. Acceptability of Vaginal Microbicide Use in Chennai, India; A Qualitative Study Among Low- and High- Risk Men (poster).  Microbicides 2006, Cape Town, South Africa, April 23-26, 2006.

50.    Carballo-Dieguez A, Lin P, Exner T, Dolezal C, Ventuneac A, Pickard R, **Mayer K**. Rectal Douches or Enemas as Delivery Vehicles for Rectal Microbicides (poster). Microbicides 2006, Cape Town, South Africa, April 23-26, 2006.

51.    Rosen R, Morrow K, Lakshmi S, Srikrishnan AK, Dhawan D, Solomon S, **Mayer K**. The Acceptability of Vaginal Microbicide Use among Women in Chennai:  A Qualitative study conducted among low- and high-risk Women (poster).  Microbicides 2006, Cape Town, South Africa, April 23-26, 2006.

52.    Fichorova R, Richardson-Harman N, Alfano M, Belec L, Carbonneill C, Chen S, Cheshenko N, Consentino L, Dezzutti C, Doncel G, Donoval B, Hancock K, Donaghay M, Herold B, Hillier S, Landay A, **Mayer K**, Onderdonk A, Pasicznyk J, Poli G. Analytic Validation of Cytokine Biomarkers of Vaginal Immunoinflammatory Function (oral). Microbicides 2006, Cape Town, South Africa, April 23-26, 2006.

53.    **Mayer K**, Mimiaga MJ, Helms DJ, Bertrand T, Novak D, Grasso C, McLean C. Frequent Detection of Asymptomatic Sexually Transmitted Diseases (STD) among HIV-infected and High Risk HIV-uninfected MSM at a Boston Community Health Center (oral).  2006 National STD Prevention Conference, Jacksonville, FL, May 8-11, 2006.

54.   Mimiaga MJ, Goldhammer H, Tetu A, VanDerwarker R, Bertrand T, Cranston K, Novak D, Rubinstein EP, **Mayer KH**.  STD and HIV Knowledge and Responses to Prevention Messages and Men Who Have Sex with Men (MSM) (poster).  2006 National STD Prevention Conference, Jacksonville, FL, May 8-11, 2006.

55.   Helms DJ, **Mayer KH**, Mimiaga MJ, Grasso C, Bertrand T, Novak D, Mosure DJ, McLean C.  Gonorrhea and Chlamydia Test Positivity, and Syphilis Seroreactivity among Asymptomatic Men who have Sex with Men attending a Large Primary Care Clinic in Boston, 2003-2004 (poster).  2006 National STD Prevention Conference, Jacksonville, FL, May 8-11, 2006.

56.   Novak DS, Bertrand T, Ratelle S, **Mayer KH**, VanDerwarker R, Mimiaga MJ.  Using Research to Develop and Implement a Comprehensive Syphilis Elimination Plan for MSM in Massachusetts (poster).  2006 National STD Prevention Conference, Jacksonville, FL, May 8-11, 2006.

57.   Cohen DE, Bill R, **Mayer KH**.  Screening Anal Pap Smears and Findings on High-resolution Anoscopy (HRA) in the Fenway Community Health (FCH) Human Papillomavarus Clinic (poster).  2006 National STD Prevention Conference, Jacksonville, FL, May 8-11, 2006.

58.   **Mayer KH**, Asymptomatic Sexually Transmitted Infections (STI) and Risk-Taking Behaviors are Commonly Detected among HIV-Infected Patients in Care: Lessons from the Study to Understand the Natural History of HIV/AIDS in the Ear of Effective Therapy (SUN Study) Cohort (oral).  2006 National STD Prevention Conference, Jacksonville, FL, May 8-11, 2006.

59.   **Mayer K**.  Preventing HIV: Options Beyond Vaccines.  12th International Congress on Infectious Diseases and the International Society for Infectious Diseases, Lisbon, Portugal, June 15-18, 2006.

60.   **K.H. Mayer**, K. Henry, T. Bush, R. Groger, L. Conley, J. Richardson, J.T. Brooks, E. Kojic, S. Cu-Uvin, CCJ Carpenter.  Asymptomatic Sexually Transmitted Infections and Risk-Taking Behaviors are Commonly Detected Among HIV-Infected Patients in Care: Lessons from the 'SUN' Study.Department of Medicine 12th Annual Research Forum, Brown University, Providence, RI, June 20, 2006.

61.   **Mayer K**.  Tenofovir-based regimens for non-occupational post-exposure prophylaxis (NPEP): Improved tolerability and adherence compared to AZT-based regimens. 1st International Workshop on HIV Transmission, Toronto, Canada, August 11-12, 2006.

62.   Wang B, Kumarasamy N, Divi N, Cecelia A, **Mayer K**, Lu Z, Wolf L, Flanigan T, Weinstein MC, Walensky RP, Freedberg KA, Losina E.  Incidence of Opportunistic Infections (OIs) within Specific CD4 Strata in HIV-infected Patients in Southern India

(poster WEPEO279).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

63.  Kirti KK, Koorapati P, Singh S, Solomon SS, Cecelia AJ, Solomon S, **Mayer KH**. Adherence to antiretroviral therapy among treatment-experienced patients at a community health center in Chennai, South India (TUPEO149).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

64.  Singh S, Cecelia AJ, Subbaraman R, James R, Kumarasamy N, **Mayer KH**, Solomon S.  Challenging Indian realities: Characteristics of housewives receiving voluntary counseling and testing in Chennai, India (THPEO609).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

65.  Subbaraman R, Singh S, Cecelia AJ, Devaleenal B, Yepthomi T, **Mayer KH**, Kumarasamy N.  Resolution of anemia with highly active antiretroviral therapy (HAART) (THPEO113).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

66.  Kumta S, Lurie M, Gogate A, Jerajani H, Weitzen S, Row Kavi A, Anand V, Makadon H. **Mayer K**.  Sexual Risk Behavior and HIV Prevalence among male-to-female transgendered people seeking voluntary counseling and testing services in Mumbai, India (oral MOADO303).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

67.  Kumta S, Lurie M, Weitzen S, Jerajani H, Gogate A, Row Kavi A, Anand V, Makadon H. **Mayer K**.  Sociodemographics, Sexual Risk Behavior and HIV Among Men Who Have Sex with Men attending voluntary counseling and testing services in Mumbai, India (poster WEPO736).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

68.  Sun J, Ramatiapeng M, Farley S, Charles M, **Mayer K**.  Clinical mentoring is a high impact component of the national strategy to scale-up ART in Lesotho (THKC201). XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

69.  Safren S, Sri Krishnan AK, Hendriksen E, Johnson S, Raminani S, Kumarasamy N, Hobsen J, Solomon S, **Mayer K**.  Sexual behaviors of individuals with HIV living in South India: a qualitative Study (CDC1050).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

70.  Safren S, Kumarasamy N, Hosseinipour M, Harwood M, Hoffman I, McCauley M, Jumbe A, Nyirenda C, Mimiaga M, Solomon S, Celentano D, **Mayer K**.  Perceptions about the acceptability of assessments of HIV medication adherence in Lilongwe, Malawi and Chennai, India (TUPEO141).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

71.  Mimiaga MJ, Tetu A, Novak D, Adelson S, VanDerwarker R, **Mayer KH**. Acceptability and utility of a partner notification system for sexually transmitted

infection exposure using an internet-based, partner-seeking website for men who have sex with men (THPDC02).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

72.  O'Brien W, Tinsley J, Sussman A, Carballo-Dieguez A, **Mayer K**.  Strategies to recruit men who have sex with men (MSM) into an acceptability trial (CDC0648). XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

73.  Kumarasamy N, Cecelia AJ, Yepthomi T, Devaleenal B, Flanigan T, Solomon S, **Mayer K**.  AIDS defining illness (ADI) occurring after initiation of generic HAART in Southern India – Chennai HIV cohort study (CDB0223).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

74.  **Mayer K**, Mimiaga M, Cohen D, Grasso C, Bill R, Vanderwarker R, Fisher A. Tenofovir-based regimens for Non-Occupational Post-Exposure Prophylaxis (NPEP): improved tolerability and adherence compared to AZT-based regimens (TUPEO469). XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

75.  Merchant R, Gee E, Seage G, **Mayer K,** Clark M, Degruttola V.  Patient comprehension about rapid HIV testing with OraQuick improves with the use of an animated video presentation (WEPEO342).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

76.  **Mayer K**, Safren S, Grasso C, Knauz R, Capistrant B, Vanderwarker R.  Belief systems associated with ongoing risky sex among HIV-infected MSM in care: opportunities for new interventions (TUPEO469).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

77.  Vidya M, Ramrathnam B, Balakrishnan P, Kumarasamy N, Solomon S, **Mayer KH**, Flanigan T, Kantor R.  Comparison of HIV-1 subtype C protease and RT sequences from Southern India and Zimbabwe (CDC0135).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

78.  Farley S, Bomiltz L, Charles M, Kauffmann R, Nelson M, **Mayer KH**, Schechter M, Boyle B.  Clinical mentoring: tapping into the vast, mostly neglected, western resources to make a fast, sustainable, and effective contribution to putting AIDS patients on ART in developing countries (MOPEO642).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

79.  Mirsa SN, Zeller K, **Mayer K**.  HIV/AIDS care and treatment – needs assessment efforts for the physicians in the private sector in India (CDE0136).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

80.  Tan J, O'Brien W, Carballo-Diequez A, **Mayer K**.  Strategies to recruit a diverse cohort of women into an acceptability study (CDC0653).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

**Kenneth H. Mayer, M.D.**                                                                238

81.  Tetu AM, Mimiaga MJ, Goldhammer H. Vanderwarker R, Bertrand T, Cranston K, Novak D, Rubinstein E, **Mayer K**.  Recruiting a maximally diverse sample of hard to reach men who have sex with men (MSM) using respondent driver sampling (MOPEO448).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

82.  Maynard J, LeBlanc D, VanDerwarker R, **Mayer K**.  A multifaceted approach to recruitment of a diverse and high risk MSM cohort for preventative vaccine trials (WEPEO182).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

83.  Schneider JA, Parekh B, Ackers M, Chen HY, Graham P, Gurwith M, Hershow R, **Mayer K**, Novak RM.  Mucosal HIV binding antigody (Bab) and neurtrlizing activing (NA) in response to a bivalent lycoprotein (gp) 120 preventive vaccine in a high-risk HIV uninfected cohort of women from Chicago participating in the VaxGen VAX004 trial (THPEO014).  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

84.  Balakrishnan P, Solomon S, Janardhanan M, Cecelia A, Nagalingeswaran K, Kallapuri M, Solomon S, Aylur G, Sadras T, **Mayer K**, Crow S.  An evaluation of Panleukogating assay for the enumeration of CD4 for the use in resource limited-settings.  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

85.  Iqbal HS Balakrishnan P, Murugavel KG, Kumarasamy N, Solomon SS, Cecelia JA, Anand S, **Mayer KH**, Solomon S.  Estimation of HIV-1 incidence in a VCT clinic in Chennai using Detuned Assay.  XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

86.  Cohen C, Koné M, LaFaunce A, Vu N, Lally M, **Mayer K**, Keita N, De Groot AS.  Knowledge, Attitudes, and Practices study in marketplaces of Bamako, Mali to inform the design of HIV vaccine trials, World AIDS Conference, Toronto, Canada, 2006.

87.  Capistrand BD, Safren SA, Grasso C, Knauz RO, Goldhammer H, Salomon L. **Mayer KH**.  Acceptability of a Peer-Based Prevention with Positives Intervention of MSM in Primary Care (oral). Ryan White CARE Act All Grantees' Meeting, Washington, DC, August 30, 2006.

88.  Cohen C, Kone M, LaFaunce A, Vu N, Lally M, **Mayer K**, Keita N, De Groot A. Knowledge, Attitudes, and Practices study in marketplaces of Bamako, Mali to inform the design of HIV vaccine trials Paper Number: 231.00. AIDS Vaccine 2006, Amsterdam, August 29 – September 1, 2006.

89.  De Groot AS, Goldberg M, Rivera D, McMurry JA, Moise L, Kone M, Koita OA, Marcon L, Kutzler M, Lally M, **Mayer KH**, Weiner DB, Martin WD. 2006 progress update on the GAIA HIV Vaccine: Broad coverage by HLA alleles and Geographic

Location, Optimization of HIV Immunogens in Pre Clinical Studies. Paper Number: 438.00. AIDS Vaccine 2006, Amsterdam, August 29 – September 1, 2006.

90.    Saghayam S, Kumarasamy N, Ceccelia A, Solomon S, Balakrishnan P, Shivaji G, Flanigan T, **Mayer K**, Wanke C.   Longitudinal alteration in body shape and metabolism on NNRTI-HAART in South India, 8th International Workshop on Adverse Drug Reactions and Lipodystrophy in HIV, San Francisco, CA, September 24-26, 2006.

91.    Swaminathan S, Subbaraman R, Venkatesan P, **Mayer K**, Narayanan PR.  Tuberculin Skin Test is a Poor Predictor of Latent and Active TB in HIV-infected South Indian Patients (318), 44th Annual Meeting of the Infectious Diseases Society of America, Toronto, Canada, October 12-15, 2006.

92.    Wener KM, Gold HS, Wong M, Venkataraman L, **Mayer KH**, Cohen DE, Wright SB. High Prevalence of Methicillin-Resistant *Staphylococcus aureus* (MRSA) Colonization in an Urban Outpatient Population (380), 44th Annual Meeting of the Infectious Diseases Society of America, Toronto, Canada, October 12-15, 2006.

93.    Szumowski J, Cohen D, **Mayer KH**.   Trends in Empiric Antibiotic Choice and Clinical Outcomes of MRSA Skin and Soft Tissue Infections at a Community Health Center (398), 44th Annual Meeting of the Infectious Diseases Society of America, Toronto, Canada, October 12-15, 2006.

94.    Gholam PR, Taylor LE, DeLong AK, Lazarus TS, Cintron V, **Mayer KH**, Klein RS, Schuman PC, Rompalo AM, Carpenter CC, Wands JR.   Occult HBV and HCV Viremia in Women at Risk for and with HIV Infection (poster LB13).  57th Annual meeting of American Association for the Study of Liver Disease, Boston, MA, October 27-31, 2006.

95.    Mimiaga M, Goldhammer H, Tetu A, VanDerwarker R, Bertrand T, Cranston K, Novak D, Rubenstein E, **Mayer K**.  Patient-provider Communication, STD and HIV Testing, and Sexual Risk Perceptions Among Men Who Have Sex with Men MSM (poster).  134th APHA Annual Meeting & Exposition, Boston, MA, November 4-8, 2006.

96.    Golub SA, Rosenthan L, Cohen D, **Mayer K**.  Factors affecting high-risk behavior during non-occupational post-exposure prophylaxis (NPEP) treatment (141377), 134th Annual Meeting of Public Health Association, Boston, MA, November 4-8, 2006.

97.    Merchant RC, Gee E, Seage G, **Mayer KH**, Clark M.  Development of an Animated Video Presentation on Rapid HIV Testing for Pre-Test Counseling in Traditional and Non-traditional Test Settings (141087).  134th Annual Meeting of Public Health Association, Boston, MA, November 4-8, 2006.

98.  Merchant RC, Gee E, Seage G, **Mayer KH**, Clark M, Degruttola V.  Patient comprehension about rapid HIV testing improves with the use of an animated video presentation (137033).  134th Annual Meeting of Public Health Association, Boston, MA, November 4-8, 2006.

99.  Cohen, Pelsue B, Lafauce A, Koné M, Symonds P, Lally M, **Mayer K**, Keita N, De Groot AS.  Survey of Knowledge, attitudes and practices related to HIV and HIV Vaccines in Urban Markets, Bamaka, Mali (oral presentation), 3éme Journees VIH/SIDA de Bamako, 2006, Bamako, Mali, 01/07.

100.  Beckerman J, Vu N, Keita N, Koné M, Lally M, **Mayer K**, Keita N, De Groot AS.  Potential  Barriers to an HIV Vaccine Trial in Bamako, Mali (oral presentation). 3éme Journees VIH/SIDA de Bamako, 2006, Bamako, Mali, 01/07.

101.  Koita O, Dao S, Tounkara A, Koné M, Martin W, **Mayer K**, Lally M, McMurry J, Marcon L, De Groot AS.  Update on the BAIA HIV Vaccine 01/06 (oral presentation). 3éme Journees VIH/SIDA de Bamako, 2006, Bamako, Mali, 01/07.

102.  Warrier AR, Dinaker M, **Mayer K**, Yeldandi V, Schneider JA.  Discordance between peripheral blood smear (PBS) and bone marrow examination (BME) amongst forty anti-retroviral naïve HIV infected inpatients in Andhra Pradesh South India.  1st Infectious Diseases Society of India Annual Meeting, February 9-11, 2007, Mumbai, India.

103.  Freedberg KA, Kumarasamy N, Losina E, Cecelia AJ, Wang B, Flanigan TP, Scott CA, Bender MA, **Mayer KH**, Walensky RP.  Antiretroviral Therapy in India: Effect on Life Expectancy and Cost-effectiveness of Care (poster 550) 14th Conference on Retroviruses and Opportunistic Infections, Los Angeles, CA, February 25-28, 2007.

104.  Kailapuri M, Pachamuthu B, Janarthanan M, Solomon S, Nagalingeswaran K, Piowar-Manning E, Livant E, **Mayer K**. Sadras T, Solomon S.  Establishment of Reference Values of CD4 and CD8 Lymphocyte Subsets in Healthy Adults in Southern India. (402) 14th Conference on Retroviruses and Opportunistic Infections, Los Angeles, CA, February 25-28, 2007.

105.  Para M, Fuchs J, Celum C, Novak R, Gurwith M, **Mayer K**, Youngpairoj A, Kalish M, Heneine W, Ackers M.  HIV Genotypic Resistance in Seroconverters in the gp120 Vaccine Efficacy Trial. (653) 14th Conference on Retroviruses and Opportunistic Infections, Los Angeles, CA, February 25-28, 2007.

106.  Iqbal S, Balakrishnano P, Solomon S, Cecelia A, Kumarasamy N, Madhavan V, Kg M, **Mayer K**, Crowe S.  Non-NAT-based Virological Marker as a Potential Alternative to Nat-based Plasma Viral Load for Monitoring ART in Resource-limited Settings.  (673) 14th Conference on Retroviruses and Opportunistic Infections, Los Angeles, CA, February 25-28, 2007.

**Kenneth H. Mayer, M.D.**                                                                    241

107.    Mimiaga MJ, Fair AD, Tetu AM, Hobson J, **Mayer KH**, Safren SA.  Crystal methamphetamine use and sexual behavior among HIV-infected MSM: experiences and attitudes towards intervention development (poster), 28th Annual Meeting and Scientific Sessions, Society of Behavioral Medicine, Washington, DC, March 21-14, 2007.

108.    Kibler JK, Ma M, Bartholow BN, Durham M, Sarpong D, Lally MA, **Mayer KH**. Correlates of Willingness to Participate in Microbicide Research among African-American Adults in Mississippi.  28th Annual Meeting of Society of Behavioral Medicine, Washington, DC, March 21-24, 2007.

109.    Mimiaga MJ, Fair AD, Tetu AM, Hobson J, **Mayer KH**, Safren SA.   Crystal methaphetamine use and sexual behavior among HIV-infected MSM: experiences and attitudes towards intervention development.  28th Annual Meeting of Society of Behavioral Medicine, Washington, DC, March 21-24, 2007.  (Annals of Behavioral Medicine, 33(Suppl.), S014, 2007).

110.    Merchant R, **Mayer K**, Seage G, Clark M, Degruttola V, Becker B.  Is a 9.5 Minute Video an Effective Substitute for an HIV Counselor for Rapid HIV Testing?  2007 SAEM Annual Meeting, Acad Emerg Med 14(5):S175-176,  May, 2007.

111.    Saghayam S, Kumarasamy N, Cecelia AJ, Sundaram M, Shivaji G, Solomon S, **Mayer K**, Wanke C.  Body Composition, Glucose and Lipid Changes on Structured Interrupted Therapy (SIT) vs. Continuous Therapy (CT) in Southern India.   1st International Workshop on HIV Treatment, Pathogenesis and Prevention Research in Resource Poor Settings (INTEREST), Kampala, Uganda, May 30 – June 2, 2007.

112.    Venkatesh KK, Kimarasamy N, Cecelia AJ, Devaleenol B, Saghayam S, Yepthomi T, Balakrishnan P, Flanigan T, Solomon S, **Mayer KH**.  Gender-based differences in HIV treatment and outcome among patients receiving HAART in South India (poster), 13th Annual Research Forum, Warren Alpert Medical School, Brown University, June 8, 2007.

113.    **Mayer K**, Dolezal C, Carballo-Dieguez A, O'Brien W, VanDerwarker R.  Oral or rectal chemoprophylaxis to prevent HIV transmission:  What do at risk men who have sex with men (MSM) know and want?  4th International AIDS Conference on HIV Pathogenesis, Treatment and Prevention, Sydney, Australia, July 22-25, 2007.

114.    Kumarasamy N, Venkatesh K, Cecelia A, Devaleenal B, Saghayam S, Yepthomi T, Balakrishnan P, Flanigan T, Solomon S, **Mayer** K.  Gender-based differences in HIV treatment and outcome among patients receiving generic HAART in South India. 4th International AIDS Conference on HIV Pathogenesis, Treatment and Prevention, Sydney, Australia, July 22-25, 2007.

115.    **Mayer KH**, O'Clerigh C, Safren S, Grasso C, Ripton J, Covahey C, VanDerwarker R. Ongoing transmission behaviors of HIV-infected men who have sex with men (MSM)

in care: implications for secondary prevention interventions. 4th International AIDS Conference on HIV Pathogenesis, Treatment and Prevention, Sydney, Australia, July 22-25, 2007.

116.  Farley S, Bomlitz L, Charles M, Schechter M, **Mayer K**, Kauffmann R, Nelson M, Boyle B.  From 0 to 1500 patients in 6 months: clinical mentoring boosts local healthcare workforce's ability to put AIDS patients on ART in developing countries. 4th International AIDS Conference on HIV Pathogenesis, Treatment and Prevention, Sydney, Australia, July 22-25, 2007.

117.  Shanmugam S, Velu V, Nandakumar S, Madhavan V, Kailapuri Gangadharan M, Pachamuthu B, Nagalingeswaran K, Solomon S, **Mayer KH**, Sandras Panchatcharam T.  Coinfection of hepatotropic viruses hepatitis B and hepatitis C in HIV-infected patients in south India. 4th International AIDS Conference on HIV Pathogenesis, Treatment and Prevention, Sydney, Australia, July 22-25, 2007.

118.  Vidya M, Balakrishnan P, Kimarasamy N, Solomon S, Saravanan S, Anitha JC, Murugavel KG, Solomon SS, Ramratnam B, Thyagarajan S, David K, **Mayer KH**, Kantor R.  Drug resistance associated mutations in HIV-1 infected patients failing antiretroviral therapy in Southern India.  4th International AIDS Conference on HIV Pathogenesis, Treatment and Prevention, Sydney, Australia, July 22-25, 2007.

119.  Schneider J, Kassen M, Dinaker M, Laumann E, Oruganti G, Dass S, Salujay G, Chundi V, Vijayraghavan K, Kumar V, **Mayer K**, Yeldandi V.  HIV testing and an information-motivation (IM) intervention in South Indian truck drivers in Andhra Pradesh.  4th International AIDS Conference on HIV Pathogenesis, Treatment and Prevention, Sydney, Australia, July 22-25, 2007.

120.  **Mayer KH**, Henry K, Bush T, Papp J, Caliendo A, Mondy K, Richardson J, Conley L, Brooks J.  Incident Bacterial STDs Among HIV-Infected Men Who Have Sex with Men and Are in Primary Care:  Clinical, Demographic, and Behavioral Correlates (poster P-516).  17th ISSTDR Meeting/10th IUSTI World Congress, Seattle, WA, July 29-August 1, 2007.

121.  **Mayer KH**, Mimiaga MJ, Tetu A, Novak D, Adelson S, Bertrand T.  Feasibility of Using the Internet to Counsel and Refer High Risk Men Who Have Sex with Men (MSM) and to Notify Them of STD Exposure (poster P-491).  17th ISSTDR Meeting/10th IUSTI World Congress, Seattle, WA, July 29-August 1, 2007.

122.  Saghayam S, Kumarasamy N, Cecelia A, Sundaram M, Shivaji G, Solomon S, **Mayer K**, Wanke C.  Body Composition, Glucose and Lipid Changes on Structured Interrupted Therapy (SIT) vs. Continuous Therapy (CT) in Southern India. 8th International Congress on AIDS in Asia and the Pacific, Colombo, Sri Lanka, August 19-23, 2007.

123. Saghayam S, Kimarasamy N, Cecelia AJ, Dandekar A, Solomon S, Shivaji G, **Mayer K**, Wanke C. Limb Fat Loss in Patients Initiating First Line Generic HAART in South India—48 Weeks Data. 8th International Congress on AIDS in Asia and the Pacific, Colombo, Sri Lanka, August 19-23, 2007.

124. **Mayer K**, MacLachian E, Sanchez J, Koblin B, Duer A. Biomarkers in HIV Preventive Vaccine Trials: How to decide what to use? AIDS Vaccine 2007, Seattle, WA, August 20-23, 2007.

125. Makadon H, **Mayer K**, Goldhammer H. A Comprehensive LGBT Health Curriculum: Strategies for Inclusion in Medical Training Programs. 25th Annual Conference of the Gay & Lesbian Medical Association, San Juan, PR, September 26-29, 2007.

126. **Mayer K**. Update on Biological Approaches to HIV Prevention: What's New in Microbicides, Vaccines, STD Control, and the Use of Antiretrovirals for Prevention? 25th Annual Conference of the Gay & Lesbian Medical Association, San Juan, PR, September 26-29, 2007.

127. **Mayer K,** Stanton J. HIV Vaccines and LGBT Health Professionals: What you need to know about HIV Vaccines. 25th Annual Conference of the Gay & Lesbian Medical Association, San Juan, PR, September 26-29, 2007.

128. Merchant RC, **Mayer, KH**, Seage GR, Clark MA, DeGruttola VC, Becker BM. Does Willingness to Undergo Rapid HIV Testing in the Emergency Department Vary by Patient Demography and History of HIV Testing? [Abstract 352] 2007 National HIV Prevention Conference, Centers for Disease Control and Prevention, Atlanta, GA, December 2-5, 2007.

129. Remien RH, Higgins J, Correale J, Ehrhardt AE, Dubrow R, Kerndt, **Mayer KH**, Morin S, Seal DW, Sikkema, K, Steward WT, Truong, HH, Young C. Provider Prevention Opportunity during Acute HIV Infection: Part 2 of 4 on Findings from the NIMH Multi-Site Acute HIV Infection Study. Oral presentation at the 2007 National HIV Prevention Conference, Atlanta, GA, December 2-5, 2007.

130. Kerndt PR, **Mayer KH**, Beckwith CG, Dubrow R, Remien RH, Truong HM, Uniyal A, Chien M, Brooks RA, Vigil O, Morin SF, Steward WT, Merson, MH. Strategies used and lessons learned in the detection of acutely HIV infected individuals in six US cities: Part 4 of 4 on Findings from the NIMH Multi-Site Acute HIV Infection Study. Oral presentation at the 2007 National HIV Prevention Conference, Atlanta, GA, December 2-5, 2007.

131. Mimiaga MJ, Tetu AM, Gortmaker S, Koenen K, Fair AD, Novak DS, VanDerwarker R, Bertrand T, Adelson S, **Mayer KH**. Differences in Internet Partner Notification Acceptability Among Men Who Have Sex with Men by HIV Serostatus and STI History. 2007 National HIV Prevention Conference, Centers for Disease Control and Prevention, Atlanta, GA, December 2-5, 2007.

132. **Mayer KH**, Ducharme R, Abbott D, Cavanaugh T.  HIV and Sexually Transmitted Infection (STI) Screening in a Providence Bathhouse: Opportunities for Education, Prevention and Improving Men's Health.  2007 National HIV Prevention Conference, Centers for Disease Control and Prevention, Atlanta, GA, December 2-5, 2007.

133. **Mayer KH,** O'Clerigh C, Leidolf E, Grasso C, VanDerwarker R, Safren S, Jyaphia Christos, **Mayer KH**.  Ongoing Risk Taking and New Sexually Transmitted Infections Among HIV-Infected Men Who Have Sex with Men (MSM) in Care: Implications for Prevention.  2007 National HIV Prevention Conference, Centers for Disease Control and Prevention, Atlanta, GA, December 2-5, 2007.

134. Safren SA, O'Cleirigh C, Ripton J, **Mayer KH**.  Mental Health Concerns are Common Among Sexually Risky MSM in Primary and Secondary Prevention Studies (Part 1 of 4, Group One: HIV and Mental Illness: Intervention and Prevention Priorities).  2007 National HIV Prevention Conference, Centers for Disease Control and Prevention, Atlanta, GA, December 2-5, 2007.

135. **Mayer KH**, O'Clerigh C, Leidolf E, Grasso E, VanDerwarker R, Safren S.  HIV-Infected Men Who Have Sex with Men's Attitudes About Discussing Safer Sex with Their Medical Providers: Opportunities and Challenges.  2007 National HIV Prevention Conference, Centers for Disease Control and Prevention, Atlanta, GA, December 2-5, 2007.

136. Kumarasamy N, Madhaven V, Venkatesh K, Saravanan S, Kantor R, Balakrishnan P, Devaleenol B, Solomon S, **Mayer K**, Schooley R.  The High Frequency of Clinically Significant Mutations following First-line Generic HAART Failure: Implications for Second-line Options in Resource-limited Settings.  15th Conference on Retroviruses and Opportunistic Infections, Boston, MA, February 3-6, 2008.

137. Fichorova R, Richardson-Hamman N, Alfano M, Belec L, Carbonneil C, Cohen S, Cokonis M, Cosertino L, Dezzutti C, Donoval B, Doncel G, Donaghay M, Grivel JC, Guzman E, Hancock K, Hayes M, Herold B, Hillier S, Lackman-Smith C, Landay A, Margolis L, **Mayer K**, Pasicznyk JM, Poli G, Roberts PJ, Rodriguez I, Saidi H, Sassi R, Shattock R, Cummins J. Linearity, Accuracy, and Inter-Assay Reproducibility for Multi-Center Cytokine Measurements.  Microbicides 2008, New Delhi, India, February 24-27, 2008.

138. O'Brien W, Box M, Dolezal C, Bauermeister J, **Mayer K**, Carballo-Diéguez A.  Recruitment and Retention Strategies Utilized in a Rectal Microbicide Study Enrolling Men Who Have Sex with Men (MSM).  Microbicides 2008, New Delhi, India, February 24-27, 2008.

139. Phillips RE, Holzemer WL, Enriquez M, **Mayer KH**, Solomon S.  HIV/AIDS-Related Stigma Among Nurses in Chennai, India.National Coalition of Ethnic Minority Nurse Association Conference, San Diego, CA, March 7, 2008.

**Kenneth H. Mayer, M.D.**                                                                245

140.  Mimiaga MJ, Reisner SL, Tetu AM, Cranston K, Novak DS, **Mayer KH**. Psychosocial and Behavioral Predictors of Partner Notification for STD and HIV Exposures among Men Who Have Sex with Men (MSM). 2008 National STD Prevention Conference, Chicago, IL, March 10-13, 2008.

141.  Johnson CV, Mimiago MJ, Reisner SL, Tetu AM, Cranston K, Novak DS, **Mayer KH**. The effectiveness of Respondent-Driven Sampling to Recruit Minority and Hard-to-Reach MSM for STD/HIV Behavioral Surveillance. 2008 National STD Prevention Conference, Chicago, IL, March 10-13, 2008.

142.  **Mayer KH**, Skeer M, O'Cleirigh CO, Leidolf E, Covahey C, Grasso C, VanDerwarker R, Safren SA.  Which HIV-infected Men Who Have Sex with Men (MSM) in Care are at Increased Risk for Bacterial Sexually Transmitted Diseases.  2008 National STD Prevention Conference, Chicago, IL, March 10-13, 2008.

143.  Reisner SL, Mimiaga MJ, Tetu AM, Cranston K, Novak DS, **Mayer KH**. Psychosocial and Behavioral Correlates of STD and HIV Risk Behaviors Among Massachusetts Men Who Have Sex with Men (MSM) with Posttraumatic Stress Disorder (PTSD). 2008 National STD Prevention Conference, Chicago, IL, March 10-13, 2008.

144.  **Mayer KH**, Mimiaga MJ, Reisner S, Gonzalez A, Dumas W, VanDerwarker R, Novak DS, Bertrand T.  Asymptomatic Gonorrhea and Chlamydial Infections Detected by Nucleic Acid Amplification Tests Among Boston Area Men Who Have Sex with Men (MSM).  2008 National STD Prevention Conference, Chicago, IL, March 10-13, 2008.

145.  Carballo-Diéguez A, Dolezal C, Bauermeister JA, Ventuneac A, O'Brien W, **Mayer K.**  Gel or Suppositories? Results of a Rectal Microbicide Formulation Preference Trial. 2008 National STD Prevention Conference, Chicago, IL, March 10-13, 2008.

146.  Reisner SL, Mimiaga MJ, Johnson CV, Tetu AM, Cranston K, Novak DS, **Mayer KH**. Health Care Access and Sexually Transmitted Disease Screening Frequency Among At-risk Massachusetts Men Who Have Sex with Men (MSM).  2008 National STD Prevention Conference, Chicago, IL, March 10-13, 2008.

147.  Tetu AM, Mimiaga MJ, Reisner SL, Cranston K, Bertrand T, Novak DS, **Mayer KH**. Knowledge, Attitudes, and Experiences of New England Men Who Have Sex with Men with er Notification, Counseling and Referral Services after STD and HIV Exposures and Infections.  2008 National STD Prevention Conference, Chicago, IL, March 10-13, 2008.

148.  Mimiaga M, Noonan E, Donnell D, Safren S, Koenen K, Gortmaker S, O'Cleirigh C, Chesney M, Coates T, Koblin B, **Mayer K**. Childhood Sexual Abuse and Underage Male Homosexual Contact in Relation to HIV Risk Taking Behavior and Infection.

29th Annual Meeting & Scientific Sessions, Society of Behavioral Medicine, San Diego, CA, March 26-29, 2008.

149.   Schneider JA, Dude A, Dinaker M, Kumar V, Laumann EO, Holloway-Beth A, Oruganti G, Singh Saluja G, Chundi V, Yeldandi V, **Mayer KH**.   Relationship Between General Hygiene, Risk Taking Behavior and HIV Infection in Truck Drivers followed Longitudinally in the High Prevalence State of Andhra Pradesh India.  2nd Department of Medicine Research Day, Department of Medicine, University of Chicago, April 2008.

150.   Saghayam S, Kumarasamy N, Cecelia AJ, Sundaram M, Shivagi G, Solomon S, **Mayer K**, Wanke C. Body composition, Glucose and Lipid changes on Structured Interrupted Therapy (SIT) vs. Continuous Therapy (CT) in Southern India.  2nd International Workshop on HIV Treatment Pathogenesis and Prevention Research in Resource-poor Settings, Dakar, Senegal, May 20-23, 2008.

151.   **Mayer K**, Bush T, Conley L, Henry K, Overton T, Richardson J, Wood K, Brooks JT. Clinical and Behavioral Characteristics of HIV-Infected American Patients in Care at Increased Risk of Transmission to Others (poster).   XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

152.   **Mayer K**, O'Clerigh C, Skeer M, Leidolf E, Covahey C, Vanderwarker R, Safren S. Which HIV-Infected Men Who Have Sex with Men (MSM) in Care are Most Likely to Transmit HIV to Others? (poster).  XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

153.   O'Cleirigh C, Safren S, Covahey C, Leidolf E, Skeer M, Vanderwarker R, **Mayer K**. Successful Implementation of a Peer-administered Secondary HIV Prevention Intervention for MSM in Primary Care (oral). XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

154.   Liu A, Gvetadze R, Chillag K, Grohskopf L, Thomason M, **Mayer K**, Buchbinder S. Baseline Drug Use and Sexual Risk Behavior Among HIV-uninfected MSM Enrolled in a Tenofovir Pre-exposure Prophylaxis Trial (poster).   XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

155.   Liu A, Gvetadze R, Grohskopf L, Chillag K, Thompson M, **Mayer K**, Buchbinder S. Knowledge and Use of Post- and Pre-exposure Prophylaxis Among MSM in 3 US Cities: Baseline data from the first US pre-exposure prophylaxis trial (poster).  XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

156.   Thomas B, Mimiaga M, Menon S, Periyasamy M, Vedachalam C, **Mayer K**, Swaminathan S, Safren S.  Psychosocial and Demographic Predictors of HIV Risk and HIV Infection in Men Who Have Sex With Men (MSM) in Chennai, India (poster). XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

157.    Sivasubramanian M, Safren S, Mimiaga MJ, Mhaprolkar H, Capistrant B, Prabhughate P, Ripton J, Anand V, **Mayer KH** (poster).  Mental Health Issues of Men Who Have Sex with Men in Mumbai.   XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

158.    Godbole S, Kumarasamy N, Chen Y, Chariyalertsak S, Hakion J, Santos B, Grinsztejn B, Pilotto J, Hosseinipour M, Kumwenda J, Sanne J, McCauley M, Gamble T, Filho E, **Mayer K**, Cohen M, and the HPTN 052 Protocol Team.  Antiretroviral Therapy to Prevent the Sexual Transmission of HIV-1: Initial Results from HPTN 052 (poster).  XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

159.    Vidya M, Saravanan S, Kumarasamy N, Uma S, Solomon SS, David K, **Mayer KH**, Ramratnam B, Kantor R, Balakrishnan P.  Thymidine Analogue Reverse Transcriptase Resistance Mutation Patterns Observed in the Context of Treatment Failure in South Indian HIV-1 Infected Patients (poster).  XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

160.    Mimiaga M, Thomas B, **Mayer K**, Menon S, Swaminathan S, Periyasamy M, Safren S.  Alcohol Use and Sexual Risk among MSM in Chennai, India (poster).   XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

161.    Aylur G, Konni Govardhanan KR, Solomon S, Solomon SS, Kumarasamy N, Pachamuthu B, Lloyd C, **Mayer KH**.  Training Physicians in HIV medicine through Short Term Fellowship (poster).  XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

162.    Vidya M, Saravanan S, Kumarasamy N, Uma S, Kantor R, Solomon SS, Ramratnam B, **Mayer KH**, David K, Balakrishnan P.  Antagonism between Subtype C HIV-1 Reverse-transcriptase Mutation K65R and TAMs among Tenofovir Naïve Patients (poster).  XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

163.    Batavia A, Srikrishnan A, Babu S, Margaret M, **Mayer KH**, Solomon S.  Abstinence, Monogamy, and Multiple-partner Sexual Practices among ART Patients Receiving Care at Different Centers in Chennai, India (poster). XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

164.    Batavia A, Srikrishnan A, Margaret M, Babu S, **Mayer KH**, Solomon S.  The Development and Correlates of a Novel Functional Health Literacy Questionnaire for HIV-infected Patients Taking Antiretroviral Medications in South India – Initial Findings (poster).  XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

165.    Saravanan S, Vidya M, Balakrishnan P, Kantor R, Ramratnam B, Solomon SS, Solomon S, **Mayer KH**, David K.  Etravirine Associated Mutations and NNRTI Hypersensitizing Mutations among HIV-1 Subtype-C infected Extravirine Naïve South

Indian Patients Failing Therapy (CD-ROM Publication). XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

166. Mimiaga M, Case P, Johnson C, Safren S, **Mayer K**. Off Label PrEP Use in Rare among New England MSM, but Interest is High (CD-ROM publication). XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

167. Srikrishnan AK, Kosal R, Ganesh AK, **Mayer** K, Solomon S. Training Private Laboratory Technicians to be Effective HIV Counselors – an Innovative Approach to Community Based VCT (CD-ROM publication). XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

168. Safren S, Thomas B, Mimiaga M, Menon S, Swaminathan S, **Mayer K**. Depressive Symptoms among MSM in Chennai, India (CD-ROM publication). XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

169. Sam S, Ung V, Huot C, Courpotin C, Nerrienet E, Pugatch D, **Mayer K**, Chhour YM. Lopinavir/ritonavir-based Second Line Antiretroviral Treatment in Children at the National Pediatric Hospital, Phnom Penh, Cambodia. 2008 International Meeting of the Institute of Human Virology, September 11-13, 2008.

170. Vidya M, Saravanan S, Venkatesh KK, Balakrishnan P, Kumarasamy N, Murugavel KG, Solomon SS, Solomon S, **Mayer KH**. Comparative Evaluation of the Performance of Abbott m200rt Real-Time HIV-1 Assay for Measurement of HIV-1 Plasma Viral Load. 2008 International Meeting of the Institute of Human Virology, September 11-13, 2008.

171. Shanmugasundaram U, Kumarasamy N, Murugavel KG, Shanmugam S, Madhavan V, Solomon SS, Solomon S, **Mayer KH**, Balakrishnan P. Intra Patient Evolution of Human Immunodeficiency Virus Type 1 Protease and Reverse Transcriptase in Antiretorival Naive Patients. 2008 International Meeting of the Institute of Human Virology, September 11-13, 2008.

172. Bender MA, Kumarasamy N, **Mayer K**, Wang B, Walensky RP, Flanigan T, Schackman B, Scott C, Lu Z, Fredberg KA. Tenofovir for 1st Line ART in India: Potential Impact and Cost-Effectiveness. 48th Annual ICAAC/IDSA 46th Annual Meeting, Washington, DC, October 25-28, 2008.

173. Dude AM, Holloway-Beth A, Dinaker M, Laumann EO, Oruganti G, Kumar SG, Kumar V, Salujah GS, Yeldandi V, **Mayer K**, Schneider JA. HIV Infection and Sexual Risk Behavior Among Truck Drivers (TD) Employed by a Large Corporation in the High Prevalence State of Andhra Pradesh (AP), South India (poster). 136th APHA Annual Meeting & Exposition, San Diego, CA, October 25-29, 2008.

174. Batavia AS, Balaji K, Houle E, Prasad L, Paice P, **Mayer K**, Solomon S. Adherence to Antiretroviral Therapy among Patients Participating in a Grudataed Cost Recovery

Program at an HIV clinic in South India (poster). 136th APHA Annual Meeting & Exposition, San Diego, CA, October 25-29, 2008.

175. Mimiaga MJ, Johnson CV, Reisner SL, VanDerwarker R, **Mayer KH**. Health care access and HIV testing frequency among at risk MSM in Massachusetts (poster). 2008 National Summit on HIV Diagnosis, Prevention & Access to Care, Arlington, VA, November 19-21, 2008.

176. Johnson CV, Mimiago MJ, VanDerwarker R, **Mayer KH**. Facilitators and barriers to routine HIV testing among Massachusetts community health centers (poster). 2008 National Summit on HIV Diagnosis, Prevention & Access to Care, Arlington, VA, November 19-21, 2008.

177. Merchant RC, Clark MA, Seage III GR, **Mayer KH**, DeGruttola VG, Becker BM. Do emergency department patients want to be screened for HIV? 2008 National Summit on HIV Diagnosis, Prevention & Access to Care, Arlington, VA, November 19-21, 2008.

178. Merchant RC, Clark MA, Searge III CR, **Mayer KH**, DeGruttola VG, Becker BM. Video-delivered rapid HIV pre-test information to streamline HIV testing. 2008 National Summit on HIV Diagnosis, Prevention & Access to Care, Arlington, VA, November 19-21, 2008.

179. Waxman MJ, Merchant RC, Maher JG, ClarkMA, Simmons EV, Celada MT, Beckwith CG, Liu T, **Mayer K**. Do clinicians prefer the 2006 or the 2001 CDC HIV testing recommendations. 2008 National Summit on HIV Diagnosis, Prevention & Access to Care, Arlington, VA, November 19-21, 2008.

180. Chen JY, Tian H, Dahlin-Lee E, Everhard F, **Mayer K**. HIV Screening Among Privately Insured Members at High Risk of Acquiring HIV Infection. 2008 National Summit on HIV Diagnosis, Prevention & Access to Care, Arlington, VA, November 19-21, 2008.

181. Dahlin-Lee E, Chen JY, Tian H, Everhard F, **Mayer K**. Prenatal HIV Screening Among Privately Insured Women: Association with Regional AIDS Prevalence and Incidence. 2008 National Summit on HIV Diagnosis, Prevention & Access to Care, Arlington, VA, November 19-21, 2008.

182. Wang CJ, Machan JT, Wong W, Wang T, Liao S, Wu T, Yough T, Wange L, Yen M, Morrow K, **Mayer K**. Disclosure of HIV Serostatus did not affect Condom Use among HIV-Infected Men Who Have Sex with Men in Taipei, Taiwan (poster). 16th Conference on Retroviruses and Opportunistic Infections, Montreal, Canada, February 8 – 14, 2009.

183. Kumarasamy N, Venkatesh K, Devaleenol B, Poongulali S, Yepthomi T, Saghayam S, Schooley R, Solomon S, **Mayer K**, Benson C. AIDS-defining Illnesses after Initiating Generic HAART in South India: The Case for Earlier Identification and Intervention (poster). 16th Conference on Retroviruses and Opportunistic Infections, Montreal, Canada, February 8 – 14, 2009.

184. Chen J, Tian H, Dahlin-Lee E, Everhard F, **Mayer K**. HIV Testing and Monitoring in Privately Insured Members Recently Diagnosed with Suspected AIDS-defining Events

(poster).  16th Conference on Retroviruses and Opportunistic Infections, Montreal, Canada, February 8 – 14, 2009.

185.  Kumarasamy N, Venkatesh K. Srikrishnan A, Prasad L, Balakrishnan P, Thanburaj E, Sharma J, Solomon S, **Mayer K**.  Risk Factors for HIV Transmission among Heterosexuals Discordant Couples in South India (poster).  16th Conference on Retroviruses and Opportunistic Infections, Montreal, Canada, February 8 – 14, 2009.

186.  Mimiaga MJ, Reisner SL, Tinsley JP, **Mayer KH**, Safren SA.  Street workers and internet escorts: Contextual and psychosocial factors surrounding HIV risk behavior among men who engage in sex work with other men (oral).  Society of Behavioral Medicine 2009 Annual Meeting, Montreal, Quebec, Canada, April 22-25, 2009.

187.  Reisner SL, Mimiaga MJ, Skeer M, **Mayer KH**.  HIV prevention beyond anal sex: Predicting HIV sexual risk reduction practices in a sample of Massachusetts MSM. (oral).  Society of Behavioral Medicine 2009 Annual Meeting, Montreal, Quebec, Canada, April 22-25, 2009.

188.  Reisner SL, Mimiaga MJ, Case P, Johnson CV, Safren SA, **Mayer KH**.  Predictors of identifying as a "barebacker" among high risk New England HIV seronegative MSM. (oral).  Society of Behavioral Medicine 2009 Annual Meeting, Montreal, Quebec, Canada, April 22-25, 2009.

189.  Mimiaga MJ, Salomon L, Husnik MJ, Welles SL, Manseau MW, Montenegro A, Huang Y, Safren SA, Koblin BA, Chesney MA, **Mayer KH**.  Depressive symptoms, utilization of mental health care, substance use and sexual risk among young MSM in EXPLORE: Implications for age-specific interventions (poster).  Society of Behavioral Medicine 2009 Annual Meeting, Montreal, Quebec, Canada, April 22-25, 2009.

190.  Reisner SL, Mimiaga MJ, **Mayer KH**, Tinsley JP, Safren SA.  Male sex workers ideas about potential interventions to improve sexual health and decrease HIV risk taking (poster).  Society of Behavioral Medicine 2009 Annual Meeting, Montreal, Quebec, Canada, April 22-25, 2009.

191.  Blackard JT, Ma G, Dryer PD, Limketkai N, Welge JA, Martin CM, Sherman KE, Taylor LE, **Mayer KH**, Jamieson DJ. Hepatitis C Virus (HCV) Variability in NS5B and HVR1 among High-risk Women.  5th International Workshop on HIV & Hepatitis Co infection, Lisbon, Portugal, June 4-6, 2009.

192.  **Mayer K**, et al, Who is at Greatest Risk for Bacterial STD Acquisition among HIV-infected Men Who Have Sex with Men in Care in a Boston Communityu Health Center?  18th International Socieity for STD research, London, England, June 28 – July 1, 2009.

193.  **Mayer, K**, et al, Influence of Potential Symptoms and Perceived Efficacy on the Willingness to Use HIV Pre-Exposure Prophylaxis (PrEP) among Boston Area Men Who Have Sex with Men (MSM) (poster).  5th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2009), Cape Town, South Africa, July 19-22, 2009.

194.  **Mayer K**, et al, Tenofovir DF/Emtricitabine/Raltegravir (TDF/FTD/RAL) Appears Safe and Well-Tolerated for Non-Occupational Post-Exposure Prophylaxis (NPEP)

(oral abstract). 5th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2009), Cape Town, South Africa, July 19-22, 2009.

195.  Anderson, D, Politch J, O'Brien W, Xu C, Bowman F, **Mayer K**. Persistent HIV-1 RNA Shedding in Semen of Men on HAART is Associated with High Risk Sexual Behavior (poster). 5th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2009), Cape Town, South Africa, July 19-22, 2009.

196.  Schneider J, Oruganti G, Pasupnet S, Yeldandi V, Lakshmi V, Dandona R, **Mayer K**. Comparison of Acceptability Towards Circumcision (Circ), Pre-Exposure Prophylaxis (PREP) and Herpes Simplex Suppression (HSV-S) as Novel HIV Prevention Strategies Amongst Truck Drivers in India. 5th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2009), Cape Town, South Africa, July 19-22, 2009.

197.  Ghosh M, Shen Z, Fahey J, Wright P, Bu-Uvin S, **Mayer K**, Wira C. Intrinsic anti-HIV activity in cervical-vaginal secretions from HIV positive and HIV negative women. 5th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2009), Cape Town, South Africa, July 19-22, 2009.

198.  Kumarasamy N, Venkatesh K, Vignesh V, Devaleenol B, Pongulali S, Yepthomi T, Flanigan T, Benson C, **Mayer K**. Immunologic outcome following HAART among HIV-infected patients developing immune reconstitution inflammatory syndrome of tuberculosis in South India. 5th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2009), Cape Town, South Africa, July 19-22, 2009.

199.  Kumarasamy N, Venkaesh K, Devaleenol B, Poongulali S, Yepthomi T, Prqdeep A, Saghayam S, Flanigan T, **Mayer K**, Solomon S. Factors associated with early mortality among HIV-infected patients in the era of highly active antiretroviral therapy in Southern India. 5th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2009), Cape Town, South Africa, July 19-22, 2009.

200.  Madhavan V, Shanmugam S, Shanmugasundaram U, Rami K, Nagalingeswaran K, Ramratnam B, Solomon SS, Solomon S, **Mayer KH**, Katzenstein D, Pachamuthu B. Unusual deletion at codon 70 of HIV-1 subtype C reverse transcriptase from first-line HAART failing South Indian patients. 5th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2009), Cape Town, South Africa, July 19-22, 2009.

201.  Sophan S, Vigol U, Chantheany H, Yuvatha K, Neng CY, Nerrienet E, Courpotin C, **Mayer K**. Lopinavir/ritonavir-based second line antiretroviral treatment in children at National Pediatric Hospital, Phnom Penh, Cambodia. 5th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2009), Cape Town, South Africa, July 19-22, 2009.

202.  **Mayer, K** (presenter), O'Cleirigh C, Covahey C, Leidolf E, VanDerwarker R, Skeer M, Safren S. Differences Between HIV-Infected MSM Who Engage in Risky Sex and Those Who Don't: Prevention Implications (oral). 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

203.  Johnson CV, Mimiaga MJ, Vanderwarker R, **Mayer KH**. Frequency and Barriers to Routine HIV Testing among Massachusetts Community Health Centers (oral). 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

**Kenneth H. Mayer, M.D.** 252

204. Mimiaga, MJ, Reisner SL, Cranston K, Isenberg D, Bright D, Daffin G, Bland S, Vanderwarker R, Bega B, **Mayer KH**. Sexual Mixing Patterns and Partner Characteristics of Black MSM at Risk for HIV in Massachusetts (oral). 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

205. Reisner SL, Mimiaga MJ, Skeer M, Bland S, Cranston K, Isenberg D, **Mayer KH**. HIV Sexual Risk Behavior and Problematic Alcohol Use among Black MSM in Massachusetts (oral). 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

206. Reisner SL, Mimiaga MJ, Skeer M, Bright D, Cranston K, Isenberg D, Bland S, **Mayer KH**. Clinically Significant Depressive Symptoms as a Risk Factor for HIV among Black MSM in Massachusetts (oral). 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

207. Mimiaga MJ, Skeer M, Bright D, Cranston K, Isenberg D, Bland S, **Mayer KH**. Clinically Significant Depressive Symptoms as a Risk Factor for HIV among Black MSM in Massachusetts (oral). 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

208. Bland S, Reisner SL, Mimiaga MJ, **Mayer KH**, Safren SA. Contextual and Psychosocial Factors Surrounding HIV Risk Behavior among Male-to-female Transgender Sex Workers in Massachusetts (poster). 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

209. Mimiaga MJ, Reisner SL, Bland S, Skeer M, Cranston K, Isenberg D, **Mayer KH**. HIV Testing and Sexual Risk among HIV-uninfected Black MSM at Risk for HIV Acquisition (poster). 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

210. **Mayer KH**, Ducharme R, Abbott D, Cavanaugh T, Case P. Sexual Health Services in a New England Gay Bathhouse: Opportunities for HIV/STD Treatment and Prevention (oral). 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

211. Merchant RC, Clark MA, Maher JG, Celada MT, Beckwith CG, Liu T, Simmons EA, **Mayer KH**. Will the 2006 CDC HIV Testing Recommendations Reduce Stigma and Increase HIV Testing? (oral). 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

212. Waxman MJ, Merchant RC, Clark MA, Maher JG, Celada MT, Beckwith CG, Liu T, Simmons EA, **Mayer KH**. Will the 2006 CDC HIV Testing Recommendations Reduce Stigma and Increase HIV Testing? (oral). 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

213. O'Cleirigh C, **Mayer, K**, Covahey, C, Leidolf, E, Safren, S. Safer Sex Attitudes as Functional Targets for HIV Prevention Interventions? (Oral) 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

214. Clark MA, **Mayer KH**, Seage III GR, DeGruttole VG, Langan IV TJ. Can Computer-Based Feedback Improve Emergency Department Patient Update of HIV Screening? 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

215. Isenberg D, Reisner SL, Mimiaga M, Bland S, Driscoll M, Cranston K, **Mayer K**. Providers' Perceptions and Experiences with MSM Clients Attending Sex Parties in Massachusetts: HIV Prevention Implications. 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

216. Merchant RC, Waxman MJ, Clark MA, Maher JC, Celada MT, Beckwith CG, Liu T, Simmons EA, **Mayer KH**. Do Patients and Clinicians Have Ethical Concerns about the 2006 CDC HIV Testing Recommendations? (oral). 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

217. Dieffenbach CW, Swan EM, **Mayer KH**, Diallo DD. HIV Vaccine and Other Biomedical Prevention Research – An Update. 2009 National HIV Prevention Conference, Atlanta, GA, August 23-26, 2009.

218. Chen JY, Ma Q, Everhard F, Tian H. **Mayer KH**. HIV Testing among Patients Seeking Treatment for Sexually Transmitted Diseases (STD) (poster). 49th ICAAC, San Francisco, CA, September 12-15, 2009.

219. Chen JY, Ma Q, Tian H, Everhard F, **Mayer K**. HIV Testing Among Patients Screened, Diagnosed, or Treated for Sexually Transmitted Diseases. 49th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), San Francisco, September 12-15, 2009.

220. Pho MT, Swaminathan S, Kumarasamy N, Losina E, Ponnuraja C, Ulher LM, Scott CA, **Mayer KH**, Freedberg KA, Walensky RP. Cost-Effective Strategies for Isoniazid-based Tuberculosis (TB) Preventive Therapy for HIV-infected ART-naïve Patients in Southern India. 31st Annual Meeting, Society for Medical Decision Making, Los Angeles, CA, October 18-21, 2009.

221. Merchant, RC, Clark MA, **Mayer KH**, Seage III GR, DeGruttola VC, Langan TJ. Can Computer-based Feedback Improve Emergency Department Patient Uptake of HIV screenings? 17th Annual Research Celebration, Rhode Island Hospital, Providence, RI, October 22, 2009.

222. Mimiaga MJ, Noonan E, Donnell D, Safren SA, O'Cleirigh C, Chesney MA, Coates TJ, Koblin BA, **Mayer KH**. Mediators of the Relationship between Childhood Sexual Abuses and Subsequent HIV Infection among MSM in the EXPLORE Study (oral). 137th American Public Health Association Annual Meeting, Philadelphia, PA, November 7-11, 2009.

223. Johnson CV, Mimiaga MJ, VanDerwarker RA, **Mayer KH**. Routine HIV Testing in Massachusetts Community Health Centers: Perceived Barriers and Strataegies to Improve Screening Rates (oral). 137th American Public Health Association Annual Meeting, Philadelphia, PA, November 7-11, 2009.

224. Mimiaga MJ, Reisner SL, Bland S, Cranston K, Isenberg D, **Mayer KH**. Contextual and Psychosocial Factors Surrounding HIV Risk Behavior among Black Men Who Engage in Transactional Sex with Other Men, Boston, Massachusetts (poster). 137th American Public Health Association Annual Meeting, Philadelphia, PA, November 7-11, 2009.

**Kenneth H. Mayer, M.D.**                                                      254

225. Reisner SL, Mimiaga MJ, Bland S, Cranston K, Isenberg D, **Mayer KH**. HIV Risk Behavior among Black Men Who Have Sex with Transgender Partners, Boston, Massachusetts (oral). 137th American Public Health Association Annual Meeting, Philadelphia, PA, November 7-11, 2009.

226. Skeer M, et al.   Cultural Considerations for Reducing HIV among Diverse Communities of MSM (oral). 137th American Public Health Association Annual Meeting, Philadelphia, PA, November 7-11, 2009.

227. Mimiaga MJ, et al. Childhood Sexual Abuse among Adults at Risk for HIV (oral). 137th American Public Health Association Annual Meeting, Philadelphia, PA, November 7-11, 2009.

228. Costello J, Cavanaugh T, Dilworth A, Ducharme R, **Mayer KH**. Teaching Public Health Nursing in Nontraditional Settings: A Student Experience in a Men's Bath House (poster). 47th Annual Meeting, Infectious Disease Society of America, Philadelphia, October 27 – November 1, 2009.

229. Holubar M, Taylor LE, Wu K, Bosch RJ, **Mayer KH**, Tashima KT. HCV Antibody Seroconversion in a US HIV-infected Male Clinical Trials Population. 60th Annual Meeting, American Association for the Study of Liver Disease, Boston, MA, October 30 –November 3, 2009.

230. Mimiaga MJ, Noonan E, Donnell D, Safren SA, O'Cleirigh C, Chesney MA, Coates TJ, Koblin BA, **Mayer KH**.  Mediators of the Relationship between Childhood Sexual Abuses and Subsequent HIV Infection among MSM in the EXPLORE Study (oral). 137th American Public Health Association Annual Meeting, Philadelphia, PA, November 7-11, 2009.

231. Johnson CV, Mimiaga MJ, VanDerwarker RA, **Mayer KH**. Routine HIV Testing in Massachusetts Community Health Centers: Perceived Barriers and Strategies to Improve Screening Rates (oral).  137th American Public Health Association Annual Meeting, Philadelphia, PA, November 7-11, 2009.

232. Mimiaga MJ, Reisner SL, Bland S, Cranston K, Isenberg D, **Mayer KH**. Contextual and Psychosocial Factors Surrounding HIV Risk Behavior among Black Men Who Engage in Transactional Sex with Other Men, Boston, Massachusetts (poster). 137th American Public Health Association Annual Meeting, Philadelphia, PA, November 7-11, 2009.

233. Reisner SL, Mimiaga MJ, Bland S, Cranston K, Isenberg D, **Mayer KH**. HIV Risk Behavior among Black Men Who Have Sex with Transgender Partners, Boston, Massachusetts (oral). 137th American Public Health Association Annual Meeting, Philadelphia, PA, November 7-11, 2009.

234. Reisner SL, Mimiaga MJ, **Mayer KH**, Safren SA. Childhood Sexual Abuse and HIV Risk among MSM Sex Workers in Boston, Massachusetts: Implications for HIV Prevention Interventions (poster). 137th American Public Health Association Annual Meeting, Philadelphia, PA, November 7-11, 2009.

235. Skeer M, Mimiaga MJ, Safren SA, O'Cleirigh C, **Mayer KH**.  What Substances are HIV-infected MSM Using that are Associated with Transmission Risk Behavior?

(oral). 137th American Public Health Association Annual Meeting, Philadelphia, PA, November 7-11, 2009.

236. Costello J, Cavanaugh T, Dilworth A, Ducharme R, **Mayer KH**. Teaching Public Health Nursing in Nontraditional Settings: A Student Experience in a Men's Bath House. 137th American Public Health Association Annual Meeting, Philadelphia, PA, November 7-11, 2009.

237. Kelley C, Patel P, Brooks J, Papp J, Farshy C, Hanson D, **Mayer K**, Lennox J, Hart C. Correlation of Rectal HIV-1 RNS Shedding with Plasma Viral Load Is Not Affected by Rectal STI in MSM with Access to cART (poster 486). 17th Conference on Retroviruses and Opportunistic Infections, San Francisco, CA, February 16-19, 2010.

238. Saravanan S, Madhavan V, Solomon S, Kntor R, Solomon S, Katzenstein D, Rmratnam B, Balakrishnan P, **Mayer K**, Kumarasamy N. High Frequency of Protease Drug Resistance Mutation among HIV-1-infected Patients Exposed to Second-line Antiretroviral Regimen in South India (poster 592). 17th Conference on Retroviruses and Opportunistic Infections, San Francisco, CA, February 16-19, 2010.

239. Blackard J, Welge J, Taylor L, **Mayer K**, Klein R, Celentano D, Schuman P, Jamieson D, Gardner L, Sherman K. HIV Mono-infection Is Associated with a Non-invasive Index of Liver Fibrosis in Women (poster 681). 17th Conference on Retroviruses and Opportunistic Infections, San Francisco, CA, February 16-19, 2010.

240. Venkatesh K, DeBruyr G, Marimda E, Otwombe K, van Niekerk R, Urban M, **Mayer K**, Lurie M, Gray G. Morbidity and Mortality among Infants Bord to HIV-infected Women in South Africa: Implications for Child Health in Resource-limited Settings (poster 841). 17th Conference on Retroviruses and Opportunistic Infections, San Francisco, CA, February 16-19, 2010.

241. Bland S, Mimiaga M, Reisner S, Cranston K, Isenberg D, Driscoll M, **Mayer K**. History of Incarceration and HIV/STD Risk among Black Men Who Have Sex with Men in Massachusetts (oral A1b). 2010 National STD Prevention Conference, Atlanta, GA, March 8-11, 2010.

242. **Mayer K**, Mimiaga M, Grasso C. Increased Detection and Geographic Spread of Gonorrhea, Chlamydia and Syphilis in Boston Area Men Who Have Sex with Men, 1997-2008 (oral C4c). 2010 National STD Prevention Conference, Atlanta, GA, March 8-11, 2010

243. Mimiaga M, Reisner S, Bland S, Skeer M, Cranston K, Isenberg D, DriscollM, Vega B, **Mayer K**. Health System and Personal Barriers Resulting in Decreased Utilization of STD Testing Services Among at risk Black Men Who Have Sex with Men in Massachusetts (oral C2f). 2010 National STD Prevention Conference, Atlanta, GA, March 8-11, 2010.

244. Mimiaga M, Reisner S, Bland S, Cranston K, Isenberg D, Driscoll M, VanDerwarker R, **Mayer, K**. Unprotected Anal Sex and Substance Use is Highly Associated with Lifetime STD Diagnosis Among Men Who Have Sex with Men (MSM) Attending Private Sex Parties in Massachusetts (poster P151). 2010 National STD Prevention Conference, Atlanta, GA, March 8-11, 2010.

245. Reisner S, Mimiaga M, Case P, Grasso C, O'Brien C, Harigopal P, Skeer M, **Mayer K**. Sexually Transmitted Disease (STD) Diagnoses and Mental Health Disparities Among Women Who Have Sex with Women Screened at an Urban Community Health Center, Boston, Massachusetts, 2007 (poster P128). 2010 National STD Prevention Conference, Atlanta, GA, March 8-11, 2010.

246. Assoumou S, Panther L, D'Agosta E, Kidd J, Mitty J, Grasso C, **Mayer K**. Anal Cancer Screening at an Urban Community Center: Abnormal Pap Associated with Hepatitis B Exposure in HIV-infected Patients (poster P159). 2010 National STD Prevention Conference, Atlanta, GA, March 8-11, 2010.

247. Reisner S, Mimiaga M, Mayer K.  STD and HIV Risk Behaviors and Psychosocial Concerns Among Female-to-Male Transgender Men at an Unban Community Health Center, Boston, MA, 2007 (poster P127). 2010 National STD Prevention Conference, Atlanta, GA, March 8-11, 2010.

248. Patel P, Mush T, Milam J, Richardson J, Papp J, Farshy C, Conley L, Hammer J, Henry K, **Mayer K**, Overton T, Markss G, Brooks JT for the SUN Study Investigators. Impact of six-monthly STD testing and risk-reduction counseling on STD incidence and risky sexual behavior among HIV-infected men who have sex with men in care. 14th International Workshop on HIV Observational Databases, Stiges, Spain, March 25-27, 2010.

249. **Mayer KH**, Skeer MR, Mimiaga MJ, Grasso C, Gelman M, Boswell S. Trends in the Use of Non-Occupational Post-Exposure (NPEP) to Prevent HIV Transmission in a Boston Community Health Center Over the Past Decade. 14th International Workshop on HIV Observational Databases, Stiges, Spain, March 25-27, 2010.

250. Mimiaga MJ, Resiner SL, Pantalone DW, O'Cleirigh C, **Mayer KH**, Safren SA. An Open Phase Pilot of Behavioral Activation Therapy and Risk Reduction Counseling for MSM with Crystal Metamphetamine Abuse at Risk for HIV Infection (oral). 31st Annual Meeting & Scientific Sessions of the Society of Behavioral Medicine, Seattle, WA, April 7-10, 2010.

251. Reisner SL, Mimiaga MJ, Pantalone D, Bland S, O'Cleirigh C, **Mayer KH**, Safren SA. Baseline Findings from Project IMPACT: HIV-uninfected Men Who Have Sex with Men Presenting for Treatment of Crystal Methamphetamine Abuse Are at High-risk for HIV infection (oral). 31st Annual Meeting & Scientific Sessions of the Society of Behavioral Medicine, Seattle, WA, April 7-10, 2010.

252. Hatzenbuchlet ML, O'Cleirigh C, **Mayer K**, Safren S. Is HIV-related Stigma a Vulnerability for Mental Health, Substance Abuse, and Sexual Transmission Risk Behavior among HIV-infected MSM? 31st Annual Meeting & Scientific Sessions of the Society of Behavioral Medicine, Seattle, WA, April 7-10, 2010.

253. Mimiaga MJ, Reisner SL, Bland S, Cranston K, Isenberg D, Driscoll MA, VanDerwarker R, **Mayer KH**. MSM Who Attend Sex Parties and Have a History of Childhood Sexual Abuse Are at Increased Risk to Transmit or Acquire HIV (poster). 31st Annual Meeting & Scientific Sessions of the Society of Behavioral Medicine, Seattle, WA, April 7-10, 2010.

254. Reisner SL, Mimiaga MJ, Bland S, Cranston K, Isenberg D, Driscoll MA, VanDerwarker R, **Mayer KH**. Differences in Sexual Transmission Risk Behaviors by HIV Serostatus among Men Who Have Sex with Men Attending Sex Parties in Massachusetts (poster). 31st Annual Meeting & Scientific Sessions of the Society of Behavioral Medicine, Seattle, WA, April 7-10, 2010.

255. Bedoya CA, Mimiaga M, Beauchamp G, Donnell D, **Mayer K**, Safren S. Predictors of HIV Transmission Risk Behavior and Seroconversion among Latino men who have sex with men in Project EXPLORE (oral). 31st Annual Meeting & Scientific Sessions of the Society of Behavioral Medicine, Seattle, WA, April 7-10, 2010.

256. Venkatesh KK, Srikrishnan AK, **Mayer KH**, Kumarasamy N, Raminani S, Thamburaj E, Prasad L, Triche E, Solomon S, Safren SA. Predictors of non-adherence to HAART among HIV-infected South Indians in clinical care: implications for developing adherence interventions in resource-limited settings. 5th International Conference on HIV Treatment Adherence, Miami, FL, May 23-25, 2010.

257. **Mayer K**, Mimiaga MJ, O'Brien W, Carballo-Dieguez A. Interest of At Risk Boston Men Who Have Sex with Men in Oral and Topical Antiretroviral Chemoprophylaxis. 2010 International Microicides Conference, Pittsburgh, PA, May 22-25, 2010.

258. Schneider JA, Laumann EO, Dandona L, **Mayer KH**. Towards Social Network HIV Prevention Interventions in Truck-Drivers. International Network for Social Network Analysis, Sunbelt Conference, Trento, Italy, June 29 – July 4, 2010.

259. Patel P, Bush T, Milam J, Richardson J, Papp J, Farshy C, Conley L, Hmmer J, Henry K, **Mayer K**, Overton T, Marks G, Brooks JT for the SUN Study Investigators. Impact of Six-Monthly STD Testing and Risk-Reduction Counseling on STD Incidence and Risky Sexual Behavior among HIV-infected Men Who Have Sex with Men (MSM) in Care. XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

260. Schneider J, Rajender D, Snyder H. Oruganti G, Liao C, **Mayer K**, Veldandi V. HIV Risk Factors, Immunologic Profile and Linkage to Care amonst Men who Have sex with Men (MSM) in Hyderabad, India. XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

261. **Mayer K**, et al. Project Enhance: A Randomized Controlled Trial of a Novel HIV Prevention Intervention for Sexual Risk-Taking HIV-Infected Men who have Sex with Men Conducted in a Primary Care Setting (poster). XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

262. Johnson C, **Mayer K** et al. Ensuring it works: A community-based approach to HIV prevention intervention development for men who have sex with men in Channai, India (poster). XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

263. Scott C, **Mayer K**, et al. Clinical benefits and cost-effectiveness of laboratory monitoring in India (poster). XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

264. **Mayer K**, et al. Knowledge and use of post-exposure prophylaxis among at-risk Boston men who have sex with men: implications for other biological prevention

interventions (poster). XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

265. Sivasubramanian M, Mimiaga MJ, **Mayer K,** Anand VR, Johnson CV, Safren SA. Frequency and predictors of suicidality, depression and anxiety among men who have sex with men in Mumbai, India: Implications for IV prevention and treatment services. XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

266. Viaya M, Saravanan S, Suniti S, Suniti SS, Kumarasamy N, Murugavel KG, **Mayer KH**, Balakrishnan P. Comparative Evaluation of the Performance of Abbott *m*2000*rt*Real-Time HIV-1 Assay for Measurement of HIV-1 Plasma Viral Load. XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

267. Vidya M. Saravanan S, Solomon S, Solomon SS, Kumarasamy N. **Mayer KH**, Balakrishnan P. Evaluation of the Abbott *m*2000*rt*Real-Time HIV-1 Quantitative Assay with  DBS Specimens for the Use in Resource-limited Settings.  XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

268. Saravanan S, Vidy M, Smith DM, Kantor R, Kumarasamy N, Balakrishnan P, Solomon SS, Murugavel KG, Katzenstein D, Schooley RT, **Mayer KH**, Solomon S. CTL Epitope Recognition of Sites within HIV-1 Subtype C *pol* May Help Sustain Drug Resistance Mutations. XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

269. Saravanan S, Vidya M, Kantor RA, Smith DM, Kumarasamy N, Balakrishnan P, Solomon SS, Katzenstein D, Schooley RT, **Mayer KH**, Solomon S. Low Prevalence of Darunavir Resistance Mutations among HIV-1-infected Patients Exposed to Second-line Protease Inhibitors in South India. XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

270. Mane S, Mimiaga M, Safren S, Sivasubramanian M, Case P, Johnson C, Anand V, Kavi A, Risbud A, Gangakhedkar R, **Mayer K**. "I don't tell anybody that I am married": understanding the vulnerabilities and associated HIV risk of Indian men having sex with men who are married to women (oral). XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

271. Uhler L, Kumarasamy N, **Mayer K**, Saxena S, Losina E, Munlyandi M, Stoler A, Lu Z, Walensky R, Flanigan T, Bender M, Freedberg K, Swaminathan S. Cost-effectiveness of HIV testing strategies among tuberculosis patients in India. XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

272. Grohskopf  L, Gvetadze R, Pathak S, O'Hara S, **Mayer K**, Liu A, Chillag K, Buchbinder S, Ackers M, Paxton L, Collins D, Thompson M. Preliminary analysis of biomedical data from the phase II clinical safety trial of tenofovir disoproxil fumarate (TDF) for HIV-1 pre-exposure prophylaxis (PrEP) among U.S. men who have sex with men (MSM) (oral). XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

273. Kumarasamy N, Hosseinipour M, Kumwenda J, Hakim J, Grinsztejn B, Pilotto J, Godbole S, Charlyalertsak S, Santos B, Sanne I, Makhema J, deBruyn G, Mills L, Filho E, **Mayer K**, McCauley M, Gamble T, Piwowar-Manning E, Chen Y, Havir D, Cohen M, HPTN 052 Protocol Team. Antiretroviral therapy to prevent the sexual

transmission of HIV-1 and reduce HIV-1 associated morbidity and mortality: baseline data from HPTN 052. XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

274. Mimiaga M, Reisner S, Pantalone D, O'Cleirigh C, **Mayer K**, Safren S. Successful demonstration of behavioral activation therapy and risk reduction counseling for MSM with crystal methamphetamine abuse at risk for HIV infection (poster). XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

275. Thomas BE, Mimiaga MJ, **Mayer KH**, Menon S, Chandrasekaran V, Murugesan P, Swaminathan S, Safren SA, Johnson C. The influence of stigma on HIV risk taking behavior among men who have sex with men (MSM) in Chennai, India (poster). XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

276. Samuel D, Helena K, Flanigan T, **Mayer K**, Eng W, Nunn A. Social, structural and behavioral factors influencing concurrent sexual partnerships among heterosexual African Americans in urban Philadelphia. XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

277. Reisner SL, Mimiaga MJ, Bland S, Perkovich B, Pantalone DW, O'Cleirigh C, **Mayer KH**, Safren SA. Men who have sex with men (MSM) presenting for integrated crystal methamphetamine treatment and HIV risk reduction: results from project IMPACT screening (poster). XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

278. Mimiaga M, Thomas B, **Mayer K**, Johnson C, Menon S, Chandrasekaran V, Murugesan JP, Swaminathan S, Safren S. Differential HIV transmission risk behaviors among MSM subgroups engaging in transactional sex in Chennai, India (poster). XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

279. Perkovich B, Mimiaga MJ, Reisner SL, Pantalone DW, O'Cleirigh C, **Mayer KH**, Safren SA. Factors associated with acceptability of an intervention (Project IMPACT) for HIV-uninfected men who have sex with men (MSM) presenting for integrated treatment of crystal methamphetamine abuse and HIV risk reduction counseling. XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

280. O'Cleirigh C, Mimiaga M, Safren SA, Stall R, **Mayer KH**. Synergistic effects of psychosocial and substance use problems on increased sexual transmission risk among HIV-infected men who have sex with men (poster). XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

281. Grohskoph L, Alinsung C, Buchbinder S, Liu A, **Mayer K**, Maynard J, Miller L. Mustasafaa G, Teague D, Thompson M, Collins B, Paxton L, Ackers M, Chillag K. Recruitment challenges and strategies in the phase II extended safety trial of tenofovir (TDF) HIV chemophrophylaxis in three US cities among men who have sex with men (MSM). XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

282. Sophan S, Nerrienet E, Vibol U, Chantheany H, Bunnthy C, Yuatha K, Sopheak N, **Mayer K**, Meng CY. Clinical outcomes, immunologic function and virologic suppression among HIV infected children receiving Lopinavir/ritonavir-based second time antiretroviral therapy at National Pediatric Hospital, Phnom Penh, Cambodia. XVIII International AIDS Conference, Vienna, Austria, July 18-23, 2010.

**Kenneth H. Mayer, M.D.**                                                                      260

283.  Patel P, Desai S, **Mayer K**, Hammer J, Henry K, Overton ET, Brooks JT. Prevalence and Risk Factors Associated with Herpes Simplex Virus-2 Infection in a Contemporary Cohort of HIV-Infected Persons in the United States. 48th Annual Meeting, Infectious Diseases Society of America, Vancouver, British Columbia, Canada, October 21-24, 2010.

284.  **Mayer K**, et al. Sexual Position Preference (SPP) Is Associated with Condom Usage, HIV Prevalence, and CD4 Count at Initial HIV Diagnosis Among Men Who Have Sex with Men (MSM) in Hyderabad, India. 48th Annual Meeting, Infectious Diseases Society of America, Vancouver, British Columbia, Canada, October 21-24, 2010.

285.  Garg S, Taylor LE, Grasso C, **Mayer K**.  Mayer, Kenneth Hugh Mayer, Kenneth Hugh. 48th Annual Meeting, Infectious Diseases Society of America, Vancouver, British Columbia, Canada, October 21-24, 2010.

286.  Bland S, Mimiaga MJ, Reisner SL, Driscoll M, Isenberg D, Cranston K, **Mayer K**. HIV Risk Behavior among Black MSM Who Meet Male Sexual Partners on the Internet (poster). 138th American Public Health Association Annual Meeting, Denver, CO, November 6-10, 2010

287.  Skeer M, Mimiaga MJ, Safren SA, **Mayer K**. Risk Factors Associated with Excessive Alcohol Consumption among HIV-infected Men Who Have Sex with Men (MSM) at an Urban Community Health Center (poster). 138th American Public Health Association Annual Meeting, Denver, CO, November 6-10, 2010.

288.  Bland S, Mimiaga MJ, Reisner SL, Driscoll M, Isenberg D. Cranston K, **Mayer K**. Cruising for Sex: Partner meeting venue and HIV risk behavior among Black men who have sex with men (MSM) in Massachusetts (roundtable). 138th American Public Health Association Annual Meeting, Denver, CO, November 6-10, 2010.

289.  Mimiaga MJ, Reisner SL, Bland S, Driscoll M, Isenberg D, Cranston K, VanDerwarker R, **Mayer K**. Sex Parties for Urban Gay Men: An emerging culture and risk environment for HIV that merits immediate attention (roundtable). 138th American Public Health Association Annual Meeting, Denver, CO, November 6-10, 2010.

290.  Ratevosian J, **Mayer K**, Baral S. Human Rights, Law and HIV: The Neglected Epidemic among Men Who Have Sex with Men (MSM) and it's Global Implications. 138th American Public Health Association Annual Meeting, Denver, CO, November 6-10, 2010.

291.  Taylor W, O'Cleirigh C, **Mayer KH**, Safren S. Identifying Psychosocial and Sexual Characteristics of HIV-Infected MSM Who Engage in Very Risk Behavior: Establishing a Context for Novel Risk Reduction Interventions. 2011 Annual Conference of the Society for Social Work and Research, Tamps. FL, January 12-16, 2011.

292.  Bland S, Mimiaga MJ, Reisner SL, Driscoll M, Isenberg D, Cranston K, **Mayer K**. HIV Risk Behavior among Black MSM Who Meet Male Sexual Partners on the Internet (poster). 138th American Public Health Association Annual Meeting, Denver, CO, November 6-10, 2010.

293.   Skeer M, Mimiaga MJ, Safren SA, **Mayer K**. Risk Factors Associated with Excessive Alcohol Consumption among HIV-infected Men Who Have Sex with Men (MSM) at an Urban Community Health Center (poster). 138th American Public Health Association Annual Meeting, Denver, CO, November 6-10, 2010.

294.   Bland S, Mimiaga MJ, Reisner SL, Driscoll M, Isenberg D. Cranston K, **Mayer K**. Cruising for Sex: Partner meeting venue and HIV risk behavior among Black men who have sex with men (MSM) in Massachusetts (roundtable). 138th American Public Health Association Annual Meeting, Denver, CO, November 6-10, 2010.

295.   Mimiaga MJ, Reisner SL, Bland S, Driscoll M, Isenberg D, Cranston K, VanDerwarker R, **Mayer K**. Sex Parties for Urban Gay Men: An emerging culture and risk environment for HIV that merits immediate attention (roundtable). 138th American Public Health Association Annual Meeting, Denver, CO, November 6-10, 2010.

296.   Ratevosian J, **Mayer K**, Baral S. Human Rights, Law and HIV: The Neglected Epidemic among Men Who Have Sex with Men (MSM) and its Global Implications. 138th American Public Health Association Annual Meeting, Denver, CO, November 6-10, 2010.

297.   Taylor W, O'Cleirigh C, **Mayer KH**, Safren S. Identifying Psychosocial and Sexual Characteristics of HIV-Infected MSM Who Engage in Very Risk Behavior: Establishing a Context for Novel Risk Reduction Interventions. 2011 Annual Conference of the Society for Social Work and Research, Tamps. FL, January 12-16, 2011.

298.   **Mayer K**, Mimiaga M, White J, Krakower D, Vanderwarker R. Knowledge, Attitudes and Beliefs of Massachusetts Physicians Regarding Topical and Oral Antiretroviral Chemoprophylasix. 18th Conference on Retroviruses and Opportunistic Infections (CROI 2011), Boston, MA, February 27 – March 2, 2011.

299.   Gray G, **Mayer K**, Elizaga M. Bekker L-G, Allen M, Pensiero M, DeRosa S, Quin L, Williamson C, Williamson A-L. Immunogenicity of a Subtype C HIV Vaccine Regimen, the SAAVI DNA-C2 Vaccine Boosted By SAAVI MVA-C Vaccine: Results of a Phase I Study Conducted in South Africa and USA Amongst HIV Uninfected Adults (HVTN 073). 18th Conference on Retroviruses and Opportunistic Infections (CROI 2011), Boston, MA, February 27 – March 2, 2011.

300.   Noubary F, High M, **Mayer K**, Balakrishnan P, Solomon S, Mohanakrishnan J, Solomon S. Design and Analysis of Cross-sectional Method Comparison Studies in Novel CD4 Enumeration Technologies (poster). 18th Conference on Retroviruses and Opportunistic Infections (CROI 2011), Boston, MA, February 27 – March 2, 2011.

301.   Liu A, Vittinghoff  E, Irby R, Mulligan K, Sellmeyer D, **Mayer K**, Thompson M, Gvetadze R, Grohskopf L, Buchbinder S. BMD Loss in HIV-negative Men Participating in a Tenofovir Disoproxil Fumarate (TDF) Pre-exposure Prophylaxis Clinical Trial in San Francisco. 18th Conference on Retroviruses and Opportunistic Infections (CROI 2011), Boston, MA, February 27 – March 2, 2011.

302.   Walensky R, Park J-E, Wood R, Freedbert K, Scott C, Bekker L-G, Losina E, **Mayer K**, Seage G, Paltiel AD. The Cost Effectiveness of Pre-exposure Prophylaxis for HIV

Infection in South Africa. 18th Conference on Retroviruses and Opportunistic Infections (CROI 2011), Boston, MA, February 27 – March 2, 2011.

303.   Lama J, **Mayer K**, Schechter M, Kallas E, Bekker L-G, Chariyalertsak S, Shiboski S, Grant R. Oral Tenofovir Disoproxil Fumarate and its Impact in Herpes Simplex Virus Type 2 Acquisition and Clinical Expression. 18th Conference on Retroviruses and Opportunistic Infections (CROI 2011), Boston, MA, February 27 – March 2, 2011.

304.   Arnold M, Del Rio C, Griffith S, Koblin B, Magnus M, Mannheimer S, **Mayer K**, Shoptaw S, Wheeler D, and HPTN 061 Study Team. Identifying Effective Recruitment Strategies to Engage Black MSM in HIV Prevention Research: Screening Data from HPTN 061. 18th Conference on Retroviruses and Opportunistic Infections (CROI 2011), Boston, MA, February 27 – March 2, 2011.

305.   McClellan K, Patel R, Woelk G, Pequanat W, Green A, **Mayer K**, Katzenstein D. HSV and HIV Prevalence and Incidence among Young Men and Women in Zimbabwe in the NIMH CPOL Study. 18th Conference on Retroviruses and Opportunistic Infections (CROI 2011), Boston, MA, February 27 – March 2, 2011.

306.   Mohanakrishnan J, Solomon S, Kannaiyan K, Solomon S, Murugavel K, Tyagarajan K, Clor J, Fishwild D, **Mayer K**, Balakrishnan P. Evaluation of a New Cost-effective Automatic CD4 Assay Using HIV Seropositive Adult Specimens. 18th Conference on Retroviruses and Opportunistic Infections (CROI 2011), Boston, MA, February 27 – March 2, 2011.

307.   Solomon S, Murugavel K, Vignesh R, Shoba R, Kumarasamy N, Landay A, Schacklett B, Cu-Uvin S, **Mayer K**. HIV-1-specific Immune Responses in Exposed Seronegative Women in Serodiscordant Couples from Southern India. 18th Conference on Retroviruses and Opportunistic Infections (CROI 2011), Boston, MA, February 27 – March 2, 2011.

308.   Crane H, Grunfeld C, Mugavero M, Willig J, Saag M, Schumacher J, Cropsey K, **Mayer K**, Mimiaga M, Boswell S, Mathews WC, Feldman B, Fredericksen R, Kitahata M. 15th International Workshop on HIV Observational Databases, Prague, Cech Republic, March 24–26, 2011.

309.   **Mayer KH**. "Antiretroviral chemoprophylaxis: New opportunities and new challenges". ISSTDR Quebec City, Canada. July 10-13, 2011.

310.   **Mayer, K**, et al. The evolution of Massachusetts physician attitudes, knowledge and experience with antiretroviral chemoprophylaxis before and after the release of the iPrEx data, 6th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2011), Rome 17-20 July 2011.

311.   **Mayer, K,** et al. "What do at risk American men who have sex with men (MSM) know about pre-exposure prophylaxis (PrEP)?: Results of a national on-line survey" (poster), 6th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2011), Rome 17-20 July 2011.

312.   Sophan S, **Mayer K**, et al. Serologic Response to Hepatitis B Vaccination in HIV-infected Children at the National Pediaatric Hospital, Phnom Penh, Cambodia (poster),

6th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2011), Rome 17-20 July 2011.

313. Lui A, Defechereux P, McMahan V, McConnell J, **Mayer K**, Buchbinder S, Guanira J, Lama JR, Fernandez T, Eden C, Amico R, Flidden D, Shiboski S, Grant R, for the iPrEx study team. Depression among men who have sex with men (MSM) at risk for HIV infection in the Global iPrEx Study, 6th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2011), Rome 17-20 July 2011.

314. Lui A, Huang Y, Defechereux P, McMahan V, Eden C, Guanira J, Lama JR, Casapia M, Chariyalertsak S, Niakagawa Z, Yoshida CB, Hoagland B, **Mayer K**, Bekker LG, Anderson P, Amico KR, Gandhi M, Buchbinder S, Glidden D, Grant RM, for the iPrEx study team. Hair as a biological marker of daily oral pre-exposure prophylaxis (PrEP) adherence and tenofovir/emtricitabine (TFV/FTC) exposure in the Global iPrEx Study, 6th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2011), Rome 17-20 July 2011.


315. Cohen M, Chen Y, McCauley M, Gamble T, Bollinger R, Bryson Y, Burns D, Celentano D, Chariyalertsak S, Conradie F, Cottle L, de Bruyn G, Elharrar V, Eshelman S, Essex M, Filho ECJ, Godbole S, Grinsztejn B, Hakim JG, Hoffman IF, Hosseinipour M, Kumarasamy N, Kumwenda J, Makhema J, Martinez A, **Mayer KH**, Mehendale S, Mills LA, Nielsen K, Pilotto J, Piwowar-Manning E, Sanne I, Santos BR, Taha T, Wang L, Safren S, Fleming T, HPTN052 Protocol Team. "Antiretroviral treatment to prevent the sexual transmission of HIV-1: results from the HPTN 052 multinational randomized controlled trial" (Poster abstract). IAS Rome, Italy July, 17-20, 2011

316. Hughes J, Hudelson S , Redd A, Wang L, Debes R, Chen Y, Porcella S, Piwowar-Manning E , McCauley M, Hosseinipour M, JKumwenda J, Hakim J, Chariyalertsak S, de Bruyn G, Grinsztejn B, Kumarasamy N, Makhema J, **Mayer K**, Pilotto J, Santos B, Quinn T, Cohen M, Eshleman S. "Analysis of genetic linkage of HIV from couples enrolled in the HIV Prevention Trials Network (HPTN) 052 trial" (Poster abstract). IAS Rome, Italy July, 17-20, 2011

317. Hosseinipour MC, Wang L, Cohen MS, Chariyalertsak S, Chen YQ, Elharrar V, Eshleman S, Gallant J, Gamble T, Godbole S, Govinder S, Grinsztejn B, JHakim JG, Havlir D, Ive P, Klingman K, Kumarasamy N, Kumwenda J, Makhema J, **Mayer K**, McCauley M, Mills L, Pilotto J, Piwowar-Manning E, Ribaudo H, Santos BR, Swindells S, Eron JJ, and the HPTN 052 study team. "Immunologic and virologic disease progression and responses to ART across geographic regions: outcomes from HPTN 052 study" (Poster Abstract). IAS Rome, Italy July, 17-20, 2011

318. Grinsztejn B, Ribaudo H, Cohen MS, Swindells S, Badel-Faesen S, Burns D, Chariyalertsak S, Chen YQ, de Bruyn G, Eron JJ, Eshleman S, Fleming T, Gallant J, Gamble T, Godbole SV, Hakim JG, Hosseinipour MC, Klingman K, Kumarasamy N, Kumwenda J, Makhema J, **Mayer KH**, McCauley M, Mills LA, Pilotto JH, Piwowar-Manning E, Santos BR, Wang L, Havlir D, HPTN 052 Protocol Team. "Effects of early versus delayed initiation of antiretroviral therapy (ART) on HIV clinical outcomes:

results from the HPTN 052 randomized clinical trial" (Poster abstract). IAS Rome, Italy July, 17-20, 2011

319.  **Mayer KH**, Krakower DS, Rosenberger JG, Novak DS, Mitty JA, Mimiaga MJ. "What do at risk American men who have sex with men (MSM) know about pre-exposure prophylaxis (PrEP)?: Results of a national on-line survey", 6th Annual IAS Conference on HIV Pathogenesis, Treatment and Prevention, Rome, Italy July, 17-20, 2011.

320.  Grant R, McMahan V, Liu A, Guanira J, Lama T, Fernandez T, Veloso V, Buchbinder S, Chariyaletsak S, Schechter M, Bekker L-G, **Mayer K**, Kallas E, Anderson P, Amico KR, Glidden D. "Completed observation of the randomized placebo-controll phase of iPrEx: daily oral FTC/TDF pre-exposure HIV prophylaxis among men and trans women who have sex with men". IAS Rome, Italy July, 17-20, 2011

321.  Liu A, Huang Y, Defechereux P, McMahan V, Eden C, Guanira J, Lama JR, Casapia M, Chariyalertsak S, Nakagawa Z, Yoshida CB, Hoagland B, **Mayer K**, Bekker LG, Anderson P, Amico KR, Gandhi M, Buchbinder S, Glidden D, Grant RM. "Hair as a biological marker of daily oral pre-exposure prophylaxis (PrEP) adherence and tenofovir/emtricitabine (TFV/FTC) exposure in the Global iPrEx study". IAS Rome, Italy July, 17-20, 2011

322.  Rifkin S, Kumarasamy N, Saghayam S, Solomon S, **Mayer K**. "Predictors of growth outcomes among HIV-infected children presenting for care at a tertiary HIV care facility in Chennai, India". IAS Rome, Italy July, 17-20, 2011

323.  Liu A, Vittinghoff E, Chillag K, **Mayer K**, Grohskopf L, Thompson M, Pathak S, Gvetadze R, O'Hara B, Collins B, Ackers M, Paxton L, Buchbinder S. "No evidence of sexual risk compensation among HIV-uninfected men who have sex with men (MSM) participating in a tenofovir Pre-Exposure Prophylaxis (PrEP) trial". IAS Rome, Italy July, 17-20, 2011

324.  Liu A, Defechereux P, McMahan V, McConnell JJ, **Mayer K**, Buchbinder S, Guanira J, Lama JR, Fernandez T, Eden C, Amico R, Glidden D, Shiboski S, Grant R. "Depression among men who have sex with men (MSM) at risk for HIV infection in the Global iPrEx Study". IAS Rome, Italy July, 17-20, 2011

325.  Sophan S, Vibol U, Chantheany H, Bunnthy C, Moroun P, Boren P, Yuvathana K, Socheath L, Chanchhorvy P, Yany N, Boran H, Vansith K, Rin E, Mach C, Phary L, Nerrienet E, Sopheak N, Yuvatha K, Meng CY, **Mayer KH**. "Prevalence hepatitis B and C co-infections in HIV-infected children at the National Pediatric Hospital, Phnom Penh, Cambodia, and immune outcomes following HBV vaccination for HIV-infected children in the national immunization program". IAS Rome, Italy July, 17-20, 2011

326.  Sophan S, Vibol U, Chantheany H, Bunnthy C, Moroun P, Boren P, Yuvathana K, Socheath L, Tek Chheng E, Chanchhorvy P, Yany N, Boran H, Vansith K, Rin E, Mach C, Phary L, Nerrienet E, Sopheak N, Yuvatha K, Meng CY, **Mayer KH**. "Serologic

response to hepatitis B vaccination in HIV-infected children at the National Pediatric Hospital, Phnom Penh, Cambodia". IAS Rome, Italy July, 17-20, 2011

327. Liu A, Vittinghoff E, Irvin R, Kroboth L, Krakower D, Mimiaga M, **Mayer K**, Lama J, Tarver R, Sullivan P, Buchbinder S. "Sexual frequency and planning among at-risk MSM in the US: implications for daily vs. intermittent pre-exposure prophylaxis (PrEP)". IAS Rome, Italy July, 17-20, 2011

327. Vidya M, Saravanan S, Solomon S, Kantor R, Sunil SS, **Mayer KH**, Kumarasamy N, Greer W, David K, Balakrishnan P. " HIV-1 genotypic resistance pattern in children exposed to first-line HAART in south India. IAS Rome, Italy July, 17-20, 2011

328. Krakower DS, Rosenberger JG, Novak DS, Mimiaga MJ, Mitty JA, **Mayer KH**. "Patient-Provider Communication around Sexual Behaviors: Potential Barriers to PrEP among MSM Engaged in On-line Networking." 2011 National HIV Prevention Conference, Atlanta, GA. August 14-17, 2011

329. Mimiaga MJ, White JM, Reisner SL, **Mayer KH**. "High prevalence of depression and loneliness exacerbate HIV risk among urban MSM attending sex parties." 2011 National HIV Prevention Conference, Atlanta, GA. August 14-17, 2011

330. Rowley B, Mimiaga MJ, White JM, Reisner SL, **Mayer KH**. "Sex party attendance and HIV risk among MSM in Massachusetts: Results from Project PARTY screening." 2011 National HIV Prevention Conference, Atlanta, GA. August 14-17, 2011

331. White JM, Mimiaga MJ, **Mayer KH**. "Engagement of Massachusetts Physicians in HIV Prevention: Results of an On-Line Survey." 2011 National HIV Prevention Conference, Atlanta, GA. August 14-17, 2011

332. Johnson CV, Mimiaga MJ, White JM, Reisner SL, **Mayer KH**. "Co-occurring psychosocial conditions additively increase risk for unprotected anal sex among MSM at sex parties." 2011 National HIV Prevention Conference, Atlanta, GA. August 14-17, 2011

333. Krakower DS, Rosenberger JG, Novak DS, Mimiaga MJ, Mitty JA, **Mayer KH**. "Sex Frequency and Planning Behaviors among MSM Engaged in On-line Networking: Implications for PrEP Dosing." 2011 National HIV Prevention Conference, Atlanta, GA. August 14-17, 2011

334. Mimiaga MJ, Reisner SL, Grasso C, Crane HM., Schumacher JE, Kitahata M M, Safren SA, **Mayer KH**. "Substance use among HIV-infected patients engaged in primary care in the United States." 2011 National HIV Prevention Conference, Atlanta, GA. August 14-17, 2011

335. Rowley B, Mimiaga MJ, White JM, Reisner SL, **Mayer KH**. "Polysubstance use and HIV risk behavior among MSM who attend private sex parties in Massachusetts." 2011 National HIV Prevention Conference, Atlanta, GA. August 14-17, 2011

336. White JM, Mimiaga MJ, Reisner SL, **Mayer KH**. "Self-perception of HIV risk and sexual risk behavior among MSM who attend sex parties." 2011 National HIV Prevention Conference, Atlanta, GA. August 14-17, 2011

337. Kripke K, Baker C, Black R, Edghill Spano Y, **Mayer K**, Paxton L, Warren M. "Getting to First Base with HIV Vaccines, Microbicides, and PrEP: How Do We Get Home?" 2011 National HIV Prevention Conference, Atlanta, GA. August 14-17 2011

338. O'Cleirigh C, Hendriksen E, Shiperd JC, Goshe BM, Taylor SW, **Mayer KH**, Safren S. "Integrated Sexual Risk/Trauma Symptom Reduction in MSM with Childhood Sexual Abuse: Pilot Randomized Trial Outcomes" 2011 National HIV Prevention Conference, Atlanta, GA. August 14-17 2011

339. Nunn, Handy, Waller, Miles, Thomas, Friend, Cornwall, Chute, Sanders, **Mayer** "Philadelphia's Citywide Interfaith HIV/AIDS Prevention Campaign: Results and Lessons Learned." 2011 National HIV Prevention Conference, Atlanta, GA. August 14-17 2011

340. **Mayer KH**. "Can Antiretroviral Treatment Halt the Global HIV/AIDS Epidemic?" 51st ICAAC Chicago, IL. Sept 17-20, 2011

341. Mayer K, Wallace J, Fields S. "The BROTHERS' Study: Trying to Understand and Address the Disproportionate Burden of HIV/AIDS Among American Black Men Who Have Sex With Men". GLMA's 29th Annual Conference. Atlanta, GA. Sept 21-25, 2011.

342. Hazra A, **Mayer K**. "Which Men Who Have Sex With Men Are Becoming Repeatedly Infected With Syphilis?" GLMA's 29th Annual Conference. Atlanta, GA. Sept 21-25, 2011.

343. **Mayer KH**, White JM, Krakower DS, Mimiaga MJ. "Evolution of Massachusetts Physician Attitudes, Knowledge and Experience Regarding the Use of Antiretrovirals for HIV Prevention" (poster presentation). Infectious Disease Society of America, 49th Annual Meeting. Boston, Massachusetts. October 20-23, 2011.

344. **Mayer K**. "HIV Pre-Exposure Prophylaxis (PrEP) for the Prevention of HIV Transmission among Men Who Have Sex with Men (MSM)". 139th APHA Annual Meeting. October 29 - November 2, 2011. Washington, DC.

345. Perry N, Taylor W, **Mayer KH**, Safren SA, O'Cleirigh C. "Identifying novel targets for secondary HIV prevention: Personality characteristics of HIV-infected men who have sex with men (MSM) who report multiple recent episodes of sexual transmission risk

behavior." 45th annual conference of the Association for Behavioral and Cognitive Therapies, Toronto, ON.  November 10-13, 2011 (Poster Presentation)

346.  Blashill AJ, O'Cleirigh C, **Mayer KH**, Safren SA. "Acute Depression Outcomes from an RCT of an HIV-Prevention Intervention for HIV-Infected Men who have Sex with Men". 45th Annual Convention of the Association of Behavioral and Cognitive Therapies. Toronto, Ontario, Canada. November 10-13, 2011.

347.  **Mayer KH**. "Health issues of MSM and other sexual and gender minority populations, and the components of culturally competent care". Solidarity and Action Against the HIV Infection in India (SAATHII), Tamil Nadu State AIDS Control Society (TANSACS) and National Institute for Research in Tuberculosis (NIRT). Chennai, India. January 4, 2012.

348.  **Mayer KH**. "Antiretrovirals for HIV Prevention: A Work In Progress". HIV Clinical Research in Progress Meeting, Harvard University Center for AIDS Research. Boston, MA January 13, 2012.

349.  **Mayer KH**. "The development of a holistic framework for MSM STD and HIV Prevention". Special Division of STD Prevention Seminar. January 23, 2012. Atlanta, GA.

350.  Buchbinder S, Glidden D, McConnell J, Casapia M, Montoya-Herrera O, Veloso V, Schechter M, Mehrotra M, **Mayer K**, Grant R, the iPrEx Study Group"Prioritizing PrEP among MSM for Greatest Efficacy: An Analysis of the iPrEx Data" CROI 2012 19th Conference on Retroviruses and Opportunistic Infections. March 5-8, 2012 Seattle, Washington.

351.  McGowan I, Hoesley C, Andrew P, Janocko L, Dai J, Carballo-Dieguez A, Kunjara Na Ayudhya R, Piper J, Cranston R,  **Mayer K**, MTN-007 Protocol Team"MTN-007: A Phase 1 Randomized, Doubleblind, Placebo-controlled Rectal Safety and Acceptability Study of Tenofovir 1% Gel". CROI 2012 19th Conference on Retroviruses and Opportunistic Infections. March 5-8, 2012 Seattle, Washington.

352.  Ramachandran V, French M, Murugavel1 K, Solomon S, **Mayer K**, Swathirajan R, Ezhilarasi1 C, Balakrishnan P, Landay A, Kumarasamy N. "Expression of Chemokine Receptors on T Cells in HIV/TB-co-infected Patients with and without TB-IRIS". CROI 2012 19th Conference on Retroviruses and Opportunistic Infections. March 5-8, 2012 Seattle, Washington.

353.  **Mayer K**. "Bacterial sexually transmitted diseases among American Black men who have sex with men: Results from a six-city study". 2012 National STD Prevention Conference. March 12-15, 2012. Minneapolis, MN.

354.  Hazra A, **Mayer K**. "Syphilis re-infection within men at Fenway Health". 2012 National STD Prevention Conference. March 12-15, 2012. Minneapolis, MN.

**Kenneth H. Mayer, M.D.**                                                                 268

355. Mayer K, Wang L, Cummings V, VanTieu H, Magnus M, Mannheimer S, Gaydos C, Liu T, Wilton L, Buchninder S, Eshelman S, Griffith S. "Bacterial Sexually Transmitted Diseases Among American Black Men Who Have Sex with Men: Results From a Six-City Study". 2012 National STD Prevention Conference, March 12-15, 2012, Seattle, Washington.

356. Cotton L, Carlson J, Brumme C, Rahman M, Le A, Penney K, Chan B, Walker B, Fuchs J, Buchbinser S, Wagner T, John M, Mallal S, Koblin B, **Mayer K**, Brockman M, Poon A, Brumme Z. "Consistent patterns of immune escape during the North American HIV-1 epidemic". HIV Vaccines (X5), Part of the Keystone Symposia Global Health Series. March 21 - 26, 2012, Keystone, Colorado

357. **Mayer K**. "Healthcare for MSM and Trans". International Course HIV: Pathogenesis, Prevention and Treatment 2012, The Road Ahead. March 23-24, Lima, Peru.

358. .**Mayer K**. "HIV Prevention Strategies: Update from the 2012 CROI". International Course HIV: Pathogenesis, Prevention and Treatment 2012, The Road Ahead. March 23-24, Lima, Peru

359. **Mayer K**. "ART as prevention tools: Pre-exposure Prophylaxis". International Course HIV: Pathogenesis, Prevention and Treatment 2012, The Road Ahead. March 23-24, Lima, Peru.

360. Mimiaga M J, Reisner SL, MA, Crane HM, Wilson J, Grasso C, Safren SA, Kitahata MM, Mathews WC, **Mayer KH**."Negative affect moderates the association between at-risk sexual behaviors and substance use during sex: Findings from a large cohort study of HIV-infected males engaged in primary care in the US". 33rd Annual Meeting & Scientific Sessions of the Society of Behavioral Medicine, April 11-14, 2012, New Orleans, LA.

361. **Mayer KH**. "Pills or Gel: Massachusetts Physicians' Recent Antiretroviral Chemoprophylactic Preferences". International Microbicides Conference, Sydney, Australia. April 15-18, 2012

362. **Mayer KH**. "CDC Interim Guidance and Guidelines". International Microbicides Conference, Sydney, Australia. April 15-18, 2012

363. **Mayer KH**. "Programmatic and research implications for Australia". International Microbicides Conference, Sydney, Australia. April 15-18, 2012

364. **Mayer KH**. "Antiretrovirals for Prevention: A Work In Progress". Center for AIDS Research and the Infectious Disease Lecture Series, Worcester, Massachusetts. April 27, 2012.

365. **Mayer KH**. "Antiretrovirals for HIV Prevention: Current Status, Promise and Questions". New England Education and Training Center and Center for AIDS Research and the Infectious Disease Lecture Series, Worcester, Massachusetts. May 2, 2012.

366. **Mayer KH**. "Recruitment and Retention in HIV Primary Care". ACTHIV 2012 – American Conference for the Treatment of HIV, Denver, Colorado. May 10-12, 2012

367. **Mayer KH**. "Enhancing Pre-exposure Prophylaxis Adherence in Men Who Have Sex with Men: Determining Optimal Content for a PrEP Adherence Package". IAPAC 7th International Conference on HIV Treatment and Prevention Adherence. June 3-5, 2012. Miami Beach, Florida.

368. **Mayer KH**. "Preference for Daily versus Intermittent PrEP Dosing among Substance-Enhancing Pre-Exposure Prophylaxis in Men who have Sex with Men: Determining Optimal Content for a PrEP Adherence Package". IAPAC 7th International Conference on HIV Treatment and Prevention Adherence. June 3-5, 2012. Miami Beach, Florida.

369. **Mayer KH**, Krakower D, White J, Mimiaga M. "Pill or Gel: Preferences of At Risk North American Men who have Sex with Men Recruited Via A Social Network Site Regarding Oral or Topical Chemoprophylaxis". 2012 HANC Behavioral Science Working Group (BSWG) Meeting. June 6-7. Miami, Florida.

370. **Mayer KH**. "Protocols in Development – HPTN 069". Behavioral Science Research Anchoring HIV/AIDS Biomedical Research Trials: Towards a Cross-network Behavioral Science Research Agenda, HIV/AIDS Network Coordination, Miami Beach, Florida. June 6-7, 2012.

371. **Mayer K**. "New Biologic Approaches to HIV Prevention". HIV Update: Contemporary Issues in Management. June 7-9, 2012. Boston, MA

372. **Mayer KH**. "PrEP – Current Global Themes and Future Directions". Controlling the HIV Epidemic with Antiretrovirals: HIV Treatment as Prevention with Pre-Exposure Prophylaxis. June 11-12, 2012. London, England.

373. Galarraga O, **Mayer KH**. "Conditional Economic Incentives to Reduce Sexually Transmitted Infections and HIV Risks among Male Sex Workers: Rationale and Baseline Results from a Randomized Pilot in Mexico City". 7th AIDS & Economics Pre-Conference, Washington D.C, July 20-21, 2012

374. **Mayer K**, Wang L, Koblin B, Mao C, Mannheimer S, Magnus M, del Rio C, Buchbinder S, Wilton L, Cummings V, Watson C, Griffith S, Wheeler D, HPTN061 Protocol Team."An Evolving Concentrated Epidemic: Comparison of Socioeconomic, Behavioral and Biological Factors among Newly Diagnosed, Previously Diagnosed and HIV-Uninfected Black Men Who Have Sex with Men in 6 U.S. Cities (HPTN

**Kenneth H. Mayer, M.D.**

061)". XIX International AIDS Conference (AIDS 2012), July 22 -27, 2012. Washington D.C.

375. Wilton L, Shoptaw S, Williams JK, Irvin R, Nelson L, Penniman T, Wheeler D, **Mayer K**, Watson C, Elharrar V, Sullivan P, Wang L, Cummings V. "Sociocultural and Psychological Factors as Predictors of HIV Sexual Risk Behavior in Black Men Who Have Sex with Men (MSM) from 6 US cities". AIDS 2012, XIX International AIDS Conference. July 22-27, Washington, DC.

376. Tieu HV, Liu T-Y, Wang C, Mao P, Gorbach P, Hussen S, Buchbinder S, **Mayer K**, Wilton L, Kelly C, Elharrar V, Phillips G, Griffith S, Cummings V, Koblin B, Latkin C, HPTN061 Study Team. "Sexual Networks and HIV Risk among Black Men Who Have Sex with Men (BMSM) in the US (HPTN 061)". AIDS 2012, XIX International AIDS Conference. July 22-27, Washington, DC.

377. Mannheimer S, Wang L, Tieu HV, del Rio C, Buchbinder S, Wilton L, Glick S, Cummings V, **Mayer KH**, on behalf of the HPTN 061 Study Team. "Nonadherance to HIV Testing Guidelines and Late HIV Diagnosis Is Common Among US Black Men Who Have Sex with Men (MSM). AIDS 2012, XIX International AIDS Conference. July 22-27, Washington, DC.

378. Irvin R, Buchbinder S, Wilton L, Beauchamp GG, Artis S, **Mayer KH**, Koblin B, Wheeler D. "A study of perceived discrimination in black MSM and its association with healthcare utilization and HIV testing". AIDS 2012, XIX International AIDS Conference. July 22-27, Washington, DC.

379. Brewer R, Magnus M, **Mayer KH**, Griffith S. "The high prevalence of incarceration among Black men who have sex with men (BMSM): associations and implications". AIDS 2012, XIX International AIDS Conference. July 22-27, Washington, DC.

380. Gaggin J, Pantalone D, Kahler C, **Mayer KH**, Kruis R, Czajkowski S. "Development and pilot testing of a brief intervention to reduce heavy alcohol use among HIV-infected MSM in an urban community health center". AIDS 2012, XIX International AIDS Conference. July 22-27, Washington, DC.

381. **Mayer KH**. "Sustained treatment as prevention: continued decreases in unprotected sex and increases in virological suppression after HAART initiation among participants in HPTN 052". AIDS 2012, XIX International AIDS Conference. July 22-27, Washington, DC.

382. Axelrad J, **Mayer KH**, Mimiaga M, Boswell S. "Trends in the Spectrum of Engagement in HIV Care among Men who have Sex with Men (MSM) at a Boston Community Health Center". AIDS 2012, XIX International AIDS Conference. July 22-27, Washington, DC.

**Kenneth H. Mayer, M.D.**

383. Fields S, Griffith S, Hamilton E, Rose S, Koblin B, Wheeler D, **Mayer K**. "Lessons Learned from Implementing a Black Caucuc into HPTN 061: Demonstrated Community Engagement". AIDS 2012, XIX International AIDS Conference. July 22-27, Washington, DC.

384. Krakower D, Novak D, Rosen J, Mimiaga M, White J, Mitty J, **Mayer KH**. "Anticipated risk compensation with pre-exposure prophylaxis use among North American men who have sex with men using an internet social network". AIDS 2012, XIX International AIDS Conference. July 22-27, Washington, DC

385. Koblin B, **Mayer K**, Eshleman SH, Wang L, Shoptaw S, del Rio C, Buchbinder S, Magnus M, Mannheimer S, Liu T-Y, Cummings E, Piwowar-Manning SD, Fields S, Griffith V, Elharrar V, Wheeler D. "Correlates of HIV incidence among black men who have sex with men in 6 U.S. cities (HPTN 061)". HPTN 061 – AIDS 2012, XIX International AIDS Conference. July 22-27, Washington, DC.

386. **Mayer K**. "Treatment as prevention: it is complex". AIDS 2012, XIX International AIDS Conference. July 22-27, Washington, DC.

387. **Mayer K**. "Comprehensive care in health services for MSM: caring for the whole man". AIDS 2012, XIX International AIDS Conference. July 22-27, Washington, DC.

388. El Sadr W, **Mayer K**. "The Health Disparities, Hurdles and Hope: Ending the HIV Epidemic in the United States". AIDS 2012, XIX International AIDS Conference. July 22-27, Washington, DC.

389. Taylor LE, Maynard MA, Foont JA, Chapman S, DeLong AK, Wurcel A, Cu-Uvin S, **Mayer KH**. "The Spectrum of Undiagnosed Hepatitis C Virus (HCV) in a U.S. HIV Clinic". (Poster Presentation). HIV and Liver Disease 2012 Conference. Jackson Hole, WY. Sept 6-8, 2012.

390. Cotton L, Chopera D, Penney K, Carlson J, Martin E, Le A, Kuang T, Mallal S, Koblin B, **Mayer K**, Poon A, Brockman M, Brumme Z. "Limited evidence for alterations in gag-mediated HIV replication capacity over the course of the North American Epidemic (1979 – Present). AIDS Vaccine 2012. Boston, Massachusetts. Sept 9 – 12, 2012.

391. Yanik E, Napravnik S, Eron J, Ryscavage P, Koletar S, Mugavero M, Kahn J, Cole S, Hunt P, Crane H, **Mayer K**, Taiwo B and the CFAR Network of Intergrated Clinical Systems (CNICS). "Hematologic, hepatic, renal and lipid laboratory monitoring on initial combination antiretroviral therapy (cART) in the United States 2000-2010". ID Week 2012. San Diego, CA. October 17-21, 2012.

392. Piwowar-Manning E, Johnson-Lewis L, Wolf S, Cummings V, Laeyendecker O, Mullis CE, Wendel CE, Buchbinder S, del Rio C, Griffith S, Koblin B, Magnus M, Mannheimer S, **Mayer K**, Shoptaw S, Moore R, Blankson J, and Eshleman SH. "Detection of HIV infection by HIV rapid tests in elite suppressors and individuals with

**Kenneth H. Mayer, M.D.**

antiretroviral drug-induced viral suppression". 2012 HIV Diagnostics Conference. Atlanta, GA. 12/2012. Abstract #P-74.

393.  Colby D, Trang N, Mai T, Nguyen T, Lan HT, Thien DD, Ngoc NA, **Mayer K**, Mimiaga M. "Risk factors for unprotected anal sex and HIV infection among male sex workers: Vietnam". CROI 2013 – 20th Conference on Retroviruses and Opportunic Infections. Atlanta, GA. March 3-6, 2013.

394.  Marcus J, **Mayer K**, Guanira J, Casapia M, Montoya O, Chariyalertsak S, Bekker L-G, McMahan V, Glidden D, Grant R, and the iPrEx Study Team. "No evidence of sexual risk compensation in the iPrEx Trial of HIV pre-exposure prophylaxis". CROI 2013 – 20th Conference on Retroviruses and Opportunic Infections. Atlanta, GA. March 3-6, 2013

395.  Laeyendecker O, Wang L, Hughes J, Cummings V, Piwowar-Manning E, Wheeler D, Griffith S, **Mayer K**, Koblin B, Eshelman S, HPTN061 Study Team. "Use of a multi-assay algorithm for cross-sectional HIV incidence estimation in HIV Prevention Trials Network 061 (the Brothers Study). CROI 2013 – 20th Conference on Retroviruses and Opportunic Infections. Atlanta, GA. March 3-6, 2013

396.  Taylor SW, Safren SA, **Mayer KH**, O'Cleirigh C. "Pilot outcomes for a CBT-based intervention to address sexual risk and engagement in care among HIV-infected African-American men who have sex with men". Society of Behavioral Medicine 34th Annual Meeting and Scientific Sessions. San Francisco, CA. March 20-23, 2013.

397.  Yanik EL, Napravnik S, Cole SR, Achenbach CJ, Gopal S, Dittmer DP, Olshan AF, Kitahata M, Mugavero M, Saag M, **Mayer KH**, Eron JJ. "Relationship of immunologic response to antiretroviral therapy (ART) with non-AIDS-defining cancer (NADC) incidence, CFAR Network of Integrated Clinical Systems". 17th International Workshop on HIV Observational Databases.  Cavtat, Croatia, April 11- 13, 2013.

398.  Crane HM, Mimiaga M, Fredericksen R, Mugavero M, Willig J, Burkholder G, Safren S, Mathews WC, Christopoulos K,  Haubrich R, Boswell S, Kitahata MM, Saag M, **Mayer K** on behalf of CNICS. "Impact and patterns of substance use among patients in routine HIV clinical care at-risk for potentially transmitting HIV in the "test-and-treat" era of HIV prevention". 17th International Workshop on HIV Observational Databases. Cavtat, Croatia, April  11- 13, 2013

399.  Crane H, Safren S, Mimiaga M, Fredericksen R, Mugavero M, Willig J, Burkholder G, Mathews WC, Christopoulos K, Boswell S, Kitahata M, Simoni J, Saag M, **Mayer K**. "The impact of behavioral and clinical factors on associations between age and medication adherence:  Age moderates the substance use-adherence association". 8th International Conference on HIV Treatment and Prevention Adherence. June, 2013. Miami, Florida.

400.  Barnighausen T, Harling G, Mimiaga M, **Mayer K**. "Adherence to post-exposure prophylaxis for non-forcible sexual exposure to HIV: A meta-analysis". 8th International

Conference on HIV Treatment and Prevention Adherence. June 2-4, 2013. Miami, Florida.

401. Krakower D, Mitty J, **Mayer K**. "HIV providers' perceived facilitators and barriers to implementing HIV pre-exposure prophylaxis in clinical settings: A qualitative study". 8th International Conference on HIV Treatment and Prevention Adherence. June 2-4, 2013. Miami, Florida.

402. Stojanovski K, Lester R, Amico KR, McMahan V, Goicochea, Vargas L, Lubensky, Koester K, Buchbinder S, **Mayer K**, Hosek S, Grant R, Fuchs J. "Developing and implementing a mobile health (mHealth) adherence support system for HIV-uninfected men who have sex with men (MSM) taking pre-exposure prophylaxis (PrEP): The iText Study". 8th International Conference on HIV Treatment and Prevention Adherence. June 2-4, 2013. Miami, Florida.

403. **Mayer KH.** "HIV Self-Testing Among Men who have Sex with Men: Acceptability of Biweekly Finger Pricks to Perform the Alere Determine[TM] HIV-1/2 Ag/Ab Assay". 7th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2013). June 30 - July 03, 2013. Kuala Lumpur, Malaysia.

404. **Mayer K**. "Differing Identities, but Comparable Risks and HIV/STI Burden, in Married and Unmarried Men who have Sex with Men (MSM) in Mumbai". 7th IAS Conference on HIV Pathogenesis, Treatment and Prevention. July 1, 2013, Kuala Lumpur, Malaysia.

405. Mimiaga M, Biello K, Novak D, Rosenberger J, **Mayer K**. "MSM in Latin America, Spain and Portugal using an internet social networking site have limited awareness but high interest in pre-exposure prophylaxis to prevent sexual acquisition of HIV". 7th IAS Conference on HIV Pathogenesis, Treatment and Prevention. July 1, 2013, Kuala Lumpur, Malaysia.

406. Reisner SL, **Mayer KH**, Grasso C, Crane HM, Kitahata MM, Mugavero M, Saag KS, Schumacher JE, Matthews C, Biello K, Mimiaga MJ. (2013, Nov). "Correlates of substance use during sex among women living with HIV engaged in routine healthcare in 4 U.S. cities". Poster Presentation, 142nd Annual American Public Health Association Annual Meeting and Exposition, New Orleans, Louisiana. Abstract 306618.

407. Oldenburg CE, Biello K, Colby D, Park J, **Mayer K**, Nguyen T, Nguyen N, Mimiaga MJ. "Stigma, depression, and sexual risk for HIV infection among men who engage in transactional sex in Ho Chi Minh City, Vietnam". APHA 141st Annual Meeting and Expo. November 2-6, 2013, Boston, Massachusetts.

408. Chen I, Cummings V, Wang L, Connor MB, Marzinke MA, Fields SD, Wheeler DP, **Mayer KH**, Koblin BA, Eshelman SH. "Antiretroviral Drug Resistance Among HIV-Infected Black Men Who Have Sex With Men in the U.S." CROI 2014. March 3-6, 2014, Boston, Massachusetts.

**Kenneth H. Mayer, M.D.**

409. **Mayer KH**, Oldenberg C, Novak D, Krakower D, Mimiaga M."Early Adopters: Correlates of Chemoprophylaxis Use in an Online Sample of US Men Who Have Sex With Men". Poster Session. CROI 2014. March 3-6, 2014, Boston, Massachusetts.

410. Kim HN, Crane HM, Rodriguez CV, Van Rompaet S, Mathews WC, Mugavero M, **Mayer KH**, Christopoulos K, Napravnik S, Kitahata MM. "Significance of Alcohol Abuse Diagnosis vs Other Risk Factors for Advanced Liver Fibrosis by FIB-4". CROI 2014. March 3-6, 2014, Boston, Massachusetts.

411. Hendrix CW, Andreade A, Kashuba AD, Marzinke M, Anderson PL, Moore A, Elharrar V, Wang L, **Mayer KH**, Patterson KB. "Tenofovir-Emtricitabine Directly Observed Dosing: 100% Adherence Concentrations (HPTN066). CROI 2014. March 3-6, 2014, Boston, Massachusetts.

410. Crane HM, Mimiaga MM, Drozd D, Fredericksen R, **Mayer KM**, Nance R, Delaney JAC, Mugavero M, Cropsey K, Willig J, Burkholder G, Safren S, Mathews WC, Christopoulos K, Boswell S, Simoni J, Haubrich R, McCaul E, Hutton H, Chander G, Pantalone D, Williams E, Crane P, Merrill J, Kitahata M, Saag M on behalf of the Centers for AIDS Research Network of Integrated Clinical Systems (CNICS) Cohort. "Impact and patterns of alcohol and substance use with adherence behavior, HIV viral load (VL), and HIV transmission risk behavior among patients in routine clinical care". 18th International Workshop on HIV Observational Databases. March 27-29, 2014. Sitges, Spain.

411. Kahler C, Pantalone DW, Mastroleo NR, Kruis R, Wray T, Mayer KH, Monti PM. "Adapting Motivational Interviewing to address heavy drinking within the context of HIV clinical care among men who have sex with men". Joint Scientific Meeting of the Research Society on Alcoholism and the International Society on Biomedical Research on Alcoholism, June 21-25, 2014. Seattle, WA.

412. **Mayer KH**, Stall R, Safren S, Egan JE, Novak D, Krakower D, Mimiaga M. "Seasons of risk: anticipated behavior on vacation and interest in episodic antiretroviral pre-exposure prophylaxis (PrEP) among a large national sample of American men who have sex with men (MSM)". AIDS 2014. 20th International AIDS Conference. Melbourne, Australia. July 20-25, 2014. (poster session)

413. **Mayer KH**, Tomassilli J, Altfeld M, Gelman M, Allen T. "HIV Self-Testing Among Men who have Sex with Men (MSM): Acceptability of Biweekly Finger Pricks to Perform the Alere Determine™ HIV-1/2 Ag/Ab Assay". AIDS 2014. 20th International AIDS Conference. Melbourne, Australia. July 20-25, 2014. (poster session)

414. Oldenburg CE, Perez-Brumer AG, Biello KB, Rosenberger J, Novak D, **Mayer KH**, Mimiaga MJ. "Country-level unemployment as a structural driver of transactional sex among men who have sex with men (MSM) in Latin America: a multilevel analysis". AIDS 2014. 20th International AIDS Conference. Melbourne, Australia. July 20-25, 2014. (poster session)

415. Chianese C, **Mayer KH,** Gelman M, Panther L, Grant R**.** "Reasons Boston Men who Have Sex with Men (MSM) enrolled in Placebo-Controlled Pre-exposure Prophylaxis (PrEP) Trials did not Continue using PrEP when it was Available in an Open Label Study". AIDS 2014. 20th International AIDS Conference. Melbourne, Australia. July 20-25, 2014. (poster session)

416. Chianese C, Amico KR, **Mayer KH**, Liu A, McMahan V, Hosek S, Mehrotra M, Grant R. "Integrated Next Step Counseling for Sexual Health Promotion and Medication Adherence for Individuals Using Pre-Exposure Prophylaxis". AIDS 2014. 20th International AIDS Conference. Melbourne, Australia. July 20-25, 2014. (poster session)

417. Oldenburg CE, Perez-Brumer AG, Reisner SL, **Mayer KH**, Mimiaga MJ, Barnighausen T. "Human rights protections for sex workers and income equality are associated with decreased HIV prevalence among men who engage in transactional sex: An ecological analysis of data from 19 countries". AIDS 2014. 20th International AIDS Conference. Melbourne, Australia. July 20-25, 2014. (poster session)

418. Oldenburg C, Perez-Brumer A, Hatzenbuehler M, Krakower D, Novak D, Mimiaga, **Mayer K**. "Structural Stigma affects Access to Pre- and Post-exposure Prophylaxis and HIV Risk among Men who Have Sex with Men (MSM) in the United States". HIV Research for Prevention 2014 – AIDS Vaccine, Microbicide and ARV-based Prevention Science. Cape Town, South Africa. October 28 – 31, 2014. (poster session)

419. **Mayer KH**, Safren S, Haberer J, Elsesser S, Clarke W, Hendrix CW, Markinke M, Mimiaga MJ. "Project PREPARE: High Levels of Medication Adherence with Continued Condomless Sex in U.S. Men who Have Sex with Men in an Oral PrEP Adherence Trial. HIV Research for Prevention 2014 – AIDS Vaccine, Microbicide and ARV-based Prevention Science. Cape Town, South Africa. October 28 – 31, 2014. (poster session)

420. Chianese C, **Mayer K**, Gelman M, Panther L, Grant R. "Reasons Boston MSM Enrolled in Placebo Controlled PrEP Trials Did Not Continue Using PrEP when it Was Available in an Open Label Study" HIV Research for Prevention 2014 – AIDS Vaccine, Microbicide and ARV-based Prevention Science. Cape Town, South Africa. October 28 – 31, 2014. (oral session)

421. Tully DC, Ogilvie CB, Batorsky R, Power KA, Bedard H, Seese A, Amero M, Bazner S, Tinsley J, Lennon N, Henn MR, Rosenberg E, **Mayer KH**, Jessen H, Altfeld M, Allan TM. "Genetic Footprints within the HIV-1 Envelope Glycoprotein Associated with Transmission in Men who Have Sex with Men". HIV Research for Prevention 2014 – AIDS Vaccine, Microbicide and ARV-based Prevention Science. Cape Town, South Africa. October 28 – 31, 2014. (poster session)

422. **Mayer KH**, Oldeburg C, Novak DS, Krakower D, Mimiaga MJ. "Differences in PrEP Knowledge and Use in U.S. MSM Users of a Popular Sexual Networking Site Surveyed in August 2013 and January 2014". HIV Research for Prevention 2014 – AIDS Vaccine,

Microbicide and ARV-based Prevention Science. Cape Town, South Africa. October 28 – 31, 2014. (poster session)

423.    Chianese C, Amico KR, **Mayer K**, Liu A, McMahan V, Hosek S, Mehrotra M, Grant R "Integrated Next Step Counseling for Sexual Health Promotion and Medication Adherence for Individuals Using Pre-Exposure Prophylaxis." HIV Research for Prevention 2014 – AIDS Vaccine, Microbicide and ARV-based Prevention Science. Cape Town, South Africa. October 28 – 31, 2014. (poster session)

424.    Scott H, Vittinghoff E, Irving R, Liu A, Fields SD, Magnus M, Wheeler DP, **Mayer KH**, Koblin BA, Buchbiner SP. "Sex Pro: A personalized HIV Risk Assessment Tool for Men Who Have Sex With Men". Conference on Retroviruses and Opportunistic Infections (CROI) 2015. Seattle, Washington. February 23-26, 2015. (Poster)

425.    Drozd DR, Mugavero MJ, Christopoulos K, Mathews CW, Eron JJ, **Mayer KH**, Mimiaga M, Kitahata M, Crane HM. "Alcohol and Substance Use and Timing of Presentation to HIV Care Across the United States". Conference on Retroviruses and Opportunistic Infections (CROI) 2015. Seattle, Washington. February 23-26, 2015. (Poster)

426.    Rebeiro PF, Yahia BR, Gebo K, Lau B, **Mayer KH**, Horberg MA, Kithata M, Gill J, Sterling T, Gange SJ. "Continuous Retention Predicts Viral Supression Across the US and Canada". Conference on Retroviruses and Opportunistic Infections (CROI) 2015. Seattle, Washington. February 23-26, 2015. (Poster)

427.    Krakower DS, Beekman SE, Polgreen PM, **Mayer KH**. "Frontline Practices With HIV Prevention: A Survey of US Infectious Disease Physicians". Conference on Retroviruses and Opportunistic Infections (CROI) 2015. Seattle, Washington. February 23-26, 2015. (Poster)

428.    **Mayer KH**, Levine K, Grasso C, Krakower DS, Mimiaga M. "Recent Increases in PrEP Utilization at a Boston Community Health Center Among Men Who Have Sex With Men, 2011-2014: Transition From Research to Clinical Practice". Conference on Retroviruses and Opportunistic Infections (CROI) 2015. Seattle, Washington. February 23-26, 2015. (Poster)

429.    Chen I, Connor MB, Clarke W, Marzinke MA, Cummings A, Fields SD, Wheeler DP, **Mayer KH**, Koblin BA, Eshleman SH. "Antiretroviral Drug Screening Provides Key Insights Into HIV Drug Resistance". Conference on Retroviruses and Opportunistic Infections (CROI) 2015. Seattle, Washington. February 23-26, 2015. (Poster)

430.    Escudero D, Weinreb C, Lurie M, **Mayer K**, Galea S, Friedman S, Marshall B. "Acute HIV Infection Transmission Among People Who Inject Drugs in an Established Epidemic Setting". Conference on Retroviruses and Opportunistic Infections (CROI) 2015. Seattle, Washington. February 23-26, 2015. (Poster)

**Kenneth H. Mayer, M.D.**

431.  Burgener A, Romas L, Birse K, **Mayer KH**, Febo I, Cranston R, Carballo-Dieguez A, McGowan I. "Rectal Tenofovir Gel Usage Is Associated With Changes in the Mucosal Proteome". Conference on Retroviruses and Opportunistic Infections (CROI) 2015. Seattle, Washington. February 23-26, 2015. (Poster)

432.  Nance R, Crane H, Golin C, Wechsberg W, Gordon M, Cunningham C, Altice F, Mathews C, Christopoulos K, Knight K, Quan V, **Mayer K**, Eron J, Mugavero M, Kronmal R. "Co-Calibration of Two Validated, Self-Reported Measures of ART Adherence in the CFAR Network of Integrated Clinical Systems (CNICS) Research Network and STTR Consortium". IAPAC Adherence 2015 - A Decade of Success, A World of Opportunities. Miami, FL. June 28 – 30, 2015.

433.  Krakower D, Ware N, Wilson I, Wong J, Maloney K, **Mayer K**. "Diffusion 0f HIV Pre-Exposure Prophylaxis Into Specialist and Primary Care: A Qualitative Study With Primary Care Providers". IAPAC Adherence 2015 - A Decade of Success, A World of Opportunities. Miami, FL. June 28 – 30, 2015.

434.  Flash C, Avalos C, Yu X, **Mayer K**, Giordano T. "Perspectives on HIV Risk and HIV Pre-Exposure Prophylaxis (PrEP) Among Patients in an HIV Prevention Program in Houston, TX". IAPAC Adherence 2015 - A Decade of Success, A World of Opportunities. Miami, FL. June 28 – 30, 2015.

435.  Simoni J, Wilson I, **Mayer K**, Aunon F, Safren S, Delaney J, Mathews C, Mugavero M, Kitahata M, Crane H. "Diminishing "Clinic Viral Load" in a Nationally Distributed Cohort in the United States: What's Adherence Got to do With It?". IAPAC Adherence 2015 - A Decade of Success, A World of Opportunities. Miami, FL. June 28 – 30, 2015.

436.  Fredericksen R, Edwards T, Paez E, Walcott M, Dant L, Brown S, Loo S, Gutierrez C, Church A, Godfrey M, Wang A, Alperovitz-Bichell K, Yang F, Simoni J, Willig J, Mugavero M, **Mayer K**, Mathews C, Crane P, Patrick D, Crane H. "Reasons for Intentional NonAdherence Among Patients Treated for Multiple Chronic Co-Morbidities". IAPAC Adherence 2015 - A Decade of Success, A World of Opportunities. Miami, FL. June 28 – 30, 2015.

437.  Krakower D, Maloney K, Grasso C, **Mayer K**. ""Early Adopters": Clinician Experiences at a Community Health Center Demonstrate the Feasibility of Prescribing HIV Pre-Exposure Prophylaxis in Primary Care". IAPAC Adherence 2015 - A Decade of Success, A World of Opportunities. Miami, FL. June 28 – 30, 2015.

438.  Flash C, Avalos C, Yu X, **Mayer K**, Giordano T. "7 Perspectives on HIV Risk and HIVPre-Exposure Prophylaxis (PrEP) Among HIV Testing Clients in Houston, TX". IAPAC Adherence 2015 - A Decade of Success, A World of Opportunities. Miami, FL. June 28 – 30, 2015.

439.  Merrill J, Nance R, Delaney J, Fredericksen R, Drozd D, Chander G, McCaul M, Hutton H, **Mayer K**, Simoni J, Mathews C, Mugavero M, Mimiaga M, Willig J, Burkholder G,

Cropsey K, Kim H, Napravink S, Eron J, Christopoulos K, Geng E, Crane P, Kitahata M, Saag M. "Association Between Alcohol and Substance Use Severity and Antiretroviral Therapy (ART) Adherence Over Time in a Nationally Distributed Cohort of Patients in Care Across the United States". IAPAC Adherence 2015 - A Decade of Success, A World of Opportunities. Miami, FL. June 28 – 30, 2015.

440.   Kinloch NN, Macmillan DR, Le AQ, Cotton LA, Mc Closkey R, Bangsberg DR, Buchbinder S, Carrington M, Fuchs J, Harrigan PR, Koblin B, Markowitz M, **Mayer K**, Milloy MJ, Schechter MT, Wagner T, Walker BD, Carlson JM, Poon AFY, Brumme ZL. "Population-level spread of immune-driven mutations in HIV-1 polymerase during the North American epidemic". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

441.   Solomon MM, Schechter M, Liu AY, McMahan V, Guanira JV, Hance RJ, Chariyalertsak S, **Mayer KH**, Grant RM, iPrEx Study Team. "The safety of HIV pre-exposure prophylaxis in the presence of hepatitis B infection". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

442.   Krakower DS, Oldenburg CE, Mimiaga MJ, Noval D, Rosenberger JG, Elsesser S, **Mayer KH**. "Patient-provider communication about sexual behaviors and pre-exposure prophylaxis: results from a national online survey of men who have sex with men in the United States". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

443.   Elsesser S, Biello K, Taylor S, Tomassilli J, Safren S, **Mayer KH**. "Absence of sexual behavioral disinhibition in a PrEP adherence trial: considerations for medical providers who prescribe PrEP for men who have sex with men (MSM)". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

444.   Escudero DJ, Lurie MN, Weinreb C, **Mayer KH**, Friedman SR, Galea S, Marshall BDL. "The contribution of transmission from acute HIV infection may vary by epidemic stage among people who inject drugs". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

445.   Sabin D, Hudelson SE, Ou SS, Hart S, Wallis C, Morgado MG, Saravanan S, Tripathy S, Piwowar-Manning – E, Chen YQ, McCauley M, Hovind L, Eron J, Gallant J, Gamble T, Hosseinipour MC, Kumwenda J, Makhema J, Panchia R, Hakim JG, Akelo V, Faesen S, Chariyalertsak S, Godbole SV, Kumarasamy N, Grinsztejn B, Pilotto JH, Melo M, **Mayer KH**, Cohen MS, Eshleman SH, for the HPTN 052 Study Team. "Analysis of HIV drug resistance in adults receiving early antiretroviral treatment for HIV prevention: results from the HIV prevention trials network (HPTN) 052 trial". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

**Kenneth H. Mayer, M.D.**

446. Thomas B, Biello K, Closson E, Navakodi P, Dhanalakshmi A, Menon S, **Mayer K**, Safren S, Mimiaga M. "Transactional sex and the challenges to safer sexual behaviors: a study among male sex workers in Chennai, India". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

447. Fogel J, Ou SS, Chen YQ, Piwowar-Manning E, McCauley M, Sabin D, Eron J, Gallant J, Gamble T, Hosseinipour MC, Kumwenda J, Makhema J, Panchia R, Hakim JG, Akelo V, Mwelase N, Chariyalertsak S, Godbole SV, Kumarasamy N, Grinsztejn B, Pilotto JH, Santos B, **Mayer KH**, Cohen MS, Eshleman, for the HPTN 052 Study Team. "Identification of factors associated with viral suppression and treatment failure when antiretroviral therapy is used for HIV prevention: results from the HIV prevention trials network (HPTN) 052 trial". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

448. Oldenburg C, Mitty J, Biello K, Closson E, **Mayer K**, Mimiaga M. "Differences in HIV pre-exposure prophylaxis use and intention to use between stimulant and alcohol-using men who have sex with men in Boston, United States". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

449. **Mayer K**, Krakower D, Levine K, Grasso C, Gelman M. "Significant increases in HIV pre-exposure prophylaxis (PrEP) uptake in Boston, a Boston Community Health Center in 2014: who are the recent users?". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

450. Ojikutu B, Pathak S, Li S, **Mayer K**, Safren S, HIV Prevention Trials Network 063. "Community cultural beliefs and disclosure to primary sexual partners among women living with HIV in Brazil, Thailand and Zambia: results from HPTN063". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

451. Cranston R, Lama J, Richardson B, Carballo-Dieguez A, Kunjara Na Ayudhya RP, Galaska B, Jacobson C, Marzinke M, Johnson S, Piper J, Grossman C, Ho K, Holtz T, Chariyalertsak S, Bekker L-G, Gonzales P, **Mayer K**, Liu A, Zorrilla C, McGowan I. "Baseline characteristics of a rectal phase 2 extended safety and acceptability microbicide study of tenofovir reduced-glycerin 1% gel: MTN-017". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

452. Kapogiannis BG, Xu J, **Mayer KH**, Loeb J, Greenberg L, Monte D, Koenig LJ, Banks-Shields M, Fortenberry D, and the ATN/SMILE Collaborative. "The HIV continuum of care for adolescents and young adults (12-24 years) attending 13 urban US centers of the NICHD-ATN-CDC-HRSA SMILE collaborative". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

**Kenneth H. Mayer, M.D.**                                                                    280

453.    Eshelman SH, Hudelson SE, Ou SS, Redd AD, Swanstrom R, Porcella SF, Chen YQ, Piwowar-Manning E, McCauley M, Gamble T, Sievers M, Martens CA, Bruno D, Ping L-H, Dukhovlinova E, Quinn TC, Kumwenda J, Maliwichi M, Nhando N, Akelo V, Moyo S, Panchia R, Kumarasamy N, Chotirosniramit N, Rocha MM, Bustorff F, Grinsztejn B, **Mayer KH**, Hughes JP, Cohen MS, for the HPTN 052 Study Team. "Treatment as prevention: characterization of partner infections in the HIV Prevention Trials Network 052 trial". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

454.    Cohen M, Chen Y, McCauley M, Gamble T, Hosseinipour M, Kumarasamy N, Hakim J, Kumwenda N, Brum T, Grinsztejn B, Godbole S, Chariyalertsak S, Riegel Santos B, **Mayer K**, Hoffman I, Eshleman S, Piwowar-Manning E, Ou S-S, Cottle L, Makhema J, Mills L, Panchia R, Badal-Faesen S, Eron J, Gallant J, Havlir S, Swindells S, Elharrar V, Burns D, Taha T, Nielsen K, Celentano D, Essex M, Fleming T, HPTN 052 Study Group. "Final results of the HPTN 052 randomized controlled trial: antiretroviral therapy prevents HIV transmission". 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention. July 19 – 22, 2015. Vancouver, Canada.

455.    Fontenot H, Lee-St. John T, Vetters R, Grasso C, Funk D, **Mayer KH**. "The Association of Other Health-Related Behaviors with HPV Vaccination Status in a Sample of High Risk Urban Youth" (abstract ID 721). HPV 2015: The 30th International Papillomavirus Conference & Clinical and Public Health Workshops. September 17-21, 2015. (poster session)

456.    Calabrese SK, Underhill K, Earnshaw VA, Hansen NB, Kershaw TS, Magnus M, Krakower DS, **Mayer KH**, Betancourt JR, Dovidio JF. "Framing HIV pre-exposure prophylaxis for the general public: How inclusive messaging may prevent prejudice from diminishing public support". 2015 Chicago LGBTQ Health and Wellness Conference. October 31, 2015. Chicago, IL.

457.    Boroughs MS, O'Cleirigh C, Pantalone D, Keuroghlian AS, Rood BA, Gamarel KE, Mastoleo N, Afroz A, Monti P, **Mayer K**, Kahler C, Reisner SL, White JC, Weiss RD, Puckett JA, Surace FI, Berman AK, Maroney MR, Ironson G, Shipherd J, Ehlinger PP, Safren SA. "Traumatic Life Experiences Among Sexual and Gender Minorities: Development and Dissemination of Evidence-Based Assessment and Intervention" (Investigating Partner Abuse in Heavy Drinking MSM Living with HIV). Annual Convention of the Association for Behavioral and Cognitive Therapies (ABCT). 49th Annual Convention. Chicago, IL. November 13, 2015.

458.    Merchant R, Clark M, Rosenberger J, Liu T, Bauermeister J, **Mayer K**. "Low PrEP Utilization among Social Media-Using Young Adult Black, Hispanic, and White MSM at Higher Risk for HIV Acquisition" (abstract ID 1829). 2015 National HIV Prevention Conference (NHPC). Atlanta, GA. December 7, 2015.

459.    Cranston K, John B, Fukuda HD, Randall L, **Mayer K**, DeMaria, Jr. A. "Controlling the Massachusetts HIV/AIDS Epidemic: Implications for Health Care Policy"

(abstract ID 2376). 2015 National HIV Prevention Conference (NHPC). Atlanta, GA. December 7, 2015.

460. Patel R, Wrigley D, **Mayer K**, Powderly W. "High Linkage to PrEP Care in St. Louis Using a Pilot Linkage to PrEP Care Community Partnership Program" (abstract ID 5113). 2015 National HIV Prevention Conference (NHPC). Atlanta, GA. December 8, 2015.

461. Merchant R, Clark M, Rosenberger J, Liu T, Bauermeister J, **Mayer K**. "Incongruence between Self-Perceived HIV Risk and Reported Sexual Risk among Social Media-Using Black, Hispanic and white YMSM" (abstract ID 1714). 2015 National HIV Prevention Conference (NHPC). Atlanta, GA. December 8, 2015.

462. Chan P, Nunn A, Page F, **Mayer K**, Gipson J, Mena L. "Pre-Exposure Prophylaxis Implementation to Prevent HIV Infection at a Public Sexually Transmitted Diseases Clinic in the Deep South" (abstract ID 1715). 2015 National HIV Prevention Conference (NHPC). Atlanta, GA. December 8, 2015.

463. Tieu HVN, Koblin BA, Nandi V, Seekaew P, Hussen S, Hickson DA, **Mayer KH**, Scott H, Cummings V, Latkin C, the HPTN 061 Study Team. "Longitudinal Analysis of Sexual Networks of US Black MSM in HPTN 061" (abstract ID 897). 2016 Conference on Retroviruses and Opportunistic Infections (CROI). Boston, MA. February 23, 2016. (poster session)

464. Gandhi M, Glidden DV, Liu AY, Horng H, Amico KR, Mulligan K, Hosek S, Schechter M, **Mayer KH**, Grant R, the iPrEx Study Team. "Higher Cumulative TFV/FTC Levels in PrEP Associated With Decline in Renal Function" (abstract ID 866). 2016 Conference on Retroviruses and Opportunistic Infections (CROI). Boston, MA. February 23, 2016. (poster session)

465. **Mayer KH**, Seaton K, Huang Y, Grunenberg N, Hural J, Ledgerwood J, Bailer R, Koup R, Allen M, Graham B. "Clinical Safety and Pharmacokinetics of IV and SC VRC01, a Broadly Neutralizing mAb" (abstract ID 90). 2016 Conference on Retroviruses and Opportunistic Infections (CROI). Boston, MA. February 24, 2016. (oral session)

466. McGowen I, Nikiforov A, Young A, Cranston R, Landovitz RJ, Bakshi R, Andrade A, **Mayer KH**, Wilkin TJ, Gulick R. "PrEP Impact on T-Cell Activation and Explant Infection: HPTN 069/ACTG 5305 Substudy" (abstract ID 104). 2016 Conference on Retroviruses and Opportunistic Infections (CROI). Boston, MA. February 24, 2016. (oral session)

467. Gulick R, Wilkin TJ, Chen Y, Landovitz RJ, Amico KR, Young A, Marzinke MA, McCauley M, **Mayer KH**. "HPTN 069/ACTG 5305: Phase II Study of Maraviroc-Based Regimens for HIV PrEP in MSM" (abstract ID 103). 2016 Conference on

Retroviruses and Opportunistic Infections (CROI). Boston, MA. February 24, 2016. (oral session)

468. Markowitz M, Frank I, Grant G, **Mayer KH**, Margolis DA, Hudson KJ, Stancil BS, Ford SL, Rinehart AR, Spreen. "ÉCLAIR: Phase 2A Safety and PK Study of Cabotegravir LA in HIV-Uninfected Men" (abstract ID109). 2016 Conference on Retroviruses and Opportunistic Infections (CROI). Boston, MA. February 24, 2016. (oral session)

469. Murray MI, Markowitz M, Frank I, Grant R, **Mayer KH**, Margolis DA, Hudson KJ, Stancil BS, Rinehart AR, Spreen W. "Tolerability and Acceptability of Cabotegravir LA Injection: Results From ECLAIR Study" (abstract ID 471). 2016 Conference on Retroviruses and Opportunistic Infections (CROI). Boston, MA. February 24, 2016. (poster session)

470. Oldenburg C, Bärnighausen T, Tanser F, De Gruttola V, Seagel GR, Mimiaga M, **Mayer KH**, Pillay D, Harling G. "Antiretroviral Therapy and HIV Acquisition in a South African Population-Based Cohort" (abstract ID 167). 2016 Conference on Retroviruses and Opportunistic Infections (CROI). Boston, MA. February 25, 2016. (oral session)

471. Tully DC, Ogilvie CB, Batorsky RE, Rosenberg ES, **Mayer KH**, Jessen H, Pond KS, Altfeld M, Carlson J, Allen TA. "Mode of Sexual Transmission Can Exert an Impact on Shaping the HIV-1 Founder Virus" (abstract ID 231). 2016 Conference on Retroviruses and Opportunistic Infections (CROI). Boston, MA. February 25, 2016. (poster session)

472. **Mayer KH**, Levine K, Maloney KM, Zaslow S, Krakower DS, Grasso C, John BH, Fukuda D, Cranston K, Boswell SH. "Increasing HIV Suppression, PrEP Use, and STDs in Boston MSM Accessing Primary Care" (abstract ID 890). 2016 Conference on Retroviruses and Opportunistic Infections (CROI). Boston, MA. February 25, 2016. (poster session)

473. Simoni J, Nance R, Delaney JA, Wilson IB, Sunon F, Safren SA, Mugavero MJ, **Mayer KH**, Kitahata MM, Crane HM. "Changes in Viral Load Across US Clinics Over Time" (abstract ID1034). 2016 Conference on Retroviruses and Opportunistic Infections (CROI). Boston, MA. February 25, 2016. (poster session)

474. Patel R, Chan P, Nunn A, Goodenberger K, **Mayer KH**, Mena L, Proctor EK, Powderly W. "Missed Opportunities to Prescribe PrEP by Primary Care Physicians in Saint Louis" (abstract ID 891). 2016 Conference on Retroviruses and Opportunistic Infections (CROI). Boston, MA. February 25, 2016. (poster session)

475. Wheeler DP, Fields S, Nelson LE, Wilton L, Hightow-Weidman L, Shoptaw S, Magnus M, Beauchamp G, Watkins P, **Mayer KH**. "HPTN 073: PrEP Uptake and Use by Black Men Who Have Sex With Men in 3 US Cities" (abstract ID 883LB).

2016 Conference on Retroviruses and Opportunistic Infections (CROI). Boston, MA. February 25, 2016. (poster session)

476.   O'Cleirigh C, King D, Grasso C, Dant L, Crane H, **Mayer K**. "The Relationship between Cigarette Smoking and Antiretroviral Adherence, Engagement in Care, and Sustained HIV Viral Suppression among Patients Receiveing Primary HIV Care at a Community Health Center" (abstract ID PA12-3). 2016 Society for Research on Nicotine & Tobacco (SRNT) Annual Meeting.  Chicago, IL. March 2-5, 2016.

477.   Seaton K, **Mayer K**, Martin J, Deal A, Goodman D, Dennison SM, Stanfield-Oakley S, Grunenberg N, Hural J, Allen M, Huang Y, Isaacs A, Mascola J, Koup R, Graham B, Corey L, Ledgerwood J, Ferrari G, Montefiori D, Tomaras G. "Passively Infused VRC01 in HVTN 104 Mediates Neutralization and Antibody Effector Functions". Keystone HIV Vaccines, Olympic Valley, CA. March 20-24, 2016. (poster session)

478.   Elsesser SA, Taylor SW, Mayer KH, Safren SA, O'Cleirigh C. "Assumptions of partner HIV serostatus among men who have sex with men (MSM) taking antiretroviral medication to prevent HIV" (abstract ID C061). Society of Behavioral Medicine, 37th Annual Meeting & Scientific Sessions.  Washington, DC.  March 30 – April 2, 2016. (poster session)

479.   Ganley KY, Zullo AR, Sosa-Rubi SG, Conde-Glez CJ, Lurie MN, Marshall BDL, Operario D, **Mayer K**, Galarraga O. "Incidence and time-varying predictors of HIV and sexually transmitted infections among male sex workers in Mexico City" (abstract ID P019). HIV & Hepatitis in the Americas. April 28-30, 2016. (poster session)

480.   **Mayer K**. "PrEP and implementation: a work in progress" (abstract ID O121).  HIV & Hepatitis in the Americas.  April 28-30, 2016 (oral session)

481.   **Mayer K**, Safren S, Blashill A, Marquez S, Batchelder A, O'Cleirigh C. "Changing Attitudes to PrEP among Sexually Risky Men who have Sex with Men" (abstract ID 66). 11th International Conference on HIV Treatment and Prevention Adherence (Adherence 2016).  Fort Lauderdale, FL.  May 9-11, 2016. (oral session)

482.   Calabrese S, **Mayer K**, Krakower D, Magnus M, Underhill K, Earnshaw V, Hansen N, Kershaw T, Betancourt J, Dovidio J. "Adverse Implications of Heterosexism for PrEP Clinical Decision-Making and Considerations Regarding Provider Education" (abstract ID 200). 11th International Conference on HIV Treatment and Prevention Adherence (Adherence 2016).  Fort Lauderdale, FL.  May 9-11, 2016. (oral session)

483.   Patrick D, Crane H, Crane P, Mathews C, **Mayer K**, Mugavero M, Church A, Asirot MG, Smith L, Fitzsimmons E, Wang A, Godfrey M, Alperovitz-Bichell K, Brown S, Gutierrez C, Loo S, Walcott M, Dant L, Paez E, Gibbons L, Yang F, Edwards T, Frederickson R. "Perceptions of Medication Purpose and Physiological Function among Patients Living with Multiple Chronic Comorbidities: A Qualitative Inquiry"

(abstract ID 97). 11th International Conference on HIV Treatment and Prevention Adherence (Adherence 2016).  Fort Lauderdale, FL.  May 9-11, 2016. (poster session)

484.   Patrick D, Crane H, Crane P, Mathews C, **Mayer K**, Mugavero M, Church A, Asirot MG, Smith L, Fitzsimmons E, Wang A, Godfrey M, Alperovitz-Bichell K, Brown S, Gutierrez C, Loo S, Walcott M, Dant L, Paez E, Yang F, Edwards T, Frederickson R. "Psychological Barriers to Antiretroviral Adherence: A Qualitative Inquiry" (abstract ID 98). 11th International Conference on HIV Treatment and Prevention Adherence (Adherence 2016).  Fort Lauderdale, FL.  May 9-11, 2016. (poster session)

485.   Levine K, **Mayer K**, Grasso C, Maloney K, Krakower D. "Product Preferences among PrEP-Experienced Men Who Have Sex with Men" (abstract ID 106). 11th International Conference on HIV Treatment and Prevention Adherence (Adherence 2016).  Fort Lauderdale, FL.  May 9-11, 2016. (poster session)

486.   Thomas B, Closson E, Biello K, Navakodi P, Dhanalakshmi A, Menon S, **Mayer K**, Safren S, Mimiaga M.  "Developing a Sexual Risk Reduction Intervention Using Mobile Phone Technology for Male Sex Workers in Chennai, India: Project Talk" (abstract ID PP1-069).  Joint World Conference on Social Work, Education, and Social Development 2016 (SWSD2016).  Seoul, Republic of Korea.  June 27-30, 2016.  (poster session)

487.   Perez-Brumer A, Salazar X, Silva-Santisteban A, McLean S, Prenner JC, Lama JR, Sanchez J, Mimiaga MJ, Reisner SL, **Mayer KH**, Clark JL. " 'Como conejillo de indias': critical role of medical and research mistrust in acceptability of PrEP among transgender women in Lima, Peru" (abstract ID WEPED389). The 21st International AIDS Conference (AIDS 2016).  Durban, South Africa.  July 18-22, 2016. (poster session)

488.   Oldenburg C, Bor J, Tanser F, Mutevedzi T, Shahmanesh M, Seage G, De Gruttola V, Mimiaga M, **Mayer K**, Pillay D, Bärnighausen T. "Immediate HIV treatment prevents new infections: causal evidence on the real-world impact of immediate versus deferred ART in rural South Africa" (abstract ID THAB0102). The 21st International AIDS Conference (AIDS 2016).  Durban, South Africa.  July 18-22, 2016. (oral session)

489.   Biello K, Coffey-Esquivel J, Hosek S, Belzer M, Sullivan P, Mimiaga M, Oleson S, Taylor S, Kreh L, **Mayer K**. "Development of a mobile-based application to increase uptake of HIV testing among young U.S. men who have sex with men" (abstract ID TUPDD0203). The 21st International AIDS Conference (AIDS 2016).  Durban, South Africa.  July 18-22, 2016. (poster session)

490.   Mimiaga M, Thomas B, Biello K, **Mayer K**, Navakodi P, Dhanalakshmi A, Menon S, Safren S. "A pilot randomized controlled trial of a mobile phone delivered counseling intervention to reduce HIV risk among male sex workers in Chennai, India" (abstract

ID WEPEC287). The 21st International AIDS Conference (AIDS 2016). Durban, South Africa. July 18-22, 2016. (poster session)

491.    Ngo V, Colby D, Oldenburg C, Nguyen T, Closson E, Biello K, **Mayer K**, Mimiaga M. "The prevalence of alcohol dependence and active amphetamine use are substantial and associated comorbid mental health problems among male sex workers in Vietnam" (abstract ID THPEB091). The 21st International AIDS Conference (AIDS 2016). Durban, South Africa. July 18-22, 2016.

492.    Cahill S, **Mayer K**, Boswell S. "The U.S. Ryan White HIV/AIDS Program's support for comprehensive enabling services and integrated care helps PLWH remain in care, achieve viral suppression" (abstract ID WEPED456). The 21st International AIDS Conference (AIDS 2016). Durban, South Africa. July 18-22, 2016. (poster session)

493.    Hightow-Weidman L, Magnus M, Shoptaw S, Emel L, Beauchamp G, Piwowar-Manning E, **Mayer K**, Nelson L, Watkins P, Fields S, Wheeler D. "Significant health comorbidities in Black men who have sex with men presenting for a US PrEP study" (abstract ID WEPEC240). The 21st International AIDS Conference (AIDS 2016). Durban, South Africa. July 18-22, 2016. (poster session)

494.    McGowan I, Cranston RD, **Mayer KH**, Febo I, Duffill K, Siegel A, Engstrom JC, Nikiforov A, Park S-Y, Brand RM, Giguere R, Dolezal C, Frasca T, Leu C-S, Schwartz JL, Carballo-Dieguez A. "Project Gel: microbicide safety and acceptability in young men" (abstract ID WEPEC266). The 21st International AIDS Conference (AIDS 2016). Durban, South Africa. July 18-22, 2016. (poster session)

495.    Siegler A, Liu A, **Mayer K**, Thure K, Fish R, Andrew E, Gleman M, Sullivan P. "An exploratory assessment of the feasibility and acceptability of home-based support to streamline HIV pre-exposure prophylaxis (PrEP) delivery" (abstract ID FRAE0101). The 21st International AIDS Conference (AIDS 2016). The 21st International AIDS Conference (AIDS 2016). Durban, South Africa. July 18-22, 2016. (oral session)

496.    Perez-Brumer A, McLean S, Silva-Santisteban A, Huerta L, de la Grecca R, **Mayer KH**, Sanchez J, Lama JR, Reisner SL. "HIV vulnerabilities, gender affirmation and social resilience among transgender women in Lima, Peru: a community-based approach to HIV prevention, care and treatment" (abstract ID TUAD0404). The 21st International AIDS Conference (AIDS 2016). Durban, South Africa. July 18-22, 2016. (oral session)

497.    Calabrese SK, Eldahan AI, Gaston-Hawkins LA, Dangaran D, Hansen NB, **Mayer KH**, Krakower DS, Magnus M, Kershaw TS, Betancourt JR, Dovidio JF. "Culturally competent PrEP care: insights from providers and potential patients (sexually active Black MSM)" (abstract ID WEPEC248). The 21st International AIDS Conference (AIDS 2016). Durban, South Africa. July 18-22, 2016. (poster session

**Kenneth H. Mayer, M.D.**                                                          286

498.    Gulick R, Wilkin T, Chen Y, Landovitz R, Amico R, Young A, Richardson P, Marzinke M, Hendrix C, Eschleman S, McGowan I, Andrade A, Hodder S, Klingman K, Chege W, Rinehart A, Rooney J, Andrew P, McCauley M, **Mayer K**, HPTN 069/ACTG 5305 Study Team. "HPTN 069/ACTG A5305: phase II study of maraviroc-containing regimens for HIV PrEP in United States (U.S.) women" (abstract ID TUAC0102). The 21st International AIDS Conference (AIDS 2016). Durban, South Africa.  July 18-22, 2016. (oral session)

499.    Ganley KY, Zullo AR, Sosa-Rubi SG, Conde-Glez CJ, Lurie MN, Marshall BDL, Operario D, **Mayer KH**, Galarraga O. "Incidence and time-varying predictors of HIV and sexually transmitted infections (STIs) among male sex workers in Mexico City" (abstract ID TUPEC176). The 21st International AIDS Conference (AIDS 2016). Durban, South Africa.  July 18-22, 2016. (poster session)

500.    Reisner SL, Perez-Brummer A, Lama JR, Silva-Santisteban A, McLean SA, Huerta L, de la Grecca R, Sanchez J, **Mayer KH**. "Perceived barriers and facilitators to combining delivery of HIV prevention, testing and treatment services with feminizing hormone therapy for transgender women in Lima, Peru" (abstract ID TUPEE539). The 21st International AIDS Conference (AIDS 2016).  Durban, South Africa.  July 18-22, 2016. (poster session)

501.    Underhill K, Guthrie K, Operario D, Calabrese S, Colleran C, **Mayer KH**. "A qualitative study of PrEP stigma, pride and predicted community benefits among MSM and male sex workers" (abstract ID THPED417). The 21st International AIDS Conference (AIDS 2016).  Durban, South Africa.  July 18-22, 2016. (poster session)

502.    Pantalone D, Wray T, Afroz A, **Mayer K**, Monti P, Kahler C. "Cognitive factors mediate the associations between perceived discrimination and health behaviors in heavy drinking HIV-infected MSM" (abstract ID THPED418). The 21st International AIDS Conference (AIDS 2016).  Durban, South Africa.  July 18-22, 2016. (poster session)

503.    Wheeler D, Fields S, Nelson L, Hightow-Weidman L, Magnus M, Shoptaw S, Beauchamp G, Emel L, Piwowar-Manning E, Chen Y, Watkins P, **Mayer K**, HPTN073 Study Team. "Correlates for levels of self-reported PrEP adherence among Black men who have sex with men in 3 U.S. cities" (abstract ID WEAC0104). The 21st International AIDS Conference (AIDS 2016).  Durban, South Africa.  July 18-22, 2016. (oral session)

504.    Wheeler D, Nelson L, Fields S, Wilton L, Magnus M, Hightow-Weidman L, Shoptaw S, Beauchamp G, Emel L, Chen Y, Piwowar-Manning E, Watkins P, Lucas J, **Mayer K**, HPTN073 Study Team. "Client centered care coordination (C4) utilization and PrEP acceptance among Black men who have sex with men in 3 cities in the U.S." (abstract ID THPEC185). The 21st International AIDS Conference (AIDS 2016). Durban, South Africa.  July 18-22, 2016.

**Kenneth H. Mayer, M.D.**

505.  Hightow-Weidman L, Magnus M, Beauchamp G, Hurt C, Shoptaw S, Emel L, Piwowar-Manning E, **Mayer K**, Nelson L, Wilton L, Watkins P, Fields S, Wheeler D. "Incidence and correlates of STIs among Black men who have sex with men participating in a US PrEP study" (abstract ID THAC0105LB). The 21st International AIDS Conference (AIDS 2016). Durban, South Africa. July 18-22, 2016. (oral session)

506.  Desai P, Vandermeer M, Park J, Rachman F, McBurnie MA, Rittner S, Ko M, **Mayer K**, Le T. "Implications for Clinic vs. Patient Level Analyses for Community Health Centers" (abstract ID CP20). 2016 Community Health Institute (CHI) & eXpo. Chicago, IL. Aug 28-30, 2016. (poster session)

507.  Loo S, **Mayer K**. "Prevalence of Clinical Co-Morbidities Among People Living With HIV Compared to Controls in a National Sample of Community Health Centers" (abstract ID CP21). 2016 Community Health Institute (CHI) & eXpo. Chicago, IL. Aug 28-30, 2016. (poster session)

508.  Calabrese SK, **Mayer KH**, Krakower DS, Magnus M, Underhill K, Earnshaw VA, Hansen NB, Kershaw TS, Betancourt JR, Dovidio JF. "The Potential for Condom Ideology to Cloud Clinical Judgment around Prescribing HIV Pre-exposure Prophylaxis (PrEP)" (abstract ID OA03.05). HIV Research for Prevention (HIV R4P) 2016. Chicago, IL. Oct 17-21, 2016. (oral session)

509.  Ford S, Stancil B, Markowitz M, Frank I, Grant R, **Mayer K**, Elion R, Goldstein D, Fisher C, Sobieszczyk M, Joel G, Tieu HV, Weinberg W, Margolis D, Hudson K, Patel P, Rinehart A, Smith K, Spreen W. "ECLAIR Study of Cabottegravir LA Injections: Characterization of Safety and PK During the 'PK TAIL' Phase" (abstract ID OA12.06LB). HIV Research for Prevention (HIV R4P) 2016. Chicago, IL. Oct 17-21, 2016. (oral session)

510.  Krakower D, Maloney K, Levine K, Grasso C, Melbourne K, **Mayer K**. "Unplanned Discontinuations of HIV Pre-exposure Prophylaxis During Clinical Care" (abstract ID OA16.06). HIV Research for Prevention (HIV R4P) 2016. Chicago, IL. Oct 17-21, 2016. (oral session)

511.  Astronomo RD, Lemos MP, Narpala S, Czartoski J, WesterbergK, Fleming L, Gross M, Hural J, Tieu HV, Baden L, Rodriguez B, Hammer S, Frank I, Ochsenbauer C, Grunenberg N, Ledgerwood JE, McDermott A, **Mayer K**, McElrath MJ. "Rectal and Vaginal Biopsies from Men and Women Infused Intravenously with VRC01 Show Protection in Ex Vivo HIV-1 Challenge" (abstract ID )A19.05). HIV Research for Prevention (HIV R4P) 2016. Chicago, IL. Oct 17-21, 2016. (oral session)

512.  Flash C, Yu X, Adegboyega O, Johnson S, **Mayer K**, Giordano T. "Correlates of Medication Adherence and Retention among PrEP Users in an HIV Prevention Program in Houston, TX" (abstract ID P15.03). HIV Research for Prevention (HIV R4P) 2016. Chicago, IL. Oct 17-21, 2016. (poster session)

**Kenneth H. Mayer, M.D.**                                                288

513.    **Mayer K**, Biello K, Coffey-Esquivel J, Novak D, Mimiaga M. "PrEP Knowledge, Uptake, and Comparative Interest in New Prevention Modalities in an On-line Sample of American Men who Have Sex with Men (MSM)" (abstract ID P23.14). HIV Research for Prevention (HIV R4P) 2016. Chicago, IL. Oct 17-21, 2016. (poster session)

514.    Biello K, Hosek S, Coffey-Esquivel J, Belzer M, Mimiaga M, Drucker M, Brothers J, **Mayer K**. "Acceptability of and Preference for Injectable PrEP among Young U.S. Men, Transgender Women and Transgender Men who Have Sex with Men" (abstract ID P24.16). HIV Research for Prevention (HIV R4P) 2016. Chicago, IL. Oct 17-21, 2016. (poster session)

515.    Amico R, Ramirez C, Caplan M, Montgomery B, Stewart J, Hodder S, Swaminathan S, Darden-Tabb N, Young A, McCauley M, **Mayer K**, Wilkin T, Landovitz R, Gulick R, Adimora A, HPTN 069/A5305 study team and HPTN Women at Risk Group. "US Women in the HPTN069/ACTG 5305 Phase 2 PrEP Study: A Substudy Evaluating Acceptability and Experiences" (abstract ID P24.28LB). HIV Research for Prevention (HIV R4P) 2016. Chicago, IL. Oct 17-21, 2016. (poster session)

516.    Santoro AF, Chaudhry J, Arnsten JH, Karasz AK, Golub SA, **Mayer KH**, Patel VJ. "PrEP Adoption among Young Black and Latino Gay Men: A Qualitative Study of Social Network Differences Between Adopters and Non-adopters" (abstract ID P23.03). (abstract ID P24.28LB). HIV Research for Prevention (HIV R4P) 2016. Chicago, IL. Oct 17-21, 2016. (poster session)

517.    Frederickson RJ, Brown S, Edwards TE, Yang F, Alperowitz-Bichell K, Godfrey M, Wang A, Church A, Fitzsimmons E, Gutierrez C, Paez E, Dant L, Loo S, Walcott M, Mugavero M, **Mayer K**, Matthews C, Patrick DL, Crane PK, Crane HM. "Development and Content Validation of a PROMIS Measure for Medication Adherence" (abstract ID 40). PROMIS Health Organization Conference 2016. Copenhagen, Denmark. Oct 23-24, 2016. (oral session)

518.    **Mayer K**, Maloney K, Levine K, King D, Grasso C, Krakower D, Boswell S. "HIV Infection and PrEP Use are Independently Associated with Increasing Diagnoses of Bacterial Sexually Transmitted Infections (BSTI) in Men Accessing Care at a Boston Community Health Center (CHC): 2005-2015" (abstract ID 2379). ID Week 2016: Advancing Science, Improving Care. New Orleans, LA. Oct 26-30, 2016 (oral session)

519.    Krakower D, Gruber S, Menchaca JG, Maro JC, Cocoros N, Kruskal B, Wilson IRB, **Mayer K**, Klompas M. "Automated Identification of Potential Candidates for HIV Pre-Exposure Prophylaxis using Electrnic Health Record Data" (abstract ID 860). ID Week 2016: Advancing Science, Improving Care. New Orleans, LA. Oct 26-30, 2016 (oral session)

**Kenneth H. Mayer, M.D.**

520.   Flash C, Yu X, Johnson S, Adegboya O, **Mayer K**, Giordano TP.  "Influence of HIV Pre-Exposure Prophylaxis (PrEP) on Risk Behavior in an HIV Prevention Program in Houston, TX" (abstract ID 503).  ID Week 2016: Advancing Science, Imp0roving Care.  New Orleans, LA.  Oct 26-30, 2016 (poster session)

521.   Ojikutu B, Srinivasan S, Bogart L, **Mayer K**.  "Mass Incarceration and Economic Inequality: the Impact of the Criminal Justice System on HIV Prevalence in the US" (abstract ID 2384).  ID Week 2016: Advancing Science, Imp0roving Care.  New Orleans, LA.  Oct 26-30, 2016 (oral session)

522.   Hickson D, Gipson J, Holbrook S, Thompason D, Mena L, Browne D, **Mayer KH**. "I Just Want to Be Clean: Rectal Douching Behaviors and Associations with Rectal Gonorrhea (GC) and Chlamydia (CT) Infections Among Black men who have sex with men (BMSM) in the Deep South: The MARI Study" (abstract ID 3038.0). American Public Health Association Annual Meeting & Expo (APHA 2016).  Denver, CO. Oct 29 – Nov 2, 2016. (oral session)

523.   Hatch B, Smith N, McBurnie MA, Quach T, Ponce N, **Mayer KH**, Rachman F, Dunne MJ, Lichstein J, Cottrell E. "Impacts of the Affordable Care Act on Community Health Centers: Characteristics of New Patients and Early Changes in Delivery and Utilization" (abstract ID HH27). North American Primary Care Research Group 44th Annual Meeting (NAPCRG 2016).  Colorado Springs, CO.  Nov 12-16, 2016. (oral session)

524.   Huang Y, Zhang L, Grunenberg N, Bailor R, Isaacs A, Ledgerwood J, Seaton K, **Mayer K**, Corey L, Gilbert P. "Pharmacokinetics Analysis of VRC01, a Broadly Neutralizing HIV-1 Monoclonal Antibody" (abstract ID 415). 2017 Conference on Retroviruses and Opportunistic Infections (CROI).  Seattle, WA.  February 13-16, 2017. (poster session)

525.   Zheng A, Kumarasamy N, Huang M, Paltiel AD, **Mayer KH**, Rewari BB, Walensky RP, Freedberg K. "The Clinical and Economic Impact of Dolutegravir-Based First-Line ART in India" (abstract ID 456). 2017 Conference on Retroviruses and Opportunistic Infections (CROI).  Seattle, WA.  February 13-16, 2017. (poster session)

526.   Zanoni BC, Lammert S, Haberer J, Robbins GK, Crane HM, Mugavero MJ, Christopoulos K, **Mayer KH**. "Impact of Substance Use, Mental Health, and Age on Retention and Viral Suppression" (abstract ID 838). 2017 Conference on Retroviruses and Opportunistic Infections (CROI).  Seattle, WA.  February 13-16, 2017. (poster session)

527.   **Mayer KH**, Biello K, Novak DS, Krakower D, Mimiaga MJ. "PrEP Uptake Disparities in a Diverse Online Sample of US Men Who Have Sex with Men" (abstract ID 971). 2017 Conference on Retroviruses and Opportunistic Infections (CROI).  Seattle, WA.  February 13-16, 2017. (poster session)

528. Patel RR, Mena L, Nunn A, McBride T, Harrison LC, Oldenburg CE, Liu J, **Mayer KH**, Chan PA. "Impact of Insurance Coverage on Preexposure Prophylaxis for HIV Prevention" (abstract ID 972). 2017 Conference on Retroviruses and Opportunistic Infections (CROI). Seattle, WA. February 13-16, 2017. (poster session)

529. Brown T, Wilkin T, **Mayer KH**, Landovitz RJ, Chen YQ, Young A, Marzinke MA, Chege W, McCauley M, Gulick RM. "Bone Changes with TDF-Containing and Non-TDF-Containing PrEP in US Men and Women" (abstract ID 981). 2017 Conference on Retroviruses and Opportunistic Infections (CROI). Seattle, WA. February 13-16, 2017. (poster session)

530. Tillotson C, Boone-Heinonen J, Brickman A, DeVoe J, Hooker E, **Mayer K**, O'Malley J. "Use of Longitudinal Models to Identify Subject-Specific Implausible Body Mass Index Measures: A Comparison with Screening for Population-Level Outliers" (abstract ID 303474). The American Statistical Association Conference on Statistical Practice (CSP). Jacksonville, FL. February 23-25, 2017. (poster session)

531. Blashill A, Jampel J, **Mayer K**, O'Cleiricgh C, Safren S, Taylor W, Wilhelm S. "Cognitive Behavioral Therapy for Body Image and Self-care in Sexual Minority Men Living with HIV: A Randomized Controlled Trial" (abstract ID B145). 38th Annual Meeting & Scientific Sessions of the Society of Behavioral Medicine. San Diego, CA. Mar 29-Apr 1, 2017. (poster session)

532. Hall G, Young A, Krakauer C, Watson C, Cummings V, **Mayer K**, Beryl K. "Sexual Risk Behaviors Among Black MSM Who Also Report Having Sex With Transgender Partners: Analysis Of HIV Prevention Trials Network (HPTN) 061 Study" (abstract ID P5). The Society for the Scientific Study of Sexuality (SSSS) and Center of Excellence for Sexual Health in the Satcher Health Leadership Institute at Morehouse School of Medicine (CESH/SHLI/MSM) Collaborative Symposium: Innovative Strategies for Addressing Sexual Health Disparities. Atlanta, GA. Apr 28, 2017. (poster session)

533. Patel R, Amico KR, Lalley-Chareczko L, Presti R, **Mayer K**, Tebas P, Moorthy G, Zupp A, Koenig H. "Associations between Urine Tenofovir Levels, Pharmacy Measures, and Self-Report for HIV Pre-Exposure Prophylaxis Adherence Monitoring" (abstract ID 111). 12th International Conference on HIV Treatment and Prevention Adherence (Adherence 2017: Actioning the Vision). Miami, FL. June 4-6, 2017. (oral session)

534. Fredericksen R, Gibbons L, Edwards T, Yang F, Paez E, Loo S, Dant L, Walcott M, Gutierrez C, Brown S, Fitzsimmons E, Smith L, Church A, Mathews C, Mugavero M, **Mayer K**, Patrick D. Crane P, Crane H. "Patient-Reported Barriers to Antiretroviral Adherence among Patients in HIV Care" (abstract ID 125). 12th International Conference on HIV Treatment and Prevention Adherence (Adherence 2017: Actioning the Vision). Miami, FL. June 4-6, 2017. (poster session)

535. Rodriguez-Diaz C, Guo X, Zangeneh S, Wang J, Tsuyuki K, Ransome Y, Mimiaga M, **Mayer K**, Safren S. "The Longitudinal Impact of Phychosocial Syndemics on ART Adherence in HIV-Positive Patients in Care in Brazil, Thailand, and Zambia – HPTN 063" (abstract ID 245). 12th International Conference on HIV Treatment and Prevention Adherence (Adherence 2017: Actioning the Vision). Miami, FL. June 4-6, 2017. (poster session)

536. Tsuyuki K, Shoptaw S, Chau G, Ransome Y, Rodriguez-Diaz C, Friedman R, Srithanaviboonchai K, **Mayer K**, Safren S. "The Role of Non-Injection Substance Use in ART Adherence and Viral Load Detectability among Men Living with HIV in Brazil and Thailand – HPTN 063" (abstract ID 248). 12th International Conference on HIV Treatment and Prevention Adherence (Adherence 2017: Actioning the Vision). Miami, FL. June 4-6, 2017. (poster session)

537. Golub S, Brill A, Wu Y, Koblin B, **Mayer K**, Meyers K. "Beyond 'Acceptability': Psycho-Social Motivations and Barriers for LAI PrEP among Current Oral PrEP Users" (abstract ID 305). 12th International Conference on HIV Treatment and Prevention Adherence (Adherence 2017: Actioning the Vision). Miami, FL. June 4-6, 2017. (poster session)

538. Harkness A, Bainter S, O'Cleirigh C, Mendez N, **Mayer K**, Safren S. "Longitudinal Effects of Psychosocial Syndemics on ART Non-Adherence in HIV-Positive MSM in Care" (abstract ID 313). 12th International Conference on HIV Treatment and Prevention Adherence (Adherence 2017: Actioning the Vision). Miami, FL. June 4-6, 2017. (poster session)

539. Flash C, Adegboyega O, Johnson S, **Mayer K**, Amico KR, Cully JA, Adimora AA, Giordano TP. "A Pre-Implementation Assessment: Disconnect between Black Women and Their Providers on PrEP" (abstract ID 406). 12th International Conference on HIV Treatment and Prevention Adherence (Adherence 2017: Actioning the Vision). Miami, FL. June 4-6, 2017. (poster session)

540. Bunge K, Levy L, Szydlo D, Zhang J, Gaur A, Reirden D, **Mayer K**, Futterman D, Hoesley C, Hillier S, Marzinke M, Dezzutti C, Wilson C, Soto-Torres L, Kapogiannis B, Nel A, Squires K, MTN-023/IPM 030 Protocol Team. "Safety and acceptability trial of the dapivirine vaginal ring in U.S. adolescents" (abstract ID TUAC0206LB). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (oral session)

541. Escudero D, Lurie M, **Mayer K**, King M, Galea S, Friedman S, Marshall B. "The risk of HIV transmission at each step of the HIV care continuum among people who inject drugs" (abstract ID MOPEC0686). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

**Kenneth H. Mayer, M.D.**

542.   Ojikutu B, Srinivasan S, Bogart L, **Mayer K**. "Mass incarceration, prison release, and HIV incidence in the US South" (abstract ID MOPEC0661). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

543.   Wentz A, Merchant R, Clark M, Liu T, Rosenberger J, Bauermeister J, **Mayer K**. "Ignoring the ban: blood donation among young adult MSM at risk for HIV" (abstract ID WEPEC1045). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

544.   Duncan D, Park SH, Schneider J, Al-Ajlouni Y, Morganstein J, Ransome Y, **Mayer K**. "Financial hardship, condomless anal intercourse and HIV risk among men who have sex with men in Paris, France" (abstract ID TUPEC0750). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

545.   Patel R, Lalley-Chareczko L, Harrison L, Anderson P, Amico KR, Presti R, **Mayer K**, Liu J, Moorthy G, Zuppa A, Koenig H. "Evaluating urine with dried blood spots to assess tenofovir levels for HIV pre-exposure prophylaxis adherence" (abstract ID WEPEC0976). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

546.   Patel R, Harrison L, Liu A, Chan P, Presti R, Anderson P, **Mayer K**, Liu J, Powderly W, Amico KR. "Self-report and medication possession ratio are accurate measures of HIV pre-exposure prophylaxis use in a real-world clinical setting" (abstract ID WEAC0105). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (oral session)

547.   Elion R, Altice F, **Mayer K**, Wohl DA, Cohen J, Vandewalle B. "Impact of targeted pre-exposure prophylaxis strategies for men who have sex with men (MSM) in the United States" (abstract ID WEPEC0917). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

548.   **Mayer KH**, Biello K, Novak DS, Krakower D, Mimiaga MJ. "Reasons for not using PrEP in a national on-line sample of U.S. men who have sex with men (MSM)" (abstract ID MOPEC0648). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

549.   **Mayer KH**, Biello K, Novak DS, Krakower D, Mimiaga MJ. "Behavioral and socio-demographic correlates of PrEP side effects in a national sample of U.S. men who have sex with men (MSM)" (abstract ID WEPEC0922). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

550.   Merchant R, Clark M, Liu T, Romanoff J, Rosenberger J, Bauermeister J, **Mayer K**. "Comparison of home-based oral fluid rapid HIV self-testing vs. mail-in blood sample collection or medical/community HIV testing by young adult black, Hispanic, and white MSM: results from a randomized trial" (abstract ID MOPEB0255). 9th IAS

**Kenneth H. Mayer, M.D.**

Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

551. Ojikutu B, Bogart L, Higgins-Biddle M, Allen W, Dominique T, **Mayer K**. "Knowledge and willingness to use Pre-Exposure Prophylaxis (PrEP) among African Americans in the United States: results from the National Survey on HIV in the Black Community (NSHBC)" (abstract ID WEPEC0924). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

552. Biello KB, Chan PA, Edeza A, Safren SA, **Mayer KH**, Mimiaga MJ. "Low awareness and uptake of HIV pre-exposure prophylaxis among male sex workers in the Northeastern United States" (abstract ID WEPEC0926). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

553. Merchant R, Alexovitz K, Clark M, Liu T, Rosenberger J, Bauermeister J, **Mayer K**. "Discordance of self-perceived HIV infection possibility, reported HIV sexual risk-taking, and voluntary HIV testing among social media-using black, Hispanic, and white young-men-who-have-sex-with-men (YMSM)" (abstract ID WEPEC1000). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

554. Wilton L, Nelson LE, Beauchamp G, Magnus M, Shoptaw S, Hightow-Weidman L, Chen Y, Lucas J, Piwowar-Manning E, Hendrix C, Marzinke M, Hucks-Ortiz C, **Mayer KH**, Fields SD, Wheeler DP. "Structural barriers, mental health, and PrEP initiation/non-initiation and adherence among Black MSM in 3 U.S. cities - HPTN 073 study" (abstract ID WEPEC0937). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

555. Reisner S, Matsuzaki M, Nance R, Grasso C, Delaney J, Fitzsimmons E, Matthews W, Eron J, Chander G, Saag M, Christopoulos K, McCaul E, Kitahata M, Crane H, **Mayer K**, Fredericksen R. "Health behaviors and outcomes in a U.S. cohort of transgender women in HIV care" (abstract ID TUPEC0795). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

556. Wilton L, Nelson LE< Beauchamp G, Magnus M, Shoptaw S, Hightow-Weidman L, Chen Y, Lucas J, Piwowar-Manning E, Hendrix C, Marzinke M, Hucks-Ortiz C, **Mayer KH**, Fields SD, Wheeler DP. "Mental health vulnerabilities mediate effects of socio-cultural factors on PrEP initiation/non-initiation and adherence among Black MSM in 3 U. S. cities - HPTN 073" (abstract ID WEPEC0944). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

557. Patel VV, Dange A, Rawat S, Pina C, Arnsten JH, Golub SA, Harrison-Quintana J, Ning Y, **Mayer KH**. "Low rates of HIV testing and multiple barriers to care in a large online sample of MSM across India: implications for scale-up of treatment and prevention" (abstract ID WEPED1407). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

558.  Nance R, Fredericksen R, Delaney J, Cropsey K, Chander G, Mugavero M, Christopolous K, Geng E, Mathews W, Hahn A, **Mayer K**, O'Cleirigh C, Eron J, Saag M, Kitahata M, Crane H. "E-cigarette use among persons living with HIV" (abstract ID WEPEB0594). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

559.  Kapadia S, Wu C, **Mayer KH**, Wilkin TJ, Amico KR, Landovitz RJ, Andrade A, Chen YQ, Young AM, Chege W, Klingman KL, McCauley M, Gulick RM, Schackman BR. "No change in health-related quality of life for at-risk U.S. women and men starting HIV pre-exposure prophylaxis (PrEP): findings from HPTN 069/ACTG 5305" (abstract ID MOLBPEC31). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

560.  Patel R, Ahsan K, Chan P, Krakower D, **Mayer K**, Harrison L, Phillips S, Nunn A. "Brief didactic educational session increases willingness to prescribe HIV pre-exposure prophylaxis among health professionals" (abstract ID TULBPED45). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

561.  Merchant R, Marks S, Clark M, Liu T, Rosenberger J, Bauermeister J, **Mayer K**. "Potential healthcare insurance and provider barriers to PrEP utilization among YMSM" (abstract ID MOLBPEC35). 9th IAS Conference on HIV Science (IAS 2017). Paris, France. July 23-26, 2017. (poster session)

**Narrative Report:**

My clinical research career has focused on the natural history and transmission of HIV in the US and in Asia, having developed some of the very first cohort studies and prevention interventions dealing with the AIDS epidemic. My work has been based on training in Internal Medicine, Infectious Diseases, and Molecular Epidemiology, initially at the Beth Israel Hospital, and then as a Fellow at the Brigham and Women's Hospital in 1980-83. With Dr. Jerome Groopman, I published the first data describing the prevalence of HIV among men who had sex with men in New England in the early 1980's, and subsequently co-authored the first paper showing that antiretroviral drugs suppressed HIV replication in semen, published in JAMA. These observations led to subsequent clinical trials testing whether earlier initiation of treatment may have an impact in slowing the global spread of HIV. I have also conducted studies of whether antiretroviral use in high risk HIV-uninfected individuals might protect against HIV transmission, including early studies of post-exposure prophylaxis. I have been the Protocol Chair of four Phase I studies of novel topical microbicides, designed to prevent HIV transmission, and was the lead author of the first paper studying the safety of a topical antiretroviral microbicidal vaginal gel. As the Principal Investigator of the Brown-Tufts Fogarty International AIDS Training and Research grant for more than a decade, I have helped develop the research capabilities of almost 100 international investigators, and co-authored some of the first papers describing the natural history of

**Kenneth H. Mayer, M.D.**                                                                    295

HIV in India, before and after the introduction of generic antiretroviral therapy. As the founding Medical Research Director of Fenway Community Health, I created a community health research program that has developed an international reputation for its capability to conduct NIH peer reviewed research, with a staff of more than 60 researchers and educators, including 10 doctoral level investigators.

At present, the vast majority of my time is spent in the conduct of clinical research, including being the Principal Investigator of the only NIH-funded HIV Prevention Research Clinical Trials Unit in New England (U-19 grant), as well as more than 20 other active research studies focusing for the HPTN and MTN on innovative approaches to HIV prevention. I am the Co-Chair of an NIAID-funded protocol which has evaluated a 6 city community-based prevention intervention for African-American Men who have Sex with Men, who constitute ¼ of the new HIV infections in the U.S. I am the co-author of more than 600 peer-reviewed publications, and more than 200 other publications, including having co-authored the first text on AIDS for the general public ("The AIDS Fact Book," Bantam Press, 1983) and have co-edited 5 academic texts, including most recently, "The Social Ecology of Infectious Diseases" and "HIV Prevention: A Comprehensive Approach." I continue to teach medical students, residents, and fellows, and mentoring traineees in projects domestically and internationally. I am a clinical attending in Infectious Disease for several weeks per year. I have also been a doctoral thesis advisor for PhD students at Brown, as well as Harvard T.H. Chan School of Public Health, with 1-2 advisees per year.

I have published several key articles about the sexual transmission of Hepatitis C, which have been published in Clinical Infectious Diseases and related journals, and have participated in clinical trials to optimize Hepatitis C management.

I have served on the national boards of the HIV Medicine Association, the American Foundation for AIDS Research and the Gay and Lesbian Medical Association. I have received recognition awards from the Governor of Massachusetts for AIDS Research (1986), the Rhode Island Medical Society and American College of Physicians, the Infectious Disease Society of America, the American Foundation for AIDS Research, and the HIV Prevention Trials Network. I was appointed by the Secretary of Health and Human Services to serve on the national CDC/HRSA HIV Advisory Board for a four year term. I am a member of the Governing Council of the Interenational AIDS Society.