UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>　　　Plaintiff<br><br>v.<br><br>MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)　No. 1:16-cv-11381-GAO<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND DEADLINE FOR FILING OPPOSITIONS, REPLIES, AND SURREPLIES TO CROSS MOTIONS FOR SUMMARY JUDGMENT**

　　　Plaintiff John Doe ("Doe") and Defendant Mutual of Omaha ("Mutual of Omaha") have each filed cross-motions for summary judgment. The parties are presently engaging in settlement discussions. To allow these settlement discussions to continue, the parties respectfully request this Court to extend the briefing deadlines in the Scheduling Order [Doc. 115] by 30 days. As further support for this requested extension, the parties state as follows:

　　　1.　Mutual of Omaha Insurance Company filed its motion for summary judgment on May 18, 2018. [Doc. 110].

　　　2.　In accordance with this Court's Scheduling Order [Doc. 115], Doe filed his opposition to Mutual of Omaha's motion and his cross-motion for summary judgment on July 18, 2018. [Doc. 123].

　　　3.　The briefs remaining due for filing are Mutual of Omaha's reply and opposition brief, due on September 18, 2018, and Doe's reply and surreply brief, due on October 2, 2018. [Doc. 115].

　　　4.　The parties have engaged in settlement discussions and have reached agreement on several issues. Settlement will involve procuring insurance coverage for Doe and his spouse,

which may require time to arrange.

5. The parties wish to continue these settlement discussions and respectfully request this Court to permit additional time for Mutual and Doe to submit their scheduled briefings.

## CONCLUSION

For the foregoing reasons, the parties jointly request that the Court extend the deadlines for the summary judgment briefing by 30 days as follows: (1) Mutual of Omaha's single memorandum as both its reply in support of its motion for summary judgment and its opposition to Doe's cross-motion shall be due on October 18, 2018; and (2) Doe's single memorandum as both its reply in support of his motion for summary judgment and his surreply in opposition to Mutual of Omaha's motion shall be due on November 1, 2018.

Respectfully submitted,

| PLAINTIFF JOHN DOE | DEFENDANT MUTUAL OF OMAHA |
| By his Attorneys, | INSURANCE COMPANY |
|  | By its Attorneys, |

*/s/   Bennett H. Klein*
Bennett H. Klein (BBO #550702)
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
bklein@glad.org

*/s/   John P. Ward*
John P. Ward (BBO #515860)
Law Offices of John P. Ward
584 Castro Street, No. 802
San Francisco, CA 94114
(415) 255-4996
johnpward@gmail.com

Dated: September 11, 2018

*/s/ Brooks R. Magratten*
Brooks R. Magratten (BBO #650393)
Mark A. Pogue (BBO #550807)
Katharine E. Kohm (BBO #675362)
PIERCE ATWOOD LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 588-5113
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
mpogue@pierceatwood.com
kkohm@pierceatwood.com

Dated: September 11, 2018

{W6867003.1}