UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE,<br>    Plaintiff<br><br>v.<br><br>MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)   No. 1:16-cv-11381-GAO<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND DEADLINE FOR FILING OPPOSITIONS, REPLIES, AND SURREPLIES TO CROSS MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff John Doe ("Doe") and Defendant Mutual of Omaha ("Mutual of Omaha") have each filed cross-motions for summary judgment. The parties are presently engaging in settlement discussions. To allow these settlement discussions to continue, the parties respectfully request this Court to extend the briefing deadlines in the Scheduling Order [Doc. 115] by 30 days. As further support for this requested extension, the parties state as follows:

1. Mutual of Omaha Insurance Company filed its motion for summary judgment on May 18, 2018. [Doc. 110].

2. In accordance with this Court's Scheduling Order [Doc. 115], Doe filed his opposition to Mutual of Omaha's motion and his cross-motion for summary judgment on July 18, 2018. [Doc. 123].

3. The briefs remaining due for filing are Mutual of Omaha's reply and opposition brief, now due on November 19, 2018, and Doe's reply and surreply brief, now due on December 3, 2018. [Doc. 132].

4. The parties have engaged in settlement discussions and have reached agreement on several issues. Settlement will involve procuring insurance coverage for Doe and his spouse,

{W6977316.1}

which may require time to arrange.

5. The parties wish to continue these settlement discussions and respectfully request this Court to permit additional time for Mutual and Doe to submit their scheduled briefings.

## CONCLUSION

For the foregoing reasons, the parties jointly request that the Court extend the deadlines for the summary judgment briefing by 30 days as follows: (1) Mutual of Omaha's single memorandum as both its reply in support of its motion for summary judgment and its opposition to Doe's cross-motion shall be due on Wednesday, December 19, 2018; and (2) Doe's single memorandum as both its reply in support of his motion for summary judgment and his surreply in opposition to Mutual of Omaha's motion shall be due on Wednesday, January 2, 2019.

Respectfully submitted,

| PLAINTIFF JOHN DOE<br>By his Attorneys, | DEFENDANT MUTUAL OF OMAHA<br>INSURANCE COMPANY<br>By its Attorneys, |
|---|---|
| */s/ Bennett H. Klein*<br>Bennett H. Klein (BBO #550702)<br>GLBTQ Legal Advocates & Defenders<br>18 Tremont Street, Suite 950<br>Boston, MA 02108<br>(617) 426-1350<br>bklein@glad.org<br><br>*/s/ John P. Ward*<br>John P. Ward (BBO #515860)<br>Law Offices of John P. Ward<br>584 Castro Street, No. 802<br>San Francisco, CA 94114<br>(415) 255-4996<br>johnpward@gmail.com | */s/ Brooks R. Magratten*<br>Brooks R. Magratten (BBO #650393)<br>Mark A. Pogue (BBO #550807)<br>Katharine E. Kohm (BBO #675362)<br>PIERCE ATWOOD LLP<br>One Financial Plaza, 26th Floor<br>Providence, RI 02903<br>(401) 588-5113<br>(401) 588-5166 (fax)<br>bmagratten@pierceatwood.com<br>mpogue@pierceatwood.com<br>kkohm@pierceatwood.com |

Dated: November 14, 2018

{W6977316.1}