UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>       Plaintiff<br><br>v.<br><br>MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br>       Defendant | )<br>)<br>)<br>)<br>)    No. 1:16-cv-11381-GAO<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated November 27, 2018 (Dkt. No.138), the parties file this joint status report:

At the status conference on November 27, 2018 the parties reported that they had entered into a written settlement agreement (the "Agreement") resolving all issues in the case. The Agreement provides that Defendant Mutual of Omaha Insurance Company ("Mutual") shall issue a long-term care insurance policy to Doe, underwrite an application for a long-term care insurance policy from Doe's spouse, and issue a policy to Doe's spouse if he is eligible. The parties reported that the steps to implement these provisions were still pending. As of this date, Mutual has issued the policy to Doe. Mutual has approved a policy for Doe's spouse, but Doe's spouse has not yet received it. Once Doe's spouse receives the policy, which is expected to be soon, and confirms that its terms and conditions are as he anticipates, the provisions of the Agreement will be complete, and the parties will file a notice of voluntary dismissal of the case.

For these reasons, the parties respectfully request that the Court continue the stay of this case for two weeks until January 10, 2019 to allow the parties to complete the settlement.

Dated: December 27, 2018

DEFENDANT MUTUAL OF
OMAHA INSURANCE COMPANY

By its Attorneys,

*/s/ Brooks R. Magratten*
Brooks R. Magratten (BBO #650393)
Mark A. Pogue (BBO #550807)
Katharine E. Kohm (BBO #675362)
PIERCE ATWOOD LLP
One Financial Plaza, 26th Floor
Providence, RI  02903
(401) 588-5113
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
mpogue@pierceatwood.com
kkohm@pierceatwood.com

Respectfully submitted,

PLAINTIFF JOHN

DOE By his Attorneys,

*/s/ Bennett H. Klein*
Bennett H. Klein (BBO #550702)
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA  02108
(617) 426-1350
bklein@glad.org

*/s/ John P. Ward*
John P. Ward (BBO #515860)
Law Offices of John P. Ward
584 Castro Street, No. 802
San Francisco, CA  94114
(415) 255-4996
johnpward@gmail.com

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on December 27, 2018, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Brooks R. Magratten, BBO# 650393
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903 (401) 588-5113
bmagratten@pierceatwood.com

Mark A. Pogue, BBO# 550807
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903 (401) 490-3422
mpogue@pierceatwood.com

Katharine E. Kohm, BBO# 675362
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903 (401) 490-3422
kkohm@pierceatwood.com

Nicole Kinsely, BBO # 682528
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1185
nkinsley@foleyhoag.com

                /s/ Bennett H. Klein
                Bennett H. Klein
                BBO # 550702
                GLBTQ Legal Advocates & Defenders
                18 Tremont St., Suite 950
                Boston, MA 02108
                617-426-1350
                bklein@glad.org