## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

JOHN DOE,               )
Plaintiff              )
                      )
v.                   )
                      )     No. 1:16-cv-11381-GAO
                      )
MUTUAL OF OMAHA    )
INSURANCE COMPANY,  )
Defendant           )
_____)

### DISMISSAL STIPULATION

Plaintiff and Defendant agree that Plaintiff's Amended Complaint may be dismissed with

prejudice, no costs or fees awarded.


PLAINTIFF JOHN DOE
By his Attorneys,

/s/ *Bennett Klein*
Bennett H. Klein (BBO #550702)
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
(617) 426-1350
bklein@glad.org



/s/ *John P. Ward*
John P. Ward (BBO #515860)
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
(415) 255-4996
johnpward@gmail.com


Dated:  January 7, 2019

DEFENDANT MUTUAL OF OMAHA
INSURANCE COMPANY
By its Attorneys,

/s/ *Brooks Magratten*
Brooks R. Magratten  (BBO #650393)
Mark A. Pogue (BBO #550807)
Katharine Kohm (BBO#675362)
PIERCE ATWOOD LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 588-5113
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
mpogue@pierceatwood.com
kkohm@pierceatwood.com

## **CERTIFICATE OF SERVICE**

I certify that the within document was electronically filed with the clerk of the court on January 7, 2019, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

Bennett H. Klein
GLBTQ Legal Advocates & Defenders
30 Winter St. Suite 800
Boston, MA 02108
617-426-1350
bklein@glad.org

John P. Ward
Law Offices of John P. Ward
584 Castro St., No. 802
San Francisco, CA 94114
415-255-4996
johnpward@gmail.com

_/s/ *Brooks R. Magratten*_____